**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Joint Administration Requested) **Re: Docket No. __** |

**FIRST OMNIBUS ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS, (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, EACH EFFECTIVE AS OF THE PETITION DATE, AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the rejection of (i) certain unexpired leases (each, a "Lease," and collectively, the "Leases") for nonresidential real property located at the premises (collectively, the "Premises") set forth on **Exhibit 1** to **Exhibit A** attached hereto and (ii) certain executory contracts (each, a "Contract," and collectively, the "Contracts," and collectively with the Leases, the "Agreements") set forth on **Exhibit 1** to **Exhibit A** attached hereto, (b) authorizing the abandonment of certain equipment, fixtures, furniture, or other personal property (the "Personal Property") that may be located at the Premises, each effective as of the Petition Date; and (c) granting related relief; all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution]; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Each of the Leases set forth on **Exhibit 1** attached hereto is rejected effective as of the Petition Date.

3. The Debtors are authorized to abandon any Personal Property that may be located on the Premises, and all such property is deemed abandoned effective as of the Petition Date. The applicable counterparty to each Lease is authorized to dispose of the abandoned Personal Property without notice or liability to any party.

4. Each of the Contracts set forth on Exhibit 1 attached hereto is rejected effective as of the Petition Date.

10520948.v3

5. Claims by counterparties relating to the rejection of the Leases and Contracts shall be filed in accordance with any bar date order to be entered in these cases.

6. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

7. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to section 365 of the Bankruptcy Code.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

