**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JUNE 6, 2023 AT 2:00 P.M. (PREVAILING EASTERN TIME)

THIS HEARING WILL BE CONDUCTED REMOTELY ENTIRELY BY ZOOM
AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE
NO LATER THAN JUNE 5, 2023 AT 4:00 P.M. THROUGH THE ZOOM LINK BELOW:

https://debuscourts.zoomgov.com/meeting/register/vJItf-CpqD0jG4GnlKy3CvjxmdNyxokAbow

ONCE REGISTERED, PARTIES WILL RECEIVE A CONFIRMATION EMAIL
CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.

AUDIO FOR THE HEARING WILL BE PROVIDED BY ZOOM ONLY.

| | |
|---|---|
| Date and Time of Hearing: | June 6, 2023 at 2:00 p.m. (prevailing Eastern Time) |
| Location of Hearing: | The Honorable Craig T. Goldblatt, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at https://www.kccllc.net/pgx. Further information may be obtained by calling KCC at: (888) 249-2721 (toll-free; domestic) or (310) 751-2604 (international) or emailing at PGXHoldingsInfo@kccllc.com. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

10531560.v4

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court.  The status of each is set forth below.**

1. **Voluntary Chapter 11 Petitions.**

    A. PGX Holdings, Inc. - Case No. 23-10718 (CTG) [Docket No. 1]
    B. Credit Repair UK, Inc. - Case No. 23-10719 (CTG) [Docket No. 1]
    C. Credit.com, Inc. - Case No. 23-10720 (CTG) [Docket No. 1]
    D. Creditrepair.com Holdings, Inc. - Case No. 23-10721 (CTG) [Docket No. 1]
    E. Creditrepair.com, Inc. - Case No. 23-10722 (CTG) [Docket No. 1]
    F. eFolks Holdings, Inc. - Case No. 23-10723 (CTG) [Docket No. 1]
    G. eFolks, LLC - Case No. 23-10724 (CTG) [Docket No. 1]
    H. John C. Heath, Attorney At Law PC - Case No. 23-10725 (CTG) [Docket No. 1]
    I. Progrexion ASG, Inc. - Case No. 23-10726 (CTG) [Docket No. 1]
    J. Progrexion Holdings, Inc. - Case No. 23-10727 (CTG) [Docket No. 1]
    K. Progrexion IP, Inc. - Case No. 23-10728 (CTG) [Docket No. 1]
    L. Progrexion Marketing, Inc. - Case No. 23-10729 (CTG) [Docket No. 1]
    M. Progrexion Teleservices, Inc. - Case No. 23-10730 (CTG) [Docket No. 1]

2. **First Day Declaration.** *Declaration of Chad Wallace, Chief Executive Officer of PGX Holdings, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 12; Filed 6/4/2023]

    Status:    The Declaration will be relied upon as evidentiary support for the first day matters listed below.

MATTERS GOING FORWARD:

3. **Joint Administration Motion.** *Motion of Debtors for Entry of an Order (I) Directing Joint Administration of their Related Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 3; Filed 6/4/2023]

    Status:    This matter is going forward.

4. **DIP/Cash Collateral Motion.** *Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (IV) Granting Related Relief* [Docket No. 17; Filed 6/5/2023]

    Related Documents:

    A. *Declaration of Neil Augustine in Support of Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the*

10531560.v4

*Automatic Stay, (IV) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 17-1; Filed 6/5/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

5. **Cash Management Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief* [Docket No. 5; Filed 6/4/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

6. **Wages Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 6; Filed 6/4/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

7. **Critical Vendors Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief* [Docket No. 11; Filed 6/4/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

8. **Customer Programs Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief* [Docket No. 7; Filed 6/4/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

9. **NOL Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief* [Docket No. 16; Filed 6/5/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

10. **Taxes Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief* [Docket No. 8; Filed 6/4/2023]

      <u>Status</u>:    This matter is going forward with respect to an interim order.

11. **Utilities Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief* [Docket No. 9; Filed 6/4/2023]

    Status:    This matter is going forward with respect to an interim order.

12. **Creditor Matrix Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief* [Docket No. 14; Filed 6/5/2023]

    Status:    This matter is going forward with respect to an interim order.

13. **Section 156(c) Retention Application.** *Application of the Debtors for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of Petition Date* [Docket No. 4; Filed 6/4/2023]

    Status:    This matter is going forward.

14. **Insurance Motion.** *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief* [Docket No. 13; Filed 6/5/2023]

    Status:    This matter is going forward with respect to an interim order.

[*Remainder of page intentionally left blank*]

10531560.v4

Dated: June 5, 2023
Wilmington, Delaware

/s/ *Domenic E. Pacitti*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | 601 Lexington Ave |
| 919 North Market Street, Suite 1000 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:  (212) 446-4800 |
| Telephone:  (302) 426-1189 | Facsimile:  (212) 446-4900 |
| Facsimile:  (302) 426-9193 | Email: joshua.sussberg@kirkland.com |
| Email:  dpacitti@klehr.com | |
|   myurkewicz@klehr.com | - and - |
| | |
| -and- | Spencer Winters (admitted *pro hac vice*) |
| | Whitney C. Fogelberg (admitted *pro hac vice*) |
| Morton R. Branzburg (*pro hac vice* pending) | Alison J. Wirtz (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 300 North LaSalle |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:  (215) 569-3007 | Telephone:  (312) 862-2000 |
| Facsimile:  (215) 568-6603 | Facsimile:  (312) 862-2200 |
| Email:  mbranzburg@klehr.com | Email: spencer.winters@kirkland.com |
| |        whitney.fogelberg@kirkland.com |
| |        alison.wirtz@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

10531560.v4