**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10718 (CTG) |
| Debtors. | ) (Joint Administration Requested) |

**NOTICE OF HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that a hearing to consider the First Day Matters (the "First Day Hearing") will be held on **June 6, 2023, at 2:00 p.m. (prevailing Eastern Time)**, before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THE FIRST DAY HEARING WILL BE [CONDUCTED IN-PERSON FOR LOCAL COUNSEL.  OUT-OF-TOWN COUNSEL/ PARTICIPANTS CAN APPEAR REMOTELY BY REGISTERING WITH THE ZOOM LINK BELOW NO LATER THAN JUNE 5, 2023 AT 4:00 P.M.  REGISTERED PARTIES WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.]

ZOOM LINK: https://debuscourts.zoomgov.com/meeting/register/vJItf-CpqD0jG4GnlKy3CvjxmdNyxokAbow

**PLEASE TAKE NOTICE** that on June 4, 2023 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Matters"):

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

**First Day Declaration**

1. **First Day Declaration.** Declaration of Chad Wallace, Chief Executive Officer of PGX Holdings, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions [Docket No. 12; Filed 6/4/2023]

**First Day Matters**

2. **Joint Administration Motion.** Motion of Debtors for Entry of an Order (I) Directing Joint Administration of their Related Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3; Filed 6/4/2023]

3. **DIP/Cash Collateral Motion.** Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 17; Filed 6/5/2023]

    Related Documents:

    A. Declaration of Neil Augustine in Support of Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 17-1; Filed 6/5/2023]

4. **Cash Management Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 5; Filed 6/4/2023]

5. **Wages Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 6; Filed 6/4/2023]

6. **Critical Vendors Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 11; Filed 6/4/2023]

7. **Customer Programs Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 7; Filed 6/4/2023]

8. **NOL Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief  [Docket No. 16; Filed 6/5/2023]

9. **Taxes Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 8; Filed 6/4/2023]

10. **Utilities Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 9; Filed 6/4/2023]

11. **Creditor Matrix Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 14; Filed 6/5/2023]

12. **Section 156(c) Retention Application.** Application of the Debtors for Authorization to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of Petition Date  [Docket No. 4; Filed 6/4/2023]

13. **Insurance Motion.** Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 13; Filed 6/5/2023]

**PLEASE TAKE FURTHER NOTICE** A copy of each pleading can be viewed on the Court's website at https://ecf.deb.uscourts.gov and on the website of the Debtors' proposed notice and claims agent, Kurtzman Carson Consultants LLC ("KCC"), at https://www.kccllc.net/pgx. Further information may be obtained by calling KCC at: (888) 249-2721 (toll-free; domestic) or (310) 751-2604 (international) or emailing at PGXHoldingsInfo@kccllc.com.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Matters may be made at the First Day Hearing.

Dated: June 5, 2023
Wilmington, Delaware

/s/ *Domenic E. Pacitti*

| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
|---|---|
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone:     (302) 426-1189 <br> Facsimile:     (302) 426-9193 <br> Email:   dpacitti@klehr.com <br>              myurkewicz@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> 601 Lexington Ave <br> New York, New York 10022 <br> Telephone:     (212) 446-4800 <br> Facsimile:     (212) 446-4900 <br> Email:  joshua.sussberg@kirkland.com |
| -and- | - and - |
| Morton R. Branzburg (*pro hac vice* pending) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone:     (215) 569-3007 <br> Facsimile:     (215) 568-6603 <br> Email:  mbranzburg@klehr.com | Spencer Winters (admitted *pro hac vice*) <br> Whitney C. Fogelberg (admitted *pro hac vice*) <br> Alison J. Wirtz (admitted *pro hac vice*) <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone:     (312) 862-2000 <br> Facsimile:     (312) 862-2200 <br> Email:  spencer.winters@kirkland.com <br>              alison.wirtz@kirkland.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |