**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC., *et al.*, [1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Ashley M. Raddatz, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 6, 2023, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Revised DIP Budget** [Docket No. 45]

- **Notice of Revised Proposed Order Regarding Creditor Matrix Motion** [Docket No. 46]

Dated: June 8, 2023

*/s/ Ashley M. Raddatz*
Ashley M. Raddatz
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 Creditor | America One Funding (Quinstreet) | Alex Yunerman | AYUNERMAN@QUINSTREET.COM |
| Top 30 Creditor | Argano, LLC | Chip Register | CHIP.REGISTER@ARGANO.COM |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 Creditor | Atwave, LLC | Amanda Coleman | AMANDA@ATWAVE.COM |
| Top 30 Creditor | Blackoptek Ce, Inc. (Call Engine Inc.) | Ryan Mcvey | RYAN@CALLENGINE.COM |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | BlueTorchAgency@alterdomus.com |
| Top 30 Creditor | Bradley Lead Group | Billy Ness | BILLYNESS@BRADLEYLEADGROUP.COM |
| Top 30 Creditor | Calculated Research & Technology | Tim Aguilar | TIMA@CR-T.COM |
| Top 30 Creditor | Cicola Investments (North Point Direct) | Roy Cicola | ROY@NORTHPOINTDIRECT.COM |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top 30 Creditor | Consumer Financial Protection Bureau | Maureen McCown | MAUREEN.MCOWEN@CFPB.GOV |
| Top 30 Creditor | Credit Sesame, Inc. | Adrian Nazari | ANAZARI@CREDITSESAME.COM |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Top 30 Creditor | Drips Holdings LLC | Aaron Christopher Evans | AC@DRIPS.COM |
| Top 30 Creditor | Equifax Consumer Services | Mark Begor | MARK.BEGOR@EQUIFAX.COM |
| Top 30 Creditor | Experian | Lloyd Pitchford | LLOYD.PITCHFORD@EXPERIANGROUP.COM |
| Top 30 Creditor | Facebook Inc. | Walter Little | WALTERLITTLE@META.COM |
| Top 30 Creditor | Fico (Fair Isaac Corporation) | Will Lansing | WLANSING@FICO.COM |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 Creditor | Google Inc. | Brooks Arundel | BARUNDEL@GOOGLE.COM |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 Creditor | Hawthorne Direct, LLC | Jessica Hawthorne-Castro | JESSICA.HAWTHORNECASTRO@HAWTHORNEDIRECT.COM |
| Top 30 Creditor | Hexaware Technologies Ltd | Divya Pradeepkumar | DIVYAP@HEXAWARE.COM |
| Top 30 Creditor | Hoodoo Digital, LLC | Andy Wakefield | ANDY@HOODOO.DIGITAL |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | Invoca, Inc | Gregg Johnson | GJOHNSON@INVOCA.COM |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Top 30 Creditor | Ispot.Tv, Inc | Sean Muller | SEAN.MULLER@ISPOT.TV |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | gking@kslaw.com |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | rschwartz@kslaw.com; GKing@kslaw.com; jdaly@kslaw.com; rnussbaum@kslaw.com; mmuscara@kslaw.com |
| Top 30 Creditor | Lending Tree | Doug Lebda | DOUG.LEBDA@LENDINGTREE.COM |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Top 30 Creditor | Merchant Advocate LLC | Eric Cohen | ERIC@MERCHANTADVOCATE.COM |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 Creditor | Microsoft Online, Inc. | Miko Lacsamana | MIKOL@MICROSOFT.COM |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Counsel to Blue Torch Finance LLC and Prospect Capital Corporation | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey and Michael A. Ingrassia | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mingrassia@morrisnichols.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | DHillman@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | LOsaben@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | PYoung@proskauer.com |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | pantoszyk@proskauer.com; dhillman@proskauer.com |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | jwilson@prospectcap.com; pl@prospectcap.com; pacct@prospectcap.com; fax@prospectcap.com; grier@prospectcap.com; jbarry@prospectcap.com; fax@prospectcap.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Top 30 Creditor | Sandra Wilson C/O The Law Offices Of Daniel Balsam | Dan Balsam | LEGAL@DANBALSAM.COM |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor | Sharonda Taylor C/O The Law Offices Of Daniel Balsam | Dan Balsam | LEGAL@DANBALSAM.COM |
| Top 30 Creditor | Site Selection Group | King White | KWHITE@SITESELECTIONGROUP.COM |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | Thomas Ablao DBA Noble Connections | Thomas Ablao | Email on File |
| Top 30 Creditor | Trans Union Inc | Christopher A. Cartwright | CCARTWRIGHT@TRANSUNION.COM |
| Top 30 Creditor | Ty Weston | | Email on File |
| United States Department of Justice | U.S. Department of Justice | Attorney General | askdoj@usdoj.gov |
| Top 30 Creditor | Ultra98 | Muzaffar Abbas | MUZAFFAR@ULTRA98.COM |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | emailago@atg.wa.gov |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov; ag@wyo.gov |