**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*, | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |

Related Docket No. 83

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Scott A. Zuber, Esquire to represent Capitol Indemnity Corp. in the above-captioned bankruptcy.

Dated: June 12, 2023
    Wilmington, Delaware

*/s/ Thomas J. Francella, Jr.*
Thomas J. Francella, Jr., Esq. (No. 3835)
WHITEFORD, TAYLOR & PRESTON LLC
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: tfrancella@whitefordlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, and in good standing as a member of the Bar of the State of New Jersey, the U.S. Court of Appeals in the Third Circuit, the U.S. District Court of New Jersey, and the U.S. District Courts of Eastern and Southern Districts of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for District Court.

Dated: June 12, 2023

*/s/ Scott A. Zuber*
Scott A. Zuber, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 325-1500
Email: szuber@csglaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: June 13th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**