**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| PGX Holdings, Inc., *et al.*, | : | Case No. 23-10718 (CTG) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1.     **Hawthorne Direct, LLC.**, dba Hawthorne Advertising, Attn: Steve Jurgensen, 101 N. Court Street, Fairfield, IA 52556, Phone: 310-844-9385, Fax: 641-954-7207, Email: sjurgensen@hawthorneadvertising.com

2.     **Site Selection Group, LLC**, Attn: King White, 8235 Douglas Ave, Suite 500, Dallas, TX, 75225, Phone: 214-271-0582, Email: kwhite@siteselectiongroup.com

3.     **Argano, LLC,** Attn: Elizabeth Frederic, 6100 W. Plano Parkway, Suite 1800, Plano, TX 75093, Phone: 859-250-0086, Email: Elizabeth.frederic@argano.com

          ANDREW R. VARA
          United States Trustee, Region 3

          /s/ *Jane Leamy* for
          JOSEPH J. MCMAHON, JR.
          ASSISTANT UNITED STATES TRUSTEE

DATED: June 14, 2023

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497