# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

# CERTIFICATE OF SERVICE

I, Vanessa R. Triana, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 8, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; via Overnight Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Second Omnibus Motion of Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Effective as of the Rejection Date, and Granting Related Relief** [Docket No. 75]

Dated: June 16, 2023

*/s/ Vanessa R. Triana*
Vanessa R. Triana
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Top 30 Creditor | America One Funding (Quinstreet) | Alex Yunerman | AYUNERMAN@QUINSTREET.COM |
| Top 30 Creditor | Argano, LLC | Chip Register | CHIP.REGISTER@ARGANO.COM |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| Top 30 Creditor | Atwave, LLC | Amanda Coleman | AMANDA@ATWAVE.COM |
| Top 30 Creditor | Blackoptek Ce, Inc. (Call Engine Inc.) | Ryan Mcvey | RYAN@CALLENGINE.COM |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | BlueTorchAgency@alterdomus.com |
| Top 30 Creditor | Bradley Lead Group | Billy Ness | BILLYNESS@BRADLEYLEADGROUP.COM |
| Top 30 Creditor | Calculated Research & Technology | Tim Aguilar | TIMA@CR-T.COM |
| Top 30 Creditor | Cicola Investments (North Point Direct) | Roy Cicola | ROY@NORTHPOINTDIRECT.COM |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Top 30 Creditor | Consumer Financial Protection Bureau | Maureen McCown | MAUREEN.MCOWEN@CFPB.GOV |
| Top 30 Creditor | Credit Sesame, Inc. | Adrian Nazari | ANAZARI@CREDITSESAME.COM |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Top 30 Creditor | Drips Holdings LLC | Aaron Christopher Evans | AC@DRIPS.COM |
| Top 30 Creditor | Equifax Consumer Services | Mark Begor | MARK.BEGOR@EQUIFAX.COM |
| Top 30 Creditor | Experian | Lloyd Pitchford | LLOYD.PITCHFORD@EXPERIANGROUP.COM |
| Top 30 Creditor | Facebook Inc. | Walter Little | WALTERLITTLE@META.COM |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Top 30 Creditor | Google Inc. | Brooks Arundel | BARUNDEL@GOOGLE.COM |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Top 30 Creditor | Hawthorne Direct, LLC | Jessica Hawthorne-Castro | JESSICA.HAWTHORNECASTRO@HAWTHORNEDIRECT.COM |
| Top 30 Creditor | Hexaware Technologies Ltd | Divya Pradeepkumar | DIVYAP@HEXAWARE.COM |
| Top 30 Creditor | Hoodoo Digital, LLC | Andy Wakefield | ANDY@HOODOO.DIGITAL |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Top 30 Creditor | Invoca, Inc | Gregg Johnson | GJOHNSON@INVOCA.COM |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Top 30 Creditor | Ispot.Tv, Inc | Sean Muller | SEAN.MULLER@ISPOT.TV |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | gking@kslaw.com |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | rschwartz@kslaw.com; GKing@kslaw.com; jdaly@kslaw.com; rnussbaum@kslaw.com; mmuscara@kslaw.com |
| Top 30 Creditor | Lending Tree | Doug Lebda | DOUG.LEBDA@LENDINGTREE.COM |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | dazman@mwe.com |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Maris J. Kandestin | mkandestin@mwe.com |
| Top 30 Creditor | Merchant Advocate LLC | Eric Cohen | ERIC@MERCHANTADVOCATE.COM |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Top 30 Creditor | Microsoft Online, Inc. | Mikol Lacsamana | MIKOL@MICROSOFT.COM |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 2

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Blue Torch Finance LLC and Prospect Capital Corporation | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey and Michael A. Ingrassia | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mingrassia@morrisnichols.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | DHillman@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | LOsaben@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | PYoung@proskauer.com |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | pantoszyk@proskauer.com; dhillman@proskauer.com |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | jwilson@prospectcap.com; pl@prospectcap.com; pacct@prospectcap.com; fax@prospectcap.com; grier@prospectcap.com; jbarry@prospectcap.com; fax@prospectcap.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| Top 30 Creditor | Sandra Wilson C/O The Law Offices Of Daniel Balsam | Dan Balsam | LEGAL@DANBALSAM.COM |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor | Sharonda Taylor C/O The Law Offices Of Daniel Balsam | Dan Balsam | LEGAL@DANBALSAM.COM |
| Top 30 Creditor | Site Selection Group | King White | KWHITE@SITESELECTIONGROUP.COM |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Top 30 Creditor | Thomas Ablao DBA Noble Connections | Thomas Ablao | Email on File |
| Top 30 Creditor | Trans Union Inc | Christopher A. Cartwright | CCARTWRIGHT@TRANSUNION.COM |
| Top 30 Creditor | Ty Weston | | Email on File |
| United States Department of Justice | U.S. Department of Justice | Attorney General | askdoj@usdoj.gov |
| Top 30 Creditor | Ultra98 | Muzaffar Abbas | MUZAFFAR@ULTRA98.COM |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 2

# Exhibit B

**Exhibit B**
**Rejection Counterparty Service List**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| Buwelo, LLC | jimcharles@buwelo.com |

# Exhibit C

**Exhibit C**
**Rejection Counterparty Service List**
**Served via Overnight Mail**

| CreditorName | Address1 | City | State | Zip |
|---|---|---|---|---|
| Buwelo, LLC | 1980 Festival Plaza Drive | Las Vegas | NV | 89135 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1

