# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Ashley M. Raddatz, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 13, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via First Class Mail upon the service list attached hereto as **Exhibit A**:

- **First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing Abandonment of Certain Personal Property, Each Effective as of the Petition Date, and (III) Granting Related Relief** [Docket No. 10]

Dated: June 16, 2023

*/s/ Ashley M. Raddatz*
Ashley M. Raddatz
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

**Exhibit A**
**Supplemental Rejection Counterparties Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Kaleyra US Inc. (f/k/a mGage LLC) | | 85 Broad Street | | New York | NY | 10004 |
| Kaleyra US Inc. (f/k/a mGage LLC) | | 3424 Peachtree Road, NE, Suite 400 | | Atlanta | GA | 30326 |
| the dtx company DBA Flowcode | | 45 Grand Street | | New York | NY | 10013 |
| the dtx company DBA Flowcode | | 233 Spring St. | West 3rd Floor | New York | NY | 10013 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1