IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC.,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew I. Silfen, Esq. of the law firm ArentFox Schiff LLP to represent Official Committee of Unsecured Creditors, in the above-captioned chapter 11 cases.

Dated: June 19, 2023

/s/ *Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: June 22nd, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

16179842/1

-2-

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and the United States District Court, for the Eastern, Northern, and Southern Districts of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: June 19, 2023                             */s/ Andrew I. Silfen*
                                                           Andrew I. Silfen, Esquire
                                                           ArentFox Schiff LLP
                                                           1301 Avenue of the Americas, 42nd Floor
                                                           New York, NY 10019
                                                           Telephone: (212) 484-3900
                                                           Facsimile: (212) 484-3990
                                                           E-mail: andrew.silfen@afslaw.com

16179842/1