# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*, | Case No. 23-10718 (c) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. (a/k/a "Experian" and collectively, "**Experian**") hereby appears by their counsel, Karen V. Newbury and FrankGecker LLP; such counsel hereby enters her appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following person at the following address, telephone number, facsimile number and email address:

Karen V. Newbury
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5 G-H
Chicago, Illinois  60607
Telephone:  (312) 276-1400
Facsimile:  (312) 276-0035
knewbury@fgllp.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law P.C. (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

{GEN0002/ADMIN/00064486.DOC/2}

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, electronic mail transmission, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of the rights of Experian: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest the jurisdiction of this Court over Experian; or (v) of any other rights, claims, actions, setoffs, or recoupments to which Experian may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Experian expressly reserves.

Dated: June 22, 2023

Respectfully submitted,

EXPERIAN MARKETING SOLUTIONS, INC. AND
EXPERIAN BUSINESS SOLUTIONS, INC.

By:   */s/ Karen V. Newbury*
        One of their attorneys

Karen V. Newbury (IL Bar No. 6237765)
FRANKGECKER LLP
1327 W. Washington Blvd., Suite 5G-H
Chicago, Illinois  60607
Telephone:    (312) 276-1400
Facsimile:     (312) 276-0035

knewbury@fgllp.com;

## CERTIFICATE OF SERVICE

I, Karen V. Newbury, an attorney, state that on **June 22, 2023**, a copy of the foregoing **Notice of Appearance and Request for Service of Notices and Documents** was filed and served through ECF notification upon all parties who receive notice in this matter pursuant to the Court's ECF filing system.

By: */s/ Karen V. Newbury*