## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*, | Case No. 23-10718 (CTG) |
| Debtors.[1] | (Jointly Administered) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT J. Zachary Balasko, a Trial Attorney in the Civil Division of the United States Department of Justice, hereby appears on behalf of the United States of America in the above-captioned case and requests that copies of all pleadings and notices filed in this case be served on him electronically or as follows:

J. Zachary Balasko
U.S. Department of Justice
Civil Division
(202) 514-7162 (telephone)
(202) 514-9163 (facsimile)
john.z.balasko@usdoj.gov (e-mail, preferred)

| | |
|---|---|
| P.O. Box 875 | 1100 L Street, NW |
| Ben Franklin Station | Room 7530 |
| Washington, DC 20044-0875 | Washington, DC 20005 |
| (regular mail, if necessary) | (hand delivery/overnight mail, if necessary) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of counsel to represent the United States of America, the undersigned hereby certifies the following: I am admitted to practice law in the State of West Virginia and the Commonwealth of Virginia; I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

Dated: June 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

DAVID C. WEISS
United States Attorney

/s/ J. Zachary Balasko
RUTH A. HARVEY
RODNEY A. MORRIS
J. ZACHARY BALASKO
VICTOR S. LEUNG
United States Department of Justice
Civil Division
1100 L Street, NW
Washington, DC 20005
Tel: (202) 514-7162
Fax: (202) 514-9163
E-mail: john.z.balasko@usdoj.gov

*Attorneys for the United States*

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2023, a true and correct copy of the foregoing Notice of Appearance was served via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System in the above-captioned case.

/s/ J. Zachary Balasko
J. ZACHARY BALASKO