IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC, *et al.,*[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 28, 2023 AT 2:00 P.M. (ET)

<u>THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT
ALL MATTERS HAVE BEEN CONTINUED TO LATER DATES</u>

<u>UNCONTESTED MATTERS</u>

1.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 5; Filed 6/4/2023]

Related Documents:

> A.      Interim Order (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 57; Filed 6/6/2023]

> B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors and the Office of the US Trustee to July 5, 2023 at 4:00 p.m.

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:   PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

Responses Received:  None to date.

Status:          This matter has been continued until July 12, 2023 at 1:00 p.m.

2.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 6; Filed 6/4/2023]
        Related Documents:

        A.      Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief  [Docket No. 58; Filed 6/6/2023]

        B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:          This matter has been continued until July 12, 2023 at 1:00 p.m.

3.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 7; Filed 6/4/2023]

        Related Documents:

        A.      Interim Order (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 59; Filed 6/6/2023]

        B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:          This matter has been continued until July 12, 2023 at 1:00 p.m.

4.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 8; Filed 6/4/2023]

Related Documents:

      A.      Interim Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 60; Filed 6/6/2023]

      B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

5.      Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 9; Filed 6/4/2023]

Related Documents:

      A.      Interim Order  (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 61; Filed 6/6/2023]

      B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

10549031.v2

6.      Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing Abandonment of Certain Personal Property, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 10; Filed 6/4/2023]
        Related Documents:

        A.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 P.M. (ET) [Docket No. 74; Filed 6/7/2023]

        Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

        Responses Received:  None to date.

        Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

7.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 11; Filed 6/4/2023]

        Related Documents:

        A.      Interim Order (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 62; Filed 6/6/2023]

        B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

        Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

        Responses Received:  None to date.

        Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

8.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 13; Filed 6/5/2023]
        Related Documents:

        A.      Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance

10549031.v2

and Surety Coverage, and (II) Granting Related Relief [Docket No. 63; Filed 6/6/2023]

B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m. Extended solely for CapSpecialty to June 26, 2023 at 5:00 p.m.

Responses Received:  None to date.

Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

9.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 14; Filed 6/5/2023]
Related Documents:

A.      Notice of Revised Proposed Order Regarding Creditor Matrix Motion [Docket No. 46; Filed 6/6/2023]

B.      Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 64; Filed 6/6/2023]

C.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors and the Office of the US Trustee to July 16, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:        This matter has been continued until July 21, 2023 at 10:00 a.m.

10. Motion of Debtors for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 15; Filed 6/5/2023]

Related Documents:

A. Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received: None to date.

Status: This matter has been continued until July 12, 2023 at 1:00 p.m.

11. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness With Respect to Common Stock and (II) Granting Related Relief   [Docket No. 16; Filed 6/5/2023]

Related Documents:

A. Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 71; Filed 6/7/2023]

B. Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received: None to date.

Status: This matter has been continued until July 12, 2023 at 1:00 p.m.

12. Second Omnibus Motion of Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Effective as of the Rejection Date, and Granting Related Relief [Docket No. 75; Filed 6/8/2023]

Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:          This matter has been continued until July 12, 2023 at 1:00 p.m.

CONTESTED MATTERS

13.      Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors
         to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens
         and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay,
         (VI) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 17; Filed
         6/5/2023]

         Related Documents:

                 A.      Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition
                         Financing and (B) Utilize Cash Collateral, (II) Granting Liens and
                         Superpriority Administrative Expense Claims, (III) Granting Adequate
                         Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final
                         Hearing, and (VI) Granting Related Relief [Docket No. 70; Filed 6/6/2023]

                 B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at
                         2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

         Response Deadline:   June 21, 2023 at 4:00 p.m.; extended solely for the Official
                              Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m.

         Responses Received:

                 A.      Maricopa County Treasurer's Objection to Interim Order (I) Authorizing
                         the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash
                         Collateral, (II) Granting Liens and Superpriority Administrative Expense
                         Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic
                         Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief
                         [Docket No. 100; Filed 6/20/2023]

         Status:          This matter has been continued until July 12, 2023 at 1:00 p.m.

14.      Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for
         Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or
         More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C)
         Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D)
         Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing
         and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the
         Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B)
         Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease;
         and (III) Granting Related Relief [Docket No. 66; Filed 6/6/2023]

Related Documents:

A.    Declaration of Neil A. Augustine In Support of the Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 67; Filed 6/6/2023]

B.    Declaration of Elise S. Frejka, CIPP/US, In Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 68; Filed 6/6/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 5, 2023 at 4:00 p.m. Extended for the Consumer Financial Protection Bureau to June 27, 2023 at 5:00 p.m.

Responses Received:

A.    United States Trustee's Objection to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 101; Filed 6/21/2023]

8

Status:        This matter has been continued until July 12, 2023 at 1:00 p.m.

Dated:  June 23, 2023
Wilmington, Delaware

/s/ Domenic E. Pacitti

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | 601 Lexington Ave |
| 919 North Market Street, Suite 1000 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:     (212) 446-4800 |
| Telephone:     (302) 426-1189 | Facsimile:     (212) 446-4900 |
| Facsimile:     (302) 426-9193 | Email:  joshua.sussberg@kirkland.com |
| Email:   dpacitti@klehr.com | |
|            myurkewicz@klehr.com | - and - |
| | |
| -and- | Spencer Winters (admitted *pro hac vice*) |
| | Whitney C. Fogelberg (admitted *pro hac vice*) |
| Morton R. Branzburg (*pro hac vice* pending) | Alison J. Wirtz (admitted *pro hac vice*) |
| 1835 Market Street, Suite 1400 | 300 North LaSalle |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone:     (215) 569-3007 | Telephone:     (312) 862-2000 |
| Facsimile:     (215) 568-6603 | Facsimile:     (312) 862-2200 |
| Email:   mbranzburg@klehr.com | Email:  spencer.winters@kirkland.com |
| | whitney.fogelberg@kirkland.com |
| | alison.wirtz@kirkland.com |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

10549031.v2