**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PGX HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10718 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: Docket No. 113 |

**NOTICE OF WITHDRAWAL OF DOCUMENT ENTERED IN ERROR**

**PLEASE TAKE NOTICE** that on June 30, 2023, the *Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 113] was filed in error. We respectfully request that Docket Number 113 be removed from the Court's docket.

Dated: June 30, 2023
Wilmington, Delaware

/s/ *Domenic E. Pacitti*

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Michael W. Yurkewicz (DE Bar No. 4165) | 601 Lexington Ave |
| 919 North Market Street, Suite 1000 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 426-1189 | Facsimile:   (212) 446-4900 |
| Facsimile:   (302) 426-9193 | Email:  joshua.sussberg@kirkland.com |
| Email:  dpacitti@klehr.com | |
|           myurkewicz@klehr.com | - and - |
| -and- | Spencer Winters (admitted *pro hac vice*) |
| | Alison J. Wirtz (admitted *pro hac vice*) |
| Morton R. Branzburg (*pro hac vice* pending) | 300 North LaSalle |
| 1835 Market Street, Suite 1400 | Chicago, Illinois 60654 |
| Philadelphia, Pennsylvania 19103 | Telephone:   (312) 862-2000 |
| Telephone:   (215) 569-3007 | Facsimile:   (312) 862-2200 |
| Facsimile:   (215) 568-6603 | Email:  spencer.winters@kirkland.com |
| Email: mbranzburg@klehr.com |           alison.wirtz@kirkland.com |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

---

[1] The debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.