# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 10, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; via Facsimile upon the service list attached hereto as **Exhibit B**; and via Overnight Mail upon the service list attached hereto as **Exhibit C**:

- **Notice of Agenda of Adjourned Matters** [Docket No. 139]

Dated: July 13, 2023

                                                                                 */s/ Stanley Y. Martinez*
                                                                                 Stanley Y. Martinez
                                                                                  KCC
                                                                                  222 N Pacific Coast Highway,
                                                                                  3rd Floor
                                                                                  El Segundo, CA 90245
                                                                                  Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

**Exhibit A**
**First Day Service Lists**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Andrew I. Silfen and Beth M. Brownstein | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Justin A. Kesselman | justin.kesselman@afslaw.com |
| Top 30 Creditor / Creditors Committee Member | Argano, LLC | Attn Elizabeth Frederic | CHIP.REGISTER@ARGANO.COM; Elizabeth.frederic@argano.com |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | BlueTorchAgency@alterdomus.com |
| Counsel to Capitol Indemnity Corp. | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Esq., Jonathan Bondy, Esq., and Emily Mastrocola, Esq. | szuber@csglaw.com; jbondy@csglaw.com; emastrocola@csglaw.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. | FrankGecker LLP | Joseph D. Frank and Karen V. Newbury | jfrank@fgllp.com; knewbury@fgllp.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Creditors Committee Member | Hawthorne Direct, LLC | dba Hawthorne Advertising | sjurgensen@hawthorneadvertising.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | gking@kslaw.com |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | rschwartz@kslaw.com; GKing@kslaw.com; jdaly@kslaw.com; rnussbaum@kslaw.com; mmuscara@kslaw.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated ("Plaintiff") | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Peter Muthig | muthigk@mcao.maricopa.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | dazman@mwe.com |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Maris J. Kandestin | mkandestin@mwe.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Jason S. Levin | emonzo@morrisjames.com; bkeilson@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Blue Torch Finance LLC and Prospect Capital Corporation | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey and Michael A. Ingrassia | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mingrassia@morrisnichols.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | hbalderas@nmag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |

**Exhibit A**
**First Day Service Lists**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | DHillman@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | LOsaben@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | PYoung@proskauer.com |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | pantoszyk@proskauer.com; dhillman@proskauer.com |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | jwilson@prospectcap.com; pl@prospectcap.com; pacct@prospectcap.com; fax@prospectcap.com; grier@prospectcap.com; jbarry@prospectcap.com; fax@prospectcap.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated, Plaintiff | Raisner Roupinian LLP | Jack A. Raisner and René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor / Creditors Committee Member | Site Selection Group | King White | KWHITE@SITESELECTIONGROUP.COM |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Tennessee Department of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| United States Department of Justice | U.S. Department of Justice | Attorney General | askdoj@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko | john.z.balasko@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko and Victor S. Leung | john.z.balasko@usdoj.gov; Victor.Leung@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | Victor S. Leung | Victor.Leung@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Capitol Indemnity Corp. | Whiteford, Taylor & Preston LLC | Thomas J. Francella, Jr., Esq. | tfrancella@whitefordlaw.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |
| Banks | Bank of America | Paige W Penze, Andre Bataller, Brandon P Woodward, Stephanie Quevedo, Josephine A Genievich | paige.penze@bofa.com; andre.bataller@bofa.com; brandon.p.woodward@bofa.com; stephanie.quevedo@bofa.com; josephine.a.genievich@bofa.com |
| Banks | Comerica Bank | | bankruptcyaccountmail@comerica.com |
| Banks | JPMorgan Chase | James A Quinn | james.a.quinn@chase.com |
| Insurance | (Applied) Texas Insurance Company | ATTN: GENERAL COUNSEL | losscontrol@auw.com |
| Insurance | (Argo) Peleus Insurance | | info@argolimited.com |
| Insurance | (Chubb) Westchester Fire Insurance Company | ATTENTION: CHIEF UNDERWRITING OFFICER | esther.kim@westchester.com |
| Insurance | (Orion) Obsidian Specialty Insurance Company | | info@obsidianspecialty.com |
| Insurance | (RSUI) Landmark American Insurance Company | | info@rsui.com |
| Insurance | AIG Specialty Insurance Company | | IR@aig.com |
| Insurance | Hiscox Insurance Company, Inc. | | Lucy.Baines@Hiscox.com; Hayley.Susino@Hiscox.com |
| Insurance | Starr Surplus Lines Insurance Company | | Claims@starrcompanies.com |
| Taxing Authority | BONNEVILLE COUNTY, IDAHO | | bctreasurers@co.bonneville.id.us |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 3

**Exhibit A**
**First Day Service Lists**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Taxing Authority | CONNECTICUT DEPARTMENT OF REVENUE SERVICES | | DRS@ct.gov |
| Taxing Authority | FLORIDA DEPARTMENT OF REVENUE | | emailDOR@floridarevenue.com |
| Taxing Authority | IDAHO STATE TAX COMMISSION | | TAXComplianceCOBBankruptcy@tax.idaho.gov |
| Taxing Authority | ILLINOIS DEPARTMENT OF REVENUE | | rev.bankruptcy@illinois.gov |
| Taxing Authority | MICHIGAN DEPARTMENT OF STATE | | bankruptcy@michigan.gov |
| Taxing Authority | NEW JERSEY DEPARTMENT OF THE TREASURY | DIVISION OF TAXATION | NJTax.BNCnoticeonly@treas.nj.gov |
| Taxing Authority | NEW MEXICO TAXATION & REVENUE DEPARTMENT | | Rusvelina.Escalante@tax.nm.gov |
| Taxing Authority | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | | okstate@okdocc.ok.gov |
| Taxing Authority | PENNSYLVANIA DEPARTMENT OF REVENUE | | RA-RV-BET-HBG-TA-EM@pa.gov |
| Taxing Authority | RHODE ISLAND DEPARTMENT OF REVENUE | DIVISION OF TAXATION | Tax.Corporate@tax.ri.gov |
| Taxing Authority | SOUTH CAROLINA DEPARTMENT OF REVENUE | | CorpTax@dor.sc.gov |
| Taxing Authority | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | bankruptcysection@cpa.texas.gov |
| Taxing Authority | UTAH STATE TAX COMMISSION | | taxmaster@utah.gov |
| Utilities | AIRESPRING INC | | customerrelations@airespring.com |
| Utilities | BISCOM, INC | | info@biscom.com |
| Utilities | FLEXENTIAL COLORADO CORP | | support@flexential.com |
| Utilities | INTELEPEER HOLDINGS INC. | | support@intelepeer.com |
| Utilities | MACH NETWORKS, INC | | sales@machnetworks.com |
| Utilities | SMS/800 SERVICES (SOMOS) | | help@somos.com |
| Utilities | STERICYCLE, INC. | | customercare@stericycle.com |
| Utilities | SYRINGA NETWORKS | | AR@SYRINGANETWORKS.NET |

