# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10718 (CTG) |
| Debtors. | ) (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On June 29, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via Overnight Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Agenda of Matters Scheduled for Hearing on June 28, 2023 at 2:00 p.m. (ET); Hearing Cancelled** [Docket No. 108]

Furthermore, on or before July 6, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Telephonic Section 341 Meeting** [Docket No. 79]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 80]

Furthermore, on July 6, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit C**:

*(Continued on Next Page)*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

- **First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing Abandonment of Certain Personal Property, Each Effective as of the Petition Date, and (III) Granting Related Relief** [Docket No. 10]

- **Notice of Telephonic Section 341 Meeting** [Docket No. 79]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 80]

Dated: July 7, 2023

*/s/ Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**First Day Service Lists**
**Served via Overnight Mail**

| Description | CreditorName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Taxing Authority | United States Internal Revenue Service | PO Box 802502 | Cincinnati | OH | 45280-2502 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1

# Exhibit Br

# Exhibit B

Exhibit B
Creditor Matrix
Served via First Class Mail

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Abad Suarez, Thomerson | Address on File | | | | |
| Acherbo, Gabriella | Address on File | | | | |
| Albritton, Jakhari | Address on File | | | | |
| Allen, Natalie | Address on File | | | | |
| Anderson, Laquisha | Address on File | | | | |
| Anderson, Maiya | Address on File | | | | |
| Arnpriester, Tim M. | Address on File | | | | |
| Ashcraft, Wyatt | Address on File | | | | |
| Ashton, Andre | Address on File | | | | |
| Atwave, LLC | 804 Ocean Dr | | Miami Beach | FL | 33139-5809 |
| Atwood, Kandace | Address on File | | | | |
| Avecillas, Diego | Address on File | | | | |
| Baker, Brandon L. | Address on File | | | | |
| Bala, Destiny-Ann G. | Address on File | | | | |
| Baldwin, Kathryn N. | Address on File | | | | |
| Baldwin, Robert L. | Address on File | | | | |
| Ball, Lucy M. | Address on File | | | | |
| Banales, Jeannine Y. | Address on File | | | | |
| Barker, Ericka C. | Address on File | | | | |
| Barnett, Taylor B. | Address on File | | | | |
| Barney, Joshua T. | Address on File | | | | |
| Barrows, Jaegar-Makai | Address on File | | | | |
| Bartell, Cooper | Address on File | | | | |
| Bateman Dcosta, Tarita | Address on File | | | | |
| Baum, Katelyn | Address on File | | | | |
| Baxter, Mindy | Address on File | | | | |
| Bayardo, Andrew C. | Address on File | | | | |
| Beck, Kimberly M. | Address on File | | | | |
| Bedford, Shelby | Address on File | | | | |
| Benedict, Michelle | Address on File | | | | |
| Benson, Jennifer A. | Address on File | | | | |
| Berry, Gracie L. | Address on File | | | | |
| Bevan, Emma K. | Address on File | | | | |
| Bilbury, Carliss | Address on File | | | | |
| Bisbee, Bridgette | Address on File | | | | |
| Black, Brook A. | Address on File | | | | |
| Boehm, Brooke M. | Address on File | | | | |
| Boehme, Tawnalyn K. | Address on File | | | | |
| Bowers, Misty L. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Bradbury, Noelle | Address on File | | | | |
| Bradfield, Ashley | Address on File | | | | |
| Bradshaw, Thomas J. | Address on File | | | | |
| Bragg, Jennifer H. | Address on File | | | | |
| Brandon, Ayeisha | Address on File | | | | |
