# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |

### NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Michael A. Ingrassia hereby withdraws as counsel to Prospect Capital Corporation ("Prospect"). The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Mr. Ingrassia from the electronic and paper noticing matrix for the above captioned cases.

All other current counsel of record will continue to represent Prospect and are not intended to be affected by this notice.

(*Signature page follows*.)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

Dated: July 14, 2023
      Wilmington, Delaware

      */s/ Michael A. Ingrassia*
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Michael A. Ingrassia (No. 7068)
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email:   rdehney@morrisnichols.com
          mharvey@morrisnichols.com
          mingrassia@morrisnichols.com

and

**PROSKAUER ROSE LLP**
David M. Hillman
Eleven Times Square
New York, NY  10036-8299
Telephone: (212) 969-3000
Email:  DHillman@proskauer.com

-and-

Peter J. Young
2029 Century Park East, Suite 2400
Los Angeles, CA  90067-3010
Telephone: (310) 557-2900
Email:  PYoung@proskauer.com

-and-

Libbie B. Osaben
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone: (312) 962-3550
Email:  LOsaben@proskauer.com

*Attorneys for Prospect Capital Corporation*