**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 148, 149, 150** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2023, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of:

- Application for an Order Authorizing the Employment and Retention of ArentFox Schiff LLP as Counsel for the Official Committee of Unsecured Creditors Nunc Pro Tunc to June 16, 2023 [Docket No. 148];

- Application for Entry of an Order Authorizing the Retention and Employment of Morris James LLP as Delaware Counsel to The Official Committee of Unsecured Creditors Nunc Pro Tunc to June 16, 2023 [Docket No. 149]; and

- Application for an Order Authorizing the Retention and Employment of FTI Consulting, Inc. As Financial Advisor to the Official Committee of Unsecured Creditors Effective as of June 20, 2023 [Docket No. 150].

upon the parties that are registered to receive notice via the Court's CM/ECF notification system and an additional service was completed via electronic mail or First Class Mail upon the parties listed on the attached service list.

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

16216388/1

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104- | | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 | | attorney.general@alaska.gov |
| Top 30 Creditor / Creditors Committee Member | Argano, LLC | Attn Elizabeth Frederic | 6100 W Plano Parkway | Suite 1800 | | Plano | TX | 75093 | | CHIP.REGISTER@ARGANO.COM; Elizabeth.frederic@argano.com |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004- | | |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005- | | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201- | | OAG@ArkansasAG.gov |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | 150 East 58th Street, 18th Floor | | | New York | NY | 10155 | | BlueTorchAgency@alterdomus.com |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814- | | |
| Counsel to Capitol Indemnity Corp. | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Esq., Jonathan Bondy, Esq., and Emily Mastrocola, Esq. | 105 Eisenhower Parkway | | | Roseland | NJ | 07068 | | szuber@csglaw.com; jbondy@csglaw.com; emastrocola@csglaw.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 | | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 | | attorney.general@ct.gov |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 | | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 | | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 | | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 | | oag@dc.gov |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 | | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. | FrankGecker LLP | Joseph D. Frank and Karen V. Newbury | 1327 W. Washington Blvd., Suite 5 G-H | | | Chicago | IL | 60607 | | jfrank@fgllp.com; knewbury@fgllp.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334- | | Agcarr@law.ga.gov |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 | | hawaiiag@hawaii.gov |
| Creditors Committee Member | Hawthorne Direct, LLC | dba Hawthorne Advertising | Attn Steve Jurgensen | 101 N. Court Street | | Fairfield | IA | 52556 | | sjurgensen@hawthorneadvertising.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 | | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 | | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 | | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101- | | |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | | Philadelphia | PA | 19104 | | |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 | | IDR.Bankruptcy@ag.iowa.gov |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612- | | |
| Proposed Claims and Noticing Agent | KCC | Sydney Reitzel | 222 N Pacific Coast Highway | Suite 300 | | El Segundo | CA | 90245 | | PGXHoldingsInfo@kccllc.com |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601- | | attorney.general@ag.ky.gov |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 | | gking@kslaw.com |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | 1185 Avenue of the Americas, 34th Floor | | | New York | NY | 10036 | | rschwartz@kslaw.com; GKing@kslaw.com; jdaly@kslaw.com; rnussbaum@kslaw.com; mmuscara@kslaw.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Joshua A. Sussberg, P.C. | 601 Lexington Ave | | | New York | NY | 10022 | | joshua.sussberg@kirkland.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Kirkland & Ellis LLP | Spencer Winters and Alison Wirtz | 300 North LaSalle | | | Chicago | IL | 60654 | | spencer.winters@kirkland.com; alison.wirtz@kirkland.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Klehr Harrison Harvey Branzburg LLP | Domenic E. Pacitti and Michael W. Yurkewicz | 919 North Market Street, Suite 1000 | | | Wilmington | DE | 19801 | | dpacitti@klehr.com; myurkewicz@klehr.com |
| Proposed Co-Counsel to the Debtors and Debtors in Possession | Klehr Harrison Harvey Branzburg LLP | Morton R. Branzburg | 1835 Market Street, Suite 1400 | | | Philadelphia | PA | 19103 | | mbranzburg@klehr.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated ("Plaintiff") | Loizides, P.A. | Christopher D. Loizides | 1225 King Street, Suite 800 | | | Wilmington | DE | 19801 | | loizides@loizides.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 | | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 | | attorney.general@maine.gov |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Peter Muthig | 225 W. Madison Street | | | Phoenix | AZ | 85003 | | muthigk@mcao.maricopa.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202- | | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108- | | ago@state.ma.us |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | One Vanderbilt Avenue | | | New York | NY | 10017 | | dazman@mwe.com |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Maris J. Kandestin | The Nemours Building | 1007 North Orange Street, 10th Floor | | Wilmington | DE | 19801 | | mkandestin@mwe.com |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 | | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101- | | ag.replies@ag.state.mn.us |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 | | |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 | | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620- | | contactocp@mt.gov |
| Counsel to Blue Torch Finance LLC and Prospect Capital Corporation | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey and Michael A. Ingrassia | 1201 N. Market Street, 16th Floor | P.O. Box 1347 | | Wilmington | DE | 19899-1347 | | rdehney@morrisnichols.com; mharvey@morrisnichols.com; mingrassia@morrisnichols.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 | | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 | | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 | | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 2

