IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC, et al.,[1] | ) ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING FOR JULY 21, 2023 AT 10:30 A.M. (ET) PREVIOUSLY SCHEDULED FOR JULY 21, 2023 AT 10:00 A.M. (ET)

CONTINUED MATTERS:

1. Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 17; Filed 6/5/2023]

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 70; Filed 6/6/2023]

    B.  Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

    Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

10573490.v5

Responses Received:

    A.    Preliminary Omnibus Objection and Reservation of Rights of Official Committee of Unsecured Creditors to the Debtors' DIP Financing Motion and Bidding Procedures Motion [Docket No. 153; Filed 7/17/2023]

    B.    Reply of Debtors in Support of Motion of Debtors Seeking Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (IV) Granting Related Relief [Docket No. 191; Filed 7/19/2023]

Status: This matter has been continued until July 31, 2023 at 1:00 p.m.

2. Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 66; Filed 6/6/2023]

Related Documents:

    A.    Declaration of Neil A. Augustine In Support of the Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 67; Filed 6/6/2023]

    B.    Declaration of Elise S. Frejka, CIPP/US, In Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form

      and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 68; Filed 6/6/2023]

   C. Notice of Revised Proposed Order Regarding Bidding Procedures Motion [Docket No. 192; Filed 7/19/2023]

 Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for the Consumer Financial Protection Bureau to June 27, 2023 at 5:00 p.m. for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

 Responses Received:

   A. United States Trustee's Objection to Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 101; Filed 6/21/2023]

   B. Reply of Debtors in Support of Motion of Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief [Docket No. 190; Filed 7/19/2023]

 Status: This matter has been continued until July 31, 2023 at 1:00 p.m.

3. Debtors' Application Seeking an Order Authorizing the Retention and Employment of Holland & Hart LLP as Special Counsel for the Debtors and Debtors in Possession Pursuant to Section 327 (e) of the Bankruptcy Code Effective as of the Petition Date [Docket No. 118; Filed 6/30/2023]

| | | |
|---|---|---|
| | Response Deadline: | July 14, 2023 at 4:00 p.m. extended solely for the Office of the US Trustee to July 18, 2023 at 4:00 p.m. and for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m. |
| | Responses Received: | None to date. |
| | Status: | This matter has been continued until July 31, 2023 at 1:00 p.m. |

4. Debtors' Application for Entry of Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Financial Advisor and Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 124; Filed 6/30/203]

   Related Documents:

   A. Reply in Support of Debtors' Application for Entry of Order (I) Authorizing the Employment and Retention of Greenhill & Co., LLC as Financial Advisor and Investment Banker to the Debtors and Debtors in Possession, Effective as of Petition Date, and (II) Granting Related Relief [Docket No. 206; Filed 7/19/2023]

   Response Deadline: July 14, 2023 at 4:00 p.m. extended solely for the Office of the US Trustee to July 18, 2023 at 4:00 p.m. and for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

   Responses Received:

   A. Preliminary Objection and Reservation of Rights of Official Committee of Unsecured Creditors to Retention Application for Greenhill & Co., LLC [Docket No. 155; Filed 7/17/2023]

   Status: This matter has been continued until July 31, 2023 at 1:00 p.m.

## RESOLVED MATTERS

5. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 6; Filed 6/4/2023]

   Related Documents:

   A. Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B)

4

                Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 58; Filed 6/6/2023]

        B.      Omnibus Notice of Second Day Hearing to Be Held on June 28, 2023 at 2:00 p.m. (ET) [Docket No. 74; Filed 6/7/2023]

Response Deadline:    June 21, 2023 at 4:00 p.m.; extended solely for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

Responses Received:

        A.      Limited Objection of Official Committee of Unsecured Creditors to the Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 154; Filed 7/17/2023]

        B.      Reply of Debtors in Support of Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefit Programs, and (II) Granting Related Relief [Docket No. 189; Filed 7/19/2023]

Status:    The Debtors and Committee have resolved this matter subject to documentation. A certification of counsel will be filed relating to this matter.

