# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PGX HOLDINGS, INC., *et al.*,[1] ) | Case No. 23-10718 (CTG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## **SUPPLEMENTAL CERTIFICATE OF SERVICE**

I, Heather Fellows, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 14, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following document via Overnight Mail upon the service list attached hereto as **Exhibit A**:

- **Notice of Agenda of Adjourned Matters** [Docket No. 139]

Furthermore, on July 17, 2023, at my direction and under my supervision, employees of KCC caused to be served per postal forwarding address the following documents via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Notice of Telephonic Section 341 Meeting** [Docket No. 79]

- **Notice of Chapter 11 Bankruptcy Case** [Docket No. 80]

Dated: July 21, 2023

/s/ *Heather Fellows*
Heather Fellows
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

**Exhibit A**
**First Day Service Lists**
**Served via Overnight Mail**

| Description | CreditorName | Address | City | State | Zip |
|---|---|---|---|---|---|
| Taxing Authority | Unites States Internal Revenue Service | PO Box 802502 | Cincinnati | OH | 45280-2502 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1

# Exhibit B

**Exhibit B**
**Creditor Matrix**
**Served via First Class Mail**

| CreditorName | Address | City | State | Zip |
|---|---|---|---|---|
| Statista Inc | 3 WTC 175 Greenwich St 36 | New York | NY | 10007 |
| Vea, Patrick | Address on File | | | |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1