IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10718 (CTG) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Related to Docket No. 66** |

**NOTICE OF REVISED STALKING HORSE ASSET PURCHASE AGREEMENTS**

**PLEASE TAKE NOTICE** that on June 4, 2023 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** on June 6, 2023, the Debtors filed the *Motion of the Debtors for Entry of Orders (I)(A) Approving Bidding Procedures for Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Enter Into One or More Stalking Horse Agreements and to Provide Bidding Protections Thereunder, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, and (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof;*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

*(II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 66] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on certain of the relief sought in the Motion is currently scheduled to commence on July 31, 2023, at 1:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the initial Progrexion APA[2] as Exhibit 2 to Exhibit A to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors filed the initial Lexington Law APA as Exhibit 3 to Exhibit A to the Motion.

**PLEASE TAKE FURTHER NOTICE** that, at the Hearing, the Debtors will seek, inter alia, the approval of revised versions of the Progrexion APA and Lexington Law APA as stalking horse purchase agreements.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the revised Progrexion APA for which the Debtors will seek approval as a stalking horse purchase agreement and attached hereto as **Exhibit B** is a version of the revised Progrexion APA redlined to show changes from the initial version filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the revised Lexington Law APA for which the Debtors will seek approval as a stalking horse purchase agreement and attached hereto as **Exhibit D** is a version of the revised Lexington Law APA redlined to show changes from the initial version filed with the Motion.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

Dated: July 28, 2023
Wilmington, Delaware

/s/ Michael W. Yurkewicz

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone:   (302) 426-1189 <br> Facsimile:    (302) 426-9193 <br> Email:   dpacitti@klehr.com <br>              myurkewicz@klehr.com | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> 601 Lexington Ave <br> New York, New York 10022 <br> Telephone:   (212) 446-4800 <br> Facsimile:    (212) 446-4900 <br> Email:   joshua.sussberg@kirkland.com |
| -and- | - and - |
| Morton R. Branzburg (*pro hac vice* pending) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone:   (215) 569-3007 <br> Facsimile:    (215) 568-6603 <br><br> Email:   mbranzburg@klehr.com | Spencer Winters (admitted *pro hac vice*) <br> Whitney C. Fogelberg (admitted *pro hac vice*) <br> Alison J. Wirtz (admitted *pro hac vice*) <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone:   (312) 862-2000 <br> Facsimile:    (312) 862-2200 <br> Email:   spencer.winters@kirkland.com <br>              whitney.fogelberg@kirkland.com <br>              alison.wirtz@kirkland.com |
| *Co-Counsel to the Debtors and Debtors in Possession* | *Co-Counsel to the Debtors and Debtors in Possession* |