IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PGX HOLDINGS, INC., *et al.*,[1] | ) Case No. 23-10718 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Related to Docket Nos. 17, 70, 246 |

**NOTICE OF FILING OF BUDGET RELATING TO PROPOSED FINAL ORDER REGARDING DIP FINANCING AND CASH COLLATERAL**

**PLEASE TAKE NOTICE** that on June 4, 2023 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), with the Clerk of the United States Bankruptcy Court for the District of Delaware. The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** on June 5, 2023, the Debtors filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 17] (the "DIP Motion").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

10594014.v1

**PLEASE TAKE FURTHER NOTICE** that on June 6, 2023, the Court entered the *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief* [Docket No. 70] (the "Interim DIP Order").

**PLEASE TAKE FURTHER NOTICE** that on July 28, 2023, the Debtors filed the Notice of Proposed Final Order Regarding DIP Financing and Cash Collateral [Docket No. 246] (the "Proposed Final DIP Order").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the DIP Motion is currently scheduled to commence on Monday, July 31, 2023 at 1:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the DIP Budget associated with the Proposed Final DIP Order.

Dated: July 31, 2023
Wilmington, Delaware

/s/ Michael W. Yurkewicz

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** <br> Domenic E. Pacitti (DE Bar No. 3989) <br> Michael W. Yurkewicz (DE Bar No. 4165) <br> 919 North Market Street, Suite 1000 <br> Wilmington, Delaware 19801 <br> Telephone:     (302) 426-1189 <br> Facsimile:       (302) 426-9193 <br> Email:   dpacitti@klehr.com <br>              myurkewicz@klehr.com <br><br> -and- <br><br> Morton R. Branzburg (*pro hac vice* pending) <br> 1835 Market Street, Suite 1400 <br> Philadelphia, Pennsylvania 19103 <br> Telephone:     (215) 569-3007 <br> Facsimile:       (215) 568-6603 <br><br> Email:   mbranzburg@klehr.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* | **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> 601 Lexington Ave <br> New York, New York 10022 <br> Telephone:     (212) 446-4800 <br> Facsimile:       (212) 446-4900 <br> Email:  joshua.sussberg@kirkland.com <br><br> - and - <br><br> Spencer Winters (admitted *pro hac vice*) <br> Whitney C. Fogelberg (admitted *pro hac vice*) <br> Alison J. Wirtz (admitted *pro hac vice*) <br> 300 North LaSalle <br> Chicago, Illinois 60654 <br> Telephone:     (312) 862-2000 <br> Facsimile:       (312) 862-2200 <br> Email:  spencer.winters@kirkland.com <br>             Whitney.fogelberg@kirkland.com <br>             alison.wirtz@kirkland.com <br><br> *Co-Counsel to the Debtors and Debtors in Possession* |

