# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 157, 158, & 159** |

## NOTICE OF LODGING

**PLEASE TAKE NOTICE** that the deposition transcripts of the following individuals have been lodged with the Court contemporaneously herewith:

| | **Deponent** | **Date Taken** |
|---|---|---|
| 1. | Chad Wallace | July 18, 2023 |
| 2. | Neil Augustine | July 19, 2023 |
| 3. | Roger Meltzer | July 19, 2023 |

[*Signature Page Follows*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

16236796/1

| | |
|---|---|
| Dated: July 31, 2023<br>Wilmington, Delaware | By:   */s/ Tara C. Pakrouh*<br>Eric J. Monzo (DE Bar No. 5214)<br>Brya M. Keilson (DE Bar No. 4643)<br>Tara C. Pakrouh (Bar No. 6192)<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>Email:  emonzo@morrisjames.com<br>         bkeilson@morrisjames.com<br>         tpakrouh@morrisjames.com<br><br>-and-<br><br>Andrew I. Silfen (admitted *pro hac vice*)<br>Beth M. Brownstein (admitted *pro hac vice*)<br>**ArentFox Schiff LLP**<br>1301 Avenue of the Americas, 42nd Floor<br>New York, New York 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Email: Andrew.Silfen@afslaw.com<br>        Beth.Brownstein@afslaw.com<br><br>-and-<br><br>Justin A. Kesselman (admitted *pro hac vice*)<br>**ArentFox Schiff LLP**<br>800 Boylston Street, 32nd Floor<br>Boston, MA 02199<br>Telephone: (617) 973-6100<br>Facsimile: (617) 367-2315<br>E-mail: Justin.Kesselman@afslaw.com<br><br>*Proposed Counsel for the Official Committee of Unsecured Creditors* |