## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 230 & 231** |

### JOINT NOTICE OF DESIGNATIONS AND COUNTER-DESIGNATIONS

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") and the Official Committee of Unsecured Creditors (the "Committee"; together with the Debtors, the "Parties") hereby submit their designations, counter-designations, and confidentiality designations, attached hereto as **Exhibit A**, with respect to the deposition transcripts of Sebastien Cervinka and John Heath.

*[Signature Page Follows]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

16236815/1

Dated: July 31, 2023
    Wilmington, Delaware

By:   */s/ Tara C. Pakrouh*
     Eric J. Monzo (DE Bar No. 5214)
     Brya M. Keilson (DE Bar No. 4643)
     Tara C. Pakrouh (Bar No. 6192)
     **MORRIS JAMES LLP**
     500 Delaware Avenue, Suite 1500
     Wilmington, DE 19801
     Telephone: (302) 888-6800
     Facsimile: (302) 571-1750
     Email:  emonzo@morrisjames.com
          bkeilson@morrisjames.com
          tpakrouh@morrisjames.com

     -and-

     Andrew I. Silfen (admitted *pro hac vice*)
     Beth M. Brownstein (admitted *pro hac vice*)
     **ArentFox Schiff LLP**
     1301 Avenue of the Americas, 42nd Floor
     New York, New York 10019
     Telephone: (212) 484-3900
     Facsimile: (212) 484-3990
     Email: Andrew.Silfen@afslaw.com
          Beth.Brownstein@afslaw.com

     -and-

     Justin A. Kesselman (admitted *pro hac vice*)
     **ArentFox Schiff LLP**
     800 Boylston Street, 32nd Floor
     Boston, MA 02199
     Telephone: (617) 973-6100
     Facsimile: (617) 367-2315
     E-mail: Justin.Kesselman@afslaw.com

     *Proposed Counsel for the Official Committee*
     *of Unsecured Creditors*