## EXHIBIT A

## Deposition of Sebastien Cervinka Taken July 26, 2023

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 8:1 – 8:12 | | |
| 11:8 – 11:10 | | |
| 12:25 – 13:4 | | |
| 13:8 – 14:4 | | |
| 14:25 – 15:12 | | |
| 16:10 – 17:10 | 16:7 – 16:9, 17:11 – 17:12 | |
| 18:1 – 19:5 | | |
| 20:12 – 20:17 | | |
| 21:21 – 22:8 | | |
| 22:25 – 23:12 | | |
| 23:17 – 24:1 | | |
| 24:13 – 24:24 | 24:25 – 25:2 | |
| 25:3 – 26:7 | | |
| 26:10 – 27:4 | 27:7 – 27:9, 27:15 – 27:17 | |
| 28:8 – 28:12 | | |
| 29:3 – 30:16 | 28:23 – 29:2, 30:17 – 30:20 | |
| 30:21 – 31:22 | | 31:4 – 31:9 |
| 32:1 – 32:10 | 32:11 – 32:17, 32:21 – 33:3 | 32:1 – 32:19 |
| 33:4 – 33:23 | | |
| 34:16 – 35:14 | | 34:16 – 34:20 |
| 35:21 – 37:8 | | 37:20 – 38:3, 38:10 – 38:15 |
| 38:10 – 38:15 | | |
| 38:21 – 39:13 | | |
| 39:20 – 40:8 | | |
| 40:15 – 41:9 | | |
| 41:17 – 44:20 | 44:21 – 44:24 | |
| 45:8 – 45:14 | | |
| 45:22 – 46:19 | | |
| 46:24 – 47:7 | 47:8 | |
| 48:24 – 49:16 | | |
| 49:23 – 50:1 | | |
| 50:12 – 51:1 | | |
| 51:10 – 52:3 | | |
| 52: 13 – 52:24 | | |
| 55:6 – 56:23 | 56:24 – 56:25 | |
| 57:1 – 57:3 | | |
| 57:20 – 58:11 | | |

16236815/1

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 58:15 – 58:18 | | |
| 58:24 – 59:6 | 59:7 – 59:11 | |
| 60:19 – 61:6 | | |
| 61:9 – 62:7 | | |
| 62:12 – 62:19 | 62:21 – 62:24 | |
| 63:3 – 63:13 | | |
| 63:20 – 64:25 | | |
| 66:4 – 64:18 | | |
| 64:23 – 67:7 | | |
| 67:15 – 68:1 | | |
| 68:17 – 69:8 | 69:10 – 69:13 | |
| 69:14 – 69:17 | | |
| 70:7 – 70:10 | | |
| 70:16 – 70:23 | | |
| 71:9 – 71:11 | | |
| 72:6 – 72:22 | | |
| 73:6 – 73:16 | | |
| 73:22 – 74:3 | | |
| 74:11 – 75:1 | | |
| 76:7 – 77:8 | | |
| 77:12 – 77:19 | | |
| 78:25 – 79:13 | | |
| 79:17 – 79:24 | | |
| 80:7 – 81:4 | | |
| 81:6 – 81:9 | | |
| 81:13 – 81:14 | 81:15 – 81:19 | |
| 81:20 – 81:24 | | |
| 83:3 – 83:16 | | |
| 83:18 – 83:22 | | |
| 84:18 – 86:1 | | |
| 87:3 – 87:19 | 87:20 – 87:23 | |
| 87:24 – 88:19 | | |
| 89:7 – 89:8 | | |
| 89:10 – 90:1 | | |
| 90:6 – 90:9 | | |
| 91:15 – 92:4 | | |
| 93:5 – 95:3 | | |
| 95:15 – 96:4 | | |
| 96:10 – 96:14 | | |
| 96:16 – 97:18 | | |
| 99:1 – 100:16 | | |

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 100:19 – 101:1 | | |
| 101:11 – 102:10 | | |
| 102:18 – 103:2 | | |
| 103:21 – 103:23 | | |
| 104:16 – 105:10 | | |
| 105:24 – 106:9 | 106:10 – 106:14 | |
| 106:15 – 107:22 | | |
| 108:18 – 109:5 | | 108:24 – 109:5, 110:2 – 110:13 |
| 111:8 – 112:12 | | 110:23 – 111:20 |
| 112:17 – 113:19 | | |
| 114:15 – 116:12 | | |
| 117:8 – 117:16 | | |
| 118:16 – 121:17 | | |
| 121:20 – 123:18 | 123:19 – 124:3 | |
| 124:4 – 126:8 | | |
| 128:2 – 129:13 | | |
| 129:20 – 130:1 | | |
| 130:3 – 130:6 | | |
| 130:12 – 131:4 | | |
| 131:18 – 131:20 | | |
| 132:11 – 133:24 | | |
| 134:13 – 135:13 | | |
| 136:10 – 137:10 | | |
| 138:5 – 139:9 | | |
| 140:1 – 140:10 | | |
| 140:18 – 141:9 | | |
| 141:15 – 142:15 | | |
| 145:15 – 146:3 | | |
| 146:5 – 147:9 | 147:10 – 147:11 | |
| 148:15 – 149:23 | | |

