# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| PGX HOLDINGS, INC., *et al.*,[1] ) | Case No. 23-10718 (CTG) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## CERTIFICATE OF SERVICE

I, Stanley Y. Martinez, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On July 31, 2023, at my direction and under my supervision, employees of KCC caused to be served the following document via Electronic Mail upon the service lists attached hereto as **Exhibit A** and **Exhibit B**; and via First Class Mail upon the service lists attached hereto as **Exhibit C** and **Exhibit D**:

- **Notice of Filing of Budget Relating to Proposed Final Order Regarding DIP Financing and Cash Collateral** [Docket No. 255]

Dated: August 3, 2023

/s/ *Stanley Y. Martinez*
Stanley Y. Martinez
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

# Exhibit A

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | consumerinterest@Alabamaag.gov |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | attorney.general@alaska.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Andrew I. Silfen and Beth M. Brownstein | andrew.silfen@afslaw.com; beth.brownstein@afslaw.com |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Justin A. Kesselman | justin.kesselman@afslaw.com |
| Top 30 Creditor / Creditors Committee Member | Argano, LLC | Attn Elizabeth Frederic | CHIP.REGISTER@ARGANO.COM; Elizabeth.frederic@argano.com |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | BCEIntake@azag.gov |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | OAG@ArkansasAG.gov |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | BlueTorchAgency@alterdomus.com |
| Counsel to Capitol Indemnity Corp. | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Esq., Jonathan Bondy, Esq., and Emily Mastrocola, Esq. | szuber@csglaw.com; jbondy@csglaw.com; emastrocola@csglaw.com |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | attorney.general@coag.gov |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | attorney.general@ct.gov |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | attorney.general@state.de.us |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | oag@dc.gov |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | citizenservices@myfloridalegal.com; oag.civil.eserve@myfloridalegal.com |
| Counsel to Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. | FrankGecker LLP | Joseph D. Frank and Karen V. Newbury | jfrank@fgllp.com; knewbury@fgllp.com |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | Agcarr@law.ga.gov |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | hawaiiag@hawaii.gov |
| Creditors Committee Member | Hawthorne Direct, LLC | dba Hawthorne Advertising | sjurgensen@hawthorneadvertising.com |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | AGLabrador@ag.idaho.gov |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | attorney_general@atg.state.il.us; michelle@lisamadigan.org |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | info@atg.in.gov |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | IDR.Bankruptcy@ag.iowa.gov |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | attorney.general@ag.ky.gov |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | gking@kslaw.com |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | rschwartz@kslaw.com; GKing@kslaw.com; jdaly@kslaw.com; rnussbaum@kslaw.com; mmuscara@kslaw.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated ("Plaintiff") | Loizides, P.A. | Christopher D. Loizides | loizides@loizides.com |
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | Executive@ag.louisiana.gov; ConstituentServices@ag.louisiana.gov |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | attorney.general@maine.gov |
| Counsel to Maricopa County Treasurer | Maricopa County Attorney's Office | Peter Muthig | muthigk@mcao.maricopa.gov |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | oag@oag.state.md.us |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | ago@state.ma.us |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | dazman@mwe.com |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Maris J. Kandestin | mkandestin@mwe.com |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 3

