IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC, *et al.*,[1] | ) ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND AMENDED** NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING FOR SEPTEMBER 18, 2023 AT 2:00 P.M. (ET)

**THIS HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT**

> This hearing will be conducted in-person in Courtroom #2, 6th Floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register via the Zoom link below no later than September 15, 2023 at 4:00 p.m.:
>
> https://debuscourts.zoomgov.com/meeting/register/vJIsde-uqTspGnE5hqFEFSozPuxb4TyXAg0
>
> After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.

UNCONTESTED MATTERS:

1. Disclosure Statement for the Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 412; Filed 8/24/2023]

    Related Documents:

    A. Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 410; Filed 8/24/2023]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

      B.      First Amended Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 466; Filed 9/15/2023]

      C.      REDLINED First Amended Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 467; Filed 9/15/2023]

      D.      First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 468; Filed 9/15/2023]

      E.      REDLINED First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 469; Filed 9/15/2023]

Response Deadline:   September 11, 2023 at 4:00 p.m.

Responses Received: None.

**Status:      An Order has been entered on this matter at Docket No. 478.**

2.    Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement of an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief [Docket No. 413; Filed 8/25/2023]

    Related Documents:

      A.      Notice of Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement on an Interim and Final Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief [Docket No. 424; Filed 8/28/2023]

      B.      Certification of Counsel Regarding Motion of the Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement of an Interim Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief [Docket No. 470; Filed 9/15/2023]

C. Proposed Order

Response Deadline: September 11, 2023 at 4:00 p.m. The response deadline was consensually extended to September 14, 2023 solely with respect to the Office of the United States Trustee for the District of Delaware.

Responses Received: None

**Status: An Order has been entered on this matter at Docket No. 478.**

Dated: September **16**, 2023
Wilmington, Delaware

/s/ *Domenic E. Pacitti*
KLEHR HARRISON HARVEY BRANZBURG LLP
Domenic E. Pacitti (DE Bar No. 3989)
Michael W. Yurkewicz (DE Bar No. 4165)
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
Email: dpacitti@klehr.com
myurkewicz@klehr.com

-and-

Morton R. Branzburg (*pro hac vice* pending)
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-3007
Facsimile: (215) 568-6603
Email: mbranzburg@klehr.com

*Co-Counsel to the Debtors and Debtors in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Ave
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: joshua.sussberg@kirkland.com

- and -

Spencer Winters (admitted *pro hac vice*)
Whitney C. Fogelberg (admitted *pro hac vice*)
Alison J. Wirtz (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: spencer.winters@kirkland.com
whitney.fogelberg@kirkland.com
alison.wirtz@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*