**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| PGX HOLDINGS, INC., *et al.*,[1] | Case No. 23-10718 (CTG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF SYDNEY REITZEL REGARDING THE SOLICITATION AND
TABULATION OF VOTES ON THE FIRST AMENDED JOINT CHAPTER 11
PLAN OF PGX HOLDINGS, INC. AND ITS DEBTOR AFFILIATES
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Sydney Reitzel, depose and say under the penalty of perjury:

1.      I am a Director of Corporate Restructuring Services employed by Kurtzman Carson

Consultants LLC ("KCC"), located at 222 North Pacific Coast Highway, Suite 300, El Segundo,

California 90245.  I am over the age of 18 and not a party to this action.

2.      I submit this Declaration and Voting Report (the "Voting Report") with respect to

the solicitation of votes and the tabulation of ballots cast on the *First Amended Joint Chapter 11*

*Plan of PGX Holdings, Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy*

*Code* [Docket No. 486] (as modified, amended, or supplemented from time to time, the "Plan").[2]

Except as otherwise noted, all facts set forth herein are based on my personal knowledge,

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Disclosure Statement Order and Plan, as applicable.

1

knowledge that I acquired from individuals under my supervision, and/or my review of the relevant documents. I am authorized to submit this Voting Report on behalf of KCC. If I were called to testify, I could and would testify competently as to the facts set forth herein.

3. On June 6, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order Authorizing the Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 56]. On July 19, 2023, the Court entered the *Order Authorizing Debtors to Employ and Retain Kurtzman Carson Consultants LLC as Administrative Agent Effective as of the Petition Date* [Docket No. 202] authorizing the Debtors to retain KCC as their administrative agent to assist with, among other things, (a) service of solicitation materials to the parties entitled to vote to accept or reject the Plan, and (b) tabulation of votes with respect thereto. KCC has considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.

**A. Service and Transmittal of Solicitation Packages and Related Materials**

4. Pursuant to the *Order (I) Approving the Adequacy of the Disclosure Statement on an Interim Basis, (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (III) Approving the Solicitation and Notice Procedures, (IV) Approving the Combined Hearing Notice, and (V) Granting Related Relief* [Docket No. 478] (the "Interim Disclosure Statement Order") entered on September 16, 2023, the Court established, among other things, certain solicitation and voting tabulation procedures. KCC adhered to the Solicitation and Voting Procedures outlined in the foregoing documents and in the Ballots and Opt-Out Forms distributed to parties entitled to vote or opt out.

5. On or before September 22, 2023, KCC caused the Combined Hearing Notice to be served on the creditor matrix, the current and former Lexington Law Clients and PGX Customers,

and all other parties required to receive such notice pursuant to the Interim Disclosure Statement Order.

6.     Furthermore, on September 22, 2023, KCC caused the Solicitation Packages to be served on all known Holders of Claims entitled to vote on the Plan as of the September 15, 2023 Voting Record Date.  Only Holders of Claims in Class 4 (Prepetition First Lien Claims), Class 5 (Prepetition Second Lien Claims), Class 6A (Continuing Trade Claims), Class 6B (Other General Unsecured Claims), Class 6C (Litigation Claims) and Class 6D (CFPB Claim) (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan.  No other Classes were entitled to vote on the Plan.

7.     Furthermore, on September 22, 2023, KCC caused the appropriate Unimpaired or Impaired Non-Voting Status Notice Packages (as referenced in the Affidavit of Service) to be served, in lieu of a Solicitation Package, on all known Holders of Claims or Interests entitled to opt out of the Plan as of the Voting Record Date.  All Holders of Claims and Interests were entitled to opt out of the Plan. There were no Holders of Claims or Interests in Class 10 (Interests in Lexington Law Firm) or Class 11 (510(b) Claims).

8.     Pursuant to the Interim Disclosure Statement Order, Solicitation Packages or other materials were not distributed to Holders of Claims or Interests in Class 7 (Intercompany Claims) or Class 8 (Intercompany Interests).

