IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| PGX HOLDINGS, INC, *et al.*,[1] | ) ) | Case No. 23-10718 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING
SCHEDULED FOR NOVEMBER 2, 2023 AT 1:00 P.M.**

**PLEASE TAKE NOTICE** that the hearing in these cases scheduled for November 2, 2023 at 1:00 p.m. (ET) has been adjourned to a date and time to be determined or as otherwise ordered by the Court.  No matters will be going forward on November 2, 2023.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

PHIL1\22941\0001\10721635.v1-10/27/23

Dated: October 27, 2023
Wilmington, Delaware

*/s/ Michael W. Yurkewicz*

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Michael W. Yurkewicz (DE Bar No. 4165)<br>919 North Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone:   (302) 426-1189<br>Facsimile:    (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            myurkewicz@klehr.com<br><br>-and-<br><br>Morton R. Branzburg (*pro hac vice* pending)<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:   (215) 569-3007<br>Facsimile:    (215) 568-6603<br>Email:  mbranzburg@klehr.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>601 Lexington Ave<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br><br>- and -<br><br>Spencer Winters (admitted *pro hac vice*)<br>Whitney C. Fogelberg (admitted *pro hac vice*)<br>Alison J. Wirtz (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email: spencer.winters@kirkland.com<br>           whitney.fogelberg@kirkland.com<br>           alison.wirtz@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |