**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO
THE FIRST INTERIM FEE APPLICATION OF
KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS
AND DEBTORS IN POSSESSION, FOR THE INTERIM FEE
PERIOD FROM JUNE 4, 2023 THROUGH AND INCLUDING AUGUST 31, 2023**

| | |
|---|---|
| Name of Applicant: | <u>Kirkland & Ellis LLP</u> |
| Authorized to Provide Professional Services to: | <u>Debtors and Debtors in Possession</u> |
| Date of Retention: | <u>July 19, 2023 effective as of</u><br><u>June 4, 2023</u> |
| Interim Period for which Compensation and Reimbursement is Sought: | <u>June 4, 2023 through August 31, 2023</u> |
| Interim Amount of Compensation Sought as Actual, Reasonable and Necessary: | $3,506,749.20 |
| Interim Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $51,206.25 |
| Amount of Holdback Fees Sought for Applicable Period: | $876,687.30 |
| Total Compensation Approved by Interim Order to Date: | $0.00 |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:    PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).    The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

This is a(n) ___ monthly __X__ interim ___ final application

This Fee Application includes approximately 42.7 hours and $44,371.50 in fees incurred in connection with the preparation of Fee Applications.

## Prior Applications

| Date Filed; Docket No. | Period Covered | Requested | | Approved[2] | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| Sept. 7, 2023; Docket No. 453 | June 4, 2023 – July 31, 2023 | $2,355,041.20 (80% of $2,943,801.50) | $28,730.66 | $2,355,041.20 | $28,730.66 |
| Oct. 6, 2023; Docket No. 536 | August 1, 2023 – August 31, 2023 | $1,151,708.00 (80% of $1,439,635.00) | $22,475.59 | $1,151,708.00 | $22,475.59 |
| **Total** | | **$3,506,749.20** | **$51,206.25** | **$3,506,749.20** | **$51,206.25** |

## Summary of Hours by Professional Billed In Interim Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | $116,136.50 | 64.70 | N/A | 1,795.00 | 1,795.00 | $116,136.50 |
| Richard U. S. Howell, P.C. | Partner | Litigation - General | 2006 | $109,350.00 | 67.50 | N/A | 1,620.00 | 1,620.00 | $109,350.00 |
| Chad J. Husnick, P.C. | Partner | Restructuring | 2004 | $90,389.00 | 44.20 | N/A | 2,045.00 | 2,045.00 | $90,389.00 |
| Vladimir Khodosh, P.C. | Partner | Technology & IP Transactions | 2002 | $5,564.50 | 3.10 | N/A | 1,795.00 | 1,795.00 | $5,564.50 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | $1,022.50 | 0.50 | N/A | 2,045.00 | 2,045.00 | $1,022.50 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | $6,339.50 | 3.10 | N/A | 2,045.00 | 2,045.00 | $6,339.50 |

---

[2]    The Debtors filed certificates of no objection related to such prior applications at Docket Nos. 508 and 587.

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Kate Vera, P.C. | Partner | ECEB - Executive Compensation | 2016 | $160.50 | 0.10 | N/A | 1,605.00 | 1,605.00 | $160.50 |
| David Wheat, P.C. | Partner | Taxation | 1988 | $1,112.50 | 0.50 | N/A | 2,225.00 | 2,225.00 | $1,112.50 |
| Spencer A. Winters | Partner | Restructuring | 2013 | $268,625.50 | 185.90 | N/A | 1,445.00 | 1,445.00 | $268,625.50 |
| Carolyn Aiken | Partner | Corporate - Debt Finance | 2013 | $44,341.50 | 28.70 | N/A | 1,545.00 | 1,545.00 | $44,341.50 |
| Daniel S. Daines | Partner | Corporate - M&A/Private Equity | 2009 | $125,528.00 | 88.40 | N/A | 1,420.00 | 1,420.00 | $125,528.00 |
| Alexander Flynn-Tabloff | Partner | ECEB - Labor/Employment | 2015 | $2,062.50 | 1.50 | N/A | 1,375.00 | 1,375.00 | $2,062.50 |
| Whitney Fogelberg | Partner | Restructuring | 2012 | $281,010.00 | 197.20 | N/A | 1,425.00 | 1,425.00 | $281,010.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $8,260.00 | 5.60 | N/A | 1,475.00 | 1,475.00 | $8,260.00 |
| Kate Guilfoyle | Partner | Litigation - General | 2012 | $81,504.00 | 57.60 | N/A | 1,415.00 | 1,415.00 | $81,504.00 |
| Casey McGushin | Partner | Litigation - General | 2014 | $181,261.50 | 128.10 | N/A | 1,415.00 | 1,415.00 | $181,261.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $2,015.00 | 1.30 | N/A | 1,550.00 | 1,550.00 | $2,015.00 |
| Jeffrey S. Quinn | Partner | ECEB - Employee Benefits | 1998 | $947.50 | 0.50 | N/A | 1,895.00 | 1,895.00 | $947.50 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | $16,311.50 | 10.10 | N/A | 1,615.00 | 1,615.00 | $16,311.50 |
| Matthew Wheatley | Partner | Antitrust/Competition | 2014 | $2,565.00 | 1.80 | N/A | 1,425.00 | 1,425.00 | $2,565.00 |
| Emma Balls | Associate | Corporate - General | 2020 | $33,630.00 | 38.00 | N/A | 885.00 | 885.00 | $33,630.00 |
| Emma Balls | Associate | Corporate - General | 2020 | $9,651.50 | 9.70 | N/A | 995.00 | 885.00 | $8,584.50 |
| Alex Bledsoe | Associate | Corporate - General | 2022 | $4,263.00 | 5.80 | N/A | 735.00 | 735.00 | $4,263.00 |
| Simon Briefel | Associate | Restructuring | 2018 | $37,723.50 | 30.30 | N/A | 1,245.00 | 1,245.00 | $37,723.50 |
| Simon Briefel | Associate | Restructuring | 2018 | $184,926.00 | 142.80 | N/A | 1,295.00 | 1,245.00 | $177,786.00 |
| Chris Ceresa | Associate | Restructuring | 2020 | $122,545.50 | 106.10 | N/A | 1,155.00 | 1,155.00 | $122,545.50 |
| Chris Ceresa | Associate | Restructuring | 2020 | $416,950.50 | 334.90 | N/A | 1,245.00 | 1,155.00 | $386,809.50 |
| Ashton Dubey | Associate | Litigation - General | 2022 | $6,545.00 | 7.70 | N/A | 850.00 | 850.00 | $6,545.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Paul Goldsmith | Associate | Corporate - General | 2021 | $22,744.50 | 25.70 | N/A | 885.00 | 885.00 | $22,744.50 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | $11,243.50 | 11.30 | N/A | 995.00 | 885.00 | $10,000.50 |
| Amila Golic | Associate | Restructuring | 2021 | $76,110.00 | 86.00 | N/A | 885.00 | 885.00 | $76,110.00 |
| Amila Golic | Associate | Restructuring | 2021 | $70,645.00 | 71.00 | N/A | 995.00 | 885.00 | $62,835.00 |
| Diana Heriford | Associate | Restructuring | 2022 | $71,589.00 | 97.40 | N/A | 735.00 | 735.00 | $71,589.00 |
| Diana Heriford | Associate | Restructuring | 2022 | $213,639.00 | 241.40 | N/A | 885.00 | 735.00 | $177,429.00 |
| Brandon King | Associate | Corporate - M&A/Private Equity | 2019 | $9,950.00 | 10.00 | N/A | 995.00 | 995.00 | $9,950.00 |
| Tamar Kofman | Associate | Restructuring | 2019 | $35,223.00 | 35.40 | N/A | 995.00 | 995.00 | $35,223.00 |
| Nick Krislov | Associate | Restructuring | 2018 | $11,137.00 | 8.60 | N/A | 1,295.00 | 1,295.00 | $11,137.00 |
| Kelsey Marie Laugel | Associate | Antitrust/Competition | 2017 | $647.50 | 0.50 | N/A | 1,295.00 | 1,295.00 | $647.50 |
| Kelsey Marie Laugel | Associate | Antitrust/Competition | 2017 | $412.50 | 0.30 | N/A | 1,375.00 | 1,295.00 | $388.50 |
| Patricia Walsh Loureiro | Associate | Restructuring | 2020 | $5,313.00 | 4.60 | N/A | 1,155.00 | 1,155.00 | $5,313.00 |
| Sean Magill | Associate | Corporate - Debt Finance | 2021 | $12,437.50 | 12.50 | N/A | 995.00 | 995.00 | $12,437.50 |
| Sean Magill | Associate | Corporate - Debt Finance | 2021 | $2,772.00 | 2.40 | N/A | 1,155.00 | 995.00 | $2,388.00 |
| Michael William Morgan | Associate | Corporate - General | 2022 | $808.50 | 1.10 | N/A | 735.00 | 735.00 | $808.50 |
| Keyan Norman | Associate | Corporate - General | 2021 | $25,753.50 | 29.10 | N/A | 885.00 | 885.00 | $25,753.50 |
| Keyan Norman | Associate | Corporate - General | 2021 | $73,431.00 | 73.80 | N/A | 995.00 | 885.00 | $65,313.00 |
| Karra A. Puccia | Associate | Restructuring | 2023 | $13,363.50 | 15.10 | N/A | 885.00 | 885.00 | $13,363.50 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | $53,655.00 | 73.00 | N/A | 735.00 | 735.00 | $53,655.00 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | $150,007.50 | 169.50 | N/A | 885.00 | 735.00 | $124,582.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Jacob Reichman | Associate | Corporate - M&A/Private Equity | 2020 | $7,221.00 | 5.80 | N/A | 1,245.00 | 1,245.00 | $7,221.00 |
| Kelby Roth | Associate | Restructuring | 2022 | $16,684.50 | 22.70 | N/A | 735.00 | 735.00 | $16,684.50 |
| Kelby Roth | Associate | Restructuring | 2022 | $103,279.50 | 116.70 | N/A | 885.00 | 735.00 | $85,774.50 |
| Adrian Salmen | Associate | Restructuring | 2021 | $48,763.50 | 55.10 | N/A | 885.00 | 885.00 | $48,763.50 |
| Adrian Salmen | Associate | Restructuring | 2021 | $148,553.50 | 149.30 | N/A | 995.00 | 885.00 | $132,130.50 |
| Maryia Shybut | Associate | Restructuring | 2022 | $82,981.50 | 112.90 | N/A | 735.00 | 735.00 | $82,981.50 |
| Maryia Shybut | Associate | Restructuring | 2022 | $19,293.00 | 21.80 | N/A | 885.00 | 735.00 | $16,023.00 |
| Michael A. Sloman | Associate | Restructuring | 2022 | $12,736.00 | 12.80 | N/A | 995.00 | 995.00 | $12,736.00 |
| Alex Stephenson | Associate | Taxation | 2022 | $9,222.50 | 11.90 | N/A | 775.00 | 775.00 | $9,222.50 |
| Alex Stephenson | Associate | Taxation | 2022 | $36,278.00 | 38.80 | N/A | 935.00 | 775.00 | $30,070.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $3,465.00 | 3.00 | N/A | 1,155.00 | 1,155.00 | $3,465.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $249.00 | 0.20 | N/A | 1,245.00 | 1,155.00 | $231.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $5,082.00 | 4.40 | N/A | 1,155.00 | 1,155.00 | $5,082.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $2,490.00 | 2.00 | N/A | 1,245.00 | 1,155.00 | $2,310.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $75,198.00 | 60.40 | N/A | 1,245.00 | 1,245.00 | $75,198.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $212,380.00 | 164.00 | N/A | 1,295.00 | 1,245.00 | $204,180.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $118,622.00 | 91.60 | N/A | 1,295.00 | 1,295.00 | $118,622.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $390,912.50 | 284.30 | N/A | 1,375.00 | 1,295.00 | $368,168.50 |

**Interim Compensation By Project Category**

| Matter Number | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 2 | Chapter 11 Filing & First-Day Pleading | 289.90 | $283,248.50 |
| 3 | Adversary Proceeding & Contested Matter | 520.20 | $639,529.00 |
| 5 | Business Operations | 18.20 | $25,171.00 |
| 6 | Case Administration | 185.20 | $179,374.50 |
| 7 | Cash Management and DIP Financing | 340.70 | $409,158.00 |
| 8 | Customer and Vendor Communications | 28.60 | $29,929.00 |
| 9 | Claims Administration and Objections | 3.80 | $4,465.00 |
| 10 | Official Committee Matters and Meetings | 172.10 | $227,285.00 |
| 11 | Use, Sale, and Disposition of Property | 1,284.40 | $1,504,357.00 |
| 12 | Corp. Governance & Securities Matters | 53.30 | $66,778.50 |
| 13 | Employee Matters | 35.00 | $40,979.50 |
| 14 | Executory Contracts & Unexpired Leases | 16.00 | $18,587.50 |
| 15 | SOFAs and Schedules | 41.30 | $39,351.50 |
| 16 | Hearings | 11.60 | $15,817.50 |
| 17 | Insurance and Surety Matters | 36.70 | $40,549.50 |
| 18 | Disclosure Statement, Plan Confirmation | 365.00 | $366,930.00 |
| 19 | K&E Retention and Fee Matters | 222.80 | $207,837.50 |
| 20 | Non-K&E Retention and Fee Matters | 33.80 | $34,290.00 |
| 21 | Tax Matters | 124.50 | $170,859.50 |
| 22 | Non-Working Travel | 32.70 | $46,650.50 |
| 23 | U.S. Trustee Communications & Reporting | 31.00 | $32,288.00 |
| **Total** | | **3,846.80** | **$4,383,436.50** |

## Interim Expense Summary

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | $34.00 |
| Standard Copies or Prints | Kirkland & Ellis LLP | $0.10 | $870.10 |
| Binding | Kirkland & Ellis LLP | | $3.50 |
| Tabs/Indexes/Dividers | | | $16.77 |
| Color Copies or Prints | | | $2,274.25 |
| Scanned Images | | | $72.80 |
| 4" Binders | | | $39.00 |
| Local Transportation | | | $537.95 |
| Travel Expense | | | $4,375.25 |
| Airfare | | | $4,936.85 |
| Transportation to/from airport | | | $1,228.38 |
| Travel Meals | | | $514.05 |
| Other Travel Expenses | | | $210.00 |
| Court Reporter Fee/Deposition | | | $2,863.40 |
| Other Court Costs and Fees | | | $19,321.55 |
| Working Meals/K&E Only | | | - |
| Catering Expenses | | | $916.00 |
| Computer Database Research | | | $4,053.00 |
| Westlaw Research | | | $6,196.58 |
| LexisNexis Research | | | $2,074.11 |
| Overtime Transportation | | | $145.54 |
| Overtime Meals - Attorney | | | $120.00 |
| Secretarial Overtime | | | $25.20 |
| Document Services Overtime | | | $112.23 |
| Overnight Delivery - Hard | | | $182.14 |
| Computer Database Research - Soft | | | $83.60 |
| **Total** | | | **$51,206.25** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR
THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE INTERIM FEE
PERIOD FROM JUNE 4, 2023 THROUGH AND INCLUDING AUGUST 31, 2023**

Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"), attorneys for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby submits its first interim fee application (the "Fee Application") for allowance of compensation for professional services provided in the amount of $4,383,436.00 and reimbursement of actual and necessary expenses in the amount of $51,206.25 that K&E incurred for the period from June 4, 2023 through August 31, 2023 (the "Fee Period"). In support of this Fee Application, K&E submits the declaration of Spencer A. Winters, a partner of K&E (the "Winters Declaration"), which is attached hereto as **Exhibit A** and incorporated by reference. In further support of this Fee Application, K&E respectfully states as follows.[2]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2] Capitalized terms used but not otherwise defined have the meaning ascribed to them in the *Second Amended Joint Chapter 11 Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 570] (the "Plan") and *First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Reorganization of PGX Holdings, Inc., and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 468] (the "Disclosure Statement"), as applicable.

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the relief requested herein are sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rule 2016-2 of the Local Rules for the United States Bankruptcy Court District of Delaware (the "Local Bankruptcy Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 208] (the "Interim Compensation Order").

**Background**

4.      On June 4, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On June 6, 2023, the Court entered an order [Docket No. 55] authorizing the joint administration and procedural consolidation of the Debtors' chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  No request for has been made for the appointment of a trustee or examiner in these chapter 11 cases.  On June 14, 2023, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 90].

5.      A description of the Debtors' businesses, the reasons for commencing the chapter 11 cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are

set forth in the *Declaration of Chad Wallace, Chief Executive Officer of PGX Holdings, Inc., in Support of Debtors' Chapter 11 Petitions and First Day Motions* filed on June 4, 2023 [Docket No. 12] and incorporated herein by reference.

6.      On July 19, 2023, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all professionals in these cases.

### **Preliminary Statement**

7.      During the Fee Period, K&E represented the Debtors professionally and diligently, advising them on a variety of complex matters and issues, as a result of which the Debtors took action to maximize the value of their estates for the benefit of all parties in interest.  With K&E's advice and assistance, the Debtors successfully accomplished, among other things, the following achievements in the Fee Period to advance these chapter 11 cases toward a value-maximizing conclusion:

(a)      stabilized the Debtors' business operations following their transition into chapter 11 by obtaining relief to continue operating in the ordinary course of business, including securing approval of all "first day" and "second day" motions and related relief after resolving issues raised by the U.S. Trustee, the Committee, and other stakeholders;

(b)      obtained approval of debtor-in-possession financing and the use of cash collateral;

(c)      implemented a number of prudent, cost-cutting measures to optimize the Debtors' go-forward operations, including rejecting or renegotiating certain burdensome executory contracts and unexpired leases;

(d)      obtained approval of bidding procedures [Docket No. 331] (the "Bidding Procedures Order"), allowing the Debtors to solicit the best and highest offers for a going-concern sale of their business and a comprehensive postpetition marketing process related thereto;

(e)      negotiated a global settlement concerning the terms of the Plan with key stakeholders, including the Committee, the DIP and Prepetition Lenders, and the Equity Holder;

(f)     objected to the CFPB's motion to convert these chapter 11 cases to chapter 7, negotiated with the CFPB and lenders to resolve and finally settle the pending litigation in the case captioned *Bureau of Consumer Financial Protection v. Progrexion Marketing, Inc.*, 2:19-CV-00298 (BSJ) (D. Utah 2019), and resolved the CFPB's objections to the Debtors' proposed sale transactions;

(g)     negotiated, drafted and filed the Plan (initial version), Disclosure Statement (initial version), and related Disclosure Statement scheduling order, ultimately obtaining approval of the Debtors' Disclosure Statement on an interim basis [Docket No. 478] ; and

(h)     obtained court approval of and negotiated the documentation necessary for the sale transactions.

8.      Given these accomplishments and the complexities of the Debtors' business and restructuring, K&E submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services K&E provided to the Debtors during the Fee Period are reasonable and appropriate, commensurate with the scale, nature, and complexity of these chapter 11 cases, and should be approved.

## Case Status Summary

9.      The Debtors commenced these chapter 11 cases to fully and fairly resolve their liabilities and effectuate a value-maximizing set of sale transactions to allow their business to survive as a going concern.  Faced with increasing liquidity constraints and in response to the partial summary judgment ruling against the Debtor Defendants in the CFPB Litigation and subsequent expiration of an administrative stay following that ruling, the Debtors shut down approximately 80% of their business, re-evaluated key contracts, and engaged with their prepetition secured lenders to obtain an emergency bridge loan and DIP financing that would permit a holistic restructuring transaction to be effectuated through a chapter 11 process.  On June 4, 2023, the Debtors, each of the Prepetition First Lien Lenders, and Prospect (in its capacity as agent to the Prepetition Second Lien Lenders and majority equity holder) executed a

restructuring support agreement (the "Restructuring Support Agreement") that contemplated section 363 sales to sell the Debtors' assets free and clear of all Claims and Interests, followed by a liquidating chapter 11 plan.

10.    Having reached consensus with the prepetition secured lenders, the Debtors commenced these cases with a $19.925 million new-money DIP Facility, filed a bidding procedures motion with two stalking horse bids in hand, and obtained customary first-day relief to ensure a soft landing in chapter 11.  The Debtors worked with K&E and their other advisors to market their assets on a postpetition basis.

11.    Shortly after the cases commenced, the official committee of unsecured creditors was formed by the U.S. Trustee and retained counsel.  The Debtors worked with counsel to the Committee to provide documents and diligence.  The Committee objected to the final DIP financing order, bidding procedures, retention of the Debtors' investment banker, and certain first day relief, prompting further discovery, depositions, and preparations to forge ahead on a contested basis while simultaneously working to build consensus.  During this time, the CFPB filed a motion to convert these chapter 11 cases.  Ultimately, the Debtors struck an advantageous global settlement with the Committee and DIP Lenders, which provided plan consideration for go-forward trade creditors, other unsecured creditors, and litigation claimants, and the further support of the Committee for the chapter 11 process.

12.    With the Committee's support in hand, the Court approved the Bidding Procedures that featured two stalking horse bids for certain of the Debtors' assets.

13.    Ultimately, despite the efforts of the Debtors and their advisors, the Debtors did not receive any Bids that were more favorable than the stalking horse purchase agreements.  Accordingly, the Debtors cancelled the auction and sought approval of the sale transactions

contemplated by the stalking horse agreements.  *See* Docket No. 365.

14.     In parallel, the Debtors focused their efforts on resolving the CFPB's objection to the sale transactions, and opposing the chapter 7 conversion motion.  Following extensive negotiations, the Debtors resolved the CFPB's concerns regarding the sale transactions and settled the underlying, long-standing CFPB Litigation pending in the Utah District Court.  With this favorable resolution among all parties, the Debtors obtained court approval of the sale transactions and closed the sales in late September.  The Debtors also filed their Plan, Disclosure Statement, and scheduling order in late August, charting a path towards emergence from chapter 11 in the fall.

15.     Following the consummation of the sale transactions on September 28, 2023, the final step to achieve a value-maximizing outcome for all parties is to confirm the liquidating Plan and wind down the Debtor entities.  On September 16, 2023, the Court entered an order approving the Disclosure Statement on an interim basis and authorizing solicitation of the Plan [Docket No. 478] and the Debtors solicited the Plan shortly thereafter.  The Plan enjoys overwhelming support throughout the Debtors' capital structure, as the prepetition Lenders, trade creditors, and other general unsecured claimants all voted unanimously in favor of the Plan. *See* Docket No. 569.  The final step before Plan Confirmation relates to an adversary proceeding filed by a WARN plaintiff.  On October 24, 2023, the Debtors filed the *Debtors' Memorandum of Law in Support of an Order (I) Approving the Debtors' Disclosure Statement on a Final Basis and (II) Confirming the Debtors' Joint Chapter 11 Plan* [Docket No. 572], wherein they responded to the WARN Act issues and the objection filed by the WARN Plaintiff.  In an effort to continue negotiations with counsel to the WARN Plaintiff, the Debtors adjourned the Confirmation Hearing and held a status conference on October 27, 2023 regarding Confirmation and the resolution of the

related adversary proceeding, where a fully-briefed motion for summary judgment from the Debtors is pending a ruling. A trial date to resolve the adversary proceeding is currently scheduled for December 11, 2023 in the event the pending motion for summary judgment is not granted, and the Debtors are prepared to demonstrate their valid defenses to the WARN Action at that time unless a settlement can be reached before then.

16.    The success of these chapter 11 cases to date would not have been possible without the hard work, extensive negotiations, coordination, and strong leadership of all of the advisors and stakeholders involved. As counsel for the Debtors, K&E was instrumental in facilitating the administration of these chapter 11 cases and building the significant consensus toward the Plan. The compensation and expense reimbursement sought herein for the necessary and beneficial professional services K&E provided to the Debtors during the Fee Period are reasonable and appropriate, commensurate with the scale, nature, and complexity of these chapter 11 cases, and should be approved.

### **The Debtors' Retention of K&E**

17.    On July 19, 2023, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 4, 2023* [Docket No. 205] (the "Retention Order"), attached hereto as **Exhibit B** and incorporated by reference. The Retention Order authorizes the Debtors to compensate and reimburse K&E in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and the Interim Compensation Order. The Retention Order also authorizes the Debtors to compensate K&E at K&E's hourly rates charged for services of this type and to reimburse K&E for K&E's actual and necessary out-of-pocket expenses incurred, subject to application to this Court. The particular terms of K&E's engagement are detailed in the engagement letter by and between K&E and the

Debtors, effective as of May 3, 2023 and attached hereto as **Exhibit C** (the "Engagement Letter").[3]

18.     The Retention Order authorizes K&E to provide the following services consistent with and in furtherance of the services enumerated above:

> a.      advising the Debtors with respect to their powers and duties as debtors-in-possession in the continued management and operation of their businesses and properties;
>
> b.      preparing pleadings, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates and consistent with the services identified in the Retention Order;
>
> c.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates before those courts in connection with the services in the Retention Order; and
>
> d.      performing all other legal services reasonably necessary or otherwise beneficial for the Debtors in connection with these chapter 11 cases.

### Disinterestedness of K&E

19.     To the best of the Debtors' knowledge and as disclosed in the *Declaration of Spencer A. Winters in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of the Petition Date* [Docket No. 125] (the "K&E Declaration"), (a) K&E is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) K&E has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the K&E Declaration.

---

[3]     Certain of the Debtors previously retained K&E pursuant to an executed engagement letter dated June 7, 2019 (the "Initial Engagement Letter").   The Engagement Letter amends, restates, and supersedes the Initial Engagement Letter.

20.      K&E may have in the past represented, may currently represent, and likely in the future will represent parties in interest in connection with matters unrelated to the Debtors in these chapter 11 cases.  In the K&E Declaration, K&E disclosed its connections to parties in interest that it has been able to ascertain using its reasonable efforts.  Concurrent herewith, K&E will file an updated K&E Declaration following the review of an updated parties in interest list.  K&E will update the K&E Declarations, as appropriate, if K&E becomes aware of relevant and material new information.

21.      K&E performed the services for which it is seeking compensation on behalf of the Debtors and their estates, and not on behalf of any committee, creditor, or other entity.

22.      Except to the extent of the advance payments paid to K&E that K&E previously disclosed to this Court in the K&E Declaration, K&E has received no payment and no promises for payment from any source other than the Debtors for services provided or to be provided in any capacity whatsoever in connection with these chapter 11 cases.

23.      Pursuant to Bankruptcy Rule 2016(b), K&E has not shared, nor has K&E agreed to share (a) any compensation it has received or may receive with another party or person other than with the partners, counsel, and associates of K&E or (b) any compensation another person or party has received or may receive.

**Summary of Compliance with Interim Compensation Order**

24.      This Fee Application has been prepared in accordance with the Interim Compensation Order (and Article II.B.1 of the Plan).

25.      K&E seeks interim compensation for professional services rendered to the Debtors during the Fee Period in the amount of $4,383,436.00 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $51,206.25.  During

the Fee Period, K&E attorneys and paraprofessionals expended a total of 3,846.80 hours for which compensation is requested.

26.    In accordance with the Interim Compensation Order, as of the date hereof, K&E has received payments totaling $3,557,955.45 ($3,506,749.20 of which was for services provided and $51,206.25 of which was for reimbursement of expenses) for the Fee Period.  Accordingly, by this Fee Application, and to the extent such amounts have not been paid by the time of the hearing on this Fee Application, K&E seeks payment of the remaining $876,687.30, which amount represents the entire amount of unpaid fees and expenses incurred between June 4, 2023 and August 31, 2023.[4]

### Fees and Expenses Incurred During Fee Period

**A.    Customary Billing Disclosures**.

27.    K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  The hourly rates and corresponding rate structure utilized by K&E in these chapter 11 cases are equivalent to the hourly rates and corresponding rate structure used by K&E for other restructuring matters, as well as similar complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  The rates and rate structure reflect that such restructuring and other complex matters typically are national in scope and typically involve great complexity, high stakes, and severe time pressures.  For the convenience of the Court and all parties in interest, attached hereto as **Exhibit D** is K&E's budget and staffing plan for this Fee Period and attached hereto as **Exhibit E** is a summary of blended hourly rates for timekeepers who

---

[4]    This amount reflects the 20% holdback for the Fee Period.

billed to non-bankruptcy matters and blended hourly rates for timekeepers who billed to the Debtors during the Fee Period.

**B.      Fees Incurred During Fee Period**.

28.      In the ordinary course of K&E's practice, K&E maintains computerized records of the time expended to render the professional services required by the Debtors and their estates. For the convenience of the Court and all parties in interest, attached hereto as **<u>Exhibit F</u>** is a summary of fees incurred and hours expended during the Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on these chapter 11 cases compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

- the hourly billing rate for each attorney and each paraprofessional at K&E's current billing rates;

- the hourly billing rate for each attorney and each paraprofessional as disclosed in the first interim application;

- the number of rate increases since the inception of the case; and

- a calculation of total compensation requested using the rates disclosed in the *Application of Debtors for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of June 4, 2023* (the "<u>Retention Application</u>").

**C.      Expenses Incurred During Fee Period**.

29.      In the ordinary course of K&E's practice, K&E maintains a record of expenses incurred in the rendition of the professional services required by the Debtors and their estates and for which reimbursement is sought.   K&E currently charges $0.16 per page for standard

duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Bankruptcy Rules, K&E charged no more than $0.10 per page for standard duplication services in these chapter 11 cases.  K&E does not charge its clients for incoming facsimile transmissions.

30.     For the convenience of the Court and all parties in interest, attached hereto as **Exhibit G** is a summary for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement.

## Summary of Legal Services Rendered During the Fee Period

31.     As discussed above, during the Fee Period, K&E provided extensive and important professional services to the Debtors in connection with these chapter 11 cases.  These services were often performed under severe time constraints and were necessary to address a multitude of critical issues both unique to these chapter 11 cases and typically faced by large corporate debtors in similar cases of this magnitude and complexity.

32.     To provide a meaningful summary of K&E's services provided on behalf of the Debtors and their estates, K&E has established, in accordance with its internal billing procedures, certain subject matters categories (each, a "Matter Category") in connection with these chapter 11 cases.  The following is a summary of the fees and hours billed for each Matter Category in the Fee Period:[5]

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 2 | Chapter 11 Filing & First Day Pleadings | 156 – 176 | 289.90 | $160,000 - $180,000 | $283,248.50 |
| 3 | Adversary Proceeding & Contested Matters | 293 -329 | 520.20 | $300,000 - $337,500 | $639,529.00 |

---

[5]     In certain instances, K&E may have billed the same amount of fees, but different number of hours to different Matter Categories.  This difference is the result of different staffing of each such Matter Category.

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 4 | Automatic Stay Matters | 59 – 66 | - | $60,000 - $67,500 | $0.00 |
| 5 | Business Operations | 59 – 66 | 18.20 | $60,000 - $67,500 | $25,171.00 |
| 6 | Case Administration | 59 – 66 | 185.20 | $60,000 - $67,500 | $179,374.50 |
| 7 | Cash Management and DIP Financing | 98 – 110 | 340.70 | $100,000 - $112,500 | $409,158.00 |
| 8 | Customer and Vendor Communications | 59 – 66 | 28.60 | $60,000 - $67,500 | $29,929.00 |
| 9 | Claims Administration and Objections | 10 – 11 | 3.80 | $100,000 - $112,500 | $4,465.00 |
| 10 | Official Committee Matters and Meetings | 195 – 220 | 172.10 | $200,000 - $225,000 | $227,285.00 |
| 11 | Use, Sale, and Disposition of Property | 293 – 329 | 1,284.40 | $300,000 - $337,500 | $1,504,357.00 |
| 12 | Corp., Governance, & Securities Matters | 10 – 11 | 53.30 | $10,000 - $11,250 | $66,778.50 |
| 13 | Employee Matters | 59 – 66 | 35.00 | $60,000 - $67,500 | $40,979.50 |
| 14 | Executory Contracts and Unexpired Leases | 49 – 55 | 16.00 | $50,000 - $56,250 | $18,587.50 |
| 15 | SOFAs and Schedules | 59 – 66 | 41.30 | $60,000 - $67,500 | $39,351.50 |
| 16 | Hearings | 20 – 22 | 11.60 | $20,000 - $22,500 | $15,817.50 |
| 17 | Insurance and Surety Matters | 10 – 11 | 36.70 | $10,000 - $11,250 | $40,549.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 215 – 241 | 365.00 | $220,000 - $247,500 | $366,930.00 |
| 19 | K&E Retention and Fee Matters | 209 – 232 | 222.80 | $100,000 - $112,500 | $207,837.50 |
| 20 | Non-K&E Retention and Fee Matters | 98 – 110 | 33.80 | $10,000 - $11,250 | $34,290.00 |
| 21 | Tax Matters | 10 – 11 | 124.50 | $10,000 - $11,250 | $170,859.50 |
| 22 | Non-Working Travel | 39 – 44 | 32.70 | $40,000 - $45,000 | $46,650.50 |
| 23 | U.S. Trustee Communications & Reporting | 39 – 44 | 31.00 | $40,000 - $45,000 | $32,288.00 |
| 24 | Expenses | - | - | $60,000 - $67,500 | $51,206.25 |
| | **Totals** | | **3,846.80** | **$2,000,000 - $2,250,000** | **$4,434,642.75** |

33.    The following is a summary, by Matter Category, of the most significant

13

professional services provided by K&E during the Fee Period. This summary is organized in accordance with K&E's internal system of matter numbers. The detailed descriptions demonstrate that K&E was heavily involved in performing services for the Debtors on a daily basis, often including night and weekend work, to meet the needs of the Debtors' estates in these chapter 11 cases. A schedule setting forth a description of the Matter Categories utilized in this case, the number of hours expended by K&E partners, associates and paraprofessionals by matter, and the aggregate fees associated with each matter is attached hereto as **Exhibit H**.

34.      In addition, K&E's computerized records of time expended providing professional services to the Debtors and their estates are attached hereto as **Exhibit I**, and K&E's records of expenses incurred during the Fee Period in the rendition of professional services to the Debtors and their estates are attached as **Exhibit J**.

(a)      **Chapter 11 Filing and First Day Pleadings [Matter No. 2]**

Total Fees:      $283,248.50
Total Hours:   289.90

35.      This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to the filing of the Debtors' chapter 11 petitions and various "first day" pleadings and related notices during the initial days of these chapter 11 cases, including, without limitation, (a) reviewing and revising the Debtors' petitions and "first day" motions, proposed orders, affidavits and notices; and (b) preparing for the "first day" hearing, including drafting hearing notes and related materials and preparing potential witnesses in connection with certain of the first day motions.

36.      Specifically, the Debtors filed several motions seeking orders authorizing the Debtors to pay various prepetition claims. Entry of these orders eased the strain on the Debtors' relationships with employees, vendors, customers, and taxing authorities as a consequence of the

commencement of these chapter 11 cases. Among other things, these orders authorized the Debtors to (a) pay certain critical vendors, suppliers, and lien claimants; (b) pay certain prepetition employee wages and benefits; (c) maintain cash management systems; (d) use prepetition bank accounts, checks and other business forms; (e) make tax payments to federal, local, and state taxing authorities; (f) prohibit utility companies from discontinuing services; (g) maintain prepetition insurance policies and surety bonds and allow the Debtors to enter into new insurance policies and surety bond programs; and (h) continue customer programs consistent with historical practice.

**(b)** **Adversary Proceedings, Contested Matters [Matter No. 3]**

Total Fees:    $639,529.00
Total Hours:   520.20

37.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to litigation, adversary proceedings, or other adversarial matters. Specifically, K&E attorneys and paraprofessionals spent time:

(i)    researching, analyzing, and preparing litigation strategies for contested matters including opposition to the motion to convert the chapter 11 cases to chapter 7 filed by the United States of America;

(ii)    engaging with and negotiating a settlement with the CFPB of the underlying litigation in the case captioned *Bureau of Consumer Financial Protection v. Progrexion Marketing, Inc.*, 2:19-CV-00298 (BSJ) (D. Utah 2019);

(iii)    preparing extensive briefing regarding the foregoing;

(iv)    analyzing issues and coordinating with Holland & Hart LLP, as special litigation counsel to the Debtors, in matters related to the WARN Act class action adversary proceeding; and

(v)    coordinating and communicating with the Debtors, the Debtors' advisors, and relevant stakeholders regarding the foregoing activities.

**(c)** **Business Operations [Matter No. 5]**

Total Fees:    $25,171.00
Total Hours:   18.20

38.    It is important that the Debtors and their advisors create and implement an

15

all-encompassing and cohesive strategy for maintaining business operations with minimal disruptions during the course of the Debtors' chapter 11 cases. K&E attorneys and paraprofessionals spent time developing a strategy with the Debtors to ensure a smooth transition into chapter 11, and to ensure that go-forward business operations continued without interruption.

      (d)      **Case Administration [Matter No. 6]**

            Total Fees:     $179,374.50
            Total Hours:  185.20

    39.    This Matter Category includes time spent on a variety of tasks that were necessary to ensure the efficient and smooth administration of legal services related to the Debtors' chapter 11 cases. Specifically, K&E attorneys and paraprofessionals spent time:

    (i)      coordinating, managing, and administering the Debtors' chapter 11 cases on a daily basis, including monitoring critical dates and maintaining a case calendar, task lists, and work-in-process reports;

    (ii)    organizing and maintaining voluminous document files for the Debtors' chapter 11 cases;

    (iii)   ensuring compliance with the service and notice requirements of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, including coordinating service of pleadings and other related notices with the Debtors' local counsel, Klehr Harrison Harvey Branzburg LLP ("Klehr");

    (iv)   in connection with numerous pleadings, preparing notices of motions, proposed orders, exhibits, and schedules, and coordinating the delivery of such pleadings to the Court and the U.S. Trustee; and

    (v)    conducting regular internal conferences regarding the overall case status to ensure the efficient progress of workstreams.

    40.    Time billed to this Matter Category also includes work and meetings related to multiple matters such that the time cannot be easily allocated to one of the other matters.

      (e)      **Cash Management and DIP Financing [Matter No. 7]**

            Total Fees:     $409,158.00
            Total Hours:  340.70

    41.    This Matter Category includes time spent on a variety of tasks that were necessary

to ensure the continued operation and maintenance of the Debtors' cash management systems and DIP financing.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)   obtaining entry of interim and final orders authorizing the Debtors to operate their pre-existing cash management systems and perform intercompany transactions;

(ii)  drafting materials related to the Debtors' use of their cash management systems; and

(iii) analyzing and discussing the terms of the maintenance of the Debtors' cash management systems with the Debtors, the Debtors' other professionals, and various stakeholders.

42.    This Matter Category also includes time spent by K&E attorneys and paraprofessionals securing postpetition financing and the consensual use of cash collateral, which was necessary to both preserve the Debtors' operations during these chapter 11 cases, as well as to provide sufficient liquidity to administer these chapter 11 cases and bridge to consummation of the restructuring transactions contemplated by the Restructuring Support Agreement and the Plan. K&E's efforts were critical in securing the consensual use of cash collateral and negotiating, documenting and closing on a $19.925 million new-money DIP financing facility on favorable terms that will provide the Debtors with the necessary liquidity to fund the Debtors' operations during these chapter 11 cases, and obtaining a global settlement that resolved the Committee's objection to the DIP financing on a final basis, the term sheet of which was attached as <u>Exhibit C</u> to the DIP Order.  *See* Docket No. 332.

**(f)    <u>Customer and Vendor Communications [Matter No. 8]</u>**

Total Fees:    $29,929.00
Total Hours:   28.60

43.    This Matter Category includes time spent by K&E attorneys and paraprofessionals advising the Debtors on customer and vendor issues, including with respect to first day relief and postpetition business activities.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)     drafting and revising notices to creditors, including the notice of commencement;

(ii)    researching and analyzing issues related to legal ethics rules and how these may affect the operations and compliance obligations of Debtor Lexington Law with respect to its clients, and developing processes to address the same;

(iii)   corresponding with and responding to the Debtors' creditors with respect to miscellaneous inquiries concerning the Debtors' chapter 11 cases; and

(iv)    researching and analyzing other issues with respect to the foregoing.

**(g)    Claims Administration and Objections [Matter No. 9]**

Total Fees:    $4,465.00
Total Hours:   3.80

44.    This Matter Category includes time K&E attorneys and paraprofessionals spent on matters related to claims administration and claims-related issues.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)     researching and revising the Debtors' bar date motion in coordination with Klehr; and

(ii)    reviewing, analyzing, and researching certain claims asserted against the Debtors.

**(h)    Official Committee Matters and Meetings [Matter No. 10]**

Total Fees:    $227,285.00
Total Hours:   172.10

45.    This Matter Category includes time spent by K&E attorneys and paraprofessionals during the Fee Period communicating and meeting with the Committee's advisors.  Specifically, K&E attorneys and paraprofessionals spent time during the Fee Period responding to information requests from the Committee, negotiating and resolving issues regarding customary first and second-day relief, the Plan, Disclosure Statement, and solicitation materials, as well as other matters affecting the administration of these chapter 11 cases.  K&E attorneys negotiated extensively with the Committee to resolve objections to the wages motion, DIP Financing, Bidding

Procedures, and Greenhill's retention application to ultimately reach the global settlement memorialized in a term sheet attached as Exhibit C to the DIP Order [Docket No. 332], which was an integral part of the Plan process and enhanced unsecured creditors' recoveries.

**(i)    Use, Sale, and Disposition of Property [Matter No. 11]**

Total Fees:    $1,504,357.00
Total Hours:    1,284.40

46.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to the disposition of the Debtors' assets.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)    researching, drafting, negotiating, and seeking approval of the Bidding Procedures;

(ii)    drafting declarations in support of the Bidding Procedures and the Debtors' marketing process;

(iii)    drafting and negotiating stalking horse asset purchase agreements and related sale documentation;

(iv)    coordinating the Debtors' marketing process with Greenhill, including corresponding with prospective bidders, drafting non-disclosure agreements, reviewing and analyzing indications of interest, and making all necessary preparations to obtain court approval of the sale transactions;

(v)    resolving objections to the Bidding Procedures and Sale Transactions, which culminated in global settlements with the Committee and CFPB, as well as resolving objections to cures; and

(vi)    advising and coordinating with the Debtors and the Debtors' other advisors with respect to the foregoing.

**(j)    Corporate Governance & Securities Matters [Matter No. 12]**

Total Fees:    $66,778.50
Total Hours:    53.30

47.    This Matter Category includes time spent by K&E attorneys and paraprofessionals advising the Debtors and the Board of Directors (the "Board") regarding corporate governance issues related to the Debtors' restructuring and the sale transactions embodied in the Plan.

Specifically, K&E attorneys and paraprofessionals spent time:

(i)     complying with corporate governance requirements, including drafting and revising resolutions, certificates, amendments to corporate documents, and minutes from board meetings, as necessary;

(ii)    preparing for and participating in various meetings with the Board and senior management in connection with key issues and events regarding these chapter 11 cases; and

(iii)   providing updates to the Debtors and their other advisors regarding the foregoing activities.

### (k)     Employee Matters [Matter No. 13]

Total Fees:     $40,979.50
Total Hours:    35.00

48.     The Debtors and K&E believe that a successful reorganization depends on retaining the workforce, thereby ensuring continuity of the Debtors' business.  As a result, this Matter Category includes time spent by K&E attorneys and paraprofessionals addressing the following employee compensation issues:

(i)     drafting, revising, and negotiating the proposed order approving, among other things, payment and continuation of employee compensation and benefits programs, and securing approval of the same on a final basis;

(ii)    resolving the Committee's objection to the wages motion; and

(iii)   researching and analyzing issues concerning employment and labor matters.

### (l)     Executory Contracts & Unexpired Leases [Matter No. 14]

Total Fees:     $18,587.50
Total Hours:    16.00

49.     This Matter Category includes time spent by K&E attorneys examining issues related to the Debtors' executory contracts and unexpired leases.  K&E attorneys spent time researching, analyzing, renegotiating, or rejecting the Debtors' obligations under their various executory contracts.  Specifically, K&E attorneys spent time:

    (i)      reviewing and analyzing various executory contracts and unexpired leases, including government-issued contracts;

    (ii)     advising the Debtors with respect to their rights and obligations under their executory contracts and unexpired leases under relevant bankruptcy and nonbankruptcy law, including with respect to the assumption and assignment of such executory contracts;

    (iii)    researching and analyzing issues related thereto; and

    (iv)    coordinating with the Debtors and various counterparties regarding treatment of executory contracts, including cure amounts.

    **(m)**    **<u>SOFAs and Schedules [Matter No. 15]</u>**

        Total Fees:    $39,351.50
        Total Hours:  41.30

50.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services, in coordination with Klehr, related to advising the Debtors, the Debtors' financial advisor Alvarez & Marsal North America, LLC ("<u>A&M</u>"), the Debtors' claims and noticing agent and administrative advisor Kurtzman Carson Consultants LLC ("<u>KCC</u>"), and other advisors in connection with the preparation, review, revision, and filing of the Debtors' schedules of assets and liabilities and statements of financial affairs (the "<u>SOFAs and Schedules</u>"). Moreover, K&E attorneys coordinated with Klehr in advising the Debtors regarding drafting the Schedules and Statements and the monthly operating reports.

    **(n)**    **<u>Hearings [Matter No. 16]</u>**

        Total Fees:    $15,817.50
        Total Hours:  11.60

51.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to preparing for and attending several hearings during the Fee Period (each a "<u>Hearing</u>" and, collectively, the "<u>Hearings</u>"), including preparing agendas, orders, and binders related to Hearings, settling orders before and after Hearings, and corresponding with various parties in preparation for, and after the Hearings.  These services also included conferences

to discuss multiple matters scheduled for a specific Hearing and coordinating Hearing logistics. During the Fee Period, K&E attorneys and paraprofessionals spent considerable time preparing for and attending Hearings including:

(i)    the "first day" hearing on June 6, 2023 for interim or final approval of the First Day Motions and interim approval of a motion authorizing the Debtors to operate their cash management systems and the DIP Facility;

(ii)   an omnibus hearing on July 31, 2023 for final approval of the motion authorizing the Debtors to operate their cash management systems and the DIP Facility, a motion approving the Debtors' Bidding Procedures and authorizing entry into stalking horse agreements, and an application seeking retention of the Debtors' proposed investment banker; and

(iii)  a hearing on August 25, 2023 to approve the proposed sale of the Debtors' assets and a motion filed by the United States of America to convert the chapter 11 cases to chapter 7.

**(o)    <u>Insurance and Surety Matters [Matter No. 17]</u>**

Total Fees:     $40,549.50
Total Hours:    36.70

52.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to ensuring that Debtors' insurance policies and surety bonds were maintained during these chapter 11 cases.  Specifically, K&E attorneys and paraprofessionals spent time drafting, negotiating, and revising the insurance order, reviewing and analyzing the Debtors' insurance policies and surety bond program, engaging with counsel to the sureties, and researching and analyzing issues regarding the same.

**(p)    <u>Disclosure Statement, Plan, Confirmation [Matter No. 18]</u>**

Total Fees:     $366,930.00
Total Hours:    365.00

53.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to developing a disclosure statement in connection with these chapter 11 cases.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)     researching and analyzing legal and factual issues relevant to the Plan and Disclosure Statement;

(ii)    drafting, negotiating, revising, compiling, and filing the Plan, Disclosure Statement, Disclosure Statement Motion, and all related filings to the same;

(iii)   negotiating a global settlement with the Committee, the Prepetition First Lien Lenders, the Prepetition Second Lien Lenders, and the DIP Lenders to be implemented in connection with the Plan that was attached to the Final DIP Order;

(iv)    engaging with the U.S. Trustee, the Committee, the Prepetition First Lien Lenders, the Prepetition Second Lien Lenders, the DIP Lenders, and other key stakeholders relating to their comments to the Plan, Disclosure Statement, Disclosure Statement Motion, Solicitation Materials, and other related documents; and

(v)     providing updates to the Debtors and their advisors regarding the foregoing activities.

**(q)     K&E Retention and Fee Matters [Matter No. 19]**

Total Fees:     $207,837.50
Total Hours:    222.80

54.     This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to the retention of K&E as the Debtors' counsel.  Specifically, K&E attorneys and paraprofessionals spent time:

(i)     preparing pleadings, including a retention application, and a comprehensive conflict analysis necessary to obtain the order of the Court approving the employment of K&E to represent the Debtors;

(ii)    implementing internally established procedures which require the continuous analysis of potential new conflicts;

(iii)   preparing updated professional disclosures for filing with the Court;

(iv)    preparing and distributing K&E's monthly fee statements in accordance with the Interim Compensation Order; and

(v)     reviewing all time entries to ensure compliance with the Interim Compensation Order and applicable provisions of the Bankruptcy Code, and to make necessary redactions to preserve the confidentiality of the work performed for the Debtors.

    **(r)**    **Non-K&E Retention and Fee Matters [Matter No. 20]**

        Total Fees:   $34,290.00
        Total Hours:  33.80

55.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to ensuring the retention of the Debtors' other professionals in these chapter 11 cases. Specifically, K&E attorneys and paraprofessionals spent time:

    (i)    coordinating and preparing the filing of section 156 application for KCC;[6]

    (ii)    drafting and securing approval of a motion to establish interim compensation procedures; and

    (iii)    coordinating with the Debtors and Klehr with respect to ordinary course professional retentions and complying with the related disclosure requirements of applicable provisions of the Bankruptcy Code.

    **(s)**    **Tax Matters [Matter No. 21]**

        Total Fees:   $170,859.50
        Total Hours:  124.50

56.    This Matter Category includes time spent by K&E attorneys and paraprofessionals conducting legal research, preparing correspondence and pleadings, and generally advising the Debtors on tax issues relating to or arising during the chapter 11 cases. During the Fee Period, K&E attorneys were responsible for researching and analyzing certain tax issues arising in connection with the Debtors' business operations, including the following:

    (i)    researching and analyzing certain tax issues arising in connection with the Debtors' business operations;

    (ii)    advising the Debtors regarding the Debtors' motion to establish procedures related to certain transfers of, or declarations of worthlessness with respect thereto, the Debtors' common stock and the interim and final orders approving the same;

---

[6]    Local counsel Klehr coordinated and prepared the filing of retention applications and related documents for A&M, Greenhill & Co., LLC (as investment banker), Holland & Hart LLP (as special counsel), Williams & Connolly LLP (as special litigation counsel), Pachulski Stang Ziehl & Jones LLP (as conflicts counsel for Lexington Law), and Landis Rath & Cobb LLP (as conflicts counsel for all Debtors other than Lexington Law).

(iii)    researching and analyzing certain tax issues related to the proposed sale transactions, the implementation of the Plan, and emergence from chapter 11; and

(iv)    coordinating and communicating with the Debtors, the Debtors' advisors, and relevant stakeholders regarding the foregoing.

(t)    **Non-Working Travel Time [Matter No. 22]**

Total Fees:    $46,650.50
Total Hours:    32.70

57.    This Matter Category includes time spent by K&E attorneys and paraprofessionals providing services related to traveling in connection with their representation of the Debtors, including for in-person meetings, depositions, and hearings at the Court. The amounts presented for review and the request for payment in the Fee Application reflect a reduction of one half the charges for travel time.

(u)    **U.S. Trustee Communications and Reporting [Matter No. 23]**

Total Fees:    $32,288.00
Total Hours:    31.00

58.    This Matter Category includes time spent by K&E attorneys and paraprofessionals corresponding with the U.S. Trustee with respect to the following issues:

(i)    analyzing, researching, negotiating, and revising first day motions and proposed orders, including the creditor matrix order, regarding the U.S. Trustee's comments, and corresponding with the U.S. Trustee regarding the same;

(ii)    coordinating with Klehr to prepare the Debtors for and participating in the initial debtor interview and the meeting of creditors required by section 341 of the Bankruptcy Code; and

(iii)    discussing and corresponding with the U.S. Trustee regarding K&E's retention and responding to questions and comments regarding the same.

**Actual and Necessary Expenses Incurred by K&E**

59.    As set forth in **Exhibit J** attached hereto, and as summarized in **Exhibit G** attached hereto, K&E has incurred a total of $51,206.25 in expenses on behalf of the Debtors during the

Fee Period.  These charges are intended to reimburse K&E's direct operating costs, which are not incorporated into the K&E hourly billing rates.  K&E charges external copying and computer research at the provider's cost without markup.  Only clients who actually use services of the types set forth in **Exhibit J** of this Fee Application are separately charged for such services.  The effect of including such expenses as part of the hourly billing rates would impose that cost upon clients who do not require extensive photocopying and other facilities and services.

**Reasonable and Necessary Services Provided by K&E**

**A.    Reasonable and Necessary Fees Incurred in Providing Services to the Debtors.**

60.    The foregoing professional services provided by K&E on behalf of the Debtors during the Fee Period were reasonable, necessary, and appropriate to the administration of these chapter 11 cases and related matters.

61.    Many of the services performed by partners and associates of K&E were provided by K&E's Restructuring Group.  K&E has a prominent practice in this area and enjoys a national and international reputation for its expertise in financial reorganizations and restructurings of troubled companies, with over 175 attorneys focusing on this area of the law.  The attorneys at K&E have represented either the debtor or the creditors' committee or have acted as special counsel in many large chapter 11 cases.

62.    In addition, due to the facts and circumstances of these chapter 11 cases, attorneys from K&E's litigation, corporate, and tax groups were heavily involved with K&E's representation of the Debtors.  These practice groups also enjoy a national and international reputation for their expertise.  Overall, K&E brings to these chapter 11 cases a particularly high level of skill and knowledge, which inured to the benefit of the Debtors and all stakeholders.

**B.       Reasonable and Necessary Expenses Incurred in Providing Services to the Debtors.**

63.      The time constraints imposed by the circumstances of these chapter 11 cases required K&E attorneys and other employees to devote substantial time during the evenings and on weekends to perform services on behalf of the Debtors.  These services were essential to meet deadlines, respond to daily inquiries from various creditors and other parties in interest on a timely basis, and satisfy the demands of the Debtors' businesses and ensure the orderly administration of their estates.  Consistent with firm policy, and as further disclosed in the Retention Application, K&E attorneys and other K&E employees who worked late in the evenings or on weekends were reimbursed for their reasonable meal and transportation costs.  K&E's regular practice is not to include components for those charges in overhead when establishing billing rates, but rather to charge its clients for these and all other out-of-pocket disbursements incurred during the regular course of the rendition of legal services.

64.      In addition, due to the location of the Debtors' businesses, co-counsel, creditors, and other parties in interest in relation to K&E's offices, frequent multi-party telephone conferences involving numerous parties were required.  On many occasions, the exigencies and circumstances of these chapter 11 cases required overnight delivery of documents and other materials.  The disbursements for such services are not included in K&E's overhead for the purpose of setting billing rates and K&E has made every effort to minimize its disbursements in these chapter 11 cases.  The actual expenses incurred in providing professional services were necessary, reasonable, and justified under the circumstances to serve the needs of the Debtors in these chapter 11 cases.

65.      Among other things, K&E makes sure that all overtime meals, travel meals, hotel rates, and airfares are reasonable and appropriate expenses for which to seek reimbursement. Specifically, K&E regularly reviews its bills to ensure that the Debtors are only billed for services

that were actual and necessary and, where appropriate, prorates expenses.  In that regard, K&E will waive certain fees and reduce its expenses if necessary.  In the Fee Period, K&E voluntarily reduced its fees and expenses by $132,233.69.  Consequently, K&E does not seek payment of such fees or reimbursement of such expenses in the Fee Application.

### K&E's Requested Compensation and Reimbursement Should be Allowed

66.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.  Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual necessary services rendered . . . and reimbursement for actual, necessary expenses."  11 U.S.C. § 330(a)(1).  Section 330 also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (a)     the time spent on such services;
>
> (b)     the rates charged for such services;
>
> (c)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (d)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (e)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and expertise in the bankruptcy field; and
>
> (f)     whether the compensation is reasonable based on the customary compensation charged by

> comparably skilled practitioners in cases other than
> cases under this title.

11 U.S.C. § 330(a)(3).

67.     K&E respectfully submits that the services for which it seeks compensation in this Fee Application were, at the time rendered, necessary for and beneficial to the Debtors and their estates and were rendered to protect and preserve the Debtors' estates.  K&E further believes that it performed the services for the Debtors economically, effectively, and efficiently, and the results obtained benefited not only the Debtors, but also the Debtors' estates and the Debtors' constituents. K&E further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, their estates, and all parties in interest.

68.     During the Fee Period, K&E's hourly billing rates for attorneys ranged from $685 to $2,245.  The hourly rates and corresponding rate structure utilized by K&E in these chapter 11 cases are equivalent to the hourly rates and corresponding rate structure used by K&E for restructuring, workout, bankruptcy, insolvency, and comparable matters, and similar complex corporate, securities, and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.  K&E strives to be efficient in the staffing of matters.  These rates and the rate structure reflect that such matters are typically national in scope and involve great complexity, high stakes, and severe time pressures—all of which were present in these chapter 11 cases.

69.     Moreover, K&E's hourly rates are set at a level designed to compensate K&E fairly for the work of its attorneys and paraprofessionals and to cover certain fixed and routine overhead expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions and are consistent with the rates charged elsewhere.

70.     In sum, K&E respectfully submits that the professional services provided by K&E on behalf of the Debtors and their estates during these chapter 11 cases were necessary and appropriate given the complexity of these chapter 11 cases, the time expended by K&E, the nature and extent of K&E's services provided, the value of K&E's services, and the cost of comparable services outside of bankruptcy, all of which are relevant factors set forth in section 330 of the Bankruptcy Code.   Accordingly, K&E respectfully submits that approval of the compensation sought herein is warranted and should be approved.

### Reservation of Rights and Notice

71.     It is possible that some professional time expended, or expenses incurred, during the Fee Period are not reflected in the Fee Application.   K&E reserves the right to include such amounts in future fee applications.   In addition, the Debtors have provided notice of this Fee Application to:  (a) the U.S. Trustee for the District of Delaware; (b) counsel to the Committee; (c) the office of the attorney general for each of the states in which the Debtors operate; (d) the United States Attorney's Office for the District of Delaware; (e) the Internal Revenue Service; (f) the United States Securities and Exchange Commission; (g) the United States Department of Justice;  (h) the DIP Agent and counsel thereto; (i) First Lien Credit Agreement Agent and counsel thereto; (j) the Second Lien Credit Agreement Agent and counsel thereto; and (k) any party that has requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on the affected professional and the Notice Parties so that it is actually received on or before November 21, 2023 at 4:00 p.m., prevailing Eastern Time.

**<u>No Prior Request</u>**

72.     No prior application for the relief requested herein has been made to this or any other court.

[*Remainder of Page Intentionally Left Blank*]

WHEREFORE, K&E respectfully requests that the Court enter an order (a) awarding K&E interim compensation for professional and paraprofessional services provided during the Fee Period in the amount of $4,383,436.00, and reimbursement of actual, reasonable and necessary expenses incurred in the Fee Period in the amount of $51,206.25; (b) authorizing and directing the Debtors to remit payment to K&E for such fees and expenses; and (c) granting such other relief as is appropriate under the circumstances.

Dated:  October 31, 2023
Wilmington, Delaware

/s/ Spencer A. Winters

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Ave
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         joshua.sussberg@kirkland.com

- and -

Spencer A. Winters (admitted *pro hac vice*)
Whitney C. Fogelberg (admitted *pro hac vice*)
Alison J. Wirtz (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         spencer.winters@kirkland.com
               whitney.fogelberg@kirkland.com
               alison.wirtz@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

## Exhibit A

**Winters Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF SPENCER A. WINTERS IN
## SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF KIRKLAND & ELLIS
## LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR THE
## DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM FEE PERIOD
## PERIOD FROM JUNE 4, 2023 THROUGH AND INCLUDING AUGUST 31, 2023

I, Spencer A. Winters, being duly sworn, state the following under penalty of perjury:

1.     I am a partner in the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "K&E"),[2] located at 300 North Lasalle, Chicago, Illinois 60654. I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in the United States District Court for the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

2.     I have read the foregoing interim fee application of K&E, attorneys for the Debtors, for the Fee Period (the "Fee Application").  To the best of my knowledge, information and belief,

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110).  The location of the Debtors' service address for purposes of these chapter 11 cases is:  257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

the statements contained in the Fee Application are true and correct.  In addition, I believe that the

Fee Application complies with Local Bankruptcy Rule 2016-2.

3.     In connection therewith, I hereby certify that:

a)     to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b)     except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by K&E and generally accepted by K&E's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

c)     as discussed in the Fee Application, the fees sought exceed the fees budgeted for the same time period in the Budget and Staffing Plan by more than 10% primarily for the following reasons:

a.   protracted negotiations and litigation with the Committee regarding a global settlement of issues raised by the Committee; and

b.   protracted negotiations and litigation with the CFPB regarding the CFPB Litigation and its motion to convert or dismiss the chapter 11 cases.

d)     K&E is seeking compensation with respect to (i) the approximately 1.9 hours and $2,107.50 in fees spent reviewing or revising time records and preparing, reviewing, and revising invoices;[3] and (ii) the approximately 40.80 hours and $42,264.00 in fees spent reviewing time records to redact privileged or confidential information;

e)     in providing a reimbursable expense, K&E does not make a profit on that expense, whether the service is performed by K&E in-house or through a third party;

f)     in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between K&E and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant

---

[3]   This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

g)     all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  October 31, 2023                    Respectfully submitted,

                              _/s/ Spencer A. Winters_
                              Spencer A. Winters
                              Partner, Kirkland & Ellis LLP and Kirkland &
                              Ellis International LLP

**<u>Exhibit B</u>**

**Retention Order**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| PGX HOLDINGS, INC., *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 125** |

## ORDER AUTHORIZING THE RETENTION
## AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
## KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
## DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF JUNE 4, 2023

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of an order (the "Order") authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date, pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the Application, the Declaration of Spencer A. Winters, a partner of Kirkland & Ellis LLP (the "Winters Declaration"), and the declaration of Chad Wallace, the Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

(the "Wallace Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application and in the Winters Declaration that (a) Kirkland does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

2.      The Debtors are authorized to retain and employ Kirkland as their attorneys effective as of the Petition Date in accordance with the terms and conditions set forth in the Application and in the Engagement Letter attached hereto as **Exhibit 1**.

3.      Kirkland is authorized to provide the Debtors with the professional services as described in the Application and the Engagement Letter. Specifically, but without limitation, Kirkland is authorized to render the following legal services:

a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

b.      advising and consulting on their conduct during these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including:  (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

4.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

5.     Notwithstanding anything in the Engagement Letter to the contrary, Kirkland shall apply any remaining amounts of its prepetition special purpose retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to Kirkland.  Kirkland is authorized without further order of the Court to reserve and apply amounts from the prepetition special purpose retainer that would otherwise be applied toward payment of postpetition fees and expenses as are necessary and appropriate to compensate and reimburse Kirkland for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practices.

6.     Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Declarations attached to the Application, the reimbursement provisions allowing the reimbursement of fees and expenses incurred in connection with participating in, preparing for, or responding to any action, claim, suit, or proceeding brought by or against any party that relates to the legal services provided under the Engagement Letter and fees for defending any objection to

4

Kirkland's fee applications under the Bankruptcy Code are not approved pending further order of the Court.

7.      Kirkland shall not charge a markup to the Debtors with respect to fees billed by contract attorneys who are hired by Kirkland to provide services to the Debtors and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

8.      Kirkland shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

9.      The Debtors and Kirkland are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

10.     Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

11.     To the extent the Application, the Winters Declaration, the Wallace Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

12.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

13.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: July 19th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

# EXHIBIT 1

**Engagement Letter**

*Execution Version*

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

Josh Sussberg, P.C.
To Call Writer Directly:
+1 212 446 4829
joshua.sussberg@kirkland.com

+1 212 446 4800

Facsimile:
+1 212 446 4900

www.kirkland.com

May 1, 2023

Mr. Chad Wallace
Chief Executive Officer
PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Mr. John C. Heath
Chief Executive Officer and President
John C. Heath, Attorney at Law, P.C.
P.O. Box 1173
Salt Lake City, UT 84110

Re:     Retention to Provide Legal Services

Dear Mr. Wallace,

We are very pleased that you have asked us to represent PGX Holdings, Inc., only those wholly or partially owned subsidiaries listed in an addendum or supplement to this letter, and John C. Heath, Attorney at Law, P.C. (collectively, "Client") in connection with a potential restructuring. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

**General Terms.**  This amended and restated retention letter (this "Agreement") sets forth the terms of Client's retention of Kirkland & Ellis LLP (and its affiliated entity Kirkland & Ellis International LLP (collectively, the "Firm")) to provide legal services and constitutes an agreement between the Firm and Client (the "Parties"). This Agreement (notwithstanding any guidelines for outside counsel that Client may provide to the Firm) sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing. This Agreement amends and supersedes the retention letter between the Firm and certain of the Client entities dated June 7, 2019.

**Fees.**  The Firm will bill Client for fees incurred at its regular hourly rates and in quarterly increments of an hour (or in smaller time increments as otherwise required by a court). The Firm

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                     **CONFIDENTIAL**
May 1, 2023
Page 2

reserves the right to adjust the Firm's billing rates from time to time in the ordinary course of the Firm's representation of Client.

Although the Firm will attempt to estimate fees to assist Client in Client's planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**Expenses.**   Expenses related to providing services shall be included in the Firm's statements as disbursements advanced by the Firm on Client's behalf.  Such expenses include photocopying, printing, scanning, witness fees, travel expenses, filing and recording fees, certain secretarial overtime, and other overtime expenses, postage, express mail, and messenger charges, deposition costs, computerized legal research charges, and other computer services, and miscellaneous other charges.  Client shall pay directly (and is solely responsible for) certain larger costs, such as consultant or expert witness fees and expenses, and outside suppliers' or contractors' charges, unless otherwise agreed by the Parties.  By executing this Agreement below, Client agrees to pay for all charges in accordance with the Firm's schedule of charges, a copy of which is attached hereto at Schedule 1, as revised from time to time.

**Billing Procedures.**   The Firm's statements of fees and expenses are typically delivered monthly, but the Firm reserves the right to alter the timing of delivering its statements depending on circumstances.  Client may have the statement in any reasonable format it chooses, but the Firm will select an initial format for the statement unless Client otherwise requests in writing. Depending on the circumstances, however, estimated or summary statements may be provided, with time and expense details to follow thereafter.

**Retainer.**   Client has provided to the Firm an "advance payment retainer," as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct, *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007), and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein).  In addition, Client agrees to provide one or more additional advance payment retainers upon request by the Firm so that the amount of any advance payment retainers remains at or above the Firm's estimated fees and expenses.  The Firm may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred.  Client understands and acknowledges that any advance payment retainers are earned by the Firm upon receipt, any advance payment retainers become the property of the Firm upon receipt, Client no longer has a property interest in any advance payment retainers upon the Firm's receipt, any advance payment retainers will be placed in the Firm's general account and will not be held in a client trust account, and Client will not earn any interest on any advance payment retainers; provided, however, that solely to the extent required under applicable law, at the conclusion of the Engagement, if the amount of any advance

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                    **CONFIDENTIAL**
May 1, 2023
Page 3

payment retainers held by the Firm is in excess of the amount of the Firm's outstanding and estimated fees, expenses, and costs, the Firm will pay to Client the amount by which any advance payment retainers exceed such fees, expenses, and costs.  Client further understands and acknowledges that the use of advance payment retainers is an integral condition of the Engagement, and is necessary to ensure that:  Client continues to have access to the Firm's services; the Firm is compensated for its representation of Client; the Firm is not a pre-petition creditor in the event of a Restructuring Case; and that in light of the foregoing, the provision of the advance payment retainers is in Client's best interests.  The fact that Client has provided the Firm with an advance payment retainer does not affect Client's right to terminate the client-lawyer relationship.

Please be advised that there is another type of retainer known as a "security retainer," as defined in *Dowling v. Chicago Options Assoc.*, 875 N.E.2d at 1018, and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein).  A security retainer remains the property of the client until the lawyer applies it to charges for services that are actually rendered and expenses that are incurred.  Any unearned funds are then returned to the client.  In other circumstances not present here, the Firm would consider a security retainer and Client's funds would be held in the Firm's segregated client trust account until applied to pay fees and expenses.  Funds in a security retainer, however, can be subject to claims of Client's creditors and, if taken by creditors, may leave Client unable to pay for ongoing legal services, which may result in the Firm being unable to continue the Engagement.  Moreover, a security retainer creates clawback risks for the Firm in the event of an insolvency proceeding.  The choice of the type of retainer to be used is Client's choice alone, but for the Engagement and for the reasons set forth above, the Firm is unwilling to represent Client in the Engagement without using the advance payment retainer.

**Termination.**  The Engagement may be terminated by either Party at any time by written notice by or to Client.  The Engagement will end at the earliest of (a) Client's termination of the Engagement, (b) the Firm's withdrawal, and (c) the substantial completion of the Firm's substantive work.  If permission for withdrawal is required by a court, the Firm shall apply promptly for such permission, and termination shall coincide with the court order for withdrawal.  If this Agreement or the Firm's services are terminated for any reason, such termination shall be effective only to terminate the Firm's services prospectively and all the other terms of this Agreement shall survive any such termination.

Upon cessation of the Firm's active involvement in a particular matter (even if the Firm continues active involvement in other matters on Client's behalf), the Firm will have no further duty to inform Client of future developments or changes in law as may be relevant to such matter.  Further, unless the Parties mutually agree in writing to the contrary, the Firm will have no

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                                    **CONFIDENTIAL**
May 1, 2023
Page 4

obligation to monitor renewal or notice dates or similar deadlines that may arise from the matters for which the Firm had been retained.

> **Cell Phone and E-Mail Communication.**  The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by cell telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cell telephones with Client or Client's professionals or agents.

> The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

> **File Retention.**  All records and files will be retained and disposed of in compliance with the Firm's policy in effect from time to time.  Subject to future changes, it is the Firm's current policy generally not to retain records relating to a matter for more than five years.  Upon Client's prior written request, the Firm will return client records that are Client's property to Client prior to their destruction.  Although we will return your records (i.e., your client file) to you at any time upon your written request, you agree that your client file will not include our Firm's internal files including administrative materials, internal communications, and drafts.  It is not administratively feasible for the Firm to advise Client of the closing of a matter or the disposal of records.  The Firm recommends, therefore, that Client maintain Client's own files for reference or submit a written request for Client's client files promptly upon conclusion of a matter.  Notwithstanding anything to the contrary herein, Client acknowledges and agrees that any applicable privilege of Client (including any attorney-client and work product privilege or any duty of confidentiality) (collectively, the "Privileges") belongs to Client alone and not to any successor entity (including without limitation the Client after a change in control or other similar restructuring or non-restructuring transaction (including without limitation a reorganized Client after the effective date of a plan of reorganization), whether through merger, asset or equity sale, business combination, or otherwise, irrespective of whether such transaction occurs in a Restructuring Case or on an out-of-court basis (in each case, a "Transaction")).  Client hereby waives any right, title, and interest of such successor entity to all information, data, documents, or communications in any format covered by the Privileges that is in the possession of the Firm ("Firm Materials"), to the extent that such successor entity had any right, title, and interest to such Firm Materials.  For the avoidance of doubt, Client agrees and acknowledges that after a Transaction, such successor entity shall have

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                 **CONFIDENTIAL**
May 1, 2023
Page 5

no right to claim or waive the Privileges or request the return of any such Firm Materials; instead, such Firm Materials shall remain in the Firm's sole possession and control for its exclusive use, and the Firm will (a) not waive any Privileges or disclose the Firm Materials, (b) take all reasonable steps to ensure that the Privileges survive and remain in full force and effect, and (c) assert the Privileges to prevent disclosure of any Firm Materials.

**Data Protection.** You further agree that, if you provide us with personal data, you have complied with applicable data protection legislation and that we may process such personal data in accordance with our Data Transfer and Privacy Policy at www.kirkland.com. We process your personal data in order to (i) carry out work for you; (ii) share the data with third parties such as expert witnesses and other professional advisers if our work requires; (iii) comply with applicable laws and regulations and (iv) provide you with information relating to our Firm and its services.

**Conflicts of Interest.** As is customary for a law firm of the Firm's size, there are numerous business entities, with which Client currently has relationships, that the Firm has represented or currently represents in matters unrelated to Client.

Further, in undertaking the representation of Client, the Firm wants to be fair not only to Client's interests but also to those of the Firm's other clients. Because Client is engaged in activities (and may in the future engage in additional activities) in which its interests may diverge from those of the Firm's other clients, the possibility exists that one of the Firm's current or future clients may take positions adverse to Client (including litigation or other dispute resolution mechanisms) in a matter in which such other client may have retained the Firm or one of Client's adversaries may retain the Firm in a matter adverse to another entity or person.

In the event a present conflict of interest exists between Client and the Firm's other clients or in the event one arises in the future, Client agrees to waive any such conflict of interest or other objection that would preclude the Firm's representation of another client (a) in other current or future matters substantially unrelated to the Engagement or (b) other than during a Restructuring Case (as defined below), in other matters related to Client (such representation an "Allowed Adverse Representation"). By way of example, such Allowed Adverse Representations might take the form of, among other contexts: litigation (including arbitration, mediation and other forms of dispute resolution); transactional work (including consensual and non-consensual merger, acquisition, and takeover situations, financings, and commercial agreements); counseling (including advising direct adversaries and competitors); and restructuring (including bankruptcy, insolvency, financial distress, recapitalization, equity and debt workouts, and other transactions or adversarial adjudicative proceedings related to any of the foregoing and similar matters).

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                              **CONFIDENTIAL**
May 1, 2023
Page 6

Client also agrees that it will not, for itself or any other entity or person, assert that either (i) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (ii) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing another entity or person in any Allowed Adverse Representation.  Client further agrees that any Allowed Adverse Representation does not breach any duty that the Firm owes to Client or any of Client's affiliates. Client also agrees that the Firm's representation in the Engagement is solely of Client and that no member or other entity or person related to it (such as a shareholder, parent, subsidiary, affiliate, director, officer, partner, employee, or joint venturer) has the status of a client for conflict of interest purposes.

In addition, if a waiver of a conflict of interest necessary to allow the Firm to represent another client in a matter that is not substantially related to the Engagement is not effective for any reason, Client agrees that the Firm may withdraw from the Engagement.  Should that occur, Client will not, for itself or any other entity or person, seek to preclude such termination of services or assert that either (a) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (b) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing such other client or acting on such adverse matter.

It is important that you review this letter carefully and consider all of the advantages and disadvantages of waiving certain conflicts of interests that would otherwise bar the Firm from representing parties with interests adverse to you during the time in which the Firm is representing you.  You also understand that because this waiver includes future issues and future clients that are unknown and unknowable at this time, it is impossible to provide you with any more details about those prospective clients and matters.  Thus, in choosing to execute this waiver, you have recognized the inherent uncertainty about the array of potential matters and clients the Firm might take on in matters that are adverse to you but have nonetheless decided it is in your interest to waive conflicts of interest regarding the Allowed Adverse Representations and waive rights to prohibit the Firm's potential withdrawal should a conflict waiver prove ineffectual.

The Firm informs Client that certain entities owned by current or former Firm attorneys and senior staff ("attorney investment entities") have investments in funds or companies that may, directly or indirectly, be affiliated with Client, hold investments in Client's debt or equity securities, may be adverse to Client, or conduct commercial transactions with Client (each, a "Passive Holding").  The attorney investment entities are passive and have no management or other control rights in such funds or companies.  The Firm notes that other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between the Firm's exercise of its independent professional judgment in rendering advice to Client and the financial

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                    **CONFIDENTIAL**
May 1, 2023
Page 7

interest of Firm attorneys participating in the attorney investment entities, and such other persons might seek to limit Client's ability to use the Firm to advise Client on a particular matter. While the Firm cannot control what a person might assert or seek, the Firm believes that the Firm's judgment will not be compromised by virtue of any Passive Holding. Please let us know if Client has any questions or concerns regarding the Passive Holdings. By executing this letter, Client acknowledges the Firm's disclosure of the foregoing.

**Restructuring Cases**. If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

**No Guarantee of Success.** It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

**Consent to Use of Information.** In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

**Reimbursement of Fees and Expenses.** Client agrees to promptly reimburse the Firm for all internal or external fees and expenses, including the amount of the Firm's attorney and paralegal time at normal billing rates, as incurred by the Firm in connection with participating in, preparing for, or responding to any action, claim, objection, suit, or proceeding brought by or against any third-party that relates to the legal services provided by the Firm under this Agreement. Without

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                    **CONFIDENTIAL**
May 1, 2023
Page 8

limiting the scope of the foregoing, and by way of example only, this paragraph extends to all such fees and expenses incurred by the Firm: in responding to document subpoenas, and preparing for and testifying at depositions and trials; and with respect to the filing, preparation, prosecution or defense of any applications by the Firm for approval of fees and expenses in a judicial, arbitral, or similar proceeding. Further, Client understands, acknowledges, and agrees that in connection with a Restructuring Case, if Client has not objected to the payment of a Firm invoice or to a Firm fee and expense application, has in fact paid such invoice, or has approved such fee and expense application, then Client waives its right (and the right of any successor entity as a result of a Transaction or otherwise) to subsequently object to the payment of fees and expenses covered by such invoice or fee application.

**LLP.**  Kirkland & Ellis LLP is a limited liability partnership organized under the laws of Illinois, and Kirkland & Ellis International LLP is a limited liability partnership organized under the laws of Delaware.  Pursuant to those statutory provisions, an obligation incurred by a limited liability partnership, whether arising in tort, contract or otherwise, is solely the obligation of the limited liability partnership, and partners are not personally liable, directly or indirectly, by way of indemnification, contribution, assessment or otherwise, for such obligation solely by reason of being or so acting as a partner.

**Governing Law**.  This Agreement shall be governed by, and construed in accordance with, the laws of the State of Illinois, without giving effect to the conflicts of law principles thereof.

**Miscellaneous.**  This Agreement sets forth the Parties' entire agreement for rendering professional services.  It can be amended or modified only in writing and not orally or by course of conduct.  Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding.  This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it.  If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable.  Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client, including without limitation the reorganized Client upon and after the effective date of a plan of reorganization in a Restructuring Case.

This Agreement is the product of arm's-length negotiations between sophisticated parties, and Client acknowledges that it is experienced with respect to the retention of legal counsel. Therefore, the Parties acknowledge and agree that any otherwise applicable rule of contract

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                    **CONFIDENTIAL**
May 1, 2023
Page 9

construction or interpretation which provides that ambiguities shall be construed against the drafter (and all similar rules of contract construction or interpretation) shall not apply to this Agreement. The Parties further acknowledge that the Firm is not advising Client with respect to this Agreement because the Firm would have a conflict of interest in doing so, and that Client has consulted (or had the opportunity to consult) with legal counsel of its own choosing.   Client further acknowledges that Client has entered into this Agreement and agreed to all of its terms and conditions voluntarily and fully-informed, based on adequate information and Client's own independent judgment.  The Parties further acknowledge that they intend for this Agreement to be effective and fully enforceable upon its execution and to be relied upon by the Parties.

* * *

DocuSign Envelope ID: CD4A52F3-A8DE-4ED1-9CBF-C74B129BA101

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath
May 1, 2023
Page 10

**CONFIDENTIAL**

      Please confirm your agreement with the arrangements described in this letter by signing the enclosed copy of this letter in the space provided below and returning it to us. Please understand that, if we do not receive a signed copy of this letter within twenty-one days, we will withdraw from representing you in this Engagement.

Very truly yours,

KIRKLAND & ELLIS LLP

By: _____

Printed Name: Joshua A. Sussberg
Title: Partner

Agreed and accepted this _3rd__ day of May, 2023

PGX HOLDINGS, INC.

5/3/2023

By: _____
Name: Chad Wallace
Title: Chief Executive Officer

JOHN C. HEATH, ATTORNEY AT LAW PC

By: _____
Name: John C. Heath
Title: Chief Executive Officer

KE 95991057.8

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                      **CONFIDENTIAL**
May 1, 2023
Page 10

Please confirm your agreement with the arrangements described in this letter by signing the enclosed copy of this letter in the space provided below and returning it to us.  Please understand that, if we do not receive a signed copy of this letter within twenty-one days, we will withdraw from representing you in this Engagement.

Very truly yours,

KIRKLAND & ELLIS LLP

By: _____
    Printed Name:  Joshua A. Sussberg
    Title:  Partner

Agreed and accepted this ___ day of May, 2023

PGX HOLDINGS, INC.

By: _____
Name:  Chad Wallace
Title:   Chief Executive Officer

JOHN C. HEATH, ATTORNEY AT LAW PC

5/3/2023

By: _____
    94BA73388B72409...
Name:   John C. Heath
Title:    Chief Executive Officer

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                          **CONFIDENTIAL**
May 1, 2023
Page 11

## ADDENDUM: List of Client Subsidiaries

Credit Repair UK, Inc.

Credit.com, Inc.

Creditrepair.com Holdings, Inc.

Creditrepair.com, Inc.

eFolks, LLC

eFolks Holdings, Inc.

Progrexion ASG, Inc.

Progrexion Holdings, Inc.

Progrexion IP, Inc.

Progrexion Marketing, Inc.

Progrexion Teleservices, Inc.

**KIRKLAND & ELLIS LLP**

**CLIENT-REIMBURSABLE EXPENSES AND OTHER CHARGES**

*Effective 01/01/2023*

The following outlines Kirkland & Ellis LLP's ("K&E LLP") policies and standard charges for various services performed by K&E LLP and/or by other third parties on behalf of the client which are often ancillary to our legal services. Services provided by in-house K&E LLP personnel are for the convenience of our clients. Given that these services are often ancillary to our legal services, in certain instances it may be appropriate and/or more cost efficient for these services to be outsourced to a third-party vendor. If services are provided beyond those outlined below, pricing will be based on K&E LLP's approximate cost and/or comparable market pricing.

- **Duplicating, Reprographics and Printing**: The following list details K&E LLP's charges for duplicating, reprographics and printing services:

  ‣ Black and White Copy or Print (all sizes of paper):
    - $0.16 per impression for all U.S. offices
    - €0.10 per impression in Munich
    - £0.15 per impression in London
    - HK$1.50 per impression in Hong Kong
    - RMB1.00 per impression in Beijing and Shanghai
  ‣ Color Copy or Print (all sizes of paper):
    - $0.55 per impression
  ‣ Scanned Images:
    - $0.16 per page for black and white or color scans
  ‣ Other Services:
    - CD/DVD Duplicating or Mastering - $7/$10 per CD/DVD
    - Binding - $0.70 per binding
    - Large or specialized binders - $13/$27
    - Tabs - $0.13 per item
    - OCR/File Conversion - $0.03 per page
    - Large Format Printing - $1.00 per sq. ft.

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing activities incurred on their matters during standard business hours.

- **Overtime Charges**: Clients will be charged for overtime costs for secretarial and document services work if either (i) the client has specifically requested the after-hours work or (ii) the nature of the work being done for the client necessitates out-of-hours overtime and such work could not have been done during normal working hours. If these conditions are satisfied, costs for related overtime meals and transportation also will be charged.

- **Travel Expenses**:  We charge clients our out-of-pocket costs for travel expenses including associated travel agency fees.  We charge coach fares (business class for international flights) unless the client has approved business-class, first-class or an upgrade.  K&E LLP personnel are instructed to incur only reasonable airfare, hotel and meal expenses.  K&E LLP negotiates, uses, and passes along volume discount hotel and air rates whenever practicable.  However, certain retrospective rebates may not be passed along.

- **Catering Charges:**  Clients will be charged for any in-house catering service provided in connection with client matters.

- **Communication Expenses**:  We do not charge clients for telephone calls, conference calls, videoconferences or faxes made from K&E LLP's offices.

  Charges incurred for conference calls, videoconferences, cellular telephones, and calls made from other third-party locations will be charged to the client at the actual cost incurred.  Further, other telecommunication expenses incurred at third-party locations (e.g., phone lines at trial sites, Internet access, etc.) will be charged to the client at the actual cost incurred.

- **Overnight Delivery/Postage**:  We charge clients for the actual cost of overnight and special delivery (e.g., Express Mail, FedEx, and DHL), and U.S. postage for materials mailed on the client's behalf.  K&E LLP negotiates, uses, and passes along volume discount rates whenever practicable.

- **Messengers**:  We charge clients for the actual cost of a third-party vendor messenger.

- **Library Research Services:**  Library Research staff provides research and document retrieval services at the request of attorneys, and clients are charged per hour for these services.  Any expenses incurred in connection with the request, such as outside retrieval service or online research charges, are passed on to the client at cost, including any applicable discounts.

- **Online Research Charges**:  K&E LLP charges for costs incurred in using third-party online research services in connection with a client matter.  K&E LLP negotiates and uses discounts or special rates for online research services whenever possible and practicable and passes through the full benefit of any savings to the client based on actual usage.

- **Inter-Library Loan Services**: Our standard client charge for inter-library loan services when a K&E LLP library employee borrows a book from an outside source is $25 per title.  There is no client charge for borrowing books from K&E LLP libraries in other cities or from outside collections when the title is part of the K&E LLP collection but unavailable.

2

- **Off-Site Legal Files Storage**:  Clients are not charged for off-site storage of files unless the storage charge is approved in advance.

- **Electronic Data Storage**:  K&E LLP will not charge clients for costs to store electronic data and files on K&E LLP's systems if the data stored does not exceed 100 gigabytes (GB).  If the data stored for a specific client exceeds 100GB, K&E LLP will charge clients $6.00 per month/per GB for all network data stored until the data is either returned to the client or properly disposed of.  For e-discovery data on the Relativity platform, K&E LLP will also charge clients $6.00 per month/per GB until the data is either returned to the client or properly disposed of.

- **Tax Filings**:  Clients will be charged a fixed fee for certain tax filings. Our standard charge is $400 per Form 8832 election; $250 per Form 83(b) election for the first 20 forms, $100 per form for any additional forms; $1,000 each for Form SS-4 (Foreign); $100 each for Form SS-4 (Domestic); and $75 for each FIRPTA certificate.

- **Calendar Court Services**:  Our standard charge is $25 for a court filing and other court services or transactions.

- **Supplies**:  There is no client charge for standard office supplies.  Clients are charged for special items (e.g., a minute book, exhibit tabs/indexes/dividers, binding, etc.) and then at K&E LLP's actual cost.

- **Contract Attorneys and Contract Non-Attorney Billers**:  If there is a need to utilize a contract attorney or contract non-attorney on a client engagement, clients will be charged a standard hourly rate for these billers unless other specific billing arrangements are agreed between K&E LLP and client.

- **Expert Witnesses, Experts of Other Types, and Other Third Party Consultants**:  If there is a need to utilize an expert witness, expert of other type, or other third party consultant such as accountants, investment bankers, academicians, other attorneys, etc. on a client engagement, clients will be requested to retain or pay these individuals directly unless specific billing arrangements are agreed between K&E LLP and client.

- **Third Party Expenditures**:  Third party expenditures (e.g., corporate document and lien searches, lease of office space at Trial location, IT equipment rental, SEC and regulatory filings, etc.) incurred on behalf of a client, will be passed through to the client at actual cost.  If the invoice exceeds $50,000, it is K&E LLP's policy that wherever possible such charges will be directly billed to the client.  In those circumstances where this is not possible, K&E LLP will seek reimbursement from our client prior to paying the vendor.

Unless otherwise noted, charges billed in foreign currencies are determined annually based on current U.S. charges at an appropriate exchange rate.

3

## Exhibit C

## Engagement Letter

*Execution Version*

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Josh Sussberg, P.C.
To Call Writer Directly:
+1 212 446 4829
joshua.sussberg@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

May 1, 2023

Mr. Chad Wallace
Chief Executive Officer
PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Mr. John C. Heath
Chief Executive Officer and President
John C. Heath, Attorney at Law, P.C.
P.O. Box 1173
Salt Lake City, UT 84110

Re:    Retention to Provide Legal Services

Dear Mr. Wallace,

We are very pleased that you have asked us to represent PGX Holdings, Inc., only those wholly or partially owned subsidiaries listed in an addendum or supplement to this letter, and John C. Heath, Attorney at Law, P.C. (collectively, "Client") in connection with a potential restructuring. Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

**General Terms.** This amended and restated retention letter (this "Agreement") sets forth the terms of Client's retention of Kirkland & Ellis LLP (and its affiliated entity Kirkland & Ellis International LLP (collectively, the "Firm")) to provide legal services and constitutes an agreement between the Firm and Client (the "Parties"). This Agreement (notwithstanding any guidelines for outside counsel that Client may provide to the Firm) sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing. This Agreement amends and supersedes the retention letter between the Firm and certain of the Client entities dated June 7, 2019.

**Fees.** The Firm will bill Client for fees incurred at its regular hourly rates and in quarterly increments of an hour (or in smaller time increments as otherwise required by a court). The Firm

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

KE 95991057.8

## KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                           **CONFIDENTIAL**
May 1, 2023
Page 2

reserves the right to adjust the Firm's billing rates from time to time in the ordinary course of the Firm's representation of Client.

Although the Firm will attempt to estimate fees to assist Client in Client's planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**Expenses.**   Expenses related to providing services shall be included in the Firm's statements as disbursements advanced by the Firm on Client's behalf.  Such expenses include photocopying, printing, scanning, witness fees, travel expenses, filing and recording fees, certain secretarial overtime, and other overtime expenses, postage, express mail, and messenger charges, deposition costs, computerized legal research charges, and other computer services, and miscellaneous other charges.  Client shall pay directly (and is solely responsible for) certain larger costs, such as consultant or expert witness fees and expenses, and outside suppliers' or contractors' charges, unless otherwise agreed by the Parties.  By executing this Agreement below, Client agrees to pay for all charges in accordance with the Firm's schedule of charges, a copy of which is attached hereto at Schedule 1, as revised from time to time.

**Billing Procedures.**   The Firm's statements of fees and expenses are typically delivered monthly, but the Firm reserves the right to alter the timing of delivering its statements depending on circumstances.  Client may have the statement in any reasonable format it chooses, but the Firm will select an initial format for the statement unless Client otherwise requests in writing. Depending on the circumstances, however, estimated or summary statements may be provided, with time and expense details to follow thereafter.

**Retainer.**   Client has provided to the Firm an "advance payment retainer," as defined in Rule 1.15(c) of the Illinois Rules of Professional Conduct, *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007), and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein).  In addition, Client agrees to provide one or more additional advance payment retainers upon request by the Firm so that the amount of any advance payment retainers remains at or above the Firm's estimated fees and expenses.  The Firm may apply the advance payment retainers to any outstanding fees as services are rendered and to expenses as they are incurred.  Client understands and acknowledges that any advance payment retainers are earned by the Firm upon receipt, any advance payment retainers become the property of the Firm upon receipt, Client no longer has a property interest in any advance payment retainers upon the Firm's receipt, any advance payment retainers will be placed in the Firm's general account and will not be held in a client trust account, and Client will not earn any interest on any advance payment retainers; provided, however, that solely to the extent required under applicable law, at the conclusion of the Engagement, if the amount of any advance

## KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                    **CONFIDENTIAL**
May 1, 2023
Page 3

payment retainers held by the Firm is in excess of the amount of the Firm's outstanding and estimated fees, expenses, and costs, the Firm will pay to Client the amount by which any advance payment retainers exceed such fees, expenses, and costs.  Client further understands and acknowledges that the use of advance payment retainers is an integral condition of the Engagement, and is necessary to ensure that:  Client continues to have access to the Firm's services; the Firm is compensated for its representation of Client; the Firm is not a pre-petition creditor in the event of a Restructuring Case; and that in light of the foregoing, the provision of the advance payment retainers is in Client's best interests.  The fact that Client has provided the Firm with an advance payment retainer does not affect Client's right to terminate the client-lawyer relationship.

Please be advised that there is another type of retainer known as a "security retainer," as defined in *Dowling v. Chicago Options Assoc.*, 875 N.E.2d at 1018, and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein).  A security retainer remains the property of the client until the lawyer applies it to charges for services that are actually rendered and expenses that are incurred.  Any unearned funds are then returned to the client.  In other circumstances not present here, the Firm would consider a security retainer and Client's funds would be held in the Firm's segregated client trust account until applied to pay fees and expenses.  Funds in a security retainer, however, can be subject to claims of Client's creditors and, if taken by creditors, may leave Client unable to pay for ongoing legal services, which may result in the Firm being unable to continue the Engagement.  Moreover, a security retainer creates clawback risks for the Firm in the event of an insolvency proceeding.  The choice of the type of retainer to be used is Client's choice alone, but for the Engagement and for the reasons set forth above, the Firm is unwilling to represent Client in the Engagement without using the advance payment retainer.

**Termination.**  The Engagement may be terminated by either Party at any time by written notice by or to Client.  The Engagement will end at the earliest of (a) Client's termination of the Engagement, (b) the Firm's withdrawal, and (c) the substantial completion of the Firm's substantive work.  If permission for withdrawal is required by a court, the Firm shall apply promptly for such permission, and termination shall coincide with the court order for withdrawal.  If this Agreement or the Firm's services are terminated for any reason, such termination shall be effective only to terminate the Firm's services prospectively and all the other terms of this Agreement shall survive any such termination.

Upon cessation of the Firm's active involvement in a particular matter (even if the Firm continues active involvement in other matters on Client's behalf), the Firm will have no further duty to inform Client of future developments or changes in law as may be relevant to such matter.  Further, unless the Parties mutually agree in writing to the contrary, the Firm will have no

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                                **CONFIDENTIAL**
May 1, 2023
Page 4

obligation to monitor renewal or notice dates or similar deadlines that may arise from the matters for which the Firm had been retained.

**Cell Phone and E-Mail Communication.**  The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by cell telephone, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss privileged matters on cell telephones with Client or Client's professionals or agents.

The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their clients' professionals and agents by unencrypted e-mail, that such communications are capable of being intercepted by others and therefore may be deemed no longer protected by the attorney-client privilege, and that Client must inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and Client or Client's professionals or agents.

**File Retention.**  All records and files will be retained and disposed of in compliance with the Firm's policy in effect from time to time.  Subject to future changes, it is the Firm's current policy generally not to retain records relating to a matter for more than five years.  Upon Client's prior written request, the Firm will return client records that are Client's property to Client prior to their destruction.  Although we will return your records (i.e., your client file) to you at any time upon your written request, you agree that your client file will not include our Firm's internal files including administrative materials, internal communications, and drafts.  It is not administratively feasible for the Firm to advise Client of the closing of a matter or the disposal of records.  The Firm recommends, therefore, that Client maintain Client's own files for reference or submit a written request for Client's client files promptly upon conclusion of a matter.  Notwithstanding anything to the contrary herein, Client acknowledges and agrees that any applicable privilege of Client (including any attorney-client and work product privilege or any duty of confidentiality) (collectively, the "Privileges") belongs to Client alone and not to any successor entity (including without limitation the Client after a change in control or other similar restructuring or non-restructuring transaction (including without limitation a reorganized Client after the effective date of a plan of reorganization), whether through merger, asset or equity sale, business combination, or otherwise, irrespective of whether such transaction occurs in a Restructuring Case or on an out-of-court basis (in each case, a "Transaction")).  Client hereby waives any right, title, and interest of such successor entity to all information, data, documents, or communications in any format covered by the Privileges that is in the possession of the Firm ("Firm Materials"), to the extent that such successor entity had any right, title, and interest to such Firm Materials.  For the avoidance of doubt, Client agrees and acknowledges that after a Transaction, such successor entity shall have

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                **CONFIDENTIAL**
May 1, 2023
Page 5

no right to claim or waive the Privileges or request the return of any such Firm Materials; instead, such Firm Materials shall remain in the Firm's sole possession and control for its exclusive use, and the Firm will (a) not waive any Privileges or disclose the Firm Materials, (b) take all reasonable steps to ensure that the Privileges survive and remain in full force and effect, and (c) assert the Privileges to prevent disclosure of any Firm Materials.

**Data Protection.**  You further agree that, if you provide us with personal data, you have complied with applicable data protection legislation and that we may process such personal data in accordance with our Data Transfer and Privacy Policy at www.kirkland.com.  We process your personal data in order to (i) carry out work for you; (ii) share the data with third parties such as expert witnesses and other professional advisers if our work requires; (iii) comply with applicable laws and regulations and (iv) provide you with information relating to our Firm and its services.

**Conflicts of Interest.**  As is customary for a law firm of the Firm's size, there are numerous business entities, with which Client currently has relationships, that the Firm has represented or currently represents in matters unrelated to Client.

Further, in undertaking the representation of Client, the Firm wants to be fair not only to Client's interests but also to those of the Firm's other clients.  Because Client is engaged in activities (and may in the future engage in additional activities) in which its interests may diverge from those of the Firm's other clients, the possibility exists that one of the Firm's current or future clients may take positions adverse to Client (including litigation or other dispute resolution mechanisms) in a matter in which such other client may have retained the Firm or one of Client's adversaries may retain the Firm in a matter adverse to another entity or person.

In the event a present conflict of interest exists between Client and the Firm's other clients or in the event one arises in the future, Client agrees to waive any such conflict of interest or other objection that would preclude the Firm's representation of another client (a) in other current or future matters substantially unrelated to the Engagement or (b) other than during a Restructuring Case (as defined below), in other matters related to Client (such representation an "Allowed Adverse Representation").  By way of example, such Allowed Adverse Representations might take the form of, among other contexts: litigation (including arbitration, mediation and other forms of dispute resolution); transactional work (including consensual and non-consensual merger, acquisition, and takeover situations, financings, and commercial agreements); counseling (including advising direct adversaries and competitors); and restructuring (including bankruptcy, insolvency, financial distress, recapitalization, equity and debt workouts, and other transactions or adversarial adjudicative proceedings related to any of the foregoing and similar matters).

## KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                                    **CONFIDENTIAL**
May 1, 2023
Page 6

Client also agrees that it will not, for itself or any other entity or person, assert that either (i) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (ii) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing another entity or person in any Allowed Adverse Representation. Client further agrees that any Allowed Adverse Representation does not breach any duty that the Firm owes to Client or any of Client's affiliates. Client also agrees that the Firm's representation in the Engagement is solely of Client and that no member or other entity or person related to it (such as a shareholder, parent, subsidiary, affiliate, director, officer, partner, employee, or joint venturer) has the status of a client for conflict of interest purposes.

In addition, if a waiver of a conflict of interest necessary to allow the Firm to represent another client in a matter that is not substantially related to the Engagement is not effective for any reason, Client agrees that the Firm may withdraw from the Engagement. Should that occur, Client will not, for itself or any other entity or person, seek to preclude such termination of services or assert that either (a) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (b) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing such other client or acting on such adverse matter.

It is important that you review this letter carefully and consider all of the advantages and disadvantages of waiving certain conflicts of interests that would otherwise bar the Firm from representing parties with interests adverse to you during the time in which the Firm is representing you. You also understand that because this waiver includes future issues and future clients that are unknown and unknowable at this time, it is impossible to provide you with any more details about those prospective clients and matters. Thus, in choosing to execute this waiver, you have recognized the inherent uncertainty about the array of potential matters and clients the Firm might take on in matters that are adverse to you but have nonetheless decided it is in your interest to waive conflicts of interest regarding the Allowed Adverse Representations and waive rights to prohibit the Firm's potential withdrawal should a conflict waiver prove ineffectual.

The Firm informs Client that certain entities owned by current or former Firm attorneys and senior staff ("attorney investment entities") have investments in funds or companies that may, directly or indirectly, be affiliated with Client, hold investments in Client's debt or equity securities, may be adverse to Client, or conduct commercial transactions with Client (each, a "Passive Holding"). The attorney investment entities are passive and have no management or other control rights in such funds or companies. The Firm notes that other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between the Firm's exercise of its independent professional judgment in rendering advice to Client and the financial

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                          **CONFIDENTIAL**
May 1, 2023
Page 7

interest of Firm attorneys participating in the attorney investment entities, and such other persons might seek to limit Client's ability to use the Firm to advise Client on a particular matter. While the Firm cannot control what a person might assert or seek, the Firm believes that the Firm's judgment will not be compromised by virtue of any Passive Holding. Please let us know if Client has any questions or concerns regarding the Passive Holdings. By executing this letter, Client acknowledges the Firm's disclosure of the foregoing.

**Restructuring Cases**. If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

**No Guarantee of Success.** It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

**Consent to Use of Information.** In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

**Reimbursement of Fees and Expenses.** Client agrees to promptly reimburse the Firm for all internal or external fees and expenses, including the amount of the Firm's attorney and paralegal time at normal billing rates, as incurred by the Firm in connection with participating in, preparing for, or responding to any action, claim, objection, suit, or proceeding brought by or against any third-party that relates to the legal services provided by the Firm under this Agreement. Without

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                              **CONFIDENTIAL**
May 1, 2023
Page 8

limiting the scope of the foregoing, and by way of example only, this paragraph extends to all such fees and expenses incurred by the Firm: in responding to document subpoenas, and preparing for and testifying at depositions and trials; and with respect to the filing, preparation, prosecution or defense of any applications by the Firm for approval of fees and expenses in a judicial, arbitral, or similar proceeding. Further, Client understands, acknowledges, and agrees that in connection with a Restructuring Case, if Client has not objected to the payment of a Firm invoice or to a Firm fee and expense application, has in fact paid such invoice, or has approved such fee and expense application, then Client waives its right (and the right of any successor entity as a result of a Transaction or otherwise) to subsequently object to the payment of fees and expenses covered by such invoice or fee application.

**LLP.**  Kirkland & Ellis LLP is a limited liability partnership organized under the laws of Illinois, and Kirkland & Ellis International LLP is a limited liability partnership organized under the laws of Delaware.  Pursuant to those statutory provisions, an obligation incurred by a limited liability partnership, whether arising in tort, contract or otherwise, is solely the obligation of the limited liability partnership, and partners are not personally liable, directly or indirectly, by way of indemnification, contribution, assessment or otherwise, for such obligation solely by reason of being or so acting as a partner.

**Governing Law**.  This Agreement shall be governed by, and construed in accordance with, the laws of the State of Illinois, without giving effect to the conflicts of law principles thereof.

**Miscellaneous.**  This Agreement sets forth the Parties' entire agreement for rendering professional services.  It can be amended or modified only in writing and not orally or by course of conduct.  Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding.  This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it.  If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable.  Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client, including without limitation the reorganized Client upon and after the effective date of a plan of reorganization in a Restructuring Case.

This Agreement is the product of arm's-length negotiations between sophisticated parties, and Client acknowledges that it is experienced with respect to the retention of legal counsel. Therefore, the Parties acknowledge and agree that any otherwise applicable rule of contract

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                         **CONFIDENTIAL**
May 1, 2023
Page 9

construction or interpretation which provides that ambiguities shall be construed against the drafter (and all similar rules of contract construction or interpretation) shall not apply to this Agreement. The Parties further acknowledge that the Firm is not advising Client with respect to this Agreement because the Firm would have a conflict of interest in doing so, and that Client has consulted (or had the opportunity to consult) with legal counsel of its own choosing.   Client further acknowledges that Client has entered into this Agreement and agreed to all of its terms and conditions voluntarily and fully-informed, based on adequate information and Client's own independent judgment.  The Parties further acknowledge that they intend for this Agreement to be effective and fully enforceable upon its execution and to be relied upon by the Parties.

* * *

## KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                          **CONFIDENTIAL**
May 1, 2023
Page 10

     Please confirm your agreement with the arrangements described in this letter by signing the enclosed copy of this letter in the space provided below and returning it to us.  Please understand that, if we do not receive a signed copy of this letter within twenty-one days, we will withdraw from representing you in this Engagement.

                    Very truly yours,

                    KIRKLAND & ELLIS LLP

                    By: _____

                    Printed Name:  Joshua A. Sussberg
                    Title:  Partner

     Agreed and accepted this _3rd__ day of May, 2023

           PGX HOLDINGS, INC.

           By: _____
           Name:  Chad Wallace
           Title:    Chief Executive Officer

           JOHN C. HEATH, ATTORNEY AT LAW PC

           By: _____
           Name:  John C. Heath
           Title:    Chief Executive Officer

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                             **CONFIDENTIAL**
May 1, 2023
Page 10

     Please confirm your agreement with the arrangements described in this letter by signing the enclosed copy of this letter in the space provided below and returning it to us.  Please understand that, if we do not receive a signed copy of this letter within twenty-one days, we will withdraw from representing you in this Engagement.

                Very truly yours,

                KIRKLAND & ELLIS LLP

                By: _____
                    Printed Name:  Joshua A. Sussberg
                    Title:  Partner

Agreed and accepted this ___ day of May, 2023

                PGX HOLDINGS, INC.

                By: _____
                Name:  Chad Wallace
                Title:    Chief Executive Officer

                JOHN C. HEATH, ATTORNEY AT LAW PC



                By: _____
                Name:  John C. Heath
                Title:    Chief Executive Officer

# KIRKLAND & ELLIS LLP

Mr. Chad Wallace
Mr. John C. Heath                                                      **CONFIDENTIAL**
May 1, 2023
Page 11

## ADDENDUM: List of Client Subsidiaries

Credit Repair UK, Inc.

Credit.com, Inc.

Creditrepair.com Holdings, Inc.

Creditrepair.com, Inc.

eFolks, LLC

eFolks Holdings, Inc.

Progrexion ASG, Inc.

Progrexion Holdings, Inc.

Progrexion IP, Inc.

Progrexion Marketing, Inc.

Progrexion Teleservices, Inc.

**KIRKLAND & ELLIS LLP**

**CLIENT-REIMBURSABLE EXPENSES AND OTHER CHARGES**

*Effective 01/01/2023*

The following outlines Kirkland & Ellis LLP's ("K&E LLP") policies and standard charges for various services performed by K&E LLP and/or by other third parties on behalf of the client which are often ancillary to our legal services. Services provided by in-house K&E LLP personnel are for the convenience of our clients. Given that these services are often ancillary to our legal services, in certain instances it may be appropriate and/or more cost efficient for these services to be outsourced to a third-party vendor. If services are provided beyond those outlined below, pricing will be based on K&E LLP's approximate cost and/or comparable market pricing.

- **Duplicating, Reprographics and Printing**: The following list details K&E LLP's charges for duplicating, reprographics and printing services:

  - Black and White Copy or Print (all sizes of paper):
    - $0.16 per impression for all U.S. offices
    - €0.10 per impression in Munich
    - £0.15 per impression in London
    - HK$1.50 per impression in Hong Kong
    - RMB1.00 per impression in Beijing and Shanghai
  - Color Copy or Print (all sizes of paper):
    - $0.55 per impression
  - Scanned Images:
    - $0.16 per page for black and white or color scans
  - Other Services:
    - CD/DVD Duplicating or Mastering - $7/$10 per CD/DVD
    - Binding - $0.70 per binding
    - Large or specialized binders - $13/$27
    - Tabs - $0.13 per item
    - OCR/File Conversion - $0.03 per page
    - Large Format Printing - $1.00 per sq. ft.

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing activities incurred on their matters during standard business hours.

- **Overtime Charges**: Clients will be charged for overtime costs for secretarial and document services work if either (i) the client has specifically requested the after-hours work or (ii) the nature of the work being done for the client necessitates out-of-hours overtime and such work could not have been done during normal working hours. If these conditions are satisfied, costs for related overtime meals and transportation also will be charged.

1

- **Travel Expenses**:  We charge clients our out-of-pocket costs for travel expenses including associated travel agency fees.  We charge coach fares (business class for international flights) unless the client has approved business-class, first-class or an upgrade.  K&E LLP personnel are instructed to incur only reasonable airfare, hotel and meal expenses.  K&E LLP negotiates, uses, and passes along volume discount hotel and air rates whenever practicable.  However, certain retrospective rebates may not be passed along.

- **Catering Charges:**  Clients will be charged for any in-house catering service provided in connection with client matters.

- **Communication Expenses**:  We do not charge clients for telephone calls, conference calls, videoconferences or faxes made from K&E LLP's offices.

  Charges incurred for conference calls, videoconferences, cellular telephones, and calls made from other third-party locations will be charged to the client at the actual cost incurred.  Further, other telecommunication expenses incurred at third-party locations (e.g., phone lines at trial sites, Internet access, etc.) will be charged to the client at the actual cost incurred.

- **Overnight Delivery/Postage**:  We charge clients for the actual cost of overnight and special delivery (e.g., Express Mail, FedEx, and DHL), and U.S. postage for materials mailed on the client's behalf.  K&E LLP negotiates, uses, and passes along volume discount rates whenever practicable.

- **Messengers**:  We charge clients for the actual cost of a third-party vendor messenger.

- **Library Research Services:** Library Research staff provides research and document retrieval services at the request of attorneys, and clients are charged per hour for these services.  Any expenses incurred in connection with the request, such as outside retrieval service or online research charges, are passed on to the client at cost, including any applicable discounts.

- **Online Research Charges**:  K&E LLP charges for costs incurred in using third-party online research services in connection with a client matter.  K&E LLP negotiates and uses discounts or special rates for online research services whenever possible and practicable and passes through the full benefit of any savings to the client based on actual usage.

- **Inter-Library Loan Services**: Our standard client charge for inter-library loan services when a K&E LLP library employee borrows a book from an outside source is $25 per title.  There is no client charge for borrowing books from K&E LLP libraries in other cities or from outside collections when the title is part of the K&E LLP collection but unavailable.

- **Off-Site Legal Files Storage**:  Clients are not charged for off-site storage of files unless the storage charge is approved in advance.

- **Electronic Data Storage**:  K&E LLP will not charge clients for costs to store electronic data and files on K&E LLP's systems if the data stored does not exceed 100 gigabytes (GB).  If the data stored for a specific client exceeds 100GB, K&E LLP will charge clients $6.00 per month/per GB for all network data stored until the data is either returned to the client or properly disposed of.  For e-discovery data on the Relativity platform, K&E LLP will also charge clients $6.00 per month/per GB until the data is either returned to the client or properly disposed of.

- **Tax Filings**:  Clients will be charged a fixed fee for certain tax filings. Our standard charge is $400 per Form 8832 election; $250 per Form 83(b) election for the first 20 forms, $100 per form for any additional forms; $1,000 each for Form SS-4 (Foreign); $100 each for Form SS-4 (Domestic); and $75 for each FIRPTA certificate.

- **Calendar Court Services**:  Our standard charge is $25 for a court filing and other court services or transactions.

- **Supplies**:  There is no client charge for standard office supplies.  Clients are charged for special items (e.g., a minute book, exhibit tabs/indexes/dividers, binding, etc.) and then at K&E LLP's actual cost.

- **Contract Attorneys and Contract Non-Attorney Billers**:  If there is a need to utilize a contract attorney or contract non-attorney on a client engagement, clients will be charged a standard hourly rate for these billers unless other specific billing arrangements are agreed between K&E LLP and client.

- **Expert Witnesses, Experts of Other Types, and Other Third Party Consultants**:  If there is a need to utilize an expert witness, expert of other type, or other third party consultant such as accountants, investment bankers, academicians, other attorneys, etc. on a client engagement, clients will be requested to retain or pay these individuals directly unless specific billing arrangements are agreed between K&E LLP and client.

- **Third Party Expenditures**:  Third party expenditures (e.g., corporate document and lien searches, lease of office space at Trial location, IT equipment rental, SEC and regulatory filings, etc.) incurred on behalf of a client, will be passed through to the client at actual cost.  If the invoice exceeds $50,000, it is K&E LLP's policy that wherever possible such charges will be directly billed to the client.  In those circumstances where this is not possible, K&E LLP will seek reimbursement from our client prior to paying the vendor.

Unless otherwise noted, charges billed in foreign currencies are determined annually based on current U.S. charges at an appropriate exchange rate.

3

**<u>Exhibit D</u>**

**Budget and Staffing Plan**

**Budget and Staffing Plan**

**(For Matter Categories for the Period Beginning on
June 4, 2023 and Ending on August 31, 2023)**

**Budget**

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 2 | Chapter 11 Filing & First Day Pleadings | 98 – 110 | $160,000 – $180,500 |
| 3 | Adversary Proceeding & Contested Matters | 293 – 329 | $300,000 – $337,500 |
| 4 | Automatic Stay Matters | 59 – 66 | $60,000 – $67,500 |
| 5 | Business Operations | 59 – 66 | $60,000 – $67,500 |
| 6 | Case Administration | 59 – 66 | $60,000 – $67,500 |
| 7 | Cash Management and DIP Financing | 98 – 110 | $100,000 – $112,500 |
| 8 | Customer and Vendor Communications | 59 – 66 | $60,000 – $67,500 |
| 9 | Claims Administration and Objections | 10 – 11 | $10,000 – $11,250 |
| 10 | Official Committee Matters and Meetings | 195 – 220 | $200,000 – $225,000 |
| 11 | Use, Sale, and Disposition of Property | 332 – 373 | $300,000 – $337,500 |
| 12 | Corp. Governance & Securities Matters | 10 – 11 | $10,000 – $11,250 |
| 13 | Employee Matters | 59 – 66 | $60,000 – $67,500 |
| 14 | Executory Contracts and Unexpired Leases | 49 – 55 | $50,000 – $56,250 |
| 15 | SOFAs and Schedules | 59 – 66 | $60,000 – $67,500 |
| 16 | Hearings | 20 – 22 | $20,000 – $22,500 |
| 17 | Insurance and Surety Matters | 10 – 11 | $10,000 – $11,250 |
| 18 | Disclosure Statement, Plan, Confirmation | 215 – 241 | $220,000 – $247,500 |
| 19 | K&E Retention and Fee Matters | 98 – 110 | $100,000 – $112,500 |
| 20 | Non-K&E Retention and Fee Matters | 10 – 11 | $10,000 – $11,250 |
| 21 | Tax Matters | 10 – 11 | $10,000 – $11,250 |
| 22 | Non-Working Travel | 39 – 44 | $40,000 – $45,000 |
| 23 | U.S. Trustee Communications & Reporting | 39 – 44 | $40,000 – $45,000 |
| 24 | Expenses | 59 – 66 | $60,000 – $67,500 |
| **TOTAL** | | **1,951 – 2,195** | **$2,000,000 – $2,250,000** |

**<u>Staffing Plan</u>**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 18 | $1,625 |
| Associate | 22 | $981 |
| Legal Assistant | 7 | $469 |
| **Total** | **47** | **$1,025** |

---

[1]   The Average Hourly Rate is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.

## **Exhibit E**

**Voluntary Rate Disclosures**

- The blended hourly rate for all K&E domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on September 1, 2022 and ending on August 31, 2023 (the "Comparable Period") was, in the aggregate, approximately **$1,124.62** per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all K&E timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$1,139.50** per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at K&E | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partner | $1,510.00 | $1,516.65 |
| Associate | $1,060.26 | $957.61 |
| Paralegal | $527.29 | $440.31 |
| Junior Paralegal | $325.00 | $280.75 |
| Support Staff | $382.49 | $464.54 |
| **Total** | **$1,139.50** | **$1,124.62** |

---

[1]    It is the nature of K&E's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within K&E's Restructuring Group.  Accordingly, "Non-Bankruptcy Matters" consist of matters for which K&E domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding.  Moreover, the Non-Bankruptcy Matters include time billed by K&E domestic timekeepers who work primarily within K&E's Restructuring Group.

[2]    K&E calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by K&E domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3]    K&E calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.

**<u>Exhibit F</u>**

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Thad W. Davis, P.C. | Partner | Taxation | 2005 | $116,136.50 | 64.70 | N/A | 1,795.00 | 1,795.00 | $116,136.50 |
| Richard U. S. Howell, P.C. | Partner | Litigation - General | 2006 | $109,350.00 | 67.50 | N/A | 1,620.00 | 1,620.00 | $109,350.00 |
| Chad J. Husnick, P.C. | Partner | Restructuring | 2004 | $90,389.00 | 44.20 | N/A | 2,045.00 | 2,045.00 | $90,389.00 |
| Vladimir Khodosh, P.C. | Partner | Technology & IP Transactions | 2002 | $5,564.50 | 3.10 | N/A | 1,795.00 | 1,795.00 | $5,564.50 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | $1,022.50 | 0.50 | N/A | 2,045.00 | 2,045.00 | $1,022.50 |
| Josh Sussberg, P.C. | Partner | Restructuring | 2004 | $6,339.50 | 3.10 | N/A | 2,045.00 | 2,045.00 | $6,339.50 |
| Kate Vera, P.C. | Partner | ECEB - Executive Compensation | 2016 | $160.50 | 0.10 | N/A | 1,605.00 | 1,605.00 | $160.50 |
| David Wheat, P.C. | Partner | Taxation | 1988 | $1,112.50 | 0.50 | N/A | 2,225.00 | 2,225.00 | $1,112.50 |
| Spencer A. Winters | Partner | Restructuring | 2013 | $268,625.50 | 185.90 | N/A | 1,445.00 | 1,445.00 | $268,625.50 |
| Carolyn Aiken | Partner | Corporate - Debt Finance | 2013 | $44,341.50 | 28.70 | N/A | 1,545.00 | 1,545.00 | $44,341.50 |
| Daniel S. Daines | Partner | Corporate - M&A/Private Equity | 2009 | $125,528.00 | 88.40 | N/A | 1,420.00 | 1,420.00 | $125,528.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Alexander Flynn-Tabloff | Partner | ECEB - Labor/Employment | 2015 | $2,062.50 | 1.50 | N/A | 1,375.00 | 1,375.00 | $2,062.50 |
| Whitney Fogelberg | Partner | Restructuring | 2012 | $281,010.00 | 197.20 | N/A | 1,425.00 | 1,425.00 | $281,010.00 |
| Susan D. Golden | Partner | Restructuring | 1988 | $8,260.00 | 5.60 | N/A | 1,475.00 | 1,475.00 | $8,260.00 |
| Kate Guilfoyle | Partner | Litigation - General | 2012 | $81,504.00 | 57.60 | N/A | 1,415.00 | 1,415.00 | $81,504.00 |
| Casey McGushin | Partner | Litigation - General | 2014 | $181,261.50 | 128.10 | N/A | 1,415.00 | 1,415.00 | $181,261.50 |
| William T. Pruitt | Partner | Litigation - General | 2004 | $2,015.00 | 1.30 | N/A | 1,550.00 | 1,550.00 | $2,015.00 |
| Jeffrey S. Quinn | Partner | ECEB - Employee Benefits | 1998 | $947.50 | 0.50 | N/A | 1,895.00 | 1,895.00 | $947.50 |
| Steve Toth | Partner | Corporate - M&A/Private Equity | 2005 | $16,311.50 | 10.10 | N/A | 1,615.00 | 1,615.00 | $16,311.50 |
| Matthew Wheatley | Partner | Antitrust/Competition | 2014 | $2,565.00 | 1.80 | N/A | 1,425.00 | 1,425.00 | $2,565.00 |
| Emma Balls | Associate | Corporate - General | 2020 | $33,630.00 | 38.00 | N/A | 885.00 | 885.00 | $33,630.00 |
| Emma Balls | Associate | Corporate - General | 2020 | $9,651.50 | 9.70 | N/A | 995.00 | 885.00 | $8,584.50 |
| Alex Bledsoe | Associate | Corporate - General | 2022 | $4,263.00 | 5.80 | N/A | 735.00 | 735.00 | $4,263.00 |
| Simon Briefel | Associate | Restructuring | 2018 | $37,723.50 | 30.30 | N/A | 1,245.00 | 1,245.00 | $37,723.50 |
| Simon Briefel | Associate | Restructuring | 2018 | $184,926.00 | 142.80 | N/A | 1,295.00 | 1,245.00 | $177,786.00 |
| Chris Ceresa | Associate | Restructuring | 2020 | $122,545.50 | 106.10 | N/A | 1,155.00 | 1,155.00 | $122,545.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Chris Ceresa | Associate | Restructuring | 2020 | $416,950.50 | 334.90 | N/A | 1,245.00 | 1,155.00 | $386,809.50 |
| Ashton Dubey | Associate | Litigation - General | 2022 | $6,545.00 | 7.70 | N/A | 850.00 | 850.00 | $6,545.00 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | $22,744.50 | 25.70 | N/A | 885.00 | 885.00 | $22,744.50 |
| Paul Goldsmith | Associate | Corporate - General | 2021 | $11,243.50 | 11.30 | N/A | 995.00 | 885.00 | $10,000.50 |
| Amila Golic | Associate | Restructuring | 2021 | $76,110.00 | 86.00 | N/A | 885.00 | 885.00 | $76,110.00 |
| Amila Golic | Associate | Restructuring | 2021 | $70,645.00 | 71.00 | N/A | 995.00 | 885.00 | $62,835.00 |
| Diana Heriford | Associate | Restructuring | 2022 | $71,589.00 | 97.40 | N/A | 735.00 | 735.00 | $71,589.00 |
| Diana Heriford | Associate | Restructuring | 2022 | $213,639.00 | 241.40 | N/A | 885.00 | 735.00 | $177,429.00 |
| Brandon King | Associate | Corporate - M&A/Private Equity | 2019 | $9,950.00 | 10.00 | N/A | 995.00 | 995.00 | $9,950.00 |
| Tamar Kofman | Associate | Restructuring | 2019 | $35,223.00 | 35.40 | N/A | 995.00 | 995.00 | $35,223.00 |
| Nick Krislov | Associate | Restructuring | 2018 | $11,137.00 | 8.60 | N/A | 1,295.00 | 1,295.00 | $11,137.00 |
| Kelsey Marie Laugel | Associate | Antitrust/Competition | 2017 | $647.50 | 0.50 | N/A | 1,295.00 | 1,295.00 | $647.50 |
| Kelsey Marie Laugel | Associate | Antitrust/Competition | 2017 | $412.50 | 0.30 | N/A | 1,375.00 | 1,295.00 | $388.50 |
| Patricia Walsh Loureiro | Associate | Restructuring | 2020 | $5,313.00 | 4.60 | N/A | 1,155.00 | 1,155.00 | $5,313.00 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Sean Magill | Associate | Corporate - Debt Finance | 2021 | $12,437.50 | 12.50 | N/A | 995.00 | 995.00 | $12,437.50 |
| Sean Magill | Associate | Corporate - Debt Finance | 2021 | $2,772.00 | 2.40 | N/A | 1,155.00 | 995.00 | $2,388.00 |
| Michael William Morgan | Associate | Corporate - General | 2022 | $808.50 | 1.10 | N/A | 735.00 | 735.00 | $808.50 |
| Keyan Norman | Associate | Corporate - General | 2021 | $25,753.50 | 29.10 | N/A | 885.00 | 885.00 | $25,753.50 |
| Keyan Norman | Associate | Corporate - General | 2021 | $73,431.00 | 73.80 | N/A | 995.00 | 885.00 | $65,313.00 |
| Karra A. Puccia | Associate | Restructuring | 2023 | $13,363.50 | 15.10 | N/A | 885.00 | 885.00 | $13,363.50 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | $53,655.00 | 73.00 | N/A | 735.00 | 735.00 | $53,655.00 |
| Gabrielle Christine Reardon | Associate | Restructuring | 2022 | $150,007.50 | 169.50 | N/A | 885.00 | 735.00 | $124,582.50 |
| Jacob Reichman | Associate | Corporate - M&A/Private Equity | 2020 | $7,221.00 | 5.80 | N/A | 1,245.00 | 1,245.00 | $7,221.00 |
| Kelby Roth | Associate | Restructuring | 2022 | $16,684.50 | 22.70 | N/A | 735.00 | 735.00 | $16,684.50 |
| Kelby Roth | Associate | Restructuring | 2022 | $103,279.50 | 116.70 | N/A | 885.00 | 735.00 | $85,774.50 |
| Adrian Salmen | Associate | Restructuring | 2021 | $48,763.50 | 55.10 | N/A | 885.00 | 885.00 | $48,763.50 |
| Adrian Salmen | Associate | Restructuring | 2021 | $148,553.50 | 149.30 | N/A | 995.00 | 885.00 | $132,130.50 |
| Maryia Shybut | Associate | Restructuring | 2022 | $82,981.50 | 112.90 | N/A | 735.00 | 735.00 | $82,981.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Maryia Shybut | Associate | Restructuring | 2022 | $19,293.00 | 21.80 | N/A | 885.00 | 735.00 | $16,023.00 |
| Michael A. Sloman | Associate | Restructuring | 2022 | $12,736.00 | 12.80 | N/A | 995.00 | 995.00 | $12,736.00 |
| Alex Stephenson | Associate | Taxation | 2022 | $9,222.50 | 11.90 | N/A | 775.00 | 775.00 | $9,222.50 |
| Alex Stephenson | Associate | Taxation | 2022 | $36,278.00 | 38.80 | N/A | 935.00 | 775.00 | $30,070.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $3,465.00 | 3.00 | N/A | 1,155.00 | 1,155.00 | $3,465.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $249.00 | 0.20 | N/A | 1,245.00 | 1,155.00 | $231.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $5,082.00 | 4.40 | N/A | 1,155.00 | 1,155.00 | $5,082.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $2,490.00 | 2.00 | N/A | 1,245.00 | 1,155.00 | $2,310.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $75,198.00 | 60.40 | N/A | 1,245.00 | 1,245.00 | $75,198.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $212,380.00 | 164.00 | N/A | 1,295.00 | 1,245.00 | $204,180.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $118,622.00 | 91.60 | N/A | 1,295.00 | 1,295.00 | $118,622.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $390,912.50 | 284.30 | N/A | 1,375.00 | 1,295.00 | $368,168.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed In this Application Prior to Promotion (if any) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In this Application Prior to Promotion (if any) | |
| Maryia Shybut | Associate | Restructuring | 2022 | $19,293.00 | 21.80 | N/A | 885.00 | 735.00 | $16,023.00 |
| Michael A. Sloman | Associate | Restructuring | 2022 | $12,736.00 | 12.80 | N/A | 995.00 | 995.00 | $12,736.00 |
| Alex Stephenson | Associate | Taxation | 2022 | $9,222.50 | 11.90 | N/A | 775.00 | 775.00 | $9,222.50 |
| Alex Stephenson | Associate | Taxation | 2022 | $36,278.00 | 38.80 | N/A | 935.00 | 775.00 | $30,070.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $3,465.00 | 3.00 | N/A | 1,155.00 | 1,155.00 | $3,465.00 |
| Alex Straka | Associate | Corporate - Debt Finance | 2019 | $249.00 | 0.20 | N/A | 1,245.00 | 1,155.00 | $231.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $5,082.00 | 4.40 | N/A | 1,155.00 | 1,155.00 | $5,082.00 |
| Thao Thai | Associate | Technology & IP Transactions | 2018 | $2,490.00 | 2.00 | N/A | 1,245.00 | 1,155.00 | $2,310.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $75,198.00 | 60.40 | N/A | 1,245.00 | 1,245.00 | $75,198.00 |
| Matthew J. Van Wagoner | Associate | Corporate - M&A/Private Equity | 2017 | $212,380.00 | 164.00 | N/A | 1,295.00 | 1,245.00 | $204,180.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $118,622.00 | 91.60 | N/A | 1,295.00 | 1,295.00 | $118,622.00 |
| Alison Wirtz | Associate | Restructuring | 2016 | $390,912.50 | 284.30 | N/A | 1,375.00 | 1,295.00 | $368,168.50 |

## **Exhibit G**

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | $34.00 |
| Standard Copies or Prints | Kirkland & Ellis LLP | $0.10 | $870.10 |
| Binding | Kirkland & Ellis LLP | | $3.50 |
| Tabs/Indexes/Dividers | | | $16.77 |
| Color Copies or Prints | | | $2,274.25 |
| Scanned Images | | | $72.80 |
| 4" Binders | | | $39.00 |
| Local Transportation | | | $537.95 |
| Travel Expense | | | $4,375.25 |
| Airfare | | | $4,936.85 |
| Transportation to/from airport | | | $1,228.38 |
| Travel Meals | | | $514.05 |
| Other Travel Expenses | | | $210.00 |
| Court Reporter Fee/Deposition | | | $2,863.40 |
| Other Court Costs and Fees | | | $19,321.55 |
| Working Meals/K&E Only | | | - |
| Catering Expenses | | | $916.00 |
| Computer Database Research | | | $4,053.00 |
| Westlaw Research | | | $6,196.58 |
| LexisNexis Research | | | $2,074.11 |
| Overtime Transportation | | | $145.54 |
| Overtime Meals - Attorney | | | $120.00 |
| Secretarial Overtime | | | $25.20 |
| Document Services Overtime | | | $112.23 |
| Overnight Delivery - Hard | | | $182.14 |
| Computer Database Research - Soft | | | $83.60 |
| **Total** | | | **$51,206.25** |

# Exhibit H

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 2 | Chapter 11 Filing & First Day Pleadings | 156 – 176 | 289.90 | $160,000 - $180,000 | $283,248.50 |
| 3 | Adversary Proceeding & Contested Matters | 293 -329 | 520.20 | $300,000 - $337,500 | $639,529.00 |
| 4 | Automatic Stay Matters | 59 – 66 | - | $60,000 - $67,500 | $0.00 |
| 5 | Business Operations | 59 – 66 | 18.20 | $60,000 - $67,500 | $25,171.00 |
| 6 | Case Administration | 59 – 66 | 185.20 | $60,000 - $67,500 | $179,374.50 |
| 7 | Cash Management and DIP Financing | 98 – 110 | 340.70 | $100,000 - $112,500 | $409,158.00 |
| 8 | Customer and Vendor Communications | 59 – 66 | 28.60 | $60,000 - $67,500 | $29,929.00 |
| 9 | Claims Administration and Objections | 10 – 11 | 3.80 | $100,000 - $112,500 | $4,465.00 |
| 10 | Official Committee Matters and Meetings | 195 – 220 | 172.10 | $200,000 - $225,000 | $227,285.00 |
| 11 | Use, Sale, and Disposition of Property | 293 – 329 | 1,284.40 | $300,000 - $337,500 | $1,504,357.00 |
| 12 | Corp., Governance, & Securities Matters | 10 – 11 | 53.30 | $10,000 - $11,250 | $66,778.50 |
| 13 | Employee Matters | 59 – 66 | 35.00 | $60,000 - $67,500 | $40,979.50 |
| 14 | Executory Contracts and Unexpired Leases | 49 – 55 | 16.00 | $50,000 - $56,250 | $18,587.50 |
| 15 | SOFAs and Schedules | 59 – 66 | 41.30 | $60,000 - $67,500 | $39,351.50 |
| 16 | Hearings | 20 – 22 | 11.60 | $20,000 - $22,500 | $15,817.50 |
| 17 | Insurance and Surety Matters | 10 – 11 | 36.70 | $10,000 - $11,250 | $40,549.50 |
| 18 | Disclosure Statement, Plan, Confirmation | 215 – 241 | 365.00 | $220,000 - $247,500 | $366,930.00 |
| 19 | K&E Retention and Fee Matters | 209 – 232 | 222.80 | $100,000 - $112,500 | $207,837.50 |
| 20 | Non-K&E Retention and Fee Matters | 98 – 110 | 33.80 | $10,000 - $11,250 | $34,290.00 |
| 21 | Tax Matters | 10 – 11 | 124.50 | $10,000 - $11,250 | $170,859.50 |
| 22 | Non-Working Travel | 39 – 44 | 32.70 | $40,000 - $45,000 | $46,650.50 |
| 23 | U.S. Trustee Communications & Reporting | 39 – 44 | 31.00 | $40,000 - $45,000 | $32,288.00 |

| Matter Number | Matter Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 24 | Expenses | - | - | $60,000 - $67,500 | $51,206.25 |
| | **Totals** | | **3,846.80** | **$2,000,000 - $2,250,000** | **$4,434,642.75** |

## Exhibit I

**Detailed Description of Services Provided**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083567**
**Client Matter: 47119-2**

---

**In the Matter of Chapter 11 Filing & First-Day Pleading**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                          $ 283,248.50

Total legal services rendered                                                              $ 283,248.50

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083567
PGX Holdings, Inc.                                          Matter Number:            47119-2
Chapter 11 Filing & First-Day Pleading

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 1.90 | 1,295.00 | 2,460.50 |
| Simon Briefel | 12.50 | 1,245.00 | 15,562.50 |
| Chris Ceresa | 6.90 | 1,245.00 | 8,590.50 |
| Chris Ceresa | 23.00 | 1,155.00 | 26,565.00 |
| Amy Donahue | 20.90 | 480.00 | 10,032.00 |
| Whitney Fogelberg | 18.10 | 1,425.00 | 25,792.50 |
| Susan D. Golden | 0.70 | 1,475.00 | 1,032.50 |
| Paul Goldsmith | 1.30 | 995.00 | 1,293.50 |
| Paul Goldsmith | 15.80 | 885.00 | 13,983.00 |
| Amila Golic | 1.50 | 995.00 | 1,492.50 |
| Amila Golic | 9.20 | 885.00 | 8,142.00 |
| Diana Heriford | 11.50 | 885.00 | 10,177.50 |
| Diana Heriford | 24.60 | 735.00 | 18,081.00 |
| Richard U. S. Howell, P.C. | 6.50 | 1,620.00 | 10,530.00 |
| Tamar Kofman | 4.00 | 995.00 | 3,980.00 |
| Casey McGushin | 2.20 | 1,415.00 | 3,113.00 |
| Robert Orren | 18.20 | 570.00 | 10,374.00 |
| Gabrielle Christine Reardon | 7.80 | 735.00 | 5,733.00 |
| Kelby Roth | 1.60 | 885.00 | 1,416.00 |
| Kelby Roth | 3.60 | 735.00 | 2,646.00 |
| Adrian Salmen | 1.10 | 995.00 | 1,094.50 |
| Adrian Salmen | 18.30 | 885.00 | 16,195.50 |
| Maryia Shybut | 21.20 | 735.00 | 15,582.00 |
| Luke Spangler | 8.70 | 325.00 | 2,827.50 |
| Josh Sussberg, P.C. | 0.40 | 2,045.00 | 818.00 |
| Thao Thai | 0.50 | 1,155.00 | 577.50 |
| Spencer A. Winters | 20.20 | 1,445.00 | 29,189.00 |
| Alison Wirtz | 1.20 | 1,375.00 | 1,650.00 |
| Alison Wirtz | 26.50 | 1,295.00 | 34,317.50 |
| **TOTALS** | **289.90** | | **$ 283,248.50** |

Legal Services for the Period Ending July 31, 2023       Invoice Number:     1050083567
PGX Holdings, Inc.      Matter Number:     47119-2
Chapter 11 Filing & First-Day Pleading

### Description of Legal Services

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 06/04/23 | Simon Briefel | 11.50 | Review, revise, comment on petitions, first day pleadings (4.1); correspond with A. Salmen, K&E team re same (1.4); correspond with A&M re same (.7); review and analyze petitions, first day pleadings for filing (5.3). |
| 06/04/23 | Chris Ceresa | 14.60 | Review, analyze first-day motions re filing (1.9); revise same (1.7); telephone conference with A. Wirtz, K&E team re same (1.2); correspond with A. Wirtz, K&E team re same (2.2); revise exhibit re first day declaration (2.6); review, analyze same (1.3); review, revise first-day presentation (2.7); review, analyze petitions re filing (1.0). |
| 06/04/23 | Amy Donahue | 10.50 | Assist with preparations for chapter 11 filing (6.0); review and revise petitions (2.0); review and revise filing plan checklist (1.5); review and revise notice of commencement (1.0). |
| 06/04/23 | Amy Donahue | 2.00 | Review, compile, and organize recently filed motions and petitions onto DMS. |
| 06/04/23 | Whitney Fogelberg | 4.70 | Review and revise first day motions (2.9); prepare first day motions for filing (1.3); telephone conference with C. Wallace and K&E team re hearing preparation (.5). |
| 06/04/23 | Susan D. Golden | 0.70 | Review U.S. Trustee comments to creditor matrix order (.3); correspond with A. Wirtz re proposed responses to same (.3); correspond with C. Ceresa re follow-up to same (.1). |
| 06/04/23 | Paul Goldsmith | 13.10 | Revise first-day motions (3.9); prepare same for filing (2.8); revise exhibit re first-day declaration (1.6); telephone conference with S. Winters, Company re filing authorization (2.0); telephone conference with Klehr Harrison, A. Wirtz re filing preparation (2.8), |
| 06/04/23 | Amila Golic | 5.50 | Revise evidentiary exhibit to first-day declaration (2.2); correspond with A. Wirtz, K&E team re same (.8); research and analyze precedent re same (2.1); correspond with A. Wirtz re same (.2); correspond with Klehr re filing process and first day motions (.2). |

Legal Services for the Period Ending July 31, 2023                    Invoice Number:          1050083567
PGX Holdings, Inc.                                                    Matter Number:             47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Diana Heriford | 11.00 | Revise utilities motion (1.4); revise joint administration motion (1.1); revise first day declaration exhibit (1.9); revise pleading template (.6); revise first day presentation (.4); revise creditor matrix motion (2.8); revise organizational chart (2.1); revise restructuring term sheet (.7). |
| 06/04/23 | Richard U. S. Howell, P.C. | 1.70 | Review, analyze first day hearing materials (1.1); prepare witness for first day hearing (.4); review, analyze correspondence re same (.2). |
| 06/04/23 | Casey McGushin | 1.70 | Review and revise declarations re first day hearing (1.3); telephone conference with witness re hearing (.4). |
| 06/04/23 | Robert Orren | 7.00 | Prepare petitions and first day motions for filing (3.6); revise agenda and notice of first day hearing (1.7); prepare orders of first day motions (1.5); correspond with A. Wirtz, K&E team re same (.2). |
| 06/04/23 | Gabrielle Christine Reardon | 3.70 | Review and revise creditor matrix motion (1.2); review, revise evidentiary exhibit to first day declaration (.8); review and revise first day presentation (1.7). |
| 06/04/23 | Kelby Roth | 0.40 | Correspond with Klehr re first-day motions (.2); prepare for filing (.2). |
| 06/04/23 | Adrian Salmen | 0.80 | Correspond with S. Briefel, K&E team re filing preparation. |
| 06/04/23 | Luke Spangler | 7.00 | Prepare and assist with chapter 11 filing. |
| 06/04/23 | Josh Sussberg, P.C. | 0.10 | Correspond with S. Winters re deal status and filing. |
| 06/04/23 | Thao Thai | 0.50 | Review, analyze intellectual property issues re filing. |
| 06/04/23 | Spencer A. Winters | 6.80 | Review and analyze issues re finalization of deal documents (2.3); review and revise first day presentation (1.0); review and analyze chapter 11 filing issues (2.2); telephone conferences with A. Wirtz, K&E team re same (1.3). |

Legal Services for the Period Ending July 31, 2023        Invoice Number:        1050083567
PGX Holdings, Inc.                                        Matter Number:           47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Alison Wirtz | 14.40 | Review and comment on first day pleadings and first day declaration (4.3); conference and correspond with S. Winters, K&E team re same (3.3); review and comment on first day pleadings and filing versions of same (5.7); conference and correspond with Klehr Harrison team, W. Fogelberg, S. Briefel and C. Ceresa re various filing items (1.1). |
| 06/05/23 | Chris Ceresa | 4.60 | Review, revise first-day motions re filing (.9); revise agenda re first-day hearing (.4); review, analyze first-day presentation (2.4); revise creditor matrix interim order re filing (.9). |
| 06/05/23 | Amy Donahue | 3.30 | Assist with preparations for upcoming first day hearing (2.3); review and compile recently filed pleadings and upload to DMS (.4); prepare binders for first day hearing (.6). |
| 06/05/23 | Whitney Fogelberg | 8.10 | Review and analyze first day pleadings (4.2); prepare for first day hearing (3.9). |
| 06/05/23 | Paul Goldsmith | 0.30 | Finalize SoFA motion. |
| 06/05/23 | Amila Golic | 3.40 | Draft talking points and preparatory materials for first day motions for first day hearing (3.1); correspond with K. Roth re sending first day motions to U.S. Trustee (.2); correspond with W. Fogelberg, KCC re notice of sale of law firm (.1). |
| 06/05/23 | Diana Heriford | 8.60 | Prepare motions for filing (1.2); research first-day transcripts (3.8); draft summary re same (.5); draft first-day talking points (3.1). |
| 06/05/23 | Richard U. S. Howell, P.C. | 3.00 | Analyze first-day declarations (1.1); review, analyze first-day pleadings (.9); telephone conference with witness re hearing preparation (.4); review, analyze potential first day hearing issues (.6). |
| 06/05/23 | Tamar Kofman | 1.50 | Draft talking points re cash management motion (.7); draft talking points re critical vendors motion (.4); correspond with S. Briefel, K&E team re same (.1); revise same (.3). |
| 06/05/23 | Casey McGushin | 0.50 | Telephone conference with N. Augustine re first-day hearing preparation. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:       1050083567
PGX Holdings, Inc.                                    Matter Number:         47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Robert Orren | 7.00 | Distribute to A. Wirtz, K&E team first-day hearing transcript precedent (.7); prepare hearing appearance registrations for K&E attorneys presenting at first day hearing (.6); correspond with C. Ceresa and A. Wirtz re same (.4); distribute telephone conference notifications for first day hearing to A. Wirtz, K&E team, Company, advisors (.5); correspond with C. Ceresa and A. Wirtz re same (.3); prepare materials for first day hearing (3.5); correspond with A. Donahue and L. Spangler re same (1.0). |
| 06/05/23 | Gabrielle Christine Reardon | 1.70 | Draft chart re first day motion objections (1.5); research re first day transcripts (.2). |
| 06/05/23 | Kelby Roth | 1.80 | Compile first day motions re U.S. Trustee distribution (.3); correspond with A. Wirtz, K&E team re same (.2); draft case announcement (1.1); correspond with C. Ceresa, K&E team re same (.2). |
| 06/05/23 | Adrian Salmen | 12.40 | Correspond with S. Briefel, K&E team re first day hearing preparation (.7); draft DIP motion talking points (3.3); review, analyze precedent first day hearing transcripts (2.1); telephone conference with A. Wirtz, K&E team re work in process (.5); review, revise first day presentation (.9); attend telephone conference with U.S. Trustee re creditor matrix open issues (.4); review, revise wages talking points (.8); draft NOL talking points (1.7); conferences with S. Briefel re DIP (.1); review, revise hearing speech (1.6); review, analyze statutes re wages cap (.3). |
| 06/05/23 | Maryia Shybut | 10.30 | Revise first day presentation (2.3); draft talking points re first day presentation (2.4); prepare one-page summary re first day presentation (2.5); revise talking points re first day presentation (.5); analyze case law re definition of affiliates (.5); draft summary re same (1.1); conference with A. Wirtz, K&E team re critical workstreams (.5); draft talking points re KCC retention (.2); daft talking points re insurance motion (.3). |

Legal Services for the Period Ending July 31, 2023   Invoice Number:  1050083567
PGX Holdings, Inc.            Matter Number:   47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Luke Spangler | 1.70 | Prepare and assist with chapter 11 filing (.3); correspond with R. Orren, K&E team re hearing preparation (.2); correspond with A. Donahue re binder preparation (.3); correspond with A. Wirtz, K&E team re hearing listen-only line distribution (.2); compile and circulate binder requests in preparation for hearing (.5); correspond with K&E team re Delaware hearing registrations (.2). |
| 06/05/23 | Josh Sussberg, P.C. | 0.20 | Review and comment on first day presentation (.1); correspond with S. Winters re case status, filing (.1). |
| 06/05/23 | Spencer A. Winters | 8.30 | Draft talking points for first day hearing (3.3); prepare for first day hearing (3.2); telephone conferences with A. Wirtz, K&E team re same (1.8). |
| 06/05/23 | Alison Wirtz | 4.60 | Draft and review talking points for hearing (1.2); review and analyze first day pleadings (1.6); coordinate re hearing logistics (1.8). |
| 06/06/23 | Simon Briefel | 0.50 | Review, revise first day orders re Court comments at first day hearing. |
| 06/06/23 | Simon Briefel | 0.50 | Correspond with A. Wirtz, K&E team re preparation re first day hearing. |
| 06/06/23 | Chris Ceresa | 2.80 | Coordinate revisions to first-day interim orders (1.2); review and revise same (1.1); coordinate filing same (.5). |
| 06/06/23 | Amy Donahue | 4.30 | Assist with hearing preparations for first day hearing (3.0); coordinate with conference center re hearing rooms set up (.6); review and compile recently filed pleadings and orders and upload to the DMS (.7). |
| 06/06/23 | Amy Donahue | 0.10 | Prepare listen-only line re first day hearing. |
| 06/06/23 | Whitney Fogelberg | 5.30 | Prepare for first day hearing. |
| 06/06/23 | Paul Goldsmith | 0.30 | Draft tax motion talking points. |
| 06/06/23 | Paul Goldsmith | 1.50 | Prepare for first day hearing. |
| 06/06/23 | Paul Goldsmith | 0.10 | Prepare for first day hearing. |
| 06/06/23 | Amila Golic | 0.30 | Telephone conference with A. Salmen, K&E team re first day presentation (.1); correspond with C. Ceresa re creditor matrix exhibit (.1); telephone conference with C. Ceresa re same (.1). |

Legal Services for the Period Ending July 31, 2023        Invoice Number:      1050083567
PGX Holdings, Inc.        Matter Number:      47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/23 | Diana Heriford | 5.00 | Review, analyze first-day transcripts (1.3); revise creditor matrix motion scripts (1.1); revise utilities order (.4); revise creditor matrix motion order exhibit (.4); analyze entered first-day orders (1.7); correspond with Klehr re same (.1). |
| 06/06/23 | Richard U. S. Howell, P.C. | 1.10 | Prepare for first day hearing (.8); review, analyze next steps following same (.3). |
| 06/06/23 | Tamar Kofman | 2.00 | Draft talking points re cash management motion (.7); draft talking points re critical vendors motion (.7); correspond with S. Briefel, K&E team re same (.3); review, analyze, transcripts re same (.3). |
| 06/06/23 | Robert Orren | 4.20 | Prepare materials for first day hearing (2.9); prepare draft interim and final first day orders (.8); correspond with C. Ceresa and K&E team re same (.2); prepare for internal storage first day hearing transcript (.3). |
| 06/06/23 | Gabrielle Christine Reardon | 2.00 | Draft chart re first day motion objections. |
| 06/06/23 | Gabrielle Christine Reardon | 0.40 | Review, revise and compile creditor matrix order for filing. |
| 06/06/23 | Kelby Roth | 0.80 | Correspond with S. Winters, K&E team re case announcement summary (.3); review, revise same (.5). |
| 06/06/23 | Adrian Salmen | 5.10 | Correspond with M. Shybut, K&E team re hearing presentation (.2); prepare for first day hearing (2.3); review, revise first day orders (2.2); review, analyze order language re go-forward obligations (.4). |
| 06/06/23 | Maryia Shybut | 7.40 | Revise interim order re insurance (.5); revise order re KCC retention (.5); correspond with C. Ceresa, K&E team, Klehr Harrison team re same (.5); correspond with C. Ceresa, Klehr Harrison team, A&M team re insurance motion (1.0); revise talking points re first day presentation (2.3); revise descriptive facts re first day presentation (1.1); conference with A. Salmen, C. Ceresa re first day presentation (.5); prepare for same (.5); revise first day presentation (.5). |
| 06/06/23 | Josh Sussberg, P.C. | 0.10 | Correspond with S. Winters, K&E team re first-day hearing. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083567
PGX Holdings, Inc.                                          Matter Number:            47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/23 | Spencer A. Winters | 5.10 | Prepare for first day hearing (2.8); review and analyze follow ups from same, initial filing issues (1.2); telephone conferences with A. Wirtz, K&E team re same (1.1). |
| 06/06/23 | Alison Wirtz | 6.90 | Prepare for hearing, including review and analyze precedent transcripts and talking points (4.3); conference and correspond with S. Winters, W. Fogelberg and K&E team re same (.5); review and sign off on filing of revised orders for first day pleadings (2.1). |
| 06/07/23 | Amy Donahue | 0.70 | Review, compile and organize filed first-day orders from docket into DMS. |
| 06/07/23 | Tamar Kofman | 0.50 | Review, analyze, first day orders. |
| 06/08/23 | Paul Goldsmith | 0.50 | Review, analyze first day motions deadlines. |
| 06/08/23 | Kelby Roth | 0.60 | Review, revise case announcement (.4); correspond with S. Winters, K&E team re same (.2). |
| 06/15/23 | Alison Wirtz | 0.60 | Conference with S. Winters, W&C team and lenders re status of CFPB litigation and next steps. |
| 06/20/23 | Chris Ceresa | 1.00 | Review, analyze first day orders re outstanding requirements. |
| 06/20/23 | Maryia Shybut | 3.50 | Revise final orders re first day motions (3.1); correspond with C. Ceresa re same (.4). |
| 06/29/23 | Richard U. S. Howell, P.C. | 0.70 | Telephone conference re second day hearing (.2); review, analyze correspondence and other materials re open issues for second day hearing (.5). |
| 07/13/23 | Paul Goldsmith | 0.90 | Revise drafts of final first-day motion orders. |
| 07/14/23 | Chris Ceresa | 0.30 | Correspond with A. Wirtz and K&E team re legal issues with first day orders. |
| 07/16/23 | Chris Ceresa | 0.70 | Review, analyze outstanding legal issues re pending first day orders. |
| 07/17/23 | Amila Golic | 1.30 | Review and analyze correspondence and issues re comments to first day orders by external parties (.6); correspond with A. Wirtz, K&E team, U.S. Trustee, K&S, Proskauer re same (.7). |
| 07/17/23 | Alison Wirtz | 1.20 | Correspond with S. Briefel and K&E team re revised proposed first day final orders and CoCs. |

Legal Services for the Period Ending July 31, 2023    Invoice Number:  1050083567
PGX Holdings, Inc.            Matter Number:   47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/18/23 | Simon Briefel | 1.60 | Analyze, comment on final first day orders (1.0); correspond with C. Ceresa, K&E team re same (.3); prepare same for filing (.3). |
| 07/18/23 | Chris Ceresa | 3.40 | Coordinate with S. Briefel, K&E team re filing of revised final orders re operational motions (.7); review, analyze legal issues same (1.4); correspond with S. Briefel, K&E team, Klehr team re same (1.3). |
| 07/18/23 | Amila Golic | 0.20 | Correspond with Klehr, A. Wirtz, K&E team re creditor matrix order. |
| 07/18/23 | Diana Heriford | 0.40 | Revise final utilities order (.2); review and analyze same for filing (.2). |
| 07/18/23 | Diana Heriford | 2.90 | Compile first day final orders (.6); review, analyze same (1.6); correspond with C. Ceresa, K&E team re same (.7). |
| 07/19/23 | Simon Briefel | 0.30 | Review, comment on hearing agenda re final first-day pleadings (.1); correspond with Klehr re same, first day order issues (.2). |
| 07/19/23 | Chris Ceresa | 1.30 | Draft case and first day order summary (.7); telephone conference with A. Wirtz re same (.3); prepare materials re same (.3). |
| 07/20/23 | Chris Ceresa | 0.70 | Review, analyze outstanding legal issues re pending first day orders. |
| 07/20/23 | Paul Goldsmith | 0.40 | Draft first day pleadings final order reporting obligations table. |
| 07/20/23 | Diana Heriford | 2.80 | Revise summary re first day final order reporting obligations (1.9); revise same (.9). |
| 07/20/23 | Kelby Roth | 1.60 | Correspond with D. Heriford, G. Reardon re second day order reporting obligations chart (.1); review, analyze cash management, taxes, and creditor matrix final orders (.3); draft reporting and noticing obligations chart re taxes, cash management, and creditor matrix order obligations (1.1); correspond with D. Heriford re same (.1). |
| 07/20/23 | Adrian Salmen | 1.10 | Review, analyze final first-day orders re go-forward requirements. |
| 07/21/23 | Chris Ceresa | 0.20 | Review, analyze outstanding legal issues re pending first day orders. |

Legal Services for the Period Ending July 31, 2023            Invoice Number:            1050083567
PGX Holdings, Inc.                                            Matter Number:              47119-2
Chapter 11 Filing & First-Day Pleading

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/21/23 | Diana Heriford | 4.40 | Revise summary re first day final order reporting obligations (2.9); review, analyze final orders re same (.9); correspond with C. Ceresa re same (.3); correspond with S. Briefel re same (.2); correspond with A&M re same (.1). |
| 07/25/23 | Chris Ceresa | 0.30 | Review and analyze compliance summary for first day orders. |
| 07/25/23 | Diana Heriford | 1.00 | Review, revise summary re first day final order reporting obligations. |

**Total**                                                    **289.90**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083568**
**Client Matter: 47119-3**

---

## In the Matter of Adversary Proceeding & Contested Matter

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                    $ 368,585.50

Total legal services rendered                    $ 368,585.50

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023   Invoice Number:   1050083568
PGX Holdings, Inc.                                    Matter Number:         47119-3
Adversary Proceeding & Contested Matter

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 22.80 | 1,295.00 | 29,526.00 |
| Chris Ceresa | 1.50 | 1,245.00 | 1,867.50 |
| Amy Donahue | 1.20 | 480.00 | 576.00 |
| Ashton Dubey | 7.70 | 850.00 | 6,545.00 |
| Whitney Fogelberg | 20.20 | 1,425.00 | 28,785.00 |
| Kate Guilfoyle | 49.60 | 1,415.00 | 70,184.00 |
| Diana Heriford | 26.10 | 885.00 | 23,098.50 |
| Diana Heriford | 16.80 | 735.00 | 12,348.00 |
| Richard U. S. Howell, P.C. | 22.40 | 1,620.00 | 36,288.00 |
| Chad J. Husnick, P.C. | 0.20 | 2,045.00 | 409.00 |
| Casey McGushin | 61.60 | 1,415.00 | 87,164.00 |
| Robert Orren | 1.70 | 570.00 | 969.00 |
| Gabrielle Christine Reardon | 3.20 | 885.00 | 2,832.00 |
| Kelby Roth | 1.80 | 885.00 | 1,593.00 |
| Adrian Salmen | 11.40 | 995.00 | 11,343.00 |
| Josh Sussberg, P.C. | 0.30 | 2,045.00 | 613.50 |
| Matthew J. Van Wagoner | 0.40 | 1,295.00 | 518.00 |
| Matthew J. Van Wagoner | 1.30 | 1,245.00 | 1,618.50 |
| Spencer A. Winters | 6.10 | 1,445.00 | 8,814.50 |
| Alison Wirtz | 28.90 | 1,375.00 | 39,737.50 |
| Alison Wirtz | 2.90 | 1,295.00 | 3,755.50 |
| **TOTALS** | **288.10** | | **$ 368,585.50** |

| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083568 |
|---|---|---|
| PGX Holdings, Inc. | Matter Number: | 47119-3 |
| Adversary Proceeding & Contested Matter | | |

### Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/05/23 | Alison Wirtz | 0.60 | Conference and correspond with L. Tanner re pending litigation, suggestions of bankruptcy and related matters. |
| 06/06/23 | Alison Wirtz | 0.50 | Correspond with KCC on service to certain litigation counterparties (.1); correspond with L. Tanner re suggestions of bankruptcy and provide same (.4). |
| 06/07/23 | Whitney Fogelberg | 1.40 | Telephone conference with Company, S. Winters, K&E team re litigation issues (.5); review and analyze issues re same (.9). |
| 06/07/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze correspondence re open litigation issues following first day hearing (.3); prepare materials re same (.2). |
| 06/07/23 | Josh Sussberg, P.C. | 0.20 | Review, analyze CFPB order (.1); correspond re same with S. Winters, K&E team (.1). |
| 06/07/23 | Spencer A. Winters | 2.10 | Review and analyze issues re WARN litigation (.5); prepare for telephone conference with Company re same (.1); telephone conference with Company re same (.2); review and analyze issues re CFPB litigation (.9); prepare for and attend telephone conference with W&C, Company re same (.4). |
| 06/08/23 | Josh Sussberg, P.C. | 0.10 | Correspond re CFPB order and status. |
| 06/08/23 | Spencer A. Winters | 0.30 | Review, analyze issues re CFPB litigation. |
| 06/09/23 | Richard U. S. Howell, P.C. | 0.50 | Prepare and review correspondence with A. Wirtz, W. Fogelberg and C. McGushin re open litigation issues prior to second day hearing. |
| 06/12/23 | Whitney Fogelberg | 0.60 | Telephone conference with Company, Williams & Connolly and S. Winters re CFPB litigation update. |
| 06/12/23 | Spencer A. Winters | 0.50 | Prepare for telephone conference with W&C re CFPB issues (.1); participate in same (.4). |
| 06/12/23 | Alison Wirtz | 0.40 | Correspond with L. Tanner and S. Winters re status of certain pending litigation claims. |
| 06/13/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze correspondence re open litigation issues. |
| 06/13/23 | Alison Wirtz | 0.30 | Correspond with L. Tanner re pending litigation claims. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083568
PGX Holdings, Inc.      Matter Number:     47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/14/23 | Whitney Fogelberg | 2.30 | Telephone conferences with Williams & Connolly and S. Winters re CFPB litigation update (.8); telephone conference with Holland & Hart re WARN Act adversary proceeding (.6); review and analyze adversary complaint re same (.9). |
| 06/14/23 | Richard U. S. Howell, P.C. | 1.20 | Review, analyze correspondence re open litigation issues (.5); telephone conference with C. McGushin, K&E team re same (.2); review, analyze documents re employee claims (.5). |
| 06/14/23 | Casey McGushin | 0.50 | Telephone conference with Company, W. Fogelberg, K&E team re WARN Act claims. |
| 06/14/23 | Spencer A. Winters | 0.60 | Review and analyze issues re CFPB litigation. |
| 06/15/23 | Whitney Fogelberg | 0.70 | Telephone conference with Williams & Connolly and lenders' counsel re CFPB litigation update. |
| 06/16/23 | Diana Heriford | 1.70 | Research precedent re creditor matrix objection replies. |
| 06/20/23 | Amy Donahue | 1.20 | Draft and revise creditor matrix objection reply shell. |
| 06/20/23 | Kate Guilfoyle | 3.50 | Review, revise board materials for privilege and redact same (2.9); conference with B. Arnault, K&E team re privilege determinations (.6). |
| 06/20/23 | Diana Heriford | 5.50 | Draft creditor matrix objection reply (3.9); research case law re same (1.6). |
| 06/20/23 | Matthew J. Van Wagoner | 1.30 | Analyze CROA Claim. |
| 06/21/23 | Diana Heriford | 2.70 | Draft creditor matrix objection reply. |
| 06/21/23 | Richard U. S. Howell, P.C. | 0.20 | Prepare and review correspondence re open litigation issues. |
| 06/22/23 | Whitney Fogelberg | 3.20 | Review and analyze lender edits to proposed CFPB order (1.2); telephone conference with Williams & Connolly and Company re same (.4); telephone conference with Company employment counsel re WARN Act complaint (.5); review and analyze issues re same (1.1). |
| 06/22/23 | Diana Heriford | 0.60 | Draft creditor matrix objection reply. |
| 06/22/23 | Spencer A. Winters | 1.10 | Telephone conference with K&S, Williams & Connolly re CFPB litigation (.5); review and revise proposed order re same (.6). |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083568
PGX Holdings, Inc.     Matter Number:     47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/22/23 | Alison Wirtz | 0.20 | Correspond with S. Winters and KCC re noticing for litigation claimants (.2);. |
| 06/23/23 | Diana Heriford | 2.20 | Draft creditor matrix objection reply. |
| 06/23/23 | Alison Wirtz | 0.50 | Conference with D. Heriford and K&E team re creditor matrix reply and related research. |
| 06/24/23 | Whitney Fogelberg | 0.80 | Review and analyze issues re WARN Act adversary proceeding. |
| 06/27/23 | Whitney Fogelberg | 0.40 | Telephone conference with Company and Williams & Connolly re CFPB litigation update. |
| 06/27/23 | Diana Heriford | 2.30 | Review, analyze issues re creditor matrix objection reply (.9); research re same (1.4). |
| 06/27/23 | Alison Wirtz | 0.40 | Conference with W. Fogelberg, K&E team and W&C team re CFPB litigation update. |
| 06/28/23 | Whitney Fogelberg | 1.60 | Telephone conferences with Company and Williams & Connolly re CFPB litigation (.9); telephone conference with counsel to lenders, Company and Williams & Connolly re same (.7). |
| 06/28/23 | Diana Heriford | 1.80 | Review, analyze issues re creditor matrix objection reply (1.3); conference with A. Wirtz, C. Ceresa re same (.5). |
| 06/28/23 | Spencer A. Winters | 1.50 | Prepare for telephone conference re CFPB issues (.7); telephone conference with Williams & Connolly re same (.8). |
| 06/30/23 | Kate Guilfoyle | 2.50 | Review, analyze board materials for privilege and redact same (2.1); conference with A. Wirtz, K&E team re same (.4). |
| 07/03/23 | Whitney Fogelberg | 1.70 | Telephone conference with Holland & Hart and Company re WARN Act issues (.9); review and analyze issues re same (.8). |
| 07/05/23 | Whitney Fogelberg | 2.90 | Telephone conference with S. Winters and Williams & Connelly re CFPB litigation (.3); telephone conference with Williams & Connolly, S. Winters, CFPB, and DOJ re same (.5); telephone conference with S. Winters and K&S re same (.4); telephone conference and correspond with S. Winters re same (.4); review and revise answer re WARN Act complaint (1.1); correspond with K&S re same (.2). |
| 07/05/23 | Alison Wirtz | 0.10 | Correspond with C. Ceresa and M. Shybut re CFPB research. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083568
PGX Holdings, Inc.                                          Matter Number:             47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/23 | Diana Heriford | 0.40 | Revise objection reply re creditor matrix. |
| 07/10/23 | Richard U. S. Howell, P.C. | 1.20 | Review, analyze materials in preparation for contested second day hearing (.9); review and analyze correspondence re same (.3). |
| 07/10/23 | Alison Wirtz | 0.20 | Correspond with A&M team and W. Fogelberg re creditor matrix motion. |
| 07/11/23 | Whitney Fogelberg | 0.90 | Telephone conference with Company, counsel to lenders, and Williams & Connolly re CFPB hearing update. |
| 07/11/23 | Diana Heriford | 1.00 | Review, revise creditor matrix objection reply. |
| 07/11/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze correspondence from W. Fogelberg and C. McGushin re open litigation issues and potential dispute with UCC. |
| 07/11/23 | Alison Wirtz | 0.90 | Telephone conference with Company, counsel to lenders, and Williams & Connolly re CFPB hearing update. |
| 07/12/23 | Diana Heriford | 2.50 | Review, revise creditor matrix objection reply (1.4); review, analyze research re same (1.1). |
| 07/13/23 | Kate Guilfoyle | 1.70 | Review and analyze board materials for privilege prior to production. |
| 07/13/23 | Diana Heriford | 0.60 | Telephone conference with C. Ceresa re creditor matrix reply (.4); review, analyze creditor matrix reply (.2). |
| 07/13/23 | Casey McGushin | 1.10 | Review and analyze materials in preparation for potential depositions (.7); telephone conference with opposing counsel re depositions (.4). |
| 07/13/23 | Alison Wirtz | 0.50 | Conference and correspond with K&E team re creditor matrix research tasks and reply. |
| 07/14/23 | Chris Ceresa | 1.50 | Draft, review, revise deposition outline. |
| 07/14/23 | Ashton Dubey | 0.20 | Correspond with S. Briefel re deposition outline precedent. |
| 07/14/23 | Diana Heriford | 0.10 | Review, analyze creditor matrix reply declaration. |
| 07/14/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze materials in preparation for depositions. |
| 07/14/23 | Casey McGushin | 1.70 | Review and analyze documents to prepare for deposition preparation sessions (1.3); correspond with opposing counsel regarding deposition scheduling (.4). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083568
PGX Holdings, Inc.      Matter Number:      47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/15/23 | Whitney Fogelberg | 1.40 | Review and revise Board independent director deposition preparation outline (.4); telephone conference with independent director and C. McGushin, K&E team re deposition preparation (1.0). |
| 07/15/23 | Diana Heriford | 3.20 | Revise creditor matrix reply (1.8); revise declaration re same (1.4). |
| 07/15/23 | Richard U. S. Howell, P.C. | 2.00 | Prepare for and participate in witness preparation session re objections to DIP motion and bid procedures motion (1.3); review, analyze materials to prepare for hearing re same (.7). |
| 07/15/23 | Casey McGushin | 2.20 | Prepare for deposition preparation session with independent director (1.2); participate in preparation session with same (1.0). |
| 07/15/23 | Alison Wirtz | 0.60 | Correspond with C. McGushin and W. Fogelberg re materials for witness prep. |
| 07/16/23 | Kate Guilfoyle | 0.20 | Correspond with C. McGushin, K&E team re depositions and preparation sessions. |
| 07/16/23 | Casey McGushin | 1.90 | Review and analyze declarations in preparation for deposition preparation sessions (1.4); draft and revise deposition preparation outlines (.5). |
| 07/17/23 | Whitney Fogelberg | 2.30 | Telephone conference with A. Wirtz, K&E team and Company re deposition preparation (1.1); telephone conference with A. Wirtz, K&E team and Greenhill re deposition preparation (1.2). |
| 07/17/23 | Kate Guilfoyle | 6.00 | Review and analyze first day filings and board materials (2.9); prepare for Company deposition preparation (1.3); correspond with A. Wirtz re same (.3); prepare Company for deposition (1.5). |
| 07/17/23 | Casey McGushin | 1.70 | Prepare for deposition preparation session with N. Augustine (.7); participate in deposition preparation session with Greenhill individual to be deposed (1.0). |
| 07/17/23 | Alison Wirtz | 2.90 | Telephone conference with W. Fogelberg, K&E team and Company re deposition preparation (1.1); telephone conference with W. Fogelberg, K&E team and Greenhill re deposition preparation (1.2); correspond with K. Guilfoyle re same (.3); conference with Klehr team re evidence considerations (.3). |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083568
PGX Holdings, Inc.     Matter Number:     47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/18/23 | Kate Guilfoyle | 7.90 | Conference with C. Wallace in advance of deposition (1.1); defend C. Wallace deposition (4.4); draft summary and outstanding issues for K&E team (.7); review pre-production documents for privilege (1.2); review C. Wallace transcript for material to designate professionals' eyes only (.5). |
| 07/18/23 | Casey McGushin | 1.70 | Draft and revise witness and exhibit list (.4); telephone conference with R. Howell and K&E team re hearing preparation (.4); draft and revise direct examination of independent director for hearing (.9). |
| 07/18/23 | Alison Wirtz | 6.90 | Conference and correspond with K. Guilfoyle and C. Wallace in advance of deposition; attend C. Wallace deposition; conference and correspond with W. Fogelberg and K&E team re same. |
| 07/19/23 | Kate Guilfoyle | 4.50 | Defend Greenhill deposition. |
| 07/19/23 | Casey McGushin | 7.80 | Prepare independent director for deposition (.8); defend deposition of independent director (4.5); review and analyze materials re wages in preparation for hearing (.8); draft and revise direct examination for R. Meltzer (1.1); correspond with R. Howell re hearing preparation (.2); draft, revise, and finalize exhibit list (.4). |
| 07/19/23 | Alison Wirtz | 2.70 | Conference with C. McGushin re evidence for hearing (.3); attend portion of N. Augustine deposition (1.5); conference and correspond with S. Briefel and C. Ceresa re hearing and replies re same (.9). |
| 07/20/23 | Casey McGushin | 0.60 | Correspond with R. Howell and K&E team re service of deposition subpoenas. |
| 07/20/23 | Alison Wirtz | 1.20 | Correspond with C. McGushin re depositions and evidentiary record for DIP and bidding procedures (.1); correspond and conference with witness re various issues related to deposition (.5); correspond with Klehr Harrison and C. McGushin re same (.6). |
| 07/23/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze materials in preparation for depositions of independent director and PGX chairman. |
| 07/23/23 | Casey McGushin | 1.80 | Draft and revise deposition preparation outline for depositions. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083568
PGX Holdings, Inc.                                          Matter Number:              47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/24/23 | Kate Guilfoyle | 1.30 | Review and analyze Company deponent's deposition transcript (.9); draft privilege log (.4). |
| 07/24/23 | Richard U. S. Howell, P.C. | 3.20 | Telephone conferences with C. McGushin, K&E team re preparations for depositions of independent director and PGX chairman (2.7); review, analyze materials re same (.5). |
| 07/24/23 | Chad J. Husnick, P.C. | 0.20 | Correspond and conference with A. Wirtz, K&E team, Company re CFPB motion to convert chapter 11 cases (.1); review and analyze same (.1). |
| 07/24/23 | Casey McGushin | 5.60 | Prepare for deposition preparation session with Lexington Law's deponent (1.2); prepare for deposition preparation session with S. Cervinka (1.7); participate in deposition preparation session with Lexington Law deponent (1.1); participate in deposition preparation session with PGX board chairman (.9); draft and revise direct exam outline for independent director (.7). |
| 07/24/23 | Alison Wirtz | 1.70 | Conference and correspond with C. McGushin re witness prep and diligence items (.4); review and analyze arguments in CFPB motion to convert (1.3). |
| 07/25/23 | Simon Briefel | 0.80 | Review and analyze CFPB motion to convert chapter 11 cases (.3); correspond with D. Heriford, A. Salmen re same (.2); telephone conference with Klehr, A. Wirtz, K&E team re July 31 hearing preparation (.3). |
| 07/25/23 | Kate Guilfoyle | 4.50 | Conference with K&E team re privilege issues (.3); prepare for and attend J. Health deposition prep (3.2); conference with A. Dubey on deposition transcript review and confidentiality designations (.4); draft privilege log (.6). |
| 07/25/23 | Diana Heriford | 3.70 | Research precedent re objection to motion to convert (1.2); review, analyze motion to convert (.1); draft objection to motion to convert (2.4). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Adversary Proceeding & Contested Matter

Invoice Number:          1050083568
Matter Number:               47119-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/25/23 | Richard U. S. Howell, P.C. | 4.70 | Telephone conferences with C. McGushin to prepare for deposition of PGX board chairman (2.3); review, analyze materials re same (.5); review, analyze motion to convert cases filed by CFPB (.7); prepare and review correspondence re open litigation issues (1.2). |
| 07/25/23 | Casey McGushin | 5.40 | Prepare for deposition preparation session with Lexington Law deponent (.7); participate in deposition preparation session with Lexington Law deponent (.9); prepare for deposition preparation session with PGX board chairman (1.4); participate in deposition preparation session with PGX board chairman (2.0); telephone conference with local counsel Klehr Harrison re hearing logistics (.4). |
| 07/25/23 | Robert Orren | 1.70 | Retrieve precedent re objection to motion to convert to chapter 7 (.9); correspond with D. Heriford re same (.3); draft objection re same (.4); correspond with A. Salmen re same (.1). |
| 07/25/23 | Adrian Salmen | 1.20 | Review and analyze precedent re conversion objection (.9); correspond with A. Wirtz, K&E team re same (.3). |
| 07/25/23 | Alison Wirtz | 1.80 | telephone conference with Klehr, S. Briefel, K&E team re July 31 hearing preparation (.3); conference and correspond with C. Ceresa, K&E team re objection to motion to convert and arguments related thereto (1.2); correspond with K. Guilfoyle and K&E team re preparation for depositions (.3). |
| 07/26/23 | Simon Briefel | 7.00 | Attend and take minutes of witness deposition (6.0); correspond with C. Husnick, A. Wirtz re same (1.0). |
| 07/26/23 | Ashton Dubey | 0.50 | Draft deposition confidentiality designations. |
| 07/26/23 | Kate Guilfoyle | 6.20 | Defend J. Heath deposition (5.5); draft summary of same (.7). |
| 07/26/23 | Diana Heriford | 8.40 | Research objection to motion to convert precedent (2.9); draft objection to motion to convert (2.8); revise same (2.7). |
| 07/26/23 | Richard U. S. Howell, P.C. | 5.30 | Prepare for and participate in deposition of PGX board chairman. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083568
PGX Holdings, Inc.                                          Matter Number:            47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/26/23 | Casey McGushin | 3.20 | Review and analyze deposition transcripts in preparation for hearing (1.6); draft and revise witness examination and preparation outlines for second day hearing (1.1); telephone conference with committee counsel ArentFox Schiff re hearing logistics (.5). |
| 07/26/23 | Adrian Salmen | 2.80 | Review, revise objection to conversion motion. |
| 07/26/23 | Matthew J. Van Wagoner | 0.40 | Correspond with C. McGushin, K&E litigation team re litigation summary. |
| 07/26/23 | Alison Wirtz | 0.10 | Correspond with S. Briefel and C. Ceresa re depositions. |
| 07/27/23 | Simon Briefel | 2.90 | Draft, revise objection to motion to convert (2.2); review, analyze motion to convert (.7). |
| 07/27/23 | Ashton Dubey | 4.50 | Draft deposition confidentiality designations. |
| 07/27/23 | Kate Guilfoyle | 6.00 | Conference with A. Dubey re deposition transcript review and review work product (.4); draft privilege log (.8); review and analyze documents for privilege (3.4); review and comment re UCC exhibit list (1.1); conference with C. McGushin re same (.3). |
| 07/27/23 | Diana Heriford | 5.90 | Research re objection to motion to convert (.7); research case law re objection to motion to convert (1.3); draft objection to motion to convert re good faith (1.4); revise same (1.2); telephone conference with A. Wirtz, S. Briefel, A. Salmen re objection to motion to convert (.6); telephone conference with S. Briefel, A. Salmen re objection to motion to convert revisions (.7). |
| 07/27/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze correspondence re open discovery issues. |
| 07/27/23 | Casey McGushin | 4.20 | Prepare draft witness examinations for second day hearing (1.4); review and analyze materials in preparation for second day hearing (2.5); draft and revise witness and exhibit list (.3). |
| 07/27/23 | Adrian Salmen | 3.80 | Conference with A. Wirtz, K&E team re conversion objection (.5); conference with S. Briefel, D. Heriford re objection to conversion (.8); correspond with S. Briefel, K&E team re same (.4); research re objection to conversion (2.1). |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083568
PGX Holdings, Inc.     Matter Number:     47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/27/23 | Alison Wirtz | 1.70 | Conference with S. Briefel and K&E team re motion to convert (.6); correspond with C. Husnick re research re possible contested matter (.3); review and analyze caselaw and secondary sources on conversion (.8). |
| 07/28/23 | Simon Briefel | 6.40 | Draft, revise opposition to motion to dismiss (4.5); research issues re same (1.4); telephone conference with Klehr, C. Husnick, A. Wirtz re objections, hearing prep (.5). |
| 07/28/23 | Ashton Dubey | 2.50 | Draft and review deposition confidentiality designations. |
| 07/28/23 | Kate Guilfoyle | 5.00 | Review and revise confidentiality designations for deposition transcripts (2.1); review and analyze documents for privilege (1.8); correspond with opposing counsel re confidentiality designations (.4); correspond with A. Dubey, K&E team re same (.7). |
| 07/28/23 | Diana Heriford | 0.30 | Research case law re objection to motion to convert. |
| 07/28/23 | Casey McGushin | 4.90 | Telephone conference with independent director re deposition preparation (1.0); draft and revise direct examination for independent director (.6); review and analyze Committee objection for use in preparing direct exam outlines (.7); telephone conference with counsel for US government re motion to convert (.5); provide counter designations to PGX board chairman deposition (.8); review and analyze Committee exhibits for objections and confidentiality (.9); telephone conference with Committee counsel, ArentFox Schiff, re hearing logistics (.4). |
| 07/28/23 | Gabrielle Christine Reardon | 1.90 | Research re Utah fiduciary duties (1.5); draft summary re same (.4). |
| 07/28/23 | Kelby Roth | 1.70 | Correspond with G. Reardon, K&E team re Utah fiduciary duties issues (.1); research re same (1.3); correspond with G. Reardon re same (.2); review, analyze correspondence re same (.1). |
| 07/28/23 | Adrian Salmen | 3.40 | Research re objection to conversion (2.6); draft same (.5); correspond with S. Briefel re same (.3). |

Legal Services for the Period Ending July 31, 2023   Invoice Number:  1050083568
PGX Holdings, Inc.   Matter Number:  47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/28/23 | Alison Wirtz | 2.60 | Conference and correspond with C. McGushin and K&E team re diligence items for witness prep (1.4); review and analyze research re same (.3); conferences with R. Meltzer re witness prep (.3); conference with counsel to CFPB re scheduling of motion to convert and status (.6). |
| 07/29/23 | Simon Briefel | 5.70 | Draft, revise objection to motion to convert (5.2); telephone conference with witness, C. McGushin, K&E team re hearing preparations (.5). |
| 07/29/23 | Richard U. S. Howell, P.C. | 0.30 | Review, analyze correspondence re motion to convert cases. |
| 07/29/23 | Casey McGushin | 2.50 | Draft and revise direct exam outline for independent director (.7); prepare for witness preparation sessions for second day hearing (.9); review and provide counter designations to Lexington Law managing attorney deposition (.9). |
| 07/29/23 | Gabrielle Christine Reardon | 1.30 | Review, revise presentation re fiduciary duties. |
| 07/29/23 | Kelby Roth | 0.10 | Correspond with G. Reardon re fiduciary duties research. |
| 07/29/23 | Adrian Salmen | 0.20 | Review and analyze objection to conversion motion. |
| 07/29/23 | Alison Wirtz | 3.90 | Prepare responses to diligence questions from possible witness; correspond with C. McGushin, A&M team and R. Meltzer re same (2.3); conference with C. McGushin and N. Augustine re witness prep (.9); review and comment on materials re same (.5); correspond with G. Reardon re same (.2). |
| 07/30/23 | Kate Guilfoyle | 0.30 | Review and analyze joint exhibits for hearing. |

Legal Services for the Period Ending July 31, 2023       Invoice Number:      1050083568
PGX Holdings, Inc.       Matter Number:       47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/30/23 | Casey McGushin | 7.70 | Prepare for witness preparation session with independent director (.7); participate in witness preparation session with independent director (.9); prepare for witness preparation session with Company deponent (.6); participate in witness preparation session with Company deponent (.7); draft and revise direct examination outlines for hearing on DIP and bid procedures (1.8); review, analyze, and comment on exhibits and exhibit list prepared by Committee for hearing (.7); review and analyze deposition transcripts in preparation for witness preparation sessions (2.3). |
| 07/31/23 | Casey McGushin | 7.10 | Review and analyze materials to prepare for second day hearing (2.7); draft and revise witness examination outlines for second day hearing (1.1); prepare deponents for testimony at second day hearing (1.5); review and analyze CFPB motion to convert chapter 11 cases (.7); draft and revise factual outline for response to motion to convert (1.1). |
| 07/31/23 | Alison Wirtz | 1.10 | Correspond and conference with lenders' counsel, K&E team and W&C team re status of CFPB settlement and litigation (.5); conference and correspond with DOJ counsel re scheduling motion to convert, noticing considerations and related matters (.6). |

**Total**       **288.10**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083569**
**Client Matter: 47119-5**

---

## In the Matter of Business Operations

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)            $ 17,081.00

Total legal services rendered                                      $ 17,081.00

| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083569 |
|---|---|---|
| PGX Holdings, Inc. | Matter Number: | 47119-5 |
| Business Operations | | |

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Carolyn Aiken | 2.00 | 1,545.00 | 3,090.00 |
| Chris Ceresa | 0.90 | 1,245.00 | 1,120.50 |
| Chris Ceresa | 0.30 | 1,155.00 | 346.50 |
| Whitney Fogelberg | 0.80 | 1,425.00 | 1,140.00 |
| Amila Golic | 0.10 | 995.00 | 99.50 |
| Spencer A. Winters | 2.40 | 1,445.00 | 3,468.00 |
| Alison Wirtz | 2.20 | 1,375.00 | 3,025.00 |
| Alison Wirtz | 3.70 | 1,295.00 | 4,791.50 |
| **TOTALS** | **12.40** | | **$ 17,081.00** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083569
PGX Holdings, Inc.                                       Matter Number:          47119-5
Business Operations

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/07/23 | Chris Ceresa | 0.30 | Correspond with Company, advisors re operational legal issues. |
| 06/08/23 | Alison Wirtz | 0.80 | Review and comment on slide deck for weekly Company call (.4); review and comment on summary of first day order reporting (.4). |
| 06/13/23 | Carolyn Aiken | 1.00 | Attend weekly advisor telephone conference re cash flow, budget, compliance issues and other chapter 11 matters. |
| 06/13/23 | Spencer A. Winters | 1.00 | Prepare for and attend telephone conference with A. Wirtz, K&E team, Company, Greenhill, A&M and Klehr re business operations. |
| 06/13/23 | Alison Wirtz | 1.00 | Prepare for and attend telephone conference with A. Wirtz, K&E team, Company, Greenhill, A&M and Klehr re business operations. |
| 06/22/23 | Spencer A. Winters | 0.60 | Conference with A. Wirtz, K&E team, Company, Greenhill, A&M and Klehr re same. |
| 06/22/23 | Alison Wirtz | 1.10 | Conference with S. Winters, K&E team, Company, Greenhill, A&M and Klehr re business update and next steps (.6); analyze next steps (.3); correspond with C. Ceresa and K&E team re same (.2). |
| 06/29/23 | Whitney Fogelberg | 0.80 | Telephone conference with Company, A&M, K&E team and Greenhill re weekly case update. |
| 06/29/23 | Spencer A. Winters | 0.80 | Conference with A. Wirtz, K&E team, Company, Greenhill, A&M and Klehr re business operations. |
| 06/29/23 | Alison Wirtz | 0.80 | Conference with S. Winters, K&E team, Company and advisor team re business operations, status of restructuring and next steps. |
| 07/06/23 | Chris Ceresa | 0.90 | Correspond with advisors, Company re in-chapter operations legal issues. |

Legal Services for the Period Ending July 31, 2023

PGX Holdings, Inc.

Business Operations

Invoice Number: 1050083569

Matter Number: 47119-5

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/14/23 | Carolyn Aiken | 1.00 | Participate in weekly advisors check-in telephone conference with Company, A&M and other Company advisors re governance and operations issues. |
| 07/14/23 | Alison Wirtz | 1.10 | Telephone conference with Company, A&M, Greenhill, and W. Fogelberg and K&E team re weekly operations update. |
| 07/21/23 | Amila Golic | 0.10 | Correspond with C. Ceresa re Lexington Law client engagement letter. |
| 07/24/23 | Alison Wirtz | 1.10 | Conference with advisors re weekly operations update (.6); correspond with C. Husnick re status and review related materials re same (.5). |

**Total**                    **12.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050083570**
**Client Matter:  47119-6**

---

**In the Matter of Case Administration**

| | |
|---|---:|
| For legal services rendered through July 31, 2023 (see attached Description of Legal Services for detail) | $ 116,478.00 |
| Total legal services rendered | $ 116,478.00 |

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083570
PGX Holdings, Inc.     Matter Number:     47119-6
Case Administration

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Carolyn Aiken | 0.90 | 1,545.00 | 1,390.50 |
| Simon Briefel | 3.10 | 1,295.00 | 4,014.50 |
| Chris Ceresa | 3.60 | 1,245.00 | 4,482.00 |
| Chris Ceresa | 9.10 | 1,155.00 | 10,510.50 |
| Amy Donahue | 7.30 | 480.00 | 3,504.00 |
| Whitney Fogelberg | 9.00 | 1,425.00 | 12,825.00 |
| Paul Goldsmith | 0.50 | 995.00 | 497.50 |
| Paul Goldsmith | 1.20 | 885.00 | 1,062.00 |
| Amila Golic | 2.50 | 995.00 | 2,487.50 |
| Amila Golic | 2.70 | 885.00 | 2,389.50 |
| Diana Heriford | 7.90 | 885.00 | 6,991.50 |
| Diana Heriford | 2.10 | 735.00 | 1,543.50 |
| Tamar Kofman | 1.60 | 995.00 | 1,592.00 |
| Patricia Walsh Loureiro | 0.90 | 1,155.00 | 1,039.50 |
| Casey McGushin | 0.50 | 1,415.00 | 707.50 |
| Michael William Morgan | 0.50 | 735.00 | 367.50 |
| Robert Orren | 4.20 | 570.00 | 2,394.00 |
| Gabrielle Christine Reardon | 3.10 | 885.00 | 2,743.50 |
| Gabrielle Christine Reardon | 2.50 | 735.00 | 1,837.50 |
| Kelby Roth | 1.40 | 885.00 | 1,239.00 |
| Kelby Roth | 1.00 | 735.00 | 735.00 |
| Adrian Salmen | 4.20 | 995.00 | 4,179.00 |
| Adrian Salmen | 2.10 | 885.00 | 1,858.50 |
| Maryia Shybut | 4.80 | 885.00 | 4,248.00 |
| Maryia Shybut | 19.00 | 735.00 | 13,965.00 |
| Luke Spangler | 8.80 | 325.00 | 2,860.00 |
| Josh Sussberg, P.C. | 0.80 | 2,045.00 | 1,636.00 |
| Spencer A. Winters | 1.10 | 1,445.00 | 1,589.50 |
| Alison Wirtz | 8.50 | 1,375.00 | 11,687.50 |
| Alison Wirtz | 7.80 | 1,295.00 | 10,101.00 |
| **TOTALS** | **122.70** | | **$ 116,478.00** |

Legal Services for the Period Ending July 31, 2023    Invoice Number:    1050083570
PGX Holdings, Inc.    Matter Number:    47119-6
Case Administration

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Amy Donahue | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/04/23 | Whitney Fogelberg | 0.50 | Telephone conference with S. Winters and A. Wirtz re case status update. |
| 06/04/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/04/23 | Adrian Salmen | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Amy Donahue | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Paul Goldsmith | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Amila Golic | 0.50 | Conference with W. Fogelberg, K&E team re work in process. |
| 06/05/23 | Tamar Kofman | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Robert Orren | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Luke Spangler | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/05/23 | Alison Wirtz | 0.50 | Conference with W. Fogelberg and K&E team re status, work in process. |
| 06/06/23 | Chris Ceresa | 0.30 | Conference with K&E team re work in process. |
| 06/07/23 | Chris Ceresa | 0.20 | Conference with K&E team re work in process. |
| 06/07/23 | Whitney Fogelberg | 0.50 | Telephone conference with A. Wirtz and S. Winters re case status. |
| 06/07/23 | Maryia Shybut | 5.50 | Revise summary re critical workstreams based on entered interim orders (2.8); draft and compile summary re reporting and noticing obligations re interim orders (2.1); correspond with A. Salmen, K&E team re same (.6). |
| 06/07/23 | Alison Wirtz | 0.50 | Conference with S. Winters and W. Fogelberg on high priority workstreams. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083570
PGX Holdings, Inc.      Matter Number:     47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/23 | Chris Ceresa | 1.90 | Conferences with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Amy Donahue | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Whitney Fogelberg | 0.70 | Telephone conference with Klehr Harrison re case updates. |
| 06/08/23 | Paul Goldsmith | 0.30 | Conference with A. Wirtz, K&E team re work in process (partial). |
| 06/08/23 | Amila Golic | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Diana Heriford | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Tamar Kofman | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Robert Orren | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/08/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with A. Wirtz, K&E re work in process. |
| 06/08/23 | Maryia Shybut | 4.70 | Draft, revise work in process tracker (1.8); analyze dates and deadlines re interim orders (.4); analyze other relevant chapter 11 deadlines (.7); revise summary re same (1.1); correspond with KCC team re interim orders (.2); conference with A. Wirtz, K&E team re critical workstreams (.5). |
| 06/08/23 | Luke Spangler | 1.20 | Conference with A. Wirtz, K&E team re work in process (.5); circulate calendar invites to A. Wirtz, K&E team (.7). |
| 06/08/23 | Alison Wirtz | 0.70 | Correspond with Klehr team re status of high priority workstreams and next steps (.2); review and revise notice of commencement (.3); correspond with KCC team and A. Golic re same (.2). |
| 06/09/23 | Amy Donahue | 0.20 | Review and compile recently filed pleadings and upload them to DMS. |
| 06/09/23 | Amila Golic | 0.40 | Revise notice of commencement. |
| 06/12/23 | Adrian Salmen | 0.30 | Correspond with C. Ceresa, K&E team re presentation logistics. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083570
PGX Holdings, Inc.      Matter Number:      47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/12/23 | Maryia Shybut | 4.50 | Draft, review work in process tracker (2.2); draft, revise summary of the interim orders obligations (1.3); correspond with S. Briefel, D. Heriford, T. Kofman, A&M team re same (.8); correspond with A. Wirtz re conference re critical workstreams (.2). |
| 06/13/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz and K&E team re open legal items. |
| 06/13/23 | Whitney Fogelberg | 0.60 | Telephone conference with Company, A&M, Greenhill and K&E teams re weekly case update. |
| 06/13/23 | Robert Orren | 0.10 | Correspond with L. Spangler re individual's telephonic inquiry re PGX notice. |
| 06/13/23 | Alison Wirtz | 0.60 | Conference with S. Briefel and C. Ceresa re status, next steps (.4); correspond with W. Fogelberg re same (.2). |
| 06/13/23 | Alison Wirtz | 0.80 | Conference with S. Briefel and C. Ceresa re high priority tasks (.6); correspond with W. Fogelberg re same (.2). |
| 06/14/23 | Robert Orren | 0.10 | Correspond with L. Spangler re individual's telephone inquiry. |
| 06/15/23 | Chris Ceresa | 0.30 | Correspond with local counsel re case management issues. |
| 06/15/23 | Chris Ceresa | 0.20 | Correspond with A. Wirtz, K&E team re case voicemail issues. |
| 06/16/23 | Kelby Roth | 0.10 | Correspond with C. Ceresa, A. Wirtz re case summary for publication. |
| 06/19/23 | Chris Ceresa | 0.20 | Correspond with A. Wirtz, K&E team re open legal items. |
| 06/19/23 | Alison Wirtz | 0.40 | Correspond with K&E team re work in process. |
| 06/20/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz, K&E team re open legal items. |
| 06/20/23 | Amy Donahue | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Whitney Fogelberg | 0.40 | Telephone conference with A. Wirtz and K&E team re work in process. |
| 06/20/23 | Paul Goldsmith | 0.40 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Amila Golic | 0.30 | Conference with A. Wirtz, K&E team re work in process. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083570
PGX Holdings, Inc.                                          Matter Number:              47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/23 | Diana Heriford | 0.40 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Tamar Kofman | 0.50 | Telephone conference with W. Fogelberg, K&E team re work in process (.4); correspond with A. Wirtz, C. Ceresa re same (.1). |
| 06/20/23 | Patricia Walsh Loureiro | 0.30 | Telephone conference with W. Fogelberg, K&E team re work in process. |
| 06/20/23 | Michael William Morgan | 0.10 | Review, analyze matter instructions. |
| 06/20/23 | Robert Orren | 0.40 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Gabrielle Christine Reardon | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Kelby Roth | 0.40 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Adrian Salmen | 0.40 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Maryia Shybut | 1.00 | Conference with A. Wirtz re critical workstreams (.5); revise tracker re same (.5). |
| 06/20/23 | Luke Spangler | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/20/23 | Alison Wirtz | 0.40 | Conference with C. Ceresa and K&E team re work in process. |
| 06/21/23 | Chris Ceresa | 1.00 | Telephone conference with A. Wirtz re open legal items. |
| 06/21/23 | Whitney Fogelberg | 1.50 | Correspond with secured lenders, Company, Company advisors and independent board member re rescheduled second day hearing (1.2); telephone conference with Arent Fox and A. Wirtz re same (.3). |
| 06/21/23 | Michael William Morgan | 0.40 | Review, analyze background case information. |
| 06/21/23 | Alison Wirtz | 1.00 | Conference with C. Ceresa re status, next steps. |
| 06/22/23 | Chris Ceresa | 0.40 | Telephone conference with A. Wirtz, K&E team re open legal items. |
| 06/22/23 | Amy Donahue | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 06/22/23 | Whitney Fogelberg | 1.30 | Telephone conference with Company, A&M, Greenhill, Klehr Harrison and K&E team re weekly case update (.9); conference with A. Wirtz and K&E team re work in process (.4). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083570
PGX Holdings, Inc.      Matter Number:      47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/22/23 | Amila Golic | 0.50 | Revise work in process tracker (.2); conference with A. Wirtz, K&E team re work in process (.3). |
| 06/22/23 | Diana Heriford | 0.60 | Revise summary re work in process (.3); conference with A. Wirtz, K&E team re same (.3). |
| 06/22/23 | Tamar Kofman | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 06/22/23 | Patricia Walsh Loureiro | 0.30 | Telephone conference with W. Fogelberg and K& team re work in process. |
| 06/22/23 | Robert Orren | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 06/22/23 | Gabrielle Christine Reardon | 0.30 | Telephone conference with A Wirtz, K&E team re work in process. |
| 06/22/23 | Adrian Salmen | 0.40 | Review, revise work in process tracker (.1); conference with W. Fogelberg, K&E team re work in process (.3). |
| 06/22/23 | Maryia Shybut | 1.20 | Conference with A. Wirtz, K&E team re critical workstreams (.4); revise tracker re same (.8). |
| 06/22/23 | Luke Spangler | 0.50 | Print and prepare materials for K&E team meeting (.2); conference with A. Wirtz, K&E team re work in process (.3). |
| 06/23/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz re open legal issues. |
| 06/23/23 | Robert Orren | 0.10 | Correspond with L. Spangler and A. Donahue re case hearing dates. |
| 06/23/23 | Luke Spangler | 0.40 | Circulate calendar reminders to K&E team. |
| 06/23/23 | Alison Wirtz | 0.90 | Review agenda (.2); conference and correspond with K&E and Klehr teams re various workstreams (.7). |
| 06/26/23 | Chris Ceresa | 0.40 | Review, revise case materials. |
| 06/26/23 | Alison Wirtz | 0.70 | Correspond with W. Fogelberg and K&E team re status of various workstreams and analyze work in process tracker. |
| 06/27/23 | Chris Ceresa | 1.10 | Telephone conference with A. Wirtz re open legal issues. |
| 06/27/23 | Adrian Salmen | 0.10 | Review, revise work in process tracker. |
| 06/27/23 | Maryia Shybut | 0.50 | Revise work in process tracker. |
| 06/27/23 | Josh Sussberg, P.C. | 0.10 | Correspond with G. Davis and S. Winters re case status. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Case Administration

Invoice Number:   1050083570
Matter Number:   47119-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/28/23 | Chris Ceresa | 0.20 | Review, revise case materials re case updates. |
| 06/28/23 | Chris Ceresa | 0.90 | Telephone conference with A. Wirtz and K&E team re open legal issues. |
| 06/28/23 | Amy Donahue | 0.70 | Conference with A. Wirtz, K&E team re work in process. |
| 06/28/23 | Whitney Fogelberg | 0.50 | Telephone conference with A. Wirtz and K&E team re case update and work in process. |
| 06/28/23 | Amila Golic | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 06/28/23 | Diana Heriford | 0.60 | Revise summary re work in process (.1); conference with A. Wirtz, K&E team re same (.5). |
| 06/28/23 | Patricia Walsh Loureiro | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process (partial). |
| 06/28/23 | Robert Orren | 0.40 | Conference re work in process. |
| 06/28/23 | Gabrielle Christine Reardon | 0.40 | Telephone conference with A. Wirtz re work in process. |
| 06/28/23 | Kelby Roth | 0.50 | Telephone conference with C. Ceresa, K&E team re work in process. |
| 06/28/23 | Adrian Salmen | 0.40 | Conference with A. Wirtz, K&E team re work in process. |
| 06/28/23 | Maryia Shybut | 1.00 | Conference with A. Wirtz, K&E team re critical workstreams (.3); revise tracker re same (.7). |
| 06/28/23 | Luke Spangler | 0.70 | Conference with A. Wirtz, K&E team meeting re work in process. |
| 06/28/23 | Alison Wirtz | 1.30 | Correspond with A&M team re key dates and deadlines for chapter 11 cases (.2); Review and comment on WIP (.3); Conference with W. Fogelberg and K&E team re work in process.; correspond with K&E team re case milestones (.2); Conference with K&E team re creditor matrix research (.6). |
| 06/29/23 | Spencer A. Winters | 1.10 | Correspond and telephone conferences with multiple parties re open issues. |
| 06/30/23 | Chris Ceresa | 0.20 | Review, analyze case correspondence re case updates. |
| 06/30/23 | Maryia Shybut | 0.60 | Revise work in process tracker re key dates and deadlines. |
| 07/01/23 | Chris Ceresa | 0.20 | Review and analyze case correspondence re case status. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083570
PGX Holdings, Inc.                                          Matter Number:              47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/03/23 | Chris Ceresa | 0.30 | Telephone conference with A. Wirtz re open legal issues. |
| 07/03/23 | Alison Wirtz | 0.30 | Conference with C. Ceresa re matter status, next steps re documentation. |
| 07/04/23 | Maryia Shybut | 0.80 | Revise work in process tracker (.6); review and analyze Delaware local rules re deadlines (.2). |
| 07/05/23 | Simon Briefel | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/05/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz, K&E team re outstanding legal issues. |
| 07/05/23 | Amy Donahue | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 07/05/23 | Whitney Fogelberg | 0.50 | Conference with A. Wirtz and K&E team re work in process. |
| 07/05/23 | Paul Goldsmith | 0.50 | Conference with A. Wirtz and K&E team re work in process. |
| 07/05/23 | Amila Golic | 0.70 | Revise work in process tracker (.2); conference with A. Wirtz, K&E team re work in process (.5). |
| 07/05/23 | Diana Heriford | 0.60 | Telephone conference with C. Ceresa, K&E team re work in process. |
| 07/05/23 | Robert Orren | 0.50 | Conference with C. Ceresa and K&E team re work in process. |
| 07/05/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/05/23 | Kelby Roth | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/05/23 | Adrian Salmen | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 07/05/23 | Maryia Shybut | 1.10 | Revise work in process tracker (.6); conference with A. Wirtz, K&E team re critical workstreams (.5). |
| 07/05/23 | Alison Wirtz | 1.10 | Conference with W. Fogelberg and K&E team re work in process (.5); review and analyze ongoing workstreams and work in process tracker re same (.4); correspond with C. Ceresa and W. Fogelberg re inbound request from regulatory agency (.2). |
| 07/06/23 | Carolyn Aiken | 0.90 | Participate in weekly advisor and Company check-in telephone conference. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083570
PGX Holdings, Inc.                                          Matter Number:              47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/23 | Whitney Fogelberg | 1.10 | Telephone conference with Company, A&M, Greenhill, and A. Wirtz, K&E team re case status update. |
| 07/06/23 | Luke Spangler | 0.70 | Correspond with document services re formatting pleading drafts (.1); circulate calendar reminders to A. Wirtz, K&E team (.2); research and compile precedent re 341 conference transcripts, distribute to M. Shybut (.4). |
| 07/06/23 | Alison Wirtz | 1.10 | Correspond with W. Fogelberg and C. Ceresa re status of high priority items. |
| 07/10/23 | Maryia Shybut | 0.50 | Revise work in process tracker. |
| 07/10/23 | Maryia Shybut | 0.60 | Compile materials re first day motions and objections (.4); correspond with A. Wirtz, C. Husnick re same (.2). |
| 07/10/23 | Luke Spangler | 0.10 | Circulate calendar reminders to A. Wirtz, K&E team. |
| 07/10/23 | Josh Sussberg, P.C. | 0.10 | Correspond with S. Winters re case status. |
| 07/10/23 | Alison Wirtz | 0.20 | Correspond with M. Shybut and C. Husnick re case background. |
| 07/11/23 | Diana Heriford | 0.30 | Conference with M. Shybut re work in process tracker. |
| 07/11/23 | Maryia Shybut | 0.90 | Revise work in process tracker (.3); correspond with A. Wirtz, K&E team re same (.2); compile research materials (.4). |
| 07/12/23 | Simon Briefel | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/12/23 | Amy Donahue | 0.50 | Conference with C. Ceresa, K&E team re work in process. |
| 07/12/23 | Whitney Fogelberg | 0.30 | Telephone conference with A. Wirtz and K&E team re work in process. |
| 07/12/23 | Amila Golic | 0.50 | Conference with W. Fogelberg, K&E team re work in process. |
| 07/12/23 | Diana Heriford | 0.80 | Telephone conference with A. Wirtz, K&E team re work in process (.5); conference with M. Shybut re work in process summary (.3). |
| 07/12/23 | Robert Orren | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 07/12/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with W. Fogelberg, K&E team re high priority workstreams. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083570
PGX Holdings, Inc.                                          Matter Number:           47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/12/23 | Adrian Salmen | 0.70 | Review, revise work in process (.2); conference with W. Fogelberg, K&E team re work in process (.5). |
| 07/12/23 | Maryia Shybut | 0.90 | Revise tracker re critical workstreams (.4); conference with A. Wirtz re same (.5). |
| 07/13/23 | Josh Sussberg, P.C. | 0.20 | Correspond re case status with G. Davis. |
| 07/14/23 | Whitney Fogelberg | 1.10 | Telephone conference with Company, A&M, Greenhill, and A. Wirtz, K&E team re weekly update. |
| 07/14/23 | Casey McGushin | 0.50 | Telephone conference with Company re case status. |
| 07/14/23 | Luke Spangler | 0.40 | Order 341 conference transcript (.2); circulate case calendar reminders to A. Wirtz, K&E team (.2). |
| 07/14/23 | Josh Sussberg, P.C. | 0.20 | Correspond with S. Winters re status. |
| 07/17/23 | Amy Donahue | 0.90 | Research and pull APA precedent for A. Salmen (.4); create and revise calendar invitation for K&E listen-only line for Second Day Hearing (.3); correspond with K&E team to coordinate conference rooms for Second Day Hearing viewing (.2). |
| 07/17/23 | Gabrielle Christine Reardon | 0.60 | Correspond with R. Orren, K&E team re hearing logistics (.4); correspond with S. Briefel re same (.2). |
| 07/17/23 | Luke Spangler | 0.60 | Obtain and distribute 2023.07.13 341 Transcript to S. Golden (.2); circulate 2023.07.21 Listen-Only Line to Company (.2); correspond with A. Wirtz, K&E team re 2023.07.21 hearing preparations (.2). |
| 07/17/23 | Josh Sussberg, P.C. | 0.10 | Correspond with C. Husnick re case status. |
| 07/18/23 | Chris Ceresa | 0.40 | Telephone conference with A. Wirtz and K&E team re outstanding legal items. |
| 07/18/23 | Luke Spangler | 0.10 | Circulate calendar reminders re case deadlines to A. Wirtz, K&E team. |
| 07/19/23 | Chris Ceresa | 0.30 | Telephone conference with A. Wirtz and K&E team re outstanding legal items. |
| 07/19/23 | Amy Donahue | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 07/19/23 | Amila Golic | 0.30 | Conference with A. Wirtz, K&E team re work in process. |

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083570
PGX Holdings, Inc.  Matter Number: 47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/19/23 | Diana Heriford | 2.80 | Review, analyze summary re work in process (.3); revise same (.4); correspond with C. Ceresa, K&E team re same (.1); telephone conference with A. Wirtz, K&E team re same (.3); draft summary re docket filings (.9); draft summary re first day reporting obligations (.8). |
| 07/19/23 | Gabrielle Christine Reardon | 0.40 | Review, revise work in process tracker (.1); telephone conference with A. Wirtz, K&E team re same (.3). |
| 07/19/23 | Kelby Roth | 0.10 | Revise pleading template re K&E retention. |
| 07/19/23 | Adrian Salmen | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 07/19/23 | Adrian Salmen | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 07/19/23 | Luke Spangler | 0.70 | Correspond with K&E team re work in process conference, pacerpro distribution list, and 2023.07.21 hearing preparations (.2); prepare materials for work in process conference (.2); conference with K&E team re work in process (.3). |
| 07/19/23 | Alison Wirtz | 0.30 | Conference with C. Ceresa, K&E team re work in process. |
| 07/20/23 | Simon Briefel | 0.60 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/20/23 | Amy Donahue | 0.50 | Review and revise calendar invite for Second Day Hearing (.2); correspond with A. Wirtz, K&E team re hearing logistics (.1); correspond with Conference Center team and Conference Technology team re hearing (.2). |
| 07/20/23 | Amila Golic | 0.70 | Revise work in process tracker (.2); conference with A. Wirtz, K&E team re work in process (.5). |
| 07/20/23 | Diana Heriford | 1.10 | Review, revise work in process summary re case deadlines (.3); review, revise same re docket filings (.4); conference with K. Roth, K&E team re work in process summary (.4). |
| 07/20/23 | Gabrielle Christine Reardon | 0.60 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/20/23 | Gabrielle Christine Reardon | 0.10 | Correspond with A. Donahue re hearing logistics. |
| 07/20/23 | Kelby Roth | 0.40 | Conference with D. Heriford, K&E team re work in process. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083570
PGX Holdings, Inc.                                          Matter Number:              47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/20/23 | Adrian Salmen | 0.60 | Conference with A. Wirtz, K&E team re work in process. |
| 07/20/23 | Luke Spangler | 1.10 | Correspond with A. Donahue, K&E team re July 31 hearing preparations, reserve rooms and circulate listen-only line re same (.3); conference with A. Wirtz, K&E team re work in process (.5); circulate calendar reminders re case deadlines to A. Wirtz, K&E team (.3). |
| 07/20/23 | Alison Wirtz | 0.90 | Telephone conference with S. Briefel, K&E team re work in process (.6); review and analyze status of orders and materials re same (.3). |
| 07/20/23 | Alison Wirtz | 0.40 | Correspond with C. Ceresa and K&E team, advisors and counsel to Committee re adjournment of hearing and entry of first and second day orders. |
| 07/23/23 | Chris Ceresa | 0.30 | Review, analyze open legal items for the case. |
| 07/25/23 | Simon Briefel | 0.80 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/25/23 | Chris Ceresa | 0.70 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/25/23 | Alison Wirtz | 0.40 | Review and comment on summary of order reporting obligations. |
| 07/26/23 | Chris Ceresa | 0.30 | Review, analyze open legal items for the case. |
| 07/26/23 | Diana Heriford | 0.50 | Review, revise summary re work in process. |
| 07/26/23 | Luke Spangler | 0.20 | Correspond with A. Donahue re July 31 hearing registration. |
| 07/27/23 | Simon Briefel | 0.40 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/27/23 | Chris Ceresa | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/27/23 | Amy Donahue | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/27/23 | Amila Golic | 0.30 | Conference with A. Wirtz, K&E team re work in process (partial). |
| 07/27/23 | Diana Heriford | 1.80 | Revise summary re work in process (.9); review, analyze same (.4); conference with A. Wirtz, K&E team re work in process (.5). |
| 07/27/23 | Robert Orren | 0.80 | Draft pro hac vice motion for C. Husnick (.3); correspond with C. Ceresa re same (.1); telephone conference with A. Wirtz, K&E team re work in process (.4). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Case Administration

Invoice Number: 1050083570
Matter Number: 47119-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/27/23 | Gabrielle Christine Reardon | 0.40 | Telephone conference with A. Wirtz, K&E team re work in process (partial). |
| 07/27/23 | Kelby Roth | 0.40 | Telephone conference with A. Wirtz, K&E team re work in process (partial). |
| 07/27/23 | Adrian Salmen | 0.50 | Conference with A. Wirtz, K&E team re work in process. |
| 07/27/23 | Luke Spangler | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 07/27/23 | Alison Wirtz | 2.00 | Conference with S. Briefel and K&E team re work in process (.5); correspond with C. Ceresa and R. Orren re pro hac vice application (.1); review and comment on witness and exhibit list (.3); review and comment on agenda (.4); correspond with various parties re hearing preparation (.7). |
| 07/28/23 | Amy Donahue | 0.50 | Correspond with L. Spangler, K&E team re upcoming hearing (.2); correspond with Conference Tech Team re upcoming hearing logistics (.2); register for hearing zoom link for K&E watch rooms (.1). |
| 07/28/23 | Luke Spangler | 0.20 | Register and circulate zoom information for July 31 hearing to A. Wirtz, K&E team. |
| 07/28/23 | Josh Sussberg, P.C. | 0.10 | Telephone conference with C. Husnick re case status. |
| 07/28/23 | Alison Wirtz | 1.80 | Correspond with A. Salmen and K&E team re high priority items and status (1.3); conference with Klehr Harrison team re status, next steps on open items (.5). |
| 07/29/23 | Adrian Salmen | 0.50 | Coordinate hearing logistics with various parties. |
| 07/30/23 | Simon Briefel | 0.50 | Correspond with A. Wirtz, K&E team, Klehr re July 31 hearing. |
| 07/30/23 | Adrian Salmen | 0.80 | Coordinate July 31 hearing logistics. |
| 07/31/23 | Amy Donahue | 0.40 | Correspond with conference tech team re updated July 31 hearing time and logistics. |
| 07/31/23 | Luke Spangler | 0.40 | Correspond with A. Donahue, K&E team re hearing preparations (.2); circulate and open company listen-only line for hearing (.2). |

**Total**      **122.70**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083571**
**Client Matter: 47119-7**

---

**In the Matter of Cash Management and DIP Financing**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                    $ 368,593.50

Total legal services rendered                    $ 368,593.50

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2023  Invoice Number:  1050083571
PGX Holdings, Inc.  Matter Number:  47119-7
Cash Management and DIP Financing

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Carolyn Aiken | 16.20 | 1,545.00 | 25,029.00 |
| Emma Balls | 0.20 | 885.00 | 177.00 |
| Simon Briefel | 54.30 | 1,295.00 | 70,318.50 |
| Simon Briefel | 2.80 | 1,245.00 | 3,486.00 |
| Amy Donahue | 1.10 | 480.00 | 528.00 |
| Whitney Fogelberg | 54.40 | 1,425.00 | 77,520.00 |
| Diana Heriford | 1.00 | 735.00 | 735.00 |
| Chad J. Husnick, P.C. | 16.80 | 2,045.00 | 34,356.00 |
| Vladimir Khodosh, P.C. | 0.50 | 1,795.00 | 897.50 |
| Michelle Kilkenney, P.C. | 0.20 | 2,045.00 | 409.00 |
| Library Statistical | 0.80 | 445.00 | 356.00 |
| Patricia Walsh Loureiro | 3.70 | 1,155.00 | 4,273.50 |
| Sean Magill | 1.70 | 1,155.00 | 1,963.50 |
| Sean Magill | 12.50 | 995.00 | 12,437.50 |
| Gabrielle Christine Reardon | 2.30 | 885.00 | 2,035.50 |
| Kelby Roth | 14.40 | 885.00 | 12,744.00 |
| Kelby Roth | 3.40 | 735.00 | 2,499.00 |
| Adrian Salmen | 76.40 | 995.00 | 76,018.00 |
| Adrian Salmen | 27.20 | 885.00 | 24,072.00 |
| Luke Spangler | 1.50 | 325.00 | 487.50 |
| Alex Straka | 3.00 | 1,155.00 | 3,465.00 |
| Alison Wirtz | 10.00 | 1,375.00 | 13,750.00 |
| Alison Wirtz | 0.80 | 1,295.00 | 1,036.00 |
| **TOTALS** | **305.20** | | **$ 368,593.50** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083571
PGX Holdings, Inc.      Matter Number:      47119-7
Cash Management and DIP Financing

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Carolyn Aiken | 4.50 | Review, analyze issues re DIP credit agreement (3.8); correspond with Company, A. Wirtz, K&E team and advisors re open issues (.7). |
| 06/04/23 | Whitney Fogelberg | 6.50 | Telephone conferences with Company and advisors re DIP credit agreement issues (.8); correspond with Company and advisors re same (.2); review and revise DIP order (3.1); review and analyze DIP credit agreement (2.4). |
| 06/04/23 | Diana Heriford | 1.00 | Revise DIP declaration. |
| 06/04/23 | Vladimir Khodosh, P.C. | 0.50 | Review and revise DIP schedules. |
| 06/04/23 | Sean Magill | 6.20 | Review, analyze DIP credit agreement (2.2); review analyze DIP schedules (3.7); review, analyze correspondence with lenders (.3). |
| 06/04/23 | Kelby Roth | 3.40 | Review, revise cash management motion (2.8); correspond with S. Briefel, K&E team re same (.6). |
| 06/04/23 | Adrian Salmen | 3.40 | Review revise DIP motion re filing. |
| 06/04/23 | Alex Straka | 2.50 | Review and draft DIP financing credit agreement and schedules. |
| 06/05/23 | Carolyn Aiken | 3.00 | Revise DIP credit agreement (2.6); correspond with M. Kilkenney, K&E team re interest payments and borrowings (.2); telephone conference with M. Kilkenney, K&E team re open deliverables re DIP (.2). |
| 06/05/23 | Michelle Kilkenney, P.C. | 0.20 | Conference with C. Aiken re DIP. |
| 06/05/23 | Sean Magill | 3.20 | Review, analyze correspondence with lenders re DIP (.8); review, analyze notices of borrowing (2.4). |
| 06/05/23 | Alex Straka | 0.50 | Review, analyze DIP financing credit facility. |
| 06/05/23 | Alison Wirtz | 0.50 | Review and analyze DIP motion and related declaration (.4); correspond with S. Briefel re same (.1). |
| 06/06/23 | Carolyn Aiken | 1.00 | Revise DIP credit agreement. |
| 06/06/23 | Simon Briefel | 1.50 | Review, revise proposed DIP order (.4); correspond with W. Spielberg, K&E team re same, DIP issues (1.1). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083571
PGX Holdings, Inc.      Matter Number:      47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/23 | Sean Magill | 2.70 | Prepare DIP credit agreement for execution (2.4); correspond with lenders re same (.3). |
| 06/06/23 | Alison Wirtz | 0.30 | Correspond with A&M team re entry of cash management and wages order and outreach to cash management banks re same. |
| 06/07/23 | Carolyn Aiken | 0.20 | Review, analyze question re DIP credit agreement compliance, payment of fees. |
| 06/07/23 | Adrian Salmen | 2.20 | Review, analyze order language re go forward obligations. |
| 06/08/23 | Whitney Fogelberg | 1.30 | Telephone conferences and correspond with A&M team and Company re DIP funding and payments (.8); review and analyze DIP credit agreement re reporting issues (.5). |
| 06/09/23 | Whitney Fogelberg | 1.10 | Review and analyze issues re reply to DIP objections (.9); correspond with S. Briefel, K&E team re same (.2). |
| 06/10/23 | Whitney Fogelberg | 1.10 | Review and analyze issues re DIP objections (.9); correspond with K&E team and S. Briefel re same (.2). |
| 06/12/23 | Simon Briefel | 0.30 | Correspond with A. Salmen re DIP reply. |
| 06/12/23 | Whitney Fogelberg | 2.50 | Review and analyze issues re DIP (1.6); correspond with K&E team and P. Loureiro re same (.9). |
| 06/12/23 | Adrian Salmen | 2.90 | Review and analyze precedent DIP objections (.7); draft DIP reply (1.9); review and analyze DIP obligations deadlines (.3). |
| 06/12/23 | Luke Spangler | 1.50 | Research and compile precedent re DIP objection replies (.5); research and compile precedent re declarations in support of DIP objection replies (.5); draft DIP objection reply (.4); correspond with A. Salmen re same (.1). |
| 06/13/23 | Adrian Salmen | 1.60 | Draft DIP objection reply. |
| 06/14/23 | Carolyn Aiken | 0.80 | Review, analyze DIP credit agreement compliance question re prepetition contract claims. |
| 06/15/23 | Adrian Salmen | 0.20 | Correspond with W. Fogelberg, K&E team re DIP reply. |
| 06/16/23 | Library Statistical | 0.80 | Obtain pricing for the first and second lien debt of PGX Holdings/Progrexion. |

Legal Services for the Period Ending July 31, 2023            Invoice Number:            1050083571
PGX Holdings, Inc.                                            Matter Number:               47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/18/23 | Whitney Fogelberg | 1.50 | Review and revise reply re potential DIP objections (1.1); correspond with A. Salmen re same (.4). |
| 06/19/23 | Carolyn Aiken | 0.30 | Review and analyze DIP credit agreement compliance issue re asset purchase agreement disclosure schedule. |
| 06/19/23 | Whitney Fogelberg | 1.80 | Correspond with A. Salmen and K&E team re DIP issues (.4); review and analyze potential DIP objections (1.4). |
| 06/19/23 | Patricia Walsh Loureiro | 1.90 | Review, revise DIP Reply. |
| 06/20/23 | Amy Donahue | 1.10 | Draft declaration shells in support of bidding procedures and DIP. |
| 06/20/23 | Sean Magill | 0.20 | Respond to due diligence request re loan documents. |
| 06/20/23 | Adrian Salmen | 2.50 | Review, revise DIP reply (2.2); review and analyze DIP objection (.3). |
| 06/21/23 | Emma Balls | 0.20 | Conference with C. Ceresa re DIP entry and timeline. |
| 06/21/23 | Whitney Fogelberg | 2.70 | Correspond with A. Salmen and K&E team re DIP issues (.6); review and analyze potential DIP objections (1.7); correspond with A&M team re updated DIP budget (.4). |
| 06/22/23 | Adrian Salmen | 0.40 | Draft final DIP order. |
| 06/23/23 | Carolyn Aiken | 0.70 | Review and analyze DIP credit agreement compliance question re permitted prior liens and Maricopa tax lien (.5); correspond with S. Magill re same (.2). |
| 06/23/23 | Whitney Fogelberg | 1.50 | Correspond with A&M team re DIP budget and reporting (.6); review and analyze issues re potential DIP objections (.9). |
| 06/23/23 | Patricia Walsh Loureiro | 0.30 | Correspond with W. Fogelberg, K&E team, K&S re DIP objection. |
| 06/23/23 | Sean Magill | 0.20 | Review, analyze DIP credit agreement re permitted liens. |
| 06/23/23 | Adrian Salmen | 5.10 | Draft final DIP order (3.9); correspond with W. Fogelberg, K&E team, lender counsel re DIP objection (1.2). |
| 06/26/23 | Carolyn Aiken | 0.80 | Analyze and respond to DIP credit agreement compliance question re exit facility (.4); correspond with W. Fogelberg, K&E team and A&M re same (.4). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083571
PGX Holdings, Inc.      Matter Number:      47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/26/23 | Patricia Walsh Loureiro | 0.30 | Correspond with A. Salmen, K&E team re DIP. |
| 06/26/23 | Adrian Salmen | 4.70 | Correspond with P. Walsh, K&E team re DIP order (.1); draft final DIP order (2.1); correspond with DIP lenders re DIP objection (.1); research precedent re DIP language (1.8); correspond with P. Walsh re same (.6). |
| 06/27/23 | Carolyn Aiken | 0.30 | Analyze and respond to DIP credit agreement compliance question re exit facility. |
| 06/27/23 | Patricia Walsh Loureiro | 1.20 | Review, revise final DIP order. |
| 06/27/23 | Adrian Salmen | 1.70 | Draft correspondence re DIP objection (.6); research precedent re DIP objection (1.1). |
| 06/28/23 | Adrian Salmen | 1.30 | Review, revise final DIP order. |
| 06/29/23 | Simon Briefel | 0.50 | Correspond with P. Loureiro re DIP reply, DIP order. |
| 06/29/23 | Adrian Salmen | 0.90 | Review and analyze DIP objection (.5); correspond with S. Briefel re same (.4). |
| 06/30/23 | Simon Briefel | 0.50 | Correspond with P. Loureiro re DIP order, DIP reply. |
| 06/30/23 | Adrian Salmen | 0.30 | Correspond with S. Briefel, P. Loureiro re DIP workstream. |
| 07/05/23 | Carolyn Aiken | 0.20 | Analyze DIP credit agreement compliance question timing for deliverables (.1); correspond with W. Fogelberg re same (.1). |
| 07/05/23 | Simon Briefel | 1.40 | Review, revise, comment on DIP order (1.1); correspond with A. Salmen re same (.3). |
| 07/05/23 | Adrian Salmen | 2.10 | Draft settlement language re DIP objections (.7): correspond with S. Briefel, K&E team, DIP lenders, DIP objectors re same (.7); correspond with S. Briefel, K&E team re DIP objection (.4); review, revise final DIP order (.3). |
| 07/06/23 | Carolyn Aiken | 0.40 | Analyze credit agreement compliance question re roll-up facility and interest (.3); correspond with W. Fogelberg re same (.1). |
| 07/06/23 | Adrian Salmen | 1.90 | Review, revise final DIP order. |
| 07/07/23 | Adrian Salmen | 1.10 | Draft declaration in support of DIP order. |
| 07/09/23 | Adrian Salmen | 0.20 | Draft correspondence re DIP objection. |

Legal Services for the Period Ending July 31, 2023    Invoice Number: 1050083571
PGX Holdings, Inc.    Matter Number: 47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/23 | Simon Briefel | 5.40 | Correspond with A. Salman re DIP order (.4); review, revise, comment on DIP order (1.7); review, revise, comment on DIP reply (1.4); correspond with A. Salman re same (.3); draft, revise DIP issues list (1.0); analyze issues re same (.6). |
| 07/10/23 | Chad J. Husnick, P.C. | 0.30 | Correspond and conference with S. Briefel, K&E team re DIP negotiations. |
| 07/10/23 | Adrian Salmen | 2.70 | Correspond with S. Briefel, DIP objectors re final DIP order (.3); review and analyze DIP order precedent (2.0); review, revise final DIP order (.4). |
| 07/11/23 | Simon Briefel | 0.40 | Correspond with A. Salman re DIP reply, DIP order. |
| 07/11/23 | Whitney Fogelberg | 3.30 | Review and analyze DIP issues (1.1); review and revise draft final DIP order (1.5); correspond with S. Briefel and A. Salmen re same (.7). |
| 07/11/23 | Kelby Roth | 1.20 | Review, analyze DIP documents re A. Salmen DIP workstream coverage (.7); correspond with A. Salmen re same (.2); conference with A. Salmen re same (.3). |
| 07/11/23 | Adrian Salmen | 0.20 | Conference with K. Roth re DIP workstream. |
| 07/12/23 | Carolyn Aiken | 1.00 | Review, analyze credit agreement compliance question re tax refund and mandatory prepayment of extraordinary receipts. |
| 07/12/23 | Simon Briefel | 2.00 | Telephone conference with W. Fogelberg re DIP order, DIP reply (.5); correspond with A. Salman re UCC DIP issues list (.3); review, analyze same (.6); telephone conference with A. Salman, K. Roth re DIP reply (.6). |
| 07/12/23 | Whitney Fogelberg | 1.10 | Review and revise draft final DIP order (.9); correspond with S. Briefel and A. Salmen re same (.2). |
| 07/12/23 | Kelby Roth | 1.70 | Review, analyze DIP documents, issues list (1.1); telephone conference with S. Briefel, A. Salmen re DIP reply (.6). |
| 07/12/23 | Adrian Salmen | 3.70 | Review, revise final DIP order (.6); review, revise DIP reply (2.6); conference with S. Briefel, K. Roth re DIP reply (.5). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083571
PGX Holdings, Inc.                                          Matter Number:           47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/13/23 | Carolyn Aiken | 0.30 | Review and analyze credit agreement compliance question re tax refund and mandatory prepayment of extraordinary receipts. |
| 07/13/23 | Simon Briefel | 0.60 | Review, revise DIP reply. |
| 07/13/23 | Whitney Fogelberg | 2.90 | Review and analyze UCC witness requests (.7); correspond and conference with R. Howell and C. McGushin re same (.9); correspond and conference with UCC advisors re same (1.3). |
| 07/13/23 | Gabrielle Christine Reardon | 1.10 | Review, revise cash management order (.6); correspond with S. Briefel re same (.3); correspond with A. Wirtz re same (.2). |
| 07/13/23 | Kelby Roth | 1.30 | Review, revise DIP final order (1.2); correspond with S. Briefel re same (.1). |
| 07/13/23 | Adrian Salmen | 1.80 | Review, revise DIP reply. |
| 07/14/23 | Simon Briefel | 2.50 | Draft, revise witness deposition preparation outline re DIP financing (1.5); review, revise DIP order, DIP reply (1.0). |
| 07/14/23 | Whitney Fogelberg | 2.60 | Review and analyze issues re DIP reply and final order (2.1); telephone conference with A. Wirtz and S. Briefel re same (.5). |
| 07/14/23 | Kelby Roth | 3.90 | Review, revise DIP reply (3.5); correspond with S. Briefel re same (.4). |
| 07/15/23 | Simon Briefel | 4.50 | Review, revise DIP order (.7); correspond with A. Salman re same (.2); review, revise, comment on DIP reply (3.6). |
| 07/15/23 | Whitney Fogelberg | 2.10 | Review and revise DIP reply. |
| 07/15/23 | Kelby Roth | 3.70 | Review, revise DIP final order (3.4); correspond with W. Fogelberg, S. Briefel re same (.3). |
| 07/16/23 | Whitney Fogelberg | 5.10 | Review and analyze issues re DIP reply and final order (2.5); review and revise DIP reply (1.5); telephone conferences and correspond with A. Wirtz and S. Briefel re same (1.1). |
| 07/16/23 | Kelby Roth | 0.70 | Review, revise DIP reply (.6); correspond with W. Fogelberg re same (.1). |
| 07/17/23 | Carolyn Aiken | 0.50 | Review and analyze DIP credit agreement re budget deliverable mechanics compliance question. |

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083571
PGX Holdings, Inc.  Matter Number: 47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/23 | Simon Briefel | 7.60 | Telephone conference with W. Fogelberg re DIP reply (.5) analyze, review Committee DIP objection (.4); review, revise DIP reply (6.3); telephone conference with W. Fogelberg, A&M, lender advisors re Committee objection (.4). |
| 07/17/23 | Whitney Fogelberg | 5.70 | Review and analyze issues re DIP reply and final order (3.3); review and revise DIP reply (1.4); telephone conference with A. Wirtz and S. Briefel re same (1.0). |
| 07/17/23 | Chad J. Husnick, P.C. | 0.50 | Correspond and conference with W. Fogelberg, K&E team, Company, other advisors re DIP issues. |
| 07/17/23 | Adrian Salmen | 6.00 | Conference with lenders, W. Fogelberg, K&E team re DIP objection (.4); correspond with S. Briefel, K&E team re DIP objection (.4); draft DIP objection reply (1.4); conduct research re same (3.5); correspond with S. Briefel, K&E team re same (.3). |
| 07/18/23 | Carolyn Aiken | 0.20 | Review and analyze DIP credit agreement re compliance question. |
| 07/18/23 | Simon Briefel | 5.20 | Draft, revise reply in support of DIP motion (3.4); research issues re same (1.0); draft, revise final DIP order (.8). |
| 07/18/23 | Whitney Fogelberg | 5.50 | Review and analyze issues re DIP reply and final order (2.5); draft summary re DIP issues (1.9); telephone conferences and correspond with A. Wirtz and S. Briefel re same (1.1). |
| 07/18/23 | Chad J. Husnick, P.C. | 1.30 | Correspond and conference with W. Fogelberg, K&E team, Company, opposing counsel re DIP hearing and next steps. |
| 07/18/23 | Gabrielle Christine Reardon | 0.80 | Review, revise cash management order (.4); correspond with A. Wirtz, K&E team re same (.2); correspond with A&M re same (.2). |
| 07/18/23 | Kelby Roth | 1.90 | Research precedent re Committee challenges as events of default (1.7); correspond with A. Salmen re same (.2). |
| 07/18/23 | Adrian Salmen | 10.40 | Review, revise DIP reply (4.3); conduct research re DIP reply (4.2); correspond with S. Briefel, K&E team, lenders, advisors re same (1.9). |
| 07/18/23 | Adrian Salmen | 2.10 | Review, revise DIP order. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083571
PGX Holdings, Inc.                                          Matter Number:             47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/19/23 | Simon Briefel | 3.50 | Draft, revise reply in support of DIP motion (2.3); prepare same for filing (.4); review, revise final DIP order (.4); correspond with A. Salman re same, reply in support of DIP motion (.4). |
| 07/19/23 | Whitney Fogelberg | 6.10 | Review and analyze issues re DIP reply and final order (3.5); draft summary re DIP issues (1.4); telephone conferences and correspond with A. Wirtz and S. Briefel re same (1.2). |
| 07/19/23 | Chad J. Husnick, P.C. | 4.20 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re hearing adjournment and next steps. |
| 07/19/23 | Sean Magill | 0.50 | Review and confirm full set of forbearance agreements. |
| 07/19/23 | Gabrielle Christine Reardon | 0.40 | Review, revise cash management order (.2); correspond with A. Wirtz, K&E team, Klehr re same (.2). |
| 07/19/23 | Adrian Salmen | 2.30 | Review, revise DIP reply (1.6); review, revise final DIP order (.3); correspond with S. Briefel, K&E team re same (.4). |
| 07/20/23 | Simon Briefel | 0.60 | Review and analyze reporting requirements re carve out (.2); correspond with A&M re same (.1); correspond with lender advisors, C. Husnick re DIP milestones (.3). |
| 07/20/23 | Chad J. Husnick, P.C. | 0.20 | Correspond and conference with S. Briefel, K&E team, Company, opposing counsel re hearing adjournment and next steps. |
| 07/24/23 | Carolyn Aiken | 0.40 | Review and analyze DIP credit agreement compliance question re tax lien mandatory prepayment. |
| 07/24/23 | Simon Briefel | 7.00 | Analyze issues re DIP facility (.5); correspond with A. Wirtz re same (.2); correspond with A. Salmen re DIP talking points (.8); correspond with A. Wirtz re DIP reply evidentiary support (1.0); review, analyze witness deposition re same (.7); draft, revise DIP talking points, script (2.5); analyze issues re DIP objection (.8); correspond with A. Wirtz, K&E team re same, DIP hearing (.5). |
| 07/24/23 | Chad J. Husnick, P.C. | 0.80 | Correspond and conference with S. Briefel, K&E team, Company, opposing counsel, other advisors re DIP hearing. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083571
PGX Holdings, Inc.                                          Matter Number:            47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/24/23 | Adrian Salmen | 6.80 | Draft talking points re DIP hearing (3.9); draft declaration in support of DIP reply (2.9). |
| 07/24/23 | Alison Wirtz | 1.80 | Correspond with S. Briefel re diligence items for DIP (.2); correspond with S. Briefel re evidentiary support for DIP and related talking points (.5); conference with C. Husnick re status and next steps (.2); review and comment on same (.9). |
| 07/25/23 | Carolyn Aiken | 0.50 | Review and analyze DIP credit agreement compliance question re tax lien mandatory prepayment. |
| 07/25/23 | Simon Briefel | 1.90 | Review, revise DIP script (1.2); analyze issues re DIP objection (.5); correspond with A. Salmen re same (.2). |
| 07/25/23 | Chad J. Husnick, P.C. | 1.30 | Prepare for final hearing (.6); correspond and conference with A. Wirtz, K&E team re same (.7). |
| 07/25/23 | Sean Magill | 1.00 | Review and analyze correspondence with PGX and Blue Torch counsel re DIP credit agreement. |
| 07/25/23 | Adrian Salmen | 3.30 | Draft declaration in support of DIP reply. |
| 07/25/23 | Alison Wirtz | 0.70 | Review and comment on DIP presentation for C. Husnick (.4); correspond with debt finance team and C. Husnick re treatment of certain cash receipts (.3). |
| 07/26/23 | Simon Briefel | 2.90 | Correspond with A&M re professional fee carveout (.5); draft, revise DIP talking points (.9); draft, revise DIP declaration (1.5). |
| 07/26/23 | Chad J. Husnick, P.C. | 1.40 | Prepare for hearing re DIP (.6); correspond and conference with A. Wirtz, K&E team re same (.8). |
| 07/26/23 | Adrian Salmen | 10.40 | Review, revise DIP talking points (3.9); correspond with S. Briefel re same (1.4); draft DIP hearing presentation (3.5); review, revise declaration in support of DIP reply (1.6). |
| 07/26/23 | Alison Wirtz | 0.20 | Correspond with S. Briefel re DIP reporting. |
| 07/27/23 | Carolyn Aiken | 0.80 | Review and analyze DIP credit agreement compliance question re tax lien mandatory prepayment. |
| 07/27/23 | Simon Briefel | 2.80 | Draft, revise DIP talking points (1.1); draft, revise DIP hearing presentation (1.7). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083571
PGX Holdings, Inc.                                          Matter Number:              47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/27/23 | Chad J. Husnick, P.C. | 2.40 | Prepare for hearing re DIP (1.3); correspond and conference with A. Wirtz, K&E team re same (1.1). |
| 07/27/23 | Sean Magill | 0.20 | Review and analyze DIP credit agreement re tax refund paydown requirements. |
| 07/27/23 | Adrian Salmen | 7.80 | Research re DIP hearing presentation (.9); review, revise final DIP order (.3); review, revise DIP talking points (2.8); correspond with S. Briefel, K&E team, A&M team re same (.9); review, revise DIP presentation (2.9). |
| 07/27/23 | Alison Wirtz | 1.20 | Correspond with N. Bakke re DIP budgeting (.2); correspond with A. Salmen re DIP presentation and research re same (.4); review and comment on presentation re same (.6). |
| 07/28/23 | Carolyn Aiken | 0.30 | Review and analyze DIP credit agreement compliance question re tax lien mandatory prepayment. |
| 07/28/23 | Simon Briefel | 1.20 | Research diligence issues re DIP financing. |
| 07/28/23 | Chad J. Husnick, P.C. | 1.00 | Prepare for DIP hearing. |
| 07/28/23 | Adrian Salmen | 6.60 | Review, revise DIP hearing presentation (3.7); correspond with S. Briefel, K&E team re same (.4); prepare final DIP order for filing (.9); coordinate re DIP hearing (1.6). |
| 07/28/23 | Alison Wirtz | 1.10 | Correspond and conference with A&M team re DIP budget considerations and updates to same (.4); conference with K&S re same (.3); correspond with S. Briefel and A. Salmen re DIP budget considerations and DIP presentation (.4). |
| 07/29/23 | Simon Briefel | 0.20 | Correspond with A. Salmen re DIP talking points, presentation. |
| 07/29/23 | Chad J. Husnick, P.C. | 0.50 | Prepare for DIP hearing. |
| 07/29/23 | Adrian Salmen | 0.20 | Review, revise DIP presentation. |
| 07/29/23 | Alison Wirtz | 0.30 | Correspond with A. Salmen re DIP presentation and revisions to same. |
| 07/30/23 | Simon Briefel | 3.70 | Review, revise DIP talking points, script (1.4); correspond with A. Salmen re same (.4); correspond with A. Wirtz, C. Husnick re DIP issues, hearing (1.9). |
| 07/30/23 | Chad J. Husnick, P.C. | 1.00 | Prepare for DIP hearing. |

Legal Services for the Period Ending July 31, 2023

PGX Holdings, Inc.

Cash Management and DIP Financing

Invoice Number: 1050083571

Matter Number: 47119-7

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/30/23 | Adrian Salmen | 3.80 | Review and analyze operating agreements (.2); review, revise presentation (1.4); correspond with S. Briefel, K&E team re same (.6); draft talking points re global settlement (1.1); draft document reference sheet (.5). |
| 07/31/23 | Simon Briefel | 0.90 | Prepare for DIP, bid procedures hearing. |
| 07/31/23 | Chad J. Husnick, P.C. | 1.80 | Prepare for DIP hearing. |
| 07/31/23 | Chad J. Husnick, P.C. | 0.10 | Prepare for DIP, bid procedures hearing. |
| 07/31/23 | Adrian Salmen | 3.00 | Review, analyze final DIP order for filing (.6); review, revise final presentation (.7); correspond with S. Briefel, K&E team re same (.3); review, revise final DIP order (1.4). |
| 07/31/23 | Alison Wirtz | 4.10 | Review and revise global settlement term sheet (2.2); correspond and conference with lenders' counsel and S. Winters re same (.4); review and comment on revised DIP Order (.8); correspond with S. Briefel and A. Salmen re same (.7). |
| 07/31/23 | Alison Wirtz | 0.60 | Prepare for July 31 DIP, bid procedures hearing (.4); review and comment on revised agenda for same (.2). |
| **Total** | | **305.20** | |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083572**
**Client Matter: 47119-8**

---

**In the Matter of Customer and Vendor Communications**

| | |
|---|---|
| For legal services rendered through July 31, 2023 (see attached Description of Legal Services for detail) | $ 27,668.00 |
| Total legal services rendered | $ 27,668.00 |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083572
PGX Holdings, Inc.     Matter Number:     47119-8
Customer and Vendor Communications

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 0.30 | 1,245.00 | 373.50 |
| Chris Ceresa | 1.70 | 1,245.00 | 2,116.50 |
| Whitney Fogelberg | 3.50 | 1,425.00 | 4,987.50 |
| Amila Golic | 2.10 | 995.00 | 2,089.50 |
| Amila Golic | 2.00 | 885.00 | 1,770.00 |
| Diana Heriford | 1.50 | 735.00 | 1,102.50 |
| Tamar Kofman | 1.60 | 995.00 | 1,592.00 |
| Gabrielle Christine Reardon | 0.90 | 885.00 | 796.50 |
| Gabrielle Christine Reardon | 1.80 | 735.00 | 1,323.00 |
| Kelby Roth | 3.10 | 735.00 | 2,278.50 |
| Maryia Shybut | 0.90 | 885.00 | 796.50 |
| Luke Spangler | 0.40 | 325.00 | 130.00 |
| Alison Wirtz | 0.30 | 1,375.00 | 412.50 |
| Alison Wirtz | 6.10 | 1,295.00 | 7,899.50 |
| **TOTALS** | **26.20** | | **$ 27,668.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083572
PGX Holdings, Inc.                                           Matter Number:              47119-8
Customer and Vendor Communications

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Amila Golic | 2.00 | Revise customer programs motion (1.3); correspond with C. Ceresa re same (.3); prepare filing version of customer programs motion (.4). |
| 06/04/23 | Diana Heriford | 1.20 | Revise critical vendors motion. |
| 06/04/23 | Gabrielle Christine Reardon | 1.80 | Review and revise critical vendors motion. |
| 06/04/23 | Kelby Roth | 3.10 | Review, revise critical vendors motion (2.7); correspond with S. Briefel, K&E team re same (.4). |
| 06/05/23 | Alison Wirtz | 0.70 | Correspond with S. Briefel and C. Ceresa re vendor stay violation (.2); review and analyze case law and facts re issue (.5). |
| 06/06/23 | Alison Wirtz | 1.40 | Correspond and conference with S. Winters re vendor matter (.4); correspond with Company and A&M team re same (.8); analyze legal arguments re same (.2). |
| 06/07/23 | Alison Wirtz | 0.90 | Correspond with C. Ceresa and Company team re messaging for certain vendor issue. (.5); conference with Company and A&M team re vendor request (.4). |
| 06/09/23 | Whitney Fogelberg | 0.80 | Telephone conference with A&M team re vendor issues and communications. |
| 06/09/23 | Tamar Kofman | 0.50 | Research precedent vendor communications (.4); correspond with S. Briefel re same. (.1). |
| 06/09/23 | Alison Wirtz | 0.30 | Correspond with S. Briefel and A&M team re vendor outreach and talking points. |
| 06/10/23 | Alison Wirtz | 0.30 | Correspond with J. Hartley and A&M team re critical vendor matters. |
| 06/11/23 | Simon Briefel | 0.30 | Correspond with T. Kofman re vendor issues. |
| 06/11/23 | Tamar Kofman | 1.10 | Draft form correspondence to contract counterparties (1.0); correspond with S. Briefel re same (.1). |
| 06/11/23 | Alison Wirtz | 0.20 | Correspond with S. Briefel and T. Kofman re critical vendor talking points for company and trade agreement. |
| 06/12/23 | Alison Wirtz | 0.20 | Correspond with A&M team re reporting obligations. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Customer and Vendor Communications

Invoice Number: 1050083572
Matter Number: 47119-8

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/13/23 | Whitney Fogelberg | 1.40 | Telephone conferences with A&M team re vendor issues (.5); review and analyze vendor payments (.9). |
| 06/14/23 | Luke Spangler | 0.40 | Telephone conference with creditor inquiry re notice of bankruptcy (.2); correspond with D. Heriford, K&E team re same (.2). |
| 06/14/23 | Alison Wirtz | 1.00 | Review and analyze customer communications (.4); correspond with A&M team re same (.2); correspond with S. Winters on certain vendor approval (.4). |
| 06/15/23 | Diana Heriford | 0.30 | Correspond with C. Ceresa re creditor communication (.2); telephone conference with creditor re Company filing (.1). |
| 06/19/23 | Whitney Fogelberg | 1.30 | Review and analyze vendor issues (.9); correspond with A&M re same (.4). |
| 06/20/23 | Alison Wirtz | 0.30 | Correspond with M. Yurkewicz and team re critical vendor payments and strategies. |
| 06/23/23 | Alison Wirtz | 0.80 | Conference with A&M team re executory contract considerations (.4); correspond with C. Ceresa re same (.1); review research re same (.3). |
| 07/10/23 | Chris Ceresa | 0.60 | Telephone conference with claimant re case updates. |
| 07/10/23 | Maryia Shybut | 0.90 | Correspond with C. Ceresa, A&M team, KCC team re inquiry re notice of commencement. |
| 07/12/23 | Amila Golic | 0.30 | Correspond with C. Ceresa re communications to Lexington Law customers. |
| 07/12/23 | Amila Golic | 0.70 | Review and revise customer programs final order per UCC comments (.5); review and analyze UCC comments to other first day pleadings (.2). |
| 07/17/23 | Chris Ceresa | 0.40 | Review, analyze legal issues re customer programs order. |
| 07/18/23 | Chris Ceresa | 0.30 | Review, analyze legal issues re customer programs order. |
| 07/18/23 | Amila Golic | 1.00 | Revise customer programs order for filing (.6); correspond with C. Ceresa, K&E team, Klehr, U.S. Trustee re same (.4). |
| 07/18/23 | Gabrielle Christine Reardon | 0.90 | Review, revise vendors order (.5); correspond with S. Briefel, K&E team re same (.4). |
| 07/20/23 | Chris Ceresa | 0.40 | Review, analyze legal issues re customer programs order. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083572
PGX Holdings, Inc.      Matter Number:      47119-8
Customer and Vendor Communications

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/20/23 | Amila Golic | 0.10 | Review and analyze customer programs order for reporting requirements. |
| 07/27/23 | Alison Wirtz | 0.30 | Conference with Company re treatment of certain go-forward vendors. |
| **Total** | | **26.20** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050083573**
**Client Matter:  47119-9**

___

**In the Matter of Claims Administration and Objections**

___

| | |
|---|---|
| For legal services rendered through July 31, 2023 (see attached Description of Legal Services for detail) | $ 2,800.00 |
| Total legal services rendered | $ 2,800.00 |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083573
PGX Holdings, Inc.      Matter Number:     47119-9
Claims Administration and Objections

## **Summary of Hours Billed**

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Susan D. Golden | 0.50 | 1,475.00 | 737.50 |
| Alison Wirtz | 1.50 | 1,375.00 | 2,062.50 |
| **TOTALS** | **2.00** | | **$ 2,800.00** |

Legal Services for the Period Ending July 31, 2023         Invoice Number:        1050083573
PGX Holdings, Inc.                                         Matter Number:           47119-9
Claims Administration and Objections

---

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/05/23 | Alison Wirtz | 0.60 | Review and comment on bar date motion (.3); correspond with W. Fogelberg re same (.3). |
| 07/07/23 | Alison Wirtz | 0.40 | Correspond and conference with M. Yurkewicz re bar date motion. |
| 07/12/23 | Alison Wirtz | 0.30 | Review and analyze proofs of claims from contingent claimants. |
| 07/21/23 | Susan D. Golden | 0.50 | Coordinate publication of bar date notice. |
| 07/21/23 | Alison Wirtz | 0.20 | Correspond with Klehr team and S. Golden re publication of bar date notice. |
| **Total** | | **2.00** | |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083574**
**Client Matter: 47119-10**

**In the Matter of Official Committee Matters and Meetings**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                $ 226,460.00

Total legal services rendered                                          $ 226,460.00

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083574
PGX Holdings, Inc.     Matter Number:     47119-10
Official Committee Matters and Meetings

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carolyn Aiken | 0.20 | 1,545.00 | 309.00 |
| Simon Briefel | 12.90 | 1,295.00 | 16,705.50 |
| Chris Ceresa | 35.60 | 1,245.00 | 44,322.00 |
| Chris Ceresa | 3.60 | 1,155.00 | 4,158.00 |
| Whitney Fogelberg | 24.80 | 1,425.00 | 35,340.00 |
| Paul Goldsmith | 1.90 | 995.00 | 1,890.50 |
| Amila Golic | 0.40 | 995.00 | 398.00 |
| Kate Guilfoyle | 3.00 | 1,415.00 | 4,245.00 |
| Diana Heriford | 7.20 | 885.00 | 6,372.00 |
| Richard U. S. Howell, P.C. | 3.50 | 1,620.00 | 5,670.00 |
| Chad J. Husnick, P.C. | 11.60 | 2,045.00 | 23,722.00 |
| Library Factual Research | 1.00 | 445.00 | 445.00 |
| Gabrielle Christine Reardon | 1.30 | 885.00 | 1,150.50 |
| Adrian Salmen | 1.10 | 995.00 | 1,094.50 |
| Maryia Shybut | 9.80 | 735.00 | 7,203.00 |
| Josh Sussberg, P.C. | 0.30 | 2,045.00 | 613.50 |
| Spencer A. Winters | 4.20 | 1,445.00 | 6,069.00 |
| Alison Wirtz | 39.60 | 1,375.00 | 54,450.00 |
| Alison Wirtz | 9.50 | 1,295.00 | 12,302.50 |
| **TOTALS** | **171.50** | | **$ 226,460.00** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083574
PGX Holdings, Inc.      Matter Number:      47119-10
Official Committee Matters and Meetings

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/12/23 | Whitney Fogelberg | 1.40 | Telephone conference with Klehr Harrison re Committee formation (.6); telephone conference with Company, Greenhill, A&M and W. Fogelberg, K&E team re same (.8). |
| 06/12/23 | Spencer A. Winters | 0.50 | Telephone conference with W. Fogelberg, K&E team, Company re potential committee issues. |
| 06/12/23 | Alison Wirtz | 0.70 | Conference with W. Fogelberg and K&E team and advisors re UCC makeup (.5); analyze issues re same (.2). |
| 06/14/23 | Spencer A. Winters | 0.90 | Review and analyze issues re UCC appointment (.3); correspond and telephone conferences with W. Fogelberg, K&E team re same (.6). |
| 06/16/23 | Whitney Fogelberg | 0.60 | Review and analyze Committee composition (.3); correspond with Company and A&M team re same (.3). |
| 06/16/23 | Alison Wirtz | 0.60 | Correspond with W. Fogelberg and K&E team re initial kickoff conference with Committee counsel and high priority items (.3); correspond with Greenhill re Committee diligence (.3). |
| 06/17/23 | Alison Wirtz | 0.20 | Correspond with Klehr team re scheduling kickoff call for committee. |
| 06/19/23 | Whitney Fogelberg | 1.10 | Telephone conference with Arent Fox, S. Winters and K&E team re initial Committee diligence requests (.5); correspond and conference with A&M and A. Wirtz re same (.6). |
| 06/19/23 | Maryia Shybut | 0.80 | Prepare and compile final orders (.5); correspond with A. Wirtz re same (.3). |
| 06/19/23 | Spencer A. Winters | 0.90 | Prepare for and attend telephone conference with Committee counsel (.5); review and analyze issues re same (.4). |
| 06/19/23 | Alison Wirtz | 1.10 | Conference with UCC counsel re case background etc. (.4); correspond with C. Ceresa re UCC diligence (.4); correspond with J. Kesselman re same (.2); correspond and conference with W. Fogelberg re same (.1). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083574
PGX Holdings, Inc.                                          Matter Number:           47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/23 | Chris Ceresa | 1.80 | Review, analyze, process items re diligence request list. |
| 06/20/23 | Whitney Fogelberg | 1.40 | Telephone conference with A&M, Greenhill, A. Wirtz, K&E team re Committee diligence requests (.5); review and analyze re same (.9). |
| 06/20/23 | Spencer A. Winters | 1.40 | Review and analyze Committee issues, adjournment issues (.7); correspond and telephone conferences with W. Fogelberg, K&E team re same (.7). |
| 06/20/23 | Alison Wirtz | 1.60 | Conference with A&M team and Greenhill team re Committee diligence requests and status (.6); correspond with C. Ceresa re same (.2); analyze documents re same (.4); correspond with A&M and Greenhill teams re same (.4). |
| 06/20/23 | Alison Wirtz | 1.50 | Review and analyze Committee bylaws (.3); correspond with Arent Fox and K&E team re diligence, parties in interest list, and first day orders (.6); conference with Greenhill, A&M team and C. Ceresa and K&E team re diligence requests (.6). |
| 06/21/23 | Maryia Shybut | 5.90 | Review, analyze board minutes (.5); correspond with K. Guilfoyle, K&E team re same (.5); analyze board minutes and other materials re directors and officers (3.5); review and compile financing documents (1.0); correspond with C. Ceresa re same (.4). |
| 06/21/23 | Alison Wirtz | 0.60 | Correspond with W. Fogelberg and K&E team re Committee conference (.1); conference and correspond with C. Ceresa and N. Bakke re diligence requests (.2); conference with R. Shanken re same (.3). |
| 06/22/23 | Chris Ceresa | 1.00 | Review, analyze, process items re diligence request list. |
| 06/22/23 | Kate Guilfoyle | 3.00 | Review, analyze draft documents for privilege (1.6); redact same for production to UCC (1.4). |
| 06/22/23 | Maryia Shybut | 3.10 | Review and compile board minutes (1.0); analyze board minutes and other materials re directors and officers (1.7); correspond with C. Ceresa re same (.4). |
| 06/26/23 | Alison Wirtz | 1.00 | Conference with A&M and K&E team re diligence items. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083574
PGX Holdings, Inc.      Matter Number:     47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/27/23 | Chris Ceresa | 0.40 | Review, analyze diligence requests and correspond with W. Fogelberg, K&E team, advisors re same. |
| 06/27/23 | Whitney Fogelberg | 0.80 | Telephone conference with A&M and Greenhill re Committee diligence requests. |
| 06/27/23 | Spencer A. Winters | 0.50 | Telephone conference with W. Fogelberg, K&E team, A&M, Greenhill re Committee issues. |
| 06/27/23 | Alison Wirtz | 1.20 | Conference with A&M and Greenhill re Committee diligence process and issues (.8) conference with K&E litigation team re same (.4). |
| 06/28/23 | Chris Ceresa | 0.20 | Review, analyze diligence requests and correspond with W. Fogelberg, K&E team, advisors re same. |
| 06/28/23 | Whitney Fogelberg | 1.20 | Telephone conference with counsel to Committee re scheduling (.6); telephone conference with A&M and Greenhill re Committee diligence and scheduling (.6). |
| 06/28/23 | Alison Wirtz | 1.00 | Correspond with Committee and W. Fogelberg re scheduling (.2); conference with W. Fogelberg and ArentFox team re diligence and scheduling (.8). |
| 06/29/23 | Whitney Fogelberg | 2.40 | Telephone conferences and correspond with counsel to Committee re second day hearing scheduling and objections to first day motions (.8); telephone conference with R. Howell and K&E team re same (.4); telephone conference with A&M and Greenhill teams re same (.5); correspond with counsel to lenders re same (.4); telephone conference with Company re same (.3). |
| 06/30/23 | Chris Ceresa | 0.20 | Review, analyze diligence requests and correspond with W. Fogelberg, K&E team, advisors re same. |
| 06/30/23 | Whitney Fogelberg | 2.80 | Telephone conferences and correspond with counsel to Committee re second day hearing scheduling and objections to first day motions (.5); telephone conference with A&M and Greenhill teams re same (.7); correspond and conference with counsel to lenders re same (1.1); telephone conferences with Company re same (.5). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083574
PGX Holdings, Inc.                                          Matter Number:             47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/02/23 | Alison Wirtz | 0.30 | Correspond with A&M team re UCC diligence requests and review and analyze responses thereto. |
| 07/03/23 | Chris Ceresa | 0.30 | Correspond with A. Wirtz, K&E team re Committee diligence request issues. |
| 07/03/23 | Whitney Fogelberg | 1.40 | Review and analyze UCC diligence requests (.9); correspond and conference with A&M re same (.5). |
| 07/03/23 | Alison Wirtz | 0.20 | Correspond with A&M team and C. Ceresa re UCC diligence requests related to governance. |
| 07/05/23 | Chris Ceresa | 0.50 | Correspond with A. Wirtz, K&E team re Committee diligence request issues. |
| 07/05/23 | Whitney Fogelberg | 1.70 | Review and analyze UCC diligence requests (.8); correspond and conference with A&M re same (.9). |
| 07/05/23 | Richard U. S. Howell, P.C. | 0.20 | Review and analyze correspondence re open issues with UCC. |
| 07/05/23 | Alison Wirtz | 0.50 | Correspond with C. McGushin and C. Guilfoyle re certain UCC diligence requests (.3); review and analyze other diligence requests (.2). |
| 07/07/23 | Alison Wirtz | 1.60 | Correspond and conference with W. Fogelberg, K&E team and A&M team re UCC conference and diligence. |
| 07/08/23 | Alison Wirtz | 0.40 | Conference with W. Fogelberg, Greenhill and A&M teams re Committee diligence (.2); review and analyze summary of diligence re same (.2). |
| 07/09/23 | Alison Wirtz | 1.70 | Review and analyze comments from UCC on first day motions, DIP and Bid Procedures (1.4); correspond with W. Fogelberg and K&E team re same (.3). |
| 07/10/23 | Chris Ceresa | 1.30 | Review, analyze, coordinate diligence production to UCC (1.1); correspond with K&E team re same (.2). |
| 07/10/23 | Whitney Fogelberg | 0.90 | Telephone conference with A&M and Greenhill teams re upcoming UCC conference. |
| 07/10/23 | Richard U. S. Howell, P.C. | 0.30 | Review and analyze correspondence re UCC settlement discussions |
| 07/10/23 | Chad J. Husnick, P.C. | 0.30 | Correspond and conference with A. Wirtz, K&E team re UCC negotiations. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083574
PGX Holdings, Inc.                                          Matter Number:            47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/23 | Alison Wirtz | 3.50 | Telephone conference with A&M and Greenhill teams re upcoming UCC conference (.9); correspond with W. Fogelberg and A&M team re same (.7); review and analyze diligence and other issues raised by UCC in first day orders (1.7); correspond with A&M re same (.2). |
| 07/10/23 | Alison Wirtz | 0.20 | Correspond with W. Fogelberg, K&E team re UCC issues. |
| 07/11/23 | Carolyn Aiken | 0.20 | Review, revise list of UCC open issues. |
| 07/11/23 | Chris Ceresa | 1.10 | Review, coordinate diligence production to UCC. |
| 07/11/23 | Whitney Fogelberg | 1.70 | Review and analyze UCC issues list re first day motions (1.3); correspond with A. Wirtz re same (.4). |
| 07/11/23 | Chad J. Husnick, P.C. | 0.50 | Correspond and conference with A. Wirtz, K&E team re UCC negotiations. |
| 07/11/23 | Alison Wirtz | 1.70 | Review and revise responses to Committee issues list (.3); correspond with S. Briefel and C. Ceresa re same (.1); correspond with K&E team re Committee conference (.4); correspond with W. Fogelberg re Committee comments to first day orders (.9). |
| 07/12/23 | Simon Briefel | 2.40 | Telephone conference with K&S, Proskauer, W. Fogelberg, K&E team re UCC issues list (.6); conference with UCC, Company professionals re global settlement (1.4); follow up with K&S, Proskauer, W. Fogelberg, K&E team re same (.4). |
| 07/12/23 | Chris Ceresa | 1.70 | Review, analyze, coordinate diligence production to the UCC. |
| 07/12/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz, K&E team, Proskauer re UCC issues list matters. |
| 07/12/23 | Whitney Fogelberg | 3.80 | Review and analyze UCC issues list in advance of UCC conference (1.1); conference with UCC advisors, A&M and Greenhill re first day motion issues and settlement discussions (2.1); correspond with Company re UCC conference (.6). |
| 07/12/23 | Diana Heriford | 0.60 | Review, analyze UCC comments re creditor matrix motion final order (.1); revise utilities motion final order re UCC comments (.5). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083574
PGX Holdings, Inc.      Matter Number:     47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/12/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze materials in advance of meeting with creditors' committee. |
| 07/12/23 | Chad J. Husnick, P.C. | 2.00 | Participate in UCC conference (1.1); correspond and conference with W. Fogelberg, K&E team re same (.9). |
| 07/12/23 | Adrian Salmen | 1.10 | Review, revise NOL order per UCC comments (.5); review, revise wages order re UCC comments (.6). |
| 07/12/23 | Alison Wirtz | 4.20 | Telephone conference with K&S, Proskauer, W. Fogelberg, K&E team re UCC issues list (.6); conference with UCC, Company professionals re global settlement (1.4); conference with ArentFox re UCC issues with first day orders (1.2); correspond with UCC and lenders' counsel re same (.5); correspond with C. Ceresa, K&E team re Committee comments to first day orders (.5). |
| 07/13/23 | Simon Briefel | 1.50 | Analyze issues re UCC comments to critical vendors order (.7); correspond with A&M re same (.2); review and analyze order re same (.2); telephone conference with UCC, lender counsel re witness deposition requests (.4). |
| 07/13/23 | Chris Ceresa | 4.30 | Review, analyze, coordinate diligence production to the UCC. |
| 07/13/23 | Whitney Fogelberg | 1.60 | Review and analyze UCC settlement term sheet (.9); correspond with A&M and Greenhill teams re same (.7). |
| 07/13/23 | Diana Heriford | 0.50 | Revise creditor matrix motion final order re UCC comments. |
| 07/13/23 | Diana Heriford | 0.30 | Compile second day orders re UCC comments. |
| 07/13/23 | Gabrielle Christine Reardon | 1.00 | Review, revise vendors motion order re Committee comments (.4); correspond with S. Briefel re same (.2); correspond with A&M re same (.2); correspond with A. Wirtz re same (.2). |
| 07/13/23 | Alison Wirtz | 2.30 | Telephone conference with UCC, lender counsel re witness deposition requests (.4); correspond with S. Winters, C. Ceresa and A&M team re diligence requests (.6); review and analyze revised first day orders (.9); correspond with C. Ceresa, K&E team re same (.4). |

Legal Services for the Period Ending July 31, 2023    Invoice Number: 1050083574
PGX Holdings, Inc.    Matter Number: 47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/14/23 | Simon Briefel | 1.50 | Telephone conference with W. Fogelberg re UCC term sheet, next steps (.8); telephone conference with W. Fogelberg, K&S re UCC settlement proposal (.7). |
| 07/14/23 | Whitney Fogelberg | 2.00 | Telephone conference with counsel to lenders, A&M, and Greenhill re UCC settlement proposal (.8); review and analyze issues re same (.9); telephone conference with A&M team re same (.3). |
| 07/14/23 | Richard U. S. Howell, P.C. | 1.00 | Review, analyze correspondence and other materials re potential litigation and potential settlement with UCC. |
| 07/14/23 | Chad J. Husnick, P.C. | 0.50 | Review and analyze committee settlement proposal (.2); correspond with A. Wirtz, K&E team re same (.3). |
| 07/14/23 | Alison Wirtz | 0.50 | Correspond with A&M team re Committee diligence matters. |
| 07/15/23 | Chad J. Husnick, P.C. | 0.50 | Review and analyze Committee settlement proposal (.2); correspond with W. Fogelberg, K&E team re same (.3). |
| 07/15/23 | Alison Wirtz | 1.60 | Correspond with C. Ceresa re Committee and surety diligence requests (.4); review and comment on revised first day orders (1.2). |
| 07/16/23 | Chad J. Husnick, P.C. | 0.50 | Correspond with W. Fogelberg, K&E team, other advisors re UCC settlement proposal and next steps. |
| 07/16/23 | Alison Wirtz | 2.60 | Review and revise first day orders per negotiations with Committee (.9); correspond with W. Fogelberg and K&E team re same (.4); correspond with ArentFox team re further revisions to first day orders (.6); correspond with A. Salmen, K&E team re wages diligence and other diligence (.4); conference with A&M team re same (.3). |
| 07/17/23 | Chad J. Husnick, P.C. | 0.50 | Correspond and conference with A. Wirtz, K&E team, other advisors re UCC settlement discussions. |
| 07/17/23 | Alison Wirtz | 2.00 | Review and comment on language requested by Committee re customer programs order (.3); correspond with A&M team re same (.3); conference with W. Fogelberg, S. Briefel and C. Ceresa re Committee objections and reply strategies (.6); review and analyze same (.8). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083574
PGX Holdings, Inc.      Matter Number:     47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/18/23 | Chris Ceresa | 3.20 | Review, analyze, coordinate diligence requests from and production to UCC (2.8); correspond with A. Wirtz and K&E team, advisors re same (.4). |
| 07/18/23 | Amila Golic | 0.40 | Review and analyze issues re Committee request re forbearance agreements (.3); correspond with A. Wirtz, S. Magill, A. Straka re same (.1). |
| 07/18/23 | Gabrielle Christine Reardon | 0.30 | Redact minutes re production to Committee. |
| 07/19/23 | Chris Ceresa | 1.20 | Review, analyze diligence requests from UCC (.3); coordinate diligence materials (.7); correspond with A. Wirtz and K&E team, advisors re same (.2). |
| 07/19/23 | Richard U. S. Howell, P.C. | 0.40 | Review, analyze communications re UCC settlement negotiations. |
| 07/19/23 | Alison Wirtz | 1.30 | Review and comment on replies to Committee objections (1.1); correspond with S Briefel and C. Ceresa re same (.2). |
| 07/20/23 | Chris Ceresa | 0.90 | Review, analyze diligence requests from UCC (.3); coordinate diligence materials (.5); correspond with A. Wirtz and K&E team, advisors re same (.1). |
| 07/23/23 | Chris Ceresa | 0.40 | Review, analyze, coordinate UCC requests for production. |
| 07/24/23 | Chris Ceresa | 0.90 | Review, analyze, coordinate UCC requests for production. |
| 07/24/23 | Chad J. Husnick, P.C. | 0.30 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel, other advisors re UCC plan negotiations. |
| 07/24/23 | Alison Wirtz | 0.80 | Correspond with counsel to Committee and C. Ceresa re status of diligence requests (.2); analyze materials re same (.6). |
| 07/25/23 | Chris Ceresa | 5.90 | Review, analyze, coordinate UCC requests for production (4.2); review production requests re privilege issues (.8); correspond with P. Goldsmith, K&E team, advisors re outstanding diligence items (.9). |
| 07/25/23 | Paul Goldsmith | 0.40 | Review and analyze diligence requests from the committee. |
| 07/25/23 | Josh Sussberg, P.C. | 0.10 | Correspond with C. Husnick same re status with UCC. |

Legal Services for the Period Ending July 31, 2023                    Invoice Number:        1050083574
PGX Holdings, Inc.                                                    Matter Number:          47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/25/23 | Alison Wirtz | 0.50 | Review and analyze UCC global settlement proposal and correspond with W. Fogelberg, K&E team re same. |
| 07/26/23 | Chris Ceresa | 0.90 | Review, analyze, coordinate UCC requests for production items. |
| 07/26/23 | Chris Ceresa | 6.90 | Attend and participate in deposition of Debtors' director by the UCC (4.4); correspond with P. Goldsmith, K&E team re outstanding diligence requests (.6); review, analyze, coordinate same (1.9). |
| 07/26/23 | Paul Goldsmith | 0.70 | Review and analyze diligence requests from the UCC. |
| 07/26/23 | Diana Heriford | 1.10 | Correspond with C. Ceresa, A&M re UCC diligence requests (.2); review, analyze data site re same (.9). |
| 07/26/23 | Alison Wirtz | 1.20 | Correspond with C. Ceresa re Committee outstanding diligence (.3); correspond and conference with C. Ceresa, K&E team and Klehr Harrison re status of Committee negotiations (.9). |
| 07/27/23 | Chris Ceresa | 3.30 | Review, analyze, coordinate UCC requests for production items (3.0); correspond with D. Heriford re diligence issues (.3). |
| 07/27/23 | Diana Heriford | 4.70 | Review, analyze bonds re UCC diligence request (2.4); draft summary re same (.6); correspond with C. Ceresa re same (.3); review, analyze deposition transcripts re UCC diligence requests (.9); correspond with A&M re same (.2); correspond with C. Ceresa re same (.3). |
| 07/27/23 | Alison Wirtz | 0.50 | Correspond and conference with lenders' counsel and C. Ceresa, K&E team re UCC counterproposal and related matters. |
| 07/28/23 | Chris Ceresa | 2.20 | Review, analyze, coordinate UCC requests for production items (1.8); correspond with P. Goldsmith, K&E team re same (.4). |
| 07/28/23 | Paul Goldsmith | 0.80 | Draft responses to diligence requests from the UCC. |
| 07/28/23 | Chad J. Husnick, P.C. | 2.00 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re settlement negotiations. |
| 07/28/23 | Library Factual Research | 1.00 | Research and obtain CIC bonds from the NMLS system. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Official Committee Matters and Meetings

Invoice Number: 1050083574
Matter Number: 47119-10

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/28/23 | Alison Wirtz | 2.60 | Conference with lenders' counsel, C. Husnick and advisors re counterproposal (1.0); correspond with counsel to Committee and advisor teams re counterproposal (.3); review and comment on counterproposal materials from Greenhill team (.4); correspond and conference with Greenhill team re same (.3); prepare for contested hearing re same (.6). |
| 07/29/23 | Chad J. Husnick, P.C. | 1.00 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re settlement negotiations. |
| 07/29/23 | Alison Wirtz | 0.30 | Correspond with Company, advisor teams re status of UCC negotiations and lender input. |
| 07/30/23 | Chad J. Husnick, P.C. | 1.50 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re settlement negotiations. |
| 07/30/23 | Alison Wirtz | 6.90 | Conference with C. Husnick, S. Winters, and lenders' counsel re counterproposal (.5); conference with C. Husnick, S. Winters and Company re same (.4); review and analyze Committee's supplemental objection (.6); conference with C. Wallace and C. McGushin re hearing preparations (.7); correspond with S. Briefel and C. Ceresa re talking points (.5); conference with Greenhill, independent director re revised proposals (.8); review and analyze settlement term sheet and other materials re same (3.4). |
| 07/31/23 | Simon Briefel | 6.00 | Draft, revise Committee settlement term sheet (2.9); conference with A. Wirtz re same (.5); correspond with same, K&E team re same (.5); conference with A. Wirtz, K&E team re contested hearing preparation (2.1). |
| 07/31/23 | Simon Briefel | 1.50 | Draft, revise hearing talking points re settlement (1.0); conference with A. Wirtz, K&E team re hearing preparation (.5). |
| 07/31/23 | Richard U. S. Howell, P.C. | 1.10 | Review and analyze correspondence re UCC settlement and litigation discussions. |
| 07/31/23 | Chad J. Husnick, P.C. | 2.00 | Correspond and conference with A. Wirtz, K&E team, Company, Committee counsel re settlement negotiations. |
| 07/31/23 | Josh Sussberg, P.C. | 0.20 | Correspond re hearing and settlement status with C. Husnick. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083574
PGX Holdings, Inc.          Matter Number:          47119-10
Official Committee Matters and Meetings

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/31/23 | Alison Wirtz | 2.20 | Conference and correspond with C. Husnick, Company, lenders' counsel and UCC counsel re global settlement of Committee objections (1.3); draft talking points re same (.9). |

**Total**          **171.50**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083575**
**Client Matter: 47119-11**

---

**In the Matter of Use, Sale, and Disposition of Property**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                           $ 876,488.00

Total legal services rendered                                                     $ 876,488.00

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083575
PGX Holdings, Inc.  Matter Number: 47119-11
Use, Sale, and Disposition of Property

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Emma Balls | 9.10 | 995.00 | 9,054.50 |
| Emma Balls | 37.80 | 885.00 | 33,453.00 |
| Alex Bledsoe | 5.80 | 735.00 | 4,263.00 |
| Chris Ceresa | 81.70 | 1,245.00 | 101,716.50 |
| Chris Ceresa | 41.70 | 1,155.00 | 48,163.50 |
| Daniel S. Daines | 65.90 | 1,420.00 | 93,578.00 |
| Alexander Flynn-Tabloff | 0.70 | 1,375.00 | 962.50 |
| Whitney Fogelberg | 25.70 | 1,425.00 | 36,622.50 |
| Susan D. Golden | 1.10 | 1,475.00 | 1,622.50 |
| Paul Goldsmith | 0.30 | 995.00 | 298.50 |
| Paul Goldsmith | 2.30 | 885.00 | 2,035.50 |
| Amila Golic | 5.10 | 995.00 | 5,074.50 |
| Amila Golic | 15.20 | 885.00 | 13,452.00 |
| Diana Heriford | 1.90 | 885.00 | 1,681.50 |
| Diana Heriford | 12.50 | 735.00 | 9,187.50 |
| Richard U. S. Howell, P.C. | 29.20 | 1,620.00 | 47,304.00 |
| Chad J. Husnick, P.C. | 9.30 | 2,045.00 | 19,018.50 |
| Vladimir Khodosh, P.C. | 2.60 | 1,795.00 | 4,667.00 |
| Brandon King | 10.00 | 995.00 | 9,950.00 |
| Kelsey Marie Laugel | 0.50 | 1,295.00 | 647.50 |
| Casey McGushin | 0.70 | 1,415.00 | 990.50 |
| Michael William Morgan | 0.60 | 735.00 | 441.00 |
| Keyan Norman | 44.90 | 995.00 | 44,675.50 |
| Keyan Norman | 29.10 | 885.00 | 25,753.50 |
| Jeffrey S. Quinn | 0.50 | 1,895.00 | 947.50 |
| Gabrielle Christine Reardon | 65.00 | 885.00 | 57,525.00 |
| Gabrielle Christine Reardon | 56.30 | 735.00 | 41,380.50 |
| Hayley Smith | 1.00 | 575.00 | 575.00 |
| Thao Thai | 2.00 | 1,245.00 | 2,490.00 |
| Thao Thai | 3.90 | 1,155.00 | 4,504.50 |
| Steve Toth | 6.10 | 1,615.00 | 9,851.50 |
| Matthew J. Van Wagoner | 99.40 | 1,295.00 | 128,723.00 |

Legal Services for the Period Ending July 31, 2023

PGX Holdings, Inc.

Use, Sale, and Disposition of Property

Invoice Number: 1050083575

Matter Number: 47119-11

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Matthew J. Van Wagoner | 59.10 | 1,245.00 | 73,579.50 |
| Spencer A. Winters | 20.30 | 1,445.00 | 29,333.50 |
| Alison Wirtz | 8.60 | 1,375.00 | 11,825.00 |
| Susan Zablocki | 2.00 | 570.00 | 1,140.00 |
| **TOTALS** | **757.90** | | **$ 876,488.00** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083575
PGX Holdings, Inc.      Matter Number:     47119-11
Use, Sale, and Disposition of Property

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Emma Balls | 6.00 | Review and revise Lexington Law asset purchase agreement (2.3); review and revise PGX asset purchase agreement (2.1); revise ancillary agreements to PGX asset purchase agreement (.6); conference with D. Daines and K&E team re same (1.0). |
| 06/04/23 | Daniel S. Daines | 6.50 | Review, analyze purchase agreements (1.9); review and revise purchase agreements (3.9); coordinate with E. Balls, K&E team re same (.5); correspond with lenders re purchase agreements (.2). |
| 06/04/23 | Amila Golic | 2.70 | Research issues re notice of sale of law firm (1.3); revise notice of sale of law firm (1.2); correspond with W. Fogelberg, K&E team re same (.2). |
| 06/04/23 | Keyan Norman | 1.00 | Review and revise asset purchase agreement. |
| 06/04/23 | Gabrielle Christine Reardon | 0.80 | Review and revise bidding procedures declaration. |
| 06/04/23 | Steve Toth | 1.70 | Analyze asset purchase agreements (1.2); draft comments re same (.5). |
| 06/04/23 | Matthew J. Van Wagoner | 3.50 | Analyze PGX asset purchase agreement (1.2); revise PGX asset purchase agreement (1.4); draft outstanding items checklist (.9). |
| 06/05/23 | Emma Balls | 5.30 | Review and analyze documents in connection with HSR filing (.6); review and revise Lexington Law asset purchase agreement (1.7); review and revise PGX asset purchase agreement (1.5); telephone conference with M. Van Wagoner, A&M team re outstanding purchase agreement items (.6); telephone conference with YCST, A. Wirtz, K&E team, A&M teams re Lexington Law asset purchase agreement outstanding items (.6); conference with PGX CFO re financial statements (.3). |
| 06/05/23 | Chris Ceresa | 1.90 | Conference and correspond with G. Reardon, K&E team re issues re sale/bidding procedures motion and declarations re same (.8); review, revise, analyze same (1.1). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083575
PGX Holdings, Inc.      Matter Number:     47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Chris Ceresa | 11.20 | Revise bid procedures declaration (2.3); correspond with G. Reardon re same (.7); revise bidding procedures order (2.0); correspond with G. Reardon re same (.6); revise sale motion (3.2); correspond with G. Reardon, D. Heriford re same (1.3); correspond with W. Fogelberg re sale documents (1.1). |
| 06/05/23 | Daniel S. Daines | 7.50 | Correspond and coordinate with J. Quinn and K&E team re edits to LexLaw and PGX asset purchase agreements (.2); telephone conference with buyer counsel re assumed liabilities issues (.3); telephone conference with buyer counsel re open issues for negotiation in PGX asset purchase agreement (.7); review and analyze list of disclosure schedules and information schedules open in asset purchase agreements (1.9); coordinate with E. Balls, K&E team and Greenhill to produce and complete same (.5); review and analyze revised bidding procedures order (.2); review and analyze lender counsel edits to PGX asset purchase agreement (1.1); telephone conference, correspond and coordinate with bankers and W. Fogelberg, K&E team re assumed taxes issues (.4); review and revise asset purchase agreement drafts in preparation for filing (1.3); telephone conferences with W. Fogelberg, K&E team re asset purchase agreement drafting issues (.9). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083575
PGX Holdings, Inc.                                          Matter Number:         47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Daniel S. Daines | 5.10 | Correspond and coordinate with A&M, Greenhill, W. Fogelberg, K&E team re open issues and data points in asset purchase agreements (1.6); telephone conference and correspond with lender counsel re negotiation of terms of PGX asset purchase agreement (.9); telephone conference and correspond with lender counsel re negotiation of terms of LexLaw asset purchase agreement (1.2); telephone conferences with S. Toth, K. Norman and E. Balls re drafting terms in asset purchase agreements (.7); review, analyze and revise asset purchase agreement drafts (.3); correspond and coordinate with M. Wheatley, K&E antitrust team re HSR analysis and process for asset sales (.2); review and analyze edits to LexLaw asset purchase agreement received from buyer counsel (.2). |
| 06/05/23 | Alexander Flynn-Tabloff | 0.50 | Review and revise asset purchase agreement re legal issues. |
| 06/05/23 | Whitney Fogelberg | 1.20 | Telephone conference with D. Daines, K&E team and counsel to buyer re asset purchase agreement issues (.3); review and analyze Lexington Law asset purchase agreement (.9). |
| 06/05/23 | Susan D. Golden | 0.60 | Correspond with D. Heriford and C. Ceresa re PGX and Lexington Law sale notices (.3); review and analyze same (.3). |
| 06/05/23 | Amila Golic | 0.50 | Correspond with C. Ceresa, G. Reardon re non-disclosure agreement with potential bidder (.1); review and analyze issues re same (.3); telephone conference with counsel of potential bidder re non-disclosure agreement (.1). |
| 06/05/23 | Diana Heriford | 5.50 | Revise bidding procedures motion (3.9); analyze asset purchase agreements (1.6). |
| 06/05/23 | Kelsey Marie Laugel | 0.50 | Analyze Hart-Scott-Rodino filing. |
| 06/05/23 | Keyan Norman | 1.80 | Review and revise purchase agreement (1.2); correspond with D. Daines, K&E team re same (.6). |

Legal Services for the Period Ending July 31, 2023　　　　Invoice Number:　　1050083575
PGX Holdings, Inc.　　　　　　　　　　　　　　　　　　　Matter Number:　　　47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Gabrielle Christine Reardon | 11.40 | Review and revise bidding procedures order (3.7); correspond with C. Ceresa, D. Heriford re same (.4); correspond with W. Fogelberg, K&E corporate team, K&S, A&M, and Company re same (.6); research re precedent expense reimbursements (1.4); review and revise notices re bidding procedures motion (1.1); review and revise bidding procedures motion (2.6); review and analyze sale process timeline (.5); review and revise bidding procedures declaration (1.1). |
| 06/05/23 | Steve Toth | 2.60 | Analyze and correspond with D. Daines, K&E team re APA issues (.2); discuss asset purchase agreement and liabilities with LexLaw counsel, A&M and D. Daines, K&E team (.3); analyze and revise asset purchase agreement (.6); analyze bidding procedures (.5); analyze sale order (.6); discuss asset purchase agreement issues with K&S and D. Daines, K&E team (.4). |
| 06/05/23 | Matthew J. Van Wagoner | 8.50 | Telephone conference with Alvarez and Marsal re asset purchase agreements, financial statements (.5); review, analyze data room re sale, corporate matters (2.2); analyze and revise PGX and LL asset purchase agreements (3.8); draft LL asset purchase agreement issues list (1.1); analyze PGX issue list (.9). |
| 06/06/23 | Emma Balls | 0.80 | Review and analyze documents in data room for inclusion in asset purchase agreement disclosure schedules (.6); conference with K. Norman re same (.2). |
| 06/06/23 | Chris Ceresa | 1.80 | Conference and correspond with G. Reardon, K&E team re issues re sale/bidding procedures motion and declarations re same (.7); review, analyze, revise same (1.1). |
| 06/06/23 | Chris Ceresa | 1.40 | Revise bidding procedures declaration (.5); review, analyze sale motion, bidding procedures order (.9). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:             47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/23 | Daniel S. Daines | 4.90 | Telephone conference and correspond with A&M re filing version of asset purchase agreements (.4); correspond and coordinate with S. Toth, K&E team re further asset purchase agreement edits (.5); review, analyze, draft and revise certain provisions of asset purchase agreements (1.1); review and revise Greenhill's summary of asset purchase agreement terms (.3); telephone conferences and correspondence with opposing counsel, investment banker teams, and W. Fogelberg, K&E team re asset purchase agreements (2.6). |
| 06/06/23 | Alexander Flynn-Tabloff | 0.20 | Review, analyze revisions to asset purchase agreement. |
| 06/06/23 | Whitney Fogelberg | 0.70 | Telephone conference with A. Wirtz, K&E team re asset purchase agreement legal issues. |
| 06/06/23 | Diana Heriford | 3.80 | Revise bidding procedures motion. |
| 06/06/23 | Keyan Norman | 1.00 | Correspond with E. Balls re disclosure schedules (.2); review and revise disclosure schedules (.8). |
| 06/06/23 | Jeffrey S. Quinn | 0.50 | Review and analyze draft purchase agreement for bidders. |
| 06/06/23 | Gabrielle Christine Reardon | 4.40 | Review and revise bidding procedures motion (1.6); review and revise bidding procedures declaration (.8); review and revise bidding procedures order (2.0). |
| 06/07/23 | Emma Balls | 0.50 | Review and analyze asset purchase agreements drafts and draft lists of outstanding items. |
| 06/07/23 | Daniel S. Daines | 1.10 | Review and analyze open issues in asset purchase agreements and coordinate with W. Fogelberg, K&E team re same (.7); correspond with W. Fogelberg, K&E team and Greenhill re same (.4). |
| 06/07/23 | Diana Heriford | 2.10 | Research bidding procedures notice. |
| 06/07/23 | Gabrielle Christine Reardon | 2.10 | Review, analyze precedent re service of bidding procedures (.9); correspond with A. Wirtz re same (.2); correspond with W. Fogelberg re same (.1); correspond with A&M re same (.2); review and analyze non-disclosure agreements received from confidential parties (.7). |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending July 31, 2023 | | Invoice Number: | 1050083575 |
| PGX Holdings, Inc. | | Matter Number: | 47119-11 |
| Use, Sale, and Disposition of Property | | | |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/07/23 | Steve Toth | 0.30 | Analyze correspondence re filed asset purchase agreements. |
| 06/07/23 | Matthew J. Van Wagoner | 4.00 | Analyze data room (1.9); analyze disclosure schedules and outstanding items list (2.1). |
| 06/08/23 | Emma Balls | 0.40 | Draft disclosure schedules (.2); review and analyze documents for inclusion in disclosure schedules (.2). |
| 06/08/23 | Chris Ceresa | 1.90 | Conference and correspond with G. Reardon, K&E team re issues re sale/bidding procedures motion and declarations re same (1.0); review, analyze, revise same (.9). |
| 06/08/23 | Daniel S. Daines | 1.40 | Correspond with opposing counsel and with W. Fogelberg, K&E team re asset purchase agreement revisions (.3); review and revise disclosure schedules (1.1). |
| 06/08/23 | Whitney Fogelberg | 1.50 | Review and analyze issues re asset purchase agreements and open items on sale documents (1.2); correspond and conference with S. Toth and K&E team re same (.3). |
| 06/08/23 | Amila Golic | 3.10 | Review and analyze edits from counterparty to sale non-disclosure agreement (2.4); correspond with C. Ceresa, G. Reardon, counterparty, Company re same (.7). |
| 06/08/23 | Diana Heriford | 0.80 | Research bidding procedures motion notice. |
| 06/08/23 | Vladimir Khodosh, P.C. | 0.50 | Review and analyze IP schedules to asset purchase agreements. |
| 06/08/23 | Keyan Norman | 2.30 | Review and revise PGX asset purchase agreement (1.0); review and revise disclosure schedules (.7); review and analyze diligence materials (.6). |
| 06/08/23 | Matthew J. Van Wagoner | 2.70 | Analyze data room (1.0); analyze disclosure schedules and APAs (1.0); populate schedules (.7). |
| 06/09/23 | Chris Ceresa | 0.70 | Conference and correspond with G. Reardon, K&E team re issues re sale/bidding procedures motion and declarations re same (.2); review, analyze, revise same (.5). |
| 06/09/23 | Daniel S. Daines | 2.00 | Correspond with W. Fogelberg, K&E team re asset purchase agreement issues to finalize (.3); revise issues lists and drafts of asset purchase agreement (.5); review and revise disclosure schedules (1.2). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050083575
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/09/23 | Amila Golic | 0.80 | Correspond with Company, C. Ceresa, K&E team, potential bidders re revisions to non-disclosure agreements. |
| 06/09/23 | Diana Heriford | 0.30 | Correspond with G. Reardon, C. Ceresa re bidding procedures motion legal issues. |
| 06/09/23 | Keyan Norman | 0.60 | Review and analyze diligence in data room (.3); review and analyze disclosure schedules (.3). |
| 06/09/23 | Gabrielle Christine Reardon | 2.40 | Correspond with Greenhill re bidding procedures legal issues (.1); research precedent objections re bidding procedures (2.3). |
| 06/09/23 | Matthew J. Van Wagoner | 3.00 | Analyze data room (1.0); analyze disclosure schedules and outstanding items list (1.0); correspond with A. Wirtz, K&E team re same (1.0). |
| 06/10/23 | Daniel S. Daines | 0.20 | Correspond and coordinate with A&M re asset purchase agreement support schedules. |
| 06/10/23 | Whitney Fogelberg | 0.70 | Review and analyze issues re bidding procedures objections (.4); correspond with C. Ceresa, K&E team re same (.3). |
| 06/12/23 | Emma Balls | 0.50 | Review and revise disclosure schedules (.3); conference with K&E team re same (.2). |
| 06/12/23 | Chris Ceresa | 0.70 | Review, analyze materials re potential bid procedures issues. |
| 06/12/23 | Daniel S. Daines | 1.60 | Correspond and coordinate with A&M and K. Norman, K&E team re disclosure schedules and information schedules for asset purchase agreements (.3); telephone conference and coordinate with K. Norman re same (.2); review and revise asset purchase agreements open issues lists (.4); draft and revise disclosure schedules (.7). |
| 06/12/23 | Amila Golic | 0.80 | Review and analyze non-disclosure agreement edits from potential bidders (.6); correspond with C. Ceresa, K&E team, bidders re same (.2). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:    1050083575
Matter Number:    47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/12/23 | Keyan Norman | 2.50 | Telephone conference with D. Daines re disclosure schedules (.2): review and revise disclosure schedules (.7); correspondence with A&M team re disclosure schedules (.1); telephone conference with M. Van Wagoner and A&M team re disclosure schedules (1.0); review and revise disclosure schedules (.5). |
| 06/12/23 | Gabrielle Christine Reardon | 2.50 | Research precedent re bidding procedures motion objections. |
| 06/12/23 | Matthew J. Van Wagoner | 2.20 | Analyze asset purchase agreement, data room and responsive folders re disclosure schedules. |
| 06/13/23 | Emma Balls | 2.80 | Review and analyze asset purchase agreements and draft list of outstanding issues (.6); conference re disclosure schedules with D. Daines and K&E team (.2); review and analyze data room items for inclusion on disclosure schedules (1.4); draft disclosure schedules (.6). |
| 06/13/23 | Daniel S. Daines | 0.50 | Correspond and telephone conferences with A&M and with K. Norman, E. Balls, K&E team re asset purchase agreement disclosure schedules and open questions re same. |
| 06/13/23 | Amila Golic | 0.60 | Review, analyze non-disclosure agreement from potential bidders. |
| 06/13/23 | Keyan Norman | 1.50 | Correspond with D. Daines and E. Balls re disclosure schedules (.5); conference with E. Balls re disclosure schedules (1.0). |
| 06/13/23 | Gabrielle Christine Reardon | 0.50 | Review and analyze bidding procedure objection precedent. |
| 06/14/23 | Emma Balls | 2.60 | Review and analyze items in data room for inclusion in disclosure schedules (1.3); conference with A&M and K. Norman, K&E team re disclosure schedules (1.0); telephone conference with C. Ceresa re disclosure schedules (.3). |
| 06/14/23 | Chris Ceresa | 1.00 | Review, analyze legal issues re bidding procedures and sale (.8); correspond with G. Reardon and K&E team re same (.2). |
| 06/14/23 | Chris Ceresa | 0.60 | Review, analyze sale non-disclosure agreement issues. |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083575
PGX Holdings, Inc.      Matter Number:      47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/14/23 | Daniel S. Daines | 0.50 | Correspond and coordinate with K. Norman and K&E team re cure amounts and available contracts schedules (.2); review and analyze open asset purchase agreement data points with K. Norman (.3). |
| 06/14/23 | Amila Golic | 1.00 | Correspond with C. Ceresa, K&E team, potential bidder re non-disclosure agreement (.2); review, revise non-disclosure agreement from potential bidder (.8). |
| 06/14/23 | Keyan Norman | 2.90 | Telephone conference with M. Van Wagoner and A&M team re disclosure schedules (1.2); review and revise disclosure schedules (1.7). |
| 06/14/23 | Gabrielle Christine Reardon | 0.90 | Review and revise nondisclosure agreement with potential bidder (.5); correspond with C. Ceresa re same (.2); correspond with potential bidder re same (.2). |
| 06/14/23 | Matthew J. Van Wagoner | 5.50 | Analyze asset purchase agreements, disclosure schedules and data room (1.5); telephone conference with A&M, S. Winters, K&E team re asset purchase agreements and discourse schedules (1.0); analyze outstanding disclosure schedules and applicable files in data room (1.7); begin contract review for applicable required consents and contravention related items (1.3). |
| 06/15/23 | Emma Balls | 3.00 | Conference with A&M and K. Norman, K&E team re disclosure schedules (.7); prepare for same (.5); review and analyze documents for inclusion on schedules (1.0); conference with A&M and correspondence with A&M and buyer counsel teams re purchase price allocation (.3); revise disclosure schedules (.5). |
| 06/15/23 | Chris Ceresa | 1.00 | Review, analyze legal issues re bidding procedures and sale (.8); correspond with G. Reardon and K&E team re same (.2). |
| 06/15/23 | Daniel S. Daines | 1.70 | Correspond and coordinate with C. Ceresa, K&E team re revised sale order (.1); review and revise draft asset purchase agreement disclosure schedules (.4); telephone conference and coordinate with E. Balls, K&E team and Greenhill re asset purchase agreement disclosure schedules population workflows (1.2). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:             47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/15/23 | Paul Goldsmith | 0.70 | Review and analyze executory contracts re legal issues re sale schedules. |
| 06/15/23 | Amila Golic | 0.50 | Correspond with potential bidder re revisions to non-disclosure agreement. |
| 06/15/23 | Keyan Norman | 1.90 | Telephone conference with M. Van Wagoner and A&M re disclosure schedules (.5); review and revise purchase agreement (.6); draft contract review matrix (.2); correspond with M. Van Wagoner and A&M re disclosure schedules (.3); review and analyze material agreements for schedules (.3). |
| 06/15/23 | Gabrielle Christine Reardon | 2.90 | Review and analyze bidding procedure objection precedent (1.6); draft chart re same (1.3). |
| 06/15/23 | Gabrielle Christine Reardon | 1.20 | Correspond with Greenhill re contents of virtual data room (.1); review and revise nondisclosure agreement with potential bidder (.7); correspond with potential bidder re same (.2); correspond with Greenhill re revised nondisclosure agreement forms (.2). |
| 06/15/23 | Matthew J. Van Wagoner | 3.70 | Analyze asset purchase agreements, disclosure schedules and data room (1.0); telephone conference with A&M, S. Winters, K&E team re asset purchase agreements and discourse schedules (1.0); analyze outstanding disclosure schedules and applicable files in data room (1.2); conference with E. Balls and K. Norman to analyze schedules, contract review and outstanding items re asset purchase agreement (.5). |
| 06/16/23 | Emma Balls | 0.70 | Review and analyze documents and correspondence for inclusion in disclosure schedules (.5); revise same (.2). |
| 06/16/23 | Chris Ceresa | 0.90 | Correspond with counsel re state tax issue re potential sale. |
| 06/16/23 | Chris Ceresa | 0.50 | Correspond with W. Fogelberg, K&E team re sale issues. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/16/23 | Daniel S. Daines | 1.00 | Correspond and coordinate with Greenhill re filed versions of asset purchase agreements (.1); correspond and coordinate with A&M re tax payments to be assumed and purchase price allocation methodology (.4); review and analyze contract listing file produced by A&M for asset purchase agreement disclosure schedules (.5). |
| 06/16/23 | Whitney Fogelberg | 3.70 | Review and revise sale orders (2.2); review and analyze asset purchase agreements (1.1); correspond and conference with C. Ceresa and K&E team re sale orders (.4). |
| 06/16/23 | Amila Golic | 3.10 | Review and analyze precedent non-disclosure agreement (2.0); review and analyze revisions to same received from potential bidder (.9); correspond with C. Ceresa, G. Reardon re same (.2). |
| 06/16/23 | Keyan Norman | 3.30 | Telephone conference with M. Van Wagoner re disclosure schedules (.5); review and analyze available contracts schedule (1.8); review and revise disclosure schedules (1.0). |
| 06/16/23 | Gabrielle Christine Reardon | 3.60 | Review and analyze precedent objections re bidding procedures (2.2); draft summary re same (.9); finalize nondisclosure agreement with potential bidder (.2); correspond with potential bidder re same (.1); correspond with Greenhill re nondisclosure agreements with potential bidders (.2). |
| 06/16/23 | Matthew J. Van Wagoner | 3.50 | Analyze asset purchase agreements, disclosure schedules and data room (1.7); contract review for applicable required consents and contravention related items (1.8). |
| 06/17/23 | Whitney Fogelberg | 3.30 | Review and revise sale orders (2.5); correspond with C. Ceresa and K&E team re same (.8). |
| 06/17/23 | Amila Golic | 0.90 | Review and revise nondisclosure agreements for potential bidders (.7); correspond with C. Ceresa, potential bidders re same (.2). |
| 06/18/23 | Whitney Fogelberg | 1.40 | Review and revise reply re potential bidding procedures objections (1.0); correspond with C. Ceresa re same (.4). |
| 06/18/23 | Amila Golic | 0.20 | Correspond with potential bidder re revised nondisclosure agreement. |

14

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083575
PGX Holdings, Inc.                                          Matter Number:         47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/18/23 | Keyan Norman | 1.00 | Review and revise disclosure schedules (.5); review documents in data room (.5). |
| 06/19/23 | Emma Balls | 0.90 | Review and analyze documents and correspondence for inclusion in disclosure schedules (.5); conference with A&M re disclosure schedules (.4). |
| 06/19/23 | Chris Ceresa | 0.30 | Correspond with W. Fogelberg, K&E team re sale legal issues. |
| 06/19/23 | Daniel S. Daines | 0.60 | Correspond with bankers re purchase price allocation workstreams (.2); coordinate with K. Norman re disclosure schedules preparation (.2); correspond and coordinate with W. Fogelberg and K&E team re transaction workflows and asset purchase agreement drafting (.2). |
| 06/19/23 | Brandon King | 0.30 | Review and analyze diligence materials. |
| 06/19/23 | Keyan Norman | 2.30 | Review, analyze disclosure schedule (1.0); correspondence with D. Daines re the same (.5); review and revise disclosure schedules (.6); review documents in data room (.2). |
| 06/19/23 | Gabrielle Christine Reardon | 1.60 | Correspond with C. Ceresa re bidding procedure objection precedent (.3); review and analyze precedent replies in support bidding procedures (1.3). |
| 06/19/23 | Matthew J. Van Wagoner | 4.20 | Analyze asset purchase agreement, schedules and applicable documents in data room (2.2); analyze available contracts (2.0). |
| 06/20/23 | Emma Balls | 4.00 | Conference with A&M, D. Daines, K&E team re disclosure schedules (1.2); prepare for telephone conference re disclosure schedules (.8); conference with K. Norman, B. King and M. Van Wagoner re disclosure schedules (.4); review and analyze documents for inclusion in disclosure schedules (1.0); revise disclosure schedules (.6). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                         Matter Number:          47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/23 | Daniel S. Daines | 1.30 | Correspond and coordinate with E. Balls, K&E team re disclosure schedule drafting and data point follow-ups with bankers and with Company (.5); coordinate and correspond with A&M, W. Fogelberg, and K&E team re expense reimbursement terms (.2); correspond and coordinate with A&M and E. Balls, K&E team re asset purchase agreement available contracts issues (.2); telephone conference with bankers re disclosure schedules to asset purchase agreements (.4). |
| 06/20/23 | Whitney Fogelberg | 3.20 | Review and revise PGX sale order (2.3); correspond with C. Ceresa and K&E team re same (.4); correspond and conference with K&S re same (.5). |
| 06/20/23 | Paul Goldsmith | 1.60 | Prepare diligence materials in connection with potential sale (1.2); telephone conference with A&M re diligence procedures (.4). |
| 06/20/23 | Amila Golic | 1.00 | Prepare revised nondisclosure agreements for potential bidders (.7); correspond with potential bidders, C. Ceresa, G. Reardon re same (.3). |
| 06/20/23 | Brandon King | 1.00 | Review and analyze data room materials (.6); conference with K. Norman and E. Balls re the same (.4). |
| 06/20/23 | Keyan Norman | 3.80 | Review, analyze documents in data room (.8); review and revise disclosure schedules (.4); telephone conference with advisors re disclosure schedules (1.0); review and revise disclosure schedules (1.3); review documents in the data room (.3). |
| 06/20/23 | Gabrielle Christine Reardon | 4.90 | Draft reply in support of bidding procedures motion (3.8); research and analyze sale order precedent (1.1). |
| 06/20/23 | Matthew J. Van Wagoner | 4.70 | Analyze asset purchase agreement, schedules and data room (.7); telephone conference to discuss asset purchase agreement schedules with A&M team, K. Norman, and E. Balls (1.0); analyze data room and schedules (2.5); discuss disclosure schedule and data room review with B. King, K&E team (.5). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083575
PGX Holdings, Inc.      Matter Number:      47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/21/23 | Emma Balls | 3.10 | Review, analyze documents and correspondence in connection with disclosure schedules (1.4); revise disclosure schedules (1.3); conference and correspond with A&M team re disclosure schedules (.4). |
| 06/21/23 | Alex Bledsoe | 1.90 | Review, analyze contracts in data room (1.2); summarize findings (.7). |
| 06/21/23 | Chris Ceresa | 3.70 | Review, revise sale and bid procedures reply items and sale order (3.4); correspond with W. Fogelberg, K&E team re same (.3). |
| 06/21/23 | Daniel S. Daines | 0.90 | Correspond with A&M, W. Fogelberg, and K&E team re admin expenses calculation issues (.3); correspondence and coordination with W. Fogelberg and K&E team re asset purchase agreement drafting and disclosure schedule drafting issues (.6). |
| 06/21/23 | Whitney Fogelberg | 1.10 | Review and revise PGX sale order (.9); correspond with K&S re same (.2). |
| 06/21/23 | Brandon King | 3.50 | Review and analyze material contracts re asset purchase agreement schedules. |
| 06/21/23 | Keyan Norman | 0.70 | Conference with D. Daines and E. Balls re disclosure schedules (.3); review, analyze correspondence re purchase agreement (.4). |
| 06/21/23 | Gabrielle Christine Reardon | 1.50 | Research re precedent bidding procedure declarations (.6); research re precedent bidding procedures replies (.9). |
| 06/21/23 | Matthew J. Van Wagoner | 1.70 | Analyze CROA Claim issues re sale (.5); conference with C. McGushin re same (.5); analyze asset purchase agreement (.7). |
| 06/22/23 | Emma Balls | 0.90 | Conference with D. Daines, K&E team re disclosure schedules (.3); revise disclosure schedules (.3); review, analyze documents in connection with disclosure schedules (.3). |
| 06/22/23 | Alex Bledsoe | 1.50 | Review, analyze contracts in data room (.7); draft summary of findings re same (.8). |
| 06/22/23 | Chris Ceresa | 4.20 | Review, revise sale and bid procedures materials (3.9); correspond with K&E team re same (.3). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/22/23 | Daniel S. Daines | 1.30 | Conference with E. Balls, K&E team and A&M to review asset purchase agreement disclosure schedules (1.1); telephone conference with C. Ceresa, K&E team to discuss open asset purchase agreement drafting items (.2). |
| 06/22/23 | Brandon King | 0.80 | Review and analyze material contracts. |
| 06/22/23 | Michael William Morgan | 0.60 | Review, analyze a contract for material provisions (.5); correspond with M. Van Wagoner re scope of review (.1). |
| 06/22/23 | Keyan Norman | 1.80 | Telephone conference with advisors re disclosure schedules issues (1.0); review, analyze disclosure schedules (.3); conference with M. Van Wagoner and E. Balls re open diligence items (.5). |
| 06/22/23 | Gabrielle Christine Reardon | 2.30 | Revise nondisclosure agreement tracker (.8); review and revise bidding procedure reply (1.3); review and revise sale order (.2). |
| 06/22/23 | Matthew J. Van Wagoner | 3.50 | Analyze asset purchase agreement, schedules and data room (1.3); telephone conference discussing schedules with A&M team, K. Norman and E. Balls (.5); analyze data room for available contracts and applicable provisions relating to the asset purchase agreement (1.7). |
| 06/22/23 | Spencer A. Winters | 1.30 | Review and analyze issues re sale process (.8); correspond and telephone conferences with W. Fogelberg, K&E team re same (.5). |
| 06/23/23 | Emma Balls | 0.50 | Conference with D. Daines, K&E team re disclosure schedules (.2); revise disclosure schedules re same (.3). |
| 06/23/23 | Chris Ceresa | 3.90 | Review, revise sale and bid procedures reply and sale order (3.6); correspond with W. Fogelberg, K&E team re same (.3). |
| 06/23/23 | Daniel S. Daines | 2.40 | Review and analyze sale order revisions (.4); conference with E. Balls re disclosure schedules workstreams and open data needed from Company and bankers (1.0); review, analyze certain contracts for disclosure schedules (1.0). |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083575
PGX Holdings, Inc.     Matter Number:     47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/23/23 | Whitney Fogelberg | 2.60 | Review and analyze issues re sale orders (1.1); review and analyze asset purchase agreements (.8); correspond with C. Ceresa re sale process (.4); conference with K&S re U.S. Trustee objection to bidding procedures motion (.3). |
| 06/23/23 | Brandon King | 0.30 | Review and analyze material contracts re legal issues. |
| 06/23/23 | Gabrielle Christine Reardon | 2.40 | Correspond with C. Ceresa re nondisclosure agreements for sale process (.2); review and revise sale order re Progrexion (1.4); research re precedent sale orders for law firms (.8). |
| 06/23/23 | Steve Toth | 0.90 | Analyze revised sale order (.6); draft comments and correspondence re same (.3). |
| 06/23/23 | Matthew J. Van Wagoner | 3.20 | Analyze asset purchase agreement, schedules and data room related to drafting and revising schedules. |
| 06/23/23 | Spencer A. Winters | 0.50 | Review and analyze issues re sale process, case status (.3); correspond with W. Fogelberg, K&E team re same (.2). |
| 06/25/23 | Whitney Fogelberg | 1.90 | Review and analyze sale issues (.7); review and revise sale orders (1.2). |
| 06/26/23 | Emma Balls | 2.50 | Review diligence documents in connection with disclosure schedules (1.3); revise disclosure schedules (.7); conference and correspond with banker re disclosure schedule items (.3); conference and correspond with D. Daines, K&E team re disclosure schedule items (.2). |
| 06/26/23 | Vladimir Khodosh, P.C. | 0.80 | Coordinate IP schedule revisions (.2); review asset purchase agreement re IP legal issues (.6). |
| 06/26/23 | Brandon King | 0.70 | Review and analyze material contracts re asset purchase agreement schedules. |
| 06/26/23 | Gabrielle Christine Reardon | 3.70 | Review and revise bidding procedures order (.2); review and revise sale order re Lexington Law (1.8); review and revise bidding procedures reply (.2); review and analyze nondisclosure agreement with confidential party (1.5). |
| 06/26/23 | Thao Thai | 1.20 | Review, analyze disclosure schedules. |
| 06/26/23 | Susan Zablocki | 0.50 | Review, analyze documents in data room. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083575
PGX Holdings, Inc.                                          Matter Number:         47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/27/23 | Emma Balls | 2.10 | Review, analyze diligence items re disclosure schedules (.9); revise disclosure schedules (.4); conference with D. Daines and K&E team re purchase agreements and outstanding items (.3); draft list of open items to purchase agreement (.3); conference with D. Daines, K&E team re outstanding diligence requests (.2). |
| 06/27/23 | Alex Bledsoe | 0.40 | Review, analyze documents in data room. |
| 06/27/23 | Chris Ceresa | 3.80 | Review, revise sale-related pleadings (2.3); analyze legal issues re same (.4); review and analyze non-disclosure agreement issues re sale process (.8); correspond with G. Reardon, K&E team re same (.3). |
| 06/27/23 | Daniel S. Daines | 1.90 | Analyze deal correspondence with Company counsel, E. Balls, and K&E team (.3); review and analyze revised bidding procedures order draft (.1); correspond and consult with Lenders' counsel re asset purchase agreement issues open (.3); correspond and coordinate with bankers re disclosure schedules to asset purchase agreements (.2); review and analyze disclosure schedules drafts (.5); correspond and coordinate with W. Fogelberg, K&E team re insider avoidance actions treatment and related revisions to stalking horse asset purchase agreements (.5). |
| 06/27/23 | Vladimir Khodosh, P.C. | 0.80 | Coordinate disclosure schedule revisions. |
| 06/27/23 | Brandon King | 2.20 | Review and analyze material contracts re asset purchase agreement schedules. |
| 06/27/23 | Keyan Norman | 0.20 | Review, analyze correspondence re asset purchase agreements and schedule. |
| 06/27/23 | Gabrielle Christine Reardon | 0.90 | Review and revise sale orders re Lexington Law and PGX (.2); correspond with W. Fogelberg re same (.1); correspond with K&S re same (.1); correspond with counsel for Capitol Indemnity re same (.1); review and revise nondisclosure agreement re confidential party (.3); correspond with confidential party re same (.1). |
| 06/27/23 | Thao Thai | 2.70 | Review, analyze disclosure schedules re legal issues. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050083575
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/27/23 | Matthew J. Van Wagoner | 5.20 | Analyze CROA claim (.6); analyze asset purchase agreement and applicable schedules re claims (1.3); analyze data room and applicable claims asset purchase agreement schedules issues (2.0); revise applicable schedules (1.3). |
| 06/27/23 | Spencer A. Winters | 1.40 | Review and analyze issues re sale process and strategy (.7); correspond and telephone conferences with W. Fogelberg, K&E re same (.7). |
| 06/27/23 | Susan Zablocki | 1.50 | Review, analyze, comment on draft disclosure schedules to asset purchase agreement. |
| 06/28/23 | Emma Balls | 0.40 | Conference and correspondence with D. Daines, K&E team re disclosure schedules and outstanding purchase agreement items (.2); review documents for inclusion in disclosure schedules (.2). |
| 06/28/23 | Alex Bledsoe | 2.00 | Review, analyze documents in data room (1.5); draft summary of findings re same (.5). |
| 06/28/23 | Chris Ceresa | 1.60 | Review, revise sale-related pleadings (.6); analyze legal issues re same (.2); review and analyze nondisclosure agreement issues re sale process (.6); correspond with A. Golic, K&E team re same (.2). |
| 06/28/23 | Daniel S. Daines | 0.30 | Correspond with K&S, W. Fogelberg, K&E team re asset purchase agreement open items (.1); correspond with Young Conway re purchase price allocation methodology (.2). |
| 06/28/23 | Keyan Norman | 0.20 | Review, analyze correspondence re litigation description in disclosure schedules. |
| 06/28/23 | Gabrielle Christine Reardon | 5.00 | Research precedent re claims language in sale order (3.5); revise sale order language (.3); review and analyze non-disclosure agreement revisions from confidential party (.2); correspond with C. Ceresa, A. Golic re same (.1); research re timeline for sale process (.6); draft correspondence re same (.3). |
| 06/28/23 | Spencer A. Winters | 2.40 | Review and analyze issues re sale process and strategy (1.3); correspond and telephone conferences with W. Fogelberg, K&E team re same (1.1). |
| 06/29/23 | Emma Balls | 0.60 | Conference with C. Ceresa and A&M re insertion orders (.4); conference with D. Daines re same (.2). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/29/23 | Chris Ceresa | 0.60 | Review, revise sale-related pleadings (.3); analyze legal issues re same (.1); review and analyze nondisclosure agreement issues re sale process (.1); correspond with A. Golic, K&E team re same (.1). |
| 06/29/23 | Daniel S. Daines | 0.70 | Telephone conference with E. Balls, K&E team and bankers re disclosure schedules and insertion orders. |
| 06/29/23 | Daniel S. Daines | 0.20 | Telephone conference and correspond with W. Fogelberg, K&E team and opposing counsel re asset purchase agreement drafting process. |
| 06/29/23 | Gabrielle Christine Reardon | 1.10 | Telephone conference with C. Ceresa re sale process timeline (.2); review and revise summary re same (.2); correspond with W. Fogelberg re same (.1); correspond with confidential party re nondisclosure agreement revisions (.6). |
| 06/29/23 | Spencer A. Winters | 1.30 | Review and analyze legal issues re sale strategy. |
| 06/30/23 | Emma Balls | 0.20 | Conference with D. Daines re disclosure schedule items. |
| 06/30/23 | Daniel S. Daines | 0.20 | Correspond and coordinate with W. Fogelberg, K&E team re open legal issues re asset purchase agreements. |
| 06/30/23 | Brandon King | 1.20 | Review and analyze material contracts re asset purchase agreement schedules. |
| 06/30/23 | Keyan Norman | 0.30 | Review, analyze correspondence re asset purchase agreements. |
| 06/30/23 | Gabrielle Christine Reardon | 0.20 | Correspond with W. Fogelberg re sale process timeline. |
| 07/01/23 | Gabrielle Christine Reardon | 0.80 | Research re sales related issues (.5); draft correspondence to C. Ceresa re same (.3). |
| 07/03/23 | Chris Ceresa | 0.30 | Correspond with G. Reardon, K&E team re legal issues re confidentiality agreement. |
| 07/03/23 | Gabrielle Christine Reardon | 0.10 | Correspond with Greenhill re discussion with confidential party re non-disclosure agreement. |
| 07/04/23 | Gabrielle Christine Reardon | 2.30 | Review and analyze non-disclosure agreement from confidential party. |
| 07/05/23 | Emma Balls | 0.50 | Conference with K. Norman and third party advisors re disclosure schedules. |

Legal Services for the Period Ending July 31, 2023                    Invoice Number:        1050083575
PGX Holdings, Inc.                                                    Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/05/23 | Chris Ceresa | 3.20 | Review, analyze proposed revisions to sale orders (1.7); same re confidentiality agreements (1.0); correspond with G. Reardon and K&E team re same (.5). |
| 07/05/23 | Daniel S. Daines | 0.40 | Correspond and coordinate with A. Wirtz, K&E team re asset purchase agreement (.2); correspond and coordinate with lenders' counsel re asset purchase agreement (.2). |
| 07/05/23 | Amila Golic | 0.10 | Correspond with C. Ceresa, K&E team re status of non-disclosure agreement review. |
| 07/05/23 | Gabrielle Christine Reardon | 1.40 | Review and analyze non-disclosure agreement from confidential party (.7); correspond with C. Ceresa re same (.1); review and revise sale orders (.3); correspond with C. Ceresa, W. Fogelberg re same (.3). |
| 07/05/23 | Matthew J. Van Wagoner | 3.70 | Review, analyze outstanding items re PGX and LL asset purchase agreement (1.3); analyze list and work streams with K. Norman and D. Daines (.4); revise respective asset purchase agreement and disclosure schedules (2.0). |
| 07/05/23 | Spencer A. Winters | 1.30 | Review and analyze issues re asset sale and case strategy (.8); correspond and telephone conferences with D. Daines, K&E team re same (.5). |
| 07/05/23 | Alison Wirtz | 0.40 | Correspond and conference with Greenhill team re status and outstanding items on sale process (.3); correspond with C. Ceresa, K&E team re status of sale NDAs (.1). |
| 07/06/23 | Emma Balls | 2.90 | Revise purchase agreements (.7); correspond with D. Daines re same (.3); conference with K&S and D. Daines re purchase agreements and disclosure schedules (.7); review and analyze same in preparation for conference (.6); review and analyze items re disclosure schedules (.6). |
| 07/06/23 | Chris Ceresa | 0.80 | Correspond with G. Reardon, K&E team re legal issues re confidentiality agreement. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                                          Matter Number:          47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/23 | Daniel S. Daines | 1.50 | Telephone conference and correspond with S. Winters, K&E team re asset purchase agreement workflows (.2); conference and coordinate with E. Balls, K&E team re asset purchase agreement revisions and asset purchase agreement disclosure schedules revisions (.5); telephone conference with lender counsel re asset purchase agreement (.3); review and analyze asset purchase agreement and related documents re open data points (.5). |
| 07/06/23 | Keyan Norman | 0.30 | Correspond with M. Van Wagoner and D. Daines re asset purchase agreement. |
| 07/06/23 | Gabrielle Christine Reardon | 0.90 | Correspond with K&S re sale order (.4); review and revise non-disclosure agreement with confidential party (.4); correspond with witness re bid procedures hearing date (.1). |
| 07/06/23 | Matthew J. Van Wagoner | 5.00 | Revise PGX and LL asset purchase agreement in accordance with outstanding items list (2.4); revise asset purchase agreement with Avoidance Action language (2.6). |
| 07/07/23 | Chris Ceresa | 0.10 | Review, analyze legal issues re sale process. |
| 07/07/23 | Keyan Norman | 0.20 | Review and analyze correspondence re asset purchase agreement. |
| 07/07/23 | Gabrielle Christine Reardon | 0.30 | Revise non-disclosure agreements with confidential parties for final review. |
| 07/07/23 | Matthew J. Van Wagoner | 6.50 | Analyze precedent and PGX asset purchase agreement for avoidance action language mechanics (3.7); revise asset purchase agreement (2.4); correspond with D. Daines and C. Ceresa re same (.4). |
| 07/08/23 | Spencer A. Winters | 0.50 | Telephone conference with debtor advisors re UCC discussions (.3); review and analyze issues re same (.2). |
| 07/09/23 | Daniel S. Daines | 0.20 | Correspond with A&M re status of discussions re potential TSA. |
| 07/10/23 | Emma Balls | 0.60 | Review and analyze items and correspondence in connection with purchase agreements (.3); revise same (.3). |
| 07/10/23 | Chris Ceresa | 2.00 | Review, revise bid procedures order and draft reply pleadings (1.1); analyze legal issues re same (.7); correspond with G. Reardon and K&E team re same (.2). |

Legal Services for the Period Ending July 31, 2023                    Invoice Number:        1050083575
PGX Holdings, Inc.                                                    Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/23 | Daniel S. Daines | 0.80 | Telephone conference with M. Van Wagoner re revisions to asset purchase agreement per C. Ceresa, review and analyze same. |
| 07/10/23 | Keyan Norman | 2.30 | Attention to disclosure schedules (1.4); review, analyze documents in data room (.9). |
| 07/10/23 | Gabrielle Christine Reardon | 0.90 | Review and revise non-disclosure agreement with confidential party (.7); correspond with confidential party re same (.2). |
| 07/10/23 | Matthew J. Van Wagoner | 4.50 | Analyze data room and applicable schedules and APAs (2.5); revise schedules and APA (1.2); correspond with D. Daines re same (.8). |
| 07/11/23 | Emma Balls | 2.10 | Conference with K. Norman re outstanding transaction items (.6); conference with D. Daines and K. Norman re disclosure schedules and outstanding purchase agreement items (.6); draft list of outstanding schedule and purchase agreement items and correspondence re same (.9). |
| 07/11/23 | Chris Ceresa | 2.40 | Review, revise bid procedures order and draft reply pleadings (1.8); analyze legal issues re same (.4); correspond with G. Reardon and K&E team re same (.2). |
| 07/11/23 | Daniel S. Daines | 3.50 | Correspond with A&M re disclosure schedules (.4); correspond with W. Fogelberg re revised asset purchase agreement and disclosure schedules for UCC review (.1); review and revise disclosure schedules (.6); provide annotations for opposing counsel review and follow up re same (.4); review and analyze edits to Sale Order (.1); draft and revise asset purchase agreement re transfer of avoidance actions (.2); correspond and coordinate with Greenhill re PGX asset purchase agreement and disclosure schedule drafts (.2); telephone conference with C. Ceresa re contracts disclosure issues and follow up with A&M re same (.3); further review and revise asset purchase agreement (.9); correspond with M. Van Wagoner re same (.3). |
| 07/11/23 | Whitney Fogelberg | 1.20 | Correspond with D. Daines and K&E team re purchase agreement status (.4); review and revise schedules re purchase agreements (.8). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083575
PGX Holdings, Inc.      Matter Number:      47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/11/23 | Keyan Norman | 3.00 | Conference with D. Daines re asset purchase agreement (.5); conference with M. Van Wagoner re disclosure schedules (.5); review and revise disclosure schedules (1.5); correspond with M. Van Wagoner re same (.5). |
| 07/11/23 | Gabrielle Christine Reardon | 1.50 | Correspond with W. Fogelberg, K&E team re sale deadlines (.2); correspond with KCC re sale notice service (.3); research re service issues (.9); review, analyze Progrexion sale order (.1). |
| 07/11/23 | Steve Toth | 0.20 | Correspond with D. Daines re asset purchase agreement and status. |
| 07/11/23 | Matthew J. Van Wagoner | 7.20 | Analyze asset purchase agreement, schedules and data room for internal conference (1.3); conference with D. Daines, E. Balls and K. Norman re schedules and outstanding asset purchase agreement items (.5); analyze PGX sale order (.7); revise schedules and analyze data room (2.4); analyze and revise asset purchase agreement as discussed with D. Daines (2.3). |
| 07/12/23 | Emma Balls | 1.50 | Review and analyze issues re disclosure schedules and purchase agreement (.8); revise same (.7). |
| 07/12/23 | Chris Ceresa | 2.00 | Review, analyze contracts for sale-related legal issues. |
| 07/12/23 | Chris Ceresa | 3.40 | Review, revise bid procedures order and draft reply pleadings (2.7); analyze legal issues re same (.4); correspond with G. Reardon and K&E team re same (.3). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/12/23 | Daniel S. Daines | 2.50 | Correspond with W. Fogelberg and K&E team re revisions to draft PGX and LL asset purchase agreement (.6); review and revise further edits to same (.6); review and revise asset purchase agreement disclosure schedules and coordinate with K. Norman re same (.5); correspond and telephone conferences with A&M re contract notices and contract scheduling for asset purchase agreement disclosure schedules (.4); telephone conference with C. Ceresa re asset purchase agreement disclosure schedules and correspondence with UCC (.2); telephone conference with M. Van Wagoner re deal process (.2). |
| 07/12/23 | Richard U. S. Howell, P.C. | 1.70 | Review, analyze correspondence and other materials re litigation strategy re objections to bidding procedures and DIP motion. |
| 07/12/23 | Keyan Norman | 4.60 | Review and analyze correspondence re asset purchase agreement (.2); review and revise Lexington law disclosure schedules (.6); review and analyze issues re disclosure schedules (.8); correspond with A&M team re disclosure schedules (.2); draft correspondence re the same (.5); review and analyze documents in dataroom (.5); review and revise disclosure schedules (1.3); review and revise Lexington law asset purchase agreement (.5). |
| 07/12/23 | Gabrielle Christine Reardon | 2.20 | Review, analyze asset purchase agreements re schedule of cure amounts (.4); review and revise sale timeline (.6); research re precedent cure notice filings (.3); correspond with counsel to confidential party re non-disclosure agreement (.1); research precedent re schedule of contracts to asset purchase agreement (.8). |
| 07/12/23 | Steve Toth | 0.20 | Analyze and respond to correspondence re tax matters. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:     1050083575
Matter Number:     47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/12/23 | Matthew J. Van Wagoner | 9.00 | Analyze and revise LL asset purchase agreement and disclosure schedules (2.1); analyze outstanding disclosure schedules (2.4); telephone conference with C. Ceresa re defined terms in the asset purchase agreement (.2); analyze and revise PGX asset purchase agreement and schedules (2.7); correspond with K&S re same (.1); analyze and revise LL asset purchase agreement and schedules (1.5). |
| 07/13/23 | Emma Balls | 0.30 | Conference with K. Norman re disclosure schedule items. |
| 07/13/23 | Chris Ceresa | 5.50 | Review, revise bid procedures order and draft reply pleadings (3.2); analyze legal issues re same (2.0); correspond with G. Reardon and K&E team re same (.3). |
| 07/13/23 | Daniel S. Daines | 1.20 | Review and revise PGX and LL disclosure schedules (.5); correspond with M. Van Wagoner and K&E team and buyers' counsel re same (.3); correspond with C. Ceresa re further edits to LL asset purchase agreement (.4). |
| 07/13/23 | Daniel S. Daines | 2.70 | Correspond with buyer counsel re LL asset purchase agreement revisions and disclosure schedules (.1); coordinate and correspond with M. Van Wagoner and K&E team re revisions to LL asset purchase agreement and LL disclosure schedules (.7); correspond with S. Toth, G. Reardon and K&E team re lender counsel revisions to sale order (.3); correspond with A&M team to review and revise PGX disclosure schedules (1.1); telephone conference with C. Ceresa re contract timelines (.5). |
| 07/13/23 | Amila Golic | 1.10 | Revise non-disclosure agreement for execution (.9); correspond with potential bidder re same (.2). |
| 07/13/23 | Richard U. S. Howell, P.C. | 3.20 | Draft and review correspondence re potential objections to DIP and bidding procedures motions (2.7); review, analyze additional materials to develop litigation strategy re same (.5). |

| | |
|---|---|
| Legal Services for the Period Ending July 31, 2023 | Invoice Number: 1050083575 |
| PGX Holdings, Inc. | Matter Number: 47119-11 |
| Use, Sale, and Disposition of Property | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/13/23 | Keyan Norman | 5.10 | Telephone conference with M. Van Wagoner re disclosure schedules (1.3); review and revise asset purchase agreements (.2); review and revise disclosure schedules (2.0); review and analyze benefit plans of Lexington law (.6); review and analyze documents in dataroom (.5); correspond with D. Daines re disclosure schedules (.3); draft correspondence re schedules (.2). |
| 07/13/23 | Gabrielle Christine Reardon | 1.40 | Review, revise sale process timeline (.5); research local rules re assumption and assignment procedures (.8); correspond with C. Ceresa re same (.1). |
| 07/13/23 | Steve Toth | 0.20 | Analyze revised sale order. |
| 07/13/23 | Matthew J. Van Wagoner | 4.50 | Analyze Alvarez and Marsal's response to schedule requests (1.1); analyze and revise respective APAs and disclosure schedules (3.4). |
| 07/14/23 | Chris Ceresa | 5.60 | Review, revise bid procedures order and draft reply pleadings (3.2); analyze legal issues re same (1.6); correspond with G. Reardon and K&E team re same (.8). |
| 07/14/23 | Daniel S. Daines | 1.00 | Correspond with C. Ceresa and K&E team re edits to LexLaw asset purchase agreement (.3); correspond and coordinate with Lenders' counsel re updates to Seller Disclosure Schedules for PGX asset purchase agreement (.2); continue to draft and revise asset purchase agreement and disclosure schedules (.4); correspond with Company re permit expiration and surety bond disclosure issues (.1). |
| 07/14/23 | Keyan Norman | 1.00 | Review and revise Lexington Law asset purchase agreement and disclosure schedules (.9); correspond with D. Daines re same (.1). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083575
PGX Holdings, Inc.      Matter Number:     47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/14/23 | Gabrielle Christine Reardon | 4.10 | Telephone conference with C. Ceresa re bidding procedures reply (.2); review, analyze bidding procedures re discretionary provisions (.9); correspond with Company re quantum of new clients (.2); review, analyze, revise bidding procedures order (.7); review and revise contract assumption notice (.4); review and revise notice of sale (.3); correspond with Greenhill re revised bidding procedure order (.2); research re bidding procedure precedent (1.2). |
| 07/14/23 | Matthew J. Van Wagoner | 7.00 | Analyze and revise PGX APA and schedules (2.2); correspond with K&S re same (.1); analyze and revise LL schedules (1.9); correspond with YCST re comment re same (.2); correspond with K. Norman and D. Daines re comments and edits from C. Ceresa, K&E team (.3); correspond with client re disclosure requests and confirmation (.4); revise schedules and analyze disclosures (1.9). |
| 07/15/23 | Chris Ceresa | 4.30 | Review, revise bid procedures order and draft reply pleadings (3.2); analyze legal issues re same (.8); correspond with G. Reardon and K&E team re same (.3). |
| 07/15/23 | Whitney Fogelberg | 1.30 | Review and revise bidding procedures reply. |
| 07/15/23 | Gabrielle Christine Reardon | 4.50 | Research precedent re bidding procedures reply (2.1); review and revise same (2.4). |
| 07/16/23 | Chris Ceresa | 0.30 | Review, revise draft reply ISO bidding procedures. |
| 07/16/23 | Whitney Fogelberg | 1.90 | Review and revise bidding procedures reply (1.2); telephone conference with C. Ceresa re same (.7). |
| 07/16/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze correspondence and other materials to develop trial strategy re objections to bidding procedures and DIP. |
| 07/17/23 | Emma Balls | 0.30 | Conference with D. Daines re purchase agreements and disclosure schedule items. |
| 07/17/23 | Chris Ceresa | 5.10 | Review, revise draft reply ISO bidding procedures (3.9); further revise same (1.2). |

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083575
PGX Holdings, Inc.  Matter Number: 47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/23 | Richard U. S. Howell, P.C. | 3.20 | Participate in portions of deposition preparation sessions (1.2); review, analyze materials in advance of depositions re DIP motion and bid procedures motion (1.4); review, analyze Committee objection to DIP motion and bidding procedures (.4); draft correspondence re same (.2). |
| 07/17/23 | Keyan Norman | 1.80 | Telephone conference with D. Daines and M. Van Wagoner re disclosure schedules and purchase agreement (.5); review and revise purchase agreement (.4); review and analyze correspondence re same (.6); correspond with M. Van Wagoner re asset purchase agreement and disclosure schedules (.3). |
| 07/17/23 | Gabrielle Christine Reardon | 4.90 | Correspond with C. Ceresa re non-disclosure agreements (.2); review, analyze Committee objection to bidding procedure motion (.4); correspond with Greenhill re overbid amount (.1); research, review, analyze precedent re bidding procedures and Committee objection (3.5); correspond with C. Ceresa re same (.1); research re good faith findings (.6). |
| 07/17/23 | Matthew J. Van Wagoner | 4.00 | Correspond with D. Daines and K. Norman re asset purchase agreement, schedules and data room (.6); analyze data room, schedules and asset purchase agreement re outstanding items that need PGX's input (1.4); correspond with client re applicable disclosures (.5); correspond with C. Ceresa re status of asset purchase agreement and schedules (.4); analyze and revise applicable schedules (1.1). |
| 07/18/23 | Emma Balls | 0.40 | Review and analyze documents re disclosure schedules and purchase agreement review. |
| 07/18/23 | Chris Ceresa | 7.00 | Review, revise draft reply ISO bidding procedures (3.9); further revise same (3.1). |
| 07/18/23 | Daniel S. Daines | 3.10 | Review and analyze allocation methodology issues with M. Van Wagoner and finalize (.2); correspond with Company and with M. Van Wagoner re taxes to be assumed by buyer under asset purchase agreement (.1); review and revise asset purchase agreement disclosure schedules (2.1); correspond with M. Van Wagoner and K. Norman re same (.7). |

Legal Services for the Period Ending July 31, 2023

PGX Holdings, Inc.

Use, Sale, and Disposition of Property

Invoice Number: 1050083575

Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/18/23 | Amila Golic | 0.30 | Review and analyze counterparty's edits to non-disclosure agreement. |
| 07/18/23 | Richard U. S. Howell, P.C. | 2.50 | Participate in portions of witness preparation sessions for depositions (1.0); review, analyze materials in advance of depositions in connection with DIP and bidding procedures motions (1.1); draft and review correspondence re same (.4). |
| 07/18/23 | Casey McGushin | 0.70 | Review and revise draft replies for DIP and Bid Procedures. |
| 07/18/23 | Keyan Norman | 2.00 | Correspond with D. Daines re dataroom (.2); correspond with D. Daines, K&E team re disclosure schedules (.5); review and revise disclosure schedules (.3); correspond with C. Ceresa re disclosure schedules and asset purchase agreement (.3); review and analyze correspondence re disclosure schedules and asset purchase agreement (.7). |
| 07/18/23 | Gabrielle Christine Reardon | 5.90 | Review, analyze bidding procedures reply (.6); review, revise bidding procedures (1.2); review, revise bidding procedures reply (1.6); research re good faith findings (1.1); research re bidding procedures and avoidance actions (.6); correspond with Klehr re filing of revised bidding procedures order (.2); draft publication notice re same (.4); correspond with S. Golden re same (.2). |
| 07/18/23 | Matthew J. Van Wagoner | 7.00 | Revise applicable schedules (PGX and LL) (1.3); analyze attachments to schedules and revise with K. Norman (.8); analyze tax attachments for assumed benefits schedules (.8); analyze and revise allocation methodology to APAs (1.0); analyze and discuss litigation tracker (.5); correspond with K&S team re timing on comments to APA and schedules (.2); correspond with YCST re assumed tax liabilities attachment (.4); correspond with C. Ceresa, K&E team re APA and schedule update (.5); analyze and revise assumed tax liabilities schedule and attachment for PGX (.8); correspond with K&S re same (.2); correspond with C. Ceresa, K&E team re timing and revisions to APAs and schedules (.5). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/19/23 | Chris Ceresa | 2.00 | Review, revise draft reply ISO bidding procedures. |
| 07/19/23 | Susan D. Golden | 0.50 | Coordinate publication of Sale Notice in New York Times. |
| 07/19/23 | Richard U. S. Howell, P.C. | 2.30 | Review and analyze strategy, materials re contested bidding procedures and DIP hearing (1.3); draft and review correspondence re same (1.0). |
| 07/19/23 | Keyan Norman | 1.80 | Review and revise disclosure schedules (1.0); review asset purchase agreements (.2); draft bill of sale (.6). |
| 07/19/23 | Gabrielle Christine Reardon | 3.30 | Review, revise bidding procedures order (.8); correspond with C. Ceresa re same (.2); correspond with Klehr re same (.2); draft talking points re bidding procedures (1.5); correspond with S. Golden re publication notice (.2); revise tracker re contract assumption timeline (.4). |
| 07/19/23 | Matthew J. Van Wagoner | 8.50 | Correspond with D. Daines, K. Norman and A&M re schedules, attachments, available contracts, cure amounts and asset purchase agreement time-line (2.5); analyze assumed tax liabilities schedule (1.5); draft and analyze bill of sale, assignment of assumption agreement (1.8); analyze and revise PGX disclosure schedules (.8); revise applicable attachments (1.2); correspond with PGX buyers' counsel re same (.1); draft outstanding items checklist re PGX asset purchase agreement and (.6). |
| 07/20/23 | Chris Ceresa | 1.40 | Review, revise draft reply ISO bidding procedures. |
| 07/20/23 | Amila Golic | 0.80 | Review and analyze counterparty's edits to non-disclosure agreement (.6); correspond with C. Ceresa and G. Reardon re same (.2). |
| 07/20/23 | Richard U. S. Howell, P.C. | 2.50 | Draft and review correspondence re open issues for DIP and bidding procedures hearing (1.4); telephone conference with C. McGushin re same (.2); review, analyze materials to prepare for depositions re DIP and bidding procedures motion (.9). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/20/23 | Keyan Norman | 1.30 | Correspond with M. Van Wagoner re disclosure schedules (.5); review and revise Lexington law disclosure schedules (.3); review and revise Lexington law bill of sale (.5). |
| 07/20/23 | Gabrielle Christine Reardon | 0.10 | Correspond with confidential party re non-disclosure agreement. |
| 07/20/23 | Matthew J. Van Wagoner | 2.00 | Review, analyze comments to asset purchase agreement, schedules, and exhibits from LL Buyer's counsel (1.5); correspond with C. Ceresa, K&E team re timeline and deadlines (.5). |
| 07/21/23 | Chris Ceresa | 1.80 | Review, revise draft reply ISO bidding procedures. |
| 07/21/23 | Amila Golic | 0.50 | Revise non-disclosure agreement (.4); correspond with counterparty re same (.1). |
| 07/21/23 | Richard U. S. Howell, P.C. | 2.20 | Review, analyze portions of deposition transcripts and related materials in preparation for contested hearing re bidding procedures and DIP (1.5); prepare and review correspondence re open issues for DIP and bidding procedures motions (.7). |
| 07/21/23 | Chad J. Husnick, P.C. | 0.50 | Correspond with A. Wirtz, K&E team re alternative sale proposal and next steps. |
| 07/21/23 | Gabrielle Christine Reardon | 2.00 | Prepare for telephone conference with confidential party re non-disclosure agreement (.6); telephone conference with confidential party re same (.5); correspond with C. Ceresa re same (.6); review, analyze bidding procedures (.2); correspond with C. Ceresa re same (.1). |
| 07/21/23 | Matthew J. Van Wagoner | 2.50 | Correspond with A&M team regarding asset purchase agreement and schedules (.3); revise transactional documents accordingly (1.8); correspond with K. Norman re same (.4). |
| 07/21/23 | Alison Wirtz | 0.60 | Conference with Greenhill team, advisors re possible sale transaction. |
| 07/22/23 | Richard U. S. Howell, P.C. | 0.20 | Review, analyze correspondence from C. McGushin re preparation for final DIP and bidding procedures hearing. |
| 07/22/23 | Keyan Norman | 0.30 | Correspond with M. Van Wagoner re asset purchase agreements (.1); review and analyze asset purchase agreement (.2). |

Legal Services for the Period Ending July 31, 2023                      Invoice Number:         1050083575
PGX Holdings, Inc.                                                      Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/22/23 | Alison Wirtz | 1.60 | Conference with Greenhill team, advisors re possible sale transaction (.6); review and analyze issues re same (.7); correspond with Greenhill team re same (.3). |
| 07/23/23 | Daniel S. Daines | 0.40 | Correspond with A&M re asset purchase agreement working capital mechanics (.2); review and analyze asset purchase agreement language re same (.2). |
| 07/23/23 | Paul Goldsmith | 0.30 | Review and prepare responses to diligence requests. |
| 07/24/23 | Chris Ceresa | 3.70 | Draft, revise talking points re bidding procedures motion, order, and reply (1.8); draft, revise summary of legal arguments (.6); draft, revise summary of factual issues re same (.4); review, analyze bidding procedures motion, order, objections, and reply re legal issues (.4); review and comment on non-disclosure agreement issues list (.3); correspond with A. Golic, K&E team re same (.2). |
| 07/24/23 | Daniel S. Daines | 1.10 | Correspond with A&M and C. Ceresa re post-petition contracts to list in asset purchase agreement disclosure schedules (.3); correspond with A&M team re asset purchase agreement provisions open for negotiation and assumed liabilities issues (.2); review and analyze certain asset purchase agreement terms and negotiation correspondence re assumed liabilities issues (.6). |
| 07/24/23 | Amila Golic | 1.50 | Review and analyze counterparty non-disclosure agreement revisions. |
| 07/24/23 | Richard U. S. Howell, P.C. | 0.50 | Draft correspondence re open litigation issues in advance of final DIP and bidding procedures hearing. |
| 07/24/23 | Keyan Norman | 0.30 | Review and revise disclosure schedules. |
| 07/24/23 | Gabrielle Christine Reardon | 0.50 | Correspond with C. Ceresa re nondisclosure agreement (.1); review and revise same (.3); correspond with confidential party re same (.1). |
| 07/25/23 | Emma Balls | 0.20 | Conference with M. Van Wagoner re prior purchase agreement drafts. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                           Matter Number:              47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/25/23 | Chris Ceresa | 2.70 | Draft, revise talking points re bidding procedures motion, order, and reply (1.8); draft, revise summary of legal and factual issues re same (.4); review, analyze bidding procedures motion, order, objections, and reply re legal issues (.3); review and comment on non-disclosure agreement issues list (.1); correspond with A. Golic, K&E team re same (.1). |
| 07/25/23 | Daniel S. Daines | 1.60 | Review and analyze revisions to asset purchase agreement in response to UCC diligence request (.6); correspond with C. Ceresa re same (.2); telephone conference with C. Ceresa re same (.2); telephone conferences with M. Van Wagoner and K. Norman re asset purchase agreement signing process and open disclosure schedule issues (.4); telephone conference with A&M team re disclosure schedule production (.2). |
| 07/25/23 | Chad J. Husnick, P.C. | 1.50 | Prepare for bid procedures hearing (.6); correspond and conference with A. Wirtz, K&E team, other advisors re same (.9). |
| 07/25/23 | Vladimir Khodosh, P.C. | 0.50 | Review and analyze issues re proof of perfection document. |
| 07/25/23 | Keyan Norman | 3.00 | Conference with M. Van Wagoner re schedules and asset purchase agreement (.5); review and revise disclosure schedules (.5); review and analyze correspondence re disclosure schedules (.3); conference with M. Van Wagoner re disclosure schedules (.2); review and revise asset purchase agreement (1.3); conference with M. Van Wagoner re same (.2). |
| 07/25/23 | Gabrielle Christine Reardon | 0.70 | Review, revise bidding procedures talking points (.3); review, revise nondisclosure agreement tracker (.4). |
| 07/25/23 | Hayley Smith | 1.00 | Review, analyze IP schedules. |
| 07/25/23 | Thao Thai | 2.00 | Review, analyze issues re intellectual property. |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending July 31, 2023 | | Invoice Number: | 1050083575 |
| PGX Holdings, Inc. | | Matter Number: | 47119-11 |
| Use, Sale, and Disposition of Property | | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/25/23 | Matthew J. Van Wagoner | 6.00 | Correspond with C. Ceresa re APAs (.5); correspond with K. Norman re outstanding issues re APAs (.3); analyze APAs and Schedules (1.2); revise PGX schedules (.6); correspond with YCST re LL schedule attachments (.4); analyze APA, schedules and attachments (2.7); correspond with C. Ceresa, K&E team re same (.3). |
| 07/25/23 | Alison Wirtz | 2.00 | Conference with Lexington Law board, Greenhill and A&M re possible sale structures (.4); review and comment on materials from Greenhill summarizing proposal (.6); review and comment on bid procedures' presentation (1.0). |
| 07/26/23 | Chris Ceresa | 3.70 | Review, revise bid pros pleadings (3.0); correspond with G. Reardon, K&E team, counsel re same (.7). |
| 07/26/23 | Diana Heriford | 1.90 | Draft litigation summary re asset purchase agreement disclosure schedules (.9); revise same (.7); correspond with C. Ceresa, K&E team re same (.3). |
| 07/26/23 | Richard U. S. Howell, P.C. | 2.20 | Draft and review and analyze correspondence re final DIP and bidding procedures hearing (1.2); review, analyze additional materials re same (1.0). |
| 07/26/23 | Chad J. Husnick, P.C. | 1.80 | Prepare for bid procedures hearing (.6); correspond and conference with A. Wirtz, K&E team, other advisors re same (1.2). |
| 07/26/23 | Keyan Norman | 5.10 | Review and revise disclosure schedules (1.0); conference with M. Van Wagoner re same (.5); review and revise asset purchase agreement (.8); review and analyze correspondence from Company re disclosure schedules (.3); review and revise disclosure schedules (1.5); conference with M. Van Wagoner re same (.5); correspond with lender's counsel re available contracts (.2); review and revise available contracts schedule (.3). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:      1050083575
Matter Number:            47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/26/23 | Gabrielle Christine Reardon | 6.70 | Review, revise talking points re bidding procedures (.4); conference with M. Bank re bidding procedures presentation (.4); draft same (3.7); review, analyze nondisclosure agreement from confidential party (.2); research, analyze precedent asset purchase agreements re contract schedules (1.8); correspond with C. Ceresa re same (.2). |
| 07/26/23 | Matthew J. Van Wagoner | 7.00 | Analyze K&S comments to asset purchase agreement and schedules (1.0); revise schedules and applicable attachments (1.6); correspond with K. Norman re same (.9); correspond with C. Ceresa, K&E team re same (.5); revise asset purchase agreement schedules (1.6); correspond with K. Norman, K&E team re revisions regarding assumed liabilities and assumed benefit plans (.9); analyze asset purchase agreement and revise (.5). |
| 07/27/23 | Emma Balls | 0.30 | Conference with K. Norman and D. Daines re purchase agreement outstanding items. |
| 07/27/23 | Chris Ceresa | 3.20 | Review, revise bid procedures pleadings (2.7); correspond with G Reardon, K&E team, counsel re same (.5). |
| 07/27/23 | Amila Golic | 0.40 | Review and analyze list of non-disclosure agreement counterparties (.3); correspond with C. Ceresa, G. Reardon re same (.1). |
| 07/27/23 | Richard U. S. Howell, P.C. | 2.00 | Draft and review correspondence re strategy for DIP and bidding procedures hearing (.7); review, analyze materials in preparation for bidding procedures and DIP hearing (.6); telephone conferences with C. McGushin, K&E team re strategy for bidding procedures and DIP hearing (.5); review, analyze correspondence re CFPB motion to convert (.2). |
| 07/27/23 | Chad J. Husnick, P.C. | 1.60 | Prepare for bid procedures hearing (.8); correspond and conference with K&E team, Company, other advisors re same (.8). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                           Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/27/23 | Keyan Norman | 7.40 | Conference with M. Van Wagoner and D. Daines re asset purchase agreement (.6); review and revise asset purchase agreement (2.5); review and analyze issues re same (2.8); conference with M. Van Wagoner re asset purchase agreement (.5); conference with M. Van Wagoner re administrative expenses and assumption of liabilities (1.0). |
| 07/27/23 | Gabrielle Christine Reardon | 3.70 | Review, revise bidding procedures presentation (2.1); revise list of M&A counterparties (.4); correspond with Arent Fox re same (.2); review and analyze Lexington Law asset purchase agreement for filing (.8); correspond with A&M re schedules to same (.2). |
| 07/27/23 | Matthew J. Van Wagoner | 7.50 | Analyze APA, decks, data room and other applicable documents re assumed liabilities and assumed benefit plans (1.4); correspond with K. Norman, K&E team re same (.4); telephone conference with K&S re revisions to APA (.3); correspond with C. Ceresa, K&E team re assumed liabilities and APAs(1.1); correspond with K&S team re revisions re assumed liabilities and assumed benefit plans (1.5); analyze APA and schedules (1.6); analyze DIP presentation surrounding assumed liabilities and assumed benefit plans and prepare outstanding checklist (1.2). |
| 07/27/23 | Alison Wirtz | 1.10 | Conference with Greenhill and A&M teams re possible bid (.5); review materials re same (.4); correspond with C. Ceresa re status of bid procedures presentation (.2). |
| 07/28/23 | Chris Ceresa | 4.40 | Review, revise bid pros pleadings (4.0); correspond with G. Reardon, K&E team, counsel re same (.4). |
| 07/28/23 | Daniel S. Daines | 0.80 | Conference with M. Van Wagoner, C. Ceresa, W. Fogelberg, and K&E team re open asset purchase agreement negotiation points and filing process. |
| 07/28/23 | Richard U. S. Howell, P.C. | 2.70 | Telephone conferences with A. Wirtz, K&E team to prepare for final DIP and bidding procedures hearing (1.6); draft and analyze correspondence re same (1.1). |
| 07/28/23 | Chad J. Husnick, P.C. | 1.00 | Prepare for bid procedures hearing. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083575
PGX Holdings, Inc.                                          Matter Number:             47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/28/23 | Keyan Norman | 2.80 | Review and analyze final disclosure schedules (.8); review and revise asset purchase agreement (1.0); conference with M. Van Wagoner re signing workstreams (1.0). |
| 07/28/23 | Gabrielle Christine Reardon | 3.30 | Research re sale order filing timing (.4); research re stalking horse asset purchase agreements (.9); review, revise, redact schedules to asset purchase agreements re privilege and confidentiality (1.7); review and analyze same for filing (.3). |
| 07/28/23 | Matthew J. Van Wagoner | 7.50 | Revise APAs and schedules (3.1); correspond with C. Ceresa, K&E team re APAs and filing (1.4); correspond with K. Norman re same(1.5); revise documents as discussed with C. Ceresa, K&E team (1.5). |
| 07/28/23 | Alison Wirtz | 0.60 | Correspond with C. Ceresa and K&E team re treatment of certain obligations under APA (.4); conference with K&S re same (.2). |
| 07/29/23 | Chris Ceresa | 0.50 | Review, correspond with K&E team re sale/bid procedures issues. |
| 07/29/23 | Daniel S. Daines | 0.90 | Correspond with Greenhill, A&M, opposing counsel, C. Ceresa, M. Van Wagoner, and K. Norman re asset purchase agreements and disclosure schedules. |
| 07/29/23 | Richard U. S. Howell, P.C. | 0.90 | Draft and review correspondence re open issues in advance of bidding procedures and DIP hearing (.6); review, analyze draft hearing materials in advance of bidding procedures and DIP hearing (.3). |
| 07/29/23 | Chad J. Husnick, P.C. | 0.50 | Prepare for bid procedures hearing. |
| 07/29/23 | Gabrielle Christine Reardon | 1.30 | Review, revise bidding procedures presentation (.3); review, revise notices re bidding procedures order (.5); correspond with C. Ceresa re preparation for hearing on bidding procedures (.5). |
| 07/29/23 | Spencer A. Winters | 2.80 | Review and analyze issues re bid procedures hearing, DIP hearing (.8); review and analyze Committee objections (.7); review and analyze CFPB issues (.8); correspond and telephone conferences with W. Fogelberg, K&E team re same (.5). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083575
PGX Holdings, Inc.                                          Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/30/23 | Chris Ceresa | 2.90 | Review, analyze sale and bid procedures materials in advance of hearing (2.1); correspond with S. Toth, K&E team re same (.8). |
| 07/30/23 | Daniel S. Daines | 0.40 | Correspond and coordinate with S. Toth and C. Ceresa re asset purchase agreement issues under negotiation UCC counter proposal. |
| 07/30/23 | Richard U. S. Howell, P.C. | 1.50 | Review, analyze correspondence and other materials re litigation and settlement issues related to bidding procedures and DIP hearing. |
| 07/30/23 | Chad J. Husnick, P.C. | 1.00 | Prepare for bid procedures hearing. |
| 07/30/23 | Keyan Norman | 0.50 | Review, analyze correspondence re asset purchase agreements. |
| 07/30/23 | Gabrielle Christine Reardon | 8.20 | Review, revise talking points re bidding procedures motion (.9); research re operating agreements and credit bureau agreements re talking points (1.4); draft summaries re same (.3); review and revise Progrexion asset purchase agreement (.6); review and revise Lexington Law asset purchase agreement (.3); draft summary of changes to asset purchase agreements (1.2); research precedent re global settlement talking points (.8); draft same (1.2); research transcripts re same (1.0); draft revised sale timeline (.4); revise bidding procedures order (.1). |
| 07/30/23 | Spencer A. Winters | 4.90 | Review and analyze issues re UCC settlement (1.3); review and analyze issues re contested bid procedures, DIP hearing (.5); review and analyze pleadings re same (.8); prepare for and attend telephone conference with K&S re same (.3); telephone conference with Company re same (.2); review and analyze UCC proposal and counterproposal (.4); correspond and telephone conferences with multiple parties re same (1.4). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083575
PGX Holdings, Inc.      Matter Number:     47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/31/23 | Chris Ceresa | 13.40 | Review, analyze legal issues re bid procedures pleadings (2.5); correspond with G. Reardon, K&E team, counsel re same (.5); review, analyze legal issues re proposed sales and APAs (1.4); correspond with M. Van Wagoner, K&E team, counsel re same (.4); assist preparations for bid procedures hearing (2.8); attend same (2.2); review and revise bid procedures order materials (1.8); correspond with A. Wirtz, K&E team, counsel re same (1.8). |
| 07/31/23 | Amila Golic | 0.40 | Correspond with Greenhill, counterparty re non-disclosure agreement revisions. |
| 07/31/23 | Richard U. S. Howell, P.C. | 1.10 | Telephonically attend portions of DIP and bidding procedures hearing (.6); review, analyze materials in advance of same (.5). |
| 07/31/23 | Chad J. Husnick, P.C. | 1.40 | Prepare for bid procedures hearing. |
| 07/31/23 | Keyan Norman | 2.10 | Correspond with M. Van Wagoner re execution of asset purchase agreements (.3); correspond with M. Van Wagoner re remaining open items in asset purchase agreements (.5); review and revise asset purchase agreements (1.3). |
| 07/31/23 | Gabrielle Christine Reardon | 4.00 | Review and revise sale timeline (.7); correspond with C. Ceresa re sale timeline (.2); review and revise bidding procedures order and supporting documentation (1.8); correspond with C. Ceresa re same (.2); finalize bidding procedures hearing presentation (.1); review, revise sale order (1.0). |
| 07/31/23 | Spencer A. Winters | 3.90 | Review and analyze issues re UCC settlement and sale strategy (1.3); review and analyze term sheet and revised documents re same (.4); review and analyze issues re contested bid procedures and DIP hearing (1.2); correspond and telephone conferences with A. Wirtz, K&E team, and Company re same and follow ups (1.0). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:    1050083575
Matter Number:    47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/31/23 | Alison Wirtz | 2.30 | Review and revise talking points on bidding procedures (1.3); review and comment on revised bid procedures (.5); correspond with C. Ceresa and G. Reardon re same (.2); correspond with U.S. Trustee and C. Ceresa, K&E team re scheduling for bid procedures (.3). |

**Total**                          **757.90**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050083576**
**Client Matter:  47119-12**

---

**In the Matter of Corp. Governance & Securities Matters**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                          $ 44,367.00

Total legal services rendered                                                                 $ 44,367.00

| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083576 |
| PGX Holdings, Inc. | Matter Number: | 47119-12 |
| Corp. Governance & Securities Matters | | |

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carolyn Aiken | 1.40 | 1,545.00 | 2,163.00 |
| Chris Ceresa | 2.20 | 1,245.00 | 2,739.00 |
| Chris Ceresa | 1.40 | 1,155.00 | 1,617.00 |
| Whitney Fogelberg | 5.60 | 1,425.00 | 7,980.00 |
| Paul Goldsmith | 4.00 | 995.00 | 3,980.00 |
| Paul Goldsmith | 5.80 | 885.00 | 5,133.00 |
| Library Factual Research | 1.80 | 445.00 | 801.00 |
| Jacob Reichman | 5.80 | 1,245.00 | 7,221.00 |
| Adrian Salmen | 1.00 | 885.00 | 885.00 |
| Josh Sussberg, P.C. | 0.50 | 2,045.00 | 1,022.50 |
| Spencer A. Winters | 1.30 | 1,445.00 | 1,878.50 |
| Alison Wirtz | 5.00 | 1,375.00 | 6,875.00 |
| Alison Wirtz | 1.60 | 1,295.00 | 2,072.00 |
| **TOTALS** | **37.40** | | **$ 44,367.00** |

Legal Services for the Period Ending July 31, 2023       Invoice Number:        1050083576
PGX Holdings, Inc.                                         Matter Number:            47119-12
Corp. Governance & Securities Matters

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Chris Ceresa | 1.40 | Review, revise board minutes. |
| 06/04/23 | Whitney Fogelberg | 1.00 | Telephone conference with Lexington Law board re filing authorization. |
| 06/04/23 | Paul Goldsmith | 2.90 | Draft board resolutions (1.7); revise same (1.2). |
| 06/04/23 | Adrian Salmen | 1.00 | Attend Lexington law board conference (.8); draft minutes re same (.2). |
| 06/04/23 | Josh Sussberg, P.C. | 0.40 | Attend board conference to authorize filing (partial). |
| 06/04/23 | Spencer A. Winters | 1.30 | Prepare for PGX board telephone conference (.1); participate in same (.2); prepare for Lexington Law board telephone conference (.6); participate in same (.4). |
| 06/04/23 | Alison Wirtz | 0.80 | Attend board conference for PGX to authorize filing (.4); attend board conference for Lexington Law to authorize the filing (.4). |
| 06/05/23 | Paul Goldsmith | 0.70 | Finalize board minutes. |
| 06/15/23 | Paul Goldsmith | 0.70 | Review, analyze board meeting minutes. |
| 06/26/23 | Paul Goldsmith | 1.00 | Revise, redact board conference minutes. |
| 06/29/23 | Carolyn Aiken | 0.50 | Attend weekly advisor and Company check-in telephone conference. |
| 06/29/23 | Alison Wirtz | 0.80 | Correspond with S. Winters and prepare correspondence to the Boards of PGX and Lexington Law re status, next steps in the chapter 11 cases. |
| 06/30/23 | Whitney Fogelberg | 1.80 | Prepare for Lexington Law board conference (.4); attend Lexington Law board conference (1.0); review Lexington Law board minutes (.4). |
| 06/30/23 | Paul Goldsmith | 0.50 | Revise, redact board minutes. |
| 07/06/23 | Paul Goldsmith | 0.50 | Revise board minutes. |
| 07/10/23 | Carolyn Aiken | 0.30 | Review, revise exit financing proposal. |
| 07/10/23 | Alison Wirtz | 0.30 | Correspond with Greenhill and A&M teams re board meetings. |
| 07/11/23 | Carolyn Aiken | 0.30 | Review, revise exit financing proposal. |
| 07/11/23 | Chris Ceresa | 0.20 | Draft, review, revise corporate board minutes. |
| 07/11/23 | Paul Goldsmith | 0.30 | Review and finalize board minutes to be uploaded to data room. |

3

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083576
PGX Holdings, Inc.                                          Matter Number:              47119-12
Corp. Governance & Securities Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/11/23 | Jacob Reichman | 0.50 | Review, analyze issues re corporate governance matters. |
| 07/11/23 | Alison Wirtz | 0.50 | Correspond with J. Reichman re corporate governance matters. |
| 07/12/23 | Jacob Reichman | 0.50 | Review and analyze legal issues re corporate governance matters. |
| 07/13/23 | Jacob Reichman | 0.50 | Review and analyze issues re corporate governance matters. |
| 07/14/23 | Chris Ceresa | 1.10 | Participate in board conference (.5); draft, review, revise minutes re same (.6). |
| 07/14/23 | Whitney Fogelberg | 1.30 | Prepare for Lexington Law board conference (.9); participate in same (.4). |
| 07/14/23 | Paul Goldsmith | 1.00 | Review, revise and redact board minutes to be uploaded to data room. |
| 07/14/23 | Jacob Reichman | 0.70 | Review and analyze issues re corporate governance matters. |
| 07/15/23 | Alison Wirtz | 1.10 | Review and comment on board materials (.8); correspond with A&M team re same (.3). |
| 07/16/23 | Carolyn Aiken | 0.20 | Review and analyze compliance question re agency fees under prepetition agreement. |
| 07/17/23 | Chris Ceresa | 0.90 | Attend Lexington Law board conference (.4); draft minutes re same (.3); correspond with P. Goldsmith re same (.2). |
| 07/17/23 | Whitney Fogelberg | 1.50 | Telephone conference re Lexington Law board conference (.6); telephone conference re PGX board conference (.9). |
| 07/17/23 | Josh Sussberg, P.C. | 0.10 | Correspond with W. Fogelberg, K&E team re board conference. |
| 07/17/23 | Alison Wirtz | 1.80 | Telephone conference re Lexington Law board conference (.6); telephone conference re PGX board conference (.9); correspond with W. Fogelberg, C. Ceresa and Landis team re same (.3). |
| 07/18/23 | Jacob Reichman | 1.20 | Review and analyze issues re corporate governance matters. |
| 07/19/23 | Jacob Reichman | 1.50 | Review and analyze issues re corporate governance matters. |
| 07/20/23 | Jacob Reichman | 0.50 | Review and analyze issues re corporate governance matters. |
| 07/23/23 | Alison Wirtz | 0.20 | Correspond with P. Goldsmith re board minutes. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083576
PGX Holdings, Inc.                                          Matter Number:            47119-12
Corp. Governance & Securities Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/24/23 | Carolyn Aiken | 0.10 | Attend advisors weekly telephone conference. |
| 07/25/23 | Jacob Reichman | 0.20 | Review and analyze issues re tag notice matters. |
| 07/25/23 | Alison Wirtz | 1.00 | Attend conference with independent director and advisors re sale considerations. |
| 07/26/23 | Jacob Reichman | 0.20 | Review and analyze issues re corporate governance matters. |
| 07/27/23 | Paul Goldsmith | 0.90 | Review and analyze responses to diligence requests from the UCC. |
| 07/27/23 | Alison Wirtz | 0.10 | Correspond with director re governance matters. |
| 07/28/23 | Library Factual Research | 1.80 | Identify Utah v Delaware fiduciary duty obligations. |
| 07/31/23 | Paul Goldsmith | 1.30 | Draft board conference minutes. |

**Total**                              **37.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083577**
**Client Matter: 47119-13**

---

**In the Matter of Employee Matters**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                    $ 40,288.00

Total legal services rendered                    $ 40,288.00

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083577

PGX Holdings, Inc.      Matter Number:     47119-13

Employee Matters

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 5.20 | 1,245.00 | 6,474.00 |
| Amila Golic | 0.20 | 995.00 | 199.00 |
| Diana Heriford | 0.40 | 735.00 | 294.00 |
| Richard U. S. Howell, P.C. | 0.50 | 1,620.00 | 810.00 |
| Chad J. Husnick, P.C. | 0.70 | 2,045.00 | 1,431.50 |
| Keyan Norman | 0.50 | 995.00 | 497.50 |
| Gabrielle Christine Reardon | 2.20 | 735.00 | 1,617.00 |
| Kelby Roth | 7.50 | 885.00 | 6,637.50 |
| Adrian Salmen | 2.30 | 885.00 | 2,035.50 |
| Josh Sussberg, P.C. | 0.10 | 2,045.00 | 204.50 |
| Spencer A. Winters | 0.50 | 1,445.00 | 722.50 |
| Alison Wirtz | 12.20 | 1,375.00 | 16,775.00 |
| Alison Wirtz | 2.00 | 1,295.00 | 2,590.00 |
| **TOTALS** | **34.30** | | **$ 40,288.00** |

Legal Services for the Period Ending July 31, 2023       Invoice Number:     1050083577
PGX Holdings, Inc.       Matter Number:      47119-13
Employee Matters

### **Description of Legal Services**

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 06/04/23 | Gabrielle Christine Reardon | 2.20 | Review and revise wages motion. |
| 06/04/23 | Adrian Salmen | 2.30 | Review, revise wages motion re filing. |
| 06/08/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze correspondence re WARN act issues (.2); review correspondence re potential second day hearing issues (.3). |
| 06/09/23 | Alison Wirtz | 0.40 | Correspond with K&E team re insider analysis and review and analyze prior analysis of same. |
| 06/14/23 | Spencer A. Winters | 0.50 | Review and analyze issues re WARN. |
| 06/22/23 | Alison Wirtz | 0.20 | Review and analyze diligence related to insider status. |
| 06/25/23 | Alison Wirtz | 0.30 | Analyze issues re insider analysis and correspond with D. Heriford re same. |
| 06/27/23 | Diana Heriford | 0.40 | Telephone conference with former employee re notices (.1); correspond with A. Wirtz re same (.3). |
| 06/27/23 | Alison Wirtz | 0.30 | Review and analyze insider diligence. |
| 06/28/23 | Alison Wirtz | 0.80 | Review wages order re authorized payments (.2); correspond with S. Winters and K&E team re same (.2); review and analyze insider analysis (.2); correspond with A&M team and K&E team re diligence (.2). |
| 07/05/23 | Alison Wirtz | 0.70 | Review and comment on insider analysis and correspond with D. Heriford re same (.4); correspond with Company, A&M team re expected timing of entry of wages final order and related considerations (.3). |
| 07/10/23 | Alison Wirtz | 0.10 | Correspond with Company re employee-related question and implications for APA. |
| 07/13/23 | Amila Golic | 0.20 | Correspond with C. Ceresa, K&E team re revised wages final order. |
| 07/17/23 | Chris Ceresa | 2.00 | Review, analyze legal issues re employee wage and bonus payments. |
| 07/17/23 | Keyan Norman | 0.50 | Telephone conference with A&M team re employee census. |
| 07/17/23 | Kelby Roth | 3.20 | Correspond with C. Ceresa re wages reply (.1); draft wages reply (3.0); correspond with C. Ceresa, A. Wirtz re same (.1). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083577
PGX Holdings, Inc.      Matter Number:      47119-13
Employee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/23 | Alison Wirtz | 1.50 | Review and analyze wages-related data and correspond with UCC re same (.4); review and analyze wages objection (.5); correspond and conference with K. Roth re same (.3); conference and correspond with J. Kesselman re same (.3). |
| 07/18/23 | Chris Ceresa | 1.20 | Review, analyze legal issues re employee wage, bonus payments (.9); correspond with K. Roth re same (.3) |
| 07/18/23 | Kelby Roth | 3.10 | Review, revise wages reply (2.9); correspond with C. Ceresa, W. Fogelberg, A. Wirtz, C. Husnick re same (.2). |
| 07/18/23 | Alison Wirtz | 3.80 | Correspond with UCC re bonus diligence and review same (.5); review and comment on wages reply (2.8); correspond with A&M team re wages diligence (.5). |
| 07/19/23 | Chris Ceresa | 0.80 | Review, analyze legal issues re wages reply. |
| 07/19/23 | Chad J. Husnick, P.C. | 0.70 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re final wages order (.4); review and revise same (.3). |
| 07/19/23 | Kelby Roth | 1.20 | Correspond with A. Wirtz, C. Ceresa re wages order (.2); review, revise wages order (.3); revise wages reply (.4); correspond with A. Wirtz, K&E team re same (.1); prepare same for filing (.2). |
| 07/19/23 | Alison Wirtz | 2.50 | Conference and correspond with ArentFox re wages diligence (.4); conference with C. Husnick re same (.2); review and revise wages order per comments from Committee (.3); correspond with Committee and C. Husnick and K&E team re same (.8); correspond and conference with A&M team re same (.8). |
| 07/20/23 | Chris Ceresa | 0.80 | Review, analyze legal issues re draft wages reply. |
| 07/20/23 | Alison Wirtz | 0.60 | Correspond with Klehr Harrison, various parties re agreed wages order (.1); correspond with C. Ceresa and Company re diligence and timing of payments under final wages order (.5). |
| 07/21/23 | Chris Ceresa | 0.40 | Review, analyze draft wages reply re legal issues. |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending July 31, 2023 | | Invoice Number: | 1050083577 |
| PGX Holdings, Inc. | | Matter Number: | 47119-13 |
| Employee Matters | | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 07/25/23 | Josh Sussberg, P.C. | 0.10 | Correspond with C. Husnick re wages issues. |
| 07/25/23 | Alison Wirtz | 2.40 | Conference and correspond with C. Husnick and ArentFox re status of diligence and wages order (.6); correspond with D. Heriford and A&M team re insider analysis (.5); conference and correspond with Company re bonus-related matters (.6); correspond with Company re Lexington Law compensation programs (.3); review and analyze diligence re same (.4). |
| 07/26/23 | Alison Wirtz | 0.60 | Correspond with A&M team re payment of bonuses (.2); correspond with Company, ArentFox re same (.4). |
| **Total** | | **34.30** | |

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050083578**
**Client Matter:  47119-14**

---

**In the Matter of Executory Contracts & Unexpired Leases**

---

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                    $ 13,685.50

Total legal services rendered                                              $ 13,685.50

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083578
PGX Holdings, Inc.                                          Matter Number:           47119-14
Executory Contracts & Unexpired Leases

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Chris Ceresa | 3.40 | 1,245.00 | 4,233.00 |
| Chris Ceresa | 1.00 | 1,155.00 | 1,155.00 |
| Whitney Fogelberg | 1.30 | 1,425.00 | 1,852.50 |
| Kelby Roth | 4.00 | 885.00 | 3,540.00 |
| Alison Wirtz | 0.70 | 1,375.00 | 962.50 |
| Alison Wirtz | 1.50 | 1,295.00 | 1,942.50 |
| **TOTALS** | **11.90** | | **$ 13,685.50** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083578
PGX Holdings, Inc.      Matter Number:     47119-14
Executory Contracts & Unexpired Leases

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/13/23 | Alison Wirtz | 0.50 | Correspond and conference with A&M team re treatment of certain contracts for SOFAs and Schedules. |
| 06/15/23 | Chris Ceresa | 0.60 | Review, analyze agreements re executory contract issues (.4); correspond with W. Fogelberg, K&E team, advisors re same (.2). |
| 06/22/23 | Whitney Fogelberg | 1.30 | Review and analyze vendor contract issues (.9); correspond with C. Ceresa and A&M team re same (.4). |
| 06/26/23 | Alison Wirtz | 0.40 | Correspond with C. Ceresa and K&E team re contract assumption and related research. |
| 06/27/23 | Alison Wirtz | 0.40 | Review and comment on slide deck for company outlining contract considerations. |
| 06/28/23 | Chris Ceresa | 0.40 | Review, analyze contracts re executory issue. |
| 06/29/23 | Alison Wirtz | 0.20 | Correspond with A&M team and C. Ceresa re contract stipulation language. |
| 07/12/23 | Kelby Roth | 4.00 | Correspond and conference with C. Ceresa re Iowa contract law research (.2); research re Iowa contract law (1.4); draft summary re same (.4); correspond and conference with C. Ceresa re same (.3); research re same (1.2); draft summary re same (.5). |
| 07/16/23 | Alison Wirtz | 0.40 | Correspond with lenders' counsel re operating agreement calculations. |
| 07/17/23 | Chris Ceresa | 1.00 | Telephone conference with counsel re legal issues with real property lease (.5); correspond with advisors, Company re same (.5). |
| 07/19/23 | Alison Wirtz | 0.30 | Correspond with contract counterparty re inbound request. |
| 07/25/23 | Chris Ceresa | 0.40 | Correspond with Company and counsel re open legal issues re lease. |
| 07/26/23 | Chris Ceresa | 1.50 | Correspond with Company and counsel re legal issues re lease amendment issues. |
| 07/27/23 | Chris Ceresa | 0.50 | Correspond with Company and counsel re legal issues re lease amendment. |
| **Total** | | **11.90** | |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083579**
**Client Matter: 47119-15**

## In the Matter of SOFAs and Schedules

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)          $ 39,351.50

Total legal services rendered          $ 39,351.50

Legal Services for the Period Ending July 31, 2023     Invoice Number:    1050083579
PGX Holdings, Inc.     Matter Number:    47119-15
SOFAs and Schedules

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 3.40 | 1,295.00 | 4,403.00 |
| Simon Briefel | 0.60 | 1,245.00 | 747.00 |
| Chris Ceresa | 3.00 | 1,245.00 | 3,735.00 |
| Chris Ceresa | 0.20 | 1,155.00 | 231.00 |
| Susan D. Golden | 0.40 | 1,475.00 | 590.00 |
| Diana Heriford | 6.20 | 885.00 | 5,487.00 |
| Diana Heriford | 15.90 | 735.00 | 11,686.50 |
| Tamar Kofman | 4.10 | 995.00 | 4,079.50 |
| Gabrielle Christine Reardon | 0.20 | 735.00 | 147.00 |
| Kelby Roth | 0.60 | 885.00 | 531.00 |
| Adrian Salmen | 3.90 | 995.00 | 3,880.50 |
| Alison Wirtz | 2.60 | 1,375.00 | 3,575.00 |
| Alison Wirtz | 0.20 | 1,295.00 | 259.00 |
| **TOTALS** | **41.30** | | **$ 39,351.50** |

Legal Services for the Period Ending July 31, 2023   Invoice Number:  1050083579
PGX Holdings, Inc.         Matter Number:   47119-15
SOFAs and Schedules

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/11/23 | Simon Briefel | 0.30 | Analyze issues re insider status. |
| 06/12/23 | Simon Briefel | 0.30 | Correspond with A. Wirtz, K&E team re insider analysis. |
| 06/12/23 | Diana Heriford | 0.20 | Correspond with S. Briefel re insider analysis, SOFAs. |
| 06/12/23 | Gabrielle Christine Reardon | 0.20 | Correspond with D. Heriford, S. Briefel, K&E team re insider analysis. |
| 06/13/23 | Diana Heriford | 1.70 | Review, analyze directors and officers re insider analysis, SOFAs. |
| 06/14/23 | Diana Heriford | 1.70 | Review, analyze directors and officers re insider analysis, SOFAs (.7); revise insider analysis re same (.9); correspond with T. Kofman re same (.1). |
| 06/14/23 | Tamar Kofman | 0.50 | Review, revise insider analysis (.4); correspond with D. Heriford re same (.1). |
| 06/15/23 | Diana Heriford | 5.30 | Review, analyze directors and officers re insider analysis, SOFAs (.9); draft insider analysis re SOFAs (3.7); telephone conference with T. Kofman re insider analysis (.2); correspond with T. Kofman re same (.5). |
| 06/15/23 | Tamar Kofman | 1.10 | Telephone conference with D. Heriford re insider analysis (.2); correspond with D. Heriford re same (.6); analyze issues re same (.3). |
| 06/18/23 | Tamar Kofman | 0.10 | Review, revise insider analysis. |
| 06/19/23 | Tamar Kofman | 2.20 | Review, revise insider analysis (1.0); research precedent re same (.4); analyze issues re same (.5); correspond with D. Heriford re same (.3). |
| 06/20/23 | Diana Heriford | 1.30 | Revise insider analysis re SOFAs (1.2); correspond with T. Kofman re same (.1). |
| 06/20/23 | Tamar Kofman | 0.10 | Correspond with D. Heriford, K&E team re insider analysis. |
| 06/22/23 | Diana Heriford | 0.40 | Revise insider analysis (.3); correspond with T. Kofman re same (.1). |
| 06/22/23 | Tamar Kofman | 0.10 | Correspond with D. Heriford re insider analysis. |
| 06/23/23 | Diana Heriford | 0.80 | Revise insider analysis (.6); correspond with T. Kofman, A&M re same (.2). |
| 06/25/23 | Diana Heriford | 0.50 | Review, analyze insiders re SOFAs. |

Legal Services for the Period Ending July 31, 2023       Invoice Number:        1050083579
PGX Holdings, Inc.                                        Matter Number:         47119-15
SOFAs and Schedules

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/28/23 | Chris Ceresa | 0.20 | Review open legal issues re creditor matrix. |
| 06/28/23 | Diana Heriford | 3.00 | Revise insider analysis re SoFAs (1.6); review, analyze insider analysis re SoFAs (1.4). |
| 06/29/23 | Diana Heriford | 1.00 | Draft summary re insiders re SoFAs. |
| 06/29/23 | Alison Wirtz | 0.20 | Correspond with A&M and Klehr Harrison teams re global notes and relevant considerations. |
| 07/03/23 | Diana Heriford | 0.40 | Revise insider analysis re SoFA. |
| 07/05/23 | Simon Briefel | 0.80 | Analyze issues re insider analysis (.6); correspond with D. Heriford re same (.2). |
| 07/05/23 | Diana Heriford | 3.80 | Revise insider analysis re SoFA (2.8); review, analyze diligence re same (.5); correspond with S. Briefel re same (.3); correspond with A&M team re same (.2). |
| 07/05/23 | Alison Wirtz | 0.10 | Correspond with S. Briefel re SOFA diligence items. |
| 07/06/23 | Simon Briefel | 0.70 | Telephone conference with A&M, D. Heriford re insider analysis (.4); prepare for same (.2); follow up with A. Wirtz re same (.1). |
| 07/06/23 | Chris Ceresa | 0.40 | Correspond with W. Fogelberg, K&E team re legal issues re schedules. |
| 07/06/23 | Diana Heriford | 0.30 | Telephone conference with A&M re insider analysis, SoFA. |
| 07/07/23 | Simon Briefel | 1.00 | Review restructuring related payment history (.8); correspond with A. Wirtz, A&M re same (.2). |
| 07/07/23 | Chris Ceresa | 0.50 | Telephone conference with A. Wirtz, K&E team re redaction legal issues. |
| 07/07/23 | Alison Wirtz | 0.40 | Correspond with C. Ceresa and K&E team re 341 prep and insider list. |
| 07/10/23 | Simon Briefel | 0.40 | Correspond with W. Fogelberg re schedules and SoFAs. |
| 07/11/23 | Simon Briefel | 0.20 | Correspond with D. Heriford re schedules and SoFAs. |
| 07/11/23 | Diana Heriford | 1.00 | Review, revise insider analysis (.4); correspond with S. Briefel, K&E team, A&M re same (.6). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083579
PGX Holdings, Inc.                                          Matter Number:              47119-15
SOFAs and Schedules

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/11/23 | Alison Wirtz | 1.10 | Correspond with C. Wallace and A&M team re SOFAs diligence (.1); review and analyze records re same (.3); correspond with D. Heriford re insider analysis for SOFAs and analyze same (.7). |
| 07/13/23 | Chris Ceresa | 0.40 | Review, analyze legal issues re items to be included on schedules. |
| 07/14/23 | Chris Ceresa | 1.10 | Review, analyze legal issues re redactions (.7); telephone conference with D. Heriford, K&E team re same (.4). |
| 07/14/23 | Susan D. Golden | 0.40 | Conference with A. Wirtz re redaction of corporate names on matrix and schedules. |
| 07/15/23 | Chris Ceresa | 0.60 | Review, analyze legal issue re listing certain agreements on schedules. |
| 07/16/23 | Adrian Salmen | 1.90 | Review precedent re schedules. |
| 07/17/23 | Adrian Salmen | 2.00 | Draft memorandum re SoFAs (.9); research same (1.1). |
| 07/18/23 | Diana Heriford | 0.70 | Revise creditor matrix motion (.4); prepare same for filing (.3). |
| 07/26/23 | Simon Briefel | 0.30 | Correspond with A. Wirtz, UCC re schedules and SoFAs. |
| 07/26/23 | Kelby Roth | 0.60 | Review, revise global notes re schedules and statements (.5); correspond with A. Wirtz re same (.1). |
| 07/26/23 | Alison Wirtz | 1.00 | Correspond with A&M team re SOFAs and schedules (.3); correspond with K. Roth and K&E team re same (.4); review and comment on global notes (.3). |

**Total**                                    **41.30**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

|  |  |
|---|---|
| **Invoice Number:** | **1050083580** |
| **Client Matter:** | **47119-16** |

---

**In the Matter of Hearings**

| | |
|---|---:|
| For legal services rendered through July 31, 2023 (see attached Description of Legal Services for detail) | $ 14,429.50 |
| Total legal services rendered | $ 14,429.50 |

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083580
PGX Holdings, Inc.                                          Matter Number:              47119-16
Hearings

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Simon Briefel | 1.10 | 1,295.00 | 1,424.50 |
| Amy Donahue | 1.10 | 480.00 | 528.00 |
| Whitney Fogelberg | 1.40 | 1,425.00 | 1,995.00 |
| Richard U. S. Howell, P.C. | 1.40 | 1,620.00 | 2,268.00 |
| Chad J. Husnick, P.C. | 1.10 | 2,045.00 | 2,249.50 |
| Casey McGushin | 1.10 | 1,415.00 | 1,556.50 |
| Spencer A. Winters | 1.60 | 1,445.00 | 2,312.00 |
| Alison Wirtz | 0.30 | 1,375.00 | 412.50 |
| Alison Wirtz | 1.30 | 1,295.00 | 1,683.50 |
| **TOTALS** | **10.40** | | **$ 14,429.50** |

Legal Services for the Period Ending July 31, 2023  Invoice Number:      1050083580
PGX Holdings, Inc.                                    Matter Number:          47119-16
Hearings

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/06/23 | Whitney Fogelberg | 1.40 | Attend first day hearing. |
| 06/06/23 | Richard U. S. Howell, P.C. | 1.40 | Attend first day hearing. |
| 06/06/23 | Spencer A. Winters | 1.20 | Attend first-day hearing (partial). |
| 06/06/23 | Alison Wirtz | 1.30 | Attend first-day hearing. |
| 07/31/23 | Simon Briefel | 1.10 | Attend DIP, bid procedures hearing. |
| 07/31/23 | Amy Donahue | 1.10 | Attend and implement listen-only line for A. Golic, K&E team re bid procedures, DIP hearing. |
| 07/31/23 | Chad J. Husnick, P.C. | 1.10 | Participate in DIP, bid procedures hearing. |
| 07/31/23 | Casey McGushin | 1.10 | Attend second day hearing. |
| 07/31/23 | Spencer A. Winters | 0.40 | Attend bid procedures hearing (partial). |
| 07/31/23 | Alison Wirtz | 0.30 | Attend and participate in portion of hearing. |

**Total**          **10.40**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083581**
**Client Matter: 47119-17**

---

**In the Matter of Insurance and Surety Matters**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)          $ 30,417.00

Total legal services rendered          $ 30,417.00

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Insurance and Surety Matters

| | Invoice Number: | 1050083581 |
| --- | --- | --- |
| | Matter Number: | 47119-17 |

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Chris Ceresa | 7.30 | 1,245.00 | 9,088.50 |
| Chris Ceresa | 2.70 | 1,155.00 | 3,118.50 |
| Whitney Fogelberg | 5.90 | 1,425.00 | 8,407.50 |
| Amila Golic | 3.30 | 885.00 | 2,920.50 |
| Diana Heriford | 0.80 | 885.00 | 708.00 |
| Gabrielle Christine Reardon | 0.20 | 885.00 | 177.00 |
| Maryia Shybut | 0.60 | 885.00 | 531.00 |
| Maryia Shybut | 4.00 | 735.00 | 2,940.00 |
| Luke Spangler | 0.30 | 325.00 | 97.50 |
| Spencer A. Winters | 1.30 | 1,445.00 | 1,878.50 |
| Alison Wirtz | 0.40 | 1,375.00 | 550.00 |
| **TOTALS** | **26.80** | | **$ 30,417.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083581
PGX Holdings, Inc.                                          Matter Number:           47119-17
Insurance and Surety Matters

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Amila Golic | 3.30 | Revise insurance motion and orders per C. Ceresa, S. Briefel comments (1.7); correspond with same re same (.3); prepare filing version of insurance motion (1.3). |
| 06/05/23 | Luke Spangler | 0.30 | Compile precedent re insurance talking points (.2); correspond with M. Shybut re same (.1). |
| 06/13/23 | Whitney Fogelberg | 2.10 | Review and analyze issues re surety demand (.9); telephone conferences and correspond with Company and Klehr Harrison re same (1.2). |
| 06/13/23 | Spencer A. Winters | 0.80 | Review and analyze issues re surety bond. |
| 06/14/23 | Spencer A. Winters | 0.50 | Review and analyze issues re surety bond. |
| 06/15/23 | Whitney Fogelberg | 2.20 | Telephone conference with counsel to sureties re cash collateral demand (.8); telephone conference with Klehr Harrison re same (.4); telephone conference with lenders re same (.7); correspond with Company re same (.3). |
| 06/21/23 | Maryia Shybut | 1.00 | Revise insurance final order. |
| 06/22/23 | Chris Ceresa | 0.30 | Correspond with surety counsel re insurance legal issue. |
| 06/22/23 | Whitney Fogelberg | 0.40 | Correspond with lenders and Company re surety issues and cash collateral request. |
| 06/22/23 | Maryia Shybut | 1.90 | Research re surety bonds (1.5); correspond with C. Ceresa re same (.4). |
| 06/26/23 | Chris Ceresa | 2.00 | Review, analyze surety bond issues and comments to the final insurance order (1.7); correspond with M. Shybut and K&E team, counsel re same (.3). |
| 06/26/23 | Maryia Shybut | 0.60 | Correspond with C. Ceresa, lenders, surety counsel re insurance motion. |
| 06/29/23 | Chris Ceresa | 0.40 | Telephone conference with W. Fogelberg, lender counsel, surety counsel re open issues. |
| 06/29/23 | Whitney Fogelberg | 0.60 | Telephone conference with counsel to surety provider and lenders re surety legal issues. |
| 06/29/23 | Maryia Shybut | 0.50 | Conference with C. Ceresa, lenders, surety counsel re surety considerations. |
| 07/03/23 | Alison Wirtz | 0.20 | Correspond with C. Ceresa re surety bond matters. |
| 07/06/23 | Chris Ceresa | 0.30 | Review, analyze legal issues re surety bonds. |

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083581
PGX Holdings, Inc.  Matter Number: 47119-17
Insurance and Surety Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/06/23 | Whitney Fogelberg | 0.60 | Telephone conference with K&S and surety bond broker re surety bonds (.4); review and analyze issues re same (.2). |
| 07/11/23 | Maryia Shybut | 0.60 | Review documents re surety agreements (.1); correspond with C. Ceresa, A&M team, Company, K&S team re same (.5). |
| 07/15/23 | Chris Ceresa | 0.30 | Correspond with counsel, lender counsel re diligence request items re surety. |
| 07/18/23 | Diana Heriford | 0.40 | Revise insurance motion (.2); prepare same for filing (.2). |
| 07/19/23 | Chris Ceresa | 1.20 | Correspond with counsel re legal issues re insurance final order (.8); review, prepare filing re same (.4). |
| 07/19/23 | Diana Heriford | 0.40 | Revise insurance final order. |
| 07/19/23 | Gabrielle Christine Reardon | 0.20 | Review, analyze insurance order (.1); correspond with C. Ceresa re same (.1). |
| 07/20/23 | Chris Ceresa | 2.30 | Correspond and telephone conference with counsel re legal issues re insurance final order (1.6); correspond with G. Reardon re same (.3); review, prepare filing re same (.4). |
| 07/26/23 | Chris Ceresa | 1.90 | Review, analyze issues re complaint from surety provider (.7); correspond with Company re same (.4); review diligence re legal issues re same (.8). |
| 07/26/23 | Alison Wirtz | 0.20 | Correspond with C. McGushin, K&E litigation team re status of surety matters. |
| 07/27/23 | Chris Ceresa | 0.20 | Review, analyze issues re complaint from surety provider (.1); correspond with Company re same (.1). |
| 07/28/23 | Chris Ceresa | 1.10 | Review, analyze legal issues re complaint from surety provider (.6); correspond with Company, K&E team re same (.3); review diligence re legal issues (.2). |

**Total** **26.80**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

|                       |             |
|-----------------------|-------------|
| **Invoice Number:**   | **1050083582** |
| **Client Matter:**    | **47119-18** |

---

**In the Matter of Disclosure Statement, Plan Confirmation**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)          $ 134,074.50

Total legal services rendered                                    $ 134,074.50

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Disclosure Statement, Plan Confirmation

Invoice Number:     1050083582
Matter Number:         47119-18

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 3.90 | 1,245.00 | 4,855.50 |
| Chris Ceresa | 13.20 | 1,155.00 | 15,246.00 |
| Whitney Fogelberg | 2.80 | 1,425.00 | 3,990.00 |
| Paul Goldsmith | 0.60 | 885.00 | 531.00 |
| Amila Golic | 0.50 | 995.00 | 497.50 |
| Diana Heriford | 26.30 | 885.00 | 23,275.50 |
| Diana Heriford | 13.80 | 735.00 | 10,143.00 |
| Robert Orren | 3.50 | 570.00 | 1,995.00 |
| Kelby Roth | 0.10 | 885.00 | 88.50 |
| Kelby Roth | 6.40 | 735.00 | 4,704.00 |
| Maryia Shybut | 7.80 | 885.00 | 6,903.00 |
| Maryia Shybut | 41.60 | 735.00 | 30,576.00 |
| Luke Spangler | 2.70 | 325.00 | 877.50 |
| Spencer A. Winters | 2.90 | 1,445.00 | 4,190.50 |
| Alison Wirtz | 15.10 | 1,375.00 | 20,762.50 |
| Alison Wirtz | 4.20 | 1,295.00 | 5,439.00 |
| **TOTALS** | **145.40** | | **$ 134,074.50** |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Disclosure Statement, Plan Confirmation

Invoice Number:  1050083582
Matter Number:      47119-18

## Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/05/23 | Paul Goldsmith | 0.60 | Finalize restructuring support agreement. |
| 06/07/23 | Spencer A. Winters | 2.90 | Review and analyze issues re case strategy, plan development (1.8); correspond and telephone conferences with A. Wirtz, K&E team re same and open issues (1.1). |
| 06/13/23 | Diana Heriford | 0.20 | Review, analyze RSA re legal issues. |
| 06/14/23 | Maryia Shybut | 1.10 | Legal research re disclosure statement motion, order precedent. |
| 06/14/23 | Alison Wirtz | 0.20 | Correspond with S. Winters re plan, DS, and DS motion. |
| 06/15/23 | Maryia Shybut | 3.10 | Research re disclosure statement motion, order precedent (1.5); research re disclosure statement exhibits precedent (1.6). |
| 06/16/23 | Maryia Shybut | 2.20 | Draft summary re disclosure statement motion, order (1.5); research re legal issues re disclosure statement exhibits (.7). |
| 06/17/23 | Maryia Shybut | 1.50 | Research legal issues re disclosure statement motion, order (1.0); research legal issues re disclosure statement exhibits (.5). |
| 06/19/23 | Chris Ceresa | 1.00 | Review, analyze open legal issues re disclosure statement and plan. |
| 06/19/23 | Maryia Shybut | 5.70 | Draft, revise summary re disclosure statement motion, order (2.5); Research legal issues re disclosure statement motion, order (.7); legal research re requirements re disclosure statement exhibits (2.5). |
| 06/22/23 | Chris Ceresa | 0.40 | Correspond with A. Wirtz, K&E team re plan and disclosure statement legal issues. |
| 06/23/23 | Chris Ceresa | 0.50 | Correspond with A. Wirtz, K&E team re plan and disclosure statement legal issues. |
| 06/23/23 | Robert Orren | 1.40 | Prepare disclosure statement precedent (1.2); correspond with C. Ceresa re same (.2). |
| 06/23/23 | Maryia Shybut | 4.50 | Legal research re plan and disclosure statement timeline (1.5); draft summary re plan and disclosure statement timeline (2.5); correspond with C. Ceresa, A. Wirtz re same (.5). |
| 06/23/23 | Alison Wirtz | 1.10 | Review and analyze possible case timelines (.3); review Local Rules re interim DS approval (.2); analyze precedent re same (.6). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083582
PGX Holdings, Inc.      Matter Number:     47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/24/23 | Chris Ceresa | 0.20 | Correspond with A. Wirtz, K&E team re plan and disclosure statement legal issues. |
| 06/24/23 | Robert Orren | 2.10 | Retrieve plan precedent (.2); correspond with C. Ceresa and A. Wirtz re same (.2); prepare precedent re chapter 11 plan (1.7). |
| 06/24/23 | Alison Wirtz | 0.20 | Correspond with K&E team re Plan and DS documentation and timelines. |
| 06/26/23 | Diana Heriford | 0.20 | Correspond with C. Ceresa re plan legal issues. |
| 06/26/23 | Kelby Roth | 0.40 | Telephone conference with C. Ceresa re disclosure statement motion legal issues (.2); review, analyze precedent re same (.2). |
| 06/26/23 | Maryia Shybut | 4.10 | Draft, revise disclosure statement (2.4); review, analyze materials, precedent re disclosure statement re legal issues (1.7). |
| 06/26/23 | Luke Spangler | 0.30 | Correspond with C. Ceresa, A. Donahue, Document Services re disclosure statement motion precedent and preparing same. |
| 06/27/23 | Chris Ceresa | 1.00 | Review and comment on draft disclosure statement motion and plan. |
| 06/27/23 | Diana Heriford | 2.50 | Draft, revise plan. |
| 06/27/23 | Maryia Shybut | 7.00 | Draft, revise disclosure statement (3.9); review disclosure statement precedents re legal issues (1.9); review first day motions and orders re same (.9); correspond with KCC team re same (.3). |
| 06/27/23 | Luke Spangler | 2.40 | Prepare disclosure statement motion and distribute to C. Ceresa (2.0); compile precedent re sale orders, chapter 11 plans and distribute to C. Ceresa (.2); compile precedent re asset purchase agreements and distribute to C. Ceresa (.2). |
| 06/27/23 | Alison Wirtz | 2.20 | Correspond with S. Winters and W. Fogelberg re plan and disclosure statement timelines and research re same (1.2); review precedent sale plans re same (.4); conference with A&M team re liquidation analysis and DS (.6). |
| 06/28/23 | Chris Ceresa | 0.40 | Review, analyze plan precedent re legal issues. |
| 06/28/23 | Diana Heriford | 4.30 | Draft plan (3.9); revise same (.4). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083582
PGX Holdings, Inc.                                          Matter Number:           47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/28/23 | Kelby Roth | 5.10 | Draft disclosure statement motion (3.7); review, revise disclosure statement motion (1.4). |
| 06/28/23 | Maryia Shybut | 7.00 | Draft, revise disclosure statement (3.8); analyze precedent re disclosure statement re legal issues (1.3); review and analyze first day motions re same (1.5); correspond with C. Ceresa, A&M team re same (.4). |
| 06/29/23 | Chris Ceresa | 7.70 | Review, analyze legal issues re draft plan (3.6); draft comments re legal issues re draft plan (2.2); review and comment on draft disclosure statement (1.9). |
| 06/29/23 | Diana Heriford | 2.00 | Draft, revise sections of plan. |
| 06/29/23 | Kelby Roth | 0.90 | Telephone conference with C. Ceresa, K&E team re disclosure statement and plan (.4); draft disclosure statement motion (.4); correspond with K&E team re disclosure statement case law (.1). |
| 06/29/23 | Maryia Shybut | 5.40 | Conference with C. Ceresa, K&E team re disclosure statement and plan (.5); conference with A. Wirtz, K&E team, A&M team re same (.5); revise disclosure statement (3.9); review case law re legal issues re same (.5). |
| 06/29/23 | Alison Wirtz | 0.50 | Conference with C. Ceresa and K&E team re plan, disclosure statement workstreams. |
| 06/30/23 | Chris Ceresa | 1.00 | Review, analyze plan precedent re legal issue. |
| 06/30/23 | Chris Ceresa | 1.00 | Review and comment on draft disclosure statement motion and plan. |
| 06/30/23 | Diana Heriford | 4.60 | Revise plan (3.7); analyze plan precedent re legal issues. (.9). |
| 07/01/23 | Diana Heriford | 1.60 | Revise plan. |
| 07/02/23 | Diana Heriford | 4.70 | Revise plan (3.1); review, analyze precedent re same (1.6). |
| 07/02/23 | Alison Wirtz | 1.30 | Review and comment on chapter 11 plan (.8); review and analyze precedent plans re release provisions (.5). |
| 07/03/23 | Maryia Shybut | 2.90 | Draft, revise disclosure statement. |
| 07/03/23 | Alison Wirtz | 2.60 | Review and comment on sections of the plan. |
| 07/04/23 | Diana Heriford | 3.60 | Revise plan. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083582
PGX Holdings, Inc.                                          Matter Number:           47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/04/23 | Alison Wirtz | 4.80 | Review and comment on disclosure statement (3.4); review and analyze precedent interim disclosure statements re same (.7); correspond with M. Shybut re same (.2); review and comment on plan (.4); correspond with D. Heriford, K&E team re same (.1). |
| 07/05/23 | Chris Ceresa | 0.60 | Review, analyze legal issues re draft plan. |
| 07/05/23 | Diana Heriford | 2.40 | Revise plan. |
| 07/05/23 | Maryia Shybut | 4.90 | Draft, revise disclosure statement (3.4); review plan re same (1.5). |
| 07/05/23 | Alison Wirtz | 3.10 | Review and comment on Plan (2.3); correspond with C. Ceresa and D. Heriford re same (.4); correspond with M. Shybut re revisions to disclosure statement and review same (.4). |
| 07/06/23 | Chris Ceresa | 2.10 | Review, analyze legal issues re draft plan. |
| 07/06/23 | Diana Heriford | 5.20 | Review, analyze comments re plan (1.3); revise plan (3.9). |
| 07/07/23 | Kelby Roth | 0.10 | Correspond with A. Salmen, K&E team re disclosure statement motion. |
| 07/13/23 | Alison Wirtz | 0.90 | Correspond and conference with A&M team re plan, disclosure statement and liquidation analysis. |
| 07/14/23 | Whitney Fogelberg | 2.80 | Review and revise draft plan (2.3); telephone conference with A. Wirtz and K&E team re same (.5). |
| 07/14/23 | Diana Heriford | 2.90 | Review, analyze plan comments (.9); research precedent re plan classes (1.5); telephone conference with W. Fogelberg, A. Wirtz, C. Ceresa re plan (.5). |
| 07/14/23 | Alison Wirtz | 0.90 | Correspond with D. Heriford and K&E team re plan comments (.4); telephone conference with W. Fogelberg, D. Heriford and C. Ceresa re plan (.5). |
| 07/15/23 | Diana Heriford | 1.70 | Revise plan re comments from K&E team. |
| 07/16/23 | Alison Wirtz | 1.20 | Conference with W. Fogelberg re status of plan, disclosure statement and other matters (.4); conference with lenders' counsel re counterproposal to global settlement (.6); review and analyze materials re same (.2). |
| 07/17/23 | Amila Golic | 0.20 | Correspond with D. Heriford re confirmation workstream timeline. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Disclosure Statement, Plan Confirmation

Invoice Number:     1050083582
Matter Number:         47119-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/23 | Diana Heriford | 0.40 | Correspond with A. Wirtz, A&M re plan (.3); correspond with C. Ceresa re plan (.1). |
| 07/17/23 | Diana Heriford | 3.80 | Research precedent re plan, administrative claims (2.8); draft summary re plan, class precedent research (.6); correspond with C. Ceresa re same (.4). |
| 07/17/23 | Alison Wirtz | 0.30 | Correspond with C. Ceresa and K&E team re plan classification matters. |
| 07/20/23 | Chris Ceresa | 0.80 | Review, analyze plan legal issues (.6); correspond with D. Heriford, K&E team re same (.2). |
| 07/27/23 | Chris Ceresa | 0.40 | Review, analyze voting legal issue. |
| 07/31/23 | Amila Golic | 0.30 | Review and analyze precedent disclosure statements. |

**Total**                                 **145.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083583**
**Client Matter: 47119-19**

---

**In the Matter of K&E Retention and Fee Matters**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                       $ 188,087.50

Total legal services rendered                                                       $ 188,087.50

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083583
PGX Holdings, Inc.      Matter Number:      47119-19
K&E Retention and Fee Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 0.60 | 1,295.00 | 777.00 |
| Simon Briefel | 14.10 | 1,245.00 | 17,554.50 |
| Chris Ceresa | 2.70 | 1,245.00 | 3,361.50 |
| Chris Ceresa | 1.10 | 1,155.00 | 1,270.50 |
| Michael Y. Chan | 12.00 | 365.00 | 4,380.00 |
| Matthew Cooper | 1.00 | 315.00 | 315.00 |
| Marta Dudyan | 5.50 | 315.00 | 1,732.50 |
| Whitney Fogelberg | 8.10 | 1,425.00 | 11,542.50 |
| Susan D. Golden | 2.30 | 1,475.00 | 3,392.50 |
| Amila Golic | 15.40 | 995.00 | 15,323.00 |
| Amila Golic | 53.60 | 885.00 | 47,436.00 |
| Diana Heriford | 4.70 | 885.00 | 4,159.50 |
| Diana Heriford | 6.10 | 735.00 | 4,483.50 |
| Chad J. Husnick, P.C. | 0.50 | 2,045.00 | 1,022.50 |
| Tamar Kofman | 24.10 | 995.00 | 23,979.50 |
| Eric Nyberg | 12.00 | 315.00 | 3,780.00 |
| Robert Orren | 2.10 | 570.00 | 1,197.00 |
| Gabrielle Christine Reardon | 2.30 | 885.00 | 2,035.50 |
| Gabrielle Christine Reardon | 2.20 | 735.00 | 1,617.00 |
| Kelby Roth | 0.50 | 885.00 | 442.50 |
| Kelby Roth | 1.60 | 735.00 | 1,176.00 |
| Adrian Salmen | 2.90 | 995.00 | 2,885.50 |
| Adrian Salmen | 0.60 | 885.00 | 531.00 |
| Maryia Shybut | 7.20 | 735.00 | 5,292.00 |
| Josh Sussberg, P.C. | 0.20 | 2,045.00 | 409.00 |
| Spencer A. Winters | 3.50 | 1,445.00 | 5,057.50 |
| Alison Wirtz | 3.40 | 1,375.00 | 4,675.00 |
| Alison Wirtz | 14.10 | 1,295.00 | 18,259.50 |
| **TOTALS** | **204.40** | | **$ 188,087.50** |

Legal Services for the Period Ending July 31, 2023    Invoice Number:    1050083583
PGX Holdings, Inc.    Matter Number:    47119-19
K&E Retention and Fee Matters

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Michael Y. Chan | 3.00 | Analyze disclosure of creditors/entities (1.4); research parent company, creditors/entities (1.6). |
| 06/05/23 | Matthew Cooper | 1.00 | Organize, prepare parties for conflicts searching for creditors/entities submitted as Contract Counter-Parties. |
| 06/05/23 | Marta Dudyan | 3.00 | Analyze disclosure of creditors/entities. |
| 06/05/23 | Eric Nyberg | 6.50 | Research creditors/entities re disclosure issues. |
| 06/06/23 | Michael Y. Chan | 2.50 | Analyze disclosure of creditors/entities. |
| 06/06/23 | Marta Dudyan | 2.50 | Analyze disclosure of creditors/entities. |
| 06/06/23 | Amila Golic | 0.80 | Draft proposed postpetition matter numbers (.6); correspond with S. Briefel, K&E team re same (.2). |
| 06/06/23 | Eric Nyberg | 3.00 | Analyze disclosure issues re creditors/entities. |
| 06/07/23 | Simon Briefel | 0.30 | Telephone conference with K&E conflicts team re conflicts search. |
| 06/07/23 | Michael Y. Chan | 1.50 | Analyze disclosure issues re creditors/entities. |
| 06/07/23 | Amila Golic | 2.20 | Analyze issues re postpetition matter numbers (.3); correspond and conference with A. Wirtz, K&E team re same (.2); review and analyze budget and staffing precedent memoranda (1.7). |
| 06/07/23 | Tamar Kofman | 1.80 | Telephone conference with S. Briefel re conflicts review (.3); prepare same for review (1.1); correspond with S. Briefel, K&E team re same (.4). |
| 06/07/23 | Alison Wirtz | 0.90 | Correspond with K&E team re postpetition retention-related matters. |
| 06/08/23 | Amila Golic | 4.90 | Draft and revise K&E billing memorandum (1.2); analyze precedent re same (.6); correspond with A. Wirtz, S. Briefel re K&E billing memorandum issues same (.4); revise budget and staffing memorandum (1.7); review and analyze legal issues re post-petition billing (1.0). |
| 06/08/23 | Diana Heriford | 3.50 | Review, analyze potential conflict issues (2.4); draft summary re same (1.1). |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
K&E Retention and Fee Matters

Invoice Number:    1050083583
Matter Number:    47119-19

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/08/23 | Tamar Kofman | 2.00 | Review, analyze, conflicts reports re legal/disclosure issues. |
| 06/08/23 | Maryia Shybut | 1.00 | Review, analyze conflicts reports re legal/disclosure issues. |
| 06/08/23 | Alison Wirtz | 0.60 | Correspond with A. Golic re postpetition billing matter numbers (.2); review and comment on billing memo (.4). |
| 06/09/23 | Amila Golic | 1.80 | Review and analyze conflicts reports re legal/disclosure issues. |
| 06/09/23 | Tamar Kofman | 0.40 | Correspond with S. Briefel, K&E team re conflicts review legal issues (.3); telephone conference with S. Briefel re same (.1). |
| 06/09/23 | Gabrielle Christine Reardon | 1.20 | Review and analyze conflicts reports re legal/disclosure issues. |
| 06/09/23 | Maryia Shybut | 1.50 | Review, analyze conflicts reports re legal/disclosure issues. |
| 06/09/23 | Alison Wirtz | 0.20 | Correspond with W. Fogelberg re Kirkland retention matters and scheduling. |
| 06/11/23 | Simon Briefel | 5.00 | Review, revise K&E retention application (1.2); review, revise budget and staffing memorandum (.8); correspond with T. Kaufman re conflicts search (.2); review, analyze conflicts reports re legal/disclosure issues (2.8). |
| 06/11/23 | Amila Golic | 0.60 | Review and revise K&E retention application. |
| 06/11/23 | Kelby Roth | 1.20 | Review, analyze conflicts reports re specific disclosure legal issues. |
| 06/12/23 | Simon Briefel | 3.30 | Review, analyze conflict reports re legal/disclosure issues. |
| 06/12/23 | Whitney Fogelberg | 1.90 | Review and analyze issues re conflicts reports (.7); correspond and conference with A. Wirtz re K&E retention application (1.2). |
| 06/12/23 | Amila Golic | 4.80 | Revise K&E retention application (2.4); revise K&E budget and staffing memorandum (.8); revise budget spreadsheet (.6); research and analyze precedent re same (.8); correspond with S. Briefel, K&E team re same (.2). |
| 06/12/23 | Tamar Kofman | 1.10 | Correspond with S. Briefel, K&E team re conflicts review legal issues. |
| 06/12/23 | Gabrielle Christine Reardon | 1.00 | Draft summary chart re conflict results (.9); correspond with S. Briefel re conflicts (.1). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083583
PGX Holdings, Inc.                                          Matter Number:           47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/13/23 | Simon Briefel | 4.00 | Review, analyze conflict reports re legal/disclosure issues. |
| 06/13/23 | Amila Golic | 2.90 | Review and revise results of conflicts reports (1.4); correspond with S. Briefel, T. Kofman re same (.3); revise K&E retention application (.9); correspond with S. Briefel re same (.3). |
| 06/13/23 | Diana Heriford | 2.60 | Review, analyze conflict reports re legal/disclosure issues. |
| 06/13/23 | Tamar Kofman | 1.30 | Correspond with S. Briefel, K&E team re conflicts review (.6); analyze issues re same (.4); telephone conference with S. Briefel re same (.3). |
| 06/13/23 | Kelby Roth | 0.40 | Review, analyze conflicts reports re specific disclosure legal issues (.3); correspond with T. Kofman, S. Briefel re same (.1). |
| 06/13/23 | Adrian Salmen | 0.60 | Review, revise K&E conflicts tracker. |
| 06/13/23 | Maryia Shybut | 1.20 | Review and revise tracker re K&E conflicts. |
| 06/14/23 | Simon Briefel | 1.50 | Review, analyze conflict reports re legal/disclosure issues. |
| 06/14/23 | Amila Golic | 1.20 | Review and revise K&E retention application (1.0); telephone conference with T. Kofman re retention declaration issues (.2). |
| 06/14/23 | Tamar Kofman | 1.00 | Review, analyze K&E retention application issues (.5); correspond with A. Golic re same (.3); telephone conference with A. Golic re same (.2). |
| 06/15/23 | Amila Golic | 0.30 | Review, revise K&E retention application. |
| 06/15/23 | Tamar Kofman | 0.80 | Review, analyze, conflicts reports re legal/disclosure issues. |
| 06/16/23 | Tamar Kofman | 2.80 | Review, analyze, K&E conflicts reports and tracker (2.5); correspond with M. Shybut, K&E team re same (.3). |
| 06/16/23 | Maryia Shybut | 3.50 | Analyze conflicts reports re legal/disclosure issues (2.0); revise summary re same (1.5). |
| 06/19/23 | Tamar Kofman | 0.50 | Correspond with A&M, A. Wirtz, K&E team re K&E conflicts issues. |
| 06/20/23 | Michael Y. Chan | 1.00 | Organize and prepare parties for K&E conflicts searching for creditors/entities (.6); research re creditors/entities re potential disclosure (.4). |

Legal Services for the Period Ending July 31, 2023                 Invoice Number:        1050083583
PGX Holdings, Inc.                                                   Matter Number:           47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/20/23 | Amila Golic | 0.70 | Correspond with A. Wirtz, T. Kofman, K&E team re issues re retainer and conflicts (.3); revise retention application (.4). |
| 06/20/23 | Tamar Kofman | 1.60 | Review, revise conflicts tracker (1.1); correspond with A. Golic, K&E team re K&E retention application (.2); correspond with A. Wirtz, K&E team, Klehr re parties in interest list (.3). |
| 06/21/23 | Amila Golic | 3.00 | Telephone conference with T. Kofman re specific disclosures (.2); review and analyze precedent retention applications for specific disclosure language (2.2); revise retention application (.6). |
| 06/21/23 | Tamar Kofman | 4.10 | Analyze K&E legal conflicts issues (3.1); review, analyze K&E retention application (.4); correspond with A. Golic, K&E team, Klehr team re same (.6). |
| 06/21/23 | Eric Nyberg | 1.00 | Analyze disclosure issues re creditors/entities. |
| 06/21/23 | Alison Wirtz | 1.50 | Review and comment on Kirkland retention application and declaration (1.3); correspond with A. Golic and K&E team re parties in interest list matters and conflicts (.2). |
| 06/22/23 | Amila Golic | 4.50 | Revise retention application per T. Kofman, A. Wirtz comments (2.8); review and analyze precedent re outstanding legal questions (1.1); review and analyze precedent re motion to seal potential M&A counterparties (.6). |
| 06/22/23 | Tamar Kofman | 5.00 | Review, revise K&E retention application (3.1); correspond with A. Golic, K&E team, A&M re same (.5); analyze issues re same (1.2); telephone conference with A. Wirtz, C. Ceresa re same (.2). |
| 06/22/23 | Robert Orren | 2.10 | Retrieve precedent re motion to seal M&A counterparties in K&E retention application (.6); draft same (1.2); correspond with A. Golic and A. Wirtz re same (.3). |
| 06/22/23 | Alison Wirtz | 0.40 | Review and comment on revised retention application. |
| 06/23/23 | Whitney Fogelberg | 0.60 | Review and revise K&E retention application. |
| 06/23/23 | Amila Golic | 2.20 | Correspond with T. Kofman re conflicts results (.3); revise K&E retention application (1.9). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083583
PGX Holdings, Inc.                                          Matter Number:             47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/23/23 | Tamar Kofman | 1.40 | Correspond with A. Wirtz, K&E team re conflicts review (.7); analyze issues re same (.4); correspond with A&M re same (.1); review, analyze comments on retention application (.2). |
| 06/24/23 | Whitney Fogelberg | 0.50 | Review and revise K&E retention application. |
| 06/24/23 | Amila Golic | 2.70 | Revise K&E retention application (2.1); correspond with A. Wirtz, T. Kofman re legal issues re same (.6). |
| 06/24/23 | Tamar Kofman | 0.30 | Correspond with A. Golic re K&E retention application. |
| 06/24/23 | Alison Wirtz | 2.20 | Correspond with A. Golic and K&E team re conflicts matters (.4): review and comment on Kirkland retention application (1.3); review and analyze materials re same (.3); correspond with A. Golic re same (.2). |
| 06/26/23 | Whitney Fogelberg | 1.90 | Review and revise K&E retention application (1.1); correspond with A. Wirtz and K&E team re same (.8). |
| 06/26/23 | Susan D. Golden | 1.60 | Review and revise K&E retention application (1.4); correspond with A. Golic with comments to same (.2). |
| 06/26/23 | Amila Golic | 3.00 | Revise K&E retention application (1.8); correspond with S. Golden, K&E team re same (.3); correspond with conflicts department re outstanding legal issues (.7); correspond with A&M re issues re parties in interest list (.2). |
| 06/26/23 | Alison Wirtz | 0.20 | Correspond with A. Golic and K&E team re Kirkland retention application and review re same. |
| 06/27/23 | Michael Y. Chan | 2.00 | Organize and prepare parties for conflicts searching for creditors/entities (.8); analyze disclosure issues re creditors/entities (1.2). |
| 06/27/23 | Whitney Fogelberg | 0.80 | Review and revise K&E retention application (.5); correspond with A. Wirtz and S. Winters re legal issues re same (.3). |
| 06/27/23 | Amila Golic | 3.70 | Review and analyze legal issues re conflicts and specific disclosures (.9); correspond with Conflicts re same (.3); revise K&E retention application (2.1); correspond with A. Wirtz, K&E team re same and budget and staffing memorandum (.4). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083583
PGX Holdings, Inc.      Matter Number:     47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|---|---|---|---|
| 06/27/23 | Spencer A. Winters | 0.80 | Review and revise K&E retention application. |
| 06/27/23 | Alison Wirtz | 0.60 | Review and comment on budget and staffing memorandum (.4); review professional fee budget (.2). |
| 06/28/23 | Chris Ceresa | 1.10 | Review, revise, comment on draft K&E retention materials. |
| 06/28/23 | Michael Y. Chan | 2.00 | Organize, prepare parties for conflicts searching for creditors/entities (1.0); analyze disclosure issues re creditors/entities (1.0). |
| 06/28/23 | Amila Golic | 6.00 | Correspond with S. Winters, W. Fogelberg re budget and staffing memorandum (.4); revise same (.8); revise K&E retention application (1.6); correspond with A. Wirtz, K&E team re K&E retention application (.4); review, analyze precedent re same re legal issues (1.4); correspond with professionals to be retained re parties in interest list (1.1); correspond with Conflicts re outstanding legal issues (.3). |
| 06/28/23 | Eric Nyberg | 1.50 | Analyze disclosure issues re creditors/entities. |
| 06/28/23 | Alison Wirtz | 0.70 | Review and comment on Kirkland retention application and declaration (.3); correspond with A. Golic and K&E team re same (.1); analyze issues re conflicts for Kirkland (.3). |
| 06/29/23 | Amila Golic | 3.30 | Review and revise K&E retention application (1.6); revise motion to seal (.7); correspond with S. Winters, A. Wirtz, K&E team re legal issues re same (.8); correspond with Conflicts department re issues and status of conflicts results (.2). |
| 06/29/23 | Spencer A. Winters | 0.50 | Review and analyze K&E retention application. |
| 06/29/23 | Alison Wirtz | 1.30 | Review and comment on Kirkland retention application (.4); review and analyze conflicts disclosures (.4); correspond with A. Golic and K&E team re same (.5). |
| 06/30/23 | Whitney Fogelberg | 2.40 | Review and analyze legal issues re K&E retention application (1.0); correspond and conference with A. Wirtz and A. Golic re same (1.2); telephone conference with S. Winters re same (.2). |

Legal Services for the Period Ending July 31, 2023                    Invoice Number:         1050083583
PGX Holdings, Inc.                                                    Matter Number:            47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/30/23 | Amila Golic | 5.00 | Revise K&E retention application (1.9); revise declaration in support of K&E retention application (1.6); revise motion to seal (.3); correspond with S. Winters, C. Husnick, J. Sussberg, W. Fogelberg, A. Wirtz, K&E team re legal issues re K&E retention application (1.2). |
| 06/30/23 | Chad J. Husnick, P.C. | 0.50 | Review and revise K&E retention application. |
| 06/30/23 | Josh Sussberg, P.C. | 0.20 | Correspond with S. Winters, K&E team re retention application (.1); review same (.1). |
| 06/30/23 | Spencer A. Winters | 2.20 | Review and analyze legal issues re K&E retention application (1.4); correspond and telephone conferences with W. Fogelberg, K&E team re same (.5); review and analyze motion to seal re legal issues (.3). |
| 06/30/23 | Alison Wirtz | 5.50 | Review and revise Kirkland retention application and declaration (2.9); analyze conflicts schedules (.6); conference and correspond with S. Winters and W. Fogelberg re same (1.2); review and revise motion to seal confidential parties in interest (.6); correspond with Klehr Harrison re same (.2). |
| 07/05/23 | Amila Golic | 0.30 | Analyze retention application for sealing matters. |
| 07/05/23 | Alison Wirtz | 0.20 | Correspond with A. Golic re retention application sealing matters. |
| 07/06/23 | Amila Golic | 0.30 | Review and analyze K&E retention application and motion to seal re redaction obligations. |
| 07/07/23 | Amila Golic | 0.50 | Review, analyze June invoice for privilege and confidentiality. |
| 07/08/23 | Amila Golic | 0.60 | Review and analyze invoice for confidentiality and privilege. |
| 07/09/23 | Amila Golic | 2.00 | Correspond with A. Salmen, K&E team re review of invoice for privilege and confidentiality (.3); prepare invoice for review by team (1.7). |
| 07/09/23 | Alison Wirtz | 0.30 | Correspond with A. Golic re invoice review and confidentiality considerations. |

Legal Services for the Period Ending July 31, 2023  Invoice Number: 1050083583
PGX Holdings, Inc.  Matter Number: 47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/10/23 | Amila Golic | 3.10 | Revise proposed K&E retention order (.4); correspond with A. Wirtz, K&E team re same (.2); review and analyze issues re redactions (.8); review and revise invoice for privilege and confidentiality considerations (1.7). |
| 07/10/23 | Diana Heriford | 3.90 | Review, revise invoice statements re privilege, confidentiality. |
| 07/10/23 | Gabrielle Christine Reardon | 1.70 | Review, revise invoice statement re privilege and confidentiality. |
| 07/10/23 | Alison Wirtz | 0.30 | Correspond with S. Golden re K&E retention order and recent cases (.2); correspond with A. Golic re redaction of certain names (.1). |
| 07/11/23 | Amila Golic | 0.30 | Correspond with D. Heriford, G. Reardon, A. Wirtz, A. Salmen re review of invoice for privilege and confidentiality. |
| 07/11/23 | Diana Heriford | 0.80 | Review, revise invoice statements re privilege, confidentiality concerns. |
| 07/11/23 | Gabrielle Christine Reardon | 0.10 | Correspond with A. Wirtz, A. Golic re K&E invoice statement. |
| 07/11/23 | Adrian Salmen | 2.90 | Review and revise invoice for privilege and confidentiality considerations. |
| 07/12/23 | Amila Golic | 2.20 | Review, revise invoice for privilege and confidentiality. |
| 07/12/23 | Gabrielle Christine Reardon | 0.50 | Review, revise invoice statement re privilege and confidentiality issues. |
| 07/13/23 | Amila Golic | 2.10 | Review and revise invoice for confidentiality and privilege (1.6); review and analyze U.S. Trustee comments to retention application (.3); correspond with G. Reardon, K&E team re revisions to invoice for privilege and confidentiality (.2). |
| 07/13/23 | Kelby Roth | 0.50 | Review, revise invoice statement re privilege and confidentiality. |
| 07/14/23 | Amila Golic | 0.30 | Correspond with D. Daines, billing department re invoice revisions. |
| 07/16/23 | Susan D. Golden | 0.40 | Review and analyze comments from U.S. Trustee to K&E retention application (.2); correspond with A. Wirtz re responses to same (.2). |
| 07/16/23 | Amila Golic | 0.60 | Revise K&E retention order and motion to seal (.5); correspond with A. Wirtz, K&E team re same (.1). |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083583
PGX Holdings, Inc.      Matter Number:      47119-19
K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/16/23 | Alison Wirtz | 0.90 | Correspond with A. Golic re K&E retention matters. |
| 07/17/23 | Alison Wirtz | 0.40 | Correspond with C. Husnick re K&E retention application and responses to UST comments. |
| 07/18/23 | Susan D. Golden | 0.30 | Telephone conference with A. Wirtz and U.S. Trustee re K&E retention application (.1); follow-up telephone conference with A. Wirtz re same (.2). |
| 07/18/23 | Amila Golic | 1.50 | Revise K&E retention application order and motion to seal order (.8); correspond with A. Wirtz, K&E team, Klehr, U.S. Trustee re same (.7). |
| 07/20/23 | Amila Golic | 0.20 | Correspond with A. Wirtz, K&E team re prepetition invoice. |
| 07/21/23 | Amila Golic | 0.70 | Correspond with A. Wirtz, K&E team re review of invoice for privilege and confidentiality. |
| 07/21/23 | Alison Wirtz | 0.10 | Correspond with A. Golic re invoice review matters. |
| 07/22/23 | Amila Golic | 0.30 | Correspond with A. Wirtz, K&E team re review of invoice for privilege and confidentiality. |
| 07/24/23 | Chris Ceresa | 2.70 | Review, revise K&E fee statement re compliance with U.S. Trustee guidelines and confidentiality/privilege issues. |
| 07/27/23 | Simon Briefel | 0.60 | Review, revise K&E invoice re confidentiality, U.S. Trustee guidelines. |
| 07/27/23 | Alison Wirtz | 0.90 | Review and comment on invoice for privilege and confidentiality (.8); correspond with A. Golic, K&E team re same (.1). |
| 07/31/23 | Amila Golic | 0.40 | Review and analyze precedent monthly fee statements. |
| 07/31/23 | Alison Wirtz | 0.30 | Correspond with A. Golic and K&E team re invoice review and related matters. |

**Total**      **204.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

|  |  |
|---|---|
| **Invoice Number:** | **1050083584** |
| **Client Matter:** | **47119-20** |

---

**In the Matter of Non-K&E Retention and Fee Matters**

| | |
|---|---|
| For legal services rendered through July 31, 2023 (see attached Description of Legal Services for detail) | $ 34,290.00 |
| Total legal services rendered | $ 34,290.00 |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083584
PGX Holdings, Inc.      Matter Number:     47119-20
Non-K&E Retention and Fee Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 0.30 | 1,245.00 | 373.50 |
| Chris Ceresa | 5.30 | 1,155.00 | 6,121.50 |
| Whitney Fogelberg | 1.60 | 1,425.00 | 2,280.00 |
| Susan D. Golden | 0.60 | 1,475.00 | 885.00 |
| Amila Golic | 1.80 | 995.00 | 1,791.00 |
| Kelby Roth | 3.60 | 735.00 | 2,646.00 |
| Adrian Salmen | 0.90 | 885.00 | 796.50 |
| Maryia Shybut | 10.10 | 735.00 | 7,423.50 |
| Luke Spangler | 0.90 | 325.00 | 292.50 |
| Josh Sussberg, P.C. | 0.20 | 2,045.00 | 409.00 |
| Alison Wirtz | 3.30 | 1,375.00 | 4,537.50 |
| Alison Wirtz | 5.20 | 1,295.00 | 6,734.00 |
| **TOTALS** | **33.80** | | **$ 34,290.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083584
PGX Holdings, Inc.                                          Matter Number:            47119-20
Non-K&E Retention and Fee Matters

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Kelby Roth | 3.10 | Review, revise KCC retention application (2.8); correspond with C. Ceresa, K&E team re same (.3). |
| 06/05/23 | Alison Wirtz | 0.20 | Correspond with M. Yurkewicz re KCC 156 retention and related matters. |
| 06/11/23 | Alison Wirtz | 0.20 | Correspond with D. Pacitti re parties in interest list. |
| 06/15/23 | Chris Ceresa | 0.30 | Correspond with local counsel re legal issues re non-K&E retention. |
| 06/20/23 | Maryia Shybut | 2.40 | Draft, revise interim compensation procedures motion. |
| 06/20/23 | Luke Spangler | 0.90 | Research and compile precedent re interim compensation motion (.3); prepare same (.5); distribute same to M. Shybut (.1). |
| 06/22/23 | Alison Wirtz | 0.80 | Correspond with K&E team re interim compensation motion and motion to seal confidential parties (.4); correspond with A&M team re OCP and retained professionals (.4). |
| 06/23/23 | Chris Ceresa | 1.30 | Review, analyze materials re legal issues re non-K&E retention applications (1.1); correspond with A. Wirtz, K&E team re same (.2). |
| 06/23/23 | Kelby Roth | 0.50 | Research precedent re special counsel retention (.4); correspond with A. Salmen and C. Ceresa re same (.1). |
| 06/23/23 | Adrian Salmen | 0.90 | Review, analyze precedent special counsel applications. |
| 06/23/23 | Maryia Shybut | 2.20 | Draft, revise interim compensation procedures motion. |
| 06/23/23 | Alison Wirtz | 0.40 | Correspond with W&C and A&M re 327e professional retention and OCP matters (.2); correspond with Greenhill re conflicts (.2). |
| 06/24/23 | Alison Wirtz | 1.30 | Review and comment on interim compensation motion (.9); analyze precedent re same (.3); correspond with M. Shybut re same (.1). |
| 06/25/23 | Maryia Shybut | 2.50 | Draft, revise interim compensation procedures motion (1.2); draft, revise notice re same (1.3). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083584
PGX Holdings, Inc.                                           Matter Number:              47119-20
Non-K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/26/23 | Whitney Fogelberg | 1.60 | Review and revise interim compensation and ordinary course professional motions (1.1); correspond with A. Wirtz, K&E team and Klehr Harrison re same (.5). |
| 06/26/23 | Susan D. Golden | 0.50 | Review, revise interim compensation motion (.4); correspond with A. Wirtz and M. Shybut re same (.1). |
| 06/26/23 | Maryia Shybut | 1.60 | Revise interim compensation procedures motion (.7); correspond with A. Wirtz, S. Golden, K&E team, Klehr Harrison team re same (.9). |
| 06/26/23 | Alison Wirtz | 0.60 | Review and comment on interim compensation motion (.4); correspond with M. Shybut re same (.2). |
| 06/28/23 | Chris Ceresa | 2.30 | Review, analyze materials re legal issues re retention of professionals other than K&E (1.9); correspond with A. Wirtz, K&E team re same (.4). |
| 06/28/23 | Alison Wirtz | 0.20 | Correspond with A&M and Klehr teams re OCP matters. |
| 06/30/23 | Chris Ceresa | 1.40 | Review, analyze pleadings re retention of professionals other than K&E re legal issues (1.2); correspond with A. Wirtz, K&E team re same (.2). |
| 06/30/23 | Maryia Shybut | 1.40 | Prepare interim compensation procedures motion and notice for filing (1.2); correspond with A. Wirtz re same (.2). |
| 06/30/23 | Alison Wirtz | 1.50 | Review and revise interim compensation motion (.8); coordinate filing of same (.3); correspond with Klehr Harrison and K&E team re retention applications for other professionals and filing of same (.4). |
| 07/13/23 | Amila Golic | 1.30 | Review and analyze engagement letters for non-K&E retention applications (1.2); correspond with C. Ceresa re same (.1). |
| 07/17/23 | Susan D. Golden | 0.10 | Correspond with A. Wirtz re U.S. Trustee requested revision to Interim Compensation Order. |
| 07/17/23 | Amila Golic | 0.50 | Research precedent re investment banker retention applications. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083584
PGX Holdings, Inc.                                          Matter Number:           47119-20
Non-K&E Retention and Fee Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/17/23 | Alison Wirtz | 2.70 | Correspond with S. Golden and U.S. Trustee re revisions to interim comp order (.8); conference and correspond with Klehr re Greenhill retention objection, K&E retention and precedent (1.9). |
| 07/18/23 | Alison Wirtz | 0.60 | Review and analyze draft reply re Greenhill retention objection (.5); correspond with Klehr team re same (.1). |
| 07/19/23 | Josh Sussberg, P.C. | 0.20 | Correspond with C. Husnick re Greenhill retention and DIP adjournment. |
| 07/20/23 | Chris Ceresa | 0.30 | Correspond with Klehr team re status of ordinary course professionals retention items. |

**Total**          **33.80**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050083585**
**Client Matter:  47119-21**

---

**In the Matter of Tax Matters**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                    $ 60,611.00

Total legal services rendered                                             $ 60,611.00

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083585
PGX Holdings, Inc.     Matter Number:     47119-21
Tax Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Thad W. Davis, P.C. | 22.60 | 1,795.00 | 40,567.00 |
| Paul Goldsmith | 0.40 | 995.00 | 398.00 |
| Diana Heriford | 2.40 | 735.00 | 1,764.00 |
| Adrian Salmen | 1.60 | 995.00 | 1,592.00 |
| Adrian Salmen | 2.70 | 885.00 | 2,389.50 |
| Alex Stephenson | 2.90 | 935.00 | 2,711.50 |
| Alex Stephenson | 11.90 | 775.00 | 9,222.50 |
| Matthew J. Van Wagoner | 0.80 | 1,295.00 | 1,036.00 |
| Alison Wirtz | 0.30 | 1,375.00 | 412.50 |
| Alison Wirtz | 0.40 | 1,295.00 | 518.00 |
| **TOTALS** | **46.00** | | **$ 60,611.00** |

Legal Services for the Period Ending July 31, 2023            Invoice Number:            1050083585
PGX Holdings, Inc.                                           Matter Number:             47119-21
Tax Matters

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/04/23 | Diana Heriford | 1.80 | Revise taxes motion (1.4); revise tax attribute motion (.4). |
| 06/04/23 | Adrian Salmen | 2.70 | Review, revise tax attribute motion |
| 06/05/23 | Alex Stephenson | 0.20 | Review, analyze taxes, structure charts re legal issues. |
| 06/07/23 | Diana Heriford | 0.60 | Revise notice re tax attributes motion (.4); correspond with A. Wirtz, Klehr re same (.2). |
| 06/07/23 | Alison Wirtz | 0.40 | Review and revise NOL notice and correspond with KCC and K&E team re same. |
| 06/13/23 | Thad W. Davis, P.C. | 0.50 | Review, analyze tax model. |
| 06/13/23 | Alex Stephenson | 0.20 | Correspond with T. Davis re restructuring tax model legal issues (.1); review, analyze same (.1). |
| 06/14/23 | Thad W. Davis, P.C. | 3.80 | Review and revise A&M tax model re tax legal issues (.8); telephone conference with A&M re same (.9); conference with A. Stephenson re same (.5); research tax legal issues re same (1.4); telephone conference with S. Winter re same (.2). |
| 06/14/23 | Alex Stephenson | 2.00 | Telephone conference with T. Davis, K&E team re bankruptcy tax structuring issues (.5); correspond re same with T. Davis (.5); review, analyze purchase agreement, debt instruments and structure charts (.7); correspond with T. Davis and K&E team re same (.3). |
| 06/15/23 | Thad W. Davis, P.C. | 1.80 | Review and draft correspondence re tax model legal issues (1.4); conference with A. Stephenson re same (.4). |
| 06/15/23 | Alex Stephenson | 0.50 | Review, analyze tax structure excel sheet re tax legal issues (.4); correspond with T. Davis re tax structure (.1). |
| 06/16/23 | Thad W. Davis, P.C. | 2.40 | Telephone conference with Company re tax modeling legal issues (.4); review, analyze diligence materials re same (1.5); research same (.5). |
| 06/16/23 | Alex Stephenson | 0.20 | Review, analyze documents re tax attributes. |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083585
PGX Holdings, Inc.                                          Matter Number:           47119-21
Tax Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/19/23 | Thad W. Davis, P.C. | 2.80 | Review, analyze stock basis spreadsheet (1.0); research tax issues re same (1.0); review and draft correspondence re same (.8). |
| 06/20/23 | Thad W. Davis, P.C. | 0.30 | Conference with A. Stephenson re stock basis legal issues. |
| 06/20/23 | Alex Stephenson | 0.50 | Conference with T. Davis re tax legal issues re stock basis spreadsheet (.3); review, analyze same (.2). |
| 06/22/23 | Thad W. Davis, P.C. | 1.80 | Telephone conference with A. Stephenson, Company, and A&M re tax legal issues (1.5); research same (.3). |
| 06/22/23 | Alex Stephenson | 1.70 | Telephone conference with T. Davis, A&M team, Company re tax model issues (1.5); correspond re same with T. Davis (.2). |
| 06/23/23 | Thad W. Davis, P.C. | 0.70 | Research tax legal issues. |
| 06/26/23 | Thad W. Davis, P.C. | 0.70 | Telephone conference with A. Stephenson re transaction structure legal issues (.1); review and draft correspondence re same (.6). |
| 06/26/23 | Alex Stephenson | 0.40 | Telephone conference with T. Davis re legal research questions re structure/tax issues (.1); research re same (.3). |
| 06/27/23 | Alex Stephenson | 3.20 | Research re reorganization structures (2.1); draft summary re same (1.1). |
| 06/28/23 | Alex Stephenson | 1.00 | Legal research re restructuring tax structure issues. |
| 06/30/23 | Thad W. Davis, P.C. | 2.30 | Telephone conference with S. Winters re exit structure legal issues (.2); telephone conference with A. Stephenson re same (.2); research tax legal issues re same (1.4); review and draft correspondence re same (.5). |
| 06/30/23 | Alex Stephenson | 2.00 | Legal research re structure of restructuring and tax implications (1.8); telephone conference with T. Davis re same (.2). |
| 07/03/23 | Thad W. Davis, P.C. | 0.80 | Research sale structure. |
| 07/05/23 | Thad W. Davis, P.C. | 0.80 | Telephone conference with King & Spalding and A. Stephenson re tax issues (.4); research same (.4). |
| 07/05/23 | Alex Stephenson | 0.40 | Telephone conference with King & Spalding and T. Davis re structure of transactions. |
| 07/07/23 | Thad W. Davis, P.C. | 0.20 | Review and analyze correspondence re tax modeling. |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Tax Matters

| | | | |
|---|---|---|---|
| **Invoice Number:** | 1050083585 |
| **Matter Number:** | 47119-21 |

| **Date** | **Name** | **Hours** | **Description** |
|---|---|---|---|
| 07/07/23 | Alex Stephenson | 0.20 | Review and analyze stock basis analysis sheet. |
| 07/10/23 | Alex Stephenson | 0.50 | Review and analyze tax basis analysis. |
| 07/12/23 | Thad W. Davis, P.C. | 0.30 | Review, analyze, draft correspondence re tax basis study. |
| 07/13/23 | Thad W. Davis, P.C. | 0.30 | Review and analyze final taxes order. |
| 07/13/23 | Adrian Salmen | 0.90 | Review, revise NOL order. |
| 07/13/23 | Alex Stephenson | 0.10 | Review and analyze taxes motion. |
| 07/14/23 | Thad W. Davis, P.C. | 1.60 | Telephone conference with A. Stephenson, Company, and A&M re tax modeling (1.3); review and draft correspondence re same (.3). |
| 07/14/23 | Alex Stephenson | 1.70 | Telephone conference with T. Davis, Company, A&M re basis (1.3); review and analyze files and spreadsheets re same (.4). |
| 07/18/23 | Paul Goldsmith | 0.40 | Revise and finalize final orders for taxes and SoFA motions. |
| 07/20/23 | Thad W. Davis, P.C. | 0.40 | Review and analyze correspondence re exit structure. |
| 07/21/23 | Thad W. Davis, P.C. | 0.60 | Review and analyze correspondence re exit structure. |
| 07/21/23 | Adrian Salmen | 0.70 | Review and analyze NOL notice of final order (.4); review and analyze final order re noticing requirements (.3). |
| 07/21/23 | Alison Wirtz | 0.30 | Correspond with A. Salmen and Klehr team re entry of NOL order and filing of related notices. |
| 07/24/23 | Thad W. Davis, P.C. | 0.10 | Review and analyze correspondence re exit structure. |
| 07/25/23 | Thad W. Davis, P.C. | 0.40 | Review, analyze, and draft correspondence re tax modeling. |
| 07/26/23 | Matthew J. Van Wagoner | 0.80 | Correspond with T. Davis, K&E tax team re PGX tax attachments. |

**Total**                      **46.00**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083586**
**Client Matter: 47119-22**

---

**In the Matter of Non-Working Travel**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)                $ 27,555.00

Total legal services rendered                                          $ 27,555.00

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083586
PGX Holdings, Inc.                                          Matter Number:           47119-22
Non-Working Travel

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Simon Briefel | 1.30 | 1,295.00 | 1,683.50 |
| Chris Ceresa | 0.20 | 1,245.00 | 249.00 |
| Whitney Fogelberg | 4.20 | 1,425.00 | 5,985.00 |
| Chad J. Husnick, P.C. | 2.90 | 2,045.00 | 5,930.50 |
| Casey McGushin | 2.50 | 1,415.00 | 3,537.50 |
| Alison Wirtz | 6.60 | 1,375.00 | 9,075.00 |
| **TOTALS** | **18.80** | | **$ 27,555.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083586
PGX Holdings, Inc.                                          Matter Number:              47119-22
Non-Working Travel

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/12/23 | Whitney Fogelberg | 1.60 | Travel from Chicago, IL to New York, NY for UCC conference (billed at half time). |
| 07/12/23 | Alison Wirtz | 2.10 | Travel from Chicago, IL to New York, NY for UCC meeting (billed at half time). |
| 07/13/23 | Whitney Fogelberg | 2.60 | Travel from New York, NY to Chicago, IL re UCC conference (billed at half time). |
| 07/13/23 | Alison Wirtz | 2.40 | Travel from New York, NY to Chicago, IL following UCC meeting (billed at half time). |
| 07/20/23 | Casey McGushin | 1.50 | Travel from New York, NY to Chicago, IL following deposition of R. Meltzer (billed at half time). |
| 07/30/23 | Simon Briefel | 0.80 | Travel from New York, NY to Wilmington, DE for DIP and bid procedures hearing (billed at half time). |
| 07/30/23 | Chad J. Husnick, P.C. | 1.20 | Travel from Houston, TX to Wilmington, DE re DIP/bid procedures hearing (billed at half time). |
| 07/30/23 | Casey McGushin | 1.00 | Travel from Milwaukee, WI to Wilmington, DE for hearing (billed at half time). |
| 07/30/23 | Alison Wirtz | 2.10 | Travel from Chicago, IL to Wilmington, DE for hearing (billed at half time). |
| 07/31/23 | Simon Briefel | 0.50 | Travel from Wilmington, DE to New York, NY back from hearing (billed at half time). |
| 07/31/23 | Chris Ceresa | 0.20 | Travel from Wilmington, DE to New York, NY (billed at half time). |
| 07/31/23 | Chad J. Husnick, P.C. | 1.70 | Travel from Wilmington, DE to Glen Ellyn, IL re DIP/bid procedures hearing (billed at half time). |

**Total**                                          **17.70**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083587**
**Client Matter: 47119-23**

---

**In the Matter of U.S. Trustee Communications & Reporting**

For legal services rendered through July 31, 2023
(see attached Description of Legal Services for detail)        $ 29,242.50

Total legal services rendered        $ 29,242.50

| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083587 |
| --- | --- | --- |
| PGX Holdings, Inc. | Matter Number: | 47119-23 |
| U.S. Trustee Communications & Reporting | | |

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Simon Briefel | 0.60 | 1,295.00 | 777.00 |
| Chris Ceresa | 0.90 | 1,245.00 | 1,120.50 |
| Chris Ceresa | 3.50 | 1,155.00 | 4,042.50 |
| Amy Donahue | 1.00 | 480.00 | 480.00 |
| Whitney Fogelberg | 2.50 | 1,425.00 | 3,562.50 |
| Diana Heriford | 0.30 | 735.00 | 220.50 |
| Library Factual Research | 3.50 | 445.00 | 1,557.50 |
| Gabrielle Christine Reardon | 0.90 | 885.00 | 796.50 |
| Maryia Shybut | 7.70 | 885.00 | 6,814.50 |
| Alison Wirtz | 3.60 | 1,375.00 | 4,950.00 |
| Alison Wirtz | 3.80 | 1,295.00 | 4,921.00 |
| **TOTALS** | **28.30** | | **$ 29,242.50** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083587
PGX Holdings, Inc.      Matter Number:      47119-23
U.S. Trustee Communications & Reporting

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 06/05/23 | Diana Heriford | 0.30 | Telephone conference with U.S. Trustee re creditor matrix motion. |
| 06/05/23 | Alison Wirtz | 1.60 | Conference with U.S. Trustee re creditor matrix motion and questions (.6); review and analyze revisions to motion in response (.2); review and analyze revisions to first day orders following discussions with U.S. Trustee (.3); correspond with U.S. Trustee and Company re Top 30 creditor inbound questions (.5). |
| 06/06/23 | Alison Wirtz | 0.10 | Correspond with Klehr Harrison and K&E team re 341 meeting and next steps. |
| 06/09/23 | Alison Wirtz | 0.50 | Correspond with Klehr team re 341 meeting and logistics (.3); correspond with A&M team re correspondence for Top 30 list (.2). |
| 06/15/23 | Chris Ceresa | 0.50 | Telephone conference with Company, A. Wirtz, and Klehr team re preparing re initial debtor interview. |
| 06/15/23 | Whitney Fogelberg | 0.60 | Telephone conference with Company and Klehr Harrison re initial debtor interview. |
| 06/15/23 | Alison Wirtz | 0.50 | Conference with Klehr Harrison team and Company re initial debtor interview preparations. |
| 06/16/23 | Alison Wirtz | 0.20 | Correspond with Klehr Harrison re U.S. Trustee objection extension. |
| 06/20/23 | Chris Ceresa | 1.60 | Draft, revise minutes re initial debtor interview (1.2); correspond with A. Wirtz, K&E team re issues re same (.4). |
| 06/20/23 | Alison Wirtz | 0.90 | Draft summary of initial debtor interview (.5); correspond with S. Winters and K&E team re same (.4). |
| 06/21/23 | Chris Ceresa | 1.40 | Coordinate diligence materials coming out of initial debtor interview (1.1); correspond with A. Wirtz, K&E team re issues re same (.3). |
| 07/02/23 | Alison Wirtz | 0.10 | Correspond with A&M team and Klehr team re 341 meeting and SOFAs and Schedules. |
| 07/06/23 | Maryia Shybut | 3.90 | Research re 341 conference (2.6); review and analyze transcripts re same (.6); correspond with C. Ceresa re same (.7). |

Legal Services for the Period Ending July 31, 2023          Invoice Number:        1050083587
PGX Holdings, Inc.                                          Matter Number:           47119-23
U.S. Trustee Communications & Reporting

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 07/07/23 | Chris Ceresa | 0.90 | Review, analyze legal issue re 341 conferences (.6); correspond with W. Fogelberg and K&E team re same (.3). |
| 07/07/23 | Library Factual Research | 3.50 | Research transcripts for 341 conferences of creditors. |
| 07/07/23 | Maryia Shybut | 3.80 | Research re section 341 conference (2.1); review and analyze transcripts re same (.5); draft summary re same (.9); correspond with C. Ceresa, W. Fogelberg re same (.3). |
| 07/10/23 | Alison Wirtz | 0.20 | Correspond with A&M and Klehr team re 341 meeting. |
| 07/12/23 | Whitney Fogelberg | 0.50 | Telephone conference with A. Wirtz, J. Hartley, and Klehr Harrison team re 341 conference. |
| 07/12/23 | Alison Wirtz | 0.50 | Conference with W. Fogelberg, Company, and Klehr Harrison team re 341 conference. |
| 07/13/23 | Amy Donahue | 1.00 | Attend 341 conference. |
| 07/13/23 | Whitney Fogelberg | 1.40 | Participate in initial 341 conference of creditors (1.0); correspond with Company and A. Wirtz re same (.4). |
| 07/13/23 | Alison Wirtz | 1.50 | Prepare for and attend initial 341 meeting (.9); correspond with Klehr Harrison and W&C team re same (.3); correspond with S. Winters and W. Fogelberg re same (.3). |
| 07/18/23 | Alison Wirtz | 0.40 | Correspond with U.S. Trustee re comments to first day orders and K&E retention order. |
| 07/21/23 | Simon Briefel | 0.20 | Correspond with D. Heriford, C. Ceresa re reporting obligations. |
| 07/24/23 | Alison Wirtz | 0.10 | Correspond with A&M team re 341 meeting preparation for Company. |
| 07/27/23 | Alison Wirtz | 0.50 | Conference with Company, Klehr Harrison and A&M team re 341 meeting preparation. |
| 07/28/23 | Simon Briefel | 0.40 | Review, revise monthly operating report. |
| 07/28/23 | Gabrielle Christine Reardon | 0.90 | Review, analyze, revise monthly operating report and global minutes. |
| 07/28/23 | Alison Wirtz | 0.30 | Correspond with A&M team re MORs and SOFAs and Schedules, global notes. |

**Total**                                    **28.30**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085155**
**Client Matter:  47119-3**

**In the Matter of Adversary Proceeding & Contested Matter**

| | |
|---|---|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 270,943.50 |
| Total legal services rendered | $ 270,943.50 |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | | 1050085155 |
| PGX Holdings, Inc. | Matter Number: | | 47119-3 |
| Adversary Proceeding & Contested Matter | | | |

### Summary of Hours Billed

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Simon Briefel | 25.50 | 1,295.00 | 33,022.50 |
| Chris Ceresa | 1.00 | 1,245.00 | 1,245.00 |
| Whitney Fogelberg | 6.70 | 1,425.00 | 9,547.50 |
| Paul Goldsmith | 1.00 | 995.00 | 995.00 |
| Amila Golic | 1.20 | 995.00 | 1,194.00 |
| Kate Guilfoyle | 5.00 | 1,415.00 | 7,075.00 |
| Diana Heriford | 67.50 | 885.00 | 59,737.50 |
| Richard U. S. Howell, P.C. | 3.20 | 1,620.00 | 5,184.00 |
| Nick Krislov | 5.70 | 1,295.00 | 7,381.50 |
| Mark Malone | 6.90 | 525.00 | 3,622.50 |
| Casey McGushin | 56.50 | 1,415.00 | 79,947.50 |
| Robert Orren | 3.00 | 570.00 | 1,710.00 |
| Gabrielle Christine Reardon | 0.10 | 885.00 | 88.50 |
| Adrian Salmen | 17.10 | 995.00 | 17,014.50 |
| Michael A. Sloman | 2.20 | 995.00 | 2,189.00 |
| Spencer A. Winters | 6.10 | 1,445.00 | 8,814.50 |
| Alison Wirtz | 23.40 | 1,375.00 | 32,175.00 |
| **TOTALS** | **232.10** | | **$ 270,943.50** |

Legal Services for the Period Ending August 31, 2023     Invoice Number:    1050085155
PGX Holdings, Inc.     Matter Number:    47119-3
Adversary Proceeding & Contested Matter

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Simon Briefel | 4.90 | Review, revise objection to motion to convert (3.4); research re same (1.5). |
| 08/01/23 | Chris Ceresa | 0.30 | Review, coordinate RFPs from US-/CFPB. |
| 08/01/23 | Whitney Fogelberg | 0.50 | Telephone conference with Williams & Connolly re potential CFPB settlement. |
| 08/01/23 | Diana Heriford | 3.10 | Review, analyze case law re conversion motion objection (1.2); draft summary re same (.6); correspond with A. Salmen, S. Briefel re same (.2); correspond with A&M re conversion motion objection (.1); review, analyze precedent re conversion motion objection (.4); review, analyze deadlines re conversion motion objection (.4); correspond with A. Salmen, S. Briefel re same (.2). |
| 08/01/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze correspondence re open litigation issues. |
| 08/01/23 | Adrian Salmen | 1.30 | Correspond with S. Briefel, D. Heriford re motion to convert (.2); research re objection timeline (.4); draft objection motion (.7). |
| 08/01/23 | Alison Wirtz | 1.50 | Correspond with C. Ceresa and K&E team re CFPB discovery requests (.3); review materials re same (.4); correspond with S. Briefel re objection to motion to convert (.1); correspond with CFPB counsel re noticing costs (.3); correspond and conference with Williams & Connolly team, S. Winters re CFPB settlement scenarios (.4). |
| 08/02/23 | Simon Briefel | 2.40 | Review, analyze objection to motion to convert (1.5); correspond with D. Hartford, C. McGushin, A&M re DOJ requests for production, interrogatories (.9). |
| 08/02/23 | Chris Ceresa | 0.70 | Review, coordinate RFPs from US/CFPB (.6); correspond with K. Guilfoyle re same (.1). |
| 08/02/23 | Whitney Fogelberg | 1.40 | Telephone conference with Williams & Connolly and counsel to lenders re potential CFPB settlement (.4); telephone conference with CFPB, DOJ, counsel to lenders, and Williams & Connolly re potential settlement (.5); telephone conference with A. Wirtz, K&E team and Company re CFPB discovery requests (.5). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Adversary Proceeding & Contested Matter

Invoice Number:    1050085155
Matter Number:    47119-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/23 | Paul Goldsmith | 1.00 | Prepare responses to diligence requests and requests for production. |
| 08/02/23 | Kate Guilfoyle | 3.50 | Review, analyze pre-production documents for privilege. |
| 08/02/23 | Diana Heriford | 4.70 | Correspond with S. Briefel re DOJ request for production (.4); draft summary re same (.9); revise same (.3); review, analyze documents re same (1.1); telephone conference with Company, S. Briefel, C. McGushin re same (.5); revise motion to convert objection (1.1); review, analyze A&M diligence re same (.4). |
| 08/02/23 | Casey McGushin | 2.00 | Participate in telephone conference with Company re discovery requests from DOJ (.7); review and analyze discovery requests in preparation for telephone conference with Company (.4); review and analyze motion to convert (.9). |
| 08/02/23 | Adrian Salmen | 0.60 | Review, revise responses re diligence inquiries (.3); review, revise objection to conversion motion (.3). |
| 08/03/23 | Simon Briefel | 1.50 | Telephone conference with D. Heriford, A&M re DOJ diligence requests (.6); correspond with same, C. McGushin re DOJ diligence requests (.9). |
| 08/03/23 | Kate Guilfoyle | 1.50 | Review, analyze pre-production documents for privilege. |
| 08/03/23 | Diana Heriford | 10.10 | Review, analyze documents re DOJ request for production (3.7); compile same (3.3); revise summary re same (.8); correspond with S. Briefel, C. McGushin, A&M re same (1.2); telephone conference with S. Briefel re same (.5); telephone conference with S. Briefel, A&M re same (.6). |
| 08/03/23 | Casey McGushin | 0.40 | Coordinate collection and review of documents for DOJ. |
| 08/04/23 | Simon Briefel | 0.50 | Correspond with D. Heriford re DOJ diligence. |
| 08/04/23 | Whitney Fogelberg | 1.60 | Telephone conference with Williams & Connolly and Company re CFPB settlement issues (1.2); review and revise agreement re same (.4). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Adversary Proceeding & Contested Matter

Invoice Number: 1050085155
Matter Number: 47119-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/04/23 | Diana Heriford | 3.20 | Revise summary re request for production (.3); correspond with A&M, S. Briefel, C. McGushin re same (.6); review, analyze documents re same (1.5); compile documents re same (.8). |
| 08/04/23 | Mark Malone | 1.80 | Review and analyze final production set (.9); correspond with staff re same (.7); coordinate production delivery to interested parties (.2). |
| 08/04/23 | Casey McGushin | 2.60 | Draft and revise responses to discovery requests from US Government (.8); review and analyze documents for production to US Government (.6); draft and revise evidentiary outline for hearing on motion to convert (1.2). |
| 08/04/23 | Alison Wirtz | 3.40 | Telephone conference with Williams & Connolly and Company re CFPB settlement issues (1.2); review and revise agreement re same (.6); correspond with W. Fogelberg re same (.1); conference with S. Winters and W. Fogelberg re same (.4); review and comment on motion to convert (1.1). |
| 08/05/23 | Alison Wirtz | 3.40 | Review and comment on motion to convert (3.2); correspond with S. Winters and K&E team re same (.2). |
| 08/06/23 | Whitney Fogelberg | 1.10 | Telephone conference with Williams & Connolly and counsel to the lenders re CFPB settlement issues (.6); review and revise agreement re same (.5). |
| 08/06/23 | Casey McGushin | 0.40 | Participate in telephone conference with S. Winters, K&E team and lenders counsel re potential settlement with CFPB and DOJ. |
| 08/06/23 | Alison Wirtz | 0.60 | Review revisions to CFPB order (.1); conference with S. Winters, W. Fogelberg, Williams & Connolly and lenders re markup of proposed order (.5). |
| 08/07/23 | Simon Briefel | 0.20 | Correspond with A. Wirtz re declaration in support of conversion objection. |
| 08/07/23 | Diana Heriford | 0.70 | Correspond with A&M re DOJ production request (.2); review, analyze diligence re DOJ production request (.5). |
| 08/07/23 | Casey McGushin | 1.40 | Coordinate production of documents to US Government (.3); draft and revise responses and objections to US Government discovery (1.1). |

Legal Services for the Period Ending August 31, 2023      Invoice Number:     1050085155
PGX Holdings, Inc.      Matter Number:     47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/08/23 | Simon Briefel | 4.70 | Correspond with C. McGushin re declaration in support of sale and conversion objection (.2); correspond with C. Ceresa, K&E team re same (.3); telephone conference with A. Wirtz, C. Ceresa re conversion objection, sale, DIP (1.0); conference with A. Salmen, D. Heriford re conversion objection (.2). review comment on interrogatories (.3); review, revise objection to motion to convert, declaration in support of same (2.7). |
| 08/08/23 | Diana Heriford | 7.90 | Review, analyze conversion objection evidentiary support (1.1); research case law re conversion objection (3.6); revise conversion objection (.5); telephone conference with S. Briefel, A. Salmen re conversion objection (.4); revise same (2.3). |
| 08/08/23 | Richard U. S. Howell, P.C. | 0.70 | Review, analyze correspondence from S. Winters and C. McGushin re open litigation issues (.2); review materials from S. Winters re same (.5). |
| 08/08/23 | Mark Malone | 1.60 | Review and analyze final production set (1.1); correspond with C. McGushin re same (.3); coordinate production delivery to DOJ (.2). |
| 08/08/23 | Casey McGushin | 2.10 | Review and tag documents for production to US government in response to discovery requests (.7); draft and revise responses to interrogatories (1.4). |
| 08/08/23 | Spencer A. Winters | 4.80 | Review and revise objection to motion to convert (3.9); review and analyze issues re same (.9). |
| 08/08/23 | Alison Wirtz | 1.40 | Review and comment on objection to motion to convert (1.1); correspond and conference with S. Briefel and S. Winters re same (.3). |
| 08/09/23 | Simon Briefel | 3.20 | Review, revise objection to motion to convert, declarations in support of same (.9); correspond with C. McGushin, K&E team, A&M re DOJ interrogatories (1.4); analyze issues re same (.9). |
| 08/09/23 | Diana Heriford | 3.10 | Revise conversion objection (1.3); revise same re Williams & Connolly comments (1.4); review, analyze same (.4). |
| 08/09/23 | Richard U. S. Howell, P.C. | 0.20 | Review, analyze correspondence from C. McGushin re settlement and litigation discussions. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Adversary Proceeding & Contested Matter

Invoice Number:     1050085155
Matter Number:        47119-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/09/23 | Casey McGushin | 1.80 | Prepare for telephone conference with counsel for US government re discovery (.3); participate in telephone conference with counsel for US government re discovery (.4); review and revise draft objection to motion to convert (.9); discuss hearing on motion to convert with S. Winters (.2). |
| 08/09/23 | Adrian Salmen | 2.70 | Review, revise conversion motion re evidentiary support (1.1); review case law citations re objection (.5); review, revise objection to conversion (1.1). |
| 08/09/23 | Spencer A. Winters | 0.50 | Review draft objection to motion to convert. |
| 08/09/23 | Alison Wirtz | 0.50 | Review and comment on draft objection to motion to convert. |
| 08/09/23 | Alison Wirtz | 1.10 | Conference with Holland & Hart, Company and Klehr team re WARN litigation and next steps (.7); review and comment on objection to motion to convert (.4); correspond with S. Briefel re same (.3); correspond with S. Briefel and K&E team re document requests from DOJ related to sale and restructuring (.4). |
| 08/10/23 | Simon Briefel | 1.30 | Review, revise objection to motion to convert (.6); analyze issues re evidentiary support for same (.5); correspond with G. Reardon, K&E team re same (.2). |
| 08/10/23 | Whitney Fogelberg | 1.40 | Telephone conference with Williams & Connelly re CFPB litigation (.8); telephone conference with King & Spalding re same (.6). |
| 08/10/23 | Diana Heriford | 4.50 | Revise conversion objection re Greenhill, A&M, local counsel comments (1.9); revise same re S. Briefel, A. Wirtz comments (2.6). |
| 08/10/23 | Richard U. S. Howell, P.C. | 0.20 | Review, analyze correspondence re open discovery requests. |
| 08/10/23 | Casey McGushin | 0.70 | Draft and revise responses and objections to interrogatories from US government. |
| 08/10/23 | Adrian Salmen | 2.40 | Correspond with D. Heriford, K&E team re conversion objection (.6); review, revise objection to conversion (1.8). |

Legal Services for the Period Ending August 31, 2023   Invoice Number:    1050085155
PGX Holdings, Inc.                                      Matter Number:        47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/10/23 | Alison Wirtz | 2.20 | Telephone conference with Williams & Connelly re CFPB litigation (.8); telephone conference with King & Spalding re same (.6); correspond with S. Briefel and K&E team re updates to objection to motion to convert (.6); correspond with Committee re same (.2). |
| 08/11/23 | Simon Briefel | 1.80 | Review, revise, comment on objection to motion to convert, declarations in support (.8); correspond with C. McGushin, K&E team, A&M re DOJ requests for documents, interrogatories (1.0). |
| 08/11/23 | Whitney Fogelberg | 0.70 | Telephone conference with Williams & Connolly and King & Spalding re CFPB litigation legal issues. |
| 08/11/23 | Amila Golic | 1.20 | Revise Greenhill declaration in support of opposition to CFPB motion to convert. |
| 08/11/23 | Diana Heriford | 8.10 | Draft Company declaration section re conversion objection (2.9); revise same (1.9); revise Greenhill declaration re conversion objection (1.2); telephone conference with G. Reardon re same (.3); revise A&M declaration re conversion objection (.7); revise conversion objection (.7); correspond with A&M re same (.2); correspond with G. Reardon, K. Roth re conversion objection declarations (.2). |
| 08/11/23 | Casey McGushin | 0.50 | Review and revise draft interrogatory responses. |
| 08/11/23 | Alison Wirtz | 0.80 | Conference with Company, S. Winters and lenders re CFPB settlement (.6); conference with S. Winters re same (.2). |
| 08/12/23 | Simon Briefel | 0.50 | Review, revise objection to motion to convert. |
| 08/12/23 | Diana Heriford | 1.20 | Revise A&M declaration re conversion objection (.9); correspond with G. Reardon, K. Roth re same (.3). |
| 08/13/23 | Simon Briefel | 1.00 | Telephone conference with C. McGushin re evidence, witness preparation (.3); review, revise declarations in support of sale, motion to convert (.7). |
| 08/13/23 | Diana Heriford | 4.20 | Revise Wallace declaration re conversion objection (1.6); revise conversion objection re A&M diligence (2.6). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085155
PGX Holdings, Inc.                                            Matter Number:            47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/13/23 | Casey McGushin | 0.80 | Draft and revise responses to interrogatories (.3); prepare for witness preparation session with Company (.5). |
| 08/14/23 | Simon Briefel | 2.20 | Draft, revise objection to motion to convert (.4); review, revise declarations in support of same, sale (.8); attend witness preparation session (1.0). |
| 08/14/23 | Diana Heriford | 4.30 | Revise Wallace declaration re conversion objection (2.9); revise conversion objection (1.4). |
| 08/14/23 | Richard U. S. Howell, P.C. | 0.60 | Review, analyze correspondence from S. Winters and C. McGushin re open litigation issues (.4); review, analyze materials re lawsuit (.2). |
| 08/14/23 | Mark Malone | 1.80 | Coordinate preparation of Company files for attorney review for production. |
| 08/14/23 | Casey McGushin | 2.90 | Draft, revise and finalize responses to interrogatories to DOJ (.5); review and analyze documents to produce to DOJ (.4); prepare for witness preparation session with Company (.9); participate in witness preparation session with Company (1.1). |
| 08/14/23 | Alison Wirtz | 4.80 | Review and comment on objection to motion to convert (.6); review and analyze cited cases re same (.8); correspond with D. Heriford and K&E team re facts and evidence re same (.6); correspond with C. McGushin and S. Winters re witness preparation (.2); conference and correspond with witness and C. McGushin re same. (1.1); conference with S. Winters, W&C team and government re Utah settlement and resolution of sale issues (.9); correspond with counsel to the lenders and S. Winters re same (.6). |
| 08/15/23 | Simon Briefel | 1.00 | Review, revise declarations in support of sale, motion to convert. |
| 08/15/23 | Diana Heriford | 2.00 | Revise conversion objection (.6); research case law re conversion objection (1.4). |
| 08/15/23 | Mark Malone | 1.70 | Review and analyze final production set (1.1); correspond with C. McGushin re same (.4); coordinate production delivery to DOJ (.2). |

Legal Services for the Period Ending August 31, 2023        Invoice Number:        1050085155
PGX Holdings, Inc.                                          Matter Number:              47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/15/23 | Casey McGushin | 3.20 | Participate in telephone conference with DOJ counsel re hearing logistics (.3); participate in telephone conference with S. Winters re evidence for hearing (.4); draft and revise order of proof for hearing (1.2); draft and revise deposition preparation outline for Company employee (.7); review and analyze documents to be produced to DOJ (.6). |
| 08/15/23 | Spencer A. Winters | 0.80 | Review and revise objection to motion to convert. |
| 08/16/23 | Simon Briefel | 0.30 | Revise declaration in support of sale, objection to motion to convert. |
| 08/16/23 | Diana Heriford | 1.30 | Revise conversion objection. |
| 08/16/23 | Richard U. S. Howell, P.C. | 0.30 | Review, analyze correspondence re potential litigation, strategy. |
| 08/16/23 | Nick Krislov | 3.00 | Review, analyze motion to convert, objection, declarations re same (2.6); correspond with A. Wirtz, K&E team re same (.4). |
| 08/16/23 | Casey McGushin | 2.30 | Prepare for deposition preparation session with Company (1.3); participate in preparation session with Company (1.0). |
| 08/16/23 | Adrian Salmen | 1.80 | Distribute objection materials to interested parties (.9); review, revise declarations re sale (.9). |
| 08/16/23 | Alison Wirtz | 0.60 | Conference with S. Winters, Williams & Connolly team and lenders re CFPB settlement legal issues. |
| 08/17/23 | Diana Heriford | 2.80 | Revise Wallace declaration re conversion objection (1.8); revise sale hearing slides re conversion objection (.7); correspond with A. Salmen, A. Wirtz re conversion objection (.3). |
| 08/17/23 | Nick Krislov | 1.80 | Telephone conference with C. Ceresa, A. Wirtz re update on motion to convert, work status (1.0); review, analyze pleadings re same (.8). |
| 08/17/23 | Casey McGushin | 1.10 | Draft and revise supplemental responses to interrogatories (.7); draft and revise direct examination for witness (.4). |
| 08/17/23 | Adrian Salmen | 5.70 | Correspond with K. Roth, G. Reardon re sale hearing presentation (.7); review, analyze conversion objection (.7); draft conversion objection deck (3.9); review, revise same (.4). |

Legal Services for the Period Ending August 31, 2023        Invoice Number:        1050085155
PGX Holdings, Inc.                                          Matter Number:            47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/23 | Diana Heriford | 5.80 | Revise Wallace declaration re conversion objection (1.5); review, analyze conversion objection (.4); revise same (3.7); prepare same for filing (.2). |
| 08/18/23 | Richard U. S. Howell, P.C. | 0.30 | Review, analyze correspondence re open discovery issues (.2); telephone conference with C. McGushin re same (.1). |
| 08/18/23 | Nick Krislov | 0.90 | Review, revise declaration re motion to convert objection (.8); correspond with D. Heriford, K&E team re same (.1). |
| 08/18/23 | Casey McGushin | 2.70 | Prepare for deposition preparation session with witness (1.6); participate in deposition preparation session with witness (1.1). |
| 08/18/23 | Adrian Salmen | 2.60 | Correspond with D. Heriford, K&E team, Klehr team re conversion objection (.3); correspond with D. Heriford, K&E team, Klehr team re objection filing (1.6); review, revise same (.7). |
| 08/18/23 | Michael A. Sloman | 2.20 | Review, analyze CFPB objection (.6); research, analyze and draft summary re CFPB's arguments (1.6). |
| 08/18/23 | Alison Wirtz | 2.60 | Conference with CFPB and DOJ (.7); conference with K&S re CFPB and DOJ matters (.5); conference with S. Winters, Company, advisors and working group re same (1.2); correspond with C. Ceresa re witness prep and coordination with C. McGushin (.2). |
| 08/20/23 | Casey McGushin | 2.70 | Participate in telephone conference with client and Williams and Connolly teams in preparation for deposition preparation session with witness (1.1); prepare for deposition preparation session with witness (.4); draft and revise direct examination outline for witness (1.2). |
| 08/21/23 | Casey McGushin | 6.60 | Prepare for deposition preparation with witness (1.3); participate in final deposition preparation with witness (.3); defend deposition of witness (2.3); draft and revise witness and exhibit list (.3); draft and revise witness direct examinations for hearing (2.4). |
| 08/22/23 | Diana Heriford | 0.50 | Review, analyze conversion reply. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Adversary Proceeding & Contested Matter

Invoice Number:   1050085155
Matter Number:      47119-3

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/22/23 | Casey McGushin | 5.40 | Participate in witness preparation session with witness (1.0); participate in witness preparation session with Company (.7); draft and revise direct examinations for sale hearing (1.9); draft and revise witness and exhibit list for sale hearing (.7); review and analyze filings by CFPB in preparation for hearing (1.1). |
| 08/22/23 | Robert Orren | 0.40 | Correspond with A. Wirtz and K&E working group re August 25 hearing registrations and logistics. |
| 08/23/23 | Casey McGushin | 6.30 | Defend deposition of witness (2.6); participate in witness preparation session with witness (.6); participate in telephone conference with S. Winters and Company team in preparation for hearing (.3); draft and revise witness and exhibit list for hearing (.4); participate in telephone conference with counsel for CFPB re logistics for hearing (.3); review and analyze exhibit and witness lists filed by DOJ in preparation for hearing (.7); draft and revise direct examination outline for witness (1.1); draft and revise direct examination outline for witness (.3). |
| 08/23/23 | Robert Orren | 0.40 | Revise calendar notification for Aug. 25 PGX telephone conference (.1); distribute same to K&E working group (.1); register appearance for same (.1); correspond with A. Wirtz and K&E working group re appearance registrations (.1). |
| 08/23/23 | Gabrielle Christine Reardon | 0.10 | Correspond with R. Orren re hearing logistics. |
| 08/24/23 | Casey McGushin | 4.90 | Draft and revise direct examination outline for witness (1.2); participate in preparation session with witness (.3); discuss hearing process with witness (.2); draft and revise direct examination outline for witness (2.1); review and analyze proposed deposition designations (.8); coordinate exhibits for hearing (.3). |
| 08/25/23 | Richard U. S. Howell, P.C. | 0.20 | Review, analyze correspondence re settlement discussions and open litigation issues. |
| 08/25/23 | Casey McGushin | 5.70 | Prepare for hearing on sale motion and motion to convert (2.9); attend preparation sessions for hearing on sale motion and motion to convert (2.8). |

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085155
PGX Holdings, Inc.                                        Matter Number:         47119-3
Adversary Proceeding & Contested Matter

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/25/23 | Robert Orren | 2.10 | Revise calendar notifications for sale hearing (.4); prepare for telephone conference for same (.6); monitor same (.5); correspond with K&E working group re hearing and telephone conference (.5); correspond with L. Spangler re retrieval of transcript (.1). |
| 08/28/23 | Robert Orren | 0.10 | Correspond with A. Wirtz and K&E working group re August 25 hearing transcript. |
| 08/30/23 | Alison Wirtz | 0.50 | Correspond with PGX team and KCC team re noticing of entry of Utah order and plan milestones. |

**Total**                    **232.10**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

|  |  |
|---|---|
| **Invoice Number:** | **1050085156** |
| **Client Matter:** | **47119-5** |

---

**In the Matter of Business Operations**

| | |
|---|---:|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 8,090.00 |
| Total legal services rendered | $ 8,090.00 |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085156
PGX Holdings, Inc.                                            Matter Number:              47119-5
Business Operations

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carolyn Aiken | 1.40 | 1,545.00 | 2,163.00 |
| Chris Ceresa | 0.50 | 1,245.00 | 622.50 |
| Amila Golic | 0.30 | 995.00 | 298.50 |
| Spencer A. Winters | 0.80 | 1,445.00 | 1,156.00 |
| Alison Wirtz | 2.80 | 1,375.00 | 3,850.00 |
| **TOTALS** | **5.80** | | **$ 8,090.00** |

| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085156 |
| PGX Holdings, Inc. | Matter Number: | 47119-5 |
| Business Operations | | |

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/03/23 | Carolyn Aiken | 0.40 | Attend weekly advisor telephone conference re filing status. |
| 08/03/23 | Amila Golic | 0.30 | Correspond with C. Ceresa re customer programs reporting. |
| 08/03/23 | Alison Wirtz | 1.00 | Participate in telephone conference with S. Winters, K&E team, A&M, Company re case status updates (.7); prepare for same (.3). |
| 08/08/23 | Chris Ceresa | 0.50 | Review, revise summary re compliance with terms of entered orders. |
| 08/10/23 | Alison Wirtz | 1.00 | Prepare for and attend telephone conference with S. Winters, K&E team, A&M, Company re case status update. |
| 08/17/23 | Alison Wirtz | 0.80 | Attend meeting with S. Winters, K&E team, advisors and Company re status, next steps. |
| 08/31/23 | Carolyn Aiken | 1.00 | Attend weekly advisor telephone conference. |
| 08/31/23 | Spencer A. Winters | 0.80 | Conference with A. Wirtz, K&E team, company advisors and management re status, next steps. |

**Total** **5.80**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085157**
**Client Matter:  47119-6**

---

**In the Matter of Case Administration**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                     $ 62,896.50

Total legal services rendered                                                            $ 62,896.50

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085157
PGX Holdings, Inc.     Matter Number:     47119-6
Case Administration

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 3.20 | 1,295.00 | 4,144.00 |
| Chris Ceresa | 11.10 | 1,245.00 | 13,819.50 |
| Amy Donahue | 2.90 | 480.00 | 1,392.00 |
| Whitney Fogelberg | 0.60 | 1,425.00 | 855.00 |
| Paul Goldsmith | 1.70 | 995.00 | 1,691.50 |
| Amila Golic | 1.60 | 995.00 | 1,592.00 |
| Diana Heriford | 9.70 | 885.00 | 8,584.50 |
| Richard U. S. Howell, P.C. | 0.30 | 1,620.00 | 486.00 |
| Nick Krislov | 0.60 | 1,295.00 | 777.00 |
| Robert Orren | 2.40 | 570.00 | 1,368.00 |
| Gabrielle Christine Reardon | 1.90 | 885.00 | 1,681.50 |
| Kelby Roth | 2.10 | 885.00 | 1,858.50 |
| Adrian Salmen | 3.90 | 995.00 | 3,880.50 |
| Michael A. Sloman | 1.40 | 995.00 | 1,393.00 |
| Luke Spangler | 6.70 | 325.00 | 2,177.50 |
| Josh Sussberg, P.C. | 0.20 | 2,045.00 | 409.00 |
| Matthew J. Van Wagoner | 3.00 | 1,295.00 | 3,885.00 |
| Spencer A. Winters | 3.60 | 1,445.00 | 5,202.00 |
| Alison Wirtz | 5.60 | 1,375.00 | 7,700.00 |
| **TOTALS** | **62.50** | | **$ 62,896.50** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085157
PGX Holdings, Inc.                                             Matter Number:              47119-6
Case Administration

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Simon Briefel | 0.70 | Review, analyze summary re work in process (.1); telephone conference with A. Wirtz, K&E team re work in process (.6). |
| 08/01/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz, K&E team re open case items. |
| 08/01/23 | Whitney Fogelberg | 0.60 | Telephone conference with S. Winters and K&E team re case update and work in process. |
| 08/01/23 | Kelby Roth | 0.20 | Revise case summary (.1); correspond with C. Ceresa, W. Fogelberg, S. Winters re same (.1). |
| 08/01/23 | Luke Spangler | 0.20 | Correspond with D. Heriford, K&E team re calendar invites. |
| 08/01/23 | Spencer A. Winters | 1.60 | Telephone conference with A. Wirtz, K&E team re open workstreams (.5); correspond and telephone conferences with A. Wirtz, K&E team re same (1.1). |
| 08/01/23 | Alison Wirtz | 0.50 | Conference with S. Winters, W. Fogelberg, S. Briefel and C. Ceresa re high priority items and next steps. |
| 08/02/23 | Simon Briefel | 0.80 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/02/23 | Chris Ceresa | 1.20 | Review, analyze summary re work in process (.4); telephone conference with A. Wirtz, K&E team re open case items (.8). |
| 08/02/23 | Amy Donahue | 0.20 | Correspond with local counsel re hearing transcript (.1); distribute transcript to A. Wirtz, K&E team (.1). |
| 08/02/23 | Amy Donahue | 0.80 | Conference with K. Roth, K&E team re work in process. |
| 08/02/23 | Paul Goldsmith | 0.80 | Telephone conference with C. Ceresa, K&E team re work in process. |
| 08/02/23 | Amila Golic | 0.80 | Conference with A. Wirtz, K&E team re work in process. |
| 08/02/23 | Diana Heriford | 1.60 | Revise summary re work in process (.3); correspond with A. Salmen, K&E team re same (.2); review, analyze deadlines re same (.3); telephone conference with K. Roth, K&E team re same (.8). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Case Administration

Invoice Number: 1050085157
Matter Number: 47119-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/23 | Robert Orren | 0.70 | Telephone conference with C. Ceresa, K&E team re work in process conference. |
| 08/02/23 | Adrian Salmen | 0.90 | Review, revise summary re work in process (.1); conference with A. Wirtz, K&E team re work in process (.8). |
| 08/02/23 | Luke Spangler | 0.80 | Conference with K. Roth, K&E team re work in process. |
| 08/03/23 | Spencer A. Winters | 1.00 | Prepare for and participate in telephone conference with A. Wirtz, K&E team, A&M, Company re case status updates. |
| 08/04/23 | Matthew J. Van Wagoner | 3.00 | Analyze checklist re action items re bidding procedures (1.5); analyze combined schedules re sale (.8); revise checklists re sale (.7). |
| 08/07/23 | Chris Ceresa | 0.30 | Telephone conference with A. Wirtz re outstanding legal items. |
| 08/07/23 | Diana Heriford | 1.70 | Revise summary re deadlines (.8); revise summary re work in process re same (.9). |
| 08/07/23 | Luke Spangler | 0.20 | Correspond with D. Heriford, K&E team re calendar invites. |
| 08/07/23 | Alison Wirtz | 0.30 | Telephone conference with C. Ceresa re outstanding legal items. |
| 08/08/23 | Chris Ceresa | 0.20 | Review, analyze open case items. |
| 08/08/23 | Chris Ceresa | 0.80 | Telephone conference with A. Wirtz, S. Briefel re open case items. |
| 08/08/23 | Chris Ceresa | 0.30 | Correspond with A. Wirtz, Klehr team re removal and 365 extension motions. |
| 08/08/23 | Diana Heriford | 0.70 | Revise summary re work in process. |
| 08/08/23 | Luke Spangler | 0.20 | Correspond with D. Heriford, K&E team re calendar invites. |
| 08/08/23 | Alison Wirtz | 0.80 | Conference with S. Briefel and C. Ceresa re works in process. |
| 08/09/23 | Simon Briefel | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/09/23 | Chris Ceresa | 0.50 | Telephone conference with A. Wirtz, K&E team re open case items. |
| 08/09/23 | Amy Donahue | 0.60 | Conference with D. Heriford, K&E team re work in process. |
| 08/09/23 | Diana Heriford | 1.50 | Revise summary re work in process (.8); review, analyze summary re work in process (.2); conference with A. Wirtz, K&E team re same (.5). |

Legal Services for the Period Ending August 31, 2023

PGX Holdings, Inc.

Case Administration

Invoice Number: 1050085157

Matter Number: 47119-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/09/23 | Robert Orren | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/09/23 | Gabrielle Christine Reardon | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/09/23 | Kelby Roth | 0.60 | Review, revise work in process summaries re case updates (.1); conference with A. Wirtz, K&E team re work in process (.5). |
| 08/09/23 | Alison Wirtz | 0.50 | Conference with C. Ceresa and K&E team re works in process. |
| 08/10/23 | Chris Ceresa | 0.40 | Review, analyze open case items. |
| 08/10/23 | Spencer A. Winters | 1.00 | Prepare for and attend telephone conference with A. Wirtz, K&E team, A&M, Company re case status update. |
| 08/11/23 | Chris Ceresa | 0.30 | Review, analyze open case items. |
| 08/12/23 | Josh Sussberg, P.C. | 0.10 | Correspond with S. Winters re case status. |
| 08/14/23 | Adrian Salmen | 1.90 | Revise go-forward requirement list (1.4); correspond with S. Briefel, K&E team, A&M re same (.5). |
| 08/15/23 | Simon Briefel | 0.60 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/15/23 | Chris Ceresa | 1.40 | Telephone conference with A. Wirtz, S. Briefel re open case items (.7); telephone conference with A. Wirtz, K&E team re open case items (.7). |
| 08/15/23 | Chris Ceresa | 0.20 | Review, analyze open case items. |
| 08/15/23 | Diana Heriford | 0.40 | Correspond with A&M re case orders, Company request (.2); review analyze case orders (.2). |
| 08/15/23 | Alison Wirtz | 0.50 | Telephone conference with S. Briefel and C. Ceresa re case status and high priority items. |
| 08/16/23 | Simon Briefel | 0.60 | Correspond with A. Wirtz re case workstreams (.1); telephone conference with A. Wirtz re case workstreams (.5). |
| 08/16/23 | Chris Ceresa | 0.60 | Telephone conference with A. Wirtz, S. Briefel re open case items (.3); telephone conference with A. Wirtz, K&E team re open case items (.3). |
| 08/16/23 | Amy Donahue | 0.30 | Conference with D. Heriford, K&E team re work in process. |
| 08/16/23 | Paul Goldsmith | 0.20 | Telephone conference with A. Wirtz, K&E team re work in process. |

Legal Services for the Period Ending August 31, 2023     Invoice Number:         1050085157
PGX Holdings, Inc.                                        Matter Number:            47119-6
Case Administration

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/16/23 | Amila Golic | 0.40 | Conference with A. Wirtz, K&E team re work in process (.3); revise summary re work in process (.1). |
| 08/16/23 | Diana Heriford | 2.20 | Revise summary re work in process (.6); correspond with K. Roth, K&E team re same (.2); prepare case materials re onboarding N. Krislov (.7); conference with N. Krislov re case status (.4); conference with A. Wirtz, K&E team re work in process (.3). |
| 08/16/23 | Nick Krislov | 0.60 | Telephone and office conferences with A. Wirtz, D. Heriford re case status, workstreams. |
| 08/16/23 | Robert Orren | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/16/23 | Gabrielle Christine Reardon | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/16/23 | Kelby Roth | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 08/16/23 | Luke Spangler | 1.40 | Draft exclusivity motion and distribute to K. Roth (1.1); conference with K&E team re work in process (.3). |
| 08/16/23 | Alison Wirtz | 1.50 | Conference with S. Briefel and N. Krislov re case status and next steps (.5); correspond with S. Briefel and N. Krislov re same (.1); conference with C. Ceresa re same (.4); conference with S. Briefel and K&E team re work in process (.3); conference with N. Krislov and D. Heriford re same (.2). |
| 08/17/23 | Chris Ceresa | 1.70 | Telephone conference with A. Wirtz, S. Briefel re open case items (.8); telephone conference with A. Wirtz, K&E team re open case items (.9). |
| 08/17/23 | Chris Ceresa | 1.20 | Review, revise removal and 365(d)(4) extension motions (.9); correspond with Klehr Harrison re same (.3). |
| 08/17/23 | Diana Heriford | 0.50 | Compile documents re onboarding M. Sloman (.3); correspond with M. Sloman re case status (.2). |
| 08/17/23 | Robert Orren | 0.10 | Correspond with L. Spangler re case appearances and docket reports. |
| 08/17/23 | Adrian Salmen | 0.30 | Telephone conference with C. Ceresa re onboarding, case status. |

| | | |
|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085157 |
| PGX Holdings, Inc. | Matter Number: | 47119-6 |
| Case Administration | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/17/23 | Michael A. Sloman | 0.40 | Telephone conference with C. Ceresa re onboarding, case status. |
| 08/17/23 | Luke Spangler | 0.50 | Correspond with R. Orren re tracking notices of appearance and pro hac vice motions (.2); correspond with K. Roth re listserv (.1); correspond with R. Orren, K&E team re pleadings, case updates (.2). |
| 08/18/23 | Michael A. Sloman | 0.70 | Review, analyze onboarding materials. |
| 08/18/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| 08/20/23 | Chris Ceresa | 0.20 | Review, analyze legal issues re removal deadline. |
| 08/21/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| 08/22/23 | Richard U. S. Howell, P.C. | 0.30 | Review, analyze correspondence re settlement discussions with CFPB and related issues. |
| 08/22/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| 08/23/23 | Chris Ceresa | 0.70 | Review, analyze open case items (.5); correspond with A. Wirtz, K&E team re same (.2). |
| 08/23/23 | Amy Donahue | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 08/23/23 | Paul Goldsmith | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/23/23 | Amila Golic | 0.40 | Revise summary re work in process (.1); conference with A. Wirtz, K&E team re work in process (.3). |
| 08/23/23 | Diana Heriford | 1.10 | Revise summary re work in process (.6); correspond with K. Roth, A. Golic re same (.2); conference with A. Wirtz, K&E team re work in process (.3). |
| 08/23/23 | Robert Orren | 0.30 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/23/23 | Gabrielle Christine Reardon | 0.30 | Conference with A. Wirtz, K&E team re work in process. |
| 08/23/23 | Kelby Roth | 0.50 | Review, revise work in process summaries re case updates (.2); telephone conference with A. Wirtz, K&E team re work in process (.3). |
| 08/23/23 | Adrian Salmen | 0.30 | Conference with A. Wirtz, K&E team re work in process. |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | | Invoice Number: | 1050085157 |
| PGX Holdings, Inc. | | Matter Number: | 47119-6 |
| Case Administration | | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/23/23 | Michael A. Sloman | 0.30 | Telephone conference with A. Wirtz, K&E team re case status, next steps. |
| 08/23/23 | Luke Spangler | 0.70 | Compile binder (.2); conference with A. Wirtz, K&E team re work in process (.3); correspond with R. Orren, K&E team re pleadings, case updates (.2). |
| 08/23/23 | Alison Wirtz | 0.30 | Conference with C. Ceresa and K&E team re works in process. |
| 08/24/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| 08/25/23 | Luke Spangler | 0.60 | Correspond with R. Orren, A. Donahue re listen-only line delegations (.2); assist R. Orren in opening sale hearing listen-only line, dial into same (.2); correspond with R. Orren, K&E team re pleadings, case updates (.2). |
| 08/26/23 | Josh Sussberg, P.C. | 0.10 | Correspond with R. Meltzer re case status. |
| 08/28/23 | Amy Donahue | 0.20 | Review, analyze sale hearing transcript. |
| 08/28/23 | Luke Spangler | 0.30 | Correspond with R. Orren, K&E team re pleadings, case updates (.1); correspond with R. Orren, K&E team re pleadings, case updates (.2). |
| 08/28/23 | Alison Wirtz | 0.70 | Conference with S. Winters re post-hearing high priority matters. |
| 08/29/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| 08/30/23 | Chris Ceresa | 0.50 | Telephone conference with A. Wirtz, K&E team re open case issues. |
| 08/30/23 | Amy Donahue | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/30/23 | Paul Goldsmith | 0.40 | Telephone conference with A. Wirtz, K&E team re work in process. |
| 08/30/23 | Robert Orren | 0.50 | Telephone conference with A. Wirtz, K&E team re open case issues. |
| 08/30/23 | Gabrielle Christine Reardon | 0.80 | Review, revise summary re work in process (.4); telephone conference with A. Wirtz, K&E team re same (.4). |
| 08/30/23 | Kelby Roth | 0.50 | Review, revise work in process summary re case updates (.1); telephone conference with A. Wirtz, K&E team re work in process (.4). |
| 08/30/23 | Adrian Salmen | 0.50 | Telephone conference with A. Wirtz, K&E team re work in process. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Case Administration

Invoice Number:        1050085157
Matter Number:          47119-6

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/30/23 | Luke Spangler | 0.60 | Telephone conference with A. Wirtz, K&E team re work in process (.5); correspond with R. Orren, K&E team re pleadings, case updates (.1). |
| 08/30/23 | Alison Wirtz | 0.50 | Conference with C. Ceresa and K&E team re works in process. |
| 08/31/23 | Luke Spangler | 0.20 | Correspond with R. Orren, K&E team re pleadings, case updates. |
| **Total** | | **62.50** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085158**
**Client Matter: 47119-7**

---

**In the Matter of Cash Management and DIP Financing**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                  $ 40,564.50

Total legal services rendered                                               $ 40,564.50

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085158
PGX Holdings, Inc.                                             Matter Number:             47119-7
Cash Management and DIP Financing

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Simon Briefel | 10.70 | 1,295.00 | 13,856.50 |
| Diana Heriford | 4.80 | 885.00 | 4,248.00 |
| Chad J. Husnick, P.C. | 0.80 | 2,045.00 | 1,636.00 |
| Sean Magill | 0.70 | 1,155.00 | 808.50 |
| Adrian Salmen | 14.20 | 995.00 | 14,129.00 |
| Alex Straka | 0.20 | 1,245.00 | 249.00 |
| Alison Wirtz | 4.10 | 1,375.00 | 5,637.50 |
| **TOTALS** | **35.50** | | **$ 40,564.50** |

Legal Services for the Period Ending August 31, 2023     Invoice Number:    1050085158
PGX Holdings, Inc.                                       Matter Number:      47119-7
Cash Management and DIP Financing

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Simon Briefel | 1.80 | Revise settlement term sheet, DIP order (1.4); correspond with A. Wirtz, S. Winters re same (.4). |
| 08/01/23 | Chad J. Husnick, P.C. | 0.30 | Correspond and conference with A. Wirtz, K&E team, client, opposing counsel re DIP order. |
| 08/02/23 | Simon Briefel | 2.50 | Review, revise global settlement term sheet, DIP order (1.6); correspond with A. Wirtz, S. Winters, K&E team, lenders, Committee re same (.9). |
| 08/02/23 | Chad J. Husnick, P.C. | 0.50 | Correspond and conference with S. Winters, K&E team, client, opposing counsel re DIP order. |
| 08/02/23 | Sean Magill | 0.20 | Review and analyze issues re prepetition loan documents. |
| 08/02/23 | Adrian Salmen | 2.10 | Conference with A. Wirtz, K&E team, UCC, lenders re global settlement (.5); research re gifting (.4): correspond with S. Briefel, K&E team re same (.1); prepare final DIP order (.9); correspond with A. Wirtz, S. Briefel re same (.2). |
| 08/03/23 | Simon Briefel | 4.00 | Revise DIP order, global settlement term sheet re UST, Committee, lenders comments (1.5); correspond with A. Wirtz, UST, Committee, lenders re same (1.6); revise, finalize same for filing (.9). |
| 08/03/23 | Adrian Salmen | 2.90 | Compile final DIP order for filing. |
| 08/03/23 | Alison Wirtz | 2.50 | Conference and correspond with Arentfox re global settlement and DIP order revisions (.8); review and comment on term sheet and DIP order re same (1.1); correspond with S. Briefel and S. Winters re same (.2); review filing version of same (.4). |
| 08/08/23 | Adrian Salmen | 5.90 | Prepare for drafting of declaration in support of motion to convert (1.1); correspond with A. Wirtz, K&E team re objection to conversion (.9); review, revise same (2.9); research precedent re same (1.0). |
| 08/09/23 | Simon Briefel | 1.00 | Review, analyze issues re DIP, term sheet (.4); correspond with A. Salmen re same, reporting obligations (.6). |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085158
PGX Holdings, Inc.     Matter Number:     47119-7
Cash Management and DIP Financing

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/09/23 | Diana Heriford | 0.50 | Research precedent re exit facility closing checklist. |
| 08/09/23 | Sean Magill | 0.20 | Review and analyze issues re expected exit facility documentation. |
| 08/09/23 | Adrian Salmen | 1.00 | Review, analyze final DIP order re go-forward requirements. |
| 08/10/23 | Simon Briefel | 1.40 | Review, revise checklist re exit facility financing (1.0); correspond with D. Heriford re same (.4). |
| 08/10/23 | Diana Heriford | 4.30 | Draft exit facility checklist (1.7); revise same re S. Briefel comments (2.6). |
| 08/15/23 | Alex Straka | 0.20 | Review, analyze closing checklist re exit financing. |
| 08/16/23 | Adrian Salmen | 0.30 | Correspond with C. Ceresa, A&M team re reporting obligations. |
| 08/18/23 | Sean Magill | 0.20 | Review and analyze issues re insurance endorsements re financing legal issues. |
| 08/20/23 | Adrian Salmen | 0.30 | Review, analyze DIP order re carve out inquiry. |
| 08/21/23 | Alison Wirtz | 0.30 | Correspond with S. Winters, A&M team re DIP budget considerations. |
| 08/22/23 | Sean Magill | 0.10 | Review and analyze issues re insurance endorsements. |
| 08/23/23 | Alison Wirtz | 1.30 | Correspond with C. Husnick and K&E team re treatment of Carve Out account in sale order (.3); correspond with C. Ceresa and K&E team re same (.4); review and comment on sale orders re same (.6). |
| 08/28/23 | Adrian Salmen | 1.70 | Review, analyze hearing transcript re DIP issue (.4); correspond with K. Roth, K&E team, Klehr team re same (.2); review, analyze global settlement requirements (.8); correspond with A. Wirtz, K&E team re same (.3). |

**Total**     **35.50**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085159**
**Client Matter:  47119-8**

**In the Matter of Customer and Vendor Communications**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                $ 2,261.00

Total legal services rendered                                          $ 2,261.00

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending August 31, 2023

PGX Holdings, Inc.

Customer and Vendor Communications

Invoice Number:    1050085159

Matter Number:    47119-8

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Diana Heriford | 1.10 | 885.00 | 973.50 |
| Kelby Roth | 0.40 | 885.00 | 354.00 |
| Adrian Salmen | 0.80 | 995.00 | 796.00 |
| Alison Wirtz | 0.10 | 1,375.00 | 137.50 |
| **TOTALS** | **2.40** | | **$ 2,261.00** |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Customer and Vendor Communications

Invoice Number:       1050085159
Matter Number:          47119-8

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/08/23 | Alison Wirtz | 0.10 | Correspond with A&M team re critical vendor matter. |
| 08/14/23 | Adrian Salmen | 0.60 | Correspond with C. Ceresa, customer re customer bankruptcy inquiry. |
| 08/17/23 | Adrian Salmen | 0.20 | Correspond with customer re bankruptcy inquiry. |
| 08/21/23 | Diana Heriford | 0.80 | Review, analyze schedules, docket re party inquiry (.5); telephone conference with party re relationship with Company (.1); correspond with C. Ceresa, A&M re same (.2). |
| 08/22/23 | Diana Heriford | 0.30 | Correspond with A. Wirtz, C. Ceresa re party inquiry re notice (.2); telephone conference with party re same (.1). |
| 08/28/23 | Kelby Roth | 0.40 | Review, revise retention letter re Lexington client transfer opt-in language (.3); correspond with A. Wirtz, C. Ceresa re same (.1). |

**Total**                **2.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085160**
**Client Matter:  47119-9**

**In the Matter of Claims Administration and Objections**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail) | $ 1,665.00

Total legal services rendered | $ 1,665.00

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085160
PGX Holdings, Inc.      Matter Number:      47119-9
Claims Administration and Objections

### **Summary of Hours Billed**

| Name | Hours | Rate | Amount |
|------|------:|------:|-------:|
| Chris Ceresa | 0.20 | 1,245.00 | 249.00 |
| Diana Heriford | 0.50 | 885.00 | 442.50 |
| Kelby Roth | 1.10 | 885.00 | 973.50 |
| **TOTALS** | **1.80** | | **$ 1,665.00** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085160
PGX Holdings, Inc.                                            Matter Number:            47119-9
Claims Administration and Objections

## **<u>Description of Legal Services</u>**

| <u>Date</u> | <u>Name</u> | <u>Hours</u> | <u>Description</u> |
|------|------|------|-------------|
| 08/02/23 | Chris Ceresa | 0.20 | Review, revise limited bar date motion (.1); correspond with S. Sanders re same (.1). |
| 08/24/23 | Diana Heriford | 0.50 | Telephone conference with party re claims administration issue (.2); correspond with C. Ceresa, A. Wirtz re same (.3). |
| 08/28/23 | Kelby Roth | 1.10 | Review, analyze precedent re bar date motion proofs of claim (.8); correspond with C. Ceresa re same (.2); correspond with G. Reardon re bar date and release precedent workstreams (.1). |
| **Total** | | **1.80** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085161**
**Client Matter: 47119-10**

**In the Matter of Official Committee Matters and Meetings**

| | |
|---|---:|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 825.00 |
| Total legal services rendered | $ 825.00 |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085161
PGX Holdings, Inc.                                        Matter Number:      47119-10
Official Committee Matters and Meetings

## **Summary of Hours Billed**

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alison Wirtz | 0.60 | 1,375.00 | 825.00 |
| **TOTALS** | **0.60** | | **$ 825.00** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085161
PGX Holdings, Inc.                                             Matter Number:            47119-10
Official Committee Matters and Meetings

## **Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/14/23 | Alison Wirtz | 0.60 | Conference and correspond with B. Brownstein re status of sale process, plan process, adversary proceedings and other high priority items. |
| **Total** | | **0.60** | |

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085162**
**Client Matter: 47119-11**

**In the Matter of Use, Sale, and Disposition of Property**

| | |
|---|---|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 627,869.00 |
| Total legal services rendered | $ 627,869.00 |

| | | |
|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085162 |
| PGX Holdings, Inc. | Matter Number: | 47119-11 |
| Use, Sale, and Disposition of Property | | |

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Emma Balls | 0.60 | 995.00 | 597.00 |
| Chris Ceresa | 117.80 | 1,245.00 | 146,661.00 |
| Daniel S. Daines | 22.50 | 1,420.00 | 31,950.00 |
| Alexander Flynn-Tabloff | 0.80 | 1,375.00 | 1,100.00 |
| Amila Golic | 0.70 | 995.00 | 696.50 |
| Diana Heriford | 2.00 | 885.00 | 1,770.00 |
| Kelsey Marie Laugel | 0.30 | 1,375.00 | 412.50 |
| Library Factual Research | 0.50 | 445.00 | 222.50 |
| Keyan Norman | 28.40 | 995.00 | 28,258.00 |
| Robert Orren | 1.20 | 570.00 | 684.00 |
| Karra A. Puccia | 15.10 | 885.00 | 13,363.50 |
| Gabrielle Christine Reardon | 84.40 | 885.00 | 74,694.00 |
| Kelby Roth | 35.60 | 885.00 | 31,506.00 |
| Adrian Salmen | 5.60 | 995.00 | 5,572.00 |
| Michael A. Sloman | 2.60 | 995.00 | 2,587.00 |
| Luke Spangler | 1.90 | 325.00 | 617.50 |
| Steve Toth | 3.10 | 1,615.00 | 5,006.50 |
| Matthew J. Van Wagoner | 60.40 | 1,295.00 | 78,218.00 |
| Matthew Wheatley | 1.80 | 1,425.00 | 2,565.00 |
| Spencer A. Winters | 103.40 | 1,445.00 | 149,413.00 |
| Alison Wirtz | 37.80 | 1,375.00 | 51,975.00 |
| **TOTALS** | **526.50** | | **$ 627,869.00** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:     1050085162
PGX Holdings, Inc.      Matter Number:     47119-11
Use, Sale, and Disposition of Property

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Emma Balls | 0.60 | Conference with D. Daines and K. Norman re outstanding purchase agreement and disclosure schedule items. |
| 08/01/23 | Chris Ceresa | 4.60 | Review, revise bidding procedures order (1.2); analyze legal issues re same (2.6); correspond with A. Wirtz, K&E team, counsel re issues re same (.8). |
| 08/01/23 | Keyan Norman | 2.00 | Draft correspondence re asset purchase agreement (.5); conference with M. Van Wagoner re same (.5); telephone conference with L. McCrery re entity formation for asset purchase agreement (.5); review and analyze asset purchase agreement (.5). |
| 08/01/23 | Gabrielle Christine Reardon | 2.70 | Review, revise sale order (.2); review, revise bidding procedures order (.8); review, analyze precedent re sale motion reply (1.7). |
| 08/01/23 | Kelby Roth | 0.20 | Conference with G. Reardon re sale workstreams, reply. |
| 08/01/23 | Spencer A. Winters | 2.30 | Review and analyze issues re UCC settlement (1.3); review and analyze issues re CFPB settlement (.5); telephone conference with W&C re CFPB settlement discussions (.3); prepare for same (.2). |
| 08/01/23 | Alison Wirtz | 1.20 | Conference with C. Ceresa re sale status (.8); review materials re same (.4). |
| 08/02/23 | Chris Ceresa | 4.70 | Review, revise bidding procedures order and sale orders (2.3); analyze open legal issues re same (1.9); correspond with A. Wirtz, K&E team, counsel re issues re same (.5). |
| 08/02/23 | Kelby Roth | 4.20 | Review, analyze precedent re replies in support of sales free and clear of injunctions (1.0); correspond with C. Ceresa re same (.1); further research precedent re same (2.1); compile bidding procedures certification of counsel documents (.6); correspond with C. Ceresa re same (.1); correspond with E. Frejka, C. Ceresa re privacy considerations re sale (.1); correspond with E. Frejka, C. Ceresa, KCC team re customer list issues (.2). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050085162
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/02/23 | Spencer A. Winters | 4.20 | Prepare for and attend telephone conference with W&C, K&S, Proskauer re CFPB settlement (.5); prepare for and attend telephone conference with CFPB, DOJ re same (.5); prepare for and attend conference with Company re same (.5); review and analyze issues re settlement discussions (1.5); correspond and telephone conferences with A. Wirtz, K&E team, multiple parties re same (1.2). |
| 08/03/23 | Chris Ceresa | 6.90 | Review, revise bidding procedures order, sale orders and APAs (2.8); analyze legal issues re same (3.4); correspond with A. Wirtz, K&E team, counsel re issues re same (.7). |
| 08/03/23 | Daniel S. Daines | 0.30 | Correspond and telephone conferences with M. Van Wagoner, W. Fogelberg and C. Ceresa re APA signing process and client post-closing structuring considerations. |
| 08/03/23 | Kelby Roth | 3.60 | Review, revise sale order re benefits provision (.5); correspond with C. Ceresa re same (.1); review, revise certification of counsel re APA updates (.5); research precedent re declarations in support of sales (.7); correspond with C. Ceresa re same (.2); review, revise APAs re updated sale timeline (.5); correspond with C. Ceresa re same (.2); review, revise certification of counsel re same (.5); review, analyze precedent re replies in support of sales free and clear of injunctions (.4). |
| 08/03/23 | Spencer A. Winters | 1.40 | Review and analyze CFPB settlement issues (.8); correspond and telephone conferences with A. Wirtz, K&E team re same (.6). |
| 08/03/23 | Alison Wirtz | 5.50 | Prepare for and attend telephone conference with W&C, K&S, Proskauer re CFPB settlement and sale objection (.5); prepare for and attend telephone conference with CFPB, DOJ re same (.5); prepare for and attend conference with Company re same (.5); correspond and telephone conferences with S. Winters, K&E team, UST, DOJ and ArentFox re same (2.7); review and comment on bid procedures order and APAs (.8); coordinate filing of same (.5). |

Legal Services for the Period Ending August 31, 2023      Invoice Number:    1050085162
PGX Holdings, Inc.      Matter Number:    47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/04/23 | Chris Ceresa | 2.50 | Review, revise notices, APAs and APA schedules re sale (2.2); coordinate filing same (.3). |
| 08/04/23 | Chris Ceresa | 0.30 | Telephone conference with privacy counsel re privacy legal issues re sales. |
| 08/04/23 | Amila Golic | 0.70 | Review and analyze counterparty revisions to NDA. |
| 08/04/23 | Keyan Norman | 0.30 | Conference with D. Daines re asset purchase agreement (.2); review correspondence re same (.1). |
| 08/04/23 | Robert Orren | 0.50 | Distribute to K&E team calendar notifications re critical dates for sale process (.4); correspond with K. Roth re same (.1). |
| 08/04/23 | Kelby Roth | 4.00 | Telephone conference with E. Frejka, C. Ceresa, A. Wirtz re privacy considerations re sale (.4); correspond with C. Ceresa, A. Wirtz, A&M re same (.1); review, analyze bidding procedures order re reservation of rights (.1); correspond with C. Ceresa, Chiesa Shahinian and Giantomasi team re same (.1); review, revise notices re bidding procedures order (1.6); correspond with C. Ceresa, R. Orren re bidding procedures key dates and deadlines (.1); review, analyze asset purchase agreement re transaction services agreement (.7); correspond with A&M re assignment schedules notice (.1); review, revise assignment schedules notice (.4); correspond with C. Ceresa re same (.1); prepare same for filing (.2); correspond with KCC team re service of notices (.1). |
| 08/04/23 | Spencer A. Winters | 1.70 | Review settlement issues re sale (.8); review tax issues re same (.5); correspond and telephone conferences with A. Wirtz, K&E re same (.4). |
| 08/04/23 | Alison Wirtz | 1.00 | Telephone conference with privacy counsel re privacy legal issues re sales (.3); correspond with S. Briefel and C. Ceresa re closing timelines and checklists (.4); correspond with C. Ceresa and K. Roth re sale notices (.3). |
| 08/05/23 | Gabrielle Christine Reardon | 0.30 | Review, revise nondisclosure agreement with confidential party (.2); correspond with confidential party re same (.1). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085162
PGX Holdings, Inc.                                            Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/05/23 | Alison Wirtz | 1.20 | Review and comment on board deck providing sale update (.9); correspond with Greenhill team re declarations in support of sale, opposition to motion to convert (.3). |
| 08/06/23 | Spencer A. Winters | 0.50 | Prepare for and attend telephone conference with W&C, K&S and Proskauer re CFPB settlement discussions. |
| 08/07/23 | Chris Ceresa | 0.30 | Review, analyze sale related legal issues. |
| 08/07/23 | Kelby Roth | 5.60 | Correspond with A. Wirtz, C. Ceresa re Lexington Law retention letter privacy analysis (.1); review, analyze retention letter re same (.2); draft language re same (.7); correspond with C. Ceresa re same (.2); correspond with A. Wirtz, L. Spangler re revised sale-related dates and deadlines (.1); correspond with G. Reardon re sale reply (.1); correspond with L. Spangler re disclosure statement motion schedules (.1); research precedent re same (1.1); correspond with C. Ceresa re same (.1); draft disclosure statement motion (2.9). |
| 08/07/23 | Matthew J. Van Wagoner | 3.50 | Telephone conferences with D. Daines and C. Ceresa re sale closing (1.5); analyze, review, revise APA and applicable schedules (2.0). |
| 08/07/23 | Spencer A. Winters | 4.50 | Review and analyze issues re CFPB settlement (1.4); review and analyze issues re sale strategy (1.3); correspond and telephone conferences with A. Wirtz, K&E, multiple parties re same (1.8). |
| 08/07/23 | Alison Wirtz | 1.30 | Conference with S. Winters and various parties re CFPB settlement and sale objections (.6); correspond with C. Ceresa and K. Roth re privacy issues surrounding sale (.2); correspond with K&E teams re sale structuring issues (.5). |
| 08/08/23 | Chris Ceresa | 2.60 | Review, analyze legal issues re proposed 363 sales (.4); correspond with A. Wirtz, K&E team re same (.5); review, revise pleadings, APAs and sale related documents re same (1.7). |
| 08/08/23 | Daniel S. Daines | 1.80 | Telephone conferences and correspond with T. Davis, S. Toth and C. Ceresa re structuring considerations for sale (1.0); review and analyze proposed structuring steps (.8). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085162
PGX Holdings, Inc.                                             Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/08/23 | Keyan Norman | 0.50 | Correspond with M. Van Wagoner re asset purchase agreement and restructuring. |
| 08/08/23 | Robert Orren | 0.10 | Revise calendar notification for sale objection deadline. |
| 08/08/23 | Gabrielle Christine Reardon | 2.10 | Research precedent re closing checklist (1.1); correspond with C. Ceresa re same (.2); research re sale timelines (.8). |
| 08/08/23 | Kelby Roth | 1.40 | Correspond with L. Spangler, K&E team re updated sale-related dates and deadlines (.1); correspond with G. Reardon re sale declaration precedent (.1); research, compile same (.6); review, revise Lexington Law retention letter re privacy language re sale (.5); correspond with C. Ceresa re same (.1). |
| 08/08/23 | Steve Toth | 0.70 | Correspond with S. Winters, K&E team re transaction tax structure steps re sales. |
| 08/08/23 | Spencer A. Winters | 2.10 | Review and analyze issues re CFPB settlement (.8); review and analyze issues re sale strategy (.7); correspond and telephone conferences with A. Wirtz, K&E, multiple parties re same (.6). |
| 08/08/23 | Alison Wirtz | 1.30 | Conference with K&E teams re sale structuring considerations (.5); review and analyze precedent transactions re same (.4); correspond with counsel to UCC and lenders re timing of sale objection deadline and objections on conversion motion (.4). |
| 08/09/23 | Chris Ceresa | 2.80 | Review, analyze legal issues re proposed 363 sales (.7); correspond with A. Wirtz, K&E team re same (.5); review, revise pleadings, APAs and materials re same (1.6). |
| 08/09/23 | Gabrielle Christine Reardon | 3.20 | Review, revise sale declarations (1.4); review, revise chart re contract assumption timing (.8); draft closing checklist (1.0). |
| 08/09/23 | Kelby Roth | 1.50 | Research precedent re declarations in support of sale (.9); correspond with C. Ceresa, G. Reardon re same (.2); review, revise Lexington Law retention letter re privacy considerations re sale (.3); correspond with C. Ceresa, A. Wirtz re same (.1). |
| 08/09/23 | Luke Spangler | 0.30 | Prepare declaration in support of sales. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050085162
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/09/23 | Spencer A. Winters | 1.40 | Review and analyze issues re sale strategy (.7); correspond and telephone conferences with A. Wirtz, K&E team re same (.7). |
| 08/10/23 | Chris Ceresa | 5.80 | Review, analyze legal issues re proposed 363 sales (2.5); correspond with A. Wirtz, K&E team re same (.5); review, revise pleadings, APAs and other sale documents re same (2.8). |
| 08/10/23 | Daniel S. Daines | 0.80 | Correspond and coordinate with Company, W. Fogelberg and S. Toth re deal process and open sale legal items. |
| 08/10/23 | Gabrielle Christine Reardon | 5.00 | Draft sale closing checklist (2.4); review, revise sale declarations (2.0); review, revise sale deadlines summary (.6). |
| 08/10/23 | Kelby Roth | 1.60 | Correspond with G. Reardon, C. Ceresa re cure objections re sale (.1); draft, review M. Henry declaration ISO sale (1.4); correspond with S. Briefel, K&E team re same (.1). |
| 08/10/23 | Luke Spangler | 1.50 | Coordinate formatting draft sale declaration (1.0); prepare reply in support of sale (.5). |
| 08/10/23 | Spencer A. Winters | 4.10 | Review and analyze issues re CFPB settlement (1.1); review and analyze issues re sale strategy (.8); correspond and telephone conferences with A. Wirtz, K&E team re same (.7); prepare for and attend telephone conference with Company re CFPB settlement (1.0); prepare for and attend telephone conference with lenders counsel re same (.5). |
| 08/10/23 | Alison Wirtz | 0.90 | Correspond with K&E team re sale documentation and structuring matters (.3); correspond with C. Ceresa re sale closing checklists (.3); correspond with DOJ re sale objection deadlines and negotiations (.3). |
| 08/11/23 | Chris Ceresa | 5.40 | Review, analyze legal issues re proposed 363 sales (2.4); correspond with A. Wirtz, K&E team re same (.5); review, revise pleadings, APAs and related sale materials re same (2.5). |
| 08/11/23 | Daniel S. Daines | 1.50 | Telephone conferences with Company re deal structure; (.6) telephone conference and coordinate with T. Davis, K&E team re tax structure (.9). |

Legal Services for the Period Ending August 31, 2023         Invoice Number:     1050085162
PGX Holdings, Inc.                            Matter Number:       47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/11/23 | Gabrielle Christine Reardon | 3.40 | Review, revise sale declarations (2.5); research precedent re auction cancellation (.4); research precedent re sale related governance issues (.5). |
| 08/11/23 | Kelby Roth | 1.30 | Review, revise M. Henry declaration ISO sale (1.2); correspond with C. Ceresa re same (.1). |
| 08/11/23 | Steve Toth | 0.30 | Analyze correspondence re transaction structure matters. |
| 08/11/23 | Matthew J. Van Wagoner | 5.00 | Analyze local laws re LLC conversion (2.1); conference with D. Daines re same (.4); analyze plan re corporate issues (.6); analyze and revise closing checklists re sale (1.9). |
| 08/11/23 | Spencer A. Winters | 2.40 | Prepare for and attend telephone conference with lenders re CFPB settlement (.5); review and analyze issues re same (.8); review and analyze issues re sale strategy (.5); correspond and telephone conferences with A. Wirtz, K&E team, multiple parties re same (.6). |
| 08/11/23 | Alison Wirtz | 0.50 | Conference with Company, C. Ceresa, K&E team re legal entity structure legal issues. |
| 08/11/23 | Alison Wirtz | 1.90 | Review and comment on disclosure statement (.3); conference with C. Ceresa re plan and sale workstreams (.7); correspond with advisors re cancellation of auction and successful bidder (.5); correspond with PGX Board re same (.4). |
| 08/12/23 | Chris Ceresa | 0.70 | Review, revise notice re cancelled sale and proposed sale orders (.5); correspond with G. Reardon re same (.2). |
| 08/12/23 | Daniel S. Daines | 2.20 | Correspond and coordinate with M. Van Wagoner and K&E team re structuring tasks (1.4); review and analyze closing checklists (.4); review and revise stalking horse APA revisions (.4). |
| 08/12/23 | Gabrielle Christine Reardon | 1.90 | Review, revise sale declarations (.5); draft notice of cancellation (1.4). |
| 08/12/23 | Steve Toth | 0.70 | Analyze sale orders (.4); prepare related correspondence (.3). |
| 08/12/23 | Alison Wirtz | 0.70 | Correspond with S. Toth and K&E team re structuring considerations (.3); correspond with Greenhill team re declarations in support of sale and related timelines (.4). |

Legal Services for the Period Ending August 31, 2023   Invoice Number:   1050085162
PGX Holdings, Inc.   Matter Number:   47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/13/23 | Gabrielle Christine Reardon | 0.30 | Correspond with C. Ceresa re sale order issues. |
| 08/13/23 | Alison Wirtz | 2.30 | Review and comment on board slides summarizing sale update (.4); correspond with S. Winters and Greenhill team re same (.2); correspond with S. Briefel re declarations in support of sale and evidentiary considerations (.3); review and comment on declarations in support of sale from Greenhill, A&M and Company (.1.4). |
| 08/14/23 | Chris Ceresa | 0.70 | Review, revise sale order documents. |
| 08/14/23 | Chris Ceresa | 1.50 | Review, analyze draft declarations ISO sales and objection to CFPB motion. |
| 08/14/23 | Daniel S. Daines | 2.90 | Correspond and telephone conferences with W. Fogelberg, K&E team and A&M re transaction structuring and closing processes (1.7); review and analyze proposed tax provisions to APA (1.2). |
| 08/14/23 | Keyan Norman | 1.90 | Conference with M. Van Wagoner re timeline and purchase agreement (.3); conference with M. Van Wagoner re purchase agreement and signing items (.5); review and revise purchase agreement (.3); draft correspondence re employee liabilities (.3); review and analyze reorganization chart (.5). |
| 08/14/23 | Gabrielle Christine Reardon | 4.00 | Review, revise sale declarations (1.4); review, revise sale notice (.2); review, revise sale orders (1.4); review, revise, compile notice of filing and cancellation of auction (.7); draft sale objection summary (.3). |
| 08/14/23 | Matthew J. Van Wagoner | 5.50 | Analyze and revise contract assumption process deadlines (1.0); analyze and revise PGX and LL closing checklists (1.2); analyze APA and schedules re outstanding items list (.7); analyze tax sections of PGX APA re potential reorganization (.9); analyze comments from T. Davis, K&E team re G reorg (.7); conference with K&E team re same (1.0). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085162
PGX Holdings, Inc.                                           Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/14/23 | Spencer A. Winters | 3.60 | Telephone conference with CFPB and DOJ re settlement (.7); prepare for same (.3); review and analyze issues re CFPB settlement, sale (1.3); correspond and telephone conferences with A. Wirtz, K&E team, other parties re same (1.3). |
| 08/14/23 | Alison Wirtz | 2.20 | Review and comment on declarations in support of sale (1.1); correspond with C. Ceresa and K&E team re sale notices (.4); correspond with C. Ceresa re sale closing checklist and workstreams (.3); review and comment on updated sale objection (.4). |
| 08/15/23 | Chris Ceresa | 2.50 | Review, revise sale documents (1.9); analyze legal issues re same (.6). |
| 08/15/23 | Chris Ceresa | 0.60 | Review, analyze draft declarations ISO sales and objection to CFPB motion. |
| 08/15/23 | Gabrielle Christine Reardon | 5.30 | Review, revise sale reply (3.9); research re same (1.0); correspond with C. Ceresa re sale issues (.4). |
| 08/15/23 | Kelby Roth | 1.10 | Research re legal issues re unlawful businesses sold in bankruptcy (1.0); correspond with G. Reardon, C. Ceresa re same (.1). |
| 08/15/23 | Spencer A. Winters | 1.40 | Review and analyze issues re sale, settlement (.7); correspond and telephone conferences with A. Wirtz, K&E team, multiple other parties re same (.7). |
| 08/15/23 | Alison Wirtz | 0.60 | Correspond with counsel to DOJ, lenders and Committee counsel re sale objection timeline. |
| 08/16/23 | Chris Ceresa | 5.70 | Review, revise sale reply and research re same (3.9); further revise same (1.8). |
| 08/16/23 | Daniel S. Daines | 2.60 | Correspond and coordinate with M. Van Wagoner, A&M, T. Davis and C. Ceresa re open APA items (1.3); analyze transaction structuring re same (.6); telephone conference with A&M re transaction structuring issues and certain related contracts (.7). |

Legal Services for the Period Ending August 31, 2023    Invoice Number:    1050085162
PGX Holdings, Inc.                                       Matter Number:     47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/16/23 | Keyan Norman | 4.90 | Conference with M. Van Wagoner re disclosure schedules (.6); update and revise same (.4); conference with M. Van Wagoner re reorganization (.5); review and revise closing checklist (.3); telephone conference with R. Shanken, D. Daines and M. Van Wagoner re reorganization and list of transferring items (.5); conference with M. Van Wagoner and D. Daines re reorganization and asset transfers (1.0); draft documentation re transferring items (1.0); review and analyze reorganization steps (.6). |
| 08/16/23 | Gabrielle Christine Reardon | 4.90 | Review and revise reply in support of sale (3.9); correspond with D. Heriford and A. Salmen re sale timeline (.2); correspond with A&M re sale objections (.3); correspond with D. Daines, K&E team re closing checklists (.2); correspond with T. Davis, K&E team re Lexington Law asset purchase agreement (.3). |
| 08/16/23 | Kelby Roth | 4.10 | Correspond with C. Ceresa, contract counterparty counsel re rejection status (.1); research and analyze legal issues re unlawful business sale in bankruptcy; (3.7); correspond with C. Ceresa re same (.1); revise Henry declaration ISO sale and chapter 11 (.1); correspond with S. Briefel, K&E team re same (.1). |
| 08/16/23 | Matthew J. Van Wagoner | 6.00 | Analyze APA and potential structure slides (1.5); analyze precedent for checklists for asset transfers in relation to certain assets of PGX (2.0); revise PGX closing checklist re G Reorg steps (1.0); analyze K&E tax slides and discuss legal issues re same with A&M (1.5). |
| 08/16/23 | Matthew Wheatley | 0.50 | Review, analyze antitrust and HSR filing analysis re sales (.3); correspond with S. Winters, K&E team re same (.2). |
| 08/16/23 | Spencer A. Winters | 5.30 | Review and analyze issues re CFPB settlement (1.5); telephone conference with lenders counsel re same (.6); prepare for same (.2); telephone conference with client re same (.5); prepare for same (.2); review and analyze contract assumption issues (.5); review and analyze sale issues (.6); telephone conference A. Wirtz, Company, advisors and working group re same (1.2). |

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085162
PGX Holdings, Inc.                                        Matter Number:        47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/16/23 | Alison Wirtz | 2.70 | Conference with C. McGushin and R. Meltzer re testimony for sale hearing (.9); correspond with C. Ceresa re sale documentation (.4); correspond with S. Briefel, K&E team re declarations in support of sale (.5); review and comment on same (.9). |
| 08/17/23 | Chris Ceresa | 4.50 | Review, revise sale reply documents. |
| 08/17/23 | Daniel S. Daines | 2.20 | Conference with K. Norman and M. Van Wagoner re sale structuring issues (.9); correspond with K&E team and Greenhill re same (1.3). |
| 08/17/23 | Library Factual Research | 0.50 | Compile bankruptcy court filings. |
| 08/17/23 | Keyan Norman | 4.40 | Conference with T. Davis and M. Van Wagoner re reorganization steps (.3); draft correspondence re outstanding items in purchase agreement (.5); review and revise closing checklist and reorganization steps (1.5); review and revise asset purchase agreement (.5); correspond with M. Van Wagoner re the same (.2); review and revise schedules (.3); correspond with M. Van Wagoner re purchase agreement and signing items (.6); correspondence re closing checklist (.2); review closing checklist (.3). |
| 08/17/23 | Karra A. Puccia | 1.20 | Review precedent re objections to sale orders by taxing entities and related responses. |
| 08/17/23 | Gabrielle Christine Reardon | 3.60 | Telephone conference with A. Salmen, K. Roth re sale hearing presentation (.2); draft sale hearing presentation (2.5); research legal ethics issues re Lexington Law sale (.6); review, revise sale orders (.3). |

Legal Services for the Period Ending August 31, 2023  Invoice Number: 1050085162
PGX Holdings, Inc.  Matter Number: 47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/17/23 | Kelby Roth | 7.00 | Review and revise summaries re sale and contract assumption and rejection (.4); correspond with C. Ceresa, K&E team re same (.2); draft PowerPoint presentation re sale hearing (1.8); correspond with A. Salmen, G. Reardon re same (.3); correspond with K. Puccia re case onboarding and sale workstream (.4); prepare materials re same (.2); correspond with C. Ceresa, PBGC re PBGC inquiries (.1); follow up with A. Wirtz re Lexington retention agreement revisions (.1); revise retention letter (.2); correspond with C. Ceresa re same (.1); research re unlawful businesses sold in bankruptcy (3.0); correspond with C. Ceresa, M. Sloman re same (.2). |
| 08/17/23 | Steve Toth | 0.30 | Analyze sale structure slides and related correspondence. |
| 08/17/23 | Matthew J. Van Wagoner | 7.00 | Analyze APAs, schedules and correspondence re outstanding items (.7); correspond with D. Daines, K&E team re outstanding items and analyzing checklists (.4); analyze and discuss correspondence from PGX with A. Wirtz, K&E team re potential TSA (.5); analyze comments from T. Davis, K&E team to PGX APA (.4); analyze and revise checklist provided by C. Ceresa, K&E team (1.0); correspond with Buyers' counsel re signing and outstanding items (.5); draft closing punch list for A&M and PGX transfer instructions (1.5); revise PGX APA with T. Davis, K&E team comments (1.7); correspond with T. Davis, K&E team for review and comment of same (.3). |
| 08/17/23 | Spencer A. Winters | 2.50 | Review and analyze issues re CFPB settlement and sale (.8); conference with A. Wirtz, Company, advisors and working group re same (.9); prepare for and attend PMO meeting (.8). |
| 08/17/23 | Alison Wirtz | 0.80 | Correspond with C. Ceresa re sale reply considerations and related research (.3); conference with C. Ceresa and K&E team re status of open sale and objection to motion items (.5). |
| 08/18/23 | Chris Ceresa | 0.40 | Review, revise sale documents. |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | | Invoice Number: | 1050085162 |
| PGX Holdings, Inc. | | Matter Number: | 47119-11 |
| Use, Sale, and Disposition of Property | | | |

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/18/23 | Chris Ceresa | 6.10 | Attend deposition (2.6); prepare for same (.5); review and revise draft reply in support of sales (1.5); research legal issues re same (.6); correspond with G. Reardon and K&E team re same (.9). |
| 08/18/23 | Chris Ceresa | 6.20 | Review, revise, comments on draft sale reply (2.1); analyze legal issues re same (2.6); revise slides re sales (.8); telephone conferences with S. Winters and G. Reardon re same (.7). |
| 08/18/23 | Kelsey Marie Laugel | 0.30 | Conduct Hart-Scott-Rodino filing analysis. |
| 08/18/23 | Keyan Norman | 0.50 | Conference with M. Van Wagoner re signing items. |
| 08/18/23 | Karra A. Puccia | 5.10 | Review Maricopa objection to sale motion (.2); review and compile sale order precedent with respect to tax provisions (1.9); research case law with respect to 363(f)(1) (1.8); draft reply re 363(f)(1) issues (1.2). |
| 08/18/23 | Gabrielle Christine Reardon | 9.40 | Review and revise reply in support of sale motion (3.9); research re legal issues related to section 363(f) (.9); review and revise sale objection summary (.7); review and analyze vendor cure diligence (.5); review and revise sale declarations (.6); review and revise sale presentation (2.5); review and revise sale orders (.3). |
| 08/18/23 | Michael A. Sloman | 2.60 | Research, analyze case law re unlawful business sales (1.8); draft summary re same (.8). |
| 08/18/23 | Matthew J. Van Wagoner | 3.50 | Analyze APAs, disclosure schedules and data room re assumption of liabilities relating to H-1B visas (2.1); discuss potential revisions with K&E team and reach out to labor for further clarification and guidance (1.4). |
| 08/18/23 | Matthew Wheatley | 1.30 | Review and revise antitrust and HSR filing analysis (1.1); correspond with K&E team re same (.2). |

Legal Services for the Period Ending August 31, 2023        Invoice Number:        1050085162
PGX Holdings, Inc.                                          Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/23 | Spencer A. Winters | 5.30 | Conference with CFPB and DOJ (.7); prepare for same (.3); conference with K&S re CFPB and DOJ matters (.5); conference with Company re same (.5); review and analyze issues re sale hearing (1.3); review objections to sale motions (.8); conference with A. Wirtz, Company, advisors and working group re same (1.2). |
| 08/18/23 | Alison Wirtz | 0.50 | Correspond and conference with S. Winters re status of sale reply and motion to convert objection (.3); correspond with C. Ceresa re same (.2). |
| 08/19/23 | Chris Ceresa | 7.20 | Review and revise reply in support of sale motions (3.7); research legal issues re same (3.1); correspond with G. Reardon and K&E team re issues re same (.4). |
| 08/19/23 | Daniel S. Daines | 0.90 | Review and analyze revised sale orders for PGX and LL (.7); correspond and coordinate with G. Reardon and S. Toth re same (.2). |
| 08/19/23 | Karra A. Puccia | 3.70 | Research 363(f)(1) case law (2.5); revise reply issues re same (1.2). |
| 08/19/23 | Karra A. Puccia | 0.40 | Draft sale order language in response to Maricopa objection to sale order. |
| 08/19/23 | Gabrielle Christine Reardon | 6.20 | Research re section 363(f); review and revise reply in support of sale motion (3.5); review and revise sale orders (1.7); correspond with C. Ceresa re same (.4); correspond with K&S re same (.3); correspond with YCST re same (.3). |
| 08/19/23 | Steve Toth | 0.60 | Analyze draft sale order re legal issues. |
| 08/19/23 | Spencer A. Winters | 2.90 | Conference with Company and lenders re CFPB settlement (.6); prepare for same (.2); conference with K&S re sale reply (.3); review CFPB settlement markup (.5); review UCC plan markup (.5); review and analyze issues re sale objection and settlement (.4); correspond with A. Wirtz, Company, advisor and working group re same (.4). |
| 08/20/23 | Chris Ceresa | 3.80 | Review and analyze legal issues re sale reply (1.4); review, revise same (1.9); correspond with S. Winters, K&E team, counsel re legal issues re same (.5). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050085162
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/20/23 | Daniel S. Daines | 0.70 | Correspond with M. Van Wagoner, C. Ceresa, K&E team and opposing counsel re G-reorganization issues. |
| 08/20/23 | Gabrielle Christine Reardon | 2.50 | Research re section 363(f) (.6); review, revise sale reply (.7); research sale order precedent (1.0); review, revise sale orders (.2). |
| 08/20/23 | Spencer A. Winters | 4.90 | Conference with Company and W&C re CFPB settlement (.6); prepare for same (.2); conference with lenders re same (1.0); review and analyze sale issues (.4); review and revise sale reply (2.2); conference with A. Wirtz, Company, advisors and working group re same (.5). |
| 08/21/23 | Chris Ceresa | 9.40 | Review and analyze legal issues re sale reply (4.6); review and revise sale deal documents (3.9); correspond with S. Winters, K&E team re legal issues re same and draft reply ISO sales (.9). |
| 08/21/23 | Alexander Flynn-Tabloff | 0.80 | Review and revise asset purchase agreement to account for immigration matters. |
| 08/21/23 | Keyan Norman | 3.60 | Telephone conference with M. Van Wagoner re asset purchase agreement (1.0); draft correspondence re asset purchase agreement (.8); review asset purchase agreement (1.0); correspondence re foreign employees (.3); conference with D. Daines re asset purchase agreement (.3); review and revise asset purchase agreement (.2). |
| 08/21/23 | Gabrielle Christine Reardon | 6.00 | Review and revise sale order (1.4); review and revise sale reply (4.6). |
| 08/21/23 | Matthew J. Van Wagoner | 5.20 | Correspond with D. Daines and K. Norman re outstanding issues re PGX APA (.5); revise PGX APA per K&E team re visa holding employees (1.0); discuss revisions with T. Davis, K&E team (.4); correspond with YCST for comments to APA and request direction for open items (.5); revise APA (2.6); correspond with K&S for comments re same (.2). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085162
PGX Holdings, Inc.                                            Matter Number:            47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/21/23 | Spencer A. Winters | 8.90 | Conference with CFPB and DOJ re settlement (.5); conference with Company re same (.5); review and revise CFPB reply (3.8); review and analyze issues re sale hearing and settlement (2.4); conference with A. Wirtz, Company, advisors and working group re same (1.7). |
| 08/21/23 | Alison Wirtz | 1.40 | Correspond with DOJ attorneys, K&S, Arentfox and Klehr team re sale objection and depositions (.4); review and analyze issues re sale orders (.7); correspond with K&S and Company team re tax structuring matters and sale closing (.3). |
| 08/22/23 | Chris Ceresa | 11.60 | Review, analyze legal issues re sale reply items including APA, sale orders, notices re same (6.1); review, revise same (4.2); correspond with S. Winters, K&E team, counsel re same (1.3). |
| 08/22/23 | Daniel S. Daines | 1.00 | Correspond and coordinate with C. Ceresa, M. Van Wagoner and working group re G-reorganization issues and follow up with buyer counsel (.4); correspond with W. Fogelberg, S. Toth and K. Norman re key employee agreements and indemnification issue (.6). |
| 08/22/23 | Diana Heriford | 0.60 | Revise sale notice. |
| 08/22/23 | Keyan Norman | 4.10 | Conference with M. Van Wagoner re signing items (1.1); review and revise disclosure schedules (.5); conference with M. Van Wagoner and K&E team re reorganization (.5); review employment agreements (1.0); review indemnification agreements (.3); correspond with K&E team re employment agreements (.7). |
| 08/22/23 | Robert Orren | 0.60 | Draft notice of filing of revised sale orders and APAs (.5); correspond with G. Reardon re same (.1). |
| 08/22/23 | Karra A. Puccia | 4.70 | Research assumption and assignment provisions and precedent. |
| 08/22/23 | Gabrielle Christine Reardon | 7.10 | Review and revise N. Augustine declaration (1.2); review and revise sale reply (2.9); review and revise sale orders (2.2); review and revise asset purchase agreements (.2); draft notice of filing re same (.6). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number: 1050085162
Matter Number: 47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/22/23 | Steve Toth | 0.30 | Discuss indemnification and employment agreement matters with D. Daines and A. Wirtz. |
| 08/22/23 | Matthew J. Van Wagoner | 3.60 | Correspond with A. Wirtz, K&E team re filings (.3); correspond with buyers' counsel re filings (.4); revise APAs re G-Reorg language and tax issues (.7); prepare documents for filing (.4); conference with K. Norman, K&E team re same (1.8). |
| 08/22/23 | Spencer A. Winters | 10.70 | Conference with UCC counsel re CFPB settlement and plan (.4); conference with DOJ re same (.3); review and analyze issues re contested sale hearing (2.3); review and analyze issues re CFPB settlement (2.1); review and revise sale reply (1.9); review and analyze issues re same (.8); review Augustine declaration (.5); correspond with A. Wirtz, Company, advisors and working group re same (2.4). |
| 08/22/23 | Alison Wirtz | 1.20 | Multiple conferences with S. Winters and C. Ceresa re sale reply and declarations (.8); review and comment on declarations (.4). |
| 08/23/23 | Chris Ceresa | 6.50 | Review, analyze legal issues re sale orders and APAs (2.7); review, revise same (3.1); correspond with S. Winters, K&E team, counsel re same (.7). |
| 08/23/23 | Diana Heriford | 1.00 | Correspond with C. Ceresa re sale hearing listen-only line (.3); correspond with Company, advisors re same (.1); coordinate sale hearing listen-only line (.6). |
| 08/23/23 | Keyan Norman | 0.50 | Conference with M. Van Wagoner re signing items. |
| 08/23/23 | Gabrielle Christine Reardon | 6.10 | Review and revise sale hearing presentation (5.1); review, analyze asset purchase agreements (.2); draft language re excluded cash (.2); review and revise sale orders (.6). |
| 08/23/23 | Adrian Salmen | 5.10 | Draft language re sale order (3.4); review, revise same (.5); conference with C. Ceresa re sale order (.3); review, revise sale hearing presentation (.9). |

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | | Invoice Number: | 1050085162 |
| PGX Holdings, Inc. | | Matter Number: | 47119-11 |
| Use, Sale, and Disposition of Property | | | |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/23/23 | Spencer A. Winters | 10.80 | Review and analyze issues re contested sale hearing (2.2); review and analyze issues re CFPB settlement (2.3); conference with DOJ and CFPB re same (1.0); review and revise settlement documentation (.5); revise slide deck for hearing (2.3); conference with A. Wirtz, Company, advisors and working group re same (2.5). |
| 08/24/23 | Chris Ceresa | 7.70 | Review and analyze legal issues re sale documents including APAs and sale checklist (2.2); review, revise same (3.7); review, analyze cure objection issues (1.1) correspond with S. Winters, K&E team, counsel re same (.7). |
| 08/24/23 | Daniel S. Daines | 1.60 | Conference with M. Van Wagoner (.3); review drafts of steps checklist and integration checklist prepared by same (1.0); conference with A&M re same (.3). |
| 08/24/23 | Keyan Norman | 1.30 | Review correspondence re administrative expense sale issue (.5); conference with M. Van Wagoner re same (.8). |
| 08/24/23 | Gabrielle Christine Reardon | 4.80 | Correspond with K&S and YCST re sale orders (.6); correspond with contract counter parties re cure objections (.4); correspond with U.S. Trustee re sale orders (.2); review and revise sale orders (1.2); review and revise sale hearing presentation (1.3); correspond with A&M re contract cure objections (.3); review and revise contract cure objection tracker (.3); draft summary of changes to sale order (.5). |
| 08/24/23 | Adrian Salmen | 0.50 | Correspond with C. Ceresa, K&E team re sale order (.2); review, revise same (.3). |
| 08/24/23 | Matthew J. Van Wagoner | 5.10 | Correspond with K&S, K. Norman, K&E team re PGX's admin expense re APA and related summaries and calculations (1.2); analyze and revise APAs (1.5); correspond with K&E team re G-Reorg and sale order filings (.4); analyze APA versions (1.2); conference with K. Norman re same (.8). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:     1050085162
Matter Number:     47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/24/23 | Spencer A. Winters | 10.20 | Draft talking points re sale hearing (2.8); review and revise slides (.3); review and analyze issues re CFPB settlement (2.2); review and analyze issues re sale orders (1.8); attend board meetings (.5); conference with A. Wirtz, Company, advisors and working group re sale hearing and settlement (2.6). |
| 08/24/23 | Alison Wirtz | 2.20 | Review and comment on proposed sale order (.9); multiple conferences and correspondence with S. Winters, C. Ceresa, UCC counsel, Klehr Harrison re status and outstanding issues (1.3). |
| 08/25/23 | Chris Ceresa | 3.40 | Review and analyze legal issues re sale documents (.6); review, revise, analyze legal issues re same (2.3); correspond with S. Winters, K&E team, counsel re same (.5). |
| 08/25/23 | Chris Ceresa | 0.80 | Prepare for sale hearing. |
| 08/25/23 | Daniel S. Daines | 0.50 | Correspond with C. Ceresa, M. Van Wagoner and A. Stephenson re sale hearing. |
| 08/25/23 | Diana Heriford | 0.40 | Correspond with Company, advisors re sale hearing. |
| 08/25/23 | Keyan Norman | 0.80 | Review correspondence re asset purchase agreement and comments from lenders. |
| 08/25/23 | Gabrielle Christine Reardon | 3.10 | Review and revise sale orders (2.7); review and revise notice of filing (.2); review, revise sale hearing presentation (.2). |
| 08/25/23 | Matthew J. Van Wagoner | 2.00 | Correspond with K. Norman, D. Daines re LL and PGX APAs (.5); analyze and revise checklist and outstanding items list (.3); conference with K&S team re G- Reorg and revised APAs (1.2). |
| 08/25/23 | Spencer A. Winters | 7.80 | Draft settlement talking points (1.3); review and analyze issues re settlement and sale hearing (3.2); conference A. Wirtz, Company, advisors and working group re same (3.3). |
| 08/25/23 | Alison Wirtz | 5.70 | Conference with Committee, Buyer, C. Ceresa, S. Winters and K&E team re sale hearing (.7); prepare for hearing (5.0). |
| 08/25/23 | Alison Wirtz | 1.00 | Prepare for sale hearing. |
| 08/27/23 | Spencer A. Winters | 0.30 | Review and analyze issues re implementation of CFPB settlement. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Use, Sale, and Disposition of Property

Invoice Number:    1050085162
Matter Number:    47119-11

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/28/23 | Daniel S. Daines | 0.50 | Review Lexington Law counsel edits to asset purchase agreement (.3); correspond with T. Davis and K. Norman re same (.2). |
| 08/28/23 | Keyan Norman | 0.80 | Review and revise asset purchase agreement (.5); correspond with M. Van Wagoner re asset purchase agreement (.3). |
| 08/28/23 | Gabrielle Christine Reardon | 1.20 | Review, analyze sale orders re upcoming deadlines (.6); revise cure objection summary (.2); correspond with YCST re sale structuring questions (.2); correspond with A&M re cure objections (.2). |
| 08/28/23 | Luke Spangler | 0.10 | Review, analyze sale hearing transcript. |
| 08/28/23 | Matthew J. Van Wagoner | 4.00 | Analyze PGX and LL APAs and schedules re tax questions from T. Davis (1.2); analyze YCST comments to LL APA (1.3); correspond with D. Daines, K. Norman, YCST counsel re LL ownership (.6); analyze APA re outstanding issues (.9). |
| 08/28/23 | Spencer A. Winters | 2.20 | Review and analyze issues re sale closing and CFPB settlement implementation (.8); conference with client re same (.7); conference with A. Wirtz, Company, advisors and working group re same (.7). |
| 08/29/23 | Chris Ceresa | 1.70 | Review, analyze legal issues re sale processes. |
| 08/29/23 | Keyan Norman | 1.50 | Review and revise sale checklist (.8); draft sale punch list (.5); conference with M. Van Wagoner re punch list and open items (.2). |
| 08/29/23 | Matthew J. Van Wagoner | 3.50 | Review and revise PGX and LL checklists with D. Daines and K. Norman (1.6); draft punchlist with outstanding items and points of interest with D. Daines, K&E team (1.4); correspond with Buyers' counsel for comment to APA and outstanding items (.5). |
| 08/30/23 | Chris Ceresa | 0.40 | Review, analyze legal issues re sale legal items. |
| 08/30/23 | Daniel S. Daines | 1.60 | Conference with K. Norman and M. Van Wagoner re closing checklist (.2); conference with A. Wirtz, Company and deal team re closing items and workflows (.2); correspond re structuring slide updates (.2); review same in preparation for meeting with Company (.4); conference with C. Ceresa and A. Wirtz re closing steps and reorg mechanics (.6). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085162
PGX Holdings, Inc.                                             Matter Number:           47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/30/23 | Keyan Norman | 0.50 | Review correspondence re signing items (.2); review transaction steps (.3). |
| 08/30/23 | Gabrielle Christine Reardon | 0.30 | Correspond with C. Ceresa re assumed contract exhibit filing deadline (.1); correspond with counsel to Equifax re same (.2). |
| 08/30/23 | Steve Toth | 0.20 | Discuss G-reorganization with A. Wirtz (.1); discuss status with D. Daines (.1). |
| 08/30/23 | Matthew J. Van Wagoner | 3.00 | Analyze K&S comments to APA re tax and G-reorg issues (.7); correspond with K&S team re additional comments to APA and G-Reorg (.3); correspond with D. Daines, K&E team re outstanding items, punch list (.5); analyze structure chart and PGX APA and schedules (.6); revise closing checklist (.5); correspond with D. Daines, K&E team re same (.4). |
| 08/30/23 | Spencer A. Winters | 1.20 | Review and analyze issues re sale implementation (.4); conference with A. Wirtz and working group re same (.8). |
| 08/30/23 | Alison Wirtz | 0.90 | Correspond and conference with K&E tax / corporate teams and Klehr Harrison re sale closing workstreams (.4); correspond with K&S re assumed liabilities and other sale-related considerations (.5). |
| 08/31/23 | Chris Ceresa | 0.50 | Conference with S. Winters, K&E team, advisors re sale legal issues. |
| 08/31/23 | Daniel S. Daines | 1.40 | Conference with C. Ceresa, A. Wirtz, S. Toth, M. Van Wagoner and T. Davis re g-reorganization structuring and closing steps (.8); telephone conference with A&M team (.6). |
| 08/31/23 | Keyan Norman | 0.80 | Conference with M. Van Wagoner re entity formation and reorganization (.5); review correspondence re structure (.3). |
| 08/31/23 | Gabrielle Christine Reardon | 1.00 | Review, revise contract objection tracker (.1); correspond with Klehr re same (.2); correspond with Company re filed sale documents (.3); correspond with A. Wirtz re entity names (.1); correspond with C. Ceresa re internal sale closing conferences (.3). |

Legal Services for the Period Ending August 31, 2023  Invoice Number: 1050085162
PGX Holdings, Inc.  Matter Number: 47119-11
Use, Sale, and Disposition of Property

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/31/23 | Matthew J. Van Wagoner | 3.50 | Revise structures charts and closing checklists (1.4); prepare for telephone conference with Klehr (.4); correspond with D. Daines re same (.3); analyze comments from T. Davis, K&E team re org chart (.4); analyze APAs and schedules re possible TSA (1.0). |
| 08/31/23 | Spencer A. Winters | 0.80 | Review and analyze issues re sale and settlement implementation (.5); conference with K&S re exit financing (.3). |
| 08/31/23 | Alison Wirtz | 0.80 | Correspond with T. Davis and S. Toth and K&E teams re sale structuring considerations and discussions with Company (.4); correspond with C. Ceresa on sale-related workstreams (.4). |

**Total** 526.50

# KIRKLAND & ELLIS LLP

**AND AFFILIATED PARTNERSHIPS**

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085163**
**Client Matter: 47119-12**

---

**In the Matter of Corp. Governance & Securities Matters**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                    $ 22,411.50

Total legal services rendered                                                           $ 22,411.50

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Corp. Governance & Securities Matters

Invoice Number: 1050085163
Matter Number: 47119-12

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Carolyn Aiken | 6.60 | 1,545.00 | 10,197.00 |
| Chris Ceresa | 3.00 | 1,245.00 | 3,735.00 |
| Paul Goldsmith | 0.20 | 995.00 | 199.00 |
| Diana Heriford | 0.80 | 885.00 | 708.00 |
| Michelle Kilkenney, P.C. | 0.30 | 2,045.00 | 613.50 |
| Spencer A. Winters | 1.20 | 1,445.00 | 1,734.00 |
| Alison Wirtz | 3.80 | 1,375.00 | 5,225.00 |
| **TOTALS** | **15.90** | | **$ 22,411.50** |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Corp. Governance & Securities Matters

Invoice Number:    1050085163
Matter Number:        47119-12

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Paul Goldsmith | 0.20 | Prepare board meeting minutes. |
| 08/02/23 | Chris Ceresa | 0.60 | Draft, review, revise board minutes. |
| 08/03/23 | Carolyn Aiken | 0.60 | Correspond with A. Wirtz, K&E team re exit financing issues. |
| 08/04/23 | Carolyn Aiken | 0.30 | Correspondence re exit financing and restructuring. |
| 08/06/23 | Alison Wirtz | 0.60 | Review and comment on board materials (.4); correspond with Greenhill team re same (.2). |
| 08/07/23 | Carolyn Aiken | 0.20 | Correspond with A. Wirtz, K&E team re exit financing issues. |
| 08/07/23 | Chris Ceresa | 1.10 | Attend board conference (.4); draft, revise minutes re same (.6); correspond with A. Wirtz re same (.1). |
| 08/07/23 | Spencer A. Winters | 0.70 | Prepare for and attend PGX board call. |
| 08/07/23 | Alison Wirtz | 0.90 | Prepare for and attend PGX board meeting (.7); correspond with C. Ceresa and S. Winters re same (.2). |
| 08/08/23 | Carolyn Aiken | 1.50 | Correspond with K&E team re exit financing. |
| 08/10/23 | Carolyn Aiken | 0.50 | Attend weekly telephone conference with advisor and company re status (.4); correspondence re exit financing with K&E team (.1). |
| 08/10/23 | Alison Wirtz | 0.20 | Correspond with Greenhill team re board materials and meeting with Lexington Law board. |
| 08/11/23 | Carolyn Aiken | 0.30 | Review and analyze exit financing legal issues. |
| 08/14/23 | Chris Ceresa | 1.30 | Attend board meeting (.5); draft, revise minutes re same (.8). |
| 08/14/23 | Spencer A. Winters | 0.50 | Prepare for and attend Lex Law board meeting. |
| 08/14/23 | Alison Wirtz | 0.70 | Correspond with C. Ceresa re board meeting minutes and materials (.2); attend Lexington Law board meeting (.5). |
| 08/16/23 | Carolyn Aiken | 0.50 | Correspond with A. Wirtz, K&E team re exit financing. |
| 08/20/23 | Carolyn Aiken | 0.30 | Correspond with financial advisor re exit financing legal issues. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Corp. Governance & Securities Matters

Invoice Number: 1050085163
Matter Number: 47119-12

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/21/23 | Carolyn Aiken | 0.20 | Correspond with advisors re exit financing with restructuring (.1); review and analyze compliance questions re DIP credit agreement (.1). |
| 08/24/23 | Diana Heriford | 0.80 | Revise CFPB settlement slides re board authorization deck. |
| 08/24/23 | Alison Wirtz | 1.10 | Review and comment on board materials (.4); attend board meetings for Lexington Law and PGX boards re sale update and CFPB settlement (.7). |
| 08/25/23 | Carolyn Aiken | 0.50 | Review and analyze exit financing term sheet. |
| 08/27/23 | Carolyn Aiken | 0.70 | Review and analyze exit financing term sheet. |
| 08/30/23 | Carolyn Aiken | 0.50 | Correspond with K&E team re exit financing (.2); attend to compliance questions re DIP credit agreement (.3). |
| 08/31/23 | Carolyn Aiken | 0.50 | Telephone conference with lender's counsel re exit financing issues (.2); review and analyze compliance questions re DIP credit agreement (.3). |
| 08/31/23 | Michelle Kilkenney, P.C. | 0.30 | Prepare for and attend conference with C. Aiken, A. Wirtz, S. Winters and King & Spalding re exit financing. |
| 08/31/23 | Alison Wirtz | 0.30 | Prepare for and attend conference with C. Aiken, K&E team and S. Winters and King & Spalding re exit financing. |

**Total**                                15.90

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085164**
**Client Matter: 47119-13**

---

**In the Matter of Employee Matters**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)          $ 691.50

Total legal services rendered                                    $ 691.50

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085164
PGX Holdings, Inc.                                            Matter Number:           47119-13
Employee Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Diana Heriford | 0.60 | 885.00 | 531.00 |
| Kate Vera, P.C. | 0.10 | 1,605.00 | 160.50 |
| **TOTALS** | **0.70** | | **$ 691.50** |

| | | |
|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085164 |
| PGX Holdings, Inc. | Matter Number: | 47119-13 |
| Employee Matters | | |

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/22/23 | Kate Vera, P.C. | 0.10 | Advise re MIP matters. |
| 08/25/23 | Diana Heriford | 0.60 | Correspond with A. Wirtz, UCC re employee records (.3); revise spreadsheet re same (.3). |
| **Total** | | **0.70** | |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085165**
**Client Matter:  47119-14**

---

**In the Matter of Executory Contracts & Unexpired Leases**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)          $ 4,902.00

Total legal services rendered                                     $ 4,902.00

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085165
PGX Holdings, Inc.                                            Matter Number:           47119-14
Executory Contracts & Unexpired Leases

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 3.80 | 1,245.00 | 4,731.00 |
| Robert Orren | 0.30 | 570.00 | 171.00 |
| **TOTALS** | **4.10** | | **$ 4,902.00** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085165
PGX Holdings, Inc.      Matter Number:      47119-14
Executory Contracts & Unexpired Leases

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/14/23 | Chris Ceresa | 0.20 | Correspond with advisors re cure issues. |
| 08/15/23 | Chris Ceresa | 0.60 | Review, analyze legal issues re certain executory contract. |
| 08/16/23 | Chris Ceresa | 0.80 | Review, analyze legal issues re certain lease amendment issues. |
| 08/16/23 | Chris Ceresa | 0.40 | Telephone conference with landlord counsel. |
| 08/16/23 | Robert Orren | 0.30 | Review and analyze appearances in case after filing of notice of assumption and assignments (.2); correspond with K. Roth and C. Ceresa re same (.1). |
| 08/17/23 | Chris Ceresa | 0.50 | Review, analyze legal issues re lease amendment. |
| 08/17/23 | Chris Ceresa | 0.30 | Telephone conference with counsel re lease amendment issues. |
| 08/28/23 | Chris Ceresa | 1.00 | Review, revise draft lease amendment (.7); correspond with Company, counsel re issues re same (.3). |

**Total**      **4.10**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

| | |
|---|---|
| **Invoice Number:** | **1050085166** |
| **Client Matter:** | **47119-16** |

---

**In the Matter of Hearings**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)          $ 1,388.00

Total legal services rendered                                    $ 1,388.00

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Hearings

Invoice Number: 1050085166
Matter Number: 47119-16

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 0.20 | 1,245.00 | 249.00 |
| Amy Donahue | 0.20 | 480.00 | 96.00 |
| Casey McGushin | 0.30 | 1,415.00 | 424.50 |
| Adrian Salmen | 0.20 | 995.00 | 199.00 |
| Spencer A. Winters | 0.10 | 1,445.00 | 144.50 |
| Alison Wirtz | 0.20 | 1,375.00 | 275.00 |
| **TOTALS** | **1.20** | | **$ 1,388.00** |

Legal Services for the Period Ending August 31, 2023              Invoice Number:              1050085166
PGX Holdings, Inc.                                                Matter Number:                 47119-16
Hearings

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/25/23 | Chris Ceresa | 0.20 | Attend sale hearing. |
| 08/25/23 | Amy Donahue | 0.20 | Attend sale hearing on August 25. |
| 08/25/23 | Casey McGushin | 0.30 | Participate in hearing on sale motion and motion to convert. |
| 08/25/23 | Adrian Salmen | 0.20 | Attend sale hearing. |
| 08/25/23 | Spencer A. Winters | 0.10 | Attend sale hearing. |
| 08/25/23 | Alison Wirtz | 0.20 | Attend sale hearing. |

**Total**                                        **1.20**

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085167**
**Client Matter: 47119-17**

---

**In the Matter of Insurance and Surety Matters**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                   $ 10,132.50

Total legal services rendered                                            $ 10,132.50

| | | | |
|---|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | | Invoice Number: | 1050085167 |
| PGX Holdings, Inc. | | Matter Number: | 47119-17 |
| Insurance and Surety Matters | | | |

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Simon Briefel | 0.40 | 1,295.00 | 518.00 |
| Chris Ceresa | 1.70 | 1,245.00 | 2,116.50 |
| Diana Heriford | 6.70 | 885.00 | 5,929.50 |
| William T. Pruitt | 0.60 | 1,550.00 | 930.00 |
| Gabrielle Christine Reardon | 0.10 | 885.00 | 88.50 |
| Alison Wirtz | 0.40 | 1,375.00 | 550.00 |
| **TOTALS** | **9.90** | | **$ 10,132.50** |

| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085167 |
|---|---|---|
| PGX Holdings, Inc. | Matter Number: | 47119-17 |
| Insurance and Surety Matters | | |

**Description of Legal Services**

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/23 | Chris Ceresa | 0.20 | Telephone conference with counsel re surety issues. |
| 08/01/23 | Diana Heriford | 1.20 | Telephone conference with counter-party re surety bonds (.1); correspond with C. Ceresa, Company re same (.4); review, analyze same (.6); draft summary re same (.1). |
| 08/02/23 | Chris Ceresa | 0.40 | Telephone conference with counsel re legal issues re surety (.2); correspond with W. Fogelberg re same (.2). |
| 08/02/23 | Diana Heriford | 0.30 | Telephone conference with counter-party, C. Ceresa re surety bond legal issues. |
| 08/02/23 | Alison Wirtz | 0.20 | Conference with counsel to surety provider re outstanding items. |
| 08/03/23 | Chris Ceresa | 0.40 | Telephone conference with counsel re legal issues re surety (.2); correspond with W. Fogelberg re same (.2). |
| 08/03/23 | Diana Heriford | 0.50 | Review, analyze surety bonds (.4); correspond with C. Ceresa re same (.1). |
| 08/04/23 | Chris Ceresa | 0.10 | Telephone conference with counsel and W. Fogelberg re legal issues re surety. |
| 08/04/23 | Diana Heriford | 0.40 | Correspond with C. Ceresa, counter-party re surety bonds (.2); review, analyze same (.2). |
| 08/10/23 | Simon Briefel | 0.40 | Review, analyze insurance issues (.2); correspond with A&M re same (.2). |
| 08/11/23 | Diana Heriford | 0.60 | Correspond with C. Ceresa re surety bonds (.4); correspond with A&M re same (.1); correspond with lenders re same (.1). |
| 08/15/23 | Chris Ceresa | 0.20 | Review, analyze legal issues re insurance and surety. |
| 08/15/23 | Diana Heriford | 0.80 | Correspond with A&M, Company re surety bonds (.4); revise chart re same (.4). |
| 08/16/23 | Chris Ceresa | 0.20 | Review, analyze legal issues re insurance and surety. |
| 08/16/23 | Diana Heriford | 0.40 | Correspond with Company, A&M, C. Ceresa re surety bonds. |
| 08/17/23 | Chris Ceresa | 0.20 | Correspond with Company, advisors re surety bond issues. |
| 08/17/23 | Diana Heriford | 0.20 | Correspond with C. Ceresa, Company re surety bonds. |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085167
PGX Holdings, Inc.                                            Matter Number:           47119-17
Insurance and Surety Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/18/23 | William T. Pruitt | 0.60 | Analyze surety issues and telephone conference with client and insurance advisor re same. |
| 08/18/23 | Alison Wirtz | 0.20 | Correspond with C. Ceresa and K&S team re status of surety discussions and sale implications. |
| 08/21/23 | Diana Heriford | 2.30 | Research case law re surety bonds. |
| 08/30/23 | Gabrielle Christine Reardon | 0.10 | Correspond with A&M re surety broker. |
| **Total** | | **9.90** | |

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085168**
**Client Matter: 47119-18**

**In the Matter of Disclosure Statement, Plan Confirmation**

| | |
|---|---|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 232,855.50 |
| Total legal services rendered | $ 232,855.50 |

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085168
PGX Holdings, Inc. | Matter Number: | 47119-18
Disclosure Statement, Plan Confirmation

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Simon Briefel | 1.00 | 1,295.00 | 1,295.00 |
| Chris Ceresa | 30.50 | 1,245.00 | 37,972.50 |
| Amila Golic | 27.80 | 995.00 | 27,661.00 |
| Diana Heriford | 55.10 | 885.00 | 48,763.50 |
| Richard U. S. Howell, P.C. | 0.50 | 1,620.00 | 810.00 |
| Chad J. Husnick, P.C. | 0.30 | 2,045.00 | 613.50 |
| Nick Krislov | 1.50 | 1,295.00 | 1,942.50 |
| Robert Orren | 0.10 | 570.00 | 57.00 |
| William T. Pruitt | 0.70 | 1,550.00 | 1,085.00 |
| Gabrielle Christine Reardon | 3.80 | 885.00 | 3,363.00 |
| Kelby Roth | 45.60 | 885.00 | 40,356.00 |
| Adrian Salmen | 0.90 | 995.00 | 895.50 |
| Michael A. Sloman | 6.60 | 995.00 | 6,567.00 |
| Luke Spangler | 1.00 | 325.00 | 325.00 |
| Josh Sussberg, P.C. | 0.10 | 2,045.00 | 204.50 |
| Steve Toth | 0.90 | 1,615.00 | 1,453.50 |
| Spencer A. Winters | 1.30 | 1,445.00 | 1,878.50 |
| Alison Wirtz | 41.90 | 1,375.00 | 57,612.50 |
| **TOTALS** | **219.60** | | **$ 232,855.50** |

Legal Services for the Period Ending August 31, 2023

Invoice Number:  1050085168

PGX Holdings, Inc.

Matter Number:  47119-18

Disclosure Statement, Plan Confirmation

### Description of Legal Services

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/01/23 | Chris Ceresa | 5.00 | Review, revise plan re UCC global settlement terms (4.4); correspond with D. Heriford, K&E team re legal issues re same (.6). |
| 08/01/23 | Amila Golic | 0.20 | Review and analyze issues re draft disclosure statement. |
| 08/01/23 | Diana Heriford | 4.20 | Review, analyze plan settlement term sheet (.3); research precedent re plan (3.9). |
| 08/01/23 | Josh Sussberg, P.C. | 0.10 | Correspond with G. Davis re global settlement status. |
| 08/02/23 | Chris Ceresa | 6.10 | Review, revise, analyze plan, DS and DS motion items (4.5); correspond and telephone conference with D. Heriford, K&E team re legal issues re same (1.6). |
| 08/02/23 | Amila Golic | 2.20 | Revise disclosure statement. |
| 08/02/23 | Diana Heriford | 3.00 | Research plan precedent (2.6); correspond with C. Ceresa re same (.4). |
| 08/02/23 | Richard U. S. Howell, P.C. | 0.50 | Review, analyze correspondence re open litigation issues in advance of confirmation. |
| 08/02/23 | Chad J. Husnick, P.C. | 0.30 | Correspond and conference with A. Wirtz, K&E team, Company, opposing counsel re global settlement negotiations. |
| 08/03/23 | Chris Ceresa | 2.80 | Review, revise draft disclosure statement (1.2); correspond with A. Golic re same (.2); review, analyze legal issues re plan (1.1); correspond with D. Heriford re same (.3). |
| 08/03/23 | Amila Golic | 4.60 | Revise disclosure statement. |
| 08/03/23 | Diana Heriford | 1.70 | Revise plan timeline (.6); correspond with C. Ceresa re same (.2); research plan precedent (.7); correspond with C. Ceresa re same (.2). |
| 08/04/23 | Amila Golic | 1.40 | Revise disclosure statement. |
| 08/04/23 | Diana Heriford | 0.60 | Correspond with C. Ceresa, A. Wirtz, KCC re plan timeline (.4); review, analyze same (.2). |
| 08/04/23 | Alison Wirtz | 0.20 | Review and analyze case timelines and plan and disclosure statement scheduling implications. |
| 08/06/23 | Alison Wirtz | 3.20 | Review and revise chapter 11 plan (2.7); review and analyze settlement materials (.4); correspond with S. Winters and K&E team re same (.1). |

Legal Services for the Period Ending August 31, 2023  
PGX Holdings, Inc.  
Disclosure Statement, Plan Confirmation

Invoice Number: 1050085168  
Matter Number: 47119-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/07/23 | Chris Ceresa | 0.70 | Review, revise DS documents. |
| 08/07/23 | Diana Heriford | 3.90 | Review, analyze plan re comments from S. Winters (1.1); draft summary re plan timeline (.2); revise plan (2.0); telephone conference with A. Wirtz re plan (.6). |
| 08/07/23 | Luke Spangler | 0.30 | Research precedent re disclosure statement. |
| 08/07/23 | Spencer A. Winters | 0.80 | Review and revise draft chapter 11 plan. |
| 08/07/23 | Alison Wirtz | 1.50 | Conference with S. Winters re plan comments and approach (.2); correspond with K&E team and lenders re same (.5); conference with D. Heriford re plan comments (.5); conference with C. Ceresa re same (.3). |
| 08/08/23 | Chris Ceresa | 1.70 | Review, analyze, comments on DS legal issues. |
| 08/08/23 | Diana Heriford | 2.70 | Revise plan re S. Winters comments (1.3); review, analyze plan precedent re 9019 settlement (.5); telephone conference with A&M, A. Wirtz, K&E team re plan liquidation analysis (.9). |
| 08/08/23 | Kelby Roth | 3.60 | Research and compile precedent plan and sale documents (.4); correspond with C. Ceresa re same (.1); correspond with C. Ceresa, L. Spangler re disclosure statement motion exhibits (.1); draft disclosure statement motion exhibits (2.7); review, revise disclosure statement motion (.3). |
| 08/08/23 | Luke Spangler | 0.60 | Draft schedules to disclosure statement motion (.5); correspond with K. Roth re same (.1). |
| 08/08/23 | Alison Wirtz | 2.60 | Correspond with A&M team re plan recoveries (.3); conference with A. Golic and A&M team re same (.7); review and comment on plan provisions (1.3); correspond with S. Winters and various parties re lender comments to plan (.3). |
| 08/09/23 | Chris Ceresa | 0.60 | Review plan and DS legal issues. |
| 08/09/23 | Diana Heriford | 4.90 | Revise disclosure statement re C. Ceresa comments (2.4); revise plan re local counsel comments (1.8); draft summary of local counsel comments (.5); correspond with A. Wirtz re same (.2). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085168
PGX Holdings, Inc.                                            Matter Number:            47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/09/23 | Kelby Roth | 3.90 | Review, revise disclosure statement re C. Ceresa comments (2.8); correspond with D. Heriford re same (.1); research re exclusivity extension filing dates and deadlines (.4); correspond with S. Briefel re same (.1); research precedent re same (.4); correspond further with S. Briefel re same (.1). |
| 08/09/23 | Alison Wirtz | 0.10 | Correspond with Klehr and lenders' counsel re chapter 11 plan. |
| 08/10/23 | Simon Briefel | 1.00 | Correspond with K. Roth re exclusivity (.2); review plan recovery analysis (.2); telephone conference with AM Alison re same (.6). |
| 08/10/23 | Chris Ceresa | 0.80 | Review, revise DS materials. |
| 08/10/23 | Amila Golic | 2.70 | Revise disclosure statement for plan and other edits. |
| 08/10/23 | Diana Heriford | 0.90 | Review, analyze plan re insurance (.2); telephone conference with A&M, A. Wirtz, K&E team re plan liquidation analysis (.7). |
| 08/10/23 | William T. Pruitt | 0.70 | Review and analyze plan re insurance terms (.5); correspond with A. Wirtz re comments on same (.2). |
| 08/10/23 | Kelby Roth | 5.60 | Correspond with S. Briefel, Klehr re exclusivity extension (.1); correspond with C. Ceresa, A&M re Company pension plans (.1); review, revise disclosure statement motion and draft disclosure statement exhibits (5.4). |
| 08/10/23 | Alison Wirtz | 0.60 | Correspond with W. Pruitt and K&E team re comments to plan (.2); review and analyze precedent re same (.4). |
| 08/11/23 | Chris Ceresa | 1.70 | Review, revise DS motion and solicitation materials. |
| 08/11/23 | Diana Heriford | 0.70 | Review, analyze plan re class treatment. |
| 08/11/23 | Kelby Roth | 0.10 | Correspond with A&M re pension plan issues. |
| 08/12/23 | Diana Heriford | 0.10 | Correspond with W. Pruitt re plan legal issues. |
| 08/12/23 | Steve Toth | 0.60 | Analyze draft plan for corporate issues and prepare related correspondence. |
| 08/13/23 | Kelby Roth | 2.00 | Review, revise disclosure statement motion. |
| 08/14/23 | Diana Heriford | 1.20 | Draft summary re specialist comments (.8); review, analyze plan (.4). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085168
PGX Holdings, Inc.                                           Matter Number:              47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/14/23 | Kelby Roth | 3.00 | Review, revise disclosure statement motion (1.1); research opt out issues re same (1.0); correspond with C. Ceresa re same, disclosure statement motion (.2); review, revise declarations in support of chapter 11 and sale (.4); correspond with S. Briefel, K&E team re same (.1); correspond with S. Briefel re exclusivity deadline (.1); correspond with Company, A&M, C. Ceresa re PBGC inquiries (.1). |
| 08/15/23 | Chris Ceresa | 0.50 | Correspond with D. Heriford re plan issues. |
| 08/15/23 | Chris Ceresa | 0.60 | Correspond with K. Roth, K&E team re disclosure statement solicitation issues. |
| 08/15/23 | Diana Heriford | 3.20 | Correspond with C. Ceresa re plan (.2); review, analyze plan (.2); revise plan (2.8). |
| 08/15/23 | Kelby Roth | 3.50 | Review, revise disclosure statement motion schedules (3.3); correspond with C. Ceresa, KCC team re same (.2). |
| 08/15/23 | Alison Wirtz | 2.80 | Review and comment on Disclosure Statement. |
| 08/16/23 | Chris Ceresa | 0.20 | Correspond with K. Roth, K&E team re disclosure statement and solicitation materials issues. |
| 08/16/23 | Amila Golic | 0.80 | Revise disclosure statement (.7); correspond with S. Winters, A. Wirtz, C. Ceresa re same (.1). |
| 08/17/23 | Chris Ceresa | 1.70 | Review, revise DS motion and solicitation materials. |
| 08/17/23 | Chris Ceresa | 0.20 | Correspond with D. Heriford re plan issues. |
| 08/17/23 | Amila Golic | 1.60 | Revise disclosure statement (.8); correspond with Company, A&M, UCC, lenders re same (.8). |
| 08/17/23 | Amila Golic | 0.60 | Review and revise disclosure statement. |
| 08/17/23 | Diana Heriford | 0.10 | Correspond with UCC re plan issues. |
| 08/17/23 | Adrian Salmen | 0.20 | Conference with A. Golic re disclosure statement. |
| 08/17/23 | Spencer A. Winters | 0.50 | Review and analyze disclosure statement. |

Legal Services for the Period Ending August 31, 2023      Invoice Number:     1050085168
PGX Holdings, Inc.      Matter Number:      47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 08/17/23 | Alison Wirtz | 0.90 | Conference with A&M team re plan classification considerations (.3); correspond with AFS team re plan recoveries (.3); correspond with A. Golic re disclosure statement updates and outreach to specialists (.3). |
| 08/18/23 | Chris Ceresa | 0.20 | Correspond with D. Heriford re plan issues. |
| 08/18/23 | Diana Heriford | 1.50 | Telephone conference with UCC, C. Ceresa re plan issues (.3); research precedent re releases (1.2). |
| 08/18/23 | Alison Wirtz | 1.40 | Conference and correspond with AFS team re plan comments (.8); review and analyze precedent re same (.4); review and analyze precedent cases re strategies (.2). |
| 08/20/23 | Chris Ceresa | 1.40 | Review, analyze legal issues re plan, disclosure statement materials (.5); review, revise same (.6); correspond with A. Wirtz, K&E team re same (.3). |
| 08/20/23 | Diana Heriford | 4.70 | Review, analyze UCC plan comments (.8); revise plan re same (3.9). |
| 08/20/23 | Adrian Salmen | 0.70 | Review, revise disclosure statement. |
| 08/21/23 | Chris Ceresa | 1.80 | Review, analyze legal issues re plan, disclosure statement materials (.6); review, revise same (.8); correspond with A. Wirtz, K&E team re same (.4). |
| 08/21/23 | Diana Heriford | 1.80 | Review, analyze plan comments from C. Ceresa (.2); revise plan re same (1.3); correspond with A&M, C. Ceresa re plan (.3). |
| 08/21/23 | Nick Krislov | 1.10 | Review, analyze plan documents (.8); correspond with A. Wirtz, K&E team re same (.3). |
| 08/21/23 | Kelby Roth | 3.60 | Review, revise disclosure statement motion and schedules (3.0); correspond with M. Sloman, A. Wirtz re same (.1); research and draft proposed responses re KCC solicitation inquiries (.5). |
| 08/21/23 | Michael A. Sloman | 1.80 | Review, revise disclosure statement scheduling motion (1.5); correspond with K. Roth re same (.3). |
| 08/21/23 | Alison Wirtz | 3.40 | Review and comment on disclosure statement motion and related schedules (3.2); correspond with K. Roth and K&E team re same (.2). |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085168
PGX Holdings, Inc.                                             Matter Number:             47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/22/23 | Amila Golic | 2.70 | Revise disclosure statement for plan updates. |
| 08/22/23 | Nick Krislov | 0.40 | Review, analyze DS documents. |
| 08/22/23 | Kelby Roth | 7.10 | Review, revise disclosure statement motion and exhibits (5.7); review, revise timeline re confirmation (.5); conference and correspond with W. Wirtz re same, disclosure statement revisions (.5); correspond with M. Sloman, K&E team, KCC, stakeholders' counsel re disclosure statement (.4). |
| 08/22/23 | Michael A. Sloman | 1.10 | Review, revise disclosure statement scheduling motion (.4); review, revise exhibits re same (.7). |
| 08/22/23 | Alison Wirtz | 7.20 | Review and comment on DS motion (2.2); correspond and conference with K. Roth re timelines (.5); review and comment on plan and DS (2.3); review and comment on sale reply and Augustine declaration (2.2). |
| 08/23/23 | Chris Ceresa | 1.50 | Review, analyze legal issues re plan, disclosure statement materials (.9); review, revise same (.3); correspond with A. Wirtz, K&E team re same (.3). |
| 08/23/23 | Amila Golic | 5.60 | Conference with A. Wirtz, D. Heriford, A&M re issues re same (.6); correspond with A. Wirtz, D. Heriford, K&E team, A&M re revisions to disclosure statement (.7); revise disclosure statement (4.3). |
| 08/23/23 | Diana Heriford | 9.80 | Revise plan re A. Wirtz comments (3.0); telephone conference with A. Wirtz re plan research, class treatment (.2); research case law, treatise re same (1.3); draft slides re board deck, plan authorization (1.7); telephone conference with A&M, A. Wirtz re plan distribution (.5); telephone conference with UCC, A. Wirtz re plan (.8); telephone conference with A. Wirtz re plan, UCC comments (.4); revise plan re UCC comments (1.9). |
| 08/23/23 | Kelby Roth | 2.80 | Telephone conference with KCC, A. Wirtz re solicitation procedures (.5); follow up with KCC re same (.2); review, revise disclosure statement motion and schedules (2.0); correspond with M. Sloman re same (.1). |

Legal Services for the Period Ending August 31, 2023        Invoice Number:        1050085168
PGX Holdings, Inc.                                          Matter Number:            47119-18
Disclosure Statement, Plan Confirmation

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/23/23 | Michael A. Sloman | 2.60 | Telephone conference with A. Wirtz, K. Roth, KCC re solicitation (.5); review, revise disclosure statement motion and related exhibits (2.1). |
| 08/23/23 | Steve Toth | 0.30 | Analyze corporate matters in revised plan draft. |
| 08/23/23 | Alison Wirtz | 7.20 | Conference with ArentFox team re plan comments (.7); correspond with ArentFox team re plan comments (.5); conferences with S. Winters re same (.6); conference with C. Ceresa re same (.4); conference with KCC team re solicitation procedures (.5); conference with A&M team re funds flow (.5); conference with DS recoveries (.7); review and comment on chapter 11 plan (2.8); correspond with K&E team re UCC settlement and plan implications (.5). |
| 08/24/23 | Chris Ceresa | 1.90 | Review, analyze legal issues, revise plan, disclosure statement and solicitation materials (1.6); correspond with A. Wirtz, K&E team re same (.3). |
| 08/24/23 | Amila Golic | 5.40 | Revise disclosure statement per tax team comments (1.4); revise disclosure statement for plan updates (3.9); telephone conference with A&M re estimated recoveries (.1). |
| 08/24/23 | Diana Heriford | 10.10 | Research case law re class treatment (2.0); revise plan re UCC comments (1.8); draft board slide re plan filing authorization (1.3); revise same (1.1); revise plan re A&M comments (.5); revise plan re A. Wirtz comments (1.1); correspond with lenders, A. Golic re disclosure statement (.2); correspond with A&M re plan issues (.2); prepare plan for filing (1.9). |
| 08/24/23 | Kelby Roth | 5.10 | Review, revise disclosure statement motion and schedules (4.0); correspond with M. Sloman, K&E team re same (.5); prepare same for filing (.6). |
| 08/24/23 | Michael A. Sloman | 1.10 | Review, revise, prepare for filing disclosure statement motion and related exhibits. |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Disclosure Statement, Plan Confirmation

Invoice Number:    1050085168
Matter Number:    47119-18

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/24/23 | Alison Wirtz | 8.40 | Review and revise plan (2.7); review and comment on disclosure statement and DS motion (3.3); conference and correspond with various parties re same (.9); coordinate filing of same (1.5). |
| 08/28/23 | Gabrielle Christine Reardon | 1.70 | Research re plan releases and market standard. |
| 08/28/23 | Alison Wirtz | 0.10 | Correspond with C. Ceresa re DS hearing scheduling. |
| 08/29/23 | Chris Ceresa | 0.90 | Review, revise plan exclusivity extension motion. |
| 08/29/23 | Chris Ceresa | 0.20 | Review, analyze issues re pro fees escrow. |
| 08/29/23 | Robert Orren | 0.10 | Correspond with G. Reardon and K&E working group re retrieval of confirmation hearing transcript precedent. |
| 08/29/23 | Gabrielle Christine Reardon | 1.00 | Research re release language for plan. |
| 08/29/23 | Kelby Roth | 1.20 | Research re third party releases (.7); draft summary re same (.2); correspond with C. Ceresa, A. Wirtz re same (.2); correspond with C. Ceresa re bar date research (.1). |
| 08/29/23 | Luke Spangler | 0.10 | Circulate precedent confirmation transcript to C. Ceresa, K&E team. |
| 08/29/23 | Alison Wirtz | 1.30 | Conference with K. Roth, K&E team and KCC team re opt-out notice logistics (.5); correspond with K. Roth re next steps (.2); analyze plan per discussion with US Trustee (.6). |
| 08/30/23 | Gabrielle Christine Reardon | 1.10 | Research re plan release provisions. |
| 08/30/23 | Kelby Roth | 3.50 | Review, revise exclusivity motion (3.4); correspond with C. Ceresa, A. Wirtz re same (.1). |
| 08/31/23 | Kelby Roth | 0.60 | Telephone conference with A. Wirtz, KCC, Company re noticing logistics. |
| 08/31/23 | Alison Wirtz | 1.00 | Telephone conference with K. Roth, KCC, Company re noticing logistics (.6); correspond with same re template and settlement order (.4). |

**Total**    **219.60**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

|  |  |
|---|---|
| **Invoice Number:** | **1050085169** |
| **Client Matter:** | **47119-19** |

---

**In the Matter of K&E Retention and Fee Matters**

| | |
|---|---:|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 19,750.00 |
| Total legal services rendered | $ 19,750.00 |

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085169
PGX Holdings, Inc.                                            Matter Number:              47119-19
K&E Retention and Fee Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Chris Ceresa | 1.90 | 1,245.00 | 2,365.50 |
| Amila Golic | 9.80 | 995.00 | 9,751.00 |
| Nick Krislov | 0.80 | 1,295.00 | 1,036.00 |
| Robert Orren | 0.60 | 570.00 | 342.00 |
| Adrian Salmen | 2.90 | 995.00 | 2,885.50 |
| Spencer A. Winters | 1.00 | 1,445.00 | 1,445.00 |
| Alison Wirtz | 1.40 | 1,375.00 | 1,925.00 |
| **TOTALS** | **18.40** | | **$ 19,750.00** |

Legal Services for the Period Ending August 31, 2023  Invoice Number:      1050085169
PGX Holdings, Inc.                                      Matter Number:         47119-19
K&E Retention and Fee Matters

### Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/10/23 | Alison Wirtz | 1.20 | Review and comment on invoice for confidentiality, privilege considerations. |
| 08/13/23 | Amila Golic | 0.20 | Correspond with A. Wirtz re preparations for monthly fee statement. |
| 08/14/23 | Amila Golic | 1.70 | Review and analyze K&E fee statement for privilege, confidentiality. |
| 08/14/23 | Alison Wirtz | 0.20 | Correspond with A. Golic re K&E invoice review matters. |
| 08/15/23 | Amila Golic | 2.20 | Review and analyze K&E fee statement for privilege and confidentiality. |
| 08/15/23 | Adrian Salmen | 2.90 | Review, revise K&E fee statement for privilege, confidentiality issues. |
| 08/15/23 | Spencer A. Winters | 1.00 | Review and revise K&E fee statement for privilege and confidentiality issues. |
| 08/16/23 | Amila Golic | 3.00 | Review, revise K&E fee statement re privilege and confidentiality issues. |
| 08/17/23 | Amila Golic | 0.70 | Review and analyze issues re K&E monthly fee statement. |
| 08/21/23 | Amila Golic | 0.60 | Correspond with N. Krislov, C. Ceresa re review of invoice for privilege and confidentiality (.4); review and analyze fee statement precedents (.2). |
| 08/22/23 | Nick Krislov | 0.80 | Review, revise K&E fee statement for confidentiality. |
| 08/22/23 | Robert Orren | 0.60 | Draft first K&E fee statement (.5); correspond with A. Golic re same (.1). |
| 08/23/23 | Chris Ceresa | 1.90 | Review, revise K&E fee statement for confidentiality and privilege issues. |
| 08/30/23 | Amila Golic | 1.10 | Correspond with A. Wirtz re review of invoice for privilege and confidentiality (.3); review and analyze expense backup for review of invoice for privilege and confidentiality (.8). |
| 08/31/23 | Amila Golic | 0.30 | Review and analyze revisions to invoice for confidentiality and privilege (.2); correspond with A. Wirtz, K&E team re same (.1). |

**Total**                                 **18.40**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085171**
**Client Matter: 47119-21**

**In the Matter of Tax Matters**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                $ 110,248.50

Total legal services rendered                                          $ 110,248.50

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085171
PGX Holdings, Inc.     Matter Number:     47119-21
Tax Matters

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Thad W. Davis, P.C. | 42.10 | 1,795.00 | 75,569.50 |
| Alex Stephenson | 35.90 | 935.00 | 33,566.50 |
| David Wheat, P.C. | 0.50 | 2,225.00 | 1,112.50 |
| **TOTALS** | **78.50** | | **$ 110,248.50** |

Legal Services for the Period Ending August 31, 2023   Invoice Number:      1050085171
PGX Holdings, Inc.                                        Matter Number:        47119-21
Tax Matters

**Description of Legal Services**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/01/23 | Thad W. Davis, P.C. | 0.30 | Telephone conference with King & Spalding tax re transaction structure. |
| 08/04/23 | Thad W. Davis, P.C. | 2.80 | Telephone conference with S. Winters re exit structure (.4); telephone conference with A. Sexton re same (.4); research same (2.0). |
| 08/07/23 | Thad W. Davis, P.C. | 2.60 | Telephone conference with D. Wheat and A. Stephenson re sale structure (.7); review and draft correspondence re same (.4); research same (1.5). |
| 08/07/23 | Alex Stephenson | 0.80 | Telephone conference with D. Wheat and T. Davis re structure (.7); review, analyze case file (.1). |
| 08/07/23 | David Wheat, P.C. | 0.50 | Conference with T. Davis re tax issues re restructuring companies in bankruptcy. |
| 08/08/23 | Thad W. Davis, P.C. | 4.80 | Telephone conference with A. Stephenson, K&E team re sale structure (.6); conference with A. Stephenson re same (1.0); review and revise slides re same (2.5); telephone conference with A&M re same (.7). |
| 08/08/23 | Alex Stephenson | 7.00 | Telephone conference with T. Davis, K&E team re structure (.6); conference with T. Davis re same (1.0); participate in telephone conference with A&M team re structure (.7); draft structure slides (4.7). |
| 08/09/23 | Thad W. Davis, P.C. | 2.20 | Review and revise transaction slides (1.7); review and draft correspondence re same (.5). |
| 08/09/23 | Alex Stephenson | 2.40 | Revise structure slides (1.7); conference with T. Davis re same (.5); correspond with C. Ceresa, K&E team re same (.1); review, analyze correspondence re stock basis (.1). |
| 08/10/23 | Thad W. Davis, P.C. | 1.10 | Review and revise asset purchase agreement re tax issues (.6); review and revise plan (.5). |
| 08/10/23 | Alex Stephenson | 1.60 | Conference with T. Davis re purchase agreement (.2); revise same (1.4). |
| 08/11/23 | Thad W. Davis, P.C. | 6.40 | Telephone conferences with Company re sale structure (2.0); review and revise slides re same (1.2); review and revise plan re same (1.5); research same (1.7). |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Tax Matters

Invoice Number: 1050085171
Matter Number: 47119-21

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/11/23 | Alex Stephenson | 2.50 | Telephone conference with T. Davis re structure (1.7); revise sale structure charts (.8). |
| 08/12/23 | Thad W. Davis, P.C. | 0.40 | Review and draft correspondence re sale order. |
| 08/14/23 | Thad W. Davis, P.C. | 1.30 | Telephone conference with A. Stephenson re transaction slides (.6); review and revise same (.5); review, analyze correspondence re same (.2). |
| 08/14/23 | Alex Stephenson | 0.60 | Conference with T. Davis re sale structure (.4); review sale structure slides (.2). |
| 08/15/23 | Thad W. Davis, P.C. | 0.80 | Conference with A. Stephenson re transaction slides (.7); review same (.1). |
| 08/15/23 | Alex Stephenson | 4.50 | Conference with T. Davis re sale structure (.7); revise sale structure slides (3.8). |
| 08/16/23 | Thad W. Davis, P.C. | 2.50 | Review and revise transaction slides (1.1); review and draft correspondence re same (.9); conference with A. Stephenson re same (.5). |
| 08/16/23 | Alex Stephenson | 3.20 | Conference with T. Davis re sale structure (.3); revise structure slides (2.9). |
| 08/17/23 | Thad W. Davis, P.C. | 1.60 | Review and revise transaction slides (.3); review and analyze correspondence re same (.3); telephone conference with S. Toth re same (.3); review and analyze Lexington asset purchase agreement (.7). |
| 08/17/23 | Alex Stephenson | 0.30 | Review, analyze purchase agreement re tax issues (.1); review, analyze structure slides (.1); review, analyze correspondence re transfer checklist (.1). |
| 08/18/23 | Thad W. Davis, P.C. | 1.20 | Review and analyze correspondence re exit structure (.8); telephone conference with A. Stephenson re same (.4). |
| 08/18/23 | Alex Stephenson | 1.10 | Research re qualified subchapter S subsidiaries (1.0); conference with T. Davis re same (.1). |
| 08/21/23 | Thad W. Davis, P.C. | 2.00 | Review and analyze Lexington Law asset purchase agreement (.5); review and analyze sale orders (.7); review and draft correspondence re same (.8). |
| 08/21/23 | Alex Stephenson | 0.20 | Review, analyze Lexington Law purchase agreement. |

Legal Services for the Period Ending August 31, 2023      Invoice Number:    1050085171
PGX Holdings, Inc.      Matter Number:    47119-21
Tax Matters

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/22/23 | Thad W. Davis, P.C. | 3.70 | Telephone conference with ArentFox Schiff re transaction steps (.6); review and revise same (1.5); review and draft correspondence re same (.9); conference with A. Stephenson re same (.7). |
| 08/22/23 | Alex Stephenson | 2.50 | Telephone conference with T. Davis, ArentFox Schiff re structure (.6); conference with T. Davis re same (.6); revise Lexington Law purchase agreement (.5); revise Lexington Law sale order (.4); review, analyze tax attribute sheet (.4). |
| 08/23/23 | Thad W. Davis, P.C. | 3.80 | Review and revise plan (1.1); review and revise disclosure statement (1.2); review and revise transaction step slides (1.1); telephone conference with S. Winters re same (.4). |
| 08/23/23 | Alex Stephenson | 5.50 | Revise structure slides (1.0); draft structure slides re Lexington (1.0); revise disclosure statement (3.5). |
| 08/24/23 | Alex Stephenson | 1.60 | Revise disclosure statement re tax issues. |
| 08/25/23 | Thad W. Davis, P.C. | 0.30 | Review and draft correspondence re Lexington sale. |
| 08/25/23 | Alex Stephenson | 0.70 | Revise structure slides. |
| 08/26/23 | Thad W. Davis, P.C. | 0.30 | Review and analyze correspondence re structure. |
| 08/28/23 | Thad W. Davis, P.C. | 0.10 | Review and draft correspondence re transaction steps. |
| 08/28/23 | Alex Stephenson | 0.10 | Review, analyze correspondence re Lexington Law. |
| 08/29/23 | Thad W. Davis, P.C. | 1.50 | Review and revise transaction slides (1.1); conference with A. Stephenson re same (.4). |
| 08/29/23 | Alex Stephenson | 0.50 | Revise structure slides (.4); conference with T. Davis re same (.1). |
| 08/30/23 | Thad W. Davis, P.C. | 0.40 | Review and revise transaction steps slides. |
| 08/30/23 | Alex Stephenson | 0.30 | Revise structure charts. |
| 08/31/23 | Thad W. Davis, P.C. | 2.00 | Review and draft correspondence re exit steps (.6); review and revise slides re same (1.4). |
| 08/31/23 | Alex Stephenson | 0.50 | Review, analyze correspondence re entities (.2); review, analyze structure chart re same (.2); correspond re same (.1). |

**Total**      **78.50**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085172**
**Client Matter:  47119-22**

**In the Matter of Non-Working Travel**

| | |
|---|---|
| For legal services rendered through August 31, 2023 (see attached Description of Legal Services for detail) | $ 19,095.50 |
| Total legal services rendered | $ 19,095.50 |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085172
PGX Holdings, Inc.                                             Matter Number:           47119-22
Non-Working Travel

### Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Chris Ceresa | 2.20 | 1,245.00 | 2,739.00 |
| Casey McGushin | 2.70 | 1,415.00 | 3,820.50 |
| Spencer A. Winters | 2.30 | 1,445.00 | 3,323.50 |
| Alison Wirtz | 6.70 | 1,375.00 | 9,212.50 |
| **TOTALS** | **13.90** | | **$ 19,095.50** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085172
PGX Holdings, Inc.      Matter Number:      47119-22
Non-Working Travel

### Description of Legal Services

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 08/01/23 | Alison Wirtz | 2.30 | Travel from Wilmington, DE to Chicago, IL re DIP hearing (billed at half time). |
| 08/24/23 | Casey McGushin | 0.40 | Travel from New York, NY to Wilmington, DE for sale hearing (billed at half time). |
| 08/24/23 | Spencer A. Winters | 0.80 | Travel from Chicago, IL to Wilmington, DE for sale hearing (billed at half time). |
| 08/24/23 | Alison Wirtz | 2.20 | Travel from Chicago, IL to Wilmington, DE for sale hearing (billed at half time). |
| 08/25/23 | Chris Ceresa | 2.20 | Travel from Wilmington, DE to New York, NY re sale hearing (billed at half time). |
| 08/25/23 | Casey McGushin | 2.30 | Travel from Wilmington, DE to Chicago, IL re sale hearing (billed at half time). |
| 08/25/23 | Spencer A. Winters | 1.50 | Travel from Wilmington, DE to Chicago, IL re sale hearing (billed at half time). |
| 08/25/23 | Alison Wirtz | 2.20 | Travel from Wilmington, DE to Chicago, IL re sale hearing (billed at half time). |

**Total**      **13.90**

# KIRKLAND & ELLIS LLP

#### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050085173**
**Client Matter: 47119-23**

**In the Matter of U.S. Trustee Communications & Reporting**

For legal services rendered through August 31, 2023
(see attached Description of Legal Services for detail)                    $ 3,045.50

Total legal services rendered                                              $ 3,045.50

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085173
PGX Holdings, Inc.     Matter Number:     47119-23
U.S. Trustee Communications & Reporting

## Summary of Hours Billed

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| Amy Donahue | 0.80 | 480.00 | 384.00 |
| Spencer A. Winters | 0.70 | 1,445.00 | 1,011.50 |
| Alison Wirtz | 1.20 | 1,375.00 | 1,650.00 |
| **TOTALS** | **2.70** | | **$ 3,045.50** |

Legal Services for the Period Ending August 31, 2023　　　　Invoice Number:　　1050085173
PGX Holdings, Inc.　　　　　　　　　　　　　　　　　　　Matter Number:　　47119-23
U.S. Trustee Communications & Reporting

## Description of Legal Services

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 08/04/23 | Alison Wirtz | 0.30 | Correspond with S. Winters re 341 meeting preparations. |
| 08/07/23 | Amy Donahue | 0.80 | Attend continued 341 meeting. |
| 08/07/23 | Spencer A. Winters | 0.70 | Prepare for and attend 341 meeting. |
| 08/07/23 | Alison Wirtz | 0.90 | Participate in 341 meeting (.7); correspond with local co-counsel and S. Winters re same (.2). |
| **Total** | | **2.70** | |

## **Exhibit J**

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

September 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number: 1050083588**
**Client Matter: 47119-24**

---

**In the Matter of Expenses**

For expenses incurred through July 31, 2023
(see attached Description of Expenses for detail)                    $ 28,730.66

Total expenses incurred                                             $ 28,730.66

Austin  Bay Area  Beijing  Boston  Brussels  Chicago  Dallas  Hong Kong  Houston  London  Los Angeles  Miami  Munich  Paris  Salt Lake City  Shanghai  Washington, D.C.

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083588
PGX Holdings, Inc.      Matter Number:     47119-24
Expenses

### Description of Expenses

| **Description** | **Amount** |
| --- | ---: |
| Third Party Telephone Charges | 34.00 |
| Standard Copies or Prints | 541.80 |
| Binding | 3.50 |
| Tabs/Indexes/Dividers | 11.83 |
| Color Copies or Prints | 1,445.95 |
| Scanned Images | 40.00 |
| Local Transportation | 400.54 |
| Travel Expense | 3,222.32 |
| Airfare | 4,121.15 |
| Transportation to/from airport | 326.98 |
| Travel Meals | 408.36 |
| Other Travel Expenses | 210.00 |
| Other Court Costs and Fees | 11,851.33 |
| Catering Expenses | 836.00 |
| Computer Database Research | 3,023.00 |
| Westlaw Research | 780.26 |
| LexisNexis Research | 1,049.48 |
| Overtime Transportation | 86.83 |
| Overtime Meals - Attorney | 120.00 |
| Document Services Overtime | 46.01 |
| Overnight Delivery - Hard | 87.72 |
| Computer Database Research - Soft | 83.60 |
| **Total** | **$ 28,730.66** |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083588
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 07/12/23 | Whitney Fogelberg - Internet on flight, PGX Committee meeting in New York | 8.00 |
| 07/27/23 | Chad J. Husnick, P.C. - Internet on flight, Hearing 07/27/2023 | 8.00 |
| 07/30/23 | Alison Wirtz - Internet on flight, PGX Hearing 07/30/2023 | 8.00 |
| 07/30/23 | Chad J. Husnick, P.C. - Internet on flight, Hearing 07/30/2023 | 10.00 |
| | **Total** | **34.00** |

| | | |
|---|---|---|
| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083588 |
| PGX Holdings, Inc. | Matter Number: | 47119-24 |
| Expenses | | |

**Standard Copies or Prints**

| Date | Description | Amount |
|------|-------------|-------:|
| 06/04/23 | Standard Copies or Prints | 5.80 |
| 06/04/23 | Standard Copies or Prints | 7.30 |
| 06/05/23 | Standard Copies or Prints | 1.10 |
| 06/05/23 | Standard Copies or Prints | 0.20 |
| 06/05/23 | Standard Copies or Prints | 0.30 |
| 06/05/23 | Standard Copies or Prints | 338.60 |
| 06/06/23 | Standard Copies or Prints | 4.00 |
| 06/06/23 | Standard Copies or Prints | 11.60 |
| 06/06/23 | Standard Copies or Prints | 7.70 |
| 06/07/23 | Standard Copies or Prints | 1.50 |
| 06/08/23 | Standard Copies or Prints | 18.90 |
| 06/08/23 | Standard Copies or Prints | 0.80 |
| 06/12/23 | Standard Copies or Prints | 0.10 |
| 06/14/23 | Standard Copies or Prints | 20.50 |
| 06/14/23 | Standard Copies or Prints | 3.40 |
| 06/20/23 | Standard Copies or Prints | 11.20 |
| 06/21/23 | Standard Copies or Prints | 0.50 |
| 06/21/23 | Standard Copies or Prints | 19.80 |
| 06/22/23 | Standard Copies or Prints | 3.00 |
| 06/22/23 | Standard Copies or Prints | 14.20 |
| 06/23/23 | Standard Copies or Prints | 2.20 |
| 06/28/23 | Standard Copies or Prints | 4.80 |
| 06/28/23 | Standard Copies or Prints | 5.80 |
| 06/29/23 | Standard Copies or Prints | 1.40 |
| 06/30/23 | Standard Copies or Prints | 0.10 |
| 07/05/23 | Standard Copies or Prints | 8.90 |
| 07/05/23 | Standard Copies or Prints | 1.70 |
| 07/05/23 | Standard Copies or Prints | 4.80 |
| 07/05/23 | Standard Copies or Prints | 1.00 |
| 07/07/23 | Standard Copies or Prints | 2.30 |
| 07/12/23 | Standard Copies or Prints | 6.30 |
| 07/19/23 | Standard Copies or Prints | 0.10 |
| 07/19/23 | Standard Copies or Prints | 3.60 |
| 07/24/23 | Standard Copies or Prints | 3.30 |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083588
PGX Holdings, Inc.      Matter Number:      47119-24
Expenses

| 07/25/23 | Standard Copies or Prints | 12.60 |
|----------|---------------------------|-------|
| 07/25/23 | Standard Copies or Prints | 2.60 |
| 07/27/23 | Standard Copies or Prints | 3.50 |
| 07/27/23 | Standard Copies or Prints | 6.30 |
| | **Total** | **541.80** |

Legal Services for the Period Ending July 31, 2023       Invoice Number:       1050083588
PGX Holdings, Inc.                                        Matter Number:        47119-24
Expenses

**Binding**

| Date | Description | Amount |
|------|-------------|--------|
| 06/05/23 | Binding | 3.50 |
| | **Total** | **3.50** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.          Matter Number:          47119-24
Expenses

**Tabs/Indexes/Dividers**

| Date | Description | Amount |
|------|-------------|--------|
| 06/05/23 | Tabs/Indexes/Dividers | 3.38 |
| 06/05/23 | Tabs/Indexes/Dividers | 8.45 |
| | **Total** | **11.83** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083588
PGX Holdings, Inc.      Matter Number:      47119-24
Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 06/04/23 | Color Copies or Prints | 6.05 |
| 06/04/23 | Color Copies or Prints | 37.95 |
| 06/05/23 | Color Copies or Prints | 3.85 |
| 06/05/23 | Color Copies or Prints | 68.75 |
| 06/05/23 | Color Copies or Prints | 5.50 |
| 06/05/23 | Color Copies or Prints | 1.65 |
| 06/06/23 | Color Copies or Prints | 12.10 |
| 06/06/23 | Color Copies or Prints | 5.50 |
| 06/07/23 | Color Copies or Prints | 50.60 |
| 06/08/23 | Color Copies or Prints | 7.15 |
| 06/20/23 | Color Copies or Prints | 15.40 |
| 06/21/23 | Color Copies or Prints | 0.55 |
| 06/22/23 | Color Copies or Prints | 13.75 |
| 06/23/23 | Color Copies or Prints | 33.55 |
| 06/28/23 | Color Copies or Prints | 41.25 |
| 06/28/23 | Color Copies or Prints | 0.55 |
| 06/28/23 | Color Copies or Prints | 17.05 |
| 06/30/23 | Color Copies or Prints | 0.55 |
| 07/05/23 | Color Copies or Prints | 17.60 |
| 07/05/23 | Color Copies or Prints | 26.40 |
| 07/07/23 | Color Copies or Prints | 19.25 |
| 07/11/23 | Color Copies or Prints | 177.10 |
| 07/12/23 | Color Copies or Prints | 821.70 |
| 07/12/23 | Color Copies or Prints | 5.50 |
| 07/12/23 | Color Copies or Prints | 12.10 |
| 07/13/23 | Color Copies or Prints | 0.55 |
| 07/19/23 | Color Copies or Prints | 19.25 |
| 07/19/23 | Color Copies or Prints | 13.20 |
| 07/25/23 | Color Copies or Prints | 8.80 |
| 07/27/23 | Color Copies or Prints | 2.75 |
| | **Total** | **1,445.95** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                                    Matter Number:            47119-24
Expenses

**Scanned Images**

| Date | Description | Amount |
|------|-------------|-------:|
| 06/10/23 | Scanned Images | 3.20 |
| 06/21/23 | Scanned Images | 10.24 |
| 06/23/23 | Scanned Images | 9.92 |
| 06/29/23 | Scanned Images | 2.24 |
| 06/30/23 | Scanned Images | 0.32 |
| 07/05/23 | Scanned Images | 9.28 |
| 07/12/23 | Scanned Images | 4.80 |
| | **Total** | **40.00** |

Legal Services for the Period Ending July 31, 2023      Invoice Number:      1050083588
PGX Holdings, Inc.      Matter Number:      47119-24
Expenses

**Local Transportation**

| Date | Description | Amount |
|------|-------------|--------|
| 07/30/23 | Chris Ceresa - Taxi from Union Station to hotel in Wilmington, PGX hearing 07/30/2023 | 47.54 |
| 07/30/23 | Simon Briefel - Taxi from Union Station to hotel in Wilmington, DE to attend Court hearing. | 57.25 |
| 07/31/23 | Chris Ceresa - Taxi from office to train station, PGX hearing 07/31/2023 | 24.62 |
| 07/31/23 | Chris Ceresa - Taxi from train station to home after PGX hearing 07/31/2023 | 32.00 |
| 07/31/23 | Casey McGushin - Taxi from airport to hotel, Attended hearing for PGX. 07/31/2023 | 87.44 |
| 07/31/23 | Casey McGushin - Taxi from office to airport, Attended hearing for PGX. 07/31/2023 | 96.56 |
| 07/31/23 | Simon Briefel - Taxi from Penn Station to home after return from Court hearing in Wilmington, DE. | 55.13 |
| | **Total** | **400.54** |

| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083588 |
| --- | --- | --- |
| PGX Holdings, Inc. | Matter Number: | 47119-24 |
| Expenses | | |

**<u>Travel Expense</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
| --- | --- | --- |
| 07/12/23 | Alison Wirtz - Lodging, New York, NY for PGX Committee Meeting 07/12/2023 | 525.00 |
| 07/12/23 | Whitney Fogelberg - Lodging, New York, NY for PGX Committee conference in New York | 525.00 |
| 07/20/23 | Casey McGushin - Lodging, New York, NY to Defend PGX deposition | 525.00 |
| 07/30/23 | Chris Ceresa - Lodging, Wilmington, DE for PGX hearing 07/30/2023 | 350.00 |
| 07/30/23 | Alison Wirtz Lodging, Wilmington, DE for PGX Hearing in Delaware. 07/30/2023 | 343.00 |
| 07/30/23 | Simon Briefel - Lodging, Wilmington, DE to attend Court hearing | 254.32 |
| 07/31/23 | Alison Wirtz - Lodging, Wilmington, DE for PGX Hearing in Delaware. 07/31/2023 | 350.00 |
| 07/31/23 | Chad J. Husnick, P.C. - Lodging, Wilmington, DE for PGX Hearing 07/31/2023 | 350.00 |
| | **Total** | **3,222.32** |

Legal Services for the Period Ending July 31, 2023  Invoice Number:  1050083588
PGX Holdings, Inc.  Matter Number:  47119-24
Expenses

**Airfare**

| Date | Description | Amount |
|------|-------------|--------|
| 07/10/23 | Whitney Fogelberg - Agency Fee, Travel from Chicago, IL to New York, NY for PGX Committee conference in New York | 58.00 |
| 07/10/23 | Whitney Fogelberg - Airfare (Coach), New York, NY to Chicago, IL from PGX Committee conference in New York | 588.41 |
| 07/11/23 | Alison Wirtz – Roundtrip Airfare (Coach), from Chicago, IL to New York, NY for Committee Meeting 07/11/2023 | 555.15 |
| 07/11/23 | Alison Wirtz - Agency Fee, Client Meeting 07/11/2023 | 58.00 |
| 07/13/23 | Whitney Fogelberg - Agency Fee, Travel from New York, NY to Chicago, IL from PGX Committee conference in New York | 58.00 |
| 07/13/23 | Whitney Fogelberg - Airfare (Coach), Chicago, IL to New York, NY for PGX Committee conference in New York | (294.21) |
| 07/13/23 | Whitney Fogelberg - Airfare (Coach), Chicago, IL to New York, NY for PGX Committee conference in New York | 315.50 |
| 07/18/23 | Chris Ceresa - Chris Ceresa, Agency Fee, Client hearing 07/18/2023 | 21.00 |
| 07/19/23 | Casey McGushin - Airfare (Coach), Chicago, IL to New York, NY to defend a deposition for PGX. | 353.98 |
| 07/26/23 | Casey McGushin - Casey McGushin, Agency Fee, Attended hearing for PGX. 07/26/2023 | 58.00 |
| 07/26/23 | Chad J. Husnick, P.C. - Airfare (Coach), Houston, TX to Philadelphia, PA for Hearing 07/26/2023 | 265.70 |
| 07/26/23 | Chad J. Husnick, P.C. - Agency Fee, Hearing 07/26/2023 | 58.00 |
| 07/26/23 | Chad J. Husnick, P.C. - Airfare (Coach), Philadelphia, PA to Chicago, IL for Hearing 07/26/2023 | 350.70 |
| 07/26/23 | Chad J. Husnick, P.C. - Agency Fee, Hearing 07/26/2023 | 58.00 |
| 07/27/23 | Simon Briefel - Rail, New York, NY to Wilmington, DE to attend Court hearing 07/27/2023 | 301.00 |
| 07/27/23 | Simon Briefel - Simon Briefel, Agency Fee, Travel New York, NY to Wilmington, Delaware to attend Court hearing | 58.00 |
| 07/28/23 | Chris Ceresa - Chris Ceresa, Rail, New York, NY to Wilmington, DE for Client hearing 07/28/2023 | 358.00 |
| 07/28/23 | Alison Wirtz - Alison Wirtz, Agency Fee, Attend Hearing in Delaware. 07/28/2023 | 58.00 |
| 07/28/23 | Alison Wirtz - Alison Wirtz, Roundtrip Airfare (Coach), Chicago, IL to Philadelphia, PA for Hearing in Delaware. 07/28/2023 | 785.92 |
| 07/28/23 | Simon Briefel - Rail, New York, NY to Wilmington, DE to attend Court hearing, Exchanged outbound Amtrak ticket to 8:20 pm departure. This is a refund. | (63.00) |

Legal Services for the Period Ending July 31, 2023      Invoice Number:     1050083588
PGX Holdings, Inc.      Matter Number:     47119-24
Expenses

| | | |
|---|---|---:|
| 07/30/23 | Chris Ceresa - Rail, Wilmington, DE to New York, NY, Client hearing 07/30/2023 | (48.00) |
| 07/30/23 | Casey McGushin - Agency Fee, Attended hearing for PGX. 07/30/2023 | 93.00 |
| 07/31/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE, Client hearing 07/31/2023 | 74.00 |
| | **Total** | **4,121.15** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                          Matter Number:             47119-24
Expenses

**Transportation to/from airport**

| Date | Description | Amount |
|------|-------------|--------|
| 07/13/23 | Alison Wirtz - Alison Wirtz, Transportation from home to airport, Client Meeting 07/13/2023 | 114.66 |
| 07/15/23 | SUNNY'S WORLDWIDE - WHITNEY CAROLINE FOGELBERG-Hotel to JFK Airport 07/13/2023 | 103.82 |
| 07/15/23 | SUNNY'S WORLDWIDE - WHITNEY CAROLINE FOGELBERG-LGA to New York Office 07/12/2023 | 108.50 |
| | **Total** | **326.98** |

Legal Services for the Period Ending July 31, 2023    Invoice Number:    1050083588
PGX Holdings, Inc.    Matter Number:    47119-24
Expenses

**Travel Meals**

| Date | Description | Amount |
|------|-------------|--------|
| 07/12/23 | Alison Wirtz - Travel Meals, New York, NY Dinner during PGX Committee meeting 07/12/2023 | 70.00 |
| 07/12/23 | Whitney Fogelberg - Travel Meals, Chicago, Breakfast during travel to PGX Committee conference in New York 07/12/2023 | 10.90 |
| 07/13/23 | Whitney Fogelberg - Travel Meals, New York, Lunch during travel from PGX committee conference in New York to Chicago, 07/13/2023 | 24.11 |
| 07/13/23 | Alison Wirtz - Travel Meals, New York, NY, Breakfast with Client Meeting Alison Wirtz 07/13/2023 | 5.39 |
| 07/20/23 | Casey McGushin - Travel Meals, New York, Breakfast during travel for defending a deposition for PGX, 07/20/2023 | 10.67 |
| 07/30/23 | Casey McGushin - Casey McGushin, Travel Meals, Lunch at Milwaukee Airport for hearing for PGX. Casey McGushin 07/30/2023 | 9.64 |
| 07/30/23 | Casey McGushin - Casey McGushin, Travel Meals, Milwaukee, WI, Dinner hearing for PGX. Casey McGushin 07/30/2023 | 20.48 |
| 07/30/23 | Alison Wirtz - Travel Meals, Wilmington, DE Dinner PGX Hearing to PHL Alison Wirtz 07/30/2023 | 25.86 |
| 07/30/23 | Alison Wirtz - Travel Meals, Chicago, IL Lunch, Attend Hearing in Delaware. | 15.52 |
| 07/30/23 | Chad J. Husnick, P.C. Travel Meals, Dinner in Houston, TX Hearing | 17.69 |
| 07/30/23 | Simon Briefel - Travel Meals, Wilmington, Dinner during travel to attend Court hearing, 07/30/2023 | 28.00 |
| 07/31/23 | Chris Ceresa - Chris Ceresa, Travel Meals, Dinner, Wilmington, DE Client hearing Chris Ceresa 07/31/2023 | 14.14 |
| 07/31/23 | Casey McGushin - Travel Meals, Dinner, Philadelphia Attended hearing for PGX. | 50.00 |
| 07/31/23 | Chad J. Husnick, P.C. - Travel Meals, Dinner Philadelphia, PA Hearing. | 46.56 |
| 07/31/23 | Alison Wirtz - Travel Meals, Wilmington, DE, Breakfast PGX Hearing . | 9.40 |
| 07/31/23 | Alison Wirtz - Travel Meals, Wilmington, DE Attend Hearing in Delaware. | 50.00 |
| | **Total** | **408.36** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                          Matter Number:              47119-24
Expenses

**Other Travel Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/23 | Chad J. Husnick, P.C. - Parking, Chicago, IL Hearing 07/31/2023 | 210.00 |
| | **Total** | **210.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                          Matter Number:             47119-24
Expenses

**<u>Other Court Costs and Fees</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|-------|-------------------|--------|
| 07/31/23 | Miller Advertising Agency Inc - Publication of PGX Sale Notice in the New York Times | 11,851.33 |
| | **Total** | **11,851.33** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                          Matter Number:           47119-24
Expenses

**<u>Catering Expenses</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|------|-------------|--------:|
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 56.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 60.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 15.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 45.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 56.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 40.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 15.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 40.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 60.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 40.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/31/2023 | 120.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 40.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 21.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 84.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/19/2023 | 24.00 |
| 07/01/23 | FLIK - PGX HoldingsInc.7/12/2023 | 120.00 |
|  | **Total** | **836.00** |

Legal Services for the Period Ending July 31, 2023          Invoice Number:          1050083588
PGX Holdings, Inc.                                          Matter Number:              47119-24
Expenses

**Computer Database Research**

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Maryia Shybut | 2,089.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Gabrielle Reardon | 53.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Tamar Kofman | 20.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Lucas Spangler | 43.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Diana Heriford | 198.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Kelby Roth | 254.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Adrian Salmen | 40.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Gabrielle Reardon | 165.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Robert Orren | 67.00 |
| 07/18/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 06/2023 by Diana Heriford | 94.00 |
| | **Total** | **3,023.00** |

Legal Services for the Period Ending July 31, 2023       Invoice Number:      1050083588
PGX Holdings, Inc.                                        Matter Number:        47119-24
Expenses

**Westlaw Research**

| Date | Description | Amount |
|------|-------------|--------|
| 06/04/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Magill, Sean on 6/4/2023 | 13.62 |
| 06/05/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Reardon, Gabrielle on 6/5/2023 | 38.19 |
| 06/20/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Heriford, Diana on 6/20/2023 | 162.35 |
| 06/22/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Shybut, Maryia on 6/22/2023 | 566.10 |
| | **Total** | **780.26** |

Legal Services for the Period Ending July 31, 2023        Invoice Number:        1050083588
PGX Holdings, Inc.                                        Matter Number:            47119-24
Expenses

**LexisNexis Research**

| Date | Description | Amount |
|------|-------------|--------|
| 07/06/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/6/2023 by Maryia Shybut | 103.55 |
| 07/27/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/27/2023 by Diana Heriford | 665.91 |
| 07/28/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 7/28/2023 by Clara Mosquera | 280.02 |
| | **Total** | **1,049.48** |

Legal Services for the Period Ending July 31, 2023  Invoice Number:  1050083588
PGX Holdings, Inc.  Matter Number:  47119-24
Expenses

## **Overtime Transportation**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 06/05/23 | Diana Heriford - Taxi, Overtime transportation from office to home 06/05/2023 | 19.99 |
| 06/28/23 | Diana Heriford - Taxi, Overtime Lyft home from office 06/28/2023 | 11.71 |
| 07/27/23 | Simon Briefel - Simon Briefel, Taxi, Overtime taxi home from K&E office. | 55.13 |
| | **Total** | **86.83** |

| | | |
|---|---|---|
| Legal Services for the Period Ending July 31, 2023 | Invoice Number: | 1050083588 |
| PGX Holdings, Inc. | Matter Number: | 47119-24 |
| Expenses | | |

**Overtime Meals - Attorney**

| Date | Description | Amount |
|---|---|---|
| 06/04/23 | Alison Wirtz - Alison Wirtz, Overtime Meals - Attorney, Chicago, IL Working weekend lunches in office. Alison Wirtz, Diana Heriford 06/04/2023 | 40.00 |
| 06/04/23 | Whitney Fogelberg Overtime Meals - 06/04/2023 | 20.00 |
| 07/16/23 | GRUBHUB HOLDINGS INC - Briefel Simon 7/15/2023 OT Meal | 20.00 |
| 07/23/23 | GRUBHUB HOLDINGS INC - Briefel Simon 7/18/2023 OT Meal | 20.00 |
| 07/30/23 | GRUBHUB HOLDINGS INC - Briefel Simon 7/26/2023 OT Meal | 20.00 |
| | **Total** | **120.00** |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083588
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

**Document Services Overtime**

| Date | Description | Amount |
|------|-------------|-------:|
| 06/04/23 | Format and revise : Organizational/Structural Chart(s) | 3.44 |
| 06/26/23 | Convert Document : Brief/Pleading(s) | 20.21 |
| 06/29/23 | Format and revise : Brief/Pleading(s) | 12.90 |
| 07/02/23 | Cross referencing automation/update of : Brief/Pleading(s) | 9.46 |
| | **Total** | **46.01** |

Legal Services for the Period Ending July 31, 2023     Invoice Number:     1050083588
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

**Overnight Delivery - Hard**

| Date | Description | Amount |
|------|-------------|--------|
| 07/24/23 | FEDERAL EXPRESS - FedEx Shipping Services from J. Reichman, K&E SF to J. Beal, South Jordan UT | 24.45 |
| 07/24/23 | FEDERAL EXPRESS - FedEx Shipping Services from J. Reichman, K&E SF to L. Beauchat, Idaho Falls ID | 24.45 |
| 07/31/23 | FEDERAL EXPRESS - FedEx Shipping Services from J. Reichman, K&E SF to G. David, Salt Lake City UT | 38.82 |
| | **Total** | **87.72** |

Legal Services for the Period Ending July 31, 2023
PGX Holdings, Inc.
Expenses

Invoice Number:        1050083588
Matter Number:            47119-24

## Computer Database Research - Soft

| Date | Description | Amount |
|------|-------------|-------:|
| 06/27/23 | Domain Tools searches | 30.00 |
| 07/01/23 | PACER Usage for 07/2023 | 44.90 |
| 07/01/23 | PACER Usage for 07/2023 | 2.70 |
| 07/01/23 | PACER Usage for 07/2023 | 0.20 |
| 07/01/23 | PACER Usage for 07/2023 | 1.90 |
| 07/01/23 | PACER Usage for 07/2023 | 3.90 |
| | **Total** | **83.60** |

**TOTAL EXPENSES**                                  **$ 28,730.66**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

October 6, 2023

PGX Holdings, Inc.
257 East 200 South
Salt Lake City, UT 84111

Attn: Chad Wallace

**Invoice Number:  1050085176**
**Client Matter:  47119-24**

**In the Matter of Expenses**

For expenses incurred through August 31, 2023
(see attached Description of Expenses for detail)                    $ 22,475.59

Total expenses incurred                                             $ 22,475.59

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085176
PGX Holdings, Inc.      Matter Number:      47119-24
Expenses

**Description of Expenses**

| **Description** | **Amount** |
| --- | --- |
| Standard Copies or Prints | 328.30 |
| Tabs/Indexes/Dividers | 4.94 |
| Color Copies or Prints | 828.30 |
| Scanned Images | 32.80 |
| 4" Binders | 39.00 |
| Local Transportation | 137.41 |
| Travel Expense | 1,152.93 |
| Airfare | 815.70 |
| Transportation to/from airport | 901.40 |
| Travel Meals | 105.69 |
| Court Reporter Fee/Deposition | 2,863.40 |
| Other Court Costs and Fees | 7,470.22 |
| Catering Expenses | 80.00 |
| Computer Database Research | 1,030.00 |
| Westlaw Research | 5,416.32 |
| LexisNexis Research | 1,024.63 |
| Overtime Transportation | 58.71 |
| Secretarial Overtime | 25.20 |
| Document Services Overtime | 66.22 |
| Overnight Delivery - Hard | 94.42 |
| **Total** | **$ 22,475.59** |

Legal Services for the Period Ending August 31, 2023  Invoice Number: 1050085176
PGX Holdings, Inc.  Matter Number: 47119-24
Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 07/14/23 | Standard Copies or Prints | 3.90 |
| 07/17/23 | Standard Copies or Prints | 4.50 |
| 07/18/23 | Standard Copies or Prints | 0.40 |
| 07/20/23 | Standard Copies or Prints | 3.00 |
| 07/20/23 | Standard Copies or Prints | 1.50 |
| 07/26/23 | Standard Copies or Prints | 4.40 |
| 07/26/23 | Standard Copies or Prints | 1.60 |
| 07/29/23 | Standard Copies or Prints | 101.50 |
| 08/01/23 | Standard Copies or Prints | 0.10 |
| 08/02/23 | Standard Copies or Prints | 0.90 |
| 08/02/23 | Standard Copies or Prints | 8.80 |
| 08/03/23 | Standard Copies or Prints | 17.10 |
| 08/03/23 | Standard Copies or Prints | 2.60 |
| 08/04/23 | Standard Copies or Prints | 5.30 |
| 08/08/23 | Standard Copies or Prints | 2.00 |
| 08/09/23 | Standard Copies or Prints | 8.80 |
| 08/10/23 | Standard Copies or Prints | 3.10 |
| 08/10/23 | Standard Copies or Prints | 12.70 |
| 08/15/23 | Standard Copies or Prints | 4.50 |
| 08/15/23 | Standard Copies or Prints | 1.60 |
| 08/15/23 | Standard Copies or Prints | 2.90 |
| 08/16/23 | Standard Copies or Prints | 9.90 |
| 08/16/23 | Standard Copies or Prints | 5.70 |
| 08/16/23 | Standard Copies or Prints | 6.30 |
| 08/21/23 | Standard Copies or Prints | 19.90 |
| 08/23/23 | Standard Copies or Prints | 47.80 |
| 08/23/23 | Standard Copies or Prints | 1.20 |
| 08/23/23 | Standard Copies or Prints | 26.20 |
| 08/23/23 | Standard Copies or Prints | 1.60 |
| 08/23/23 | Standard Copies or Prints | 9.00 |
| 08/24/23 | Standard Copies or Prints | 4.50 |

| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085176 |
| PGX Holdings, Inc. | Matter Number: | 47119-24 |
| Expenses | | |

| 08/30/23 | Standard Copies or Prints | 5.00 |
| | **Total** | **328.30** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085176
PGX Holdings, Inc.                                             Matter Number:             47119-24
Expenses

**Tabs/Indexes/Dividers**

| Date | Description | Amount |
|------|-------------|--------|
| 07/29/23 | Tabs/Indexes/Dividers | 4.94 |
|  | **Total** | **4.94** |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Expenses

Invoice Number:     1050085176
Matter Number:     47119-24

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 07/14/23 | Color Copies or Prints | 1.10 |
| 07/17/23 | Color Copies or Prints | 8.25 |
| 07/18/23 | Color Copies or Prints | 0.55 |
| 07/20/23 | Color Copies or Prints | 8.25 |
| 07/29/23 | Color Copies or Prints | 333.85 |
| 08/01/23 | Color Copies or Prints | 3.85 |
| 08/02/23 | Color Copies or Prints | 6.05 |
| 08/03/23 | Color Copies or Prints | 23.65 |
| 08/04/23 | Color Copies or Prints | 11.55 |
| 08/08/23 | Color Copies or Prints | 6.05 |
| 08/08/23 | Color Copies or Prints | 8.80 |
| 08/09/23 | Color Copies or Prints | 45.10 |
| 08/09/23 | Color Copies or Prints | 12.10 |
| 08/10/23 | Color Copies or Prints | 6.60 |
| 08/10/23 | Color Copies or Prints | 28.60 |
| 08/15/23 | Color Copies or Prints | 5.50 |
| 08/16/23 | Color Copies or Prints | 11.00 |
| 08/16/23 | Color Copies or Prints | 11.55 |
| 08/16/23 | Color Copies or Prints | 11.55 |
| 08/21/23 | Color Copies or Prints | 95.70 |
| 08/22/23 | Color Copies or Prints | 11.55 |
| 08/23/23 | Color Copies or Prints | 26.40 |
| 08/23/23 | Color Copies or Prints | 62.15 |
| 08/24/23 | Color Copies or Prints | 54.45 |
| 08/29/23 | Color Copies or Prints | 34.10 |
| | **Total** | **828.30** |

Legal Services for the Period Ending August 31, 2023    Invoice Number:    1050085176
PGX Holdings, Inc.    Matter Number:    47119-24
Expenses

**<u>Scanned Images</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 08/01/23 | Scanned Images | 1.28 |
| 08/09/23 | Scanned Images | 3.20 |
| 08/10/23 | Scanned Images | 2.56 |
| 08/22/23 | Scanned Images | 0.80 |
| 08/23/23 | Scanned Images | 0.96 |
| 08/24/23 | Scanned Images | 0.64 |
| 08/24/23 | Scanned Images | 23.36 |
| | **Total** | **32.80** |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085176
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

## 4" Binders

| Date | Description | Amount |
|------|-------------|--------|
| 07/29/23 | 4" Binders | 39.00 |
| | **Total** | **39.00** |

Legal Services for the Period Ending August 31, 2023    Invoice Number:    1050085176
PGX Holdings, Inc.    Matter Number:    47119-24
Expenses

## Local Transportation

| Date | Description | Amount |
|---|---|---|
| 08/24/23 | Chris Ceresa - Taxi, from train station in Wilmington, DE to local co-counsel office, Attend hearing | 18.56 |
| 08/24/23 | Casey McGushin - Taxi, from airport to local counsel, Attend hearing. | 51.91 |
| 08/25/23 | Casey McGushin - Taxi, from Wilmington, DE to airport, Attend hearing. | 66.94 |
| | **Total** | **137.41** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:     1050085176
PGX Holdings, Inc.      Matter Number:     47119-24
Expenses

**Travel Expense**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/23 | Casey McGushin - Lodging, Philadelphia, PA, attend hearing for PGX in Wilmington, DE. | 350.00 |
| 08/01/23 | Casey McGushin - Lodging, Philadelphia, PA, attend hearing for PGX in Wilmington, DE. | 325.00 |
| 08/24/23 | Chris Ceresa - Lodging, Wilmington, DE, attend hearing in Wilmington, DE. | 306.90 |
| 08/25/23 | Casey McGushin - Lodging, Wilmington, DE, attend hearing for PGX in Wilmington, DE. | 171.03 |
| | **Total** | **1,152.93** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:    1050085176
PGX Holdings, Inc.      Matter Number:    47119-24
Expenses

**Airfare**

| Date | Description | Amount |
|------|-------------|--------|
| 08/23/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE to attend hearing and return trip re same | 432.00 |
| 08/23/23 | Casey McGushin - Rail, New York, NY to Wilmington, DE to attend hearing. | 132.00 |
| 08/24/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE to attend hearing | (19.00) |
| 08/24/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE to attend hearing | 49.00 |
| 08/24/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE to attend hearing | (71.00) |
| 08/25/23 | Chris Ceresa - Rail, New York, NY to Wilmington, DE to attend hearing. | (58.00) |
| 08/25/23 | Casey McGushin - Airfare, Philadelphia, PA to Chicago, IL returning from hearing in Wilmington, DE. | 350.70 |
| | **Total** | **815.70** |

Legal Services for the Period Ending August 31, 2023  Invoice Number: 1050085176
PGX Holdings, Inc.                                      Matter Number: 47119-24
Expenses

## Transportation to/from airport

| Date | Description | Amount |
|------|-------------|-------:|
| 08/01/23 | Alison Wirtz - Transportation To/From Airport, Attend Hearing in Wilmington, DE. | 57.50 |
| 08/04/23 | Chad Husnick – Transportation To/From Airport, Boston Coach Corporation transportation to airport for flight to Chicago, IL following hearing. | 179.00 |
| 08/04/23 | Chad Husnick – Transportation To/From Airport, Boston Coach Corporation transportation from airport in Philadelphia, PA to Wilmington, DE for hearing. | 194.90 |
| 08/11/23 | Casey McGushin, Transportation To/From Airport, Vital Transportation Services Inc transportation from airport in New York, NY to Philadelphia, PA for hearing. | 369.37 |
| 08/24/23 | Chris Ceresa - Chris Ceresa - Taxi, from home to train station in New York, Attend hearing | 64.33 |
| 08/25/23 | Chris Ceresa - Chris Ceresa - Taxi, from train station in New York to home, Attend hearing | 36.30 |
| | **Total** | **901.40** |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085176
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

**Travel Meals**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 08/01/23 | Casey McGushin - Travel Meals, Lunch, Philadelphia Airport after hearing for PGX. | 8.19 |
| 08/24/23 | Casey McGushin - Travel Meals, Lunch, Wilmington, DE before hearing. | 32.50 |
| 08/25/23 | Chris Ceresa - Travel Meals, Lunch at train station in Wilmington, DE to attend hearing | 15.00 |
| 08/25/23 | Casey McGushin - Travel Meals, Dinner, Tinicum Township PA Attend hearing. | 50.00 |
| | **Total** | **105.69** |

Legal Services for the Period Ending August 31, 2023    Invoice Number:    1050085176
PGX Holdings, Inc.    Matter Number:    47119-24
Expenses

**Court Reporter Fee/Deposition**

| Date | Description | Amount |
| --- | --- | --- |
| 08/28/23 | MAGNA LEGAL SERVICES LLC - Certified Copy of Transcript | 1,743.20 |
| 08/28/23 | MAGNA LEGAL SERVICES LLC - Certified Copy of Transcript | 1,120.20 |
| | **Total** | **2,863.40** |

14

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085176
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

## **Other Court Costs and Fees**

| **Date** | **Description** | **Amount** |
| --- | --- | --- |
| 08/09/23 | Miller Advertising Agency Inc - Publication of Bar Date for PGX in USA Today | 7,470.22 |
| | **Total** | **7,470.22** |

Legal Services for the Period Ending August 31, 2023
PGX Holdings, Inc.
Expenses

Invoice Number:      1050085176
Matter Number:         47119-24

**Catering Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 06/01/23 | FLIK - PGX Holdings Inc.6/6/2023 | 80.00 |
| | **Total** | **80.00** |

Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085176
PGX Holdings, Inc. | Matter Number: | 47119-24
Expenses

**Computer Database Research**

| Date | Description | Amount |
|------|-------------|--------|
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Gabrielle Reardon | 115.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Maryia Shybut | 106.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Diana Heriford | 138.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Lucas Spangler | 40.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Robert Orren | 203.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Adrian Salmen | 60.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Brenda Burton | 180.00 |
| 08/14/23 | RESTRUCTURING CONCEPTS LLC - Chapter 11 Dockets Usage for 07/2023 by Kelby Roth | 188.00 |
| | **Total** | **1,030.00** |

Legal Services for the Period Ending August 31, 2023  Invoice Number: 1050085176
PGX Holdings, Inc.  Matter Number: 47119-24
Expenses

**<u>Westlaw Research</u>**

| <u>Date</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|
| 07/05/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Gaskell, Michael Robert on 7/5/2023 | 53.40 |
| 07/05/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Donahue, Kaitlan on 7/5/2023 | 29.54 |
| 07/06/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Shybut, Maryia on 7/6/2023 | 233.68 |
| 07/07/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Shybut, Maryia on 7/7/2023 | 573.93 |
| 07/07/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Burton, Brenda on 7/7/2023 | 376.11 |
| 07/07/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Donahue, Kaitlan on 7/7/2023 | 29.54 |
| 07/10/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Fabrizio, Christopher on 7/10/2023 | 488.47 |
| 07/12/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Gaskell, Michael Robert on 7/12/2023 | 32.32 |
| 07/12/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Roth, Mary Kelby on 7/12/2023 | 213.82 |
| 07/14/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Gaskell, Michael Robert on 7/14/2023 | 22.66 |
| 07/17/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Briefel, Simon on 7/17/2023 | 7.20 |
| 07/17/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Ceresa, Chris on 7/17/2023 | 22.66 |
| 07/17/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Salmen, Adrian on 7/17/2023 | 5.45 |
| 07/26/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Heriford, Diana on 7/26/2023 | 83.63 |
| 07/27/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Salmen, Adrian on 7/27/2023 | 22.69 |
| 07/28/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Mosquera, Clara on 7/28/2023 | 697.02 |
| 07/28/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Roth, Mary Kelby on 7/28/2023 | 218.21 |

| | | |
|---|---|---|
| Legal Services for the Period Ending August 31, 2023 | Invoice Number: | 1050085176 |
| PGX Holdings, Inc. | Matter Number: | 47119-24 |
| Expenses | | |

| | | |
|---|---|---|
| 07/28/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Salmen, Adrian on 7/28/2023 | 158.78 |
| 07/28/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Reardon, Gabrielle on 7/28/2023 | 29.54 |
| 07/29/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Reardon, Gabrielle on 7/29/2023 | 45.36 |
| 08/08/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Salmen, Adrian on 8/8/2023 | 43.17 |
| 08/08/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Heriford, Diana on 8/8/2023 | 294.68 |
| 08/15/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Roth, Mary Kelby on 8/15/2023 | 443.86 |
| 08/15/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Heriford, Diana on 8/15/2023 | 64.76 |
| 08/16/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Roth, Mary Kelby on 8/16/2023 | 6.01 |
| 08/16/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Ceresa, Chris on 8/16/2023 | 92.41 |
| 08/17/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Roth, Mary Kelby on 8/17/2023 | 11.71 |
| 08/17/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Reardon, Gabrielle on 8/17/2023 | 6.53 |
| 08/18/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Sloman, Michael on 8/18/2023 | 129.37 |
| 08/18/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Puccia, Karra on 8/18/2023 | 58.50 |
| 08/19/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Ceresa, Chris on 8/19/2023 | 81.74 |
| 08/19/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Puccia, Karra on 8/19/2023 | 323.94 |
| 08/20/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Ceresa, Chris on 8/20/2023 | 21.90 |
| 08/21/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Heriford, Diana on 8/21/2023 | 178.81 |
| 08/21/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Reardon, Gabrielle on 8/21/2023 | 21.59 |
| 08/21/23 | THOMSON REUTERS - WEST PUBLISHING CORP - WESTLAW Research Charges by Ceresa, Chris on 8/21/2023 | 243.65 |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085176
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

| 08/22/23 | THOMSON REUTERS - WEST PUBLISHING CORP -<br>WESTLAW Research Charges by Ceresa, Chris on 8/22/2023 | 21.57 |
| 08/23/23 | THOMSON REUTERS - WEST PUBLISHING CORP -<br>WESTLAW Research Charges by Heriford, Diana on 8/23/2023 | 28.11 |
| | **Total** | **5,416.32** |

Legal Services for the Period Ending August 31, 2023     Invoice Number:     1050085176
PGX Holdings, Inc.     Matter Number:     47119-24
Expenses

**LexisNexis Research**

| Date | Description | Amount |
|------|-------------|--------|
| 08/08/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 8/8/2023 by Diana Heriford | 174.62 |
| 08/19/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 8/19/2023 by Karra Puccia | 58.15 |
| 08/21/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 8/21/2023 by Chris Ceresa | 112.71 |
| 08/21/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 8/21/2023 by Diana Heriford | 232.81 |
| 08/24/23 | RELX Inc DBA LexisNexis - LexisNexis Research on 8/24/2023 by Diana Heriford | 446.34 |
| | **Total** | **1,024.63** |

Legal Services for the Period Ending August 31, 2023      Invoice Number:      1050085176
PGX Holdings, Inc.                                        Matter Number:        47119-24
Expenses

**Overtime Transportation**

| Date | Description | Amount |
|------|-------------|--------|
| 08/10/23 | Gabrielle Christine Reardon - Taxi, Overtime Uber for work completed on August 10, 2023. | 14.98 |
| 08/15/23 | Gabrielle Christine Reardon - Taxi, Overtime Uber for work completed on August 15, 2023. | 16.91 |
| 08/16/23 | Gabrielle Christine Reardon - Taxi, Overtime Uber for work completed on August 16, 2023. | 14.92 |
| 08/22/23 | Gabrielle Christine Reardon - Taxi, Overtime Uber for work completed on August 22, 2023. | 11.90 |
| | **Total** | **58.71** |

Legal Services for the Period Ending August 31, 2023    Invoice Number:    1050085176
PGX Holdings, Inc.    Matter Number:    47119-24
Expenses

## Secretarial Overtime

| Date | Description | Amount |
|------|-------------|--------|
| 07/13/23 | Redaction of: Document(s) | 1.26 |
| 07/13/23 | Redaction of: Document(s) | 23.94 |
| | **Total** | **25.20** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085176
PGX Holdings, Inc.                                            Matter Number:            47119-24
Expenses

**Document Services Overtime**

| Date | Description | Amount |
|------|-------------|--------|
| 07/18/23 | Excel format for printing/PDF of: Spreadsheet(s) | 35.26 |
| 08/11/23 | Convert Document: Document(s) | 30.96 |
| | **Total** | **66.22** |

Legal Services for the Period Ending August 31, 2023          Invoice Number:          1050085176
PGX Holdings, Inc.                                            Matter Number:            47119-24
Expenses

**Overnight Delivery - Hard**

| Date | Description | Amount |
|------|-------------|-------:|
| 08/07/23 | FEDERAL EXPRESS - 7-27-23 express saver from DGNA Federal Express to K&E SF | 18.66 |
| 08/07/23 | FEDERAL EXPRESS - 7-27-23 express saver from BTFA STATION to J. Reichman K&E SF | 39.62 |
| 08/07/23 | FEDERAL EXPRESS - 7-28-23 express saver from VGTA Customer Service to K&E SF | 18.62 |
| 08/07/23 | FEDERAL EXPRESS - 7-27-23 standard overnight from J. Reichman K&E SF to G. David, Salt Lake City, UT | 17.52 |
|  | **Total** | **94.42** |

**TOTAL EXPENSES**                                                          **$ 22,475.59**