**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PGX HOLDINGS, INC, *et al.*,[1] | ) | Case No. 23-10718 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related to Docket No. 975** |
| | ) | |

**THE FINAL REPORT IN CHAPTER 11 CASES**

1. Pursuant to the December 26, 2023 *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of PGX Holdings, Inc., and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 681] (the "Confirmation Order") that confirmed the *Second Amended Joint Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 570] (the "Plan") of the above-captioned debtors (the "Debtors," and after the Effective Date[2] of the Plan, the "Wind-Down Debtors"), the undersigned representative of the Plan Administrator declares that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: PGX Holdings, Inc. (2510); Credit Repair UK, Inc. (4798); Credit.com, Inc. (1580); Creditrepair.com Holdings, Inc. (7536); Creditrepair.com, Inc. (7680); eFolks Holdings, Inc. (5213); eFolks, LLC (5256); John C. Heath, Attorney At Law PC (8362); Progrexion ASG, Inc. (5153); Progrexion Holdings, Inc. (7123); Progrexion IP, Inc. (5179); Progrexion Marketing, Inc. (5073); and Progrexion Teleservices, Inc. (5110). The location of the Debtors' service address for purposes of these chapter 11 cases is: 257 East 200 South, Suite 1200, Salt Lake City, Utah 84111.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the *Second Amended Joint Plan of PGX Holdings, Inc. and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 570].

11461695.v4

## PAYMENTS TO PROFESSIONALS

2. The payments made by the Debtors to professionals for services rendered and fees and expenses incurred during the cases are set forth on the attached **Schedule 1**. These payments have been approved by order at Docket No. 819 and have been paid.

3. No trustee or examiner was appointed in these chapter 11 cases. Accordingly, no fees were incurred for a trustee or trustee's counsel.

## DISTRIBUTIONS TO CREDITORS UNDER THE PLAN

4. All distributions required by the Plan to date have been made. The Plan Administrator anticipates further distributions being made after closure of these cases.

5. There are no pending adversary proceedings or contested matters in these chapter 11 cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2025.

*/s/ Mark Roberts*
Mark Roberts
Plan Administrator

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved | Voluntary/ Agreed Reductions With US Trustee | Total Amount Requested After Reductions |
|---|---|---|---|---|---|---|---|
| **DEBTORS' PROFESSIONALS** | | | | | | | |
| **Kirkland & Ellis LLP and Kirkland & Ellis International LLP - Lead Counsel to the Debtors** | | | | | | | |
| Second Interim & Final Application 6/4/23-12/25/2023 Docket No. 767 | $5,997,769.00 | $93,328.65 | $6,091,097.65 | $4,434,642.75 | $1,656,454.90 | $40,000.00 | $6,051,097.65 |
| **Klehr Harrison Harvey Branzburg LLP - Co-Counsel to the Debtors** | | | | | | | |
| Final Application 6/4/23-12/31/2023 Docket No. 768 | $954,590.50 | $16,657.40 | $971,247.90 | $507,783.58 | $463,464.32 | $1,146.50 | $970,101.40 |
| **Greenhill & Co., LLC - Financial Advisor and Investment Banker to Debtors** | | | | | | | |
| Final Application 6/4/23-11/30/2023 Docket No. 744 | $4,074,625.00 | $3,825.96 | $4,078,450.96 | $403,309.75 | $3,675,141.21 | NA | $4,078,450.96 |
| **Alvarez & Marsal North America, LLC - Restructuring Advisor to the Debtors** | | | | | | | |
| Final Application 6/5/23-12/29/2023 Docket No. 765 | $3,624,645.25 | $94,451.48 | $3,719,096.73 | $2,458,051.62 | $1,261,045.11 | $1,162.88 | $3,717,933.85 |
| **Landis Rath & Cobb LLP - Conflicts Counsel to the Debtors** | | | | | | | |
| Second Monthly & Final Application 6/4/2023-12/31/2023 Docket No. 766 | $20,740.00 | $920.95 | $21,660.95 | $0.00 | $21,660.95 | NA | $21,660.95 |
| **Kurtzman Carson Consultants LLC - Administrative Advisor to the Debtors** | | | | | | | |
| Final Application 6/4/2023-12/29/2023 Docket No. 769 | $8,712.55 | $0.00 | $8,712.55 | $0.00 | $8,712.55 | NA | $8,712.55 |
| **Williams & Connolly LLP - Special Counsel to the Debtors** | | | | | | | |
| Final Application 6/4/2023-9/28/2023 Docket No. 773 | $1,273,259.00 | $98,616.43 | $1,375,875.43[1] | $0.00 | $1,375,875.43 | Fees $3,710.00 Expenses $2,128.34 | $1,370,037.09 |
| **Holland & Hart LLP - Special Counsel to the Debtors** | | | | | | | |
| Final Application 6/4/2023-12/29/2023 Docket No. 774 | $384,546.50 | $12,515.10 | $397,061.60 | $0.00 | $397,061.60 | NA | $397,061.60 |

---

[1] This amount includes $4,000.00 of fees and expenses for finalizing final fee request.

11461695.v4

| Professional and Title | Final Application Request (Fees) | Final Application Request (Expenses) | Total Amount Requested | Total Amount Approved to Date by Interim Order | Total Amount Requested Not Yet Approved | Voluntary/ Agreed Reductions With US Trustee | Total Amount Requested After Reductions |
|---|---|---|---|---|---|---|---|
| **Pachulski Stang Ziehl & Jones LLP - Conflicts Counsel for John C. Heath, Attorney at Law PC d/b/a Lexington Law Firm** | | | | | | | |
| First and Final Application 6/4/2023-12/26/2023 Docket No. 702 | $169,643.50[2] | $4,476.52 | $174,120.02 | $0.00 | $174,120.02 | NA | $174,120.02 |
| **COMMITTEE'S PROFESSIONALS** | | | | | | | |
| **ArentFox Schiff LLP - Lead Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Application 6/16/23-12/25/2023 Docket No. 770 | $1,324,431.00 | $7,847.44 | $1,332,278.44 | $1,020,292.12 | $311,986.32 | $4,816.00 | $1,327,709.44[3] |
| **Morris James LLP – Co-Counsel to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Application 6/16/23-12/25/2023 Docket No. 771 | $332,735.00[4] | $29,025.49[5] | $361,760.49 | $285,032.91 | $76,727.58 | NA | $361,760.49 |
| **FTI Consulting, Inc. - Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | | |
| Final Application 6/20/23-12/25/2023 Docket No. 772 | $661,345.75 | $690.15 | $662,035.90 | $565,710.40 | $96,325.50 | NA | $662,035.90[6] |
| **GRAND TOTAL:** | **$18,827,043.00** | **$362,355.57** | **$19,193,398.62** | **$9,674,823.13** | **$9,518,575.49** | **$52,963.72** | **$19,140.681.90** |

---

[2] This amount includes an additional $5,000.00 for fees and costs estimated to be incurred in the preparation of final fee application and any related order and in preparing for and appearing at the hearing on this matter.

[3] This amount includes an additional $35,247.00 in estimated fees for the Post-Confirmation Date Period.

[4] This amount includes an additional $21,460.00 in estimated fees for the Post-Confirmation Date Period.

[5] This amount includes an additional $500.00 in estimated expenses for the Post-Confirmation Date Period.

[6] This amount includes an additional $11.914.00 in estimated fees for the Post-Confirmation Date Period.

2