10520948.v3

## Exhibit 1

**Agreements**

1

**PGX Holdings, Inc., et al,**
**List of Rejected Contracts**

| Counterparty Name | Debtor Counterparty | Description of Contract |
|---|---|---|
| 7725 Reno #1, LLC | Progrexion ASG, Inc. | Lease Agreement Renewal For Teleservices Hub Space at 7725 W Reno Ave #393, Oklahoma City, OK 73127 Renewal Dated April 1, 2022 |
| 7725 Reno #1, LLC | Progrexion ASG, Inc. | Master Lease Agreement For Space at 7725 W Reno Ave #393, Oklahoma City, OK 73127 Dated April 1, 2022 |
| AireSpring, Inc. | Progrexion ASG, Inc. | LD SIP Trunking With Prioritize IP Access Order Form and Term Plan Dated October 15, 2013 and Applicable Amendments |
| Callidus Software, Inc., d/b/a Callidus Cloud | Progrexion ASG, Inc. | Software License Agreement Renewal for SAP Cloud Services Commissions Dated June 24, 2021 |
| Callidus Software, Inc., d/b/a Callidus Cloud | Progrexion ASG, Inc. | Software License Agreement Renewal for SAP Cloud Services Commissions and Workflow Dated June 24, 2021 |
| CBRE, Inc. | Progrexion ASG, Inc. | Exclusive Sublease Listing Agreement and Applicable Amendments for Space at Lake Pointe One, 2850 South Decker Lake Drive, West Valley City, Utah 84119 & Lake Pointe Three, 2875 South Decker Lake Drive, West Valley City, Utah 84119 Listing Dated May 4, 2022 |
| CBRE, Inc. | PGX Holdings, Inc. | Exclusive Sublease Listing Agreement and Applicable Amendments for Space at Lake Pointe One, 2850 South Decker Lake Drive, West Valley City, Utah 84119 & Lake Pointe Three, 2875 South Decker Lake Drive, West Valley City, Utah 84119 Listing Dated May 4, 2022 |
| CBRE, Inc. | Progrexion ASG, Inc. | Sublease Agreement for Space at 2155 N Freedom Blvd Provo, Utah 84604 Dated May 1, 2021 |
| CBRE, Inc. | John C. Heath, Attorney at Law, PC d/b/a Lexington Law | Exclusive Sublease Listing Agreement for Space at North Building, West Side of Lot 3 in Foxboro South, Plat 1, North Salt Lake, Utah 84054 listing Dated April 23, 2020 |
| Coligos Consulting, LLC | Progrexion ASG, Inc. | Statement of Work Dated October 1, 2022 |
| Golden Entropy Marketing, Inc. (DBA EPCVIP) | Credit.com, Inc. | Advertising Agreement Dated February 11, 2021 |
| Golden Entropy Marketing, Inc. (DBA EPCVIP) | Credit.com, Inc. | Advertising Agreement Dated February 11, 2021 |
| Granite Black Canyon Holdings LLC | John C. Heath, Attorney at Law, PC d/b/a Lexington Law | Lease Agreement For Space at 2133 West Peoria Avenue, Phoenix, Arizona 85029 Dated October 1, 2015 |
| iCiMS, Inc. | Progrexion ASG, Inc. | Software License Agreement Dated August 23, 2022 |
| Kaleyra US Inc. (f/k/a mGage LLC) | Progrexion Marketing, Inc. | Master Agreement for SMS Message Provider Dated September 14, 2019 |
| Kaleyra US Inc. (f/k/a mGage LLC) | Progrexion Marketing, Inc. | Amendment to Messaging Application and Services Agreement May 13, 2022 |
| Larkin Benefit Administrators d/b/a the Larkin /Company | Progrexion ASG, Inc. | Services Agreement for Employee Leave and ADA Administration Dated January 1, 2023 |
| Lead Science, LLC | Progrexion Marketing, Inc. | Advertising Agreement for Drips Holdings, LLC Contract Dated August 1, 2022 |
| Lead Science, LLC | Progrexion Marketing, Inc. | Advertising Agreement for Drips Holdings, LLC Change Order Dated October 28, 2019 |
| Lead Science, LLC | Progrexion Marketing, Inc. | Advertising Agreement for Drips Holdings, LLC Change Order Dated January 10, 2023 |
| MaxBounty, ULC | Credit.com, Inc. | Advertising Agreement Related to ExtraCredit Promotion Dated December 8, 2021 |
| MaxBounty, ULC | Progrexion Marketing, Inc. | Advertising Agreement Dated December 21, 2021 |
| Pure Water Solutions of America, LLC | Progrexion Marketing, Inc. | Water & Ice Machines at 7 East Main Street Rexburg, ID 83440 Dated June 26, 2015 |
| Pure Water Solutions of America, LLC | Progrexion Marketing, Inc. | Water & Ice Machines at 2875 S. Decker Lake Dr. West Valley City, UT 84119 Dated July 11, 2016 |
| Pure Water Solutions of America, LLC | Progrexion Teleservices, Inc. | Water & Ice Machines at 2875 S. Decker Lake Dr. West Valley City, UT 84119 Dated September 26, 2019 |
| Pure Water Solutions of America, LLC | Progrexion Teleservices, Inc. | Water & Ice Machines at 2850 S. Decker Lake Dr. West Valley City, UT 84119 Dated July 1, 2018 |
| Reciprocity, Inc. | Progrexion ASG, Inc. | Statement of Work Dated December 22, 2021 |
| Reciprocity, Inc. | Progrexion ASG, Inc. | Software License For GCR Software Dated December 22, 2021 |
| SecurityMetrics, Inc. | Progrexion ASG, Inc. | Red Team Assessment/PEN Testing Agreement Dated December 16, 2022 |
| Shaoulian Lake Pointe Properties LLC | Progrexion ASG, Inc. | Office Lease Agreement At 2850 South Decker Lake Drive — Lake Pointe 1, West Valley City, UT 84119 & 2875 South Decker Lake Drive — Lake Pointe 3, West Valley City, UT 84119 |
| TALX Corporation | Progrexion ASG, Inc. | Service Agreement For Employer's Edge Dated January 1, 2021 and All Related Amendments |
| the dtx company DBA Flowcode | Progrexion Marketing, Inc. | Master Service Agreement Dated June 3, 2014 |
| the dtx company DBA Flowcode | Progrexion Marketing, Inc. | Master Service Agreement Amendment Dated August 27, 2015 |

| Counterparty Name | Debtor Counterparty | Description of Contract |
|---|---|---|
| TruCo Services | Progrexion ASG, Inc. | Services Agreement For Provo Landscaping Dated April 1, 2023 |
| West Publishing Corporation d/b/a Serengeti Law | Progrexion ASG, Inc. | Software License Agreement Amendment Dated November 30, 2020 |
| West Publishing Corporation d/b/a Serengeti Law | Progrexion ASG, Inc. | Software License Agreement Dated October 15, 2018 |