# Exhibit D

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | |
| Top 30 Creditor | America One Funding (Quinstreet) | Alex Yunerman | 950 Tower Lane | 6h Floor | | Foster City | CA | 94404 | |
| Top 30 Creditor | Argano, LLC | Chip Register | 6100 W Plano Parkway | Suite 1800 | | Plano | TX | 75093 | |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 | |
| Top 30 Creditor | Atwave, LLC | Amanda Coleman | 804 Ocean Drive | | | Miami Beach | FL | 33139 | |
| Top 30 Creditor | Blackoptek Ce, Inc. (Call Engine Inc.) | Ryan Mcvey | 3780 14Th Avenue | Suite 209 | | Markham | ON | L3R 9Y5 | Canada |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | 150 East 58th Street, 18th Floor | | | New York | NY | 10155 | |
| Top 30 Creditor | Bradley Lead Group | Billy Ness | 1195 Maddox Ct | | | Westminster | CO | 80023 | |
| Top 30 Creditor | Calculated Research & Technology | Tim Aguilar | 629 E Quality Dr | Suite 201 | | American Fork | UT | 84003 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Top 30 Creditor | Cicola Investments (North Point Direct) | Roy Cicola | 12540 Broadwell Road | Suite 2201 | | Milton | GA | 30004 | |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | |
| Top 30 Creditor | Consumer Financial Protection Bureau | Maureen McCown | 1700 G Street, NW | | | Washington | DC | 20552 | |
| Top 30 Creditor | Credit Sesame, Inc. | Adrian Nazari | 444 Castro Street | Suite 500 | | Mountain View | CA | 94041 | |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | |
| Top 30 Creditor | Drips Holdings LLC | Aaron Christopher Evans | 1700 W Market St | Suite 173 | | Akron | OH | 44308 | |
| Top 30 Creditor | Equifax Consumer Services | Mark Begor | 1550 Peachtree Street NW | | | Atlanta | GA | 30309 | |
| Top 30 Creditor | Experian | Lloyd Pitchford | PO Box 881971 | | | Los Angeles | CA | 90088-1971 | |
| Top 30 Creditor | Facebook Inc. | Walter Little | 151 N Franklin St. | | | Chicago | IL | 60606 | |
| Top 30 Creditor | Fico (Fair Isaac Corporation) | Will Lansing | 3661 Valley Centre Drive | Suite 500 | | San Diego | CA | 92130 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Top 30 Creditor | Google Inc. | Brooks Arundel | Dept 33654 | Po Box 39000 | | San Francisco | CA | 94139 | |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | |
| Top 30 Creditor | Hawthorne Direct, LLC | Jessica Hawthorne-Castro | 1201 West 5Th St | Suite T230 | | Los Angeles | CA | 90017 | |
| Top 30 Creditor | Hexaware Technologies Ltd | Divya Pradeepkumar | Bldg 152 | Millennium Business Park | Mahape | Navi Mumbai, Maharashtra | | 400 710 | India |
| Top 30 Creditor | Hoodoo Digital, LLC | Andy Wakefield | 132 South State St | | | Salt Lake City | UT | 84111 | |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 | |
| Top 30 Creditor | Invoca, Inc | Gregg Johnson | 1025 Chapala Street | | | Santa Barbara | CA | 93101 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 3

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | |
| Top 30 Creditor | Ispot.Tv, Inc | Sean Muller | 15831 NE 8th St #100 | | | Bellevue | WA | 98008 | |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 | |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | 1185 Avenue of the Americas, 34th Floor | | | New York | NY | 10036 | |
| Top 30 Creditor | Lending Tree | Doug Lebda | 1415 Vantage Park Drive | Suite 700 | | Charlotte | NC | 28203 | |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box 94005 | | | Baton Rouge | LA | 70804 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | One Vanderbilt Avenue | | | New York | NY | 10017 | |
| Top 30 Creditor | Merchant Advocate LLC | Eric Cohen | 281 Route 34 | Suite 101 | | Colts Neck | NJ | 07722 | |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | |
| Top 30 Creditor | Microsoft Online, Inc. | Miko Lacsamana | One Microsoft Way | | | Redmond | WA | 98052 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 | |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | Eleven Times Square | | | New York | NY | 10036-8299 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602-4342 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | 2029 Century Park East, Suite 2400 | | | Los Angeles | CA | 90067-3010 | |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | One International Place | | | Boston | MA | 02110-2600 | |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | 10 East 40th Street, 42nd Floor | | | New York | NY | 10016 | |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 3

Exhibit D
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 30 Creditor | Sandra Wilson C/O The Law Offices Of Daniel Balsam | Dan Balsam | 2601C Blanding Avenue #271 | | | Alameda | CA | 94501 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | |
| Top 30 Creditor | Sharonda Taylor C/O The Law Offices Of Daniel Balsam | Dan Balsam | 2601C Blanding Avenue #271 | | | Alameda | CA | 94501 | |
| Top 30 Creditor | Site Selection Group | King White | 8235 Douglas Ave #500 | | | Dallas | TX | 75205 | |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 | |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | |
| Top 30 Creditor | Thomas Ablao DBA Noble Connections | Thomas Ablao | Address on File | | | | | | |
| Top 30 Creditor | Trans Union Inc | Christopher A. Cartwright | 555 W. Adams Street | | | Chicago | IL | 60661 | |
| Top 30 Creditor | Ty Weston | | Address on File | | | | | | |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 | |
| Top 30 Creditor | Ultra98 | Muzaffar Abbas | 421-721 Keele St. | | | Concord | ON | L4K1Z8 | Canada |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 | |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 3 of 3