# Exhibit B

**Exhibit B**
**First Day Service Lists**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 907-276-3697 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Andrew I. Silfen and Beth M. Brownstein | 212-484-3990 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Justin A. Kesselman | 617-367-2315 |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 602-542-4085 |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 501-683-2520 |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | 720-508-6030 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 860-808-5387 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | 302-577-6630 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | 302-739-5831 |
| DE State Treasury | Delaware State Treasury | | 302-739-2274 |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 202-347-8922 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | 850-487-2564 |
| Counsel to Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. | FrankGecker LLP | Joseph D. Frank and Karen V. Newbury | 312-276-0035 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 404-657-8733 |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 808-586-1239 |
| Creditors Committee Member | Hawthorne Direct, LLC | dba Hawthorne Advertising | 641-954-7207 |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 208-854-8071 |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | 317-232-7979 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 855-852-4141 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 855-235-6787 |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | 515-281-4209 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 785-296-6296 |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | 225-326-6797; 225-326-6096 |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | 212-547-5444 |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | 517-335-7644 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | 573-751-0774 |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | 406-444-3549 |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 402-471-3297 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | 775-684-1108 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 603-271-2110 |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | 609-292-3508 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 505-490-4883 |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 919-716-6750 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 302-573-6497 |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 405-521-6246 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 503-378-4017 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 717-787-8242 |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 401-222-2995 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | 212-336-1320 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | 212-336-1320 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | 215-597-3194 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 202-772-9317; 202-772-9318 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | 803-253-6283 |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 605-773-4106 |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | 615-741-2009 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 512-475-2994 |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 202-307-6777 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 302-573-6220 |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | 801-538-1121 |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 804-786-1991 |

**Exhibit B**
**First Day Service Lists**
**Served via Facsimile**

| Description | CreditorName | CreditorNoticeName | Fax |
|---|---|---|---|
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | 304-558-0140 |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | 608-294-2907 |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 307-777-6869 |
| Insurance | (Applied) Texas Insurance Company | ATTN: GENERAL COUNSEL | 877-234-4425 |
| Insurance | (Argo) Peleus Insurance | | 441-296-6162 |
| Insurance | (Chubb) Federal Insurance Company | | 312-775-3129 |
| Insurance | (RSUI) Landmark American Insurance Company | | 404-231-3755 |
| Taxing Authority | DELAWARE DEPARTMENT OF JUSTICE | | 302-739-3812 |
| Taxing Authority | MARICOPA COUNTY, ARIZONA | | 602-506-1102 |
| Taxing Authority | OKLAHOMA DEPARTMENT OF CONSUMER CREDIT | | 405-521-6740 |
| Taxing Authority | TEXAS SECRETARY OF STATE | | 512-475-2761 |
| Taxing Authority | UTAH STATE TAX COMMISSION | | 801-297-7699 |
| Utilities | STERICYCLE, INC. | | 847-367-9493 |
| Utilities | SYRINGA NETWORKS | | 208-229-6130 |

# Exhibit C

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 | |
| Top 30 Creditor / Creditors Committee Member | Argano, LLC | Attn Elizabeth Frederic | 6100 W Plano Parkway | Suite 1800 | | Plano | TX | 75093 | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 | |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | 150 East 58th Street, 18th Floor | | | New York | NY | 10155 | |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 | |
| Counsel to Capitol Indemnity Corp. | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Esq., Jonathan Bondy, Esq., and Emily Mastrocola, Esq. | 105 Eisenhower Parkway | | | Roseland | NJ | 07068 | |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 | |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 | |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 | |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | 1185 Avenue of the Americas, 34th Floor | | | New York | NY | 10036 | |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 | |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 | |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 | |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 | |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 | |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | Eleven Times Square | | | New York | NY | 10036-8299 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602-4342 | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | 2029 Century Park East, Suite 2400 | | | Los Angeles | CA | 90067-3010 | |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | One International Place | | | Boston | MA | 02110-2600 | |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | 10 East 40th Street, 42nd Floor | | | New York | NY | 10016 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 | |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 | |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | |
| Top 30 Creditor / Creditors Committee Member | Site Selection Group | King White | 8235 Douglas Ave #500 | | | Dallas | TX | 75205 | |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 | |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 | |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 9