| Braun, Emily | Address on File | | | | |
| Brinkerhoff, Maceo | Address on File | | | | |
| Broadhead, Miles | Address on File | | | | |
| Brown, Ashley T. | Address on File | | | | |
| Browning, Taylor | Address on File | | | | |
| Buchanan, Kurt D. | Address on File | | | | |
| Buck, Stacey | Address on File | | | | |
| Bullock, Djuana L. | Address on File | | | | |
| Bungay, Daniel T. | Address on File | | | | |
| Bungay, Erica | Address on File | | | | |
| Burns, Brittany | Address on File | | | | |
| Bybee, Sarah | Address on File | | | | |
| Byington, Kyler J. | Address on File | | | | |
| Cadish, Jennifer R. | Address on File | | | | |
| Campos, Anthony G. | Address on File | | | | |
| Cannaday, Jonathan W. | Address on File | | | | |
| Careaga, Taylor J. | Address on File | | | | |
| Carlsen, Stephanie A. | Address on File | | | | |
| Carrano, Celeste | Address on File | | | | |
| Carrasco, Jose A. | Address on File | | | | |
| Carroll, Jay | Address on File | | | | |
| Carter, Andrew | Address on File | | | | |
| Carter, Samantha | Address on File | | | | |
| Carter, Shannon | Address on File | | | | |
| Case, Travis | Address on File | | | | |
| Caviar, Amy | Address on File | | | | |
| Centore, Madison-Michelle G. | Address on File | | | | |
| Chairez, Hijinio | Address on File | | | | |
| Chiechi, Tony | Address on File | | | | |
| Child, Brett | Address on File | | | | |
| Christensen, Tori | Address on File | | | | |
| Clark, Brandon T. | Address on File | | | | |
| Clark, Melissa | Address on File | | | | |
| Cole, Darius A. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Collins, Brionna | Address on File | | | | |
| Collins, Leitumalosalega | Address on File | | | | |
| Comstock, Alexandria | Address on File | | | | |
| Conrad, April | Address on File | | | | |
| Contreras, Leopoldo R. | Address on File | | | | |
| Cooper, Enya | Address on File | | | | |
| Cox, Javay | Address on File | | | | |
| Crane, Savannah R. | Address on File | | | | |
| Cranfill, Stephen D. | Address on File | | | | |
| Craparotta, Lewis A. | Address on File | | | | |
| Dalaeli, John | Address on File | | | | |
| Dampare, Patrick N. | Address on File | | | | |
| Danner, Dillon | Address on File | | | | |
| Davinci, Blake T. | Address on File | | | | |
| Davis, Corisha D. | Address on File | | | | |
| Davis, Kaelan J. | Address on File | | | | |
| Davis, Trista | Address on File | | | | |
| Davis, William E. | Address on File | | | | |
| Deason, Trevor L. | Address on File | | | | |
| Denman, Sean | Address on File | | | | |
| Dietrich, Joshua D. | Address on File | | | | |
| Disu, Zainab O. | Address on File | | | | |
| Dixon, Kimberly | Address on File | | | | |
| Dominguez, Sierra R. | Address on File | | | | |
| Dooling, Candice D. | Address on File | | | | |
| Doudna, Tyler | Address on File | | | | |
| Dowling, Mariah P. | Address on File | | | | |
| Draper, Jonah C. | Address on File | | | | |
| Dunbar, Jaelyn | Address on File | | | | |
| Dunlap, Catherine | Address on File | | | | |
| Dupree III, Harold D. | Address on File | | | | |
| Durrant, Kiley N. | Address on File | | | | |
| Dyer, Lakeisha N. | Address on File | | | | |
| Eaton, Adam L. | Address on File | | | | |
| Edmondson, Hailey D. | Address on File | | | | |
| Edwards, Chelsea | Address on File | | | | |
| Egbert, Kelly O. | Address on File | | | | |
| Enriquez, Jessenia | Address on File | | | | |
| Espadas Espinoza, Kemish D. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Espinosa, Shawn | Address on File | | | | |
| Eyzaguirre, Yuwikza A. | Address on File | | | | |
| Featherstone, Jones D. | Address on File | | | | |
| Fernandez, Anicya M. | Address on File | | | | |