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country | Email |
|---|---|---|---|---|---|---|---|---|---|---|
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 | | |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224- | | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699- | | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505- | | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 | | jane.m.leamy@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 | | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 | | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 | | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | | info@attorneygeneral.gov |
| Debtors and Debtors in Possession | PGX Holdings, Inc. | | 257 East 200 South, Suite 1200 | | | Salt Lake City | UT | 84111 | | |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | Eleven Times Square | | | New York | NY | 10036- | | DHillman@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602- | | LOsaben@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | 2029 Century Park East, Suite 2400 | | | Los Angeles | CA | 90067-3010 | | PYoung@proskauer.com |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | One International Place | | | Boston | MA | 02110-2600 | | pantoszyk@proskauer.com; dhillman@proskauer.com |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | 10 East 40th Street, 42nd Floor | | | New York | NY | 10016 | | jwilson@prospectcap.com; pl@prospectcap.com; pacct@prospectcap.com; fax@prospectcap.com; grier@prospectcap.com; jbarry@prospectcap.com; fax@prospectcap.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated, Plaintiff | Raisner Roupinian LLP | Jack A. Raisner and René S. Roupinian | 270 Madison Avenue, Suite 1801 | | | New York | NY | 10010 | | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903- | | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281- | | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004- | | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 | | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 | | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor / Creditors Committee Member | Site Selection Group | King White | 8235 Douglas Ave #500 | | | Dallas | TX | 75205 | | KWHITE@SITESELECTIONGROUP.COM |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 | | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501- | | atghelp@state.sd.us |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202- | | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 | | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Tennessee Department of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | Laura L. McCloud | PO Box 20207 | | Nashville | TN | 37202-0207 | | AGBankDelaware@ag.tn.gov |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530- | | askdoj@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko | 1100 L Street, NW, Room 7530 | | | Washington | DC | 20005 | | john.z.balasko@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko and Victor S. Leung | P.O. Box 875 | Ben Franklin Station | | Washington | DC | 20044-0875 | | john.z.balasko@usdoj.gov; Victor.Leung@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | Victor S. Leung | 1100 L Street, NW, Room 7524 | | | Washington | DC | 20005 | | Victor.Leung@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 | | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 | | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609- | | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 | | mailoag@oag.state.va.us |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504- | | |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 | | consumer@wvago.gov |
| Counsel to Capitol Indemnity Corp. | Whiteford, Taylor & Preston LLP | Thomas J. Francella, Jr., Esq. | 600 North King Street, Suite 300 | | | Wilmington | DE | 19801 | | tfrancella@whitefordlaw.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707- | | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 | | judy.mitchell@wyo.gov |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 2