6.    Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Conflicts Counsel for John C. Heath, Attorney at Law PC Nunc Pro Tunc to the Petition Date [Docket No. 120; Filed 6/30/2023]

Related Documents

        A.      Supplemental Declaration of Laura Davis Jones in Support of Debtors' Application Pursuant to Section 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1 for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Conflicts Counsel for John C. Heath, Attorney at Law PC dba Lexington Law Firm Nunc Pro Tunc to the Petition Date [Docket No. 210; Filed 7/19/2023]

Response Deadline:    July 14, 2023 at 4:00 p.m. extended solely for the Office of the US Trustee to July 18, 2023 at 4:00 p.m. and for the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

Responses Received:  None to date.

Status:      A certification of counsel will be filed with respect to this matter.

### UNCONTESTED MATTERS WITH A CNO/COC:

7.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 5; Filed 6/4/2023]

    Related Documents:

    A.  Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate the Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, (D) Continue to Perform Intercompany Transactions, and (II) Granting Related Relief [Docket No. 187; Filed 7/19/2023]

    Status:      A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by the Court.

8.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 7; Filed 6/4/2023]

    Related Documents:

    A.  Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 173; Filed 7/18/2023]

    Status:      An order has been entered with respect to this matter at Docket No. 195

9.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 8; Filed 6/4/2023]
    Related Documents:

    A.  Certification of Counsel Regarding Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition

        and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 177; Filed 7/18/2023]

        Status:     An order has been entered with respect to this matter at Docket No. 198

10. Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 9; Filed 6/4/2023]

    Related Documents:

        A.     Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Approving the Debtors' Proposed Procedures for Resolving Additional Assurance Requests, (III) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 178; Filed 7/18/2023]

    Status:     An order has been entered with respect to this matter at Docket No. 200

11. First Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, (II) Authorizing Abandonment of Certain Personal Property, Each Effective as of the Petition Date, and (III) Granting Related Relief [Docket No. 10; Filed 6/4/2023]

    Related Documents:

        A.     Certificate of No Objection Regarding Docket No. 10 [Docket No. 162; Filed 7/18/2023]

        B.     Proposed Order

    Status:     A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

12. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and (II) Granting Related Relief [Docket No. 11; Filed 6/4/2023]
    Related Documents:

        A.     Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Certain Prepetition Claims

       of Critical Vendors and (II) Granting Related Relief [Docket No. 185; Filed 7/19/2023]

   Status:  A Certification of Counsel has been filed. This matter is going forward unless otherwise directed by the Court.

13. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 13; Filed 6/5/2023]

   Related Documents:

    A. Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 179; Filed 7/18/2023]

   Response Deadline: June 21, 2023 at 4:00 p.m.; extended solely for CapSpecialty to June 26, 2023 at 5:00 p.m. the Official Committee of Unsecured Creditors to July 17, 2023 at 4:00 p.m.

   Responses Received:

    A. Objection of Capitol Indemnity Corporation to the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations, and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage, and (II) Granting Related Relief [Docket No. 110; Filed 6/26/2023]

   Status:  A Certification of Counsel has been filed with a proposed revised order addressing the Capitol Indemnity Corporation objection. The Debtors are in discussions with Capitol Indemnity Corporation regarding whether or not the form of proposed order will need to be modified.

14. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 14; Filed 6/4/2023]

10573490.v5

      Related Documents:

          A.    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, (C) Serve Certain Parties in Interest by Email, (D) Approve the Form and Manner of Service of the Notice of Commencement, (E) Redact or Withhold Certain Confidential Information, and (F) Redact Certain Personally Identifiable Information and (II) Granting Related Relief [Docket No. 180; Filed 7/18/2023]

      Status:    An order has been entered with respect to this matter at Docket no. 201

15. Motion of Debtors for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 15; Filed 6/5/2023]

      Related Documents:

          A.    Certification of Counsel Regarding Motion of the Debtors for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports and (II) Granting Related Relief [Docket No. 174; Filed 7/18/2023]