## **EXHIBIT 1**

**DIP Budget**

10594014.v1

**PGX Holdings Inc - DIP Budget Update, as of 7/30**

*($ in thousands)*

| Week-Ended | 6/10/23 | 6/17/23 | 6/24/23 | 7/1/23 | 7/8/23 | 7/15/23 | 7/22/23 | 7/29/23 | 8/5/23 | 8/12/23 | 8/19/23 | 8/26/23 | 9/2/23 | 9/9/23 | 9/16/23 | Post-Petition |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Actual / Forecast | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Total |
| **Net Operating Cash Flow** | | | | | | | | | | | | | | | | |
| Lexington Receipts | $ 1,467 | $ 1,675 | $ 1,808 | $ 1,889 | $ 2,748 | $ 2,254 | $ 2,157 | $ 1,595 | $ 2,086 | $ 2,076 | $ 2,105 | $ 2,037 | $ 2,133 | $ 2,233 | $ 2,198 | $ 30,462 |
| Other Receipts | 251 | 247 | 321 | 251 | 277 | 260 | 270 | 625 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 4,251 |
| **Total Receipts** | $ 1,718 | $ 1,922 | $ 2,129 | $ 2,141 | $ 3,025 | $ 2,514 | $ 2,426 | $ 2,220 | $ 2,336 | $ 2,326 | $ 2,355 | $ 2,287 | $ 2,383 | $ 2,483 | $ 2,448 | $ 34,712 |
| **Operating Disbursements** | | | | | | | | | | | | | | | | |
| Sales & Marketing | $ (681) | $ (430) | $ (128) | $ (1,911) | $ (79) | $ (681) | $ (292) | $ (1,617) | $ (222) | $ (492) | $ (163) | $ (318) | $ (1,440) | $ (141) | $ (654) | $ (9,248) |
| Technology & Operations | (1) | (47) | - | (0) | (125) | (10) | (2) | (28) | (477) | (2) | (162) | (8) | (278) | (2) | (162) | (1,303) |
| Payroll & Benefits | (63) | (539) | (1,044) | (160) | (1,164) | (2) | (1,282) | (1,044) | (1,076) | (162) | (1,285) | (162) | (19) | (1,174) | (273) | (9,447) |
| Rent | - | - | - | (99) | - | - | - | 0 | (99) | - | - | - | (99) | - | - | (297) |
| Taxes | - | (6) | - | - | - | (7) | - | (40) | - | - | (37) | (4) | - | - | (26) | (119) |
| Insurance | - | - | - | (34) | - | - | - | - | - | - | - | (556) | - | - | - | (590) |
| Ordinary Course Professional | 32 | - | (10) | (10) | (45) | (3) | (35) | (278) | (32) | (14) | (62) | (57) | (123) | 0 | (74) | (712) |
| Lex Law Disbursements | - | - | - | - | (112) | - | - | (188) | - | - | - | - | (150) | - | - | (450) |
| G&A and Other Disbursements | (196) | (67) | (51) | (245) | (119) | (259) | (325) | (2,568) | (337) | (62) | (188) | (244) | (650) | (262) | (666) | (6,238) |
| **Total Operating Disbursements** | $ (910) | $ (1,089) | $ (1,233) | $ (2,459) | $ (1,644) | $ (962) | $ (1,935) | $ (5,763) | $ (2,244) | $ (731) | $ (1,896) | $ (1,348) | $ (2,759) | $ (1,578) | $ (1,854) | $ (28,405) |
| Capital Expenditures | - | - | - | (141) | - | - | - | (10) | (75) | - | - | (10) | (75) | - | - | (311) |
| **Net Operating Cash Flow** | $ 809 | $ 833 | $ 896 | $ (459) | $ 1,380 | $ 1,552 | $ 491 | $ (3,553) | $ 18 | $ 1,595 | $ 459 | $ 928 | $ (452) | $ 905 | $ 594 | $ 5,995 |
| **Non-Operating Cash Flow** | | | | | | | | | | | | | | | | |
| **Financing Activity** | | | | | | | | | | | | | | | | |
| DIP Fees | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| DIP Interest Payments | - | - | - | (156) | - | - | - | - | (301) | - | - | - | (240) | - | (120) | (817) |
| **Total Financing Activities** | $ - | $ - | $ - | $ (156) | $ - | $ - | $ - | $ - | $ (301) | $ - | $ - | $ - | $ (240) | $ - | $ (120) | $ (817) |
| **Restructuring-Related Items** | | | | | | | | | | | | | | | | |
| Professional Fees | $ (814) | $ - | $ (5,920) | $ (925) | $ (1,557) | $ (1,329) | $ (834) | $ (1,550) | $ (1,543) | $ (1,052) | $ (638) | $ (638) | $ (1,331) | $ (649) | 696 | $ (18,086) |
| Wind-Down Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (2,625) | (2,625) |
| Contract Cure Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (1,523) | (1,523) |
| **Total Restructuring-Related Items** | $ (814) | $ - | $ (5,920) | $ (925) | $ (1,557) | $ (1,329) | $ (834) | $ (1,550) | $ (1,543) | $ (1,052) | $ (638) | $ (638) | $ (1,331) | $ (649) | $ (3,452) | $ (22,234) |
| **Total Net Cash Flow, Adjusted** | $ (6) | $ 833 | $ (5,024) | $ (1,541) | $ (177) | $ 223 | $ (343) | $ (5,103) | $ (1,826) | $ 543 | $ (179) | $ 290 | $ (2,023) | $ 256 | $ (2,978) | $ (17,055) |
| **Liquidity Summary** | | | | | | | | | | | | | | | | |
| **Book Cash** | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | $ 2,642 | $ 9,636 | $ 10,470 | $ 7,146 | $ 8,029 | $ 7,852 | $ 8,075 | $ 7,732 | $ 2,278 | $ 2,052 | $ 2,594 | $ 2,415 | $ 2,706 | $ 2,083 | $ 2,339 | $ 2,642 |
| Net Cash Flow | (6) | 833 | (5,024) | (1,541) | (177) | 223 | (343) | (5,103) | (1,826) | 543 | (179) | 290 | (2,023) | 256 | (2,978) | (17,055) |
| DIP Proceeds, net | 7,000 | - | 1,700 | 2,424 | - | - | - | (350) | 1,600 | - | - | - | 1,400 | - | 4,928 | 18,701 |
| **Ending Cash Balance** | $ 9,636 | $ 10,470 | $ 7,146 | $ 8,029 | $ 7,852 | $ 8,075 | $ 7,732 | $ 2,278 | $ 2,052 | $ 2,594 | $ 2,415 | $ 2,706 | $ 2,083 | $ 2,339 | $ 4,288 | $ 4,288 |
| **Memo:** | | | | | | | | | | | | | | | | |
| Lexington Law Ending Cash Balance | $ 2,989 | $ 3,534 | $ 4,061 | $ 4,221 | $ 3,803 | $ 3,996 | $ 3,781 | $ 3,748 | $ 3,733 | $ 3,301 | $ 2,868 | $ 2,838 | $ 2,107 | $ 2,089 | $ 150 | $ 150 |