16236815/1

**Deposition of John Heath Taken July 26, 2023**

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 5:5 – 5:6 | | |
| 5:14 – 6:3 | | |
| 8:22 – 9:17 | | |
| 11:2 – 11:14 | | |
| 11:17 – 12:14 | | |
| 12:18 – 13:14 | | |
| 13:18 – 14:6 | | |
| 14:11 – 15:5 | | |
| 15:14 – 15:20 | | |
| 16:14 – 17:11 | | |
| 21:25 – 22:12 | | |
| 23:19 – 23:22 | | |
| 24:24 – 24:25 | | |
| 25:5 – 25:18 | | |
| 25:20 – 26:2 | | |
| 26:8 – 26:14 | | |
| 30:10 – 30:22 | | |
| 31:22 – 32:7 | | |
| 33:8 – 33:15 | | |
| 33:17 – 34:3 | | |
| 34:20 – 34:24 | | |
| 38:5 – 38:10 | | |
| 47:3 – 47:25 | | |
| 51:16 – 52:2 | | |
| 61:10 – 61:22 | | |
| 65:9 – 65:16 | | |
| 70:22 – 71:11 | 71:12 – 71:16 | |
| 73:23 – 74:8 | | |
| 80:6 – 80:24 | | |
| 85:6 – 85:15 | | |
| 92:3 – 92:9 | | |
| 93:14 – 93:22 | | |
| 94:4 – 95:11 | | |
| 95:17 – 96:16 | | |
| 98:4 – 98:13 | | |
| 98:19 – 99:15 | | |
| 99:20 – 100:11 | | |
| 100:17 – 101:11 | | |
| 101:15 – 103:20 | | |

16236815/1

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 104:10 – 106:12 | | |
| 108:24 – 109:10 | | |
| 116:19 – 117:12 | | |
| 118:7 – 118:16 | | |
| 119:6 – 119:18 | | |
| 119:24 – 120:5 | | |
| 120:7 – 120:16 | | |
| 120:19 – 121:12 | | |
| 122:7 – 122:22 | | |
| 123:16 – 124:16 | | |
| 127:21 – 127:24 | | |
| 128:3 – 128:7 | | |
| 128:18 – 128:24 | | |
| 130:14 – 130:20 | | |
| 131:9 – 132:7 | | |
| 132:13 – 132:21 | | |
| 133:3 – 134:4 | | |
| 134:6 – 134:9 | | |
| 136:11 – 136:22 | | |
| 136:25 – 137:7 | | |
| 137:21 – 138:7 | | |
| 139:7 – 139:13 | | |
| 139:18 – 139:24 | | |
| 140:13 – 142:15 | | |
| 142:20 – 142:23 | | |
| 143:5 – 144:18 | | |
| 144:22 – 146:1 | | |
| 146:11 – 147:13 | | |
| 147:23 – 148:2 | | |
| 153:18 – 154:12 | | |
| 154:16 – 155:16 | 155:17 – 155:22 | |
| 155:23 – 156:20 | | |
| 157:18 – 159:5 | 157:8 – 157:17, 159:7 – 159:9 | |
| 159:10 – 159:19 | 159:20 – 160:3 | 159:15 |
| 161:13 – 161:14 | | |
| 161:18 – 161:25 | | |
| 162:11 – 162:18 | | |
| 164:22 – 165:18 | | |
| 166:1 – 166:11 | | |
| 166:22 – 167:9 | | |
| 167:15 – 167:19 | | |

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 167:21 – 168:15 | | |
| 168:20 – 169:8 | | |
| 169:17 – 171:4 | | |
| 171:9 – 171:4 | | |
| 171:9 – 171:10 | | |
| 171:12 – 171:24 | | |
| 172:8 – 173:3 | | |
| 173:9 – 173:15 | 173:20 – 174:7 | |
| 174:14 – 174:24 | | |
| 176:10 – 177:23 | | |
| 178:1 | | |
| 178:3 – 178:6 | | |
| 178:13 – 178:14 | | |
| 178:16 – 178:25 | | |
| 179:1 – 182:2 | | |
| 182:5 – 183:8 | | |
| 184:22 – 184:23 | | |
| 184:25 – 185:11 | | |
| 185:20 – 185:23 | | |
| 186:25 – 187:1 | | |
| 187:3 – 189:1 | | |
| 191:7 – 191:9 | 191:10 – 191:16 | |
| 191:21 – 192:11 | | |
| 192:15 – 192:18 | 192:19 – 193:12 | |
| 193:13 – 194:6 | | |
| 194:9 – 194:21 | | |
| 195:2 – 195:16 | | |
| 195:22 – 196:2 | | |
| 196:6 – 196:7 | | |
| 196:16 – 197:7 | | |
| 197:18 – 198:2 | | |
| 198:8 – 198:9 | | |
| 198:11 – 198:19 | | |
| 201:3 – 201:12 | | |
| 202:3 – 202:11 | | |
| 203:1 – 203:14 | | |
| 204:17 – 204:18 | | |
| 204:20 – 205:12 | | |
| 205:16 – 205:18 | | |
| 206:10 – 208:8 | | |
| 208:14 – 208:15 | | |

| Designation by Committee (Page: Line Start – Page: Line Stop) | Counter-Designation by Debtors for Completeness/ Fairness (Page: Line Start – Page: Line Stop) | Confidentiality Designations (Page: Line Start – Page: Line Stop) |
|---|---|---|
| 209:4 – 209:20 | | |
| 210:6 – 212:3 | | |
| 212:12 – 212:15 | | |
| 217:13 – 217:25 | | |
| 218:14 – 218:16 | | |
| 218:19 – 218:25 | | |
| 219:2 – 219:18 | | 219:13 |
| 220:2 – 220:7 | | |
| 220:24 – 221:15 | | |
| 221:21 – 221:25 | | 221:4 |
| 222:6 – 223:22 | | |