Exhibit A
Core/2002 Service List
Served via Electronic Mail

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | miag@michigan.gov |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | ag.replies@ag.state.mn.us |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | attorney.general@ago.mo.gov |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | contactocp@mt.gov |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Morris James LLP | Eric J. Monzo, Brya M. Keilson and Jason S. Levin | emonzo@morrisjames.com; bkeilson@morrisjames.com; jlevin@morrisjames.com |
| Counsel to Blue Torch Finance LLC and Prospect Capital Corporation | Morris, Nichols, Arsht & Tunnell LLP | Robert J. Dehney, Matthew B. Harvey | rdehney@morrisnichols.com; mharvey@morrisnichols.com |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | NEDOJ@nebraska.gov; Ago.info.help@nebraska.gov |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | AgInfo@ag.nv.gov |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | attorneygeneral@doj.nh.gov |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Heather.Anderson@law.njoag.gov; NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Louis.Testa@ag.ny.gov; letitia.james@ag.ny.gov |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | ncago@ncdoj.gov |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | ndag@nd.gov |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | Kristin.Radwanick@OhioAGO.gov |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | ConsumerProtection@oag.ok.gov |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | AttorneyGeneral@doj.state.or.us; Lisa.Udland@doj.state.or.us |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | info@attorneygeneral.gov |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | DHillman@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | LOsaben@proskauer.com |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | PYoung@proskauer.com |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | pantoszyk@proskauer.com; dhillman@proskauer.com |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | jwilson@prospectcap.com; pl@prospectcap.com; pacct@prospectcap.com; fax@prospectcap.com; grier@prospectcap.com; jbarry@prospectcap.com; fax@prospectcap.com |
| Counsel to Kirsten Hansen, on Behalf of Herself and all Others Similarly Situated, Plaintiff | Raisner Roupinian LLP | Jack A. Raisner and René S. Roupinian | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | ag@riag.ri.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Top 30 Creditor / Creditors Committee Member | Site Selection Group | King White | KWHITE@SITESELECTIONGROUP.COM |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | bankruptcy@scag.gov |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | atghelp@state.sd.us |

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | agattorneys@ag.tn.gov |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| Tennessee Department of Revenue | TN Dept of Revenue | c/oTN Attorney General's Office, Bankruptcy Division | AGBankDelaware@ag.tn.gov |
| United States Department of Justice | U.S. Department of Justice | Attorney General | askdoj@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko | john.z.balasko@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | J. Zachary Balasko and Victor S. Leung | john.z.balasko@usdoj.gov; Victor.Leung@usdoj.gov |
| Counsel to the United States of America (CFPB) | U.S. Department of Justice, Civil Division | Victor S. Leung | Victor.Leung@usdoj.gov |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | usade.ecfbankruptcy@usdoj.gov |
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | bankruptcy@agutah.gov |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | ago.info@vermont.gov |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | mailoag@oag.state.va.us |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | consumer@wvago.gov |
| Counsel to Capitol Indemnity Corp. | Whiteford, Taylor & Preston LLP | Thomas J. Francella, Jr., Esq. | tfrancella@whitefordlaw.com |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | dojbankruptcynoticegroup@doj.state.wi.us |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | judy.mitchell@wyo.gov |

# Exhibit B

**Exhibit B**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Bank of America | Paige W Penze, Andre Bataller, Brandon P Woodward, Stephanie Quevedo, Josephine A Genievich | paige.penze@bofa.com; andre.bataller@bofa.com; brandon.p.woodward@bofa.com; stephanie.quevedo@bofa.com; josephine.a.genievich@bofa.com |
| Comerica Bank | | bankruptcyaccountmail@comerica.com |
| JPMorgan Chase | James A Quinn | james.a.quinn@chase.com |