9.     A certificate of service evidencing service of the foregoing was filed with the Court at Docket No. 560 (the "Affidavit of Service").  During the voting period, KCC forwarded materials to parties whose packages were returned with a forwarding address. A supplemental certificate of service evidencing the foregoing was filed with the Court at Docket No. 564.

10.     On September 22, 2023, KCC posted links to the electronic versions of the Plan, the Disclosure Statement, the Interim Disclosure Statement Order, the Combined Hearing Notice, the Solicitation and Voting Procedures, Cover Letter from the Debtors, and the Committee Letter on the public access website at www.kccllc.net/PGX.  Furthermore, on October 13, 2023, KCC posted a link to the electronic version of the Plan Supplement and Notice of Filing of Plan Supplement on the public access website.

11.     On September 25, 2023, the Publication Notice was published in *USA Today (National Edition)*.  An affidavit evidencing the foregoing was filed at Docket No. 499.

**B. The Tabulation Process**

12.     KCC worked closely with the Debtors' counsel and financial advisors to create a voting database reflecting the names and addresses of Holders of Claims and Interests, the classification of Claims and Interests, and voting amounts for the Voting Classes.  KCC relied on the Debtors' Schedules of Assets and Liabilities and the claims information reflected on the register of filed proofs of claim, to identify and solicit Holders of Claims and Interests in the Voting and Non-Voting Classes. KCC further relied on information provided by the lenders' administrative Agent pertaining to the Holders of Claims in Class 4 (Prepetition First Lien Claims) and Class 5 (Prepetition Second Lien Claims), as applicable.

13.     In accordance with the Solicitation and Voting Procedures, KCC reviewed, determined the validity of, and tabulated the Ballots submitted to Vote on the Plan. Each Ballot submitted to KCC was date-stamped, scanned, assigned a Ballot number, entered into KCC's voting database, and processed. To be included in the tabulation results as valid, a Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Solicited Plan (or such Holder's representative),

(c) returned to KCC via an approved method of delivery set forth in the Solicitation Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by KCC on or before the Voting Deadline (*i.e.*, October 20, 2023 at 4:00 p.m. (prevailing Eastern Time)), which was established by the Interim Disclosure Statement Order.

14.    The final tabulation of votes cast by timely and properly completed ballots received by KCC is attached hereto as <u>Exhibit A</u>. The detailed Ballot reports for all Voting Classes are attached hereto as <u>Exhibit A-1</u> through <u>Exhibit A-5</u>.  Classes 4, 5, 6A, and 6B elected to accept the Plan.  Class 6C rejected the Plan, with 1 ballot accepting the Plan, and 1 objection filed at Docket No. 563 that rejected the Plan.  No Ballot was received for Class 6D (CFPB Claim).

**C. Ballots That Were Not Counted**

15.    A report of the 1 Ballot excluded from the final tabulation is attached hereto as <u>Exhibit B</u>.  Such Ballot, which purported to cast a vote to accept the Plan, was submitted after the Voting Deadline, and therefore not included in tabulation.  All Ballots otherwise received prior to the Voting Deadline were counted and included in the final tabulations attached hereto as <u>Exhibit A</u>.

**D. Opt-Out Election**

16.    KCC reviewed and documented which Holders of Claims or Interests elected to opt out of the Third-Party Release either by (i) checking the Opt-Out box on a returned Ballot, or (ii) returning the Opt-Out Form attached to the Non-Voting Notice.  A report of all 12 Holders who elected to opt out of the Third-Party Release is attached hereto as <u>Exhibit C</u>. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received, including those reported on <u>Exhibit C</u>, but rather is providing these opt-out election results for reporting and informational purposes only.

**E. Packages Returned Undeliverable**

17.     Throughout the voting period, KCC received 12 Solicitation Packages returned as undeliverable.  A detailed report of these packages is attached hereto as <u>Exhibit D</u>.  The packages reported on this exhibit did not have a forwarding address or no alternative address or email was found through additional research.

**F. Conclusion**

18.     To the best of my knowledge, information, and belief, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of ballots in connection with the Plan is true and correct.