**Exhibit C**
**First Day Service Lists**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 | |
| Banks | Bank of America | Paige W Penze, Andre Bataller, Brandon P Woodward, Stephanie Quevedo, Josephine A Genievich | 100 North Tryon Street | | | Charlotte | NC | 28255 | |
| Banks | Comerica Bank | | 1717 Main St | | | Dallas | TX | 75201 | |
| Banks | JPMorgan Chase | James A Quinn | 1111 Polaris Parkway | | | Columbus | OH | 43240 | |
| Insurance | (Ambridge) Lloyds of London | | 1140 AVENUE OF THE AMERICAS | 5TH FLOOR | | NEW YORK | NY | 10036 | |
| Insurance | (Argo) Peleus Insurance | | 10101 REUNION PLACE, SUITE 500 | | | SAN ANTONIO | TX | 78216 | |
| Insurance | (Berkley) Admiral Insurance Company | | 250 WEST JACKSON BOULEVARD | SUITE 500 | | CHICAGO | IL | 60661 | |
| Insurance | (Chubb) Federal Insurance Company | | 233 SOUTH WACKER DRIVE | SUITE 4700 | | CHICAGO | IL | 60606 | |
| Insurance | (Chubb) Westchester Fire Insurance Company | ATTENTION: CHIEF UNDERWRITING OFFICER | 1133 AVENUE OF THE AMERICAS | 32ND FLOOR | | NEW YORK | NY | 10036 | |
| Insurance | (CNA) Valley Forge Insurance Company | | 10375 PARK MEADOWS DRIVE | SUITE 300 | | LITTLETON | CO | 80124 | |
| Insurance | (Orion) Obsidian Specialty Insurance Company | | 1330 AVENUE OF THE AMERICAS | SUITE 23A | | NEW YORK | NY | 10019 | |
| Insurance | (Sompo) Endurance Assurance Corporation | | 455 MARKET STREET | SUITE 900 | | SAN FRANCISCO | CA | 94105 | |
| Insurance | AIG (National Union Fire Insurance Company of Pittsburgh, Pa.) | | 1271 AVE OF THE AMERICAS | | | NEW YORK | NY | 10020-1304 | |
| Insurance | AIG Specialty Insurance Company | | 1271 AVE OF THE AMERICAS | FL 37 | | NEW YORK | NY | 10020-1304 | |
| Insurance | Atlantic Specialty Insurance Company | | 605 HIGHWAY 169 NORTH | SUITE 800 | | PLYMOUTH | MN | 55441 | |
| Insurance | AXIS Insurance Company | | 111 SOUTH WACKER DRIVE | SUITE 3500 | | CHICAGO | IL | 60606 | |
| Insurance | Colorado Attorney General Debt Management Services Ralph L Carr Colorado Judicial Center | DEBT MANAGEMENT SERVICES | RALPH L CARR COLORADO JUDICIAL CENTER | 1300 BROADWAY | 6TH FLOOR | DENVER | CO | 80203 | |
| Insurance | Commonwealth of Massachusetts Secretary of State | | SECRETARY OF STATE | 1 ASHBURTON PLACE | 17TH FLOOR | BOSTON | MA | 2102 | |
| Insurance | Commonwealth of Pennsylvania - Department of State Bureau of Charitable Organizations | | DEPARTMENT OF STATE BUREAU OF CHARITABLE ORGANIZATIONS | 207 NORTH OFFICE BUILDING | | HARRISBURG | PA | 17120 | |
| Insurance | Delaware Department of Justice Fraud & Consumer Protection Division | | FRAUD & CONSUMER PROTECTION DIVISION | CARVEL STATE BUILDING | 820 NORTH FRENCH STREET | WILMINGTON | DE | 19801 | |
| Insurance | District of Columbia | | DISTRICT OF COLUMBIA | 1350 PENNSYLVANIA AVENUE | NW WASHINGTON | WASHINGTON DC | | 20004 | |
| Insurance | Diversified Insurance, an IMA, Inc. Company | | 136 E SOUTH TEMPLE | SUITE 2300 | | SALT LAKE CITY | UT | 84111 | |
| Insurance | Division of Mortgage Lending Department of Business & Industry | | DEPARTMENT OF BUSINESS & INDUSTRY | 3300 WEST SAHARA AVE | SUITE 285 | LAS VEGAS | NV | 89102 | |
| Insurance | Florida Office of Financial Regulation | | FLORIDA OFFICE OF FINANCIAL REGULATION | 200 EAST GAINES STREET | | TALLAHASSEE | FL | 32399 | |
| Insurance | Hiscox Insurance Company, Inc. | | 30 NORTH LASALLE STREET | SUITE 1760 | | CHICAGO | IL | 60602 | |
| Insurance | Iowa Secretary of State | | IOWA SECRETARY OF STATE | FIRST FLOOR, LUCAS BUILDING | 321 EAST 12TH STREET | DES MOINES | IA | 50319 | |
| Insurance | Minnesota Dept of Commerce, Commissioner of Banks | | COMMISSIONER OF BANKS | 500 METRO SQUARE BUILDING | | ST PAUL | MN | 55101 | |
| Insurance | Nebraska Secretary of State Licensing Division | | LICENSING DIVISION | PO BOX 94608 | | LINCOLN | NE | 68509 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 9

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Insurance | North Carolina Department of Insurance at ASD | | 1201 MAIN SERVICE CENTER | | | RALEIGH | NC | 27699 | |
| Insurance | Ohio Division of Financial Institutions | | 77 S HIGH STREET, #21 | | | COLUMBUS | OH | 43215 | |
| Insurance | Oklahoma Department of Consumer Credit | | 3613 NW 56TH STREET | STE. 240 | | OKLAHOMA CITY | OK | 73112-4512 | |
| Insurance | People of The State of Illinois - Secretary of State Index Department | | STATE OF ILLINOIS - SECRETARY OF STATE | INDEX DEPARTMENT | 111 EAST MONROE STREET | SPRINGFIELD | IL | 62756 | |
| Insurance | Starr Surplus Lines Insurance Company | | 399 PARK AVENUE | | | NEW YORK | NY | 10022 | |
| Insurance | State of Arizona Department of Financial Institutions | | 100 NORTH 15TH AVENUE | SUITE 261 | | PHOENIX | AZ | 85007 | |
| Insurance | State of Arkansas Office of the Attorney General | | 200 CATLETT PRIEN BUILDING | 323 CENTER STREET | | LITTLE ROCK | AR | 72201 | |
| Insurance | State of California Secretary of State Special Filings/Business Program Division | | SPECIAL FILINGS/BUSINESS PROGRAM DIVISION | PO BOX 942870 | | SACRAMENTO | CA | 94277 | |
| Insurance | State of Delaware | | STATE OF DELAWARE | 401 FEDERAL STREET | | DOVER | DE | 19901 | |
| Insurance | State of Idaho Department of Finance Consumer Finance Bureau | | CONSUMER FINANCE BUREAU | 800 PARK BLVD | STE 200 | BOISE | ID | 83712 | |
| Insurance | State of Indiana Office of IN Attorney General - Consumer Protection Division | | OFFICE OF ATTORNEY GENERAL | 302 WEST WASHINGTON STREET | 5TH FLOOR | INDIANAPOLIS | IN | 46204 | |
| Insurance | State of Louisiana Office of Attorney General Consumer Protection Section | | CONSUMER PROTECTION SECTION | PO BOX 94005 | | BATON ROUGE | LA | 70804 | |
| Insurance | State of Maine Bureau of Consumer Credit Protection | | 35 HOUSE STATION | | | AUGUSTA | ME | 4333 | |
| Insurance | State of Maryland Commissioner of Financial Regulation | | COMMISSIONER OF FINANCIAL REGULATION | PO BOX 17409 | | BALTIMORE | MD | 21203 | |
| Insurance | State of Minnesota Department of Commerce | | 85 SEVENTH PLACE EAST | SUITE 500 | | ST. PAUL | MN | 55101 | |
| Insurance | State of Missouri Commissioner of Finance | | TRUMAN STATE OFFICE BUILDING | ROOM 630 | | JEFFERSON CITY | MO | 65102 | |
| Insurance | State of New Hampshire Secretary of State | | STATE HOUSE ANNEX | ROOM 317 | 25 CAPITOL STREET, 3RD FLOOR | CONCORD | NH | 3301 | |
| Insurance | State of Ohio Office of the Attorney General | | 30 EAST BROAD | 17TH FLOOR | | COLUMBUS | OH | 43215 | |
| Insurance | State of Oregon Collection Agency Program, Division of Finance & Corporate Securities, Dept of Consumer & Business Service | | DIVISION OF FINANCE & CORPORATE SECURITES | DEPT OF CONSUMER & BUSINESS SERVICE | 350 WINTER ST NE | SALEM | OR | 97310 | |
| Insurance | State of South Carolina Dept of Consumer Affairs | | DEPT OF CONSUMER AFFAIRS | 2221 DEVINE STREET, 2ND FLOOR | PO BOX 5757 | COLUMBIA | SC | 29250 | |
| Insurance | State of Tennessee Dept of Commerce & Insurance | | 500 ROBERTSON PARKWAY | | | NASHVILLE | TN | 37243 | |
| Insurance | State of Washington | | 416 Sid Snyder Ave SW | | | Olympia | WA | 98504 | |
| Insurance | State of Washington | | LEGISLATIVE BUILDING | 461 SID SNYDER AVE SW | | OLYMPIA | WA | 98501 | |
| Insurance | State of West Virginia Department of Revenue Office of Telemarketing Registration | | OFFICE OF TELEMARKETING REGISTRATION | PO BOX 3784 | | CHARLESTON | WV | 25337 | |
| Insurance | State of West Virginia Secretary of State | | 1900 KANAWHA BLVD E | BUILDING 1, SUITE 157-K | | CHARLESTON | WV | 25305 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 3 of 9