| Figueroa, Diego G. | Address on File | | | | |
| Fine, Layne | Address on File | | | | |
| Fink, Tyler | Address on File | | | | |
| Fleming, Madison M. | Address on File | | | | |
| Flores, Dominick S. | Address on File | | | | |
| Flores, Monique | Address on File | | | | |
| Forgy, Kenneth W. | Address on File | | | | |
| Forte, Joshua M. | Address on File | | | | |
| Foss, Dina M. | Address on File | | | | |
| Francom, Jeff D. | Address on File | | | | |
| Frank, Curtis | Address on File | | | | |
| Fry, Mariah | Address on File | | | | |
| Fullmer, Kori L. | Address on File | | | | |
| Garner, Melissa R. | Address on File | | | | |
| Garren, Melody D. | Address on File | | | | |
| Garrett, Nathan P. | Address on File | | | | |
| Garrett, Tristan N. | Address on File | | | | |
| Gatton, Paul A. | Address on File | | | | |
| Gearhart, Ellen | Address on File | | | | |
| Ghimire, Girish C. | Address on File | | | | |
| Gibson, Cody J. | Address on File | | | | |
| Girish Ghimire | Address on File | | | | |
| Giron, Carolyn A. | Address on File | | | | |
| Gleave, Morgon A. | Address on File | | | | |
| Gonzalez, Maria | Address on File | | | | |
| Good, Sadie | Address on File | | | | |
| Goorman, Gabe | Address on File | | | | |
| Gould, Rebecca | Address on File | | | | |
| Greco, Lori M. | Address on File | | | | |
| Green, Tamia | Address on File | | | | |
| Greenwald Davidson Radbil PLLC | 2403 NW 31st St | | Boca Raton | FL | 33431-6267 |
| Greenwell, Tyler | Address on File | | | | |
| Gross, Bradley | Address on File | | | | |
| Gruppo, Michael | Address on File | | | | |
| Guay, Torri A. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Gurney, Annesha | Address on File | | | | |
| Gurule, Amie L. | Address on File | | | | |
| Hackathorn, Michael | Address on File | | | | |
| Hadlock, Claudia | Address on File | | | | |
| Hall, Casey | Address on File | | | | |
| Hall, Lucas | Address on File | | | | |
| Hamblen, Dean A. | Address on File | | | | |
| Hamblin, Hayden K. | Address on File | | | | |
| Hankerson, Amber D. | Address on File | | | | |
| Hansen, Brooke | Address on File | | | | |
| Hansen, Heather | Address on File | | | | |
| Hanson, Jennifer K. | Address on File | | | | |
| Hardy, Joshua | Address on File | | | | |
| Harris, Alisa M. | Address on File | | | | |
| Harris, Imani A. | Address on File | | | | |
| Harris, Wesley B. | Address on File | | | | |
| Harrison, Alexander R. | Address on File | | | | |
| Hatcher, Tyrone M. | Address on File | | | | |
| Hawk, John A. | Address on File | | | | |
| Hecht, Candice J. | Address on File | | | | |
| Heilbrun, Megan | Address on File | | | | |
| Heiner, Scarlett E. | Address on File | | | | |
| Helvig, Shannon | Address on File | | | | |
| Hernandez, Alejandro | Address on File | | | | |
| Hernandez, Felix R. | Address on File | | | | |
| Hernandez, Joseph B. | Address on File | | | | |
| Herrero, Francisco J. | Address on File | | | | |
| Hesse, Karen N. | Address on File | | | | |
| Hicks, Charday | Address on File | | | | |
| Hoburg, Carl | Address on File | | | | |
| Holdaway, Nathan K. | Address on File | | | | |
| Holmes, Kashaun | Address on File | | | | |
| Howard, Fawn | Address on File | | | | |
| Howe, Jessyca | Address on File | | | | |
| Howell, Riley M. | Address on File | | | | |
| Hoyt, Gerald D. | Address on File | | | | |
| Hubbard, Timothy J. | Address on File | | | | |
| Huffaker, Shaylynn | Address on File | | | | |
| Hull, Joseph | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Humphrey, Hunter | Address on File | | | | |
| Hunter, Pamela | Address on File | | | | |
| Inergex, LLC | PMB 348 | 3840 E Robinson Rd | Amherst | NY | 14228-2001 |