      Status:    An order has been entered with respect to this matter at Docket No. 197

16. Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 16; Filed 6/5/2023]

      Related Documents:

          A.    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock and (II) Granting Related Relief [Docket No. 181; Filed 7/18/2023]

      Status:    An order has been entered with respect to this matter at Docket No. 203

17. Second Omnibus Motion of Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Effective as of the Rejection Date, and Granting Related Relief [Docket No. 75; Filed 6/8/2023]

    Related Documents:

        A.    Certificate of No Objection Regarding Docket No. 75 [Docket No. 163; Filed 7/18/2023]

        B.    Proposed Order

    Status:    An order has been entered with respect to this matter at Docket No. 196

18. Debtors' Application Seeking an Order Authorizing the Retention and Employment of Klehr Harrison Harvey Branzburg LLP as Co-Counsel for the Debtors and Debtors in Possession Effective as of the Petition Date [Docket No. 115; Filed 6/30/2023]

    Related Documents:

        A.    Certificate of No Objection Regarding Docket No. 115 [Docket No. 164; Filed 7/18/2023]

        B.    Proposed Order

    Status:    An order has been entered with respect to this matter at Docket No. 199

19. Application for Entry of an Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Agent Effective as of the Petition Date [Docket No. 116; Filed 6/30/2023]

    Related Documents:

        A.    Certificate of No Objection Regarding Docket No. 116 [Docket No. 165; Filed 7/18/2023]

        B.    Proposed Order

    Status:    An order has been entered with respect to this matter at Docket No. 202

20. Debtors' Application for Entry of an Order Authorizing the Employment of Williams & Connolly LLP as Special Litigation Counsel Effective as of June 4, 2023 Pursuant to Sections 327 (e), 328 (a), 330, and 363(b)(1) of the Bankruptcy Code [Docket No. 119; Filed 6/30/2023]


Related Documents:

    A.    Certification of Counsel Regarding Debtors' Application for Entry of an Order Authorizing the Employment of Williams & Connolly LLP as Special Litigation Counsel Effective as of June 4, 2023 Pursuant to Sections 327 (e), 328 (a), 330, and 363(b)(1) of the Bankruptcy Code [Docket No. 166; Filed 7/18/2023]

Status:    An order has been entered with respect to this matter at Docket No. 204

21.    Application of the Debtors to Approve the Employment and Retention of Landis Rath & Cobb LLP as Conflicts Counsel, Nunc Pro Tunc to the Petition Date, Pursuant to Bankruptcy Code Section 327(a), Bankruptcy Rules 2014 and 2016 and Local Rule 2014-1 [Docket No. 121; Filed 6/30/2023]

Related Documents:

    A.    Certificate of No Objection Regarding Docket No. 121 [Docket No. 167; Filed 7/18/023]

    B.    Proposed Order

Status:    An order has been entered with respect to this matter at Docket No. 207

22.    Debtors' Motion for Entry of an Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business [Docket No. 122; Filed 6/30/2023]

Related Documents:

    A.    Certificate of No Objection Regarding Docket No. 122 [Docket No. 168; Filed 7/18/2023]

    B.    Proposed Order

Status:    An Order has been entered with respect to this matter at Docket No. 209

23.    Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession, Effective as of the Petition Date, Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 123; Filed 6/30/2023]

Related Documents:

    A.    Certification of Counsel Regarding Debtors' Application to Employ and Retain Alvarez & Marsal North America, LLC as Financial Advisors to the

    Debtors and Debtors in Possession, Effective as of the Petition Date, Pursuant to Sections 327(a) and 328 of the Bankruptcy Code [Docket No. 193; Filed 7/19/2023]

  Status:  A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by Court.

24. Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 4, 2023 [Docket No. 125; Filed 6/30/2023]

  Related Documents:

   A. Certification of Counsel Regarding Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 4, 2023 [Docket No. 183; Filed 7/18/2023]

  Status:  An order has been entered with respect to this matter at Docket no. 205

25. Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 126; Filed 6/30/2023]

  Related Documents:

   A. Certification of Counsel Regarding Motion of Debtors for Entry of an Order Authorizing the Debtors to File Under Seal the Names of Certain Confidential Parties in Interest Related to the Debtors' Professional Retention Applications [Docket No. 184; Filed 7/18/2023]

  Status:  A Certification of Counsel has been filed.  This matter is going forward unless otherwise directed by Court.

26. Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 127; Filed 6/30/2023]
Related Documents:

   A. Certification of Counsel Regarding Motion of Debtors for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief [Docket No. 186; Filed 7/19/2023]

      Status:    An order has been entered with respect to this matter at Docket No. 208

27. Third Omnibus Motion of the Debtors for Entry of an Order Authorizing the Rejection of Certain Executory Contracts, Effective as of the Rejection Date, and Granting Related Relief [Docket No. 135; Filed 7/7/2023]

   Related Documents:

   A. Certificate of No Objection Regarding Docket No. 135 [Docket No. 169; Filed 7/18/2023]

   B. Proposed Order

   Status: An order has been entered with respect to this matter at Docket No. 211

28. Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets [Docket No. 136; Filed 7/7/2023]

   Related Documents:

   A. Certification of Counsel Regarding Debtors' Motion for Entry of an Order Approving Procedures for the Sale, Transfer, and/or Abandonment of De Minimis Assets [Docket No. 170; Filed 7/18/2023]

   Status: An order has been entered with respect to this matter at Docket No. 212

29. Debtors' Motion Seeking Entry of an Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 137; Filed 7/7/2023]

   Related Documents:

   A. Certificate of No Objection Regarding Docket No. 137 [Docket No. 171; Filed 7/18/2023]

   B. Proposed Order

   Status: A Certificate of No Objection has been filed. This matter is going forward unless otherwise directed by the Court.

30. Debtors' Motion for Entry of an Order (A) Establishing Bar Dates for Filing Proofs of Claim, Including Claims Under 11 U.S.C. §503(b)(9) and Administrative Expense Requests; (B) Approving the Form and Manner for Filing Proofs of Claim and Administrative Expense Requests; (C) Approving Notice Thereof; and (D) Granting Related Relief [Docket No. 138; Filed 7/7/2023]
   Related Documents:

      A.      Certificate of No Objection Regarding Docket No. 138 [Docket No. 172; Filed 7/18/2023]

      B.      Proposed Order

Status:      An order has been entered with respect to this matter at Docket No. 194

Dated: July 19, 2023
Wilmington, Delaware

/s/ *Michael W. Yurkewicz*

| KLEHR HARRISON HARVEY BRANZBURG LLP | KIRKLAND & ELLIS LLP KIRKLAND & ELLIS INTERNATIONAL LLP |
|---|---|
| Domenic E. Pacitti (DE Bar No. 3989) | Joshua A. Sussberg, P.C. (admitted pro hac vice) |
| Michael W. Yurkewicz (DE Bar No. 4165) | 601 Lexington Ave |
| 919 North Market Street, Suite 1000 | New York, New York 10022 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 426-1189 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 426-9193 | Email: joshua.sussberg@kirkland.com |
| Email: dpacitti@klehr.com myurkewicz@klehr.com | |
| | - and - |
| -and- | Spencer Winters (admitted pro hac vice) |
| | Whitney C. Fogelberg (admitted pro hac vice) |
| Morton R. Branzburg (pro hac vice pending) | Alison J. Wirtz (admitted pro hac vice) |
| 1835 Market Street, Suite 1400 | 300 North LaSalle |
| Philadelphia, Pennsylvania 19103 | Chicago, Illinois 60654 |
| Telephone: (215) 569-3007 | Telephone: (312) 862-2000 |
| Facsimile: (215) 568-6603 | Facsimile: (312) 862-2200 |
| Email: mbranzburg@klehr.com | Email: spencer.winters@kirkland.com whitney.fogelberg@kirkland.com alison.wirtz@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |

10573490.v5