# Exhibit C

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Alabama Attorney General | Alabama Attorney General | Attn Bankruptcy Department | 501 Washington Ave | PO Box 300152 | | Montgomery | AL | 36104-0152 |
| Alaska Attorney General | Alaska Attorney General | Attn Bankruptcy Department | 1031 West 4th Avenue, Suite 200 | | | Anchorage | AK | 99501-1994 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Andrew I. Silfen and Beth M. Brownstein | 1301 Avenue of the Americas, 42nd Floor | | | New York | NY | 10019 |
| Proposed Counsel to the Official Committee of Unsecured Creditors | Arent Fox Schiff LLP | Justin A. Kesselman | 800 Boylston Street, 32nd Floor | | | Boston | MA | 02199- |
| Top 30 Creditor / Creditors Committee Member | Argano, LLC | Attn Elizabeth Frederic | 6100 W Plano Parkway | Suite 1800 | | Plano | TX | 75093 |
| Arizona Attorney General | Arizona Attorney General | Attn Bankruptcy Department | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Arizona Attorney General's Office - CSS | Arizona Attorney General's Office - CSS | Attn Bankruptcy Department | PO Box 6123 | MD 7611 | | Phoenix | AZ | 85005-6123 |
| Arkansas Attorney General | Arkansas Attorney General | Attn Bankruptcy Department | 323 Center St. Ste 200 | | | Little Rock | AR | 72201-2610 |
| DIP Agent and First Lien Credit Agreement Agent | Blue Torch Finance LLC | c/o Blue Torch Capital LP | 150 East 58th Street, 18th Floor | | | New York | NY | 10155 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Counsel to Capitol Indemnity Corp. | Chiesa Shahinian & Giantomasi PC | Scott A. Zuber, Esq., Jonathan Bondy, Esq., and Emily Mastrocola, Esq. | 105 Eisenhower Parkway | | | Roseland | NJ | 07068 |
| Colorado Attorney General | Colorado Attorney General | Attn Bankruptcy Department | Ralph L Carr Colorado Judicial Building | 1300 Broadway, 10th Fl | | Denver | CO | 80203 |
| Connecticut Attorney General | Connecticut Attorney General | Attn Bankruptcy Department | 165 Capitol Avenue | | | Hartford | CT | 06106 |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Department | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd., Suite 100 | | | Dover | DE | 19904 |
| District of Columbia Attorney General | District of Columbia Attorney General | Attn Bankruptcy Department | 400 6th Street NW | | | Washington | DC | 20001 |
| Florida Attorney General | Florida Attorney General | Attn Bankruptcy Department | PL-01 The Capitol | | | Tallahassee | FL | 32399-1050 |
| Counsel to Experian Marketing Solutions, Inc. and Experian Business Solutions, Inc. | FrankGecker LLP | Joseph D. Frank and Karen V. Newbury | 1327 W. Washington Blvd., Suite 5 G-H | | | Chicago | IL | 60607 |
| Georgia Attorney General | Georgia Attorney General | Attn Bankruptcy Department | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Hawaii Attorney General | Hawaii Attorney General | Attn Bankruptcy Department | 425 Queen Street | | | Honolulu | HI | 96813 |
| Creditors Committee Member | Hawthorne Direct, LLC | dba Hawthorne Advertising | Attn Steve Jurgensen | 101 N. Court Street | | Fairfield | IA | 52556 |
| Idaho Attorney General | Idaho Attorney General | Attn Bankruptcy Department | 700 W. Jefferson Street Suite 210 | PO Box 83720 | | Boise | ID | 83720-0010 |
| Illinois Attorney General | Illinois Attorney General | Attn Bankruptcy Department | James R. Thompson Ctr | 100 W. Randolph St. | | Chicago | IL | 60601 |
| Indiana Attorney General | Indiana Attorney General | Attn Bankruptcy Department | Indiana Govt Center South | 302 West Washington St 5th Fl | | Indianapolis | IN | 46204 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Iowa Attorney General | Iowa Attorney General | Attn Bankruptcy Department | Hoover State Office Bldg | 1305 E. Walnut Street | | Des Moines | IA | 50319 |
| Kansas Attorney General | Kansas Attorney General | Attn Bankruptcy Department | 120 SW 10th Ave., 2nd Fl | | | Topeka | KS | 66612-1597 |
| Kentucky Attorney General | Kentucky Attorney General | Attn Bankruptcy Department | 700 Capitol Avenue | Capitol Building, Suite 118 | | Frankfort | KY | 40601-3449 |
| Counsel to Blue Torch Finance LLC | King & Spalding LLP | Geoffrey M. King | 110 N. Wacker Drive, Suite 3800 | | | Chicago | IL | 60606 |
| Counsel to DIP Agent and First Lien Credit Agreement Agent and Blue Torch Finance LLC | King & Spalding LLP | Roger G. Schwartz, Geoffrey King, Jennifer E. Daly, Robert Nussbaum and Michelle Muscara | 1185 Avenue of the Americas, 34th Floor | | | New York | NY | 10036 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 3