Executed on October 24, 2023

<u>/s/ Sydney Reitzel</u>
Sydney Reitzel
KCC

# Exhibit A

**Exhibit A**
**Ballot Summary Report**

| Class | Class Description | Not Tabulated | Members Voted | Members Accepted | Members Rejected | % Members Accepted | % Members Rejected | Total $ Voted | $ Accepted | $ Rejected | % $ Accepted | % $ Rejected | Class Accepted or Rejected? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | Prepetition First Lien Claims | 0 | 11 | 11 | 0 | 100.00% | 0.00% | $273,886,006.63 | $273,886,006.63 | $0.00 | 100.00% | 0.00% | **Accepted** |
| 5 | Prepetition Second Lien Claims | 0 | 1 | 1 | 0 | 100.00% | 0.00% | $184,516,069.03 | $184,516,069.03 | $0.00 | 100.00% | 0.00% | **Accepted** |
| 6A | Continuing Trade Claims | 0 | 14 | 14 | 0 | 100.00% | 0.00% | $2,776,436.92 | $2,776,436.92 | $0.00 | 100.00% | 0.00% | **Accepted** |
| 6B | Other General Unsecured Claims | 0 | 28 | 28 | 0 | 100.00% | 0.00% | $9,016,939.18 | $9,016,939.18 | $0.00 | 100.00% | 0.00% | **Accepted** |
| 6C | Litigation Claims | 1 | 2 | 1 | 1 | 50.00% | 50.00% | $35,625.00 | $25,000.00 | $10,625.00 | 70.18% | 29.82% | **Rejected¹** |
| 6D | CFPB Claim | 0 | 0 | 0 | 0 | 0.00% | 0.00% | $0.00 | $0.00 | $0.00 | 0.00% | 0.00% | **No Ballot Returned** |

*¹Includes the Kirsten Hansen ballot rejecting the Plan referenced in the objection filed at Docket No. 563.*

# Exhibit A-1

**Exhibit A-1**
**Class 4 Ballot Detail Report**
**Prepetition First Lien Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 10/19/2023 | 43 | Lender 001 | Redacted | Accept |
| 10/20/2023 | 59 | Lender 002 | Redacted | Accept |
| 10/20/2023 | 53 | Lender 003 | Redacted | Accept |
| 10/20/2023 | 52 | Lender 004 | Redacted | Accept |
| 10/20/2023 | 56 | Lender 005 | Redacted | Accept |
| 10/20/2023 | 55 | Lender 006 | Redacted | Accept |
| 10/19/2023 | 44 | Lender 007 | Redacted | Accept |
| 10/19/2023 | 45 | Lender 008 | Redacted | Accept |
| 10/19/2023 | 49 | Lender 009 | Redacted | Accept |
| 10/20/2023 | 54 | Lender 010 | Redacted | Accept |
| 10/20/2023 | 57 | Lender 011 | Redacted | Accept |

# Exhibit A-2

**Exhibit A-2**
**Class 5 Ballot Detail Report**
**Prepetition Second Lien Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 10/19/2023 | 48 | Lender 012 | Redacted | Accept |

# Exhibit A-3

**Exhibit A-3**
**Class 6A Ballot Detail Report**
**Continuing Trade Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 10/18/2023 | 46 | ARGANO, LLC | $912,639.00 | Accept |
| 10/20/2023 | 50 | BANZAI INC. | $5,647.89 | Accept |
| 10/05/2023 | 27 | Cathlee T. Wright | $700.00 | Accept |
| 10/09/2023 | 31 | CITY OF REXBURG | $268.06 | Accept |
| 09/26/2023 | 9 | Hannah Kiesling | $5,000.00 | Accept |
| 10/18/2023 | 39 | HAWTHORNE DIRECT, LLC | $465,692.07 | Accept |
| 09/26/2023 | 14 | Name on File - ID 15303887 | $85.00 | Accept |
| 10/13/2023 | 37 | Name on File - ID 15304146 | $12.99 | Accept |
| 09/27/2023 | 15 | S44 LLC | $19,840.00 | Accept |
| 09/23/2023 | 4 | Stan Latta | $100.00 | Accept |
| 09/25/2023 | 8 | Stephanie Lima | $4,700.00 | Accept |
| 10/12/2023 | 5 | Takella Mease | $2,500.00 | Accept |
| 10/10/2023 | 33 | TRANS UNION LLC | $569,735.66 | Accept |
| 10/10/2023 | 32 | TransUnion Interactive, Inc. | $789,516.25 | Accept |