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Insurance | State of Wisconsin Dept of Financial Institutions Bureau of Consumer Affairs | | BUREAU OF CONSUMER AFFAIRS | PO BOX 8041 | | MADISON | WI | 53708-8041 | |
| Insurance | Texas Secretary of State Registrations Unit | | REGISTRATIONS UNIT | PO BOX 13550 | | AUSTIN | TX | 78711-3550 | |
| Insurance | Travelers Casualty & Surety Company of America | TRAVELERS BOND & SPECIALTY INSURANCE CLAIM | PO BOX 2989 | | | HARTFORD | CT | 06183 | |
| Insurance | Utah Department of Consumer Protection | | 160 EAST 300 SOUTH | PO BOX 146704 | | SALT LAKE CITY | UT | 84114 | |
| Insurance | Virginia Dept of Agriculture & Consumer Services Office of Charitable & Regulatory Programs | | OFFICE OF CHARITABLE & REGULATORY PROGRAMS | PO BOX 1163 | | RICHMOND | VA | 23218 | |
| Taxing Authority | ALABAMA DEPARTMENT OF REVENUE | CORPORATE TAX SECTION | PO BOX 327435 | | | MONTGOMERY | AL | 36132-7435 | |
| Taxing Authority | ALABAMA PRIVILEGE TAX DEPARTMENT OF REVENUE | | 50 N. RIPLEY ST. | | | MONTGOMERY | AL | 36130 | |
| Taxing Authority | ARIZONA CORPORATION COMMISSION | | 1200 W. WASHINGTON STREET | | | PHOENIX | AZ | 85007 | |
| Taxing Authority | ARIZONA DEPARTMENT OF REVENUE | | P.O. BOX 29085 | | | PHOENIX | AZ | 85038-9085 | |
| Taxing Authority | AVALARA | | 100 RAVINE LANE | SUITE 220 | | BAINBRIDGE ISLAND | WA | 98110 | |
| Taxing Authority | Avalara, Inc. | Attn: Legal Department | 255 S. King St. Ste. 1800 | | | Seattle | WA | 98104 | |
| Taxing Authority | BONNEVILLE COUNTY, IDAHO | | 605 N CAPITAL AVE. | | | IDAHO FALLS | ID | 83402 | |
| Taxing Authority | CALIFORNIA DEPARTMENT OF JUSTICE | ATTORNEY GENERAL'S OFFICE | ATTN: CREDIT SERVICES ORG. REGISTRATION | | | SAN DIEGO | CA | 92101 | |
| Taxing Authority | CALIFORNIA DEPARTMENT OF JUSTICE | Attorney General's Office | P.O. Box 85266 | | | San Diego | CA | 92186-5266 | |
| Taxing Authority | CALIFORNIA DEPARTMENT OF REVENUE | | PO BOX 942840 | | | SACRAMENTO | CA | 94240 | |
| Taxing Authority | CALIFORNIA FRANCHISE TAX BOARD | | PO BOX 942840 | | | SACRAMENTO | CA | 94240-0040 | |
| Taxing Authority | CALIFORNIA SECRETARY OF STATE | | 1500 11ST STREET | | | SACRAMENTO | CA | 95814 | |
| Taxing Authority | CBIZ MHM, LLC | | FILE 50039 | | | LOS ANGELES | CA | 90074-0039 | |
| Taxing Authority | CITY OF AKRON | INCOME TAX DIVISION | 1 CASCADE PLZ STE 100 | | | AKRON | OH | 44308 | |
| Taxing Authority | CITY OF MIDDLETOWN | | ONE DONHAM PLAZA | | | MIDDLETOWN | OH | 45042 | |
| Taxing Authority | CITY OF REXBURG | | 35 N 1ST EAST | | | REXBURG | ID | 83440 | |
| Taxing Authority | CITY OF TIFFIN INCOME TAX DEPARTMENT | | P.O. BOX 518 | | | TIFFIN | OH | 44883 | |
| Taxing Authority | COLORADO DEPARTMENT OF REVENUE | | TAXATION DIVISION | P.O. BOX 17087 | | DENVER | CO | 80217 | |
| Taxing Authority | COLORADO SECRETARY OF STATE | | 1700 BROADWAY | SUITE 550 | | DENVER | CO | 80290 | |
| Taxing Authority | CONNECTICUT DEPARTMENT OF REVENUE SERVICES | | 450 COLUMBUS BLVD. | SUITE 1 | | HARTFORD | CT | 06103 | |
| Taxing Authority | CONNECTICUT SECRETARY OF STATE | | 165 CAPITOL AVENUE | SUITE 1000 | | HARTFORD | CT | 06106 | |
| Taxing Authority | CT CORPORATION | | PO BOX 4349 | | | CAROL STREAM | IL | 60197-4349 | |
| Taxing Authority | DAVIS COUNTY, UTAH TREASURER | | P.O. BOX 618 | | | FARMINGTON | UT | 84025 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 4 of 9