| Javier, James | Address on File | | | | |
| Jensen, Beau | Address on File | | | | |
| Jewkes, Lacee | Address on File | | | | |
| John, Tyler J. | Address on File | | | | |
| Johnson, Jolana | Address on File | | | | |
| Johnson, Marcia A. | Address on File | | | | |
| Johnson, Mikaela J. | Address on File | | | | |
| Johnson, Xavier L. | Address on File | | | | |
| Jones, Carol | Address on File | | | | |
| Jones, Elisha M. | Address on File | | | | |
| Jones, Kimberlee A. | Address on File | | | | |
| Jones, Rebecca L. | Address on File | | | | |
| Julian, Cheyenne | Address on File | | | | |
| Kelstrom, Sean L. | Address on File | | | | |
| Kimbrough, Shaynna E. | Address on File | | | | |
| King, Micayla | Address on File | | | | |
| King, Vickie L. | Address on File | | | | |
| Kipp & Christian PC | 257 E 200 S Ste 600 | | Salt Lake Cty | UT | 84111-2081 |
| Klinger, Bryce | Address on File | | | | |
| Knepper, Jack E. | Address on File | | | | |
| Kueneman, David J. | Address on File | | | | |
| Kunzler, Danielle M. | Address on File | | | | |
| Labbee, Christien A. | Address on File | | | | |
| Laforce, Jessica E. | Address on File | | | | |
| Lamb, Sean A. | Address on File | | | | |
| Landers, Talisa | Address on File | | | | |
| Langan, Morgan | Address on File | | | | |
| Larsen-Bullard, Robin L. | Address on File | | | | |
| Lawrence, Meagan | Address on File | | | | |
| Lay, Katie J. | Address on File | | | | |
| Leandro, Ilsie G. | Address on File | | | | |
| Ledbetter, Cynthia A. | Address on File | | | | |
| Lee, Sean | Address on File | | | | |
| Leighton, Della | Address on File | | | | |
| Lewis, Stephanie B. | Address on File | | | | |
| Lininger, Teresa M. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Lopez Martinez, Esmeralda J. | Address on File | | | | |
| Lopez, Jesus S. | Address on File | | | | |
| Lopez, Joanna Y. | Address on File | | | | |
| Lopez, Marielisa | Address on File | | | | |
| Lopez, Veronica M. | Address on File | | | | |
| Love, Karen C. | Address on File | | | | |
| Macbeth, John | Address on File | | | | |
| Madsen, Braiden D. | Address on File | | | | |
| Mann, Seneca P. | Address on File | | | | |
| Martin, Tamika M. | Address on File | | | | |
| Martinez, Alizay V. | Address on File | | | | |
| Martinez, Jessica | Address on File | | | | |
| Martinez, Maria C. | Address on File | | | | |
| Martinez, Tuyen | Address on File | | | | |
| Masetti, Marcelo A. | Address on File | | | | |
| Massey, Jodie G. | Address on File | | | | |
| Mathys, Kirsten A. | Address on File | | | | |
| Matu, Manase | Address on File | | | | |
| Maxfield, Kelly | Address on File | | | | |
| Maxwell, Keanna | Address on File | | | | |
| Mayo, Audrey D. | Address on File | | | | |
| McDowell, Mariah | Address on File | | | | |
| Mcintire, Paige M. | Address on File | | | | |
| McNamara, Cassie L. | Address on File | | | | |
| McNeal, Derick J. | Address on File | | | | |
| Mendoza, Ariel | Address on File | | | | |
| Mercer, Arlene | Address on File | | | | |
| Micaletti, Kim A. | Address on File | | | | |
| Miller, Kyle | Address on File | | | | |
| Minor, Brandon R. | Address on File | | | | |
| Mishenko, Stephanie | Address on File | | | | |
| Mitchell, Kevin | Address on File | | | | |
| Montgomery, Mondrego | Address on File | | | | |
| Montierth, Jennifer L. | Address on File | | | | |
| Morrison, Hailey D. | Address on File | | | | |
| Mosqueda, Baretta | Address on File | | | | |
| Moura, Danillo | Address on File | | | | |
| Moyza, Rebekah M. | Address on File | | | | |
| Nalder, Mia J. | Address on File | | | | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 7 of 11