Exhibit C
Core/2002 Service List
Served via First Class Mail

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Louisiana Attorney General | Louisiana Attorney General | Attn Bankruptcy Department | PO Box Box 94005 | | | Baton Rouge | LA | 70804 |
| Maine Attorney General | Maine Attorney General | Attn Bankruptcy Department | 6 State House Station | | | Augusta | ME | 04333 |
| Maryland Attorney General | Maryland Attorney General | Attn Bankruptcy Department | 200 St. Paul Place | | | Baltimore | MD | 21202-2202 |
| Massachusetts Attorney General | Massachusetts Attorney General | Attn Bankruptcy Department | One Ashburton Place | 20th Floor | | Boston | MA | 02108-1518 |
| Counsel to Site Selection Group | McDermott Will & Emery LLP | Darren Azman | One Vanderbilt Avenue | | | New York | NY | 10017 |
| Michigan Attorney General | Michigan Attorney General | Attn Bankruptcy Department | G. Mennen Williams Building | 525 W. Ottawa St. | P.O. Box 30212 | Lansing | MI | 48909 |
| Minnesota Attorney General | Minnesota Attorney General | Attn Bankruptcy Department | 445 Minnesota St Suite 1400 | | | St Paul | MN | 55101-2131 |
| Mississippi Attorney General | Mississippi Attorney General | Attn Bankruptcy Department | Walter Sillers Building | 550 High St Ste 1200 | | Jackson | MS | 39201 |
| Missouri Attorney General | Missouri Attorney General | Attn Bankruptcy Department | Supreme Court Bldg | 207 W. High St. | P.O. Box 899 | Jefferson City | MO | 65101 |
| Montana Attorney General | Montana Attorney General | Attn Bankruptcy Department | Justice Bldg | 215 N. Sanders 3rd Fl | PO Box 201401 | Helena | MT | 59620-1401 |
| Nebraska Attorney General | Nebraska Attorney General | Attn Bankruptcy Department | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 |
| Nevada Attorney General | Nevada Attorney General | Attn Bankruptcy Department | Old Supreme Ct. Bldg. | 100 N. Carson St | | Carson City | NV | 89701 |
| New Hampshire Attorney General | New Hampshire Attorney General | Attn Bankruptcy Department | 33 Capitol St. | | | Concord | NH | 03301 |
| New Jersey Attorney General | New Jersey Attorney General | Attn Bankruptcy Department | Richard J. Hughes Justice Complex | 25 Market St | PO Box 080 | Trenton | NJ | 08625-0080 |
| New Mexico Attorney General | New Mexico Attorney General | Attn Bankruptcy Department | 408 Galisteo St | Villagra Building | | Santa Fe | NM | 87501 |
| New York Attorney General | New York Attorney General | Attn Bankruptcy Department | Office of the Attorney General | The Capitol, 2nd Fl. | | Albany | NY | 12224-0341 |
| North Carolina Attorney General | North Carolina Attorney General | Attn Bankruptcy Department | 9001 Mail Service Center | | | Raleigh | NC | 27699-9001 |
| North Dakota Attorney General | North Dakota Attorney General | Attn Bankruptcy Department | 600 E. Boulevard Ave. | Dept 125 | | Bismarck | ND | 58505-0040 |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Jane M. Leamy | 844 King St Ste 2207 | Lockbox 35 | | Wilmington | DE | 19801 |
| Ohio Attorney General | Ohio Attorney General | Attn Bankruptcy Department | 50 E. Broad Street 17th Fl | | | Columbus | OH | 43215 |
| Oklahoma Attorney General | Oklahoma Attorney General | Attn Bankruptcy Department | 313 NE 21st St | | | Oklahoma City | OK | 73105 |
| Oregon Attorney General | Oregon Attorney General | Attn Bankruptcy Department | 1162 Court St. NE | | | Salem | OR | 97301-4096 |
| Pennsylvania Attorney General | Pennsylvania Attorney General | Attn Bankruptcy Department | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | David M. Hillman | Eleven Times Square | | | New York | NY | 10036-8299 |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Libbie B. Osaben | 70 West Madison, Suite 3800 | | | Chicago | IL | 60602-4342 |
| Counsel to Prospect Capital Corporation | Proskauer Rose LLP | Peter J. Young | 2029 Century Park East, Suite 2400 | | | Los Angeles | CA | 90067-3010 |
| Counsel to Second Lien Credit Agreement Agent | Proskauer Rose LLP | Peter Antoszyk and David M. Hillman | One International Place | | | Boston | MA | 02110-2600 |
| Second Lien Credit Agreement Agent | Prospect Capital Corporation | Jason Wilson | 10 East 40th Street, 42nd Floor | | | New York | NY | 10016 |
| Rhode Island Attorney General | Rhode Island Attorney General | Attn Bankruptcy Department | 150 S. Main St. | | | Providence | RI | 02903 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | Brookfield Place | 200 Vesey St, Ste 400 | New York | NY | 10281-1022 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St., Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Top 30 Creditor / Creditors Committee Member | Site Selection Group | King White | 8235 Douglas Ave #500 | | | Dallas | TX | 75205 |
| South Carolina Attorney General | South Carolina Attorney General | Attn Bankruptcy Department | P.O. Box 11549 | | | Columbia | SC | 29211 |
| South Dakota Attorney General | South Dakota Attorney General | Attn Bankruptcy Department | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Tennessee Attorney General | Tennessee Attorney General | Attn Bankruptcy Department | P.O. Box 20207 | | | Nashville | TN | 37202-0207 |
| Texas Attorney General | Texas Attorney General | Attn Bankruptcy Department | 300 W. 15th St | | | Austin | TX | 78701 |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| US Attorney for District of Delaware | US Attorney for District of Delaware | US Attorney for Delaware | 1313 N Market Street | Hercules Building | | Wilmington | DE | 19801 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 2 of 3