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

Page 1 of 1

# Exhibit A-4

**Exhibit A-4**
**Class 6B Ballot Detail Report**
**Other General Unsecured Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| 09/25/2023 | 7 | ABNEY, KATIE C. | $3,000.00 | Accept |
| 10/05/2023 | 28 | CallEngine Inc. | $114,526.00 | Accept |
| 10/16/2023 | 38 | Capitol Indemnity Corporation | $6,560,000.00 | Accept |
| 09/26/2023 | 13 | Combs, Scott A. | $1.00 | Accept |
| 09/22/2023 | 1 | EDWARDS, SHAWNA | $5,000.00 | Accept |
| 10/05/2023 | 26 | EVANS, CHASE F. | $350.00 | Accept |
| 09/26/2023 | 11 | GALLOWAY, GWYNITH | $2,250.00 | Accept |
| 10/11/2023 | 36 | Gartner, Inc. | $878,600.00 | Accept |
| 09/27/2023 | 16 | JOHNSON, CURTIS | $1,000.00 | Accept |
| 10/20/2023 | 60 | KING, MARLON D. | $57,500.00 | Accept |
| 10/20/2023 | 58 | Larkin Benefit Administrators d/b/a the Larkin Company | $32,671.78 | Accept |
| 10/07/2023 | 30 | Martha Brock-Leftridge | $1,000,000.00 | Accept |
| 10/18/2023 | 40 | Name on File - ID 15305087 | $5,896.00 | Accept |
| 09/22/2023 | 2 | Name on File - ID 15305408 | $21,764.00 | Accept |
| 10/05/2023 | 25 | Name on File - ID 15305452 | $50,000.00 | Accept |
| 09/30/2023 | 23 | Name on File - ID 15314126 | $12,000.00 | Accept |
| 10/06/2023 | 29 | Name on File - ID 15314128 | $300.00 | Accept |
| 09/28/2023 | 17 | Name on File - ID 15314164 | $1,000.00 | Accept |
| 10/18/2023 | 41 | Name on File - ID 15315282 | $3,250.00 | Accept |
| 10/18/2023 | 47 | Name on File - ID 15315604 | $350.00 | Accept |
| 10/10/2023 | 34 | Name on File - ID 15315903 | $1,129.40 | Accept |
| 10/02/2023 | 24 | NELSON, NICHOLAS | $1,200.00 | Accept |
| 10/11/2023 | 35 | NEW IMAGITAS INC | $180,000.00 | Accept |
| 09/30/2023 | 22 | Phillip Ransom | $15,150.00 | Accept |
| 09/25/2023 | 6 | Skyler Goots | $20,000.00 | Accept |
| 09/26/2023 | 12 | STOCKWELL, MORGAN S. | $25,000.00 | Accept |
| 09/27/2023 | 18 | West Virginia Office of the State Treasurer | $1.00 | Accept |
| 09/26/2023 | 10 | Zanetta Recendez | $25,000.00 | Accept |

# Exhibit A-5

**Exhibit A-5[1]**

**Class 6C Ballot Detail Report**

**Litigation Claims**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote |
|---|---|---|---|---|
| N/A | N/A | HANSEN, KRISTEN | $10,625.00 | Reject |
| 10/20/2023 | 3 | Name on File - ID 15276422 | $25,000.00 | Accept |

[1]Includes the Kirsten Hansen ballot rejecting the Plan referenced in the objection filed at Docket No. 563.