**Exhibit C**
**First Day Service Lists**
**Served via Overnight Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | DELAWARE DEPARTMENT OF JUSTICE | | CARVEL STATE BUILDING | 820 N. FRENCH ST. | | WILMINGTON | DE | 19801 | |
| Taxing Authority | DELAWARE DEPARTMENT OF REVENUE | | 540 SOUTH DUPONT HIGHWAY | SUITE 2 | | DOVER | DE | 19901 | |
| Taxing Authority | DELAWARE SECRETARY OF STATE | DIVISION OF CORPORATIONS | PO BOX 898 | | | DOVER | DE | 19903 | |
| Taxing Authority | DISTRICT OF COLUMBIA DEPARTMENT OF REVENUE | OFFICE OF TAX AND REVENUE | 1101 4TH STREET, SW, SUITE 270 WEST | | | WASHINGTON | DC | 20024 | |
| Taxing Authority | DISTRICT OF COLUMBIA MAYOR'S OFFICE | | 1350 PENNSYLVANIA AVENUE, NW | | | WASHINGTON | DC | 20004 | |
| Taxing Authority | FLORIDA DEPARTMENT OF REVENUE | | 5050 W. TENNESSEE ST. | | | TALLAHASSEE | FL | 32399-0135 | |
| Taxing Authority | FLORIDA DEPARTMENT OF STATE | | R.A. GRAY BUILDING | 500 SOUTH BRONOUGH STREET | | TALLAHASSEE | FL | 32399-0250 | |
| Taxing Authority | FORVIS, LLP | | 510 S 200 W, SUITE 200 | | | SALT LAKE CITY | UT | 84101 | |
| Taxing Authority | GEORGIA DEPARTMENT OF REVENUE | | 1800 CENTURY BLVD NE | | | ATLANTA | GA | 30345 | |
| Taxing Authority | GREENSHADES | | 7020 AC SKINNER PARKWAY | SUITE 100 | | JACKSONVILLE | FL | 32256 | |
| Taxing Authority | HAWAII DEPARTMENT OF REVENUE | | 830 PUNCHBOWL STREET | | | HONOLULU | HI | 96813 | |
| Taxing Authority | HAWAII DEPARTMENT OF TAXATION | | 830 PUNCHBOWL STREET | | | HONOLULU | HI | 96813-5094 | |
| Taxing Authority | HAWAII SECRETARY OF STATE BUSINESS REGISTRATION DIVISION | DEPARTMENT OF COMMERCE & CONSUMER AFFAIRS | KING KALAKAUA BUILDING 335 MERCHANT ST RM 201 | | | HONOLULU | HI | 96813 | |
| Taxing Authority | IDAHO DIVISION OF FINANCE | | 11341 WEST CHINDEN BLVD. STE A300 | | | BOISE | ID | 83714 | |
| Taxing Authority | IDAHO SECRETARY OF STATE | | P.O. BOX 83720 | | | BOISE | ID | 83702 | |
| Taxing Authority | IDAHO STATE TAX COMMISSION | | 11341 WEST CHINDEN BLVD. STE A300 | | | BOISE | ID | 83714 | |
| Taxing Authority | ILLINOIS DEPARTMENT OF REVENUE | | P.O. BOX 19045 | | | SPRINGFIELD | IL | 62794-9045 | |
| Taxing Authority | ILLINOIS SECRETARY OF STATE | | 213 STATE CAPITOL | | | SPRINGFIELD | IL | 62756 | |
| Taxing Authority | INDIANA DEPARTMENT OF REVENUE | | P.O. BOX 7206 | | | INDIANAPOLIS | IN | 46207-7206 | |
| Taxing Authority | INDIANA SECRETARY OF STATE | | 200 W. WASHINGTON ST., ROOM 201 | | | INDIANAPOLIS | IN | 46204 | |
| Taxing Authority | IOWA DEPARTMENT OF REVENUE | | PO BOX 10466 | | | DES MOINES | IA | 50306-0466 | |
| Taxing Authority | IOWA DEPARTMENT OF REVENUE | | HOOVER STATE OFFICE BUILDING | 1305 E. WALNUT | | DES MOINES | IA | 50319 | |
| Taxing Authority | IOWA SECRETARY OF STATE | | LUCAS BUILDING- FIRST FLOOR | 321 E. 12TH ST. | | DES MOINES | IA | 50319 | |
| Taxing Authority | KENTUCKY DEPARTMENT OF REVENUE | | PO BOX 200021 | | | FRANKFORT | KY | 40620-0021 | |
| Taxing Authority | KENTUCKY DEPARTMENT OF REVENUE | | 501 HIGH STREET | | | FRANKFORT | KY | 40601 | |
| Taxing Authority | LOUISIANA ATTORNEY GENERAL | | 1885 N 3RD ST. | | | BATON ROUGE | LA | 70802 | |
| Taxing Authority | LOUISIANA DEPARTMENT OF REVENUE | | PO BOX 201 | | | BATON ROUGE | LA | 70821-0201 | |
| Taxing Authority | MADISON COUNTY, IDAHO TREASURER | | 134 E MAIN | | | REXBURG | ID | 83440 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 5 of 9