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Neale, Kimberly | Address on File | | | | |
| Ninja Partners, Inc | 3008 Taylor St | | Dallas | TX | 75226-1910 |
| Nock, Lyla K. | Address on File | | | | |
| Noriega, Gardenia | Address on File | | | | |
| Ojeda, Benjamin | Address on File | | | | |
| Olabode, Kathy J. | Address on File | | | | |
| Olan, Rebeca | Address on File | | | | |
| Olsen, Garrett B. | Address on File | | | | |
| Orengo, Carlos J. | Address on File | | | | |
| Orona, Karina A. | Address on File | | | | |
| Orozco-Lopez, Guadalupe | Address on File | | | | |
| Osborn, Kaci A. | Address on File | | | | |
| Oshel, Jamie M. | Address on File | | | | |
| Ostrander, Brittney | Address on File | | | | |
| Overose, River S. | Address on File | | | | |
| Owen, Valerie | Address on File | | | | |
| Padron, Michael | Address on File | | | | |
| Paramore, Michael | Address on File | | | | |
| Parker, Kobie | Address on File | | | | |
| Parker, Shawn-Neisha P. | Address on File | | | | |
| Paschoalini, Filipe | Address on File | | | | |
| Paskett, Taylor T. | Address on File | | | | |
| Patterson, Jerome | Address on File | | | | |
| Pepper, Dillon M. | Address on File | | | | |
| Perez, Anthony | Address on File | | | | |
| Perform CB Holdings Inc | PMB 410 | 2389 E Venice Ave | Venice | FL | 34292-2465 |
| Perry, Felicity A. | Address on File | | | | |
| Pignataro, Micah A. | Address on File | | | | |
| Pitts, Sarah | Address on File | | | | |
| Pollard, Nicole D. | Address on File | | | | |
| Powell, Chrystal L. | Address on File | | | | |
| Powers, Natalie R. | Address on File | | | | |
| Quattlebaum, Nicole S. | Address on File | | | | |
| Rafajko, Kristen | Address on File | | | | |
| Raines, Marcus | Address on File | | | | |
| Rasmussen, Lora-Dawn | Address on File | | | | |
| Redondo, Michael A. | Address on File | | | | |
| Reed, Lanette S. | Address on File | | | | |
| Reichard, Lauren T. | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Reis, Nicholas D. | Address on File | | | | |
| Rendon, Eduardo | Address on File | | | | |
| Reserve Tech, Inc. | 25029 Sanoria St | | Laguna Niguel | CA | 92677-8813 |
| Reyes, Carla I. | Address on File | | | | |
| Rios Vivas, Alexa M. | Address on File | | | | |
| Roberts, Isatanna | Address on File | | | | |
| Robinson, Dennis A. | Address on File | | | | |
| Roswell, Joseph | Address on File | | | | |
| Rudolph, Konan R. | Address on File | | | | |
| Sanders, Bailey | Address on File | | | | |
| Scannell, Michael R. | Address on File | | | | |
| Sebastian, Vanessa | Address on File | | | | |
| Seeley, Mitchell | Address on File | | | | |
| Seidman, Elijah C. | Address on File | | | | |
| Selvarajan, Mythili | Address on File | | | | |
| Serrano, Ruth M. | Address on File | | | | |
| Sharp, Aaron B. | Address on File | | | | |
| Shaw, Makayla C. | Address on File | | | | |
| Shield Screen, LLC | 601 S Boulder Ave Fl 15 | | Tulsa | OK | 74119-1300 |
| Shields, Kayla A. | Address on File | | | | |
| Short, Justin | Address on File | | | | |
| Shorty, Toniesha | Address on File | | | | |
| Sigh, Martha | Address on File | | | | |
| Simons, Theodore R. | Address on File | | | | |
| Singh, Manish | Address on File | | | | |
| Skyles, Adonis | Address on File | | | | |
| Smith, Trey S. | Address on File | | | | |
| Snowden, Kane M. | Address on File | | | | |
| Snyder, Ben P. | Address on File | | | | |
| Solorio, Jesus A. | Address on File | | | | |
| Sorenson, Donna A. | Address on File | | | | |