**Exhibit C**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Utah Attorney General | Utah Attorney General | Attn Bankruptcy Department | Utah State Capitol Complex | 350 North State Street, Suite 230 | | Salt Lake City | UT | 84114-2320 |
| Vermont Attorney General | Vermont Attorney General | Attn Bankruptcy Department | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Virginia Attorney General | Virginia Attorney General | Attn Bankruptcy Department | 202 North Ninth St | | | Richmond | VA | 23219 |
| Washington Attorney General | Washington Attorney General | Attn Bankruptcy Department | 1125 Washington St SE | PO Box 40100 | | Olympia | WA | 98504-0100 |
| West Virginia Attorney General | West Virginia Attorney General | Attn Bankruptcy Department | State Capitol Bldg 1 Rm E-26 | 1900 Kanawha Blvd., East | | Charleston | WV | 25305 |
| Wisconsin Attorney General | Wisconsin Attorney General | Attn Bankruptcy Department | Wisconsin Dept. of Justice | 114 East, State Capitol | PO Box 7857 | Madison | WI | 53707-7857 |
| Wyoming Attorney General | Wyoming Attorney General | Attn Bankruptcy Department | 109 State Capitol | | | Cheyenne | WY | 82002 |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 3 of 3

# Exhibit D

**Exhibit D**
**Banks Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Bank of America | Paige W Penze, Andre Bataller, Brandon P Woodward, Stephanie Quevedo, Josephine A Genievich | 100 North Tryon Street | Charlotte | NC | 28255 |
| Comerica Bank | | 1717 Main St | Dallas | TX | 75201 |
| JPMorgan Chase | James A Quinn | 1111 Polaris Parkway | Columbus | OH | 43240 |