In re PGX Holdings, Inc., et al.
Case No. 23-10718 (CTG)

# Exhibit B

**Exhibit B**
**Ballots Excluded from Tabulation**

| Date Filed | Ballot No. | Creditor Name | Voting Amount | Vote | Class | Reason Excluded |
|------------|------------|---------------|---------------|------|-------|-----------------|
| 10/21/2023 | 61 | Jessica Palmer | $650,000.00 | Accept | 6C - Litigation Claims | Not Timely |

# Exhibit C

**Exhibit C**
**Opt-Out Elections**

| Date Filed | Ballot No. | Creditor Name | Class | Opt Out of Third-Party Release? |
|---|---|---|---|---|
| 10/16/2023 | 38 | Capitol Indemnity Corporation | 6B - Other General Unsecured Claims | Yes |
| 10/05/2023 | 27 | Cathlee T. Wright | 6A - Continuing Trade Claims | Yes |
| 09/22/2023 | 19 | CONTRERAZ, JULIAN J. | Non-Voting Unimpaired or Impaired Claims | Yes |
| 10/11/2023 | 36 | Gartner, Inc. | 6B - Other General Unsecured Claims | Yes |
| 10/20/2023 | 51 | HANSEN, KRISTEN | Non-Voting Unimpaired or Impaired Claims | Yes |
| 10/18/2023 | 42 | Name on File - ID 15305086 | Non-Voting Unimpaired or Impaired Claims | Yes |
| 09/23/2023 | 20 | Name on File - ID 15305396 | Non-Voting Unimpaired or Impaired Claims | Yes |
| 09/25/2023 | 6 | Skyler Goots | 6B - Other General Unsecured Claims | Yes |
| 09/25/2023 | 8 | Stephanie Lima | 6A - Continuing Trade Claims | Yes |
| 10/10/2023 | 33 | TRANS UNION LLC | 6A - Continuing Trade Claims | Yes |
| 10/10/2023 | 32 | TransUnion Interactive, Inc. | 6A - Continuing Trade Claims | Yes |
| 09/26/2023 | 21 | UNDERDOWN, THOMAS | Non-Voting Unimpaired or Impaired Claims | Yes |

# Exhibit D

**Exhibit D**
**Undeliverable Solicitation Packages**

| Class | Voting Amount | Creditor Name | Address 1 | City | State | Zip |
|---|---|---|---|---|---|---|
| 6A - Continuing Trade Claims | $85.00 | ACORN MARKETPLACE | 451 OAK ST. #106B | FREDERICK | CO | 80530 |
| 6A - Continuing Trade Claims | $65.00 | EDEBITPAY | 15165 VENTURA BLVD., SUITE 200 | SHERMAN OAKS | CA | 91403 |
| 6A - Continuing Trade Claims | $12.99 | Name on File - ID 15303805 | Address on File | | | |
| 6A - Continuing Trade Claims | $14.99 | Name on File - ID 15303927 | Address on File | | | |
| 6A - Continuing Trade Claims | $14.99 | Name on File - ID 15304069 | Address on File | | | |
| 6A - Continuing Trade Claims | $14.99 | Name on File - ID 15304121 | Address on File | | | |
| 6A - Continuing Trade Claims | $55.00 | Name on File - ID 15304126 | Address on File | | | |
| 6A - Continuing Trade Claims | $12.99 | Name on File - ID 15304144 | Address on File | | | |
| 6A - Continuing Trade Claims | $210.00 | NEXUSOP INC. | 109 E 17TH STREET #4950 | WILMINGTON | WY | 82001 |
| 6A - Continuing Trade Claims | $12.00 | PUBSOURCE | 39252 WINCHESTER RD ST 107 | MURRIETA | CA | 92563 |
| 6A - Continuing Trade Claims | $85.00 | SIMPLE MARKETING | 12226 S. 1000 E. | DRAPER | UT | 84020 |
| 6A - Continuing Trade Claims | $76.00 | TOTAL FINANCIAL MANAGEMENT | 2721 FORSYTH RD | WINTER PARK | FL | 32792 |