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | MAINE BUREAU OF CONSUMER PROTECTION | | 35 STATE HOUSE STATION | | | AUGUSTA | ME | 04333 | |
| Taxing Authority | MAINE DEPARTMENT OF THE SECRETARY OF STATE | | 148 STATE HOUSE STATION | | | AUGUSTA | ME | 04333-0148 | |
| Taxing Authority | MAINE REVENUE SERVICES | INCOME TAX DIVISION | P.O. BOX 1064 | | | AUGUSTA | ME | 04332-1064 | |
| Taxing Authority | MARICOPA COUNTY, ARIZONA | | 301 WEST JEFFERSON STREET | | | PHOENIX | AZ | 85003 | |
| Taxing Authority | MARYLAND DEPARTMENT OF ASSESSMENTS AND TAXATION | | 301 W. PRESTON STREET | ROOM 801 | | BALTIMORE | MD | 21201-2395 | |
| Taxing Authority | MARYLAND OFFICE OF THE COMMISSIONER OF FINANCIAL REGULATION | | 1100 NORTH EUTAW STREET | SUITE 611 | | BALTIMORE | MD | 21201 | |
| Taxing Authority | MASSACHUSETTS DEPARTMENT OF REVENUE | | PO BOX 7089 | | | BOSTON | MA | 02204 | |
| Taxing Authority | MASSACHUSETTS DEPARTMENT OF REVENUE | | 200 ARLINGTON STREET | | | CHELSEA | MA | 02150 | |
| Taxing Authority | MICHIGAN DEPARTMENT OF STATE | | 430 W. ALLEGAN ST. | RICHARD H. AUSTIN BUILDING - 4TH FLOOR | | LANSING | MI | 48918 | |
| Taxing Authority | MICHIGAN DEPARTMENT OF TREASURY | | P.O. BOX 30803 | | | LANSING | MI | 48909 | |
| Taxing Authority | MINNESOTA DEPARTMENT OF COMMERCE | | 85 7TH PLACE EAST | SUITE 280 | | SAINT PAUL | MN | 55101 | |
| Taxing Authority | MINNESOTA DEPARTMENT OF REVENUE | | MAIL STATION 1765 | | | SAINT PAUL | MN | 55145-1765 | |
| Taxing Authority | MINNESOTA DEPARTMENT OF REVENUE | | 600 NORTH ROBERT ST. | | | SAINT PAUL | MN | 55146 | |
| Taxing Authority | MINNESOTA SECRETARY OF STATE | | FIRST NATIONAL BANK BUILDING | 332 MINNESOTA STREET, SUITE N201 | | SAINT PAUL | MN | 55101 | |
| Taxing Authority | MISSOURI DEPARTMENT OF REVENUE | | HARRY S TRUMAN STATE OFFICE BUILDING | 301 WEST HIGH STREET | | JEFFERSON CITY | MO | 65101 | |
| Taxing Authority | MISSOURI DIVISION OF FINANCE | | TRUMAN STATE OFFICE BUILDING | ROOM 630 | | JEFFERSON CITY | MO | 65102 | |
| Taxing Authority | MONTANA DEPARTMENT OF REVENUE | | PO BOX 5805 | | | HELENA | MT | 59604-5805 | |
| Taxing Authority | NEBRASKA DEPARTMENT OF REVENUE | | PO BOX 94818 | | | LINCOLN | NE | 68509-4818 | |
| Taxing Authority | NEBRASKA SECRETARY OF STATE | | P.O. BOX 94608 | | | LINCOLN | NE | 68509-4608 | |
| Taxing Authority | NEVADA DIVISION OF MORTGAGE LENDING | | 3300 WEST SAHARA AVENUE | SUITE 285 | | LAS VEGAS | NV | 89102 | |
| Taxing Authority | NEVADA SECRETARY OF STATE | | NEVADA STATE CAPITOL BUILDING | 101 NORTH CARSON STREET, SUITE 3 | | CARSON CITY | NV | 89701 | |
| Taxing Authority | NEW HAMPSHIRE DEPARTMENT OF REVENUE ADMINISTRATION | | GOVERNOR HUGH GALLEN STATE OFFICE PARK | 109 PLEASANT STREET (MEDICAL & SURGICAL BUILDING) | | CONCORD | NH | 03301 | |
| Taxing Authority | NEW HAMPSHIRE DEPARTMENT OF STATE | | 107 NORTH MAIN STREET | | | CONCORD | NH | 03301 | |
| Taxing Authority | NEW JERSEY DEPARTMENT OF STATE | | PO BOX 300 | | | TRENTON | NJ | 08625 | |
| Taxing Authority | NEW JERSEY DEPARTMENT OF THE TREASURY | DIVISION OF TAXATION | PO BOX 245 | | | TRENTON | NJ | 08695 | |
| Taxing Authority | NEW JERSEY DIVISION OF CONSUMER AFFAIRS | | 124 HALSEY STREET | | | NEWARK | NJ | 07102 | |
| Taxing Authority | NEW MEXICO TAXATION & REVENUE DEPARTMENT | | 1200 SOUTH ST. FRANCIS DRIVE | | | SANTA FE | NM | 87505 | |
| Taxing Authority | NEW YORK CITY DEPARTMENT OF FINANCE | | P.O. BOX 5564 | | | BINGHAMPTON | NY | 13902 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 6 of 9