| Spillers, Daneisha | Address on File | | | | |
| Square Care, Inc | 1712 Minters Chapel Rd # 100 | | Grapevine | TX | 76051-4160 |
| State of Idaho Department of Finance Consumer Finance Bureau | PO Box 83720 | | Boise | ID | 83720-0003 |
| Stephens, Shana | Address on File | | | | |
| Stevens, William | Address on File | | | | |
| Stewart, Lee | Address on File | | | | |
| Stoddard, Judson D. | Address on File | | | | |
| Stokes, Donnie | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Stone, Sherry | Address on File | | | | |
| Stowe, Kenneth L. | Address on File | | | | |
| Stubbs, Kayla D. | Address on File | | | | |
| Sutton, Denise K. | Address on File | | | | |
| Swenson, Sylvia G. | Address on File | | | | |
| Tapia-Rivera, Ebony G. | Address on File | | | | |
| Tennant, Keana M. | Address on File | | | | |
| Terry, Jackson T. | Address on File | | | | |
| Terry, Teancum N. | Address on File | | | | |
| Thatcher, Katie J. | Address on File | | | | |
| The Food Truck League | PO Box 95402 | | South Jordan | UT | 84095-0402 |
| Thomas, Joston | Address on File | | | | |
| Thomas, Tiffany | Address on File | | | | |
| Thompson, Zakkary | Address on File | | | | |
| Tombarge, Bryson D. | Address on File | | | | |
| Tropiano, Ronald | Address on File | | | | |
| Truax, Adam C. | Address on File | | | | |
| Truco Services Inc | 4640 S Commerce Dr | | Murray | UT | 84107-3738 |
| United States Internal Revenue Service | PO Box 802502 | | Cincinnati | OH | 45280-2502 |
| Uribe, Daniel A. | Address on File | | | | |
| Urwin, Maryann | Address on File | | | | |
| Valadez, Griselda | Address on File | | | | |
| Vazquez-Cano, Jennifer M. | Address on File | | | | |
| Veltri, Hunter S. | Address on File | | | | |
| Vidacic, Aleksandar | Address on File | | | | |
| Villegas, Jose A. | Address on File | | | | |
| Volk, Kayshia L. | Address on File | | | | |
| Waldvogel, Hailee | Address on File | | | | |
| Walker, Darnesha | Address on File | | | | |
| Walker, Molly M. | Address on File | | | | |
| Warden, Payton E. | Address on File | | | | |
| Washburn, Joseph L. | Address on File | | | | |
| Washington, Barbara | Address on File | | | | |
| Watts, Jared | Address on File | | | | |
| Wendorf, Brianna L. | Address on File | | | | |
| Wesley, Deondre | Address on File | | | | |
| Whitford, Kathryne S. | Address on File | | | | |
| Wild, Pauline S. | Address on File | | | | |
| Williams, Christina | Address on File | | | | |

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Williams, Joshua M. | Address on File | | | | |
| Williams, Karin | Address on File | | | | |
| Wilson, Krystin | Address on File | | | | |
| Wise, Tamika L. | Address on File | | | | |
| Wolfley, Andrew | Address on File | | | | |
| Wood, David J. | Address on File | | | | |
| Yang, Jessica L. | Address on File | | | | |
| Yarbrough, Omar S. | Address on File | | | | |
| Yarde, Mykylynn M. | Address on File | | | | |
| Yazzie, Taya | Address on File | | | | |
| Yorke, Keith A. | Address on File | | | | |
| Young, Steven T. | Address on File | | | | |
| Younger, Kourtney K. | Address on File | | | | |
| Zapata, Ghibran | Address on File | | | | |
| Zavala, Vania | Address on File | | | | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 11 of 11

# Exhibit C

**Exhibit C**
**Supplemental Rejection Counterparties Service List**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Kaleyra US Inc. (f/k/a mGage LLC) | 1040 Crown Pointe Pkwy Ste 545 | Atlanta | GA | 30338-4788 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1