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | NEW YORK MTA DEPARTMENT OF REVENUE | | PO BOX 4139 | | | BINGHAMPTON | NY | 13902 | |
| Taxing Authority | NEW YORK STATE DEPT OF TAXATION AND FINANCE | BANKRUPTCY SECTION | PO BOX 5300 | | | ALBANY | NY | 12205-0300 | |
| Taxing Authority | NORTH CAROLINA DEPARTMENT OF REVENUE | | PO BOX 25000 | | | RALEIGH | NC | 27640-0640 | |
| Taxing Authority | NORTH CAROLINA SECRETARY OF STATE | | 2 SOUTH SALISBURY ST. | | | RALEIGH | NC | 27601-2903 | |
| Taxing Authority | OFFICE OF THE INDIANA SECRETARY OF STATE | | 200 W. WASHINGTON ST. | ROOM 201 | | INDIANAPOLIS | IN | 46204 | |
| Taxing Authority | OHIO DEPARTMENT OF TAXATION | ATTN: COMPLIANCE BUSINESS TAX DIVISION | PO BOX 16678 | | | COLUMBUS | OH | 43216-6678 | |
| Taxing Authority | OHIO DIVISION OF FINANCIAL INSTITUTIONS | | 77 SOUTH HIGH STREET | 23RD FLOOR | | COLUMBUS | OH | 43215-6133 | |
| Taxing Authority | OKLAHOMA COUNTY, OKLAHOMA TREASURER | | 320 ROBERT S. KERR AVENUE, #307 | | | OKLAHOMA CITY | OK | 73102 | |
| Taxing Authority | OKLAHOMA SECRETARY OF STATE | BUSINESS FILING DEPARTMENT | 2300 N. LINCOLN BLVD., ROOM 101 | | | OKLAHOMA CITY | OK | 73105-4897 | |
| Taxing Authority | OKLAHOMA TAX COMMISSION | | 300 N BROADWAY AVE. | | | OKLAHOMA CITY | OK | 73102 | |
| Taxing Authority | OREGON DEPARTMENT OF CONSUMER AND BUSINESS SERVICES | | 350 WINTER STREET NE | P.O. BOX 14480 | | SALEM | OR | 97309-0405 | |
| Taxing Authority | OREGON DEPARTMENT OF JUSTICE | | 1162 COURT ST. NE | | | SALEM | OR | 97301-4096 | |
| Taxing Authority | OREGON DEPARTMENT OF REVENUE | | 955 CENTER ST NE | | | SALEM | OR | 97301-2555 | |
| Taxing Authority | OREGON SECRETARY OF STATE | | PUBLIC SERVICE BUILDING | 255 CAPITOL ST. NE, SUITE 151 | | SALEM | OR | 97310 | |
| Taxing Authority | PENNSYLVANIA DEPARTMENT OF REVENUE | | PO BOX 280427 | | | HARRISBURG | PA | 17128-0427 | |
| Taxing Authority | PENNSYLVANIA DEPARTMENT OF REVENUE | | 1854 BROOKWOOD ST | | | HARRISBURG | PA | 17104-2244 | |
| Taxing Authority | PENNSYLVANIA DEPARTMENT OF STATE BUREAU OF CHARITABLE ORGANIZATIONS | | 401 NORTH STREET | 207 NORTH OFFICE BUILDING | | HARRISBURG | PA | 17120 | |
| Taxing Authority | PENNSYLVANIA SECRETARY OF STATE | | 302 NORTH OFFICE BUILDING | 401 NORTH STREET | | HARRISBURG | PA | 17120 | |
| Taxing Authority | RHODE ISLAND DEPARTMENT OF REVENUE | DIVISION OF TAXATION | ONE CAPITOL HILL | | | PROVIDENCE | RI | 02908 | |
| Taxing Authority | RHODE ISLAND SECRETARY OF STATE | | 148 WEST RIVER STREET | | | PROVIDENCE | RI | 02904-2615 | |
| Taxing Authority | RITA (REGIONAL INCOME TAX AGENCY) | | 10107 BRECKSVILLE ROAD | | | BRECKSVILLE | OH | 44141 | |
| Taxing Authority | SALT LAKE CITY BUSINESS LICENSE DIVISION | | CITY & COUNTY BUILDING | 451 SOUTH STATE STREET, ROOM 225 | | SALT LAKE CITY | UT | 84111 | |
| Taxing Authority | SALT LAKE COUNTY, UTAH PROPERTY TAX DIVISION | | 2001 S STATE STREET, STE N1-200 | PO BOX 144575 | | SALT LAKE CITY | UT | 84114 | |
| Taxing Authority | SAN FRANCISCO CITY AND COUNTY | OFFICE OF THE TREASURER & TAX COLLECTOR | P.O. BOX 7426 | | | SAN FRANCISCO | CA | 94120 | |
| Taxing Authority | SITE SELECTION GROUP, LLC | | 8235 DOUGLAS AVE SUITE 500 | | | DALLAS | TX | 75225 | |
| Taxing Authority | SOUTH CAROLINA DEPARTMENT OF CONSUMER AFFAIRS | | 293 GREYSTONE BOULEVARD | STE. 400 | | COLUMBIA | SC | 29210 | |
| Taxing Authority | SOUTH CAROLINA DEPARTMENT OF REVENUE | | PO BOX 100153 | | | COLUMBIA | SC | 29202 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 7 of 9

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | SOUTH CAROLINA DEPARTMENT OF REVENUE | | 300A OUTLET POINTE BOULEVARD | | | COLUMBIA | SC | 29210 | |
| Taxing Authority | SOUTH CAROLINA SECRETARY OF STATE | | 1205 PENDLETON STREET | SUITE 525 | | COLUMBIA | SC | 29201 | |
| Taxing Authority | SOUTH DAKOTA DEPARTMENT OF REVENUE | | 445 E CAPITOL AVENUE | | | PIERRE | SD | 57501 | |
| Taxing Authority | SOUTH DAKOTA SECRETARY OF STATE | | CAPITOL BUILDING | 500 EAST CAPITOL AVENUE STE 204 | | PIERRE | SD | 57501-5070 | |
| Taxing Authority | STATE OF CALIFORNIA FRANCHISE TAX BOARD | | PO BOX 1673 | | | SACRAMENTO | CA | 95812-1673 | |
| Taxing Authority | STATE OF OHIO DEPARTMENT OF COMMERCE | | 77 SOUTH HIGH STREET | 23RD FLOOR | | COLUMBUS | OH | 43215-6133 | |
| Taxing Authority | TENNESSEE DEPARTMENT OF COMMERCE & INSURANCE | | 500 JAMES ROBERTSON PKWY | | | NASHVILLE | TN | 37243-0565 | |
| Taxing Authority | TENNESSEE DEPARTMENT OF REVENUE | | 500 DEADERICK STREET | | | NASHVILLE | TN | 37242 | |
| Taxing Authority | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | | P.O. BOX 13528 | CAPITOL STATION | | AUSTIN | TX | 78711-3528 | |
| Taxing Authority | TEXAS SECRETARY OF STATE | | REGISTRATIONS UNIT | PO BOX 13550 | | AUSTIN | TX | 78711-3550 | |
| Taxing Authority | TEXAS SECRETARY OF STATE | | REPORTS UNIT | P.O. BOX 12028 | | AUSTIN | TX | 78711-2028 | |
| Taxing Authority | TEXAS SECRETARY OF STATE | | CAPITOL BLDG. 1E.8 | | | AUSTIN | TX | 78701 | |
| Taxing Authority | THE COMMONWEALTH OF MASSACHUSETTS | CORPORATIONS DIVISION | ONE ASHBURTON PLACE, 17TH FLOOR | | | BOSTON | MA | 02108-1512 | |
| Taxing Authority | UNITED KINGDOM DEPARTMENT OF REVENUE | | HM REVENUE & CUSTOMS | BP8002 | BENTON PARK VIEW | NEWCASTLE UPON TYNE | | NE98 1ZZ | UNITED KINGDOM |
| Taxing Authority | UNITED KINGDOM DEPARTMENT OF REVENUE | | HM REVENUE & CUSTOMS | | | | | BX9 1AS | UNITED KINGDOM |
| Taxing Authority | UNITED STATES INTERNAL REVENUE SERVICE | | P.O. BOX 7704 | | | SAN FRANCISCO | CA | 94120-7704 | |
| Taxing Authority | UTAH COUNTY, UTAH TREASURER | | 100 EAST CENTER STREET | SUITE 1200 | | PROVO | UT | 84606 | |
| Taxing Authority | UTAH DEPARTMENT OF BUSINESS LICENSING, CITY OF WEST VALLEY | | 3600 S CONSTITUTION BOULEVARD | | | WEST VALLEY CITY | UT | 84119 | |
| Taxing Authority | UTAH DEPARTMENT OF COMMERCE | | SM BOX 146701 | | | SALT LAKE CITY | UT | 84114-6701 | |
| Taxing Authority | UTAH DIVISION OF CONSUMER PROTECTION | | PO BOX 146704 | | | SALT LAKE CITY | UT | 84114-6704 | |
| Taxing Authority | UTAH DIVISION OF CORPORATIONS & COMMERCIAL CODE | | BOX 146705 | | | SALT LAKE CITY | UT | 84114-6705 | |
| Taxing Authority | VERMONT DEPARTMENT OF TAXES | | PO BOX 1881 | | | MONTPELIER | VT | 05601 | |
| Taxing Authority | VERMONT SECRETARY OF STATE | | 128 STATE STREET | | | MONTPELIER | VT | 05633 | |
| Taxing Authority | VIRGINA DEPARMENT OF AGRICULTURE & CONSUMER SERVICES | | P.O. BOX 1163 | | | RICHMOND | VA | 23218 | |
| Taxing Authority | VIRGINIA TAX | | P.O. BOX 1115 | | | RICHMOND | VA | 23218-1115 | |
| Taxing Authority | WALLACE TAX SERVICES, LLC | | 12003 SOUTH GENOVA DRIVE | | | DRAPER | UT | 84020 | |
| Taxing Authority | WASHINGTON LEGISLATIVE BUILDING | | 416 SID SNYDER AVE SW | | | OLYMPIA | WA | 98504 | |
| Taxing Authority | WASHINGTON SECRETARY OF STATE | | PO BOX 40220 | | | OLYMPIA | WA | 98504-0220 | |
| Taxing Authority | WASHINGTON STATE DEPARTMENT OF REVENUE | | 2101 4TH AVE | SUITE 1400 | | SEATTLE | WA | 98121 | |

Exhibit C
First Day Service Lists
Served via Overnight Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Taxing Authority | WEST VIRGINIA DEPARTMENT OF REVENUE | | 1001 LEE STREET EAST | | | CHARLESTON | WV | 25311 | |
| Taxing Authority | WEST VIRGINIA SECRETARY OF STATE | | STATE CAPITOL BUILDING | | | CHARLESTON | WV | 25305 | |
| Taxing Authority | WEST VIRGINIA TAX DIVISION | | 1001 LEE STREET EAST | | | CHARLESTON | WV | 25311 | |
| Taxing Authority | WISCONSIN DEPARTMENT OF FINANCIAL INSTITUTIONS | | 4822 MADISON YARDS WAY, NORTH TOWER | | | MADISON | WI | 53705 | |
| Taxing Authority | WISCONSIN DEPARTMENT OF REVENUE | | PO BOX 930208 | | | MILWAUKEE | WI | 53293-0208 | |
| Taxing Authority | WISCONSIN SECRETARY OF STATE | | P.O. BOX 7848 | | | MADISON | WI | 53707-7848 | |
| Utilities | AIRESPRING INC | | 1801 W OLYMPIC BLVD | | | PASADENA | CA | 91199-1422 | |
| Utilities | BISCOM, INC | | 10 TECHNOLOGY PARK DRIVE | | | WESTFORD | MA | 01886-3140 | |
| Utilities | CENTURY LINK | | PO BOX 91155 | | | SEATTLE | WA | 98111-9255 | |
| Utilities | COMCAST | | PO BOX 60533 | | | CITY OF INDUSTRY | CA | 91716-0533 | |
| Utilities | COMCAST HOLDINGS CORP | | ONE COMCAST CENTER | 32ND FLOOR | | PHILADELPHIA | PA | 19103 | |
| Utilities | FLEXENTIAL COLORADO CORP | | 210 WEST 77TH ST THW | | | NEW YORK | NY | 10024 | |
| Utilities | INTELEPEER HOLDINGS INC. | | Dept LA 24295 | | | Pasadena | CA | 91185-4295 | |
| Utilities | LEVEL 3 COMMUNICATIONS, LLC (CENTURYLINK) | | 1025 ELDORADO BLVD | | | BROOMFIELD | CO | 80021 | |
| Utilities | MACH NETWORKS, INC | | 1930 PALOMAR POINT WAY | SUITE 104 | | CARLSBAD | CA | 92008 | |
| Utilities | NITEL, INC. | | 350 N ORLEANS ST | SUITE 1300N | | CHICAGO | IL | 60654 | |
| Utilities | SMS/800 SERVICES (SOMOS) | | LOCKBOX 28287 | 28287 NETWORK PLACE | | CHICAGO | IL | 60673-1282 | |
| Utilities | VERIZON | | PO BOX 15043 | | | ALBANY | NY | 12212-5043 | |
| Utilities | VERIZON WIRELESS (422858809-0001) | | PO BOX 660108 | | | DALLAS | TX | 75266-0108 | |
| Utilities | XO COMMUNICATIONS | | ONE VERIZON WAY | | | BASKING RIDGE | NJ | 07920 | |
| Utilities | XO COMMUNICATIONS | | PO BOX 15043 | | | ALBANY | NY | 12